UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------X

MIKHAIL FRIDMAN, PETR AVEN, AND
GERMAN KHAN,
c/o CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005,

      Plaintiffs,

-v-

BEAN LLC (A/K/A FUSION GPS) AND
GLENN SIMPSON,
1700 Connecticut Avenue, Suite 400
Washington, D.C. 20009,

      Defendants.
------------------------------------------------------------X

Case No. 1:17 Cv. 2041 (RJL)

DECLARATION OF SERVICE

  I, Alan S. Lewis, an attorney-at-law and a member of the law firm of Carter Ledyard & Milburn LLP, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

  On Friday, October 13, 2017, I was advised by William W. Taylor, Esq., attorney for defendants Bean LLC (a/k/a Fusion GPS) and Glenn Simpson, that he had been authorized by his clients to accept service in the within action on their behalf. On that day, I effected service of: (a) true and correct copies the Summonses, addressed to each defendant; (b) the Complaint; and (c) the Standing Order entered by the Court on October 4, 2017, by electronically transmitting said papers to Mr. Taylor at wtaylor@zuckerman.com.

              _____
              Alan S. Lewis

Executed: New York, New York
    October 20, 2017