AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mikal Fridman, Petr Aven, and German Khan ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-2041 |
| Bean LLC (a/k/a Fusion GPS) and Glenn Simpson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bean LLC (a/k/a Fusion GPS) and Glenn Simpson                                                                           .

Date:   10/27/2017                                          /s/ Steven M. Salky
                                                                *Attorney's signature*

                                                Steven M. Salky (D.C. Bar No. 360175)
                                                *Printed name and bar number*
                                                Zuckerman Speaker LLP
                                                1800 M Street, N.W., Sutie 1000
                                                Washington, D.C. 20036

                                                *Address*

                                                ssalky@zuckerman.com
                                                *E-mail address*

                                                (202) 778-1800
                                                *Telephone number*

                                                (202) 822-8106
                                                *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2017, I electronically filed and served the foregoing using the CM/ECF system.

*/s/ Steven M. Salky*
Steven M. Salky
