AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mikal Fridman, Petr Aven, and German Khan | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-2041 |
| Bean LLC (a/k/a Fusion GPS) and Glenn Simpson | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bean LLC (a/k/a Fusion GPS) and Glenn Simpson      .

Date:  10/27/2017

/s/ Rachel F. Cotton
*Attorney's signature*

Rachel F. Cotton (D.C. Bar No. 997132)
*Printed name and bar number*
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036

*Address*

rcotton@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2017, I electronically filed and served the foregoing using the CM/ECF system.

                                                   */s/ Rachel F. Cotton*
                                                   Rachel F. Cotton