AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mikhail Fridman, Petr Aven, and German Khan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1: 17-cv-2041-RJL |
| Bean LLC (a/k/a Fusion GPS and Glenn Simpson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Mikhail Fridman, Petr Aven, and German Khan

Date:    11/21/2017

/s/ Alan S. Lewis
*Attorney's signature*

Alan S. Lewis (D.C. Bar No. NY0252)
*Printed name and bar number*

Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York  10005

*Address*

lewis@clm.com
*E-mail address*

(212) 732-3200
*Telephone number*

(212) 732-3232
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2017, I electronically filed and served the foregoing using the CM/ECF system.

/s/ Alan S. Lewis
Alan S. Lewis