**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>       Plaintiffs,<br><br>  v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>       Defendants. | Civil Case No. 17-2041 (RJL) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLIES**
**IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

Defendants Fusion GPS and Glenn Simpson (collectively "Defendants") respectfully request an extension of time until April 16, 2018 to file their replies to Plaintiffs' Opposition to Defendants' Special Motion to Dismiss the Amended Complaint Based on the D.C. Anti-SLAPP Statute (ECF No. 24) and Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 25).

Due to the recent religious holidays and attorney travel schedules, undersigned counsel for Defendants requested that counsel for Plaintiffs agree to a one-week extension until April 16, 2018. Counsel for Plaintiffs, Alan S. Lewis, has consented to the relief requested. A proposed order is attached to this motion.

2

Dated:  April 4, 2018                                              Respectfully submitted,

*/s/ Rachel F. Cotton*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel:  (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2018, I electronically filed and served the foregoing using the CM/ECF system.

> Respectfully submitted,
>
> */s/ Rachel F. Cotton*
> Rachel F. Cotton

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>                Plaintiffs,<br><br>     v.<br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>                Defendants. | Civil Case No. 17-2041 (RJL) |

**PROPOSED ORDER**

Before the Court is the Consent Motion for An Extension of Time for Defendants to File Replies in Support of their Motions to Dismiss. Upon consideration of the Motion to Extend Time and consent of counsel for Plaintiffs, the Court ORDERS that:

Defendants' Motion for an Extension of Time is **GRANTED**.

Defendants' reply briefs responding to Plaintiffs' Opposition to Defendants' Special Motion to Dismiss the Amended Complaint Based on the D.C. Anti-SLAPP Statute (ECF No. 24) and Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 25) shall be due on April 16, 2018.

_____
Richard J. Leon
United States District Judge