**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mikal Fridman, Petr Aven, and German Khan, | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) Case No. 1:17-cv-02041 |
| v. | ) <br> ) |
| Bean LLC (a/k/a Fusion GPS) and Glenn Simpson, | ) <br> ) <br> ) |
| *Defendants.* | ) <br> ) <br> ) |

## RESPONSE TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT

In a document captioned as a Motion for Oral Argument, *see* ECF No. 29, Plaintiffs have filed an improper four-page sur-reply without leave of Court in opposition to Defendants' Motion to Dismiss the Amended Complaint for Failure to State a Claim (ECF No. 20-1).

Plaintiffs' counsel contacted undersigned counsel on April 23, 2018 and requested his position on a request for oral argument. Ex. A. Undersigned counsel took no position on that request, recognizing that the Court would hold oral argument if and when it determined oral argument to be appropriate. *See id*. Plaintiffs' counsel did not request undersigned counsel's position on the filing of an argumentative pleading. Had he done so, undersigned counsel would have opposed.

| | |
|---|---|
| Dated:  May 16, 2018 | Respectfully submitted, |
| | |
| | */s/ Steven M. Salky* |
| | William W. Taylor, III (DC Bar No. 84194) |
| | Steven M. Salky (DC Bar No. 360175) |
| | Rachel F. Cotton (DC Bar No. 997132) |
| | **ZUCKERMAN SPAEDER LLP** |
| | 1800 M Street, N.W., Suite 1000 |
| | Washington, D.C. 20036 |
| | Tel: (202) 778-1800 |
| | Fax: (202) 822-8106 |
| | wtaylor@zuckerman.com |
| | ssalky@zuckerman.com |
| | rcotton@zuckerman.com |
| | |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2018, I electronically filed and served the foregoing using the CM/ECF system.

                                        Respectfully submitted,

                                        */s/ Rachel F. Cotton*
                                        Rachel F. Cotton

# EXHIBIT A

**From:** "Salky, Steven M." <Ssalky@zuckerman.com>
**Date:** April 24, 2018 at 3:07:17 PM EDT
**To:** "'Lewis, Alan S.'" <Lewis@clm.com>
**Cc:** "Taylor, William W." <wtaylor@zuckerman.com>, "Cotton, Rachel" <RCotton@zuckerman.com>
**Subject: RE: Fridman et al v. Simpson et al**

Alan: in our district, such requests are unusual (I have never seen one). Judge Leon, in my experience, will schedule an oral argument when he has time to do it. So, although I don't object to having oral argument, I guess I would take no position if you feel it necessary to file a motion.

Steve



Steven M. Salky
Zuckerman Spaeder LLP
ssalky@zuckerman.com

1800 M STREET, NW • SUITE 1000 • WASHINGTON, DC 20036-5802
202.778.1828 direct  •  mobile  •  202.822.8106 fax

▸ Download V-Card | Office | Website | Blog

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800, and permanently delete all copies.



**From:** Lewis, Alan S. [mailto:Lewis@clm.com]
**Sent:** Monday, April 23, 2018 4:45 PM
**To:** Salky, Steven M.
**Cc:** Taylor, William W.; Cotton, Rachel
**Subject:** Fridman et al v. Simpson et al

1

Steve,

We intend to request oral argument of the pending motions. Do you have any objection – or may we convey your lack of objection to that request?

Best,

Alan

ALAN S. LEWIS
PARTNER
CARTER LEDYARD & MILBURN LLP
Two Wall Street | New York, New York 10005
Direct: (212) 238-8647 | Fax: (212) 732-3232
Email: lewis@clm.com | Website: www.clm.com

****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named
above and may contain information that is proprietary, privileged, attorney work product or otherwise
exempt from disclosure. If you receive this message in error please notify us at
postmaster@clm.com
and immediately delete this message and its attachments from your system.
****************************************************