# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
                                  :

MIKHAIL FRIDMAN, PETR AVEN, AND     :
GERMAN KHAN,                                  :   Case 1:17-CV-02041 (RJL)
                  Plaintiffs,              :

                     -v-                           :

BEAN LLC (A/K/A FUSION GPS) AND      :
GLENN SIMPSON,                               :

                  Defendants.            :
---------------------------------------------------------------X

## **NOTICE OF CHANGE OF COUNSEL'S FIRM NAME, ADDRESS, AND EMAIL**

Plaintiffs Mikhail Fridman, Petr Aven, and German Khan respectfully request that the Clerk of the Court take notice of the new firm name, mailing address, and email address for counsel, Kim Sperduto, as follows:

SPERDUTO THOMPSON & GASSLER PLC
1747 Pennsylvania Ave., N.W.
Suite 1250
Washington, D.C., 20006
ksperduto@stglawdc.com

The firm's phone numbers and fax number will remain unchanged.

Dated:       Washington, D.C.
                June 4, 2018                        Respectfully submitted,

                                                            /s/ Kim Hoyt Sperduto
                                                          Kim Hoyt Sperduto
                                                          D.C. Bar No. 416127

                                                          SPERDUTO THOMPSON
                                                          & GASSLER PLC
                                                          1747 Pennsylvania Ave., N.W.
                                                          Suite 1250

Washington, D.C. 20006
202.408.8900
202.408.8910 (f)

ksperduto@stglawdc.com

*Local Counsel for Plaintiffs*
 *Mikhail Fridman et al.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on June 4, 2018, served all the parties in this case with this Notice Of Change Of Counsel's Firm Name, Address, And Email in accordance with the notice of electronic filing ("ECF"), which was generated as a result of electronic filing in this court.

/s/ Kim S. Sperduto
Kim S. Sperduto
