**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>      Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>      Defendants. | Civil Case No. 17-2041 (RJL) |

## NOTICE OF RELEVANT PLEADINGS

As this Court may be aware, Plaintiffs Fridman, Aven and Khan have brought a companion defamation case against Christopher Steele and Orbis Business Intelligence Limited in the D.C. Superior Court based on similar facts, captioned as *Fridman et al. v. Orbis Business Intelligence Ltd. and Christopher Steele*, Case No. 2018 CA 18-0002667B. In that case, Defendants Steele and Orbis Business Intelligence Ltd. have moved to dismiss Plaintiffs' Complaint under D.C. Super. Ct. R. 12(b)(6) as well as under the District of Columbia's Anti-SLAPP Act, D.C. Code § 16-5502(a). Those two motions are now fully briefed. Given the similarity of the legal issues, Fusion brings these pleadings to the Court's attention.

Attached to this Notice are:

- Ex. A: Defendants' Memorandum and Points of Authority in Support of Contested Motion to Dismiss under Rule 12(b)(6).

- Ex. B: Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Complaint based on Rule 12(b)(6).

- Ex. C: Defendants' Reply in Support of Contested Motion to Dismiss under Rule(b)(6).

- <u>Ex. D:</u> Defendants' Memorandum and Points of Authority in Support of Contested Special Motion to Dismiss under the D.C. Anti-SLAPP Act, D.C. Code § 16-5502.

- <u>Ex. E:</u> Memorandum of Points and Authorities in Opposition to Defendants' Special Motion to Dismiss the Complaint based on the D.C. Anti-SLAPP Statute.

- <u>Ex. F:</u> Defendants' Reply in Support of Contested Special Motion to Dismiss under the D.C. Anti-SLAPP Act, D.C. Code § 16-5502.

Dated:  July 30, 2018

Respectfully submitted,

*/s/ Rachel F. Cotton*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel:  (202) 778-1800
Fax:  (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July 2018, I caused the foregoing to be electronically filed and served using the CM/ECF system.

    Respectfully submitted,

    */s/ Rachel F. Cotton*
    Rachel F. Cotton