**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>      Plaintiffs,<br><br> v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>      Defendants. | Civil Case No. 17-2041 (RJL) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PERMISSION TO ADDRESS SUPPLEMENTAL SUBMISSIONS**

Defendants oppose Plaintiffs' Motion for Permission to Address Supplemental Submissions for the following reasons:

1. Plaintiffs failed to comply with their duty to confer with opposing counsel pursuant to United States District Court Civil Rule 7(m) by discussing their anticipated motion before they filed it.

2. Plaintiffs have already filed a response to Defendants' Notice of Supplemental Authority. *See* ECF No. 35.[1]

3. Plaintiffs' Motion for Permission to Address Supplemental Submissions has already taken the liberty to explain in three (3) pages why they consider Judge Epstein's Order fundamentally flawed in several respects.

---

[1] We note that in their Response to Notice of Supplemental Authority, Plaintiffs misquote Judge Epstein's Order, which speaks for itself in dismissing Plaintiffs' companion complaint against Christopher Steele.

4. Plaintiffs seek to continue to address legal issues that have not only been fully briefed in this case, but which were also fully briefed in the Superior Court case, which pleadings have been submitted to this Court, as well. *See* ECF No. 33. This Court, therefore, already has before it an abundance of pleadings on the purely legal issues that Plaintiffs now seek to recapitulate in another twelve (12) pages.

5. Additional briefing unnecessarily multiplies the legal costs of this proceeding, which, unlike Plaintiffs, Defendants cannot easily afford.

For the foregoing reasons, Defendants oppose Plaintiffs' Motion for Permission to Address Supplemental Submissions and ask that it be summarily denied.

Dated: August 27, 2018

Respectfully submitted,

*/s/ Steven M. Salky*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Defendants Fusion GPS and Glenn Simpson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August 2018, I caused the foregoing to be electronically filed and served using the CM/ECF system.

Respectfully submitted,

*/s/ Steven M. Salky*
Steven M. Salky