**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>     Plaintiffs,<br><br> v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>     Defendants. | Civil Case No. 17-2041 (RJL) |

**CONSENT MOTION TO CONTINUE HEARING**

By Scheduling Order entered September 7, 2018, the Court set a hearing in this case on the pending motions for September 26, 2018 at 3:00 p.m. Undersigned counsel for defendants recently developed obligations that interfere with our ability to participate in a hearing on that date and, accordingly, with the consent of plaintiffs' counsel, respectfully request that the hearing be continued for a brief period and rescheduled for approximately one week later. Counsel for both parties are available on October 3, 2018, at 3:00 p.m., if that date and time are convenient for the Court.

WHEREFORE, defendants respectfully request that the Court continue the hearing currently set for September 26, 2018, until October 3, at 3:00 p.m., or at another time convenient to the Court. As noted above, plaintiffs' counsel, Alan S. Lewis, Esq., does not oppose the relief requested in this motion.

Dated:  September 19, 2018

Respectfully submitted,

*/s/ Steven M. Salky*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel:  (202) 778-1800
Fax:  (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Defendants Fusion GPS and Glenn Simpson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September 2018, I caused the foregoing to be electronically filed and served using the CM/ECF system.

                                        Respectfully submitted,

                                        */s/ Steven M. Salky*
                                        Steven M. Salky

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>              Plaintiffs,<br><br>    v.<br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>              Defendants. | Civil Case No. 17-2041 (RJL) |

## **PROPOSED ORDER**

Having considered Defendants' Consent Motion for a Continuance of the Hearing set for September 26, 2018, at 3:00 p.m., it is hereby ORDERED that the motion is GRANTED and the parties are ordered to appear for the hearing on WEDNESDAY, OCTOBER 3, 2018 at 3:00 p.m.

**IT IS SO ORDERED**.

                                                                                    _____
                                                                                    Richard J. Leon
                                                                                    United States District Judge