**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>                    Plaintiffs,<br><br>    v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>                    Defendants. | Civil Case No. 17-2041 (RJL) |

## AMENDED CONSENT MOTION TO CONTINUE HEARING

By Scheduling Order entered September 7, 2018, the Court set a hearing in this case on the pending motions for September 26, 2018 at 3:00 p.m. In a Motion dated September 19, 2018, counsel for defendants requested a one-week continuance of that hearing, with consent of counsel for plaintiffs. On September 20, 2018, the obligations of defense counsel unexpectedly ended and they were prepared to withdraw the Motion and proceed with a hearing on September 26, 2018. However, as a result of the request for a continuance, counsel for plaintiffs made alternative plans for September 26, 2018 and now is unable to attend a hearing on that date.

Accordingly, counsel for the parties have conferred and respectfully request that the hearing be continued for a brief period. Counsel for both parties are available on the afternoon of October 3, 2018, and the parties have a strong preference for that date, if the Court can accommodate a hearing on that date. However, if October 3 is not convenient for the Court, the parties have conferred about other alternative dates and times pursuant to the Court's Case Management Order. The next dates that are available for all parties are October 9 and October

2

10. Given that counsel for plaintiffs would travel from New York, the afternoon on those dates is preferable.

Dated:  September 21, 2018

Respectfully submitted,

*/s/ Steven M. Salky*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel:  (202) 778-1800
Fax:  (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Defendants Fusion GPS and Glenn Simpson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September 2018, I caused the foregoing to be electronically filed and served using the CM/ECF system.

                                              Respectfully submitted,

                                              */s/ Steven M. Salky*
                                              Steven M. Salky

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KAHN<br><br>     Plaintiffs,<br><br> v.<br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>     Defendants. | Civil Case No. 17-2041 (RJL) |

**PROPOSED ORDER**

Having considered Defendants' Amended Consent Motion to Continue the Hearing set for September 26, 2018, at 3:00 p.m., it is hereby ORDERED that the motion is GRANTED and the parties are ordered to appear for the hearing on WEDNESDAY, OCTOBER 3, 2018 at 3:00 p.m.

**IT IS SO ORDERED**.

                           _____
                           Richard J. Leon
                           United States District Judge