UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br> *Plaintiffs*, <br><br> v. <br><br> BEAN LLC (a/k/a FUSION GPS) and GLENN SIMPSON, <br><br> *Defendants*. | Case No. 1:17-cv-02041 (RJL) |

## STIPULATION AND PROPOSED ORDER SETTING DUE DATE FOR SUPPLEMENTAL SUBMISSIONS

**WHEREAS**, on September 26, at the conclusion of the oral argument on Defendants' pending motions to dismiss, the Court granted the parties leave to supplement their oral presentations with a written submission of up to fifteen pages, due within ten days of their receipt of the oral argument transcript;

**WHEREAS** the parties, having since conferred, agree to jointly propose to the Court that their submissions be due on November 7, 2018, a proposed due date that factors in the parties' expectations concerning the timing of transcript delivery; and

**IT IS HEREBY ORDERED** that the parties shall file their supplemental submissions, if any, on or before November 7, 2018.

**SO ORDERED** this _____ day of October 2018.

_____
Richard J. Leon
United States District Judge

.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October 2018, I electronically filed and served the foregoing using the CM/ECF system.

                                        */s/ Alan S. Lewis*
                                      Alan S. Lewis (#NY0252)
                                      **CARTER LEDYARD & MILBURN LLP**
                                      2 Wall Street
                                      New York, NY 10005
                                      Tel.:  212-732-3200
                                      Fax:   212-732-3232
                                      lewis@clm.com

                                      *Counsel for Plaintiffs*
                                       *Mikhail Fridman, et al.*