UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKHAIL FRIDMAN, PETR AVEN, )
and GERMAN KHAN )
)
Plaintiffs, )
)
v. ) Civil Case No. 17-2041 (RJL)
)
BEAN LLC (a/k/a FUSION GPS) and )
GLENN SIMPSON )
)
Defendants. )

**ORDER**
(January 14, 2019) [Dkt. ## 19, 20]

FILED
JAN 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motions to dismiss under the D.C. Anti-SLAPP Act, [Dkt. # 19], and Federal Rule of Civil Procedure 12(b)(6), [Dkt. # 20] are **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge