AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Mikhail Fridman, Petr Aven, and German Khan )
*Plaintiff* )
v. ) Case No. 1:17-cv-2041
Bean LLC (a/k/a Fusion GPS) and Glenn Simpson )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bean LLC (a/k/a/ Fusion GPS) and Glenn Simpson.

Date: 02/12/2019

/s/ Adam B. Abelson
*Attorney's signature*

Adam B. Abelson (D.C. Bar No. 1011291)
*Printed name and bar number*

Zuckerman Spaeder LLP
1800 M Street, N.W. - Suite 1000
Washington, D.C. 20036
*Address*

aabelson@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2019, I electronically filed and served the foregoing using the CM/ECF system.

>                                       */s/ Adam B. Abelson*
>                                       Adam B. Abelson