UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br> *Plaintiffs,* <br><br> v. <br><br> BEAN LLC (a/k/a FUSION GPS) and GLENN SIMPSON, <br><br> *Defendants.* | Case No. 1:17-cv-02041 (RJL) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' COUNTERCLAIM

Plaintiffs Mikhail Fridman, Petr Aven and German Khan (collectively, "Plaintiffs") respectfully request an extension of time until March 21, 2019 to file their response to Defendants' Counterclaim filed on January 29, 2019 (the "Counterclaim") (ECF No. 50).

Undersigned counsel for Plaintiffs has conferred with counsel for Defendants, Steven M. Salky, and Mr. Salky consents to the relief requested. An order providing for the relief requested is attached to this motion.

Dated: February 19, 2019

Respectfully submitted,

/s/ *Alan S. Lewis*
Alan S. Lewis (#NY0252)
John J. Walsh
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Telephone: 212-238-8647

*Counsel for Plaintiffs Mikhail Fridman, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February 2019, I electronically filed and served the foregoing using the CM/ECF system.

                                            /s/ Alan S. Lewis
                                            Alan S. Lewis, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br> Plaintiffs, <br><br> v. <br><br> BEAN LLC (a/k/a FUSION GPS) and GLENN SIMPSON, <br><br> Defendants. | Case No. 1:17-cv-02041 (RJL) |

## PROPOSED ORDER

Before the Court is the Consent Motion for Extension of Time to File a Response to Defendants' Counterclaim ("Motion to Extend Time"). Upon consideration of the Motion to Extend Time and consent of counsel for Defendants, the Court ORDERS that:

Plaintiffs' Motion to Extend Time is GRANTED; and

Plaintiffs shall respond to Defendants' Counterclaim on or before Thursday, March 21, 2019.

> Richard J. Leon
> United States District Judge