AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, GERMAN KHAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:17-CV-2041-RJL |
| BEAN LLC a/k/a FUSION GPS, & GLENN SIMPSON ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bean LLC (a/k/a Fusion GPS) and Glenn Simpson                                                              .

Date:     06/17/2019

/s/ Rachel M. Clattenburg
*Attorney's signature*

Rachel M. Clattenburg D.C. Bar 1018164
*Printed name and bar number*

Cunningham Levy Muse LLP
1401 K. St. NW, Suite 600
Washington, DC 20005
*Address*

rmc@cunninghamlevy.com
*E-mail address*

(202) 845-3215
*Telephone number*

(202) 595-8253
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, I electronically filed and served the foregoing Notice of Appearance using the CM/ECF system.

/s/ Rachel M. Clattenburg