**FILED**

**SEP 11 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------X

MIKHAIL FRIDMAN, PETR AVEN, and
GERMAN KHAN,

                Plaintiffs,

    -v-

BEAN LLC (A/K/A FUSION GPS) and
GLENN SIMPSON,

                Defendants.
-----------------------------------------------------------------X

Case 1:17-CV-02041 (RJL)

## LOCAL RULE 16.3 SCHEDULING ORDER

Upon consideration of the parties' Joint Report (ECF No. 64), it is hereby

**ORDERED** that:

(1)    Joinder of other parties and amendments to the pleadings are required by 14 days after the filing of the parties' Joint Report unless, through discovery, good cause is shown to join any necessary party.

(2)    The parties shall exchange initial disclosures by **September 25, 2019**.

(3)    The parties shall file a proposed protective order by **October 4, 2019**.

(4)    Discovery shall proceed pursuant to the following schedule:

    a.    The parties shall serve initial document requests and interrogatories by **October 2, 2019**.

b. The parties shall serve answers to interrogatories and written responses and objections to document requests by **October 28, 2019**.

c. The parties shall complete document production by **January 6, 2020**.

d. The parties shall serve requests for admission by **February 21, 2020**.

e. Fact discovery shall close on **November 13, 2020**.

f. The parties shall exchange expert reports by **December 21, 2020**.

g. The parties shall complete expert depositions by **February 5, 2021**.

(5) Schedule for motions for summary judgment:

a. Motions due on **March 19, 2021**.

b. Oppositions due on **April 23, 2021**.

c. Replies due on **May 14, 2021**.

(6) Subject to the Court's availability, a pre-trial conference shall be held on or about the week of **June 7, 2021**.

SO ORDERED
Dated: 9/9/19

RICHARD J. LEON
United States District Judge