UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X
MIKHAIL FRIDMAN, PETR AVEN,
and GERMAN KHAN,

    Plaintiffs,

-v-                                            Case 1:17-CV-02041 (RJL)

BEAN LLC (A/K/A FUSION GPS) and
GLENN SIMPSON,

    Defendants.
-----------------------------------------------------------X

## CONSENT ORDER TO MODIFY THE SCHEDULING ORDER

1. WHEREAS the Parties filed an Amended Joint Case Management Report on September 4, 2019 (Dkt 64).

2. WHEREAS the Amended Joint Case Management Report proposed, in relevant part, the following discovery schedule:

> Service of initial document requests and interrogatories: October 2, 2019;
> Answers to interrogatories and Written Responses and Objections to document requests: October 28, 2019;

3. WHEREAS the Court adopted the Parties' proposed discovery deadlines in its September 11, 2019 Scheduling Order (Dkt. 65), including the deadlines for service of initial document requests and interrogatories and answers to interrogatories and written responses and objections to document requests.

4. WHEREAS, prior to October 2, 2019, the Parties agreed amongst themselves to serve initial document requests and interrogatories by October 11, 2019, and answers and objections to interrogatories and written responses and objections to initial document requests within thirty (30) days of service (i.e., by November 11, 2019).

5. WHEREAS the Parties now desire to amend the Scheduling Order so that it reflects their modified, mutually agreed discovery deadlines for interrogatories and requests for production.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

A. The September 11, 2019 Scheduling Order is revised as follows:

   i. Service of initial document requests and interrogatories: October 11, 2019 (as confirmed by the Parties); and

   ii. Answers and Objections to interrogatories and Written Responses and Objections to document requests: November 11, 2019.

**SO ORDERED**

_____
RICHARD J. LEON
United States District Judge

Copies via ECF to all counsel of record

SO STIPULATED AND AGREED
Dated: October 30, 2019

_____
Alan S. Lewis (#NY0252)
John J. Walsh
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: 212-238-8647

_____
Kim H. Sperduto (#416127)
Sperduto Thompson & Gassler PLC
1747 Pennsylvania Ave., NW
Suite 1250
Washington, D.C. 20006
Tel: 202-408-8900

*Counsel for Plaintiffs*

_____
Joshua A. Levy
Rachel M. Clattenburg
CUNNINGHAM LEVY MUSE LLP
1401 K Street, NW, Suite 600
Washington, DC 20005
Tel: 202-261-6564

*Counsel for Defendants*