## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MIKHAIL FRIDMAN, PETR AVEN, and
GERMAN KHAN

        Plaintiffs,

    v.    Case: 1:17-cv-02041 (RJL)

BEAN LLC a/k/a FUSION GPS, and
GLENN SIMPSON,

        Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), undersigned counsel for Bean LLC and Glenn Simpson, Adam B. Abelson, hereby withdraws his appearance as counsel of record in this case. Bean LLC and Glenn Simpson consent to this withdrawal, as confirmed by their signatures below. As the docket reflects, other counsel has previously entered an appearance in this case on behalf of Bean LLC and Glenn Simpson.

Dated: November 14, 2019    Respectfully submitted,

        /s/ Adam B. Abelson
        Adam B. Abelson (D.C. Bar No. 1011291)
        ZUCKERMAN SPAEDER LLP
        1800 M Street, NW, Suite 1000
        Washington, DC 20036
        Tel: (202) 778-1800
        Fax: (202) 822-8106
        aabelson@zuckerman.com

        *Counsel for Defendants*

_____
Glenn Simpson

_____
Bean LLC by Peter Fritsch

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2019, the foregoing Notice of Withdrawal of Appearance was filed with the Court's CM/ECF Service, and thereby provided to the following counsel of record:


Joshua A. Levy
Rachel M. Clattenburg
CUNNINGHAM LEVY MUSE LLP
1401 K Street, NW
Suite 600
Washington, DC  20005
Tel:  (202) 261-6564
jal@cunninghamlevy.com
rmc@cunninghamlevy.com

Alan S. Lewis, Esquire
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Tel: (212) 238-8647
Lewis@clm.com

Kim Hoyt Sperduto, Esquire
SPERDUTO THOMPSON PLC
1133 Twentieth Street, NW
Second Floor
Washington, D.C. 20036
Tel: (202) 408-8900
ksperduto@sperdutothompson.com


                                                        /s/ Adam B. Abelson
                                                        Adam B. Abelson