# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>        Defendants. | No. 1:17-cv-2041-RJL |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' PRODUCTION OF THEIR DOCUMENTS

Upon consideration of Defendants' Motion to Compel Plaintiffs' Production of Their Documents, the related memorandum in support thereof, the exhibits and declaration attached thereto, the opposition thereto, and the reply thereto, and good cause appearing therefor, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that, within 30 days, Plaintiffs shall collect, review, and produce all responsive documents from Alfa, including but not limited to Plaintiffs' e-mails, electronic documents, calendars, hard-copy documents, text messages and other messaging apps, and communications of anyone on behalf of Plaintiffs.

**SO ORDERED.**

Dated:_____                    _____
                                                    RICHARD J. LEON
                                                    United States District Judge