UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>　　　　Defendants. | No. 1:17-cv-2041-RJL |

**Exhibit Index**

| | |
|---|---|
| Ex. 1 | Defs' Requests for Prod. of Docs. |
| Ex. 2 | Pls.' Resps. to Doc. Requests; Pls' Supp. Resps. to Doc. Requests |
| Ex. 3 | Pls.' Suppl. Resp. to Interrogatory No. 2 |
| Ex. 4 | Ltr. from J. Levy to A. Lewis (Feb. 19, 2020) |
| Ex. 5 | Ltr. from A. Lewis to J. Levy (Mar. 12, 2020) |
| Ex. 6 | Email from A. Lewis to J. Levy et al. (Apr. 2, 2020) |
| Ex. 7 | Ltr. from J. Levy to A. Lewis (Apr. 16, 2020) |
| Ex. 8 | Ltr. from A. Lewis to J. Levy (Apr. 24, 2020) |
| Ex. 9 | Ltr. from J. Levy to A. Lewis (Apr. 29, 2020) |
| Ex. 10 | Ltr. from A. Lewis to J. Levy (May 15, 2020) |
| Ex. 11 | Email from T. McDonough to J. Levy et al. (May 18, 2020) |
| Ex. 12 | Ltr. from J. Levy to A. Lewis (May 22, 2020) |
| Ex. 13 | Ltr. from A. Lewis to J. Levy (May 28, 2020) |
| Ex. 14 | Ltr. from A. Lewis to J. Levy (June 2, 2020) |
| Ex. 15 | Ltr. from J. Levy to A. Lewis (June 10, 2020) |
| Ex. 16 | Notes of Special Counsel's Office Interview of Petr Aven (Aug. 2, 2018) |
| Ex. 17 | Pls.' First Set of Doc. Reqs. To Defs |
| Ex. 18 | Pls.' Proposed Search Terms for Pls.' Doc. Reqs. to Defs., Mar. 23, 2020 |
| Ex. 19 | Witness Statement of M. Fridman, *Aven v. Orbis*, QB-2018-06349 (Feb. 10, 2020) |

| | |
|---|---|
| **Ex. 20** | Mem. in Supp. of Alfa Group Consortium's Mot. to Dismiss (Dkt. No. 86), *Norex Petroleum Ltd. v. Blavatnik*, Index No. 650591/2011 (N.Y. Sup. Ct., Cnty. of N.Y.) |
| **Ex. 21** | Alfa Group 2018 Annual Report 4–5 |
| **Ex. 22** | Ownership Structure, alfabank.com |
| **Ex. 23** | Directors, ABH Holdings, S.A. |
| **Ex. 24** | ABH Holdings S.A., Int'l Fin. Reporting Standards, Consolidated Financial Statements & Audit Report 2, Dec. 31, 2018 |
| **Ex. 25** | ABH Holdings S.A., Notes to the Annual Accounts for the year ended 31 Dec. 2018, at 3 |
| **Ex. 26** | Regal Petroleum, Banking Arrangements with a Related Party, June 7, 2017 |
| **Ex. 27** | 2016 Alfa Bond Prospectus (July 22, 2016) |
| **Ex. 28** | 2011 Alfa Bank Bond Prospectus (Apr. 21, 2011) |
| **Ex. 29** | Email from Skadden to J. Levy (May 1, 2020) |
| **Ex. 30** | Email from Skadden to J. Levy (May 8, 2020) |
| **Ex. 31** | International Litigation and Arbitration, Skadden.com |
| **Ex. 32** | Private Equity, Skadden.com |
| **Ex. 33** | Kadhim Shubber et al., *Skadden's Oligarch Work Comes into Focus After Mueller Charges*, Fin. Times (Feb. 23, 2018) |
| **Ex. 34** | Kadhim Shubber, *Lawyer in Mueller Probe Sentenced to 30 Days Jail*, Fin. Times (Apr. 3, 2018) |
| **Ex. 35** | *Supervisory Board: Petr Aven*, Alfa Group |
| **Ex. 36** | *Mikhail Fridman*, LetterOne |
| **Ex. 37** | *Supervisory Board: Mikhail Fridman*, Alfa Group |
| **Ex. 38** | VimpelCom Ltd., SEC Amendment No. 4 to Form F-4 Registration Statement (filed on Mar. 25, 2010) |
| **Ex. 39** | *Supervisory Board: German Khan*, Alfa Group |
| **Ex. 40** | *German Khan*, LetterOne |
| **Ex. 41** | Witness Statement of German Khan, *Aven v. Orbis*, Case No. QB-2018-06349 (Feb. 11, 2020) |
| **Ex. 42** | Laurence Jacques et al., *Establishing a Business in Luxembourg*, Practical Law |
| **Ex. 43** | *Guide to Going Global Corporate – Luxembourg,* DLA Piper |
| **Ex. 44** | Base Prospectus for Alfa's Bond Issuance Program (Sept. 17, 2019) |
| **Ex. 45** | Alfa Bank Exchange Offer (July 1, 2009) |
| **Ex. 46** | DEA Finance, Offering Memorandum at 233, 244 (Oct. 17, 2016) |
| **Ex. 47** | *Our Governance*, LetterOne; LetterOne Annual Review 36 (2016) |

