**EXHIBIT 11**

| | |
|---|---|
| **Subject:** | Fridman v. Bean |
| **Date:** | Monday, 18 May 2020 at 21:15:46 British Summer Time |
| **From:** | McDonough, Theodore Y. |
| **To:** | Josh Levy |
| **CC:** | Rachel Clattenburg, Scott Brooks, Zach Blau, Lewis, Alan S., Dunn, Matthew D., Malyshev, Alexander G. |
| **Attachments:** | 2020.05.18 - Fridman v. Bean - Plaintiff's First Supplemental Responses to Defendants' Interrogatories(9573372.2).pdf, 2020.05.18 - Fridman v. Bean - Plaintiffs' First Supplemental Responses to Defendants' Document Reques(9573389.1).pdf |

Josh,

Please see the attached Plaintiffs' First Supplemental Responses and Objections to Defendants' First Set of Interrogatories, and Plaintiffs' First Supplemental Responses and Objections to Defendants' First Requests for Production of Documents.

Additionally, Plaintiffs are not withholding responsive documents on the basis of the attorney-client privilege or work product doctrine, and thus there is no privilege log.

Regards,
Ted


Theodore Y. McDonough, Esq.
**Carter Ledyard & Milburn LLP**
2 Wall Street | New York, NY  10005
Direct 212.238.8788 | Fax 212.732.3232 | Mobile 201.417.8060
mcdonough@clm.com | www.clm.com

****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.
****************************************************