**EXHIBIT 16**



b7E

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 10/21/2018

(U) On 08/02/2018 Special Agent [redacted] Intelligence Analyst [redacted] FBI Linguist [redacted] Assistant Special Counsel Aaron Zelinsky and Senior Assistant Special Counsel Jeannie Rhee interviewed PETR AVEN (AVEN) [redacted] at the Special Counsel's Office in Washington, DC. AVEN's counsel, Ryan Junck, [redacted] and [redacted] were present. ASC Zelinksy admonished AVEN that the interview was voluntary, the proffer agreement was based on truthfulness, AVEN could speak to his attorneys at anytime, and lying to a Federal Agent is a crime. After being advised of the identities of the interviewing officials and after reviewing the proffer agreement, in the presence of his attorneys, AVEN executed the proffer agreement, whereupon he provided the following information:

b6 b7C b7D b7E b7F

[redacted]

b5 per DOJ/OIP
b3 b7D b7F

[redacted]

b5 per DOJ/OIP
b6 b7C b7D b7F

[redacted]

b5 per DOJ/OIP
b6 b7C b7D b7F

Investigation on 08/02/2018 at Washington, District Of Columbia, United States (In Person)

File # [redacted] Date drafted 08/09/2018

by [redacted]

b6 b7C b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10) Case 1:17-cv-02041-RJL Document 78-19 Filed 06/12/20 Page 3 of 10

b7E

[redacted]

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 2 of 8

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP

(U) AVEN met with OFFICIAL 1 three to four times last year [redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

[redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

FBI(19cv1278)-1442

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 3 of 8

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7C
b7D
b7F

(U)

b5 per DOJ/OIP
b6
b7C
b7D
b7F

(U) AVEN and OFFICIAL 1 usually meet once per quarter.

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b3
b6
b7C
b7D
b7F

FBI(19cv1278)-1443

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 4 of 8

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b3
b6
b7C
b7D
b7F

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b5 per DOJ/OIP

b6
b7C
b7D
b7F

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 5 of 8

b5 per DOJ/OIP
b3
b6
b7C
b7D
b7F

(U)

b6
b7C
b7D
b7F
b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b6
b7C
b7D
b7F

(U) During the 4th quarter of 2016, AVEN was aware of the media discussions of Russian interference in the U.S. Election.

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7C
b7D
b7E
b7F

FBI(19cv1278)-1445

FD-302a (Rev. 05-08-10) Case 1:17-cv-02041-RJL Document 78-19 Filed 06/12/20 Page 7 of 10

b7E

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 6 of 8

(U) OFFICIAL 1 never mentioned specifics and never mentioned interference in the U.S. Election.

b5 per DOJ/OIP

b6 b7C b7D b7F

b5 per DOJ/OIP

b6 b7C b7D b7F

OFFICIAL 1 was skeptical AVEN could succeed.

b5 per DOJ/OIP

(U) AVEN took steps to make this happen by talking to BURT and expressing his desire to build relationships with the Administration. In Luxembourg, L1's board During a break, AVEN spoke with BURT

b6 b7C b7D b7F

b5 per DOJ/OIP

b3 b6 b7C b7D b7F

FBI(19cv1278)-1446

b7E

FD-302a (Rev. 05-08-10)

[redacted]

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 7 of 8

[redacted]

b5 per DOJ/OIP
b3
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b3
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b3
b6
b7C
b7D
b7F

(U) In December 2016 [redacted] AVEN attended the Oligarch meeting with OFFICIAL 1. [redacted] The meeting occurs in the Kremlin and the attendee list is 50 people. [redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

(U) AVEN's 1st Quarter meeting of 2017 with OFFICIAL 1 [redacted] OFFICIAL 1 asked if AVEN had been successful in his struggle against sanctions. AVEN said he had no communications with the TRUMP Campaign. [redacted]

b5 per DOJ/OIP
b6
b7C
b7D
b7F

FBI(19cv1278)-1447

FD-302a (Rev. 05-08-10) Case 1:17-cv-02041-RJL Document 78-19 Filed 06/12/20 Page 9 of 10

b7E

Continuation of FD-302 of (U) Interview of Petr Aven , On 08/02/2018 , Page 8 of 8

b5 per DOJ/OIP
b6
b7C
b7D
b7F

b5 per DOJ/OIP
b6
b7C
b7D
b7F

(U) AVEN relayed to OFFICIAL 2 that he was subpoenaed

b5 per DOJ/OIP
b6
b7C
b7D
b7F

AVEN also told OFFICIAL 2 that the FBI asked him about setting up a back-channel and if AVEN represented the Kremlin in setting up the back-channel. OFFICIAL 2 showed no emotion. AVEN thought OFFICIAL 2 did not care too much.

b5 per DOJ/OIP
b6
b7C
b7D
b7F

FBI(19cv1278)-1448

b7E

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

FEDERAL BUREAU OF INVESTIGATION

Date of entry 10/01/2018

(U//~~FOUO~~) On 8/2/2018, the Special Counsel's Office interviewed Petr AVEN. During the interivew, AVEN referred to [redacted] the identities of which he had provided to his attorneys. On 8/3/2018, AVEN's attorney Ryan Junck provided [redacted] in which he confirmed the [redacted] as provided to him by AVEN. A copy of [redacted]

b3
b7D
b7E
b7F

UNCLASSIFIED//~~FOUO~~

Investigation on 08/03/2018 at [redacted] Washington, District Of Columbia, United States (, Other

File # [redacted] Date drafted 10/01/2018

by [redacted]

b6
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.