**EXHIBIT 19**

Claimants
M Fridman
First
No Exhibits

Dated: 10.02.2020

Claim No: QB-2018-006349

IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION
MEDIA AND COMMUNICATIONS LIST

B E T W E E N

(1) PETR AVEN
(2) MIKHAIL FRIDMAN
(3) GERMAN KHAN

**Claimants**

-and-

ORBIS INTELLIGENCE LIMITED

**Defendant**

---

### WITNESS STATEMENT OF MIKHAIL FRIDMAN

---

I, **MIKHAIL FRIDMAN** of 2nd floor, Devonshire House, One Mayfair Place, London, W1J 8AJ, **WILL SAY** as follows: -

1. I am the Second Claimant in this matter and I make this statement in support of my claim for breaches of the Data Protection Act 1998.

2. My native language is Russian although I speak English quite well. I am comfortable giving this statement in English and plan to give my evidence in English at trial. However, I would not say that my English is perfect and I anticipate that having an interpreter available at trial would be helpful, in case I do not understand a question or wish to express myself better for the benefit of the Judge.

1

3. Unless I have stated otherwise, the facts and matters set out below are within my own knowledge or are derived from other sources or documents that I have seen and which in all cases I believe to be true.

**PERSONAL BACKGROUND**

4. I am Jewish and was born in Lviv, Ukraine, in 1964. As a Ukrainian Jew, I have always been considered an outsider by the Russian establishment. I was entrepreneurial from a young age and I started in business when I was a student in the 1980s. I established Alfa Bank in December 1990. Until 1995, I was the Chairman of the Advisory Board of Alfa Bank, and I became Chairman of the Board of Directors in 1998 and am currently a member of the Board of Directors. Alfa Bank is now Russia's largest private bank by total assets, total equity, customer accounts and loan portfolio.

5. I am also Chairman of the Supervisory Board of the Alfa Group Consortium (the "**Alfa Group**"), and have been since its foundation in 1989. Alfa Group is not a legal entity itself, but a combination of independent businesses (including Alfa Bank) that has become one of the largest privately owned financial-investment conglomerates in Russia. The companies currently in the Alfa Group include commercial and investment banking, asset management, insurance, retail trade, water utilities, and mineral water production companies, as well as special-situation investments businesses.

6. I co-founded LetterOne in 2013 with Petr Aven, German Khan, Alexey Kuzmichev, and Andrei Kosogov. LetterOne is an international investment business with over $22bn of net assets. We invest in a variety of sectors including energy, technology, health and retail, with a focus on long-term growth.

7. Although Alfa Group aims to maintain positive government and regulatory relations (like any international business), I have never sought political favours or developed close ties with the Russian government or sought to involve myself in political decision-making – I am politically neutral. In my view, it is better not to get closely involved in politics as I think that being too close to power is a risky long term strategy.

2

8. Alfa Group sometimes makes donations to state projects, for example towards a school in Sochi. It is always done properly, through a registered fund into which all of the donors, including Alfa Group (there are usually 20-25 organisations donating in total), can pay their donation. Given the scale of Alfa Group's business, the donations we give are relatively modest. Such donations are not specific to Alfa, and generally relate to philanthropic issues that are publicly known, certainly within Russia.

**RELATIONSHIP WITH PRESIDENT PUTIN**

9. I did not know Mr Putin when he was Deputy Mayor of St Petersburg. It is difficult for me to remember exactly when I first met him, but I believe that it was in Moscow in the late 1990s, when he was a Deputy Chief of Presidential Staff.

10. Since his election as President in May 2000, I have on a few dozen occasions attended various events and meetings that were also attended by President Putin. I have never met President Putin on a one-to-one basis. The events were either occasions involving many other people, such as the congress of the Jewish foundation Keren Hayesod, or formal meetings involving groups of prominent businessmen and other government officials. These formal meetings are highly choreographed and conducted according to a very strict protocol. There is a photo opportunity at the start, when the media is permitted to take photographs, followed by a discussion between the businessmen, on the one hand, and the government officials attending, on the other. Government officials usually attend, for example the head of the Russian Central Bank, the Prime Minister, and one or more of his deputies.

11. An agenda is prepared for these meetings and agreed in advance, although the general topics of such meetings are always the same – the business climate, economic problems, taxation, legislation, what the government and the President could do to improve investment. The discussions are usually very high level. Often those attending from the government side will agree to consider comments made, or to set up a working group to look into a particular matter. No decisions are made at the meetings, it is just an opportunity for businessmen to voice their opinions on the kinds of topics I have mentioned, and for President Putin and the government to show their interest in business.

