**EXHIBIT 24**

**Registre de Commerce et des Sociétés**
Numéro RCS : B151018
Référence de dépôt : L200007438
Déposé et enregistré le 14/01/2020

# *ABH HOLDINGS S.A.*

## International Financial Reporting Standards Consolidated Financial Statements and Audit Report

### 31 December 2018

In December 2018, the IMF Board of Directors approved the stand-by assistance (SBA) 14-month programme for Ukraine, totalling USD 3.9 billion. In December, Ukraine has already received USD 2 billion from the IMF and the EU, as well as USD 750 million credit guarantees from the World Bank. IMF program's approval significantly increases the chance of Ukraine to meet foreign currency obligations in 2019, and thus will support the financial and macroeconomic stability of the country. The IMF will decide on further tranches in May and November 2019, depending on Ukraine's success in fulfilling the terms of the Memorandum on Economic and Financial Policies, which Ukraine plans to follow during the SBA programme's implementation.

In 2019-2020, Ukraine faces major public debt repayments, which will require mobilizing substantial domestic and external financing in an increasingly challenging financing environment for emerging markets. Also, Ukraine had presidential elections at the end of March 2019, and then will have parliamentary elections in October 2019. Amid double elections, the degree of uncertainty in 2019 will remain very high. Despite certain improvements in 2018, the final resolution and the ongoing effects of the political and economic situation are difficult to predict but they may have further severe effects on the Ukrainian economy.

*Republic of Kazakhstan.* In general, the economy of the Republic of Kazakhstan continues to display characteristics of an emerging market. Its economy is particularly sensitive to oil and gas prices and other commodities, which constitute major part of the country's export. These characteristics include, but are not limited to, the existence of national currency that is not freely convertible outside of the country and a low level of liquidity of debt and equity securities in the markets.

*Republic of Belarus.* The Republic of Belarus displays certain characteristics of an emerging market. The legal, tax and regulatory frameworks continue to develop and are subject to frequent changes and varying interpretation.

The operating environment has a significant impact on the Group's operations and financial position. Management is taking necessary measures to ensure sustainability of the Group's operations.

*Financial position and results*

As at 31 December 2018 the total assets of the Group amounted USD 55 401 million (2017: USD 49 716 million), comprising a loan portfolio of USD 32 540 million (2017: USD 30 618 million). The total liabilities of the Group amounted USD 47 524 million (2017: USD 43 006 million), mainly represented by customer accounts of USD 35 692 million (2017: USD 33 418 million). Over 80% of the Group's assets and liabilities are attributable to the segment operating in the Russian Federation.

The total equity of the Group as at 31 December 2018 amounted USD 7 877 million (2017: USD 6 710 million), of which USD 943 million represented perpetual loan participation notes issued by the Group (2017: USD 695 million). Profit for the year then ended was USD 2 731 million (2017: USD 580 million) while total comprehensive income for the year was USD 1 070 million (2017: USD 890 million).

Detailed information on the financial performance and position of segments of the Group is disclosed in Note 31.

*Share capital*

As at 31 December 2018 and 31 December 2017 the share capital of the Company comprised 43 141 576 ordinary shares. All shares of the Company are paid, have nominal value of USD 0.01 each, rank equally and each share carries one vote.

The Company did not issue new shares during 2018 and 2017.

During 2018 and 2017 the Company declared no dividends.

*Principal risks and uncertainties*

The Group systematically exploits the opportunities available to it to achieve its growth targets without losing sight of the related risks. The Group applies across all product lines a unified risk management practice comprising credit risk, market risk, currency risk, interest rate risk, liquidity risk and operational risk management. The primary objective of the Group's risk management is to achieve an optimal level of risk-return for its operations. The Group continues to enhance its risk management.

The Group faces two overall levels of risk (i) risks which arise as a result of the Group's role as an investor (market risk, legal and regulatory risk, reputation risk and capital risk); and (ii) the multitude of subholding-specific risks as a result of their own business activities (the Group's risk management practise is decentralised to the levels of its subholdings in Russia, Ukraine, Kazakhstan and Belarus and where relevant to their subsidiaries).