**EXHIBIT 34**

**fastFT** US

## Lawyer in Mueller probe sentenced to 30 days jail

Alex van der Zwaan draws sentence and $20,000 fine for lying over Russian links



Alex van der Zwaan, son-in-law of German Khan, a Ukrainian-Russian billionaire businessman © EPA

**Kadhim Shubber** APRIL 3 2018

A former Skadden lawyer has become the first person to be jailed in connection with Robert Mueller's investigation into alleged Russian interference in the 2016 US presidential election.

Alex van der Zwaan, 33, was sentenced to 30 days in jail and a $20,000 fine for lying about his contacts with Rick Gates, a former adviser to Donald Trump's campaign, as well as a suspected former Russian spy.

Van der Zwaan was an associate in the London office of Skadden Arps Slate Meagher & Flom, a top American law firm that has built a significant business representing Russian oligarchs.

He was questioned by the special counsel's office last year in connection with Mr Mueller's investigation into the Ukrainian lobbying activities of Paul Manafort, the former Trump campaign chair, and Mr Gates.

The lawyer had worked on a controversial 2012 report by Skadden for the Ukrainian government, which was criticised as a whitewash of the prosecution of former Ukraine prime minister Yulia Tymoshenko.

Copyright The Financial Times Limited 2020. All rights reserved.