**EXHIBIT 38**

424B3 1 d424b3.htm PROSPECTUS

**Table of Contents**

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-164770**

# OFFER TO EXCHANGE

We are conducting an exchange offer comprised of two offers, which we refer to collectively in this prospectus as the Offers, and separately as the U.S. Offer and the Russian Offer. The U.S. Offer comprises an offer made pursuant to this prospectus to all shareholders of Open Joint Stock Company "Vimpel-Communications" (*referred to in this prospectus as OJSC VimpelCom*) who are U.S. holders (within the meaning of Rule 14d-1(d) under the U.S. Securities Exchange Act of 1934), and to all holders of OJSC VimpelCom American Depositary Shares (*referred to in this prospectus as the OJSC VimpelCom ADSs*), wherever located. The Russian Offer comprises an offer made pursuant to a separate Russian offer document to all holders of OJSC VimpelCom shares, wherever located. The Offers are made subject to the local laws and regulations applicable to the holders of such securities and are only capable of being accepted if local laws permit a holder to participate in the relevant offer. The Offers are being conducted simultaneously and have substantially the same terms and are subject to the same conditions.

In the U.S. Offer, we are offering to exchange your OJSC VimpelCom common shares and OJSC VimpelCom preferred shares (provided you are a U.S. holder) and OJSC VimpelCom ADSs for American depositary shares delivered by The Bank of New York Mellon, each representing either one common share or one preferred share of VimpelCom Ltd. (*referred to in this prospectus as a common DR or a preferred DR, respectively, and collectively as the DRs*). The common DRs and the preferred DRs will be registered under the U.S. Securities Act of 1933, and the common DRs will be listed on the New York Stock Exchange and are expected to be traded under the symbol "VIP."

In addition, under the applicable Russian voluntary tender offer rules, we are required to offer a cash alternative to our offer of the DRs. Therefore, as an alternative to the DRs, in the U.S. Offer we are also offering 0.01 Russian roubles in cash for each OJSC VimpelCom common share or OJSC VimpelCom preferred share and 0.0005 Russian roubles in cash for each OJSC VimpelCom ADS. We do not recommend that you elect to receive the cash consideration that we are required to offer as an alternative to the DRs, as further discussed under "*The Offers – Terms and Conditions of the Offers*" in this prospectus.

**The U.S. Offer commenced on February 9, 2010. The U.S. Offer will expire at 5:00 p.m. New York City time on April 15, 2010, unless it is extended, although clearing systems may apply earlier deadlines.**

All holders of OJSC VimpelCom ADSs, wherever located, are invited to exchange their OJSC VimpelCom ADSs in the U.S. Offer. OJSC VimpelCom ADSs will not be accepted in the Russian Offer. All U.S. holders of OJSC VimpelCom shares are invited to exchange their shares in the U.S. Offer. All shareholders of OJSC VimpelCom, wherever located, will be invited to exchange their shares in the Russian Offer; however, only shareholders who satisfy the Russian legal definition of a "qualified investor" may elect to receive DRs in exchange for their shares in the Russian Offer. If you tender your OJSC VimpelCom shares or OJSC VimpelCom ADSs in the U.S. Offer and elect to receive cash consideration, you will receive the U.S. dollar equivalent, if any, after fees, expenses and any applicable taxes, of the cash consideration paid in Russian roubles at the prevailing exchange rate, rather than receiving Russian roubles directly. As of the date of this prospectus, 0.01 Russian roubles equals approximately US$0.0003, and 0.0005 Russian roubles equals approximately US$0.000017.

The completion of the Offers is conditioned upon more than 95.0% of OJSC VimpelCom's outstanding shares, including those represented by OJSC VimpelCom ADSs, being tendered, in addition to other conditions. A detailed description of the terms and conditions of the Offers is discussed under "*The Offers – Terms and Conditions of the Offers*" in this prospectus.

**You should read this prospectus carefully. In particular, please consider the section entitled "*Risk Factors*" beginning on page 27 of this prospectus before participating in the U.S. Offer.**

**Neither the Securities and Exchange Commission, any state securities commission nor the securities regulatory authority of any other jurisdiction has approved or disapproved the securities to be distributed in the Offers, determined if this prospectus is truthful or complete or passed upon the accuracy or adequacy of the disclosures contained in this prospectus. Any representation to the contrary is a criminal offense.**

**We have not authorized any dealer, salesperson or other person to give any information or represent anything to you other than the information contained in this prospectus. You must not rely on unauthorized information or representations.**

**This prospectus does not offer to sell nor ask for offers to buy any of the securities in any jurisdiction where it is unlawful, where the person making the offer is not qualified to do so, or to any person who cannot legally be offered the securities. The information in this prospectus is current only as of the date on its cover, and may change after that date.**

Following the date of this prospectus, we will be subject to reporting obligations and any filings we make will be available via the website of the Securities and Exchange Commission at www.sec.gov. You can also obtain any filed documents regarding us without charge by written or oral request to:

VimpelCom Ltd.
Strawinskylaan 3051
1077 ZX
Amsterdam, the Netherlands
+31 20 301 2240

See "*Additional Information For Securityholders – Where You Can Find More Information*."

Please note that this prospectus incorporates by reference important business and financial information about OJSC VimpelCom that is not included in or delivered with this prospectus. See "*Additional Information for Securityholders – Incorporation of Documents by Reference.*"

**In order to receive timely delivery of requested documents in advance of the expiration date of the U.S. Offer, you should make your request no later than April 8, 2010, which is five business days before you must make a decision regarding the U.S. Offer.**

The date of this prospectus is March 25, 2010.

[Table of Contents](#)

chairman of OJSC VimpelCom's board of directors. From April 2001 until October 2003, Mr. Lunder served as OJSC VimpelCom's CEO, and from May 2001 until October 2003, he served as OJSC VimpelCom's general director. From September 2000 until April 2001, Mr. Lunder served as OJSC VimpelCom's president and chief operating officer. From May 2000 until September 2000, Mr. Lunder served as OJSC VimpelCom's first deputy chief executive officer and chief operating officer. From September 1999 until April 2000, Mr. Lunder served as OJSC VimpelCom's chief operating officer. From 1993 until August 1999, Mr. Lunder was employed in various capacities for Telenor and its affiliates, including as chief operating officer of Telenor Mobile. From February 2005 to September 2007, Mr. Lunder served as chief executive officer of Atea ASA, one of Europe's largest IT-infrastructure companies. Mr. Lunder has served as the executive vice president of FERD since September 2007, one of Norway's largest privately-owned financial and industrial groups. In addition, Mr. Lunder currently serves as chairman of the board of the Aibel Group Ltd., the second largest Nordic oil and gas services company, chairman of the board of Elopak AS, the world's third largest liquid carton packaging company, and chairman of the board of Swix Sport AS, a global supplier of winter clothing and skiing equipment. Mr. Lunder earned a B.A. degree from Oslo Business School and holds an MBA from Henley Management College in England. Mr. Lunder is a Norwegian citizen.

*Jon Fredrik Baksaas*, Director-nominee. Mr. Baksaas has served as the president and chief executive officer of Telenor ASA since June 2002, a member of the board of Svenska Handelsbanken AB since 2003 and a member of the board of GSM Association from January 2009. Before joining Telenor in 1989, Mr. Baksaas served as the chief financial officer of Aker AS, chief financial officer of Stolt-Nielsen Seaway and held finance-related positions in Det Norske Veritas (DNV) in Norway and Japan. Mr. Baksaas holds a masters of science degree from the Norwegian School of Economics and Business Administration in Bergen, Norway, and additional qualifications from the International Institute for Management Development in Lausanne, Switzerland. Mr. Baksaas is a Norwegian citizen.

*Mikhail Fridman*, Director-nominee. Mr. Fridman has been a member of the board of directors of OJSC VimpelCom since July 2001. He currently serves as a member of the board of directors of OJSC Alfa-Bank, as well as chairman of the supervisory board of Alfa Group Consortium, and chairman of the board of OJSC TNK-BP. Mr. Fridman also serves as a member of the board of directors of CJSC Trade House Perekriostok. He serves as a member of the supervisory board of directors of Pyaterochka Holding N.V., now reorganized into X5 RETAIL GROUP N.V. He is a member of the Public Chamber of the Russian Federation. Since 1989, Mr. Fridman has taken an active role in managing the Alfa Group, which includes Alfa Finance Holdings S.A. (Alfa Bank, Alfa Capital Holdings Limited and Medpoint Limited), Altimo and CJSC Trade House Perekriostok. In 1988, Mr. Fridman co-founded the Alfa-Foto cooperative. From 1986 until 1988, Mr. Fridman served as an engineer at Elektrostal metallurgical works. Mr. Fridman graduated with honors from the Faculty of Non-Ferrous Metals of the Moscow Institute of Steel and Alloys in 1986. Mr. Fridman is a Russian citizen.

*Dr. Hans Peter Kohlhammer*, Director-nominee. Dr. Kohlhammer has been a member of the OJSC VimpelCom board of directors since June 2008. Dr. Kohlhammer has been a deputy chairman of the board of Vivanco AG from June 2006, chief executive officer of KPC Kohlhammer Consulting since August 2006, chairman of the board of Regify AF from December 2007, a member of the board of Deutsche Steinzeug Cremer & Breuer AG from June 2008, chairman of the supervisory board of KMS Kabelfernsehen from November 2008 and a member of the advisory board of Pepcom GMBH from November 2008. From July 2003 to June 2006, Dr. Kohlhammer was the chief executive officer and general director of the telecom company SITA SC in Geneva. From 2001 until 2003, Dr. Kohlhammer was the president and chief executive officer of Grundig AG. Dr. Kohlhammer has a Ph.D. degree in mathematics from Bonn University. Dr. Kohlhammer is a German citizen.

*Oleg Malis*, Director-nominee. Mr. Malis has been a member of the board of directors of OJSC VimpelCom since June 2006 and a member of the board of directors of Turkcell since May 2006. He has served as senior vice president of Altimo since 2005. From November 2005 until February 2008, he served as a member of the board of directors of Golden Telecom. Prior to working at Golden Telecom, Mr. Malis held various managerial positions in Corbina Telecom, a company he co-founded in 1993. Mr. Malis graduated from the Ergonomics Faculty of the Moscow Aviation Technological Institute in 1993. Mr. Malis is a Russian citizen.

126