**EXHIBIT 48**

FD-302 (Rev. 5-8-10)

b7E

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  02/26/2018

    RICHARD BURT, former United States (U.S.) Ambassador and current Board of Directors member of CENTER FOR THE NATIONAL INTEREST (CNI), was interviewed pursuant to a proffer agreement at Patriots Plaza I, 395 E Street SW, Washington, DC 20546 by Special Agent (SA) ☐ SA ☐ Intelligence Analyst (IA) ☐ and Assistant Special Counsel (ASC) Aaron Zelinsky. Accompanying BURT were CNI's ☐ ☐ After being advised of the identities of the interviewing officials and after reviewing the proffer agreement, in the presence of his attorneys, BURT executed the proffer agreement, whereupon he provided the following information:

b6
b7C

b5 per DOJ/OIP

[redacted]

b3
b6
b7C

b5 per DOJ/OIP

[redacted]

b6
b7C

Investigation on 02/09/2018 at Washington, District Of Columbia, United States (In Person)

File # [redacted]  Date drafted 02/12/2018

by [redacted]

b6
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(19cv1278)-2198

Continuation of FD-302 of  (U) Interview of Richard Burt  , On 02/09/2018 , Page 2 of 12

b5 per DOJ/OIP

BURT helped ALFA establish contacts with Western businesses in order to assist in ALFA's expansion outside of Russia.

b6
b7C

b5 per DOJ/OIP

b6
b7A
b7C

b5 per DOJ/OIP

b3
b6
b7C

After the Board meeting concluded, BURT had a conversation with AVEN. AVEN told BURT that he (AVEN) had been talking to someone in the Russian government who had expressed an interest in establishing a communications channel between the Kremlin and the DONALD TRUMP transition team.

Continuation of FD-302 of  (U) Interview of Richard Burt  , On 02/09/2018 , Page 3 of 12

**b5 per DOJ/OIP**

BURT recalled SIMES had some sort of relationship with JARED KUSHNER. BURT subsequently called SIMES. BURT asked SIMES if he could help facilitate the establishment of a communications channel between the Russian government and the TRUMP team.

SIMES told BURT he did not want to do what BURT was asking. SIMES said now was not a good time to do something like that given the media attention surrounding Russian influence in the 2016 U.S. Presidential elections. Additionally, SIMES, on BURT's behalf, was lobbying the TRUMP transition team for BURT to be the next U.S. Ambassador to Moscow.

**b5 per DOJ/OIP**

BURT made up the "trusted third party" referenced in the opening line of the email. No trusted third party existed. The "very influential person" was SIMES.

**b3
b6
b7A
b7C**

communications channel between the Russian government and the TRUMP team. It was BURT's idea to call it "Project A." BURT was cognizant of the sensitivities regarding what AVEN was requesting, so BURT did not want to directly refer to it in an email.

**b5 per DOJ/OIP**

that there "is an interest and an understanding for the need to establish such a channel." In this email, BURT was not communicating to AVEN the view of the TRUMP team – BURT noted that he added some hype to this particular sentence to make it sound like there was more interest from the TRUMP team in establishing a communications channel with the Russian government than was actually true.

**b5 per DOJ/OIP**

BURT did not recall discussing the topic with SIMES again.

Continuation of FD-302 of (U) Interview of Richard Burt	, On 02/09/2018	, Page 4 of 12

[b5 per DOJ/OIP]
[b6]
[b7A]
[b7C]

[b5 per DOJ/OIP]

[b5 per DOJ/OIP]
[b6]
[b7C]

The conversation BURT had with AVEN in Luxembourg, and AVEN's request to see if BURT could help establish a communications channel between the Russian government and the TRUMP team, were unusual. It was not in the normal realm of BURT's dealings with AVEN.

[b5 per DOJ/OIP]

[b5 per DOJ/OIP]

[b5 per DOJ/OIP]

FBI(19cv1278)-2201

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 5 of 12

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 6 of 12

b5 per DOJ/OIP
b6
b7C

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP
b6
b7A
b7C

FBI(19cv1278)-2203

[redacted] b5 per DOJ/OIP

[redacted] b5 per DOJ/OIP
b6
b7A
b7C

[redacted] b5 per DOJ/OIP
b6
b7A
b7C

[redacted] b5 per DOJ/OIP

SIMES [b5 per DOJ/OIP] called BURT and told BURT that CNI had the opportunity to provide input for TRUMP's speech [redacted] b6 b7A b7C

BURT, SIMES, and SAUNDERS quickly went through a set of bullet points to provide to the TRUMP campaign for TRUMP's foreign policy speech.

[redacted] b5 per DOJ/OIP

[redacted] b5 per DOJ/OIP
b3

[redacted] b5 per DOJ/OIP
b3

[redacted] b5 per DOJ/OIP
b3

FBI(19cv1278)-2204

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 8 of 12

b5 per DOJ/OIP

b6
b7A
b7C

In the summer of 2016, BURT attended two dinner meetings with SESSIONS and several other individuals. BURT believed the dinner meetings occurred between June and August 2016. b5 per DOJ/OIP

b6
b7A
b7C

the TRUMP campaign might benefit by listening to experienced Republican foreign policy experts.

b5 per DOJ/OIP

b3

b5 per DOJ/OIP

BURT recalled was not at the first dinner meeting, but that he chaired the second dinner meeting.

b6
b7A
b7C

b5 per DOJ/OIP

while BURT focused his discussions on NATO and U.S./European relations.

b6
b7A
b7C

FBI(19cv1278)-2206

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 10 of 12

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP

b5 per DOJ/OIP

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP
b6
b7A
b7C

b5 per DOJ/OIP

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 11 of 12

[Page content redacted — b5 per DOJ/OIP; b6; b7A; b7C]

Continuation of FD-302 of (U) Interview of Richard Burt , On 02/09/2018 , Page 12 of 12

[Page content redacted: b5 per DOJ/OIP, b6, b7A, b7C]