**EXHIBIT 50**

↶ Reply ⌄ | 🗑 Delete | ⊘ Junk | Block | ⋯

## FW: Your talk on Gaidar's Revolution here on November 4

ⓘ This message was sent with High importance.

**Anders Aslund**
Fri 12/20/2019 2:42 PM
Julie Varghese ⋎



**From:** Olga A Dubova <ODubova@alfabank.ru> **On Behalf Of** Petr O Aven
**Sent:** Tuesday, September 08, 2015 12:13 PM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Cc:** Richard Burt <rburt@maglobal.com>
**Subject:** Ha: Your talk on Gaidar's Revolution here on November 4
**Importance:** High

Dear Anders,

Thank you for your e-mail.

The lunch talk at a private off-the-record meeting with 20-24 people completely suits me.

I'll have some other meetings in DC, so please coordinate the time of the lunch on November 4th with Rick Burt who is fully aware of my schedule.

Best regards,

Petr Aven

От: Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
Кому: "Petr O. Aven" <Paven@alfabank.ru>,
Копия: Olga Dubova <odubova@alfabank.ru>, Richard Burt <rburt@maglobal.com>, "John Herbst" <JHerbst@ATLANTICCOUNCIL.ORG>
Дата: 01.09.2015 21:31
Тема: Your talk on Gaidar's Revolution here on November 4

Dear Petr,

I am following up on Fred Kempe's email of August 1. We would love to have you speaking here at the Atlantic Council on November 4 as you indicated. I would of course very much like to hear you speaking about Gaidar's Revolution, but in order to attract a broader interest I think it would be preferable if you apply the lessons from the

↶ Reply ⌄  🗑 Delete  ⊘ Junk  Block  …

## FW: Your talk on Gaidar's Revolution here on November 4

**Importance:** High

Dear Anders,

Thank you for your e-mail.

The lunch talk at a private off-the-record meeting with 20-24 people completely suits me.

I'll have some other meetings in DC, so please coordinate the time of the lunch on November 4th with Rick Burt who is fully aware of my schedule.

Best regards,

Petr Aven

---

От: Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
Кому: "Petr O. Aven" <Paven@alfabank.ru>,
Копия: Olga Dubova <odubova@alfabank.ru>, Richard Burt <rburt@mcglobal.com>, "John Herbst" <JHerbst@ATLANTICCOUNCIL.ORG>
Дата: 01.09.2015 21:31
Тема: Your talk on Gaidar's Revolution here on November 4

---

Dear Petr,

I am following up on Fred Kempe's email of August 1. We would love to have you speaking here at the Atlantic Council on November 4 as you indicated. I would of course very much like to hear you speaking about Gaidar's Revolution, but in order to attract a broader interest I think it would be preferable if you apply the lessons from the early 1990s to the present Russian economy. Fred will chair and I would be happy to comment on your presentation.

Our preference would be a lunch talk, but please indicate what time that suits you. Do you want a private off-the-record meeting with 20-24 people or a bigger public meeting? The choice is yours.

Whenever you have time here in Washington, Anna and I are always happy to see you.

All the best,

Anders


Anders Åslund| Senior Fellow
1030 15th Street, NW, 12th Floor | Washington, DC 20005
E: AAslund@AtlanticCouncil.org |Phone: (202) 864-2848
Follow me on twitter: @anders_aslund