**EXHIBIT 51**

↶ Reply   ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

## Call and Petr Aven

**Richard Burt** <rburt@maglobal.com>
Tue 9/8/2015 2:02 PM
Anders Aslund ⌄

Dear Anders,

I would like to talk to you about the Petr Aven event in November. I note you are out of office this week but if it is possible to connect please let me know when and where I can reach you( if convenient). My mobile 202 247 7763.

Cheers

Rick Burt

Ambassador Richard Burt
Managing Director
McLarty Associates
900 17th Street N.W. Suite 800
Washington D.C. 20006
Tel (202) 419-1420. Fax (202) 419-1421. Mobile (202) 247-7763.
www.maglobal.com

### Home - McLarty Associates

We know diplomacy. We provide diplomatic solutions.

www.maglobal.com