**EXHIBIT 52**

↶ Reply ⌄ 🗑 Delete ⊘ Junk   Block   ⋯

## RE: Fridman and Aven lunch

**From:** Anders Aslund [mailto:AAslund@ATLANTICCOUNCIL.ORG]
**Sent:** Friday, October 13, 2017 3:18 PM
**To:** Richard Burt <rburt@maglobal.com>
**Cc:** Geysha Gonzalez <GGonzalez@ATLANTICCOUNCIL.ORG>; Jemile Safaraliyeva <JSafaraliyeva@ATLANTICCOUNCIL.ORG>
**Subject:** RE: Fridman and Aven lunch

Dear Rick,

Thank you, Rick. Yes, everybody seems to think that you and I are doing a great job on Russia together.

I can get a room now for breakfast on October 16. We are waiting for the possibility of lunch on October 27. Shall we settle for breakfast on October 26? (I shall be out from noon October 26 until 10 am October 27). We are grateful if you cover the cost.

Best,

Anders

<image001.jpg>

Anders Åslund| Senior Fellow
1030 15th Street, NW, 12th Floor | Washington, DC 20005
E: AAslund@AtlanticCouncil.org |Phone: (202) 864-2848
Follow me on twitter: @anders_aslund
www.atlanticcouncil.org
**Read our new book with Simeon Djankov: "Europe's Growth Challenge" (OUP)**

**From:** Richard Burt [mailto:rburt@maglobal.com]
**Sent:** Friday, October 13, 2017 2:41 PM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Subject:** Fridman and Aven lunch

Dear Anders

Great job today!
I forgot to ask you about our proposed lunch with Mikhail / Petr on October 26th at the Council. Is this on track? Can I do anything to help?

Cheers

Rick

<image002.png>
Ambassador Richard Burt, Managing Director
McLarty Associates | 900 17th Street, NW | Suite 800 | Washington, DC 20006
+1 202 419 1420 | M +1 202 247 7763 / rburt@maglobal.com

Anders Aslund
Thu 11/5/2015 10:56 AM

- Petr O. Aven;
- Richard Burt

+1 other
Dear Petr,

Eminent thanks for you wonderful performance last night. As you could feel in the ari, everybody was most impressed and felt honored by your excellent speech and even better responses to the queries.

On a personal note, Anna and I greatly appreciated seeing you again, and we wish you all the best as you reorganize your life. Please keep in touch!

With warm regards,

Anders

ASLUND-000004