**EXHIBIT 59**

 MINISTRY OF THE INTERIOR

 [logo:] NATIONAL POLICE CORPS

GENERAL POLICE DIRECTORATE
General Commissariat, Judicial Police
U.C.D.E.V. (Unidad de Delincuencia Especializada y Violenta [Specialized and Violent Crime Unit]) - U.C.D.E.F. (Unidad Central de Delincuencia Económica y Fiscal [Central Economic and Fiscal Crime Unit])

# OFFICIAL LETTER

| | |
|---|---|
| Your Ref.: | Investigation Measures 31/2016 |
| Our Ref.: | Issuance Registry N° 18543/17 of the UCDEV |
| | Issuance Registry N° 18547/17 of the UCDEF |
| DATE: | May 10, 2017 |
| SUBJECT: | Investigation status report |
| RECIPIENT: | Office of the Special Prosecutor Against Corruption and Organized Crime |

**1. INTRODUCTION**

**2. INSOLVENCY STATUS OF THE COMPANY "ZED WORLDWIDE, S.A."**

    **2.A ACTIVITIES CARRIED OUT BY THE RUSSIAN PARTNERS THAT CAUSED THE PUNISHABLE INSOLVENCY**

    **2.B PUNISHABLE INSOLVENCY, DERIVATIVE TRANSACTIONS OF JAVIER PÉREZ DOLSET**

**3. ANALYSIS OF PUBLIC FUNDS OBTAINED BY COMPANIES OF THE ZED GROUP and U TAD CENTRO DIGITAL**

**4. PRESSURES REPORTED RELATED TO THE DEVALUATION OF THE ZED GROUP AND THE CONFLICT WITH THE PLANETA GROUP**

**5. SPECIFIC INVESTIGATION INVOLVING BRIBERY IN UZBEKISTAN**

**6. APPENDICES**

MAILING ADDRESS

C/ Julián González Segador, s/n
28.043 - MADRID
TEL.- 91 582 41 05
FAX.- 91 582 23 76




[logo:] NATIONAL POLICE CORPS

- Judicial decisions and rulings (based on unfounded and false arguments, or promoting the corruption of judges and authorities)

Nevertheless, as we shall see during the course of the investigation in question, most criminals combine several of the proposed methods.

Along these lines, we start from a series of participants in the process (although not the only ones), consisting of a mixture of individuals and legal entities of various nationalities, which increases the complexity of the investigative tasks, thereby making it necessary to determine and identify people and companies comprising the criminal web in question, who henceforth will be active subjects and ultimately responsible for the conduct described throughout this document.

The structure organized to commit the preconceived ends corresponds to a clear hierarchical relationship among its members, acting in coordinated and collaborative form.


At the organization's pinnacle sits **Mikhail Maratovich FRIDMAN (FRIDMAN)**, born April 21, 1964 to a Jewish family from Lviv (Ukraine) that subsequently moved to Russia. He currently has dual Russian and Israeli citizenship.

He is a well-known magnate in the energy and telecommunications sector, co-founder of the international holding company ALFA GROUP and the largest private banking entity in Russia, Alfa Bank, which is a part of the former.

In 2014 Matthew A. ROJANSKY, (Director of Kennan Institute - Woodrow Wilson Center in Washington, which specializes in Soviet Union, security and defense studies), published an

7

MAILING ADDRESS

*cgpj.udeveste2@policia.es*

C/ Julián González Segador, s/n
28.043 - MADRID
TEL.- 91 582 41 05
FAX.- 91 582 23 76


[logo:] NATIONAL POLICE CORPS

article[1] exposing large companies that used the "reiderstvo" technique. The article describes how "in recent years, Alfa Bank, based in Moscow, has been the object of numerous accusations of corporate raids in Ukraine," a precedent to be taken into account.

In the telecommunications and energy sector it is the majority shareholder of the Luxembourg-based conglomerate LETTERONE (L1), the subsidiaries of which encompass various areas of business, although all of them report to its chairman Mikhail FRIDMAN.



Illustration 1. Graphic of LETTERONE's areas of business.

FRIDMAN is also owner and member of the board of directors of the telecommunications services company VIMPELCOM Limited. Similarly, through his business conglomerate LETTERONE, he is majority shareholder of the former, as published on his corporate website, since he holds 47.9% of shares, although since 2008 he has exercised control of VIMPELCOM through the company ALTIMO (formerly Alfa Telecom).

---

[1] Matthew A. Rojansky. "Corporate raiding in Ukraine: Causes, Methods and Consequences." Revista Demokratizatsiya. June 2014

MAILING ADDRESS
*cgpj.udeveste2@policia.es*

C/ Julián González Segador, s/n
28.043 - MADRID
TEL.- 91 582 41 05
FAX.- 91 582 23 76


[logo:] NATIONAL POLICE CORPS

| VimpelCom Ltd. Ownership Structure* | | |
|---|---|---|
| Shareholder | Common shares | % of common and voting shares |
| Free Float | 353 454 732 | 20.1% |
| Telenor(1) | 416 703 840 | 23.7% |
| LetterOne(2) | 840 625 001 | 47.9% |
| The Stichting(3) | 145 947 562 | 8.3% |
| **Total** | 1 756 731 135 | 100% |

Illustration 2. Shareholder structure of VIMPELCOM Ltd.

Since 2012 VIMPELCOM has been headquartered in Holland, listed for trading on the US stock exchange, and has been sanctioned on several occasions by the United States SEC for violations of the regulatory standards for companies listed for trading in that country.

As can be proven, FRIDMAN, among many others, holds direct control over the three companies mentioned above (ALFA GROUP, LETTERONE and VIMPLECOM). His dominance among the professional "lobbies" of various countries, as well as the conglomerate of companies under his control, facilitates an instrument that he uses as legal coverage to commit a compendium of premeditated criminal activities.

Mikhail FRIDMAN has not hesitated to justify his operating methods, as published in various open-source media[2]; in 1999 he "convinced" a Russian judge to declare the bankruptcy of a Siberian oil company owned by BP, in order to buy it at a minimal price for his own company TNK. When asked about the maneuver four years after the deal, FRIDMAN publicly stated: "our bankruptcy laws may be contradictory, even our judges do not always understand them."

---

[2] http://www.institutionalinvestor.com/article/3450336/banking-and-capital-markets-emerging-markets/alfas-mikhail-fridman-skirts-russian-sanctions-to-invest-abroad.html#.WQtw9Lzyj-Y

9

MAILING ADDRESS
cgpj.udeveste2@policia.es

C/ Julián González Segador, s/n
28.043 - MADRID
TEL.- 91 582 41 05
FAX.- 91 582 23 76



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"Investigation Status Report"** is to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke

June 4, 2020

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE