**EXHIBIT 68**



# Bankers write to Surkov: don't let me go, don't let me go, my father!



Yevsei Belmesov
bell_mess
https://bell-mess.livejournal.com/
2017-01-29 18:50:00

From the same dumps.

Mikhail Fridman, owner of Alfa Bank, MFridman@alfabank.ru:

According to the information received, the Chairman of the Board of Directors of the Soyuz-Viktan group of companies, Chairman of the Management Board of the firm Soyuz-Viktan LTD, Andrei Dmitrievich Okhlopkov, born on June 5, 1966, is known for his criminal past and present. Having a residence permit in Crimea and actually residing in Geneva, he is undertaking efforts to obtain citizenship in the Russian Federation for the subsequent acquisition of a "roof" in the form of deputy mandates in Crimea and the Russian Federation.

Earlier, (2001-2002) Okhlopkov, one of the owners of Soyuz-Viktan, was sentenced to 15 years in prison for organizing a murder. Later, however, the Supreme Court of Ukraine reversed the sentence and sent the case for further investigation. After that, the case was "lost" in the bowels of the investigative authorities of Ukraine.
In 2008, Soyuz-Viktan received loans from a group of banks, including: Alfa-Bank OJSC (Russia), a subsidiary bank of Sberbank of Russia in Ukraine, etc. totaling approximately $200 million. The loans were issued under the guarantee of the companies of the group and the personal guarantee of Andrey Okhlopkov. In 2009, the borrower ceased servicing the debt using the bankruptcy procedure and the recognition of surety agreements as invalid. Through fraudulent schemes and the restructuring of controlled companies and business partners, Andrei Okhlopkov transferred the property held by the creditors to controlled companies and changed the structure of the group. Speculating on public opinion on the issue of pressuring a bonafide business, Okhlopkov is trying to mislead the public and regulatory authorities. Despite public statements that Okhlopkov has retired, he continues to take part in the affairs of the group of companies and lead a luxurious lifestyle in Switzerland, using a private jet and living in a luxurious villa. In Switzerland, Okhlopkov is evading litigation because, according to Alfa-Bank, he is forbidden from leaving Ukraine. Criminal proceedings have been

instituted in Russia and Ukraine regarding the theft of credit funds of Alfa-Bank OJSC (Russia) by the Soyuz-Viktan group of companies.

Categories:

**Crime**        **Society**        **Finance**

 **TAGS**: Wings of the Motherland, a Crimean knot, financial

PROMO   **BELL_MESS** march 27, 2014 15:29          **89**

### The FSB is blowing up Russia_2. Now it's because of Ukraine

Well, the puzzle pieces are coming together... PREAMBLE March 19 11:13 p.m. retired Major General of the FSB of the Russian Federation, Evgeny Lobachev, told Pravda.ru, how and when will Russia be able to stand up for the people's governor of the Donbass, Gubarev – will they be able to pull out and save the "people's governor" of the Donbass, Pavel...

0 comments



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document **"Live Journal Post"** is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Jacqueline Yorke

June 4, 2020

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE