**EXHIBIT 71**

| | |
|---|---|
| From: | Anders Aslund |
| Sent: | 7/27/2015 9:43:20 AM |
| To: | Alison Perry |
| Subject: | RE: Draft letter to Petr Aven |

Attachments: image001.jpg

---

Alison:

Thank you, it would be an email from Fred to Petr Aven personally. You have his personal email. You could copy it to his secretary also: Olga Dubova odubova@alfabank.ru

Best,

Anders



Anders Åslund | Senior Fellow
1030 15th Street, NW, 12th Floor | Washington, DC 20005
E: AAslund@AtlanticCouncil.org | Phone: (202) 864-2848
Follow me on twitter: @anders_aslund
www.facebook.com/AtlanticCouncil | @AtlanticCouncil | www.atlanticcouncil.org
Read my new book: "Ukraine: What Went Wrong and How to Fix It"

---

**From:** Alison Perry
**Sent:** Sunday, July 26, 2015 8:31 PM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Cc:** Drew Dickson <ddickson@atlanticcouncil.org>
**Subject:** RE: Draft letter to Petr Aven

Anders, how do you prefer for this letter to be transmitted once it is signed (which should be Monday)? Is it an email from Fred to Petr Aven, an email from you to Petr, an email from me/Drew to Petr's office…? Thanks!

**From:** Anders Aslund
**Sent:** Monday, July 20, 2015 12:29 PM
**To:** Fred Kempe <fkempe@atlanticcouncil.org>
**Cc:** Alison Perry <APerry@ATLANTICCOUNCIL.ORG>; John Herbst <JHerbst@ATLANTICCOUNCIL.ORG>
**Subject:** Draft letter to Petr Aven

Fred:

I have drafted a letter for you to Petr Aven. It is rather thin and I am sure you have some idea how to extend it. I understood that you did not think it fruitful to elaborate on energy so I push the idea of him talking about his book here. Rick Burt made the point to me that it must be about the current situation primarily. Otherwise it will not attract a relevant audience. I think the important thing is to have him speak here, like it and then get him more involved.



Anders Åslund | Senior Fellow
1030 15th Street, NW, 12th Floor | Washington, DC 20005
E: AAslund@AtlanticCouncil.org | Phone: (202) 864-2848
Follow me on twitter: @anders_aslund
www.facebook.com/AtlanticCouncil | @AtlanticCouncil | www.atlanticcouncil.org
Read my new book: "Ukraine: What Went Wrong and How to Fix It"

AC-017556

**Email Header:**

```
MIME-Version: 1.0
Date: Mon, 27 Jul 2015 09:43:20 -0400
Message-ID: <CO2PR0801MB629FA496EED348C1D9FC6BEB78E0@CO2PR0801MB629.namprd08.prod.outlook.com>
Content-Type: multipart/related;
  boundary="------------010507060603030108090303"
X-Priority: Normal
TO: Alison Perry;
From: "Anders Aslund" <Aslund>
CKX-Bounce-Address: Aslund
Subject: RE: Draft letter to Petr Aven
```

AC-017557