**EXHIBIT 72**

**From:**     Drew Dickson
**Sent:**     7/27/2015 12:02:57 PM
**To:**       Anders Aslund
**Subject:**  RE: FK Letter/email to Petr Aven

**Attachments:** image001.jpg

Thanks. We are sending digitally so I won't change the street address, but we'll add that to our records.
Thank you. Will send shortly.

**From:** Anders Aslund
**Sent:** Monday, July 27, 2015 11:58 AM
**To:** Drew Dickson <ddickson@atlanticcouncil.org>
**Subject:** RE: FK Letter/email to Petr Aven

Dear Drew,

The letter is excellent, and it is right to copy it to Rick Burt.

I have a different office street address for him:

9, M. Porevaevoy Street
Moscow, 107078
Russia

But that hardly matters.


Anders

## Atlantic Council

Anders Åslund| Senior Fellow
1030 15th Street, NW, 12th Floor | Washington, DC 20005
E: AAslund@AtlanticCouncil.org |Phone: (202) 864-2848
Follow me on twitter: @anders_aslund
www.facebook.com/AtlanticCouncil | @AtlanticCouncil | www.atlanticcouncil.org
Read my new book: "Ukraine: What Went Wrong and How to Fix It"


**From:** Drew Dickson
**Sent:** Monday, July 27, 2015 11:29 AM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Subject:** FK Letter/email to Petr Aven

Dear Anders,

AC-012375

Fred has approved the attached note and the below cover. Let me know if you have any further comments or questions and thanks.

Thanks,
Drew

To: Petr Aven; paven@alfabank.ru
Cc: Anders Aslund; Rick Burt
Subject: Letter from Fred Kempe

Dear Petr,

I hope this note finds you well. Attached is a letter from me following up on our recent meeting in Washington. I greatly look forward to hearing your reply.

I'm also copying Rick Burt, who is helping us think about our relationship with Letter One, but perhaps there's also a larger role for you personally to play at the Atlantic Council. As I mentioned, John Browne will be speaking at our Atlantic Council Energy and Economic Summit in Istanbul on November 18-20 (let me know if you are interested in attending).

I will be in London September 13-14, if you are available then.

Best,
Fred

AC-012376

**Email Header:**

MIME-Version: 1.0
Date: Mon, 27 Jul 2015 12:02:57 -0400
Message-ID: <BL2PR08MB705B3CFE14DF52B1A690CC5C48E0@BL2PR08MB705.namprd08.prod.outlook.com>
Content-Type: multipart/related;
   boundary="-----------08080205060007090004060604"
X-Priority: Normal
TO: Anders Aslund;
From: "Drew Dickson" <Dickson>
CKX-Bounce-Address: Dickson
Subject: RE: FK Letter/email to Petr Aven

AC-012377