**EXHIBIT 73**

↶ Reply ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

## FW: Lesin

**Anders Aslund**
Fri 12/20/2019 2:42 PM
Julie Varghese ⌄

**From:** Petr O Aven <PAven@alfabank.ru>
**Sent:** Friday, October 30, 2015 5:45 PM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Subject:** Re: Lesin

Dear Anders,

Thank you for your email. It's definitely your decision whom to invite to the event. However, if you start looking for information online you will likely find "compromat" on many Russian businessmen and former ministers including myself. As far as I know the US government does not have any official complaints against Lesin, who by the way permanently lives in California. Either way it's definitely your decision to make.

Best regards,
Petr

30 окт. 2015 г., в 15:44, Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG> написал(а):

> Dear Petr,
>
> We are very much looking forward to hosting you for a dinner here at the Atlantic Council next Wednesday, November 4. I have received your books, and we shall distribute them to all the attendees.
>
> The participation is shaping up very nicely. David Lipton is coming and has agreed to chair.
>
> We have received a query from your assistant Olga about inviting Mikhail Lesin to the dinner. I would advise against inviting Lesin because he is being investigated by the FBI for money laundering in the US. I attach two links about it below. It would reflect badly upon you as well as upon us if Lesin were to be invited. I trust you agree with us.
>
> http://www.rferl.org/content/us-fbi-russia-lesin-money-laundering/26736027.html
>
> http://www.worldaffairsjournal.org/blog/vladimir-kara-murza/us-investigation-topples-kremlin-propaganda-chief
>
> Once again, let me tell you how much I am looking forward to seeing you here.
>
> With warm regards,
>
> Anders
>
> <image001.jpg>
>
> Anders Åslund| Senior Fellow
> 1030 15th Street, NW, 12th Floor I Washington, DC 20005

ASLUND-000011



## FW: In Moscow May 26-30

Follow me on twitter: @anders_aslund
www.facebook.com/AtlanticCouncil | @AtlanticCouncil | www.atlanticcouncil.org
Read my new book: "Ukraine: What Went Wrong and How to Fix It"

**From:** Olga A Dubova [mailto:ODubova@alfabank.ru] **On Behalf Of** Petr O Aven
**Sent:** Wednesday, May 18, 2016 9:02 AM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Subject:** Ha: In Moscow May 26-30
**Importance:** High

Dear Mr. Aslund,

Thank you for your e-mail.

Following Mr. P. Aven's request who is travelling now, I would like to let you know that he will be out of Moscow on May 27-28. He plans to come back to Moscow on May 29th in the afternoon and will be glad to meet somehow in the evening.

Awaiting your reply.

Best regards,

Olga Dubova
EA to Mr. P. Aven

От: Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
Кому: "Petr O. Aven" <Paven@alfabank.ru>,
Дата: 18.05.2016 04:42
Тема: In Moscow May 26-30

Dear Petr,

Hope all is as well.

I shall be in Moscow from the late evening of May 26 until the early morning of May 30. I shall attend the Rand Business Forum at Hotel Baltchug May 28-29. It would be great to see you.

I shall be free any time in the morning or afternoon of Friday May 27 and after noon on Sunday May 29. On top of that, I can of course intrude on the conference apart from 14-15.30 Saturday afternoon, when I am supposed to speak. Tell me what works for you!

ASLUND-000012