**EXHIBIT 74**

```
From:    Nicole Zairova <nzairova@letterone.com>
Sent:    9/24/2015 6:40:08 AM
To:      Anders Aslund
Subject: On behalf of Mr P Aven
```

Dear Mr Aslund,

I am writing on behalf of Mr Petr Aven.

Mr Aven would like to send you a small package. Could you please kindly provide the best postal address for yourself?

Thank you.

With best regards,
Nicole

+44 203 815 3404

LetterOne Treasury Services LLP is a limited liability partnership registered in England and Wales under number OC385790 and LTS Advisory Limited is a private limited company registered in England and Wales under 08471235, both having their respective registered office at 4th Floor, Reading Bridge House, George Street, Reading, Berkshire RG1 8LS (together "LTS").

This e-mail is confidential and may contain privileged information or otherwise be protected. If you are not the intended recipient (or have received this e-mail in error) please notify LTS immediately and permanently delete this e-mail from your system. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly prohibited.

Email communications cannot be guaranteed to be secure or error free as information can, inter alia, be corrupted, intercepted, lost, contain viruses or otherwise be altered. Please be aware that LTS may monitor outgoing and incoming messages for reasons of security, to protect its respective businesses and to ensure compliance with legal and regulatory obligations and its internal policies. In communicating with us by email you are taken to accept and understand these risks and LTS accepts no liability or responsibility for such matters or their respective consequences.

```
Email Header:

MIME-Version: 1.0
Date:  Thu, 24 Sep 2015 10:40:08 +0000
Message-ID:  <EFFBC67D3E50CA4FB02EE293845EF3500150853D@L1C-LNMAIL01.letterone.local>
Content-Type: multipart/alternative;
    boundary="------------060602030308060705040404"
X-Priority: Normal
Received:  from DM2PR0801MB636.namprd08.prod.outlook.com (10.242.127.151) by CO2PR0801MB629.namprd08.prod.outlook.com (10.141.246.149) with Microsoft SMTP Server (TLS) id 15.1.274.16 via Mailbox Transport;
    Thu, 24 Sep 2015 10:40:18 +0000
Received:  from BY2PR08CA0008.namprd08.prod.outlook.com (10.163.62.146) by DM2PR0801MB636.namprd08.prod.outlook.com (10.242.127.151) with Microsoft SMTP Server (TLS) id 15.1.274.16;
    Thu, 24 Sep 2015 10:40:15 +0000
Received:  from BY2FFO11FD003.protection.gbl (2a01:111:f400:7c0c::136) by BY2PR08CA0008.outlook.office365.com (2a01:111:e400:58a4::18) with Microsoft SMTP Server (TLS) id 15.1.274.16 via Frontend Transport;
    Thu, 24 Sep 2015 10:40:15 +0000
Received:  from eu-smtp-delivery-101.mimecast.com (207.82.80.101) by BY2FFO11FD003.mail.protection.outlook.com (10.1.14.125) with Microsoft SMTP Server (TLS) id 15.1.274.4 via Frontend Transport;
    Thu, 24 Sep 2015 10:40:13 +0000
Received:  from L1C-LNCAS01.letterone.local (5-148-22-119.cust-5.exponential-e.net [5.148.22.119]) (Using TLS) by eu-smtp-1.mimecast.com with ESMTP id uk-mta-30-0DY1JMZJTGGQZ_FFri-YOQ-9;
    Thu, 24 Sep 2015 11:40:09 +0100
Received:  from L1C-LNMAIL01.letterone.local ([fe80::e447:c54:77aa:bd07]) by L1C-LNCAS01.letterone.local ([fe80::9166:9cc5:325b:cc95%12]) with mapi id 14.03.0123.003;
    Thu, 24 Sep 2015 11:40:09 +0100
Authentication-Results:  spf=none (sender IP is 207.82.80.101) smtp.mailfrom=letterone.com;
    atlanticcouncil.org;
    dkim="none (message not signed) header.d=none";
    atlanticcouncil.org;
    dmarc="none action=none header.from=letterone.com";
Received-SPF:  None (protection.outlook.com: letterone.com does not designate permitted sender hosts)
Thread-Topic:  On behalf of Mr P Aven
Thread-Index:  AdD2tVFkEaDgrxc1Qwim8lfIgpLHYA==
Disposition-Notification-To:  Nicole Zairova <nzairova@letterone.com>
Accept-Language:  en-GB, en-US
Content-Language:  en-US
x-originating-ip:  [10.25.30.26]
X-MC-Unique:  0DY1JMZJTGGQZ_FFri-YOQ-9
Return-Path:  nzairova@letterone.com
X-MS-Exchange-Organization-Network-Message-Id:  76ce7a81-cc83-4e75-bf49-08d2c4cc8806
X-EOPAttributedMessage:  0
X-MS-Exchange-Organization-MessageDirectionality:  Incoming
X-Forefront-Antispam-Report:  CIP:207.82.80.101;
 CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;
 SFS:(6009001)(2980300002)(428002)(365934003)(199003)(910300003)(189002)(84326002)(19580395003)(19300405004)(86362001)(5001860100001)(54356999)(16796002)(5001830100001)(4001540100001)(46102003)(19625215002)(107886002)(6806
 DIR:INB;SFP:;SCL:1;SRVR:DM2PR0801MB636;
 H:eu-smtp-delivery-101.mimecast.com;FPR:;SPF:None;
 PTR:eu-smtp-delivery-101.mimecast.com;A:1;MX:1;LANG:en;
X-Microsoft-Antispam:  UriScan:;BCL:0;PCL:0;
 RULEID:(71701003)(71702001);SRVR:DM2PR0801MB636;
X-MS-Exchange-Organization-AVStamp-Service:  1.0
X-Exchange-Antispam-Report-Test:  UriScan:(108003899814671);
X-Exchange-Antispam-Report-CFA-Test:  BCL:0;
 PCL:0;RULEID:(601004)(2401047)(8121501046)(520078)(3002001);
 SRVR:DM2PR0801MB636;BCL:0;PCL:0;RULEID:;SRVR:DM2PR0801MB636;
X-MS-Exchange-Organization-SCL:  1
SpamDiagnosticOutput:  1:23
SpamDiagnosticMetadata:  NSPM
X-MS-Exchange-CrossTenant-OriginalArrivalTime:  24 Sep 2015 10:40:13.9689 (UTC)
X-MS-Exchange-CrossTenant-Id:  990caaf6-7416-41af-a4a1-2b2ba5bd4c8b
X-MS-Exchange-CrossTenant-FromEntityHeader:  Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped:  DM2PR0801MB636
X-MS-Exchange-Organization-AuthSource:  BY2FFO11FD003.protection.gbl
X-MS-Exchange-Organization-AuthAs:  Anonymous
X-MS-Exchange-Transport-EndToEndLatency:  00:00:04.7013912
X-Microsoft-Exchange-Diagnostics:  1;
 BY2FFO11FD003;
 1:EEo9ybwl41NQfPG0AVwi8V52/WiubAiLXOy9+8YMkqxo3KWTAJlj65kUSjBmNeQZsZfl4y3irQtuDe9SpcAyRWpTcAbwK+hnYlxGtvBQ3PuHWQfa5RuHWNHpGIbe14wwBPhbaonf3YK/rdUm+DYCgUlJ7kxeyIXxWFtEqjqbooWc2mnPUbFcCn0yAM60+/brcXpNlnSs+JKMxe9EAR5p/QIf+R/.
X-Microsoft-Exchange-Diagnostics:  1;
 DM2PR0801MB636;
 2:VEvY35DCmJx1GgZ7uKNBZDjREFNGS8DCckokpFEsrG3OUxcETjysWnpKhum2jMkwnTIQTlz+OtTQadWCJ7Pc2F2SDYWxESEPWzbigLviY8GSVGcMOE/VnqfllRacZ1Z/d+oR4kJQqjsu/mv0qd8xlcZyJrDnNYMlS5FWe0RgOyA=;
 3:g7fPAEhHViAMJdGXvvmZeWd1A7SbpEONL7YQE+gpqrwAmudcCeKEJTCRXGkal4rIPsep+5aPaqftbSh8WNldec8Em+9FMwjaV/2kfQOzZKLgJh1QqAMzftT5+rTGPtBl8GBiHHsjEz07ryIQfmgEEV9x0wPWczrXLyHfylVXr5jnwBmknI4/QCzcXvPhqOGSR/1t4Gj18fJyvffZnPEilUWq/uJN 
 25:2/CJEXuVlLRei7ko1aBMAAP7X7m1/3LDXEsAfMU/B6frYj8qkztibDOmcYLVchkZM8doF6Fc+5rUy30hjbHvq/wXv10vYiAo9IMjO7oZkxb8ThtqW6PrunrU1jPujjhLWHrNllLk9xIvC+f/Tl0jvXUKBg2mRQ+MfqCMscXtbCDnrWobdyKIAA+QNtAPLNyM5ZQz8N0PUuZW/oBxa2Orno/JBll
X-Microsoft-Exchange-Diagnostics:  1;
 DM2PR0801MB636;
 20:pwcbDVC8D/11OA2N5AkHfy34sa/acNzMX0qbIOHrpcCKao+MVTF2CpyXMTfPeRuczSjYfJGqJtoSNxwqVzhmUVdId2H7Uz/sMIH4n5sP6Gy5ZD7ur49QUY+x+Kcsw91waLR/2rCFJUS89CzPcjsuipqhwOaTVIP2GBFXdNFI9bVGNwH2Qd5wl+Vk4eKAEgw4pGsHTFY0TcSIdfx2iGPqOwdMo3
 4:zpMvwbdywlopDOwMM/i8q6/ZWu7jgVPmslVokSQvvvoB2nJq8LVzVYxoIFN5oAvUuJtJiQqXus3WgiNexIIZh2as/oTY2QNNgt+0if4OjnWjcQ++VxL/bD4oejj8dwHqKBzyB0dItFA9CH1vqTDYGJyrSuab8jD7vw7peShh4mTN3e69CSzVeM0Crw/EPz8ukV3e06GuN6qFKtPiRd2ctzU6gfKR
X-Microsoft-Exchange-Diagnostics:  1;
 DM2PR0801MB636;
 23:E94uX9S/Fv3PTqsamR6yo6PGLAD/TTHHghFqePVPhvc+9jZrCxYdxNj1HMIVMh4PuPJzkK2nrC61/SDf4UggUgLtj/qM06spLandScFYarz/hWUuydfE6WLCx+tnPT/FjXjQ2aqOuART71f5/cYE4WhkgsrN+xmhDpfyveT5aePCgniKOq3PCYxK9pnAH9j7Hm9Llct0zLx2tMcUWJk694RIeS(
X-Microsoft-Exchange-Diagnostics:  1;
 DM2PR0801MB636;
 5:wEdOqYpF4cJJhuwNETZXFoQh/yKZr+2fPpY6+NJQr+Vn+dyt8wNKy6rWMspMvswAK0w2k9+6cmRWyDGBcD7UrQ5K8zJLFY9RtfU+TaD2wQrRfMhL7rNX2Vh7xr2dQVIO4dJ4jhELcd34g4GzHrg1CA="=";
 24:adKK5Rq3JFY99mTIWXAuBE/UlJbC0HYboX5TDRxqw38ispRH4fEtpsRscGpEXKckeOo0BoiDZsMuuaQ58pelBC6D4INdZoufCYHfnmTee54=;
 20:QDX1DRm/UjKov19r4Fj0a8iXZl35vzOwWgSNI0GUuWtShW57mPs7E++4xY+G1K0cNW849kiRmv+gcIsewjkWLg="="
X-Microsoft-Exchange-Diagnostics:  1;
 CO2PR0801MB629;
```

AC-017112

9:Ij39rdCBXHkAzR5alrz0gSbSpMUMDSxmL3SfGfuEdmr8mPhSvtWVgvWk+X2zsJyfFOb5qAa41m0aVb6i6tJ8Qn265KF3u9ZB5Ldal3qH6lQ9so9p0HgbuKSBfC3qKIzM
To: "Anders" <Aslund>
From: "Nicole Zairova" <nzairova@letterone.com>
CKX-Bounce-Address: nzairova@letterone.com
Subject: On behalf of Mr P Aven

AC-017113