AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mikhail Fridman, Petr Aven, and German Khan ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-2041 RJL |
| Bean LLC a/k/a Fusion GPS and Glenn Simpson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AO Alfa-Bank, ABH Holdings S.A, LetterOne Holdings S.A., LetterOne Investment Holdings S.A.

Date: 07/02/2020

Margaret E. Krawiec
*Attorney's signature*

Margaret E. Krawiec DC Bar No. 490066
*Printed name and bar number*

1440 New York Avenue, NW
Washington, DC 2005
*Address*

margaret.krawiec@skadden.com
*E-mail address*

(202) 371-7303
*Telephone number*

(202) 661-9123
*FAX number*