IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>　　　　　　Defendants. | Civil Action No. 17-2041-RJL |

**Intervenors' Rule 7.1 and LCvR 26.1 Disclosure Statement**

This Certificate is required by Federal Rule of Civil Procedure 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia.

We, the undersigned, counsel of record for AO Alfa-Bank ("Alfa Bank"), ABH Holdings S.A. ("ABHH"), LetterOne Investment Holdings S.A. and LetterOne Holdings S.A. (collectively "Intervenors"), hereby certify that, to the best of our knowledge: (1) ABHH is the indirect parent corporation of Alfa Bank; and (2) there are no other parent corporations of Intervenors or publicly held corporations owning 10% or more of Intervenors' stock.

These representations are made so that the judges of this Court may determine the need for recusal.

Dated:  July 2, 2020

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Margaret E. Krawiec
　　　　　　　　　　　　　　　　　　Margaret E. Krawiec (D.C. Bar No. 490066)
　　　　　　　　　　　　　　　　　　Michael A. McIntosh (D.C. Bar No. 1012439)
　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　　　　　FLOM LLP
　　　　　　　　　　　　　　　　　　1440 New York Ave. NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 371-7000
　　　　　　　　　　　　　　　　　　margaret.krawiec@skadden.com
　　　　　　　　　　　　　　　　　　michael.mcintosh@skadden.com