UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ X
MIKHAIL FRIDMAN, PETR AVEN, and          :
GERMAN KHAN,                             :
                                         :
                  Plaintiffs,            :
                                         :
            v.                           :   Case No. 1:17-cv-02041 (RJL)
                                         :
BEAN LLC (a/k/a FUSION GPS) and GLENN    :
SIMPSON,                                 :
                                         :
                  Defendants.            :
------------------------------------------------------------ X
```

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO REQUESTS FOR ADMISSION

Plaintiffs Mikhail Fridman, Petr Aven and German Khan and Defendants Bean LLC and Glenn Simpson respectfully request an extension of two weeks to respond to the other parties' requests for admission. Defendants served Defendants' Requests For Admission To Peter Aven, Defendants' Requests For Admission To Mikhail Fridman, and Defendants' Requests For Admission To German Khan on the Plaintiffs on June 24, 2020. Pursuant to Fed. R. Civ. P. 36(a)(3), Plaintiffs' responses are currently due on July 24, 2020. Plaintiffs served Plaintiffs' First Set Of Requests For Admission on Defendants on June 24, 2020. Pursuant to Fed. R. Civ. P. 36(a)(3), Defendants' responses are also currently due on July 24, 2020.

Both parties seek additional time to respond adequately to the other parties' requests for admission. A fourteen-day extension of the deadline to respond to requests for admission will make Plaintiffs' and Defendants' responses due on August 7, 2020. The Court's granting of this motion will not affect any scheduled deadlines in this case.

Counsel for Plaintiffs and Defendants have conferred regarding the relief requested here

and submit this motion jointly.  A Proposed Order is attached.

Dated: July 14, 2020                                              Respectfully submitted,


/s/ Joshua A. Levy                              /s/ Kim Sperduto
Joshua A. Levy (DC Bar No. 475108)              Alan S. Lewis (#NY0252)
Rachel M. Clattenburg (DC Bar No. 1018164)      CARTER LEDYARD & MILBURN LLP
Zachary Blau (DC Bar No. 1600714)               2 Wall Street
LEVY FIRESTONE MUSE LLP                         New York, NY 10005
1401 K St. NW, Suite 600                        Tel: (212) 732-3200
Washington, DC 20005                            Fax: (212) 732-3232
Tel: (202) 845-3215                             lewis@clm.com
Fax: (202) 595-8253
jal@levyfirestone.com                           -and-
rmc@levyfirestone.com
zblau@levyfirestone.com                         Kim Sperduto (DC Bar No. 416127)
                                                SERDUTO THOMPSON & GASSLER PLC
*Counsel for Defendants*                        1747 Pennsylvania Avenue, NW, Suite 1250
                                                Washington, DC 20006
                                                Tel: (202) 408-8900
                                                Fax: (202) 408-8910
                                                ksperduto@stglawdc.com

                                                *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2020, I electronically filed and served the foregoing using the CM/ECF system.

                                                /s/ Kim Sperduto
                                                Kim Sperduto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ X
MIKHAIL FRIDMAN, PETR AVEN, and : 
GERMAN KHAN, :
 :
                *Plaintiffs*, :
 :
         v. :   Case No. 1:17-cv-02041 (RJL)
 :
BEAN LLC (a/k/a FUSION GPS) and GLENN :
SIMPSON, :
 :
                *Defendants*. :
------------------------------------------------------------ X

## PROPOSED ORDER

Before the Court is the Joint Motion For Extension of Time To Respond To Requests For Admission ("Joint Motion to Extend Time"). Upon consideration of the Joint Motion to Extend Time and mutual consent of counsel, the Court ORDERS that:

The Joint Motion to Extend Time is GRANTED; and

Plaintiffs' responses to Defendants' Requests For Admission To Peter Aven, Defendants' Requests For Admission To Mikhail Fridman, and Defendants' Requests For Admission To German Khan and Defendants' responses to Plaintiffs' First Set Of Requests For Admission on Defendants are due on or before August 7, 2020.

_____
Richard J. Leon
United States District Judge