AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | | |
|---|---|---|---|
| Mikhail Fridman, Petr Aven, and German Khan | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 0:17-cv-02041 (RJL) |
| Bean LLC (a/k/a Fusion GPS) and Glenn Simpson | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Parties Christopher Steele, Christopher Burrows, and Orbis Business Intelligence Ltd.                    .

Date:        08/05/2020

/s/ Kelley C. Barnaby
*Attorney's signature*

Kelley C. Barnaby, D.C. Bar. No. 998757
*Printed name and bar number*

ALSTON & BIRD LLP
950 F Street, NW
Washington D.C. 20004

*Address*

kelley.barnaby@alston.com
*E-mail address*

(202) 239-3687
*Telephone number*

(202) 654-4887
*FAX number*

Print     Save As...     Reset