UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIKHAIL FRIDMAN**, *et al.*,  )<br>                                                        )<br>                         **Plaintiffs**,  )<br>                                                        )<br>**v.**                                                )<br>                                                        )<br>**ORBIS BUSINESS INTELLIGENCE** )<br>**LIMITED**, *et al.*                       )<br>                                                        )<br>                         **Defendants**. )<br>                                                        ) | Civil Case No. 1:17-cv-2041-RJL |

## PROPOSED ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Leave To Serve Subpoenas On Daniel Jones And The Democracy Integrity Project Via Alternative Service (the "Motion"), the Court ORDERS that:

The Motion is GRANTED; and

Service of Plaintiffs' Rule 45 subpoenas on Daniel J. Jones and The Democracy Integrity Project by (1) posting copies of the subpoenas outside the lobby of 801 Pennsylvania Ave., NW, Washington, D.C. 20004 and leaving copies with the concierge; (2) delivering copies to Mr. Jones by certified mail to 801 Pennsylvania Ave., N.W., Washington, D.C. 20004; 3) by email to the address info@advdem.org; 4) by email to daniel@thepqg.com; and 5) by certified mail to the "Penn Quarter Group, 801 Pennsylvania Ave, NW, c/o Daniel Jones, Washington, D.C. 20004" shall be deemed good and sufficient service under Rule 45.

_____
Richard J. Leon
Senior United States District Judge