## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>         Plaintiffs,<br><br>     v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>         Defendants. | No. 1:17-cv-2041-RJL |

## DECLARATION OF JOSHUA A. LEVY

I, Joshua A. Levy, declare as follows:

1. I am a member of the law firm Levy Firestone Muse LLP, counsel for Defendants Bean LLC a/k/a Fusion GPS, and Glenn Simpson. I submit this Declaration in support of Defendants' Motion to Compel Plaintiffs' Production of Documents.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Letter from Joshua Levy to Alan Lewis, dated June 30, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Letter from Alan Lewis to Joshua Levy, dated August 4, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Letter from Alan Lewis to Joshua Levy, dated June 25, 2020.

5. Attached hereto as Exhibit 4 is a true and correct excerpt of the transcript for day 1 of the bench trial in *Aven v. Orbis*, QB-2018-6349, dated March 16, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of the witness statement of Plaintiff Petr Aven in *Aven v. Orbis*, QB-2018-6349, dated February 10, 2020.

7.  Attached hereto as Exhibit 6 is a true and correct excerpt of the transcript for day 2 of the bench trial in *Aven v. Orbis*, QB-2018-6349, dated March 17, 2020.

8.  Attached hereto as Exhibit 7 is a true and correct excerpt of Catherine Belton, *Putin's People: How the KGB Took Back Russia and Then Took On the West* (2020).

9.  Attached hereto as Exhibit 8 is a true and correct excerpt of Vladimir Putin, *First Person* (2000).

10. Attached hereto as Exhibit 9 is a true and correct excerpt of Karen Dawisha, *Plutin's Kleptocracy: Who Owns Russia?* (2014).

11. Attached hereto as Exhibit 10 is a true and correct excerpt of a translated version of the Spanish criminal complaint against Vimpelcom dated August 19, 2016, as well as a copy of the translator's certification.

12. Attached hereto as Exhibit 11 is a true and correct excerpt of 1 Special Counsel Robert S. Mueller, III, Report On The Investigation Into Russian Interference In The 2016 Presidential Election (2019).

13. Attached hereto as Exhibit 12 is a true and correct copy of the U.K. courts' form N244 application notice, available at https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/732360/N244_web_0818.pdf.

14. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Rule 45 Subpoena and Schedule A to the Democratic National Committee, dated May 8, 2020.

15. Attached hereto as Exhibit 14 is a true and correct copy of the witness statement of Plaintiff Mikhail Fridman in *Aven v. Orbis*, QB-2018-6349, dated February 10, 2020.

16. Attached hereto as Exhibit 15 is a true and correct copy of Plaintiffs' Initial Responses to Interrogatories, dated November 11, 2019.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the public docket in *Aven v. Orbis*, QB-2018-6349, available at https://efile.cefile-app.com/publicsearch/case/instance/view?caseNumber=QB-2018-006349, as of August 5, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 14, 2020

*[signature]*

Joshua A. Levy