**EXHIBIT 6**



Petr Aven, Mikhail Fridman and German Khan v Orbis Business Intelligence Limited

Day 2

March 17, 2020

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900
Email: transcripts@opus2.com
Website: https://www.opus2.com

```
 1     whether Mr Steele was responsible for the document
 2     entering the public domain. That's not something you
 3     can give direct evidence on.
 4         But at 37 in your witness statement {C/1/9}, you
 5     suggest that the problem with the memorandum is that it
 6     got the attention of the media in the West; yes?
 7  A. Yeah.
 8  Q. Where you're trying to carry on business more now than
 9     you were ten years ago?
10  A. Probably, yes.
11  Q. And it contains, you say, specific allegations about you
12     specifically?
13  A. That's correct.
14  Q. But now, at the conclusion of this cross-examination,
15     you would agree with me, would you not, that there has
16     been, and had been before this memorandum was released
17     by BuzzFeed, a very large amount of publicity about you
18     in the mainstream media in the West over the years; yes?
19  A. True.
20  Q. And some of that contains very serious allegations
21     against you and Alfa and about how you made your money,
22     doesn't it?
23  A. Unfortunately, you're right.
24  Q. And some of it accuses you of making large amounts of
25     money, huge amounts of money improperly, with the
```

13

```
 1     knowing assistance of successive Russian governments.
 2     That's one of the charges that has been levelled against
 3     you.
 4  A. Probably, yes.
 5  Q. {D/85/1}, please. This is one of your documents that
 6     you have disclosed in this case. It's an email just
 7     after the -- at the time of the BuzzFeed publication
 8     from somebody called Stuart Bruseth, who is director of
 9     communications at LetterOne; yes?
10  A. Yeah.
11  Q. No reason why you should remember the document. You
12     remember the period after the BuzzFeed publication?
13  A. Yeah.
14  Q. So just have a look at the email he's sending you.
15  A. Yeah.
16  Q. It is right, isn't it, that he was able to advise you
17     and assist you to respond to the BuzzFeed publication in
18     the media and to rebut the suggestions in the
19     memorandum? Yes?
20  A. Correct.
21  Q. And you had considerable resources to enable you to do
22     that, including professional expertise of the sort
23     that's being offered here; yes?
24  A. Yeah.
25  Q. And he's telling you in this email what the line is to
```

14

```
 1     be in response and rebuttal in the media if you're asked
 2     about this; yes?
 3  A. Yeah.
 4  Q. And there are other documents in your disclosure, both
 5     before and after the BuzzFeed publication.
 6  A. Correct.
 7  Q. In the three claimants' disclosure.
 8  A. Correct.
 9  Q. I don't want to go through it all, which show that this
10     is a familiar path for you to tread, using
11     communications experts, to deal with the media, to
12     respond and rebut, if appropriate, through your own
13     comments with the benefit of professional advice?
14  A. Right.
15  Q. Yes?
16  A. Correct.
17  Q. Something you take a lot of care about?
18  A. Yeah.
19  Q. In your witness statement at paragraph 40 {C/1/9} you
20     say -- I don't question the underlying facts -- that
21     in March 2017, the US Committee on Foreign Investment
22     became concerned about an oil and gas investment in
23     Texas, about your involvement in that, and you're trying
24     to suggest that the reason for that was BuzzFeed's
25     publication of the memorandum. Is that right?
```

15

```
 1  A. Yeah, I think the circumstances -- I don't know exactly,
 2     but it seems to me the circumstances, that's the fact.
 3  Q. Rather than any other material the Committee on Foreign
 4     Investment had about you --
 5  A. Yeah.
 6  Q. -- that they might have thought was relevant to their
 7     decision-making?
 8  A. I suggest, yes.
 9  Q. Do you have any evidence of that, that that was what
10     determined that decision, rather than other
11     considerations?
12  A. Yeah, I have certain set of facts which actually I made
13     the suggestion very kind of realistic, because we got
14     permission from American authority to invest in the US,
15     literally couple of months before, for our other
16     investment, and after this publication, we been rejected
17     in investment in Texas. So it was in a few months from
18     the same agency they have got different answer.
19  Q. In different cases?
20  A. Different cases, but -- it's different businesses, but
21     it was the same owner, the same investor. So we didn't
22     care about us as investor, didn't worry about us few
23     months ago, and suddenly we started to be quite cautious
24     regarding us as investor.
25  Q. But do you know what else they looked at --
```

16

**Page 25**

1  (Pause)
2  A. Yeah.
3  Q. Just finish it, over the page, next page, top of the
4     next page {D/40/31}. Go back to the previous page
5     {D/40/30}.
6  A. Uh-huh.
7  Q. This discusses a report of a special commission set up
8     by the Gaidar-Yeltsin government to investigate
9     corruption and abuse of power, doesn't it?
10 A. No. It was specifically -- report, it was done
11    specifically search for Communist Party money abroad.
12    Kroll was hired -- (inaudible) contact was Kroll, it was
13    hired specifically in search for Communist Party money
14    abroad.
15 Q. I am putting to you what is reported in the book; do you
16    understand?
17 A. It's completely untrue.
18 Q. We'll come to that in a moment. Take it stage-by-stage.
19    What is reported in the book:
20       "... that a special commission be established by the
21    procurator general to investigate corruption, abuse of
22    power, and economic offences."
23       And that there was a report presented to the Supreme
24    Soviet in September 1993. That is what is being
25    reported here. Do you accept that there was

**Page 26**

1     a commission set up that reported --
2  A. This be -- this were Kroll or some commission by
3     Supreme, maybe there was a commission, maybe.
4  Q. Yes.
5  A. Yes.
6  Q. And the background was investigation by Kroll, wasn't
7     it?
8  A. I don't know.
9  Q. It says Mr Yeltsin was receiving monthly updates from
10    Kroll.
11 A. He did not.
12 Q. At the bottom of page 19, in the last five lines, you're
13    criticised, aren't you? {D/40/30}
14 A. I am. I see it.
15 Q. By implication; by Dawisha referring to you being
16    criticised by the commission in its report?
17 A. Uh-huh. Yes, I see it.
18 Q. "... the document recounted widespread instances of
19    'bribery of officials, blackmail, and the illegal
20    transfer of currency resources to foreign banks '..."
21 A. It's said in the book.
22 Q. But you don't agree with any of that?
23 A. I'm the only one who has in my hands Kroll report.
24    I have it. I have Kroll report. I have Kroll report.
25    I have Kroll report. It gets nothing to do with what's

**Page 27**

1     said in this book. It has nothing to do with me. It
2     was completely false. Here it's completely untrue.
3     I have it in English and in Russian.
4  Q. I think what this is referring to is the special
5     commission's report?
6  A. But you say this is based on Kroll report. I have Kroll
7     report in my hands. The commission didn't see the
8     report.
9  Q. I want to ask you about Mr Putin's time in
10    St Petersburg. The public or general understanding is
11    that Mr Putin had retired from the KGB in around 1990
12    and through acquaintanceship with Mr Sobchak, then the
13    Mayor of St Petersburg, went to work in his
14    administration. Is that correct?
15 A. I know this only from newspapers. I don't know how they
16    met and when they met. That, I don't know this story.
17 Q. You never discussed that with Mr Putin?
18 A. Never. Never.
19 Q. At your paragraph 13 you say you first met him {C/2/3},
20    subject to the clarification that you have just given
21    us, in 1991 when he was head of the committee for
22    external relations in Mr Sobchak's office?
23 A. Yes.
24 Q. But you have recalled now that you met him shortly
25    before that?

**Page 28**

1  A. Yes. Yes, I met him two weeks before I was appointed.
2  Q. One of the other problems at that time is identified in
3     the Dawisha book at {D/40/2}. Could we get that up,
4     please. Can you read -- we need to expand it. It's the
5     bottom of the left-hand page, 106. Can you read that?
6  A. 106?
7  Q. The left-hand page.
8  A. Mm hmm.
9  Q. About 13 lines up from the bottom.
10 A. Mm hmm.
11 Q. Read down to the bottom. It describes food shortages,
12    but also shortages of cash used to pay for food imports,
13    so that barter arrangements were used. Do you agree?
14 A. It was some sort of barter agree -- yeah, that was -- at
15    that time barter was common in Russia. That was
16    a barter arrangement, that's right.
17 Q. And then if we go to the next page {D/40/3}. On the
18    left-hand side, about six lines down, after the
19    description of the Salye commission --
20 A. Mm hmm.
21 Q. -- beginning:
22       "Before that, the legal authority ..."
23 A. Mm hmm.
24 Q. Just read down to the middle of the page.
25 A. Yeah, I read it.