**EXHIBIT 10**

[emblem]
SPECIAL PROSECUTOR FOR
CORRUPTION AND ORGANIZED
CRIME

Before the undersigned Prosecutors appears Mr. Javier Pérez Dolset, with D.N.I. (*Documento Nacional de Identidad* [National Identity Document]) No. 5275105-D. He states his desire to report the facts described below, also delivering the documentation he references in his report.

He also points out that some of the facts set out below were brought to the attention of the Madrid Prosecutor's Office in Majadahonda. He is aware that proceedings have been opened and filed.

"ZED" is a Spanish company, born in 1998, with subsidiaries in 80 countries. It is the world's number one company in the value-added services sector for mobile operators.

We arrived in Russia in 2006 after acquiring a competitor listed on the London Stock Exchange that had a subsidiary in St. Petersburg.

1. After two years of good performance by the company in Russia, in 2008 we were approached by "Vimpelcom" and Mikhail Fridman's best friend, named Vage Engibaryan, who explained that they had a problem with "Vimpelcom" because they were not able to build the value-added business within the operator, and that despite their efforts, they had always failed. They offered, as we were the number one company in the world, to create a joint company, but controlled by "ZED," to build that business within "Vimpelcom."

[emblem]
SPECIAL PROSECUTOR FOR
CORRUPTION AND ORGANIZED
CRIME

On June 30, 2009, we began operating with them under this formula via a subsidiary called "Temafon," which was 51% owned by "ZED," 20% owned by "Vimpelcom" and 29% owned by Fridman's friend.

Between 2009 and 2013, the business grew extraordinarily, going from zero to generating more than 500 million dollars in profit for Vimpelcom. In 2013, "Temafon" earned more than 60 million dollars. In 2016, "Temafon" will barely earn $1 million after being emptied and looted by local executives.

2. In February 2013, the son of the Russian Interior Minister, Alexander Kolokoltsev, met with Fridman to tell him that he considered himself underpaid and mistreated within "Temafon" by his friend Engibaryan.

Kolokoltsev had a small supplier that invoiced around $700,000 a year. As a result of that meeting, Fridman instructed the CEO of "Vimpelcom Russia" (Anton Kudryashov) to change these contracts, which rose from the previous figure to more than $8 million per year (at the exchange rate at that time) in exchange for services not worth a tenth of that. Simultaneously, Mr. Kudryashov wrote a memorandum to the auditor "PWC" relating the instructions received and the reasons for it, giving concrete instructions that this information should not be shared with "ZED" under any circumstances. The contracts were signed, paid and continue to be paid via "Temafon," without the necessary authorization from the board and against the existing internal regulations, statutes and agreements. Validating these operations required, among other things, my signature, which was not even requested. To date, over $20 million has been paid to Mr. Kolokoltsev through this procedure.

[emblem]
SPECIAL PROSECUTOR FOR
CORRUPTION AND ORGANIZED
CRIME

3. In parallel, Vimpelcom executives, the aforementioned Kudryashov and his Business Development Director, Phillip Yalovega, negotiated with us the creation of a new parent company in the Netherlands as a result of merging ZED and the joint Russian subsidiary Temafon. Its name would be Zed+ and it would be controlled 30% by the Russians (between the 2 groups) and 70% by ZED shareholders. During this whole process all information concerning Kolokoltsev was hidden by direct order of Kudryashov.

This operation to create ZED+ was completed in December 2013.

4. After a few months, internal problems began to appear because the cash flow from Russia did not balance with the accounts.

Coincidentally, in April 2014, we had a Zed+ board meeting planned in Amsterdam, which had to be suspended because the day before the American, Dutch, Swiss and Norwegian governments opened a criminal investigation into Vimpelcom for bribery in Uzbekistan. And with Vimpelcom's former CEO and CFO on our board, they risked being arrested when they landed in the Netherlands.

5. I had a heated discussion with former Vimpelcom CEO Alexander Isozimov about the need for them to leave the board because the bribes in Uzbekistan had indeed occurred. For ZED it was important, because we had just appointed investment banks and intended to go public in the US before the end of 2014. This operation would be impossible if the ex-CEO of Vimpelcom as the CFO (Helena Shmatova) was still on the Board according to SEC regulations.

[emblem]
SPECIAL PROSECUTOR FOR
CORRUPTION AND ORGANIZED
CRIME

local company in Uzbekistan. During the "due diligence" process, the need to pay the president's daughter, as all the telecommunication operators already did, became apparent. In view of this condition, ZED rejected the agreement three times. All this information was discussed internally by the Temafon Board with Vimpelcom's senior representatives who are even quoted in certain documents, so it is completely impossible for anyone to claim that they did not know the structure of the market's operation in Uzbekistan.

Madrid, August 19, 2016.

Javier Pérez Dolset        Carlos Iáñez Martínez        José Grinda González



# AFFIDAVIT OF ACCURACY

I, Clayton Crooks, hereby certify that the document "Spain Complaint Against Mikhail Fridman" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Clayton Crooks

Sworn to before me this
7th day of August, 2020

_____
Signature, Notary Public

Lisa Chan
Notary Public, District of Columbia
My Commission Expires 3/14/2023

Stamp, Notary Public

Washington, DC

