UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br> Plaintiffs, <br><br> v. <br><br> BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, <br><br> Defendants. | No. 1:17-cv-2041-RJL |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), undersigned counsel for Bean LLC and Glenn Simpson, Zachary Michael Spiegel Blau, hereby withdraws his appearance as counsel in this case. Bean LLC and Glenn Simpson consent to this withdrawal, as confirmed by their signatures below. As the docket reflects, other counsel has previously entered an appearance in this case on behalf of Bean LLC and Glenn Simpson.

Dated:  August 17, 2020

Respectfully submitted,

*/s/* Zachary Michael Spiegel Blau

Zachary Michael Spiegel Blau
(D.C. Bar No. 1600714)
**LEVY FIRESTONE MUSE LLP**
1401 K St. NW, Suite 600
Washington, DC 20005
Tel: (202) 845-3215
Fax: (202) 595-8253
zblau@levyfirestone.com

*Counsel for Defendants*

_____
<u>Glenn Simpson</u>

_____
Bean LLC by Peter Fritsch

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 17, 2020, the foregoing Notice of Withdrawal of Appearance was filed using CM/ECF, which serves a copy on all counsel of record.

                                                  */s/* Zachary Michael Spiegel Blau
                                                  Zachary Michael Spiegel Blau