# EXHIBIT 1

**From:** Nuland, Victoria J
**Sent:** Thursday, 05 March 2015 13:47
**To:** Михаил Фридман
**Subject:** Re:

Thanks, M. I was frankly surprised the question came up. Best, t

From: Михаил Фридман
Sent: Thursday, March 5, 2015 8:15 AM
To: Nuland, Victoria J
Subject:

Dear Mrs. Nuland,

I would like to express our sincere gratitude for your support to our company and to me personally which you have demonstrated during your recent speech in Congress. This support is extremely important for us right now especially in the conditions of conflicts escalation between Russia and the West which caused the growing challenges of development of our business in the European Union.

I firmly believe that the problems in political relations between the two countries should not interfere the cooperation in the humanitarian sphere, in the sphere of science, should not be an obstacle to investment of independent private Russian business into Western economy, and Western – to Russia.

I am pleased to have the opportunity to discuss these issues with you and I am glad that you share my persuasions that consolidation of cooperation between private companies of Russia and the West, the mutual renunciation of discrimination of such companies will serve to normalization in the political relations in the future as well.

Thank you once again for your support.

Sincerely yours,

Mikhail Fridman

Highly Confidential - Personal Data Material

PDDC00008303

**From:** Михаил Фридман
**Sent:** Thursday, 05 March 2015 13:16
**To:** nulandvj@state.gov
**Subject:**

Dear Mrs. Nuland,


I would like to express our sincere gratitude for your support to our company and to me personally which you have demonstrated during your recent speech in Congress. This support is extremely important for us right now especially in the conditions of conflicts escalation between Russia and the West which caused the growing challenges of development of our business in the European Union.


I firmly believe that the problems in political relations between the two countries should not interfere the cooperation in the humanitarian sphere, in the sphere of science, should not be an obstacle to investment of independent private Russian business into Western economy, and Western – to Russia.


I am pleased to have the opportunity to discuss these issues with you and I am glad that you share my persuasions that consolidation of cooperation between private companies of Russia and the West, the mutual renunciation of discrimination of such companies will serve to normalization in the political relations in the future as well.


Thank you once again for your support.


Sincerely yours,


Mikhail Fridman

Highly Confidential - Personal Data Material

**From:** Михаил Фридман
**Sent:** Thursday, 05 March 2015 13:16
**To:** nulandvj@state.gov
**Subject:**

Dear Mrs. Nuland,

I would like to express our sincere gratitude for your support to our company and to me personally which you have demonstrated during your recent speech in Congress. This support is extremely important for us right now especially in the conditions of conflicts escalation between Russia and the West which caused the growing challenges of development of our business in the European Union.

I firmly believe that the problems in political relations between the two countries should not interfere the cooperation in the humanitarian sphere, in the sphere of science, should not be an obstacle to investment of independent private Russian business into Western economy, and Western – to Russia.

I am pleased to have the opportunity to discuss these issues with you and I am glad that you share my persuasions that consolidation of cooperation between private companies of Russia and the West, the mutual renunciation of discrimination of such companies will serve to normalization in the political relations in the future as well.

Thank you once again for your support.

Sincerely yours,

Mikhail Fridman

Highly Confidential - Personal Data Material