# EXHIBIT 2

| Project | Description | Manager | Staff | Contractor1 | Contractor2 | Contractor3 | Contractor4 | 60-day Budget |
|---|---|---|---|---|---|---|---|---|
| Canvas of Rim States | Estonia, Sweden, Latvia, Lithuania, Finland, Poland | Fritsch/King | | Veracity | Orbis | | | 200 |
| Canvas of Nato Majors | UK, Germany, France, ex-diplos, ex-NSC | Fritsch/King | Bagwell | Veracity | Orbis | | | 150 |
| Cyber Propaganda | Webzilla, Soldukin, et al , Breitbart, Gorka | King/Simpson | Seago | Mikey D? | Sub in NL | Crowdstrike? D Berlin? | Sayari/C4 | 200 |
| Info Intake Portal | Solicit tips, Crowsourcing, Digital library site | King/Catan | Seago | Mikey D? | | | | 25 |
| Front Groups & Lobbying | Center for National Interest | Simpson | Berkowitz Bagwell Michaels | Leach | | | | 0 |
| Alfa | Secret Server & Ties to Putin | Fritsch/Simpson | | | | | | 0 |
| Carter Page | Business dealings in 2016 | Simpson | Berkowitz | Edward B. | C4 | | | 35 |
| Bayrock | Identify sources of funds | Corcoran | Berkowitz | Sayari | C4 | | | 35 |
| Manafort | | Corcoran | Berkowitz | Edward B. | Sayari | C4 | | 35 |
| NRA | | Corcoran | Bagwell | Edward B. | Leach | Mintz | | 150 |
| Italy & Eastern Europe ties to DT | Romania, Czech, Italy/Zampolli | King | Berkowitz | Ricketts | | | | 100 |
| Campaign funding | Russians w/green cards, C4s | Simpson | Seago, Michaels | Chapman | | | | 35 |
| Agalarov Family deals with DT | | Corcoran | Sears, Berkowitz | Alaco? | | | | 70 |
| Deutsche Bank & other Loans to DT | | Simpson | Berkowitz | Indian guy | Crawford? | | | 50 |
| DT Condo Sales | | Corcoran | Berkowitz | Leach | Anson | | | 50 |
| Michael Cohen & Family | Jason Greenblatt | Simpson | Berkowitz/Sears | Ed B., Dizenko | | | | 35 |
| Republican Primaries | | King/Simpson | Michaels | Lloyd G | | | | 25 |
| Euro Elections | France, Germany, NL | King | | Orbis | | | | 100 |
| Foreign Hotels | Panama, Dubai, Toronto, Istanbul | Simpson | Berkowitz | Anson | | | | 120 |
| Tech Transfer | | Simpson | Bagwell | | | | | 0 |
| Timelines | DT,PM,CP,IT,JK,MF,RS,MC | Jones | TDIP | | | | | 0 |
| History of DT-Russia | Early trips & genesis of ties. Lorber, Geovanis. | Jones | TDIP/Berkowitz | Alaco? | Orbis | | | 0 |
| Papadopoulos/Wikileaks | Life in London & Poss. Ties to Assange | Simpson | | Orbis | Alaco? | | | 50 |
| Trump Kids/Kushner | | Simpson | Berkowitz, Sears | | | | | 0 |
| Spain | Firtash, Torshin, Fridman, Vlad | Fritsch/Corcoran/Catan | | Anson | K2 | | | 0 |
| Russian Intell in Latin America | | Corcoran | | Farah | | | | 20 |

**LAUNCH OF INITIAL DATA ANALYSIS AND INVESTIGATIONS FOR PROJECT PARTNERS**

| # | Investigations and Projects | Description | 60-day Budget | Lead | Staff | Sub Con 1 | Sub Con 2 | Sub Con 3 | Sub Con 4 | | Sub Con 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Information Canvas of Rim States | Estonia, Sweden, Latvia, Lithuania, Finland, Poland | $ 200,000.00 | Fritsch/King | | Veracity | Orbis | | | | |
| 2 | Information Canvas of NATO Major Players | UK, Germany, France, ex-diplos, ex-NSC | $ 150,000.00 | Fritsch/King | Bagwell | Veracity | Orbis | | | | |
| 3 | Cyber Propaganda Investigation | Webzilla, Soldukin, et al , Breitbart, Gorka | $ 200,000.00 | King/Simpson | Seago | Mikey D? | Sub in NL | Crowdstrike? | D Berlin? | cameron | Sayari/C4 |
| 4 | Creation Intake Portal for Information | Solicit tips, Crowsourcing, Digital library site | $ 25,000.00 | King/Catan | Seago | Mikey D? | | | | | |
| 5 | Ident of Front Groups & Lobbying Efforts | Center for National Interest | $ - | Simpson | Berkowitz Bagwell Michaels | Leach | | | | | |
| 6 | Alfa Bank- Detailed Backgrounder and Links | Secret Server & Ties to Putin | $ - | Fritsch/Simpson | | | | | | | |
| 7 | Carter Page Investigation | Full Profile: Business dealings in 2016 | $ - | Simpson | Berkowitz | Edward B. | C4 | | | | |
| 8 | Boris Epshteyn | | | | | | | | | | |
| 9 | Bayrock Investigation | Identify sources of funds esp FL Group | $ 35,000.00 | Corcoran | Berkowitz | Sayari | C4 | | | | |
| 10 | Paul Manafort Investigation | Full Profile: Business Dealings and Entrance to CM, Cypru | $ 35,000.00 | Corcoran | Berkowitz | Edward B. | Sayari | C4 | | | |
| 11 | NRA Election and Russian Intel Ties | | $ 150,000.00 | Corcoran | Bagwell | Edward B. | Leach | Mintz | | | |
| 12 | Italy & Eastern Europe ties to DT | Romania, Czech, Italy/Zampolli | $ 100,000.00 | King | Berkowitz | Ricketts | | | | | |
| 13 | Campaign Funding Analysis | Russians w/green cards, C4s | $ 35,000.00 | Simpson | Seago, Michaels | Chapman | | | | | |
| 14 | Agalarov Family Financial Dealings w/Subject 1 | | $ 70,000.00 | Corcoran | Sears, Berkowitz | Alaco? | | | | | |
| 15 | Deutsche Bank & Other Lending to Subject 1 | | $ 50,000.00 | Simpson | Berkowitz | Indian guy | Crawford? | | | | |
| 16 | Subject 1 Condo Sales | | $ 50,000.00 | Corcoran | Berkowitz | Leach | Anson | | | | |
| 17 | Michael Cohen & Family Analysis and Investigation | Jason Greenblatt | $ 35,000.00 | Simpson | Berkowitz/Sears | Ed B., Dizenko | | | | | |
| 18 | Republican Primaries & Russian Intel Subversion | | $ 25,000.00 | King/Simpson | Michaels | Lloyd G | | | | | |
| 19 | Euro Elections and Russian Intel | France, Germany, NL | $ 100,000.00 | King | | Orbis | | | | | |
| 20 | Analysis of Foreign Hotels Related to Subject 1 | Panama, Dubai, Toronto, Istanbul | $ 120,000.00 | Simpson | Berkowitz | Anson | | | | | |
| 21 | Russian Intel Tech Theft from US/West | | $ - | Simpson/Felch | Bagwell | | | | | | |
| 22 | Timelines- All Events & Individuals-Citations | DT,PM,CP,IT,JK,MF,RS,MC | $ - | Jones | TDIP | | | | | | |
| 23 | History of Subject 1 in Russia | Early trips & genesis of ties. Lorber, Geovanis. | $ - | Jones | TDIP/Berkowitz | Alaco? | Orbis | | | | |
| 24 | Papadopoulos/Wikileaks Investigation | Life in London & Poss. Ties to Assange | $ 50,000.00 | Simpson | | Orbis | Alaco? | | | | |
| 25 | Subject 1 Relatives/Chldren/Kushner | | $ - | Simpson | Berkowitz, Sears | | | | | | |
| 26 | Spain Sensitive | Firtash, Torshin, Fridman, Vlad | $ - | Fritsch/Corcoran/Catan | | Anson | K2 | | | | |
| 27 | Russian Intel Influence Presence in Latin America | | $ 20,000.00 | Corcoran | | Farah | | | | | |
| 28 | Weiner Case/Pharma | - | $ - | | | | | | | | |
| 29 | Sensitive Pending | - | $ - | | | | | | | | |
| 30 | Sensitive Pending | - | $ - | | | | | | | | |
| | | - | $ - | | | | | | | | |
| | | | **TOTAL $ 1,450,000.00** | | | | | | | | |

## LAUNCH OF INITIAL DATA ANALYSIS AND INVESTIGATIONS FOR PROJECT PARTNERS

| # | Investigations and Projects | Description | 60-day Budget | Lead | Staff | Sub Con 1 | Sub Con 2 | Sub Con 3 | Sub Con 4 | | Sub Con 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Information Canvas of Rim States | Estonia, Sweden, Latvia, Lithuania, Finland, Poland | $ 200,000.00 | Fritsch/King | | Veracity | Orbis | McKew | | | |
| 2 | Information Canvas of NATO Major Players | UK, Germany, France, ex-diplos, ex-NSC | $ 150,000.00 | Fritsch/King | | Veracity | Orbis | | | | |
| 3 | Cyber Propaganda Investigation | Webzilla, Soldukin, et al , Breitbart, Gorka | $ 200,000.00 | King/Simpson | Seago | Mikey D? | Sub in NL | Crowdstrike? | D Berlin? | cameron | Sayari/C4 |
| 4 | Creation Intake Portal for Information | Solicit tips, Crowsourcing, Digital library site | $ 25,000.00 | King/Catan | Seago | Mikey D? | | | | | |
| 5 | Front Groups & Lobbying Efforts | Center for National Interest | $    - | Simpson | Berkowitz Bagwell Michaels | Leach | | | | | |
| 6 | Alfa Bank- Detailed Backgrounder and Links | Secret Server & Ties to Putin | $    - | Fritsch/Simpson | | | | | | | |
| 7 | Carter Page Investigation | Full Profile:  Business dealings in 2016 | $    - | Simpson | Berkowitz | Edward B./Diz | C4 | | | | |
| 8 | Boris Epshteyn | | | | | | | | | | |
| 9 | Bayrock Investigation | Identify sources of funds esp FL Group | $ 35,000.00 | Corcoran | Berkowitz | Sayari | C4 | | | | |
| 10 | Paul Manafort Investigation | Full Profile:  Business Dealings and Entrance to CM, Cypru | $ 35,000.00 | Corcoran | Berkowitz | Edward B. | Sayari | C4 | | | |
| 11 | NRA Election and Russian Intel Ties | | $ 150,000.00 | Corcoran | Bagwell | Edward B. | Leach | Mintz | | | |
| 12 | Italy & Eastern Europe ties to DT | Romania, Czech, Italy/Zampolli | $ 100,000.00 | King | Berkowitz | Ricketts | | | | | |
| 13 | Campaign Funding Analysis | Russians w/green cards, C4s | $ 35,000.00 | Simpson | Seago, Michaels/Bagwell | Chapman | | | | | |
| 14 | Agalarov Family Financial Dealings w/Subject 1 | | $ 70,000.00 | Corcoran | Sears, Berkowitz | Alaco? | | | | | |
| 15 | Deutsche Bank & Other Lending to Subject 1 | | $ 50,000.00 | Simpson | Berkowitz | Indian guy | Crawford? | | | | |
| 16 | Subject 1 Condo Sales | | $ 50,000.00 | Corcoran | Berkowitz | Gormley | Anson | | | | |
| 17 | Michael Cohen & Family Analysis and Investigation | Jason Greenblatt | $ 35,000.00 | Simpson | Berkowitz/Sears | Ed B., Dizenko | | | | | |
| 18 | Republican Primaries & Russian Intel Subversion | | $ 25,000.00 | King/Simpson | Michaels/Seago | | | | | | |
| 19 | Euro Elections and Russian Intel | France, Germany, NL | $ 100,000.00 | King | | Orbis | | | | | |
| 20 | Analysis of Foreign Hotels Related to Subject 1 | Panama, Dubai, Toronto, Istanbul | $ 120,000.00 | Simpson | Berkowitz | Anson | | | | | |
| 21 | Russian Intel Tech Theft from US/West | | $    - | Simpson/Felch | Bagwell | | | | | | |
| 22 | Timelines- All Events & Individuals-Citations | DT,PM,CP,IT,JK,MF,RS,MC | $    - | Jones | TDIP | | | | | | |
| 23 | History of Subject 1 in Russia | Early trips & genesis of ties. Lorber, Geovanis. | $    - | Jones | TDIP/Berkowitz | Alaco? | Orbis | | | | |
| 24 | Papadopoulos/Wikileaks Investigation | Life in London & Poss. Ties to Assange | $ 50,000.00 | Simpson | | Orbis | Alaco? | | | | |
| 25 | Subject 1 Relatives/Chldren/Kushner | | $    - | Simpson | Berkowitz, Sears | | | | | | |
| 26 | Spain Sensitive | Firtash, Torshin, Fridman, Vlad | $    - | Fritsch/Corcoran/Catan | | Anson | K2 | | | | |
| 27 | Russian Intel Influence Presence in Latin America | | $ 20,000.00 | Corcoran | | Farah | | | | | |
| 28 | Weiner Case/Pharma | - | $    - | | | | | | | | |
| 29 | Jared/Beny | - | $    - | | | | | | | | |
| 30 | Sensitive Pending | - | $    - | | Veracity | | | | | | |
| | | - | $    - | | | | | | | | |
| | | | TOTAL $ 1,450,000.00 | | | | | | | | |