UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>       Plaintiffs,<br><br>   v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>       Defendants. | No. 1:17-cv-2041-RJL |

## DECLARATION OF JOSHUA A. LEVY

I, Joshua A. Levy, declare as follows:

1.    I am a member of the law firm Levy Firestone Muse LLP, counsel for Defendants Bean LLC a/k/a Fusion GPS, and Glenn Simpson. I submit this Declaration in support of Defendants' Motion for Partial Summary Judgment on the issue of public figure.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Superior Court's Order dated August 20, 2018, and also available at *Khan v. Orbis Business Intelligence Ltd.*, No. 2018 CA 002667 B, 2018 WL 11232420 (D.C. Super. Ct. Aug. 20, 2018).

3.    Attached hereto as Exhibit 2 is a true and correct copy of the D.C. Court of Appeals decision published at *Fridman v. Orbis Bus. Intelligence Ltd.*, 229 A.3d 494 (D.C. 2020).

4.    Attached hereto as Exhibit 3 is a true and correct copy of the U.S. Supreme Court's Order denying Plaintiffs' petition for a writ of *certiorari*, dated January 11, 2021.

5.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' complaint filed in *Khan v. Orbis Business Intelligence Limited*, No. 2018 CA 002667 B (filed Apr. 16, 2018).

6. Attached hereto as Exhibit 5 is a true and correct copy of defendants Christopher Steele and Orbis Business Intelligence Limited's Motion to Dismiss based on Rule 12(b)(6), and the accompanying Memorandum of Points and Authorities in Support.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Brief in Opposition to defendants' 12(b)(6) Motion to Dismiss.

8. Attached hereto as Exhibit 7 is a true and correct copy of defendants Christopher Steele and Orbis Business Intelligence Limited's Reply Brief in Support of their Motion to Dismiss based on Rule 12(b)(6).

9. Attached hereto as Exhibit 8 is a true and correct copy of defendants Christopher Steele and Orbis Business Intelligence Limited's Special Motion to Dismiss based on the D.C. Anti-SLAPP Statute, and the accompanying Memorandum of Points and Authorities in Support.

10. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Brief in Opposition to defendants' Special Motion to Dismiss based on the D.C. Anti-SLAPP Statute and supporting affidavit.

11. Attached hereto as Exhibit 10 is a true and correct copy of defendants Christopher Steele and Orbis Business Intelligence Limited's Reply Brief in Support of their Special Motion to Dismiss based on the Anti-SLAPP Statute.

12. Attached hereto as Exhibit 11 is a true and correct copy of Appellants Mikhail Fridman, Petr Aven, and German Khan's Brief on Appeal to the D.C. Court of Appeals.

13. Attached hereto as Exhibit 12 is a true and correct copy of Appellees Christopher Steele and Orbis Business Intelligence Limited's Brief on Appeal to the D.C. Court of Appeals.

14. Attached hereto as Exhibit 13 is a true and correct copy of Appellants Mikhail Fridman, Petr Aven, and German Khan's Reply Brief to the D.C. Court of Appeals.

15. Attached hereto as Exhibit 14 is a true and correct copy Plaintiffs' petition for a writ of *certiorari*, dated November 16, 2020.

16. Attached hereto as Exhibit 15 is a true and correct copy of the docket for *Fridman v. Orbis Business Intelligence Ltd.*, Case No. 19-cv-919 (D.C. filed Aug. 24, 2018).

Executed on: February 5, 2021

                                              /s/ Joshua A. Levy
                                              Joshua A. Levy