AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mikhail Fridman, Petr Aven, and German Khan ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:17-cv-2041-RJL |
| Bean LLC a/k/a Fusion GPS, and Glenn Simpson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mikhail Fridman, Petr Aven, and German Khan   .

Date:   03/04/2021

/s/ Thomas A. Clare, P.C.
*Attorney's signature*

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
*Printed name and bar number*

Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
*Address*

tom@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

(202) 478-0475
*FAX number*