# Exhibit 6



# Transcript of Petr Aven

**Date:** December 9, 2020
**Case:** Fridman, et al. -v- Bean LLC a/k/a Fusion GPS, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLUMBIA
3      ------------------------------------x
4     MIKHAIL FRIDMAN, PETR AVEN, and      :
5     GERMAN KHAN,                         :
6              Plaintiffs                  :
7         vs                               : Case No.
8     BEAN LLC a/k/a FUSION GPS, and       : 1:17-cv-2041-RJL
9     GLENN SIMPSON,                       :
10             Defendants                  :
11     ------------------------------------x
12
13                   Oral deposition of
14                       PETR AVEN
15
16             VIA VIDEO/TELECONFERENCE
17            WEDNESDAY, DECEMBER 9, 2020
18               8:08 a.m. EASTERN TIME
19
20    Job No.: 337594
21    Pages: 1 - 290
22    Reported by: Lisa V. Feissner, RDR, CRR, CLR
```

```
 1        A    I do not recall that.
 2        Q    In 2017, did you have ways to tell the public
 3   that CIR 112 was, in your view, false?
 4             MR. LEWIS:  Objection to form.  "Ways" is
 5   vague.
 6        A    I do not believe that we had other ways to do
 7   that that would be comparable with the ways that the
 8   other party has used.
 9        Q    Did you have the ability to put out a press
10   release?
11             MR. LEWIS:  Objection to form.  "Ability"?
12        A    Theoretically, yes.  It's open to anyone to
13   issue a press release.
14             (Reporter interruption.)
15        A    It's open to anyone.  Anyone can issue a press
16   release.
17        Q    Do you, Alfa, or LetterOne have public
18   relations vendors that you, Alfa, or LetterOne pay for?
19             MR. LEWIS:  Objection to form, compound.  It
20   asked about him, Alfa, and LetterOne.  Is the question
21   whether any of those three, you know --
22             MR. LEVY:  Any or all.
```

```
 1   billionaire in the Western press?
 2        A    Is your question with respect to whether I
 3   agree that I'm a billionaire, with the fact that I'm a
 4   billionaire, or with the fact that this is how I'm
 5   portrayed in the media?
 6        Q    Does the Western press portray you as a
 7   billionaire?
 8        A    It does.
 9        Q    Have you ever challenged that
10   characterization?
11        A    No.
12        Q    Have you allowed the press to write stories
13   about your wealth, your art collections, your mansions?
14             MR. LEWIS:  Objection.  Objection to the use
15   of the word "allowed" in that question.  I don't know
16   what that means.
17        A    No one referred to my wealth, and I have
18   absolutely no problem with people picturing my art
19   collection because this is Russian art, and I stand by
20   it, and I take pride in this.
21        Q    Do you have the largest private collection of
22   Russian art in the world?
```

```
1         A    Yes.
2         Q    Does it include works by Kandinsky and
3    Chagall?
4         A    Yes.
5         Q    You purchased all of those works of art
6    yourself, correct?
7         A    Yes.
8         Q    You've been to Washington, D.C. several times,
9    sir, correct?
10        A    25, maybe 30 times.
11        Q    Have you seen the Henry Moore sculpture
12   outside the Hirshhorn Museum in Washington?
13        A    Yes.
14        Q    You have a Henry Moore sculpture on your front
15   lawn; isn't that correct?
16        A    Yes.
17        Q    Isn't it true that your net worth has
18   increased substantially since the publication of
19   CIR 112?
20        A    No, that's not true.
21             (Cross-talk.)
22        A    It's at about the same level as it used to be.
```