# Exhibit 7



# Transcript of Mikhail Fridman

**Date:** November 17, 2020
**Case:** Fridman, et al. -v- Bean LLC a/k/a Fusion GPS, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
1              UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLUMBIA
3     - - - - - - - - - - - - - x
4     MIKHAIL FRIDMAN, PETR        :
5     AVEN, and GERMAN KHAN,       :
6              Plaintiffs,         :
7        v.                        : No. 1:17-cv-2041 RJL
8     BEAN LLC a/k/a FUSION        :
9     GPS, and GLENN SIMPSON,      :
10             Defendants.         :
11    - - - - - - - - - - - - - X
12
13            Deposition of MIKHAIL FRIDMAN
14                 Conducted Virtually
15              Tuesday, November 17, 2020
16                    9:01 a.m. EST
17
18
19
20    Job No.:  328038
21    Pages 1 - 388
22    Reported by:  Debra A. Whitehead
```

1  answered, referring to the discussion with
2  BuzzFeed's editor.
3       Q    Did you --
4       A    No.  I --
5       Q    -- contact anyone else, Mr. Fridman, to
6  help you correct the public record on what was
7  said in CIR 112?
8       A    No, nobody else.  You know, we have just
9  a couple of telephone conversation with the
10 BuzzFeed representatives.  And when, actually, I
11 made the decision to challenge this publication in
12 the court.
13      Q    And in 2016 and 2017 you had the means to
14 tell your version of the events to the public.
15           Correct?
16      A    Sorry.  It was some kind of echo.  This
17 is -- could you repeat it again?
18      Q    In 2016 and 2017, did you have the means
19 to tell your version of events to the public?
20           MR. LEWIS:  Objection to form.  I don't
21 know what "means to tell" is intended to convey.
22      A    So exactly what do you mean, means to

```
 1   tell?  Means whether I want -- could you just
 2   rephrase your question.
 3        Q    You have PAR people you pay.  Correct?
 4        A    No.  I don't pay personally any PR
 5   people.
 6        Q    The entities in which you have an
 7   ownership interest have PR personnel on the
 8   payroll.  Correct?  Like Stuart Bruseth?
 9        A    That's correct.
10        Q    Those entities put out press releases.
11             Correct?
12        A    Say it again?
13        Q    Those entities and those professionals
14   issue press releases.  Correct?
15        A    You mean generally or on particular
16   topic?
17        Q    Generally.
18        A    Generally, yes.
19        Q    So you have PR vendors and the ability to
20   talk to the media and issue press releases.
21             Correct?
22             MR. LEWIS:  Objection.  Asked and
```

Transcript of Mikhail Fridman
Conducted on November 17, 2020    58

```
 1  answered.  He has already -- he has told you he
 2  doesn't personally have any PR vendors.
 3       A    Not -- not me personal.  The LetterOne
 4  and Alfa-Bank or any other entity which have
 5  relation, related to Alfa Group, would have a
 6  chance to issue press releases.
 7       Q    And you talked to the media --
 8       A    And I --
 9       Q    -- from time to time on your own.
10            Correct?
11            MR. LEWIS:  Objection to form.  When?
12            Is it ever?
13       Q    Mr. Fridman, you talk to the media on
14  your own from time to time.  Correct?
15       A    That's correct.
16       Q    And you have the ability, if you want to,
17  to call up a reporter on an editor or a news
18  producer and tell them what you think and what you
19  know.  Correct?
20       A    In theory, yes.  But I am not doing that
21  normally.
22       Q    But you've done this in the past.
```