# Exhibit 7



# Transcript of Mikhail Fridman

**Date:** November 17, 2020
**Case:** Fridman, et al. -v- Bean LLC a/k/a Fusion GPS, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - x

4    MIKHAIL FRIDMAN, PETR       :

5    AVEN, and GERMAN KHAN,      :

6                  Plaintiffs, :

7      v.                      : No. 1:17-cv-2041 RJL

8    BEAN LLC a/k/a FUSION       :

9    GPS, and GLENN SIMPSON,     :

10                 Defendants. :

11   - - - - - - - - - - - - - X

12

13          Deposition of MIKHAIL FRIDMAN

14               Conducted Virtually

15           Tuesday, November 17, 2020

16                  9:01 a.m. EST

17

18

19

20   Job No.:  328038

21   Pages 1 - 388

22   Reported by:  Debra A. Whitehead

1   answered, referring to the discussion with

2   BuzzFeed's editor.

3          Q    Did you --

4          A    No.  I --

5          Q    -- contact anyone else, Mr. Fridman, to

6   help you correct the public record on what was

7   said in CIR 112?

8          A    No, nobody else.  You know, we have just

9   a couple of telephone conversation with the

10  BuzzFeed representatives.  And when, actually, I

11  made the decision to challenge this publication in

12  the court.

13         Q    And in 2016 and 2017 you had the means to

14  tell your version of the events to the public.

15              Correct?

16         A    Sorry.  It was some kind of echo.  This

17  is -- could you repeat it again?

18         Q    In 2016 and 2017, did you have the means

19  to tell your version of events to the public?

20              MR. LEWIS:  Objection to form.  I don't

21  know what "means to tell" is intended to convey.

22         A    So exactly what do you mean, means to

Transcript of Mikhail Fridman
Conducted on November 17, 2020                    57

1    tell?  Means whether I want -- could you just

2    rephrase your question.

3         Q    You have PAR people you pay.  Correct?

4         A    No.  I don't pay personally any PR

5    people.

6         Q    The entities in which you have an

7    ownership interest have PR personnel on the

8    payroll.  Correct?  Like Stuart Bruseth?

9         A    That's correct.

10        Q    Those entities put out press releases.

11        Correct?

12        A    Say it again?

13        Q    Those entities and those professionals

14   issue press releases.  Correct?

15        A    You mean generally or on particular

16   topic?

17        Q    Generally.

18        A    Generally, yes.

19        Q    So you have PR vendors and the ability to

20   talk to the media and issue press releases.

21        Correct?

22             MR. LEWIS:  Objection.  Asked and

1    answered.  He has already -- he has told you he

2    doesn't personally have any PR vendors.

3         A    Not -- not me personal.  The LetterOne

4    and Alfa-Bank or any other entity which have

5    relation, related to Alfa Group, would have a

6    chance to issue press releases.

7         Q    And you talked to the media --

8         A    And I --

9         Q    -- from time to time on your own.

10        Correct?

11             MR. LEWIS:  Objection to form.  When?

12             Is it ever?

13        Q    Mr. Fridman, you talk to the media on

14   your own from time to time.  Correct?

15        A    That's correct.

16        Q    And you have the ability, if you want to,

17   to call up a reporter on an editor or a news

18   producer and tell them what you think and what you

19   know.  Correct?

20        A    In theory, yes.  But I am not doing that

21   normally.

22        Q    But you've done this in the past.