AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Mikhail Fridman, Petr Aven, and German Khan )<br>*Plaintiff* )<br>v. )<br>Bean LLC a/k/a Fusion GPS, and Glenn Simpson )<br>*Defendant* ) | Case No.  1:17-cv-2041-RJL |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mikhail Fridman, Petr Aven, and German Khan       .

Date: 03/08/2021

/s/ Elizabeth M. Locke, P.C.
*Attorney's signature*

Elizabeth M. Locke, P.C. (D.C. Bar No. 976552)
*Printed name and bar number*

Clare Locke LLP
10 Prince Street
Alexandria, VA 22314
*Address*

libby@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

(202) 478-0475
*FAX number*