UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>           Plaintiffs,<br><br>      v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>           Defendants. | No. 1:17-cv-2041-RJL |

## SECOND DECLARATION OF JOSHUA A. LEVY

I, Joshua A. Levy, declare as follows:

1. I am a member of the law firm Levy Firestone Muse LLP, counsel for Defendants Bean LLC a/k/a Fusion GPS, and Glenn Simpson. I submit this Declaration in support of Defendants' Motion for Partial Summary Judgment (Dkt. No. 125) and the Reply Brief in support thereof. This declaration is the second declaration in support of that Motion. The first declaration is at Dkt. No. 125-3 and refers to Exhibits 1-15.

2. Attached hereto as Exhibit 16 is a true and correct copy of an email from Alan Lewis to Joshua Levy, dated November 18, 2020.

3. Attached hereto as Exhibit 17 is a true and correct copy of an email from Joshua Levy to Alan Lewis, dated December 2, 2020.

4. Attached hereto as Exhibit 18 is a true and correct copy of an email from Alan Lewis to Joshua Levy, dated January 8, 2021.

1

2

Executed on: March 19, 2021

                                                                                             /s/ Joshua A. Levy
                                                                                               Joshua A. Levy