UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>　　　　Defendants. | No. 1:17-cv-2041-RJL |

### DECLARATION OF JOSHUA A. LEVY

I, Joshua A. Levy, declare as follows:

1. I am a member of the law firm Levy Firestone Muse LLP, counsel for Defendants Bean LLC a/k/a Fusion GPS and Glenn Simpson. I submit this Declaration in support of Defendants' Motion for Leave to Amend Their Answer to Add Affirmative Defense (Dkt. No. 126) and the Reply in Support of that Motion.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Alan Lewis to Joshua Levy, dated November 18, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Joshua Levy to Alan Lewis, dated December 2, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Alan Lewis to Joshua Levy, dated January 8, 2021.

Executed on: March 19, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____/s/ Joshua A. Levy_
　　　　　　　　　　　　　　　　　　　　　　　　　Joshua A. Levy