UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,

      *Plaintiffs*,

v.

BEAN LLC (a/k/a FUSION GPS) and GLENN SIMPSON,

      *Defendants*.

---

Case No. 1:17-cv-02041 (RJL)

## PROPOSED ORDER

Upon consideration of the Motion To Withdraw As Counsel, the Court **ORDERS** that:

The Motion To Withdraw As Counsel is **GRANTED**; and

The Clerk's Office is instructed to record the withdrawal of Alan S. Lewis as counsel to Plaintiffs Mikhail Fridman, Petr Aven, and German Khan in this action.

    **SO ORDERED.**

Dated:_____          _____

                                                RICHARD J. LEON

                                                Senior United States District Judge