UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ X
MIKHAIL FRIDMAN, PETR AVEN, and :
GERMAN KHAN, :
 :
           *Plaintiffs*, :
 :
    v. : Case No. 1:17-cv-02041 (RJL)
 :
BEAN LLC (a/k/a FUSION GPS) and GLENN :
SIMPSON, :
 :
           *Defendants*. :
------------------------------------------------------------ X

## PROPOSED ORDER

Upon consideration of the Motion To Withdraw As Counsel, the Court **ORDERS** that:

The Motion To Withdraw As Counsel is **GRANTED**; and

The Clerk's Office is instructed to record the withdrawal of Kim Sperduto as counsel to Plaintiffs Mikhail Fridman, Petr Aven, and German Khan in this action.

    **SO ORDERED.**

Dated:_____        _____
                                                        RICHARD J. LEON
                                                        Senior United States District Judge