IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>**Plaintiffs,**<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>**Defendants.** | Civil Action No. 1:17-cv-02041 (RJL) |

### DECLARATION OF THOMAS A. CLARE, P.C.
### IN SUPPORT OF PLAINTIFFS' OMNIBUS RESPONSE
### *IN SUPPORT* OF PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER
### AND
### *IN OPPOSITION* TO DEFENDANTS' MOTION TO STAY ALL DISCOVERY

I, Thomas A. Clare, P.C., declare under penalty of perjury as follows:

1. I am an attorney duly licensed to practice law in this Court. I am a partner at the law firm of Clare Locke LLP, and I represent Plaintiffs Mikhail Fridman, Petr Aven, and German Khan, in the above-captioned case.

2. This Declaration is submitted in support of Plaintiffs' Omnibus Response in Support of Plaintiffs' Motion to Modify the Scheduling Order and in Opposition to Defendants' Motion to Stay All Discovery Pending Resolution of Their Non-Dispositive Motion for Partial Summary Judgment. I am fully familiar with the facts and circumstances of this case. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify under oath competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between Plaintiffs' counsel (Alan S. Lewis and others) and Defendants' counsel (Joshua A. Levy and others), dated from November 18, 2020 to January 6, 2021, regarding deposition scheduling.

4. Attached as **Exhibit 2** is a true and correct copy of email correspondence between Plaintiffs' counsel (Thomas A. Clare, P.C. and others) and Defendants' counsel (Joshua A. Levy), dated March 17-18, 2021, regarding deposition scheduling.

5. Attached as **Exhibit 3** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action, issued to Peter Fritsch, dated June 23, 2020.

6. Attached as **Exhibit 4** is a true and correct copy of email correspondence between Plaintiffs' counsel (Alan S. Lewis and others) and Defendants' counsel (Joshua A. Levy and others), dated June 23, 2020, regarding acceptance of service of a subpoena issued to Peter Fritsch.

7. Attached as **Exhibit 5** is a true and correct copy of email correspondence between Plaintiffs' counsel (Alan S. Lewis and others) and Defendants' counsel (Joshua A. Levy and others), dated November 18, 2020 to December 2, 2020, regarding the deposition of Peter Fritsch.

8. Attached as **Exhibit 6** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action, issued to Jacob Berkowitz, dated August 11, 2020.

9. Attached as **Exhibit 7** is a true and correct copy of email correspondence between Plaintiffs' counsel (Theodore Y. McDonough and others) and Defendants' counsel, dated August 11-12, 2020, regarding acceptance of service of subpoenas issued to Jacob Berkowitz and Jason Felch.

10. Attached as **Exhibit 8** is a true and correct copy of email correspondence between Plaintiffs' counsel (Alan S. Lewis and others) and Defendants' counsel (Joshua A. Levy and

others), dated October 21, 2020 to February 16, 2021, regarding the depositions of Jacob Berkowitz and Jason Felch.

11. Attached as **Exhibit 9** is a true and correct copy of email correspondence between Plaintiffs' counsel (Alan S. Lewis and others) and Defendants' counsel (Joshua A. Levy and others), dated October 21, 2020 to February 19, 2021, regarding the depositions of Jacob Berkowitz and Jason Felch.

12. Attached as **Exhibit 10** is a true and correct copy of a Subpoena to Testify at a Deposition in a Civil Action, issued to Jason Felch, dated August 11, 2020.

13. Attached as **Exhibit 11** is a true and correct copy of email correspondence between Tenaya Rodewald (counsel for non-party David Corn) and Plaintiffs' counsel Alan S. Lewis, dated October 26, 2020 to November 2, 2020, regarding objections to Plaintiffs' subpoena to Mr. Corn, and a true and correct copy of Mr. Corn's Objections to Plaintiffs' Subpoena to David Corn, dated November 2, 2020.

14. Attached as **Exhibit 12** is a true and correct copy of email and letter correspondence from Laya R. Kaigh (counsel for non-party Michael Isikoff) to Plaintiffs' counsel Alan S. Lewis, dated October 27-28, 2020, objecting to Plaintiffs' subpoena to Mr. Isikoff.

15. Attached as **Exhibit 13** is a true and correct copy of email and letter correspondence from Chad R. Bowman (counsel for non-party Eric Lichtblau) to Plaintiffs' counsel Alan S. Lewis, dated October 29, 2020, objecting to Plaintiffs' subpoena to Mr. Lichtblau.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2021         */s/ Thomas A. Clare, P.C.*
                                    Thomas A. Clare, P.C.