# Exhibit 4

| | |
|---|---|
| **From:** | Josh Levy |
| **Sent:** | Tuesday, June 23, 2020 2:53 PM CDT |
| **To:** | Lewis, Alan S.; Rachel Clattenburg |
| **CC:** | Dunn, Matthew D.; Malyshev, Alexander G.; McDonough, Theodore Y. |
| **Subject:** | Re: Fridman v. Bean LLC: Deposition Notices/Subpoena |

Alan:

I can accept service of a subpoena from you for Peter Fritsch; however, the version of the subpoena we received for him appears to be blank.

Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**

1401 K Street NW, Suite 600, Washington, DC 20005
T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

. . .

**From:** Lewis, Alan S. <Lewis@clm.com>
**Sent:** Tuesday, June 23, 2020 2:01 PM
**To:** Josh Levy <jal@levyfirestone.com>; Rachel Clattenburg <rmc@levyfirestone.com>
**Cc:** Dunn, Matthew D. <MDunn@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; McDonough, Theodore Y. <McDonough@clm.com>
**Subject:** Fridman v. Bean LLC: Deposition Notices/Subpoena

Josh,

Attached is a deposition notice for Glenn Simpson, a 30(b)(6) deposition notice, and a subpoena for Peter Fritsch.  Please confirm that Mr. Fritsch accepts service of the subpoena, by this email to you.

Alan

Alan S. Lewis, Esq.
**Carter Ledyard & Milburn LLP**
2 Wall Street | New York, NY  10005
Direct 212.238.8647 | Fax 212.732.3232
lewis@clm.com | www.clm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail message and its attachments are confidential, intended only for the addressee(s) named
above and may contain information that is proprietary, privileged, attorney work product or otherwise
exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com
and immediately delete this message and its attachments from your system.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*