| Ex. 48 | Notes of Special Counsel's Office Interview of Richard Burt (Feb. 9, 2018) |
|---|---|
| Ex. 49 | Report on the Investigation into Russian Interference in the 2016 Presidential Election ("Mueller Report") |
| Ex. 50 | Email exchange between A. Aslund, P. Aven, and R. Burt (Sept. 1, 2015) |
| Ex. 51 | Email from R. Burt to A. Aslund (Sept. 9, 2015) |
| Ex. 52 | Email from R. Burt to A. Aslund (Oct. 13, 2017) |
| Ex. 53 | Ruben J. Lapetra, *The Prosecutor Places Fridman and Letterone's 'Alfa' Russians at the Scene of the Zed Crime*, La Informacíon (Aug. 6, 2019) (translated), and translator's certification |
| Ex. 54 | *Andrei Kosogov*, LetterOne |
| Ex. 55 | *Profile: Mikhail Fridman*, Forbes.com (Last visited June 1, 2020) |
| Ex. 56 | *Profile: Alexei Kuzmichev*, Forbes.com (Last visited June 1, 2020) |
| Ex. 57 | Press Release, The Kennedy Center, The Kennedy Center's Israeli Lounge to Undergo Transformation in 2020 (May 8, 2019) |
| Ex. 58 | European Commission, Case M.7758-Hutchison 3G Italy/Wind/JV 148 n.713, Sept. 1, 2016 |
| Ex. 59 | Investigation Status Report, May 10, 2017, at 9 (translated), with translator's certification |
| Ex. 60 | Form 425 filed by Altimo Holdings & Investments Ltd. |
| Ex. 61 | Vimpelcom Prospectus (Feb. 9, 2010) |
| Ex. 62 | *Joint Stock Co. Alfa-Bank v. Emmerson Int'l Corp.*, Claim No. BVIHC (COM) 2019/0127, Judgment 2–3 (March 17, 18 and Apr. 6, 2020) |
| Ex. 63 | Maria Kiselyova and Olga Sichkar, *Fridman Says Not Sure How US Oligarchs List Will Impact Business*, Reuters (Feb. 1, 2018) |
| Ex. 64 | Daniel Dombey, *Mikhail Fridman Faces Quizzing On Spanish Corporate 'Raid,'* Fin. Times (Oct. 7, 2019) |
| Ex. 65 | Douglas Busvine, *Fridman's Alfa Group sets up energy fund, to invest $20 bln*, Reuters (June 17, 2013) |
| Ex. 66 | Day One Trial Tr. 10, *Aven v. Orbis*, Case No: QB-2018-006349 (Mar. 16, 2020) |
| Ex. 67 | Witness Statement of P. Aven ¶ 32, *Aven v. Orbis*, Case No. QB-2018-06349 |
| Ex. 68 | Email from MFridman@alfabank.ru to V. Surkov (translated), with translator's certification |
| Ex. 69 | Email from O. Dubova to F. Kempe (May 20, 2010) |
| Ex. 70 | Email from O. Dubova to F. Kempe (May 28, 2008) |
| Ex. 71 | Email from A. Aslund to A. Perry (July 27, 2015) |
| Ex. 72 | Email exchange between D. Dickson and A. Aslund (July 27, 2015) |
| Ex. 73 | Email exchange between A. Aslund and P. Aven (May 10, 2018) |

| | |
|---|---|
| **Ex. 74** | Email from N. Zairova to A. Aslund (Sept. 24, 2015) |
| **Ex. 75** | Pls.' Resp. to Interrogatory No. 19 |