3

It is regarded as an honour to attend such meetings, the same as it would be to go to Downing Street. I attend given my position as a leading businessman, although I rarely say anything.

12. I attend similar meetings in my capacity as a member of the Russian Union of Industrialists and Entrepreneurs ("the **RSPP**"). The RSPP was established in 1990 as a public non-political organisation to protect the interests of industry. It involves nearly all the major entrepreneurs in Russia. I am a member of the RSPP's Bureau of Management, which is elected by the business community to address certain public issues that are of interest to them.

13. President Boris Yeltsin had regular meetings with representatives of the RSPP bureau, and these meetings continued after President Putin was elected. Two or three times a year, around 24 of the members of the RSPP's Bureau of Management are invited to meet President Putin and other members of the Russian government, including his Chief of Staff and the Prime Minister. They discuss issues relevant to Russian business. The RSPP is liberal in both its spirit and its views. It advocates the priority of private property over state property and supports the liberalization of business in Russia.

14. In 1997, Alfa was one of three entities that came together to tender for Tyumen Oil Company ("**TNK**"), which at that time was a struggling Siberian oil producer which had been hit by the fall in oil prices. We restructured TNK's debt and began to grow the company as the price in crude oil started to rise again. TNK subsequently entered into a joint venture with UK oil company British Petroleum PLC ("**BP**") in 2003 to form TNK-BP.

15. Following this and in addition to the meetings I have already described, I was involved in meetings with President Putin on a few occasions, during the period of my involvement with the TNK-BP venture, to discuss specific issues to do with the joint venture. In June 2003 I attended the signing of the deal in London, which took place during President Putin's state visit to the UK. He also attended, along with various others, including Prime Minister Blair. This was again a highly choreographed affair, which I understood was significant for both Russia and the UK. Given the size of the transaction, it assumed high international significance. That is not to say that either President Putin or Prime Minister Blair were actually involved in negotiating the deal, but it was seen as

important by both governments to demonstrate that there was political approval on both sides, so we had a signing ceremony for show, once the transaction had been completed.

16. I subsequently attended a couple of meetings with President Putin, BP's CEO Bob Dudley and Lord Browne. For example, I was present at a meeting between Lord Browne and President Putin on 22 April 2005 at which President Putin reiterated his support for the TNK-BP venture to Lord Browne. The purpose of the meetings was generally to show how important the joint venture was, as an example of direct foreign investment in Russia. I think it remains the largest example of major foreign investment in Russia. These were polite, official meetings that lasted around 40 minutes. I did not say very much and most of the talking was done by Lord Browne.

17. I am aware that it has been suggested in the press that I was involved in subsequently pressuring BP into reducing its involvement and influence in the TNK-BP venture. This is completely untrue. In fact, it was BP's decision to sell its shareholding. The aim of the Russian shareholders was to improve operating performance at TNK-BP and to remove a parallel management structure (in which TNK-BP reported to BP and furthered BP's interests at the expense of others). BP ultimately sold its stake in TNK and Rosneft purchased the company in 2013, with $14bn going to the Alfa Group.

18. My meetings with President Putin have always been on formal business occasions. I do not have private meetings with President Putin. I have never met President Putin in a one-on-one situation. Our relationship is not a close or personal one.

**MEMORANDUM CR112 ("MEMORANDUM")**

19. I heard about the Memorandum from LetterOne's Director of Communications shortly after it was published by Buzzfeed in January 2017.

20. I remember my immediate reaction when I read it for the first time. It accused me of corruption and bribery and was and is absolute nonsense, but it concerned me a lot that it was on the internet and therefore going to have a

very harmful, undeserved and unfair impact on my reputation. It contains sensational information that simply is not true.

21. The title of the Memorandum "*Russia/US Presidential Election: Kremlin-Alpha [sic] Group Co-operation*" suggested to me that the author was claiming that Alfa Group was cooperating with the Russian government to interfere with the U.S. Presidential election. This claim is untrue and ridiculous, but it was obviously of great concern to me.

22. The Memorandum makes a number of false statements about me. I deal with them in the order they appear.

23. First, it is said that "*Top level Russian official confirms current closeness of Alpha Group – PUTIN relationship. Significant favours continue to be done in both directions and FRIDMAN and AVEN still give informal advice to PUTIN especially on the US.*" This suggests that "significant favours" are done by President Putin for the Alfa Group, and by Alfa Group for President Putin. It also suggests that President Putin and I do "significant favours" for each other. This is all completely untrue.

24. I have never done, and indeed am not in a position to do, favours for President Putin. Nor has he any reason to do me favours and has never done such favours for me. I find such an allegation extraordinary and completely wrong.

25. It is also alleged that Mr Aven and I give informal advice to President Putin on foreign policy. This is untrue and ridiculous. The distance between businessmen like me and politicians like President Putin is, in reality, huge. The Russian political system is a highly formalised oriental-style culture in which this sort of thing just could not happen. Businessmen like me are expected to focus on business, not politics. In any case, I am not sure what kind of foreign policy advice I am supposed to be able to give. I have no expertise in foreign policy.

26. The Memorandum says that "*recently*" (that is, "*shortly before*" the date of the Memorandum, 14 September 2016), I "*met directly*" with President Putin. There was no such meeting. I did travel to Russia in early September, but this was for normal business meetings with my usual business contacts. I travel back to

6

Russia roughly every second week throughout the year for business. I have no idea what this allegation is based on and it is entirely inaccurate.

27. I did meet President Putin in 2016 as part of the regular larger meetings I have mentioned. The only one I attended that year was on 19 December 2016 at 15.30 local time.

28. Of particular concern to me is the allegation that I used Oleg Govorun as a driver and "bag carrier" to deliver illicit amounts of cash to President Putin when he was Deputy Mayor of St Petersburg. This is also entirely false. As I have said, I did not know President Putin at the time. The suggestion that I was arranging for "*illicit cash*" to be delivered to him is complete nonsense and accuses me of being engaged in bribery of some kind. This is an allegation that I have been involved in criminal activity, which I take very seriously. Allegations of corruption are particularly damaging to my and Alfa Group's reputation in the West, where there is already a common misconception that someone cannot be a successful businessman in Russia without engaging in underhand and corrupt tactics. I have never engaged in such behaviour and it is not how I conduct business. This allegation is totally unfounded.

29. I am aware that other businessmen in Russia turn to unorthodox channels, obtaining so-called "krysha" ("protection") from criminals, or paying bribes. I am also aware that it is commonly perceived that it was not possible to become a successful businessman in post-communist Russia without resorting to such channels. This is wrong and a false cliché. I have always avoided such channels. This is why I was so angry to see my name in connection with allegations of criminal activity. It is extremely upsetting to read such things when I have spent my whole life keeping clear of such activity.

30. My efforts through the Alfa Group and LetterOne have been focused in large part on developing our international business alongside Mr Aven and other key stakeholders. Both Mr Aven and I are interested in Westernising the Alfa Group and in understanding US/Western business practices (for example, the application of good corporate governance), and we seek to explore potential investment opportunities there. I fully appreciate the scepticism that is attached to Russian businessmen in Western markets. Mr Aven and I have worked over the years to educate potential partners and dispel some of the stereotyping.

7

31. At the time President Putin was Deputy Mayor of St Petersburg, I did not know Oleg Govorun and had never heard of him. He certainly never acted as a "bag carrier" or intermediary for me. Mr Govorun was a relatively junior employee of Alfa Bank, for three years between 1997 and 2000. As far as I am aware, President Putin was no longer working for the mayor's office in St Petersburg during that period.

32. Finally, it is said that Mr Aven and I "*do President Putin's political bidding*". This is also false. President Putin has never asked me to do his "*political bidding*". In the context of my position as a businessman, the idea of me doing the President's political bidding makes no sense. My focus has always been on business, not politics.

**IMPACT OF PUBLICATION OF MY PERSONAL DATA**

33. To understand the impact of the publication of my personal data in the Memorandum, I need to give some context about the kind of allegations that have been made against me in the past and how such allegations have been made.

34. I am aware that there are various allegations out there, recycled in the press every now and again, suggesting that I used criminals to further my business activities, that I have engaged in corruption (for example bribing local officials), and that I have been involved in drug running or had contact with criminal gangs. These kinds of allegations have been made in Russia's gutter press on and off since around the mid-1990's. By "gutter press", I mean highly unreliable publications which people can pay to print anything they like. These types of allegations are malicious inventions and none of them have ever been raised with me by the authorities.

35. I pay less attention to the gutter press because even in Russia it is not regarded as respectable media – they will publish anything if they think it will bring them a source of income, and no one familiar with the Russian media seriously cares about this kind of material. It would bring more attention to such articles if I were to sue. I have got used to ignoring this type of press.

8

36. I am more worried about false information circulating outside Russia, particularly in the Western or international press, because non-Russian business people may not know precisely who I am, what I do, my background and so on. That is why I (and my business colleagues) are particularly concerned about allegations of this kind being made in the foreign media. It is already difficult for Russian businessmen operating in the West to avoid false and malicious allegations of corruption and other wrongdoing and it is important to me to ensure that they are corrected.

37. The Memorandum forms part of a series of so-called intelligence memoranda. Unlike other memoranda in this series and despite its title, the Memorandum has nothing to do with the U.S. presidential election. However, the problem with the Memorandum was that it was not a gutter press article, but something written by an ex-Western intelligence officer that got the attention of the media in the West and that contained serious allegations about me specifically. This caused me great distress.

38. Beginning in late October 2016, allegations were made in the press that Alfa Bank servers were sending and receiving communications from Trump Organisation servers. The so-called "server allegations" were investigated by the FBI and determined to be false.

39. Following publication of the Memorandum, whenever anyone was conducting 'Know Your Client' checks on me, LetterOne or the Alfa Group, the first thing they read about me is that I was mentioned in a memorandum that is part of a series of memoranda written by Mr Steele and which accuses me of corruption and bribery. At the time we started these proceedings in May 2018, it was seen as more reliable than all of the other previous press articles.

40. I have felt the effects of the publication of the Memorandum much more strongly than previous public articles about me. Various people called me after publication, asking me what the Memorandum was all about – business people, family members and personal friends, both at home and abroad. I find it upsetting to have my credibility and reputation called into question, having spent many years building my reputation as a businessman and philanthropist. The Memorandum has undone much of that hard work, in particular in the U.S. For example, despite having previously approved a LetterOne transaction, in

9

March 2017, not long after publication of the Memorandum, the Committee on Foreign Investment in the United States informed LetterOne that it had significant concerns with our planned oil and gas investment in Texas. Since then, I have effectively been blocked from carrying out any significant business activity in the U.S. and I am generally regarded with a higher level of suspicion than I was prior to the Memorandum's publication.

41. I found the accusations of criminal activity in the Memorandum particularly upsetting. It was highly embarrassing and humiliating to be called by people and asked whether any of the allegations were true. Even my daughter asked me about it.

42. It is not just my business reputation that has suffered. My charity work is very important to me and I am personally involved in and give donations to various charities, including Jewish organisations. It was therefore very upsetting for me to have my reputation called into question by the reporting of the Memorandum in relevant reputable publications such as the Israeli news publication, Haaretz.

43. Jazz music is also a long-standing personal passion of mine and I devote much of my spare time to charitable support for jazz musicians. I am one of the founders and supporters of a jazz festival in my birth town of Lviv, the Leopolis Jazz Festival, which is now one of Europe's top jazz festivals. I also take a close personal interest in the "Rising Stars" jazz competition for the benefit of young musicians which is sponsored by LetterOne. This is a charitable enterprise I helped to launch in 2017 that is aimed at giving young musicians access to relevant expertise and support and the opportunity to raise their profile internationally. I had invited a famous American jazz artist and record producer to be one of the judges for the Rising Star Award. They were initially really enthusiastic and agreed to get involved. I was very pleased to secure their involvement, as it would have given this initiative global coverage. Following the Memorandum and the Special Counsel's investigation (run by Robert Mueller), however they withdrew and revoked our agreement. It seems they decided that it would be better not to be associated with me, just to be on the safe side. Of course, I don't blame them personally. I was however extremely disappointed and frustrated after all the effort that had been put in by me and my colleagues.

## MY OBJECTIVES IN THE PRESENT PROCEEDINGS

44. The reason I have brought these proceedings is to seek to correct the inaccurate statements that have been made so that I can prove to my friends, family and business colleagues that the allegations made against me are untrue. When banks, business partners and charitable organisations with which I wish to be personally involved raise questions during their KYC checks, for example, I would be able to provide them with an English Court judgment that they will understand and respect.

**STATEMENT OF TRUTH**

I believe that the facts stated in this witness statement are true.

Signed: ..................................................   Date: 10.02.2020