# EXHIBIT D

NYSCEF  **Document List**
New York County Supreme Court  **Index #  154895/2017**   Created on:04/22/2021 08:22 AM

Case Caption:   **Mikhail Fridman et al - v. - BuzzFeed, Inc. et al**
Judge Name:   **Francis A Kahn Iii**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 05/26/2017 | Lewis, A. |
| 2 | STIPULATION - OTHER<br>Stipulation Accepting Service of Complaint and Extending Time to Respond | Processed | 06/01/2017 | Bolger, K. |
| 3 | ANSWER | Processed | 06/30/2017 | Bolger, K. |
| 4 | NOTICE OF MOTION<br>Notice of Motion to Dismiss Defendants' First Through Fourth Affirmative Defenses | Processed | 08/31/2017 | Lewis, A. |
| 5 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>Affirmation of Alan S. lewis in Support of Motion to Dismiss Defendant's First Through Fourth Affirm | Processed | 08/31/2017 | Lewis, A. |
| 6 | EXHIBIT(S)<br>Exh A - Copy of Plaintiff's Complaint | Processed | 08/31/2017 | Lewis, A. |
| 7 | EXHIBIT(S)<br>Exh B - Copy of Defendants' Answer | Processed | 08/31/2017 | Lewis, A. |
| 8 | MEMORANDUM OF LAW IN SUPPORT<br>Plaintiff's Memorandum of Law in Support of Their Motion to Dismiss Defendants' First Through Fourth | Processed | 08/31/2017 | Lewis, A. |
| 9 | RJI -RE: NOTICE OF MOTION<br>Request for Judicial Intervention Form | Processed | 08/31/2017 | Lewis, A. |
| 10 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 09/11/2017 | Bolger, K. |
| 11 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130<br>Stipulation extending the return date of the Motion to Dismiss until October 20, 2017. | Processed | 09/27/2017 | Bolger, K. |
| 12 | STIPULATION - AMENDING PLEADING(S) | Processed | 10/06/2017 | Bolger, K. |
| 13 | ANSWER (AMENDED) | Processed | 10/06/2017 | Bolger, K. |
| 14 | STIPULATION - OTHER | Processed | 10/06/2017 | Bolger, K. |
| 15 | NOTICE OF WITHDRAWAL OF MOTION / ORDER TO SHOW CAUSE - IN SUBMISSIONS PART - RM 130<br>Notice of Withdrawal of Motion | Processed | 10/09/2017 | Lewis, A. |
| 16 | ANSWER (AMENDED)<br>Corrected Amended Answer | Processed | 10/24/2017 | Bolger, K. |
| 17 | STIPULATION - OTHER<br>Stipulation setting forth briefing schedule for filing motion | Processed | 11/03/2017 | Lewis, A. |
| 18 | NOTICE OF MOTION - *Corrected*<br>Notice of Motion to Dismiss Affirmative Defenses in the Amended Answer | Processed | 11/13/2017 | Lewis, A. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 19 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>Affirmation of Alan S. Lewis in Support of Plaintiff's Motion to Dismiss Affirmative Defenses Assert | Processed | 11/10/2017 | Lewis, A. |
| 20 | EXHIBIT(S)<br>Exhibit A - Copy of Plaintiff's Complaint | Processed | 11/10/2017 | Lewis, A. |
| 21 | EXHIBIT(S)<br>Exhibit B - Copy of Defendants' Amended Answer | Processed | 11/10/2017 | Lewis, A. |
| 22 | MEMORANDUM OF LAW IN SUPPORT<br>Plaintiff's Memorandum of Law in Support of Motion to Dismiss Defendants' First Through Fourth Affir | Processed | 11/10/2017 | Lewis, A. |
| 23 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130<br>Stipulation extending the return date of Plaintiffs' Motion to Dismiss to January 10, 2018 | Processed | 12/08/2017 | Bolger, K. |
| 24 | MEMORANDUM OF LAW IN OPPOSITION<br>Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss first through fourth affirmative de | Processed | 12/18/2017 | Bolger, K. |
| 25 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation of Katherine M. Bolger in Opposition to Plaintiffs' Motion to Dismiss first through four | Processed | 12/18/2017 | Bolger, K. |
| 26 | EXHIBIT(S)<br>Dossier | Processed | 12/18/2017 | Bolger, K. |
| 27 | EXHIBIT(S)<br>A Veteran Spy Has Given the FBI Information Alleging a Russian Operation to Cultivate Donald Trump | Processed | 12/18/2017 | Bolger, K. |
| 28 | EXHIBIT(S)<br>These Reports Allege Trump Has Deep Ties to Russia | Processed | 12/18/2017 | Bolger, K. |
| 29 | EXHIBIT(S)<br>Harry Reid: Comey May Have Violated Hatch Act | Processed | 12/18/2017 | Bolger, K. |
| 30 | EXHIBIT(S)<br>Updated Article | Processed | 12/18/2017 | Bolger, K. |
| 31 | EXHIBIT(S)<br>January 11 Press Conference Transcript | Processed | 12/18/2017 | Bolger, K. |
| 32 | EXHIBIT(S)<br>DNI Clapper Statement on Conversation with President-elect Trump | Processed | 12/18/2017 | Bolger, K. |
| 33 | EXHIBIT(S)<br>Biden: Intel officials told us Trump allegations might leak | Processed | 12/18/2017 | Bolger, K. |
| 34 | EXHIBIT(S)<br>Comey March 20 testimony excerpts | Processed | 12/18/2017 | Bolger, K. |
| 35 | EXHIBIT(S)<br>Comey Statement for the Record | Processed | 12/18/2017 | Bolger, K. |
| 36 | EXHIBIT(S)<br>Comey June 8 testimony excerpts | Processed | 12/18/2017 | Bolger, K. |
| 37 | EXHIBIT(S)<br>Brennan testimony excerpts | Processed | 12/18/2017 | Bolger, K. |
| 38 | EXHIBIT(S)<br>Clapper testimony excerpts | Processed | 12/18/2017 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 39 | EXHIBIT(S)<br>Carter Page testimony highlights: Trump aide dismisses Russian interference | Processed | 12/18/2017 | Bolger, K. |
| 40 | EXHIBIT(S)<br>Fusion GPS co-founder: Steele didnt pay sources for dossier on Trump | Processed | 12/18/2017 | Bolger, K. |
| 41 | EXHIBIT(S)<br>Sources: House GOP staffers fly to London to find Steele, invite to testify expected | Processed | 12/18/2017 | Bolger, K. |
| 42 | EXHIBIT(S)<br>Senate panel has not decided whether Trump campaign colluded with Russia: The issue of collusion is | Processed | 12/18/2017 | Bolger, K. |
| 43 | EXHIBIT(S)<br>Muellers team met with Russia dossier author | Processed | 12/18/2017 | Bolger, K. |
| 44 | EXHIBIT(S)<br>September 1 Nunes Letter | Processed | 12/18/2017 | Bolger, K. |
| 45 | EXHIBIT(S)<br>House to Subpoena Justice Department Official on Trump Dossier | Processed | 12/18/2017 | Bolger, K. |
| 46 | EXHIBIT(S)<br>March 6 Grassley Letter | Processed | 12/18/2017 | Bolger, K. |
| 47 | EXHIBIT(S)<br>April 28 Grassley Letter | Processed | 12/18/2017 | Bolger, K. |
| 48 | EXHIBIT(S)<br>October 4 Grassley Letter | Processed | 12/18/2017 | Bolger, K. |
| 49 | EXHIBIT(S)<br>Timeline of Key Events | Processed | 12/18/2017 | Bolger, K. |
| 50 | EXHIBIT(S)<br>Heres Why Russian Intelligence Bombshell on Donald Trump Might Be Believable | Processed | 12/18/2017 | Bolger, K. |
| 51 | EXHIBIT(S)<br>Controversial Dossier on Trump Alleges That Russian Targets Jewish-American Businessmen | Processed | 12/18/2017 | Bolger, K. |
| 52 | EXHIBIT(S)<br>Selected News Reports About Dossier | Processed | 12/18/2017 | Bolger, K. |
| 53 | EXHIBIT(S)<br>The Four Horsemen of Russias Economic Apocalypse | Processed | 12/18/2017 | Bolger, K. |
| 54 | EXHIBIT(S)<br>Insight: UK court reveals fear and mistrust at TNK-BP | Processed | 12/18/2017 | Bolger, K. |
| 55 | EXHIBIT(S)<br>UK government threatens to revoke oligarchs North sea oil licences | Processed | 12/18/2017 | Bolger, K. |
| 56 | EXHIBIT(S)<br>How I became an oligarch | Processed | 12/18/2017 | Bolger, K. |
| 57 | EXHIBIT(S)<br>The Mystery of Trumps Man in Moscow | Processed | 12/18/2017 | Bolger, K. |
| 58 | EXHIBIT(S)<br>Was a Trump Server Communicating with Russia? | Processed | 12/18/2017 | Bolger, K. |
| 59 | EXHIBIT(S)<br>Trump campaign denies report of Trump Organization tie | Processed | 12/18/2017 | Bolger, K. |

Case 1:17-cv-02041-RJL   Document 146-5   Filed 05/19/21   Page 5 of 18

NYSCEF

New York County Supreme Court

Document List

Index # 154895/2017

Created on: 04/22/2021 08:22 AM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | to Russian bank | | | |
| 60 | EXHIBIT(S)<br>Was a Trump computer server connected to Russia? | Processed | 12/18/2017 | Bolger, K. |
| 61 | EXHIBIT(S)<br>Alfa Bank says no connection between Alfa Bank and Trump and any suggestion to the contrary is false | Processed | 12/18/2017 | Bolger, K. |
| 62 | EXHIBIT(S)<br>When Tillerson Looked into Putins Eyes, He Found Black Gold | Processed | 12/18/2017 | Bolger, K. |
| 63 | EXHIBIT(S)<br>Sessions met with Russian envoy twice last year, encounters he later did not disclose | Processed | 12/18/2017 | Bolger, K. |
| 64 | EXHIBIT(S)<br>Michael Flynn Resigns as National Security Advisor | Processed | 12/18/2017 | Bolger, K. |
| 65 | EXHIBIT(S)<br>Justice Department warned White House that Flynn could be vulnerable to Russian blackmail, officials | Processed | 12/18/2017 | Bolger, K. |
| 66 | EXHIBIT(S)<br>A timeline of Michael Flynns interactions with Russia that cost him his job | Processed | 12/18/2017 | Bolger, K. |
| 67 | EXHIBIT(S)<br>The Steele Dossier: Annotated | Processed | 12/18/2017 | Bolger, K. |
| 68 | EXHIBIT(S)<br>43)      US investigators corroborate some aspects of the Russia dossier | Processed | 12/18/2017 | Bolger, K. |
| 69 | EXHIBIT(S)<br>Jeff Sessions Recuses Himself From Russia Inquiry | Processed | 12/18/2017 | Bolger, K. |
| 70 | EXHIBIT(S)<br>March 24 Grassley Letter | Processed | 12/18/2017 | Bolger, K. |
| 71 | EXHIBIT(S)<br>Complaint: Firm behind Dossier & Former Russian Intel Officer Joined Lobbying Effort to Kill Pro-Whi | Processed | 12/18/2017 | Bolger, K. |
| 72 | EXHIBIT(S)<br>FBI used dossier allegations to bolster Trump-Russia investigation | Processed | 12/18/2017 | Bolger, K. |
| 73 | EXHIBIT(S)<br>Senator Points To Material Inconsistencies in Comeys Statements on Trump Dossier | Processed | 12/18/2017 | Bolger, K. |
| 74 | EXHIBIT(S)<br>Comey May 3 Testimony | Processed | 12/18/2017 | Bolger, K. |
| 75 | EXHIBIT(S)<br>F.B.I. Director James Comey Is Fired by Trump | Processed | 12/18/2017 | Bolger, K. |
| 76 | EXHIBIT(S)<br>Robert Mueller, Former F.B.I. Director, Is Named Special Counsel for Russia Investigation | Processed | 12/18/2017 | Bolger, K. |
| 77 | EXHIBIT(S)<br>Sources: Russians discussed potentially derogatory information about Trump and associates during cam | Processed | 12/18/2017 | Bolger, K. |
| 78 | EXHIBIT(S)<br>Former US intelligence chief: Watergate pales in | Processed | 12/18/2017 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
|  | comparison to Russia Probe |  |  |  |
| 79 | EXHIBIT(S)<br>Trump Team Met With Lawyer Linked to Kremlin During Campaign | Processed | 12/18/2017 | Bolger, K. |
| 80 | EXHIBIT(S)<br>Is Donald Trump Jr.s Meeting the First Hard Evidence of Collusion With Russia? | Processed | 12/18/2017 | Bolger, K. |
| 81 | EXHIBIT(S)<br>Russian lawyer who met with Donald Trump Jr linked to investigation group behind salacious Steele Do | Processed | 12/18/2017 | Bolger, K. |
| 82 | EXHIBIT(S)<br>Details in Donald Trump Jr.s emails align with parts of the explosive Trump-Russia dossier | Processed | 12/18/2017 | Bolger, K. |
| 83 | EXHIBIT(S)<br>Donald Trump Jr.s Emails Sound Like the Steele | Processed | 12/18/2017 | Bolger, K. |
| 84 | EXHIBIT(S)<br>Does the Steele Dossier Describe What Happened in Trump Tower Meeting? | Processed | 12/18/2017 | Bolger, K. |
| 85 | EXHIBIT(S)<br>Trumps Buddy Aras Agalarov in the Steele Dossier | Processed | 12/18/2017 | Bolger, K. |
| 86 | EXHIBIT(S)<br>Excerpts from a New York Times interview with President Donald Trump | Processed | 12/18/2017 | Bolger, K. |
| 87 | EXHIBIT(S)<br>July 27 press briefing transcript | Processed | 12/18/2017 | Bolger, K. |
| 88 | EXHIBIT(S)<br>July 27 Congress letter | Processed | 12/18/2017 | Bolger, K. |
| 89 | EXHIBIT(S)<br>Hunt for Trump dossier author inflames Russia probe | Processed | 12/18/2017 | Bolger, K. |
| 90 | EXHIBIT(S)<br>Fusion GPS co-founder meets with congressional investigators | Processed | 12/18/2017 | Bolger, K. |
| 91 | EXHIBIT(S)<br>September 1 Nunes Letter | Processed | 12/18/2017 | Bolger, K. |
| 92 | EXHIBIT(S)<br>Gowdy Wonders If Democrats are Fearful Trump Dossier Is A Piece of Fiction | Processed | 12/18/2017 | Bolger, K. |
| 93 | EXHIBIT(S)<br>U.S. congressional panels spar over Trump dossier on Russia contacts | Processed | 12/18/2017 | Bolger, K. |
| 94 | EXHIBIT(S)<br>Clinton campaign, DNC paid for research that led to Russia dossier | Processed | 12/18/2017 | Bolger, K. |
| 95 | EXHIBIT(S)<br>Trump Dossier Author Is in Talks with Senate Intel Committee | Processed | 12/18/2017 | Bolger, K. |
| 96 | EXHIBIT(S)<br>Carter Page testimony highlights: Trump aide dismisses Russian interference | Processed | 12/18/2017 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 97 | EXHIBIT(S) <br> Former Trump aide Carter Page drops off documents under subpoena to intelligence committees | Processed | 12/18/2017 | Bolger, K. |
| 98 | EXHIBIT(S) <br> Fusion GPS co-founder: Steele didnt pay sources for dossier on Trump | Processed | 12/18/2017 | Bolger, K. |
| 99 | EXHIBIT(S) <br> Rep. Schiff Rejects Efforts to Dismiss Dossier on Trump | Processed | 12/18/2017 | Bolger, K. |
| 100 | EXHIBIT(S) <br> Trump attorneys seek special counsel to look into Justice Department links to firm behind dossier | Processed | 12/18/2017 | Bolger, K. |
| 101 | EXHIBIT(S) <br> Senate Intel to interview Justice Dept. official with Fusion GPS ties | Processed | 12/18/2017 | Bolger, K. |
| 102 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 <br> Stipulation adjourning motion to dismiss defendants' first through fourth affirmative defenses from | Processed | 01/04/2018 | Lewis, A. |
| 103 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 <br> Stipulation adjourning motion to dismiss defendants' first through fourth affirmaive defenses from J | Processed | 01/18/2018 | Lewis, A. |
| 104 | MEMORANDUM OF LAW IN REPLY <br> Plaintiff's Reply Memorandum of Law in Further Support of Their Motion to Dismiss Defendants' First | Processed | 01/26/2018 | Lewis, A. |
| 105 | COURT NOTICE | Processed | 01/29/2018 | Court User |
| 106 | LETTER / CORRESPONDENCE TO JUDGE <br> Notice of Filing of Supplemental Authority and Information | Processed | 04/06/2018 | Bolger, K. |
| 107 | AFFIRMATION <br> Affirmation of Katherine M. Bolger | Processed | 04/06/2018 | Bolger, K. |
| 108 | EXHIBIT(S) <br> Exhibit 1 | Processed | 04/06/2018 | Bolger, K. |
| 109 | EXHIBIT(S) <br> Exhibit 2 | Processed | 04/06/2018 | Bolger, K. |
| 110 | EXHIBIT(S) <br> Exhibit 3 | Processed | 04/06/2018 | Bolger, K. |
| 111 | EXHIBIT(S) <br> Exhibit 4 | Processed | 04/06/2018 | Bolger, K. |
| 112 | EXHIBIT(S) <br> Exhibit 5 | Processed | 04/06/2018 | Bolger, K. |
| 113 | EXHIBIT(S) <br> Exhibit 6 | Processed | 04/06/2018 | Bolger, K. |
| 114 | EXHIBIT(S) <br> Exhibit 7 | Processed | 04/06/2018 | Bolger, K. |
| 115 | LETTER / CORRESPONDENCE TO JUDGE <br> Letter requesting permission to respond to Defendants' April 6, 2018 Submissions | Processed | 04/11/2018 | Lewis, A. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 116 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 04/11/2018 | Bolger, K. |
| 117 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter in response to Defendants letter dated April 11, 2018 | Processed | 04/11/2018 | Lewis, A. |
| 118 | LETTER / CORRESPONDENCE TO JUDGE<br>Notice of Filing of Supplemental Information | Processed | 04/16/2018 | Lewis, A. |
| 119 | AFFIDAVIT OR AFFIRMATION IN SUPPORT<br>Affirmation of Alan S. Lewis in Support of Motion to Dismiss Affirmative Defenses Asserted in Amende | Processed | 04/16/2018 | Lewis, A. |
| 120 | EXHIBIT(S)<br>Exhibit A - Copy of January 10, 2017 Tweet | Processed | 04/16/2018 | Lewis, A. |
| 121 | DECISION + ORDER ON MOTION | Processed | 05/07/2018 | Court User |
| 122 | NOTICE OF ENTRY<br>Notice of Entry of Order dated May 4, 2018 and entered May 7, 2018. | Processed | 05/07/2018 | Bolger, K. |
| 123 | NOTICE OF ENTRY<br>Notice of Entry of Decision and Order entered on May 7, 2018 | Processed | 05/09/2018 | Lewis, A. |
| 124 | NOTICE OF APPEAL<br>Notice of Appeal and Pre-Argument Statement | Processed | 05/15/2018 | Lewis, A. |
| 125 | STIPULATION - OTHER<br>Stipulation Extending Plaintiff's Deadline to File a Motion for Leave to Reargue Court's Prior Decis | Processed | 06/06/2018 | Lewis, A. |
| 126 | NOTICE OF MOTION<br>Notice of Motion to reargue and renew Plaintiff's motion to dismiss the First Affirmative defense | Processed | 06/13/2018 | Lewis, A. |
| 127 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>Affirmation of Alan S. Lewis in support motion to reargue and renew Plaintiff's motion to dismiss th | Processed | 06/13/2018 | Lewis, A. |
| 128 | EXHIBIT(S)<br>Exhibit 1 - Copy of Corrected Order issued in the mattter Gubarev v. BuzzFeed, Inc., Case No. 1;17-c | Processed | 06/13/2018 | Lewis, A. |
| 129 | MEMORANDUM OF LAW IN SUPPORT<br>Plainrtff's Memorandum of Law in Support of motion to reargue denial motion to dismiss first affirma | Processed | 06/13/2018 | Lewis, A. |
| 130 | APPENDIX<br>Appendix of Filed Papers in Support of Plaintiff's Motion for Reargument and to Renew | Processed | 06/13/2018 | Lewis, A. |
| 131 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130<br>The return date for the Motion shall be July 23, 2018 | Processed | 06/15/2018 | Bolger, K. |
| 132 | MEMORANDUM OF LAW IN OPPOSITION | Processed | 07/03/2018 | Bolger, K. |
| 133 | MEMORANDUM OF LAW IN REPLY<br>Plaintiff's Reply Memorandum of Law in Further Support of Motion to Reargue Denial of Motion to Dism | Processed | 07/20/2018 | Lewis, A. |
| 134 | DECISION + ORDER ON MOTION | Processed | 07/31/2018 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 135 | NOTICE OF ENTRY<br>Notice of Entry of Order dated July 30, 2018 and Entered July 31, 2018 | Processed | 08/01/2018 | Bolger, K. |
| 136 | ORDER - PRELIMINARY CONFERENCE | Processed | 08/07/2018 | Court User |
| 137 | ORDER - COMPLIANCE CONFERENCE | Processed | 05/14/2019 | Court User |
| 138 | REMITTITUR | Processed | 05/20/2019 | Court User |
| 139 | NOTICE OF MOTION | Processed | 06/18/2019 | Bolger, K. |
| 140 | MEMORANDUM OF LAW IN SUPPORT | Processed | 06/18/2019 | Bolger, K. |
| 141 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF | Processed | 06/18/2019 | Bolger, K. |
| 142 | EXHIBIT(S)<br>Exhibit 1 | Processed | 06/18/2019 | Bolger, K. |
| 143 | EXHIBIT(S)<br>Exhibit 2 | Processed | 06/18/2019 | Bolger, K. |
| 144 | EXHIBIT(S)<br>Exhibit 3 | Processed | 06/18/2019 | Bolger, K. |
| 145 | EXHIBIT(S)<br>Exhibit 4 | Processed | 06/18/2019 | Bolger, K. |
| 146 | EXHIBIT(S)<br>Exhbit 5 | Processed | 06/18/2019 | Bolger, K. |
| 147 | EXHIBIT(S)<br>Exhibit 6 | Processed | 06/18/2019 | Bolger, K. |
| 148 | EXHIBIT(S)<br>Exhibit 7 | Processed | 06/18/2019 | Bolger, K. |
| 149 | EXHIBIT(S)<br>Exhibit 8 | Processed | 06/18/2019 | Bolger, K. |
| 150 | EXHIBIT(S)<br>Exhibit 9 | Processed | 06/18/2019 | Bolger, K. |
| 151 | EXHIBIT(S)<br>Exhibit 10 | Processed | 06/18/2019 | Bolger, K. |
| 152 | EXHIBIT(S)<br>Exhibit 11 | Processed | 06/18/2019 | Bolger, K. |
| 153 | EXHIBIT(S)<br>Exhibit 12 | Processed | 06/18/2019 | Bolger, K. |
| 154 | EXHIBIT(S)<br>Exhibit 13 | Processed | 06/18/2019 | Bolger, K. |
| 155 | EXHIBIT(S)<br>Exhibit 14 | Processed | 06/18/2019 | Bolger, K. |
| 156 | EXHIBIT(S)<br>Exhibit 15 | Processed | 06/18/2019 | Bolger, K. |
| 157 | EXHIBIT(S)<br>Exhibit 16 | Processed | 06/18/2019 | Bolger, K. |
| 158 | EXHIBIT(S)<br>Exhibit 17 | Processed | 06/18/2019 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 159 | EXHIBIT(S) <br> Exhibit 18 | Processed | 06/18/2019 | Bolger, K. |
| 160 | EXHIBIT(S) <br> Exhibit 19 | Processed | 06/18/2019 | Bolger, K. |
| 161 | EXHIBIT(S) <br> Exhibit 20 | Processed | 06/18/2019 | Bolger, K. |
| 162 | EXHIBIT(S) <br> Exhibit 21 | Processed | 06/18/2019 | Bolger, K. |
| 163 | EXHIBIT(S) <br> Exhibt 22 | Processed | 06/18/2019 | Bolger, K. |
| 164 | EXHIBIT(S) <br> Exhibit 23 | Processed | 06/18/2019 | Bolger, K. |
| 165 | EXHIBIT(S) <br> Exhibit 24 | Processed | 06/18/2019 | Bolger, K. |
| 166 | EXHIBIT(S) <br> Exhibit 25 | Processed | 06/18/2019 | Bolger, K. |
| 167 | EXHIBIT(S) <br> Exhibit 26 | Processed | 06/18/2019 | Bolger, K. |
| 168 | EXHIBIT(S) <br> Exhibit 27 | Processed | 06/18/2019 | Bolger, K. |
| 169 | EXHIBIT(S) <br> Exhibit 28 | Processed | 06/18/2019 | Bolger, K. |
| 170 | EXHIBIT(S) <br> Exhibit 29 | Processed | 06/18/2019 | Bolger, K. |
| 171 | EXHIBIT(S) <br> Exhibit 30 | Processed | 06/18/2019 | Bolger, K. |
| 172 | EXHIBIT(S) <br> Exhibit 31 | Processed | 06/18/2019 | Bolger, K. |
| 173 | EXHIBIT(S) <br> Exhibit 32 | Processed | 06/18/2019 | Bolger, K. |
| 174 | EXHIBIT(S) <br> Exhibit 33 | Processed | 06/18/2019 | Bolger, K. |
| 175 | EXHIBIT(S) <br> Exhibit 34 | Processed | 06/18/2019 | Bolger, K. |
| 176 | EXHIBIT(S) <br> Exhibit 35 | Processed | 06/18/2019 | Bolger, K. |
| 177 | EXHIBIT(S) <br> Exhibit 36 | Processed | 06/18/2019 | Bolger, K. |
| 178 | EXHIBIT(S) <br> Exhibit 37 | Processed | 06/18/2019 | Bolger, K. |
| 179 | EXHIBIT(S) <br> Exhibit 38 | Processed | 06/18/2019 | Bolger, K. |
| 180 | EXHIBIT(S) <br> Exhibit 39 | Processed | 06/18/2019 | Bolger, K. |
| 181 | EXHIBIT(S) <br> Exhibit 40 | Processed | 06/18/2019 | Bolger, K. |
| 182 | EXHIBIT(S) <br> Exhibit 41 | Processed | 06/18/2019 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 183 | EXHIBIT(S)<br>Exhibit 42 | Processed | 06/18/2019 | Bolger, K. |
| 184 | EXHIBIT(S)<br>Exhibit 43 | Processed | 06/18/2019 | Bolger, K. |
| 185 | EXHIBIT(S)<br>Exhibit 44 | Processed | 06/18/2019 | Bolger, K. |
| 186 | EXHIBIT(S)<br>Exhibit 45 | Processed | 06/18/2019 | Bolger, K. |
| 187 | EXHIBIT(S)<br>Exhibit 46 | Processed | 06/18/2019 | Bolger, K. |
| 188 | EXHIBIT(S)<br>Exhibit 47 | Processed | 06/18/2019 | Bolger, K. |
| 189 | EXHIBIT(S)<br>Exhibit 48 | Processed | 06/18/2019 | Bolger, K. |
| 190 | EXHIBIT(S)<br>Exhibit 49 | Processed | 06/18/2019 | Bolger, K. |
| 191 | EXHIBIT(S)<br>Exhibit 50 | Processed | 06/18/2019 | Bolger, K. |
| 192 | EXHIBIT(S)<br>Exhibit 51 | Processed | 06/18/2019 | Bolger, K. |
| 193 | EXHIBIT(S)<br>Exhibit 52 | Processed | 06/18/2019 | Bolger, K. |
| 194 | EXHIBIT(S)<br>Exhibit 53 | Processed | 06/18/2019 | Bolger, K. |
| 195 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130<br>Stipulation adjourning Defendant's Motion for Summary Judgment from July 9, 2019 to September 9, 201 | Processed | 07/03/2019 | Lewis, A. |
| 196 | STIPULATION - OTHER - ( REQUEST TO SO ORDER )<br>Stipulation to adjourn Motion in the Submission's Part (Room 130) | Processed | 07/18/2019 | Bolger, K. |
| 197 | NOTICE OF MOTION<br>Unopposed Motion for a limited Stay of Discovery and for a Protective Order. | Processed | 08/15/2019 | Bolger, K. |
| 198 | MEMORANDUM OF LAW IN SUPPORT<br>Memorandum of Law in Support of Unopposed Motion for a limited Stay of Discovery and for a Protectiv | Processed | 08/15/2019 | Bolger, K. |
| 199 | STIPULATION - SO ORDERED | Processed | 08/19/2019 | Court User |
| 200 | STIPULATION - OTHER - ( REQUEST TO SO ORDER )<br>Stipulation Adjourning Summary Judgment Motion | Processed | 09/04/2019 | Lewis, A. |
| 201 | STIPULATION - OTHER - ( REQUEST TO SO ORDER )<br>Stipulation Adjourning Motion for Stay of Discovery | Processed | 09/04/2019 | Lewis, A. |
| 202 | STIPULATION - SO ORDERED | Processed | 09/05/2019 | Court User |
| 203 | STIPULATION - SO ORDERED | Processed | 09/05/2019 | Court User |
| 204 | STIPULATION - SO ORDERED | Processed | 09/24/2019 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 205 | STIPULATION - OTHER - ( REQUEST TO SO ORDER ) Stipulation to Permit Consolidation of Memorandum of Law | Processed | 09/26/2019 | Lewis, A. |
| 206 | STIPULATION - SO ORDERED | Processed | 09/27/2019 | Court User |
| 207 | NOTICE OF CROSS-MOTION Notice of Cross-Motion for Summary Judgment | Processed | 10/04/2019 | Lewis, A. |
| 208 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION Affirmation of Alan S. Lewis in Oppositon to Defendants' Motion for Summary Judgment and in Support | Processed | 10/04/2019 | Lewis, A. |
| 209 | EXHIBIT(S) Exhibit A - Correspondence and excerpt of Buzzfeed's Resposnes to Interrogatories in Gubarev | Processed | 10/04/2019 | Lewis, A. |
| 210 | EXHIBIT(S) Exhibit B - Plaintiffs Reply Memorandum of Law, filed in this proceeding on January 26, 2018, in fur | Processed | 10/04/2019 | Lewis, A. |
| 211 | EXHIBIT(S) Exhibit C - Defendants Brief, dated January 11, 2019, filed in Plaintiffs interlocutory appeal to th | Processed | 10/04/2019 | Lewis, A. |
| 212 | EXHIBIT(S) Exhibit D - Defendants Brief, dated January 11, 2019, filed in Plaintiffs interlocutory appeal to th | Processed | 10/04/2019 | Lewis, A. |
| 213 | EXHIBIT(S) Exhibit E - Excerpts of Defendants Brief, filed in Gubarev v. BuzzFeed, Inc., Nos. 18-15295, 19-1026 | Processed | 10/04/2019 | Lewis, A. |
| 214 | EXHIBIT(S) Exhibit F - Excerpts from the transcript of a December 7, 2018 interview of James Comey by the Commi | Processed | 10/04/2019 | Lewis, A. |
| 215 | EXHIBIT(S) Exhibit G - Excerpts from the transcript of an August 22, 2017 interview of Glenn Simpson by the Sen | Processed | 10/04/2019 | Lewis, A. |
| 216 | EXHIBIT(S) Exhibit H - Copy of Plaintiffs Brief, dated November 5, 2018, filed in Plaintiffs interlocutory appe | Processed | 10/04/2019 | Lewis, A. |
| 217 | MEMORANDUM IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION Plaintiffs' Memorandum of Law in Support of Cross-Motion for Partial Summary Judgment Dismissing Def | Processed | 10/04/2019 | Lewis, A. |
| 218 | AFFIRMATION Affirmation of Alan S. Lewis in Response to Defendants' Motion for a Limited Stay of Discovery | Processed | 10/22/2019 | Lewis, A. |
| 219 | EXHIBIT(S) Exh 1 - Copy of email exchange | Processed | 10/22/2019 | Lewis, A. |
| 220 | EXHIBIT(S) Exh 2 - Copy of stipulation adjourning summary judgment motion | Processed | 10/22/2019 | Lewis, A. |
| 221 | MEMORANDUM OF LAW IN REPLY Defendants' Memorandum of Law in further support of their Motion for Summary Judgment and in Opposit | Processed | 11/22/2019 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 222 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION<br>Reply Affirmation of Katherine M. Bolger in further support of their Motion for Summary Judgment and | Processed | 11/22/2019 | Bolger, K. |
| 223 | EXHIBIT(S)<br>Transcript of the July 13, 2018 interview of Lisa Page | Processed | 11/22/2019 | Bolger, K. |
| 224 | EXHIBIT(S)<br>Transcript of the July 16, 2018 interview of Lisa Page | Processed | 11/22/2019 | Bolger, K. |
| 225 | EXHIBIT(S)<br>November 27, 2011 article published by ESPN | Processed | 11/22/2019 | Bolger, K. |
| 226 | EXHIBIT(S)<br>Letter dated January 11, 2019 | Processed | 11/22/2019 | Bolger, K. |
| 227 | EXHIBIT(S)<br>January 10, 2017 article published by USA Today | Processed | 11/22/2019 | Bolger, K. |
| 228 | EXHIBIT(S)<br>January 11, 2017 article published by the New York Times | Processed | 11/22/2019 | Bolger, K. |
| 229 | EXHIBIT(S)<br>January 11, 2017 article published by Vox | Processed | 11/22/2019 | Bolger, K. |
| 230 | EXHIBIT(S)<br>January 10, 2017 article published by Business Insider | Processed | 11/22/2019 | Bolger, K. |
| 231 | EXHIBIT(S)<br>January 10, 2017 article published by Axios | Processed | 11/22/2019 | Bolger, K. |
| 232 | EXHIBIT(S)<br>January 10, 2017 article published by the Atlantic | Processed | 11/22/2019 | Bolger, K. |
| 233 | EXHIBIT(S)<br>Transcript of the February 15, 2018 hearing | Processed | 11/22/2019 | Bolger, K. |
| 234 | EXHIBIT(S)<br>Exhibit 3 to the deposition of David Kramer | Processed | 11/22/2019 | Bolger, K. |
| 235 | EXHIBIT(S)<br>Exhibit 4 to the deposition of David Kramer | Processed | 11/22/2019 | Bolger, K. |
| 236 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION<br>Please disregard this filing. It was filed in duplicate. | Processed | 11/22/2019 | Bolger, K. |
| 237 | LETTER / CORRESPONDENCE TO JUDGE<br>Lette to court requesting a conference for purpose of seeking an adjournment of the summary judgment | Processed | 12/12/2019 | Lewis, A. |
| 238 | AFFIDAVIT OR AFFIRMATION IN REPLY<br>Affirmation in further support of Motion for a Limited Stay of Discovery | Processed | 12/16/2019 | Bolger, K. |
| 239 | EXHIBIT(S)<br>July 2, 2019 email to Alan S. Lewis | Processed | 12/16/2019 | Bolger, K. |
| 240 | EXHIBIT(S)<br>September 26, 2019 email to Katherine M. Bolger | Processed | 12/16/2019 | Bolger, K. |
| 241 | AFFIDAVIT OR AFFIRMATION IN FURTHER SUPPORT OF CROSS-MOTION<br>Repy Affirmation of Alan S. Lewis in Further Support of Plaintiffs' Cross-Motion for Summary Judgmen | Processed | 12/16/2019 | Lewis, A. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 242 | EXHIBIT(S)<br>Exh A - Copy of the IG Report | Processed | 12/16/2019 | Lewis, A. |
| 243 | EXHIBIT(S)<br>Exh B - Copy of excerpts from the transcript of a July 13, 2018 interview of Lisa Page by the Commit | Processed | 12/16/2019 | Lewis, A. |
| 244 | EXHIBIT(S)<br>Exh C - Copy of excerpts from the transcript of a July 16, 2018 interview of Lisa Page by the Commit | Processed | 12/16/2019 | Lewis, A. |
| 245 | MEMORANDUM OF LAW IN REPLY<br>Plaintiff's Reply Memorandum of Law in Further Support of Cross Motion for Partial Summary Judgment | Processed | 12/16/2019 | Lewis, A. |
| 246 | COURT NOTICE | Processed | 12/17/2019 | Court User |
| 247 | COURT NOTICE | Processed | 12/17/2019 | Court User |
| 248 | NOTICE OF MOTION | Processed | 12/30/2019 | Bolger, K. |
| 249 | EXHIBIT(S)<br>Exhibit 1 | Processed | 12/30/2019 | Bolger, K. |
| 250 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF | Processed | 12/30/2019 | Bolger, K. |
| 251 | STIPULATION - OTHER - ( REQUEST TO SO ORDER ) | Processed | 01/07/2020 | Lewis, A. |
| 252 | STIPULATION - OTHER - ( REQUEST TO SO ORDER ) | Processed | 01/07/2020 | Lewis, A. |
| 253 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Judge Arlene Bluth enclosing stipulations to be so ordered | Processed | 01/08/2020 | Lewis, A. |
| 254 | STIPULATION - SO ORDERED | Processed | 01/08/2020 | Court User |
| 255 | STIPULATION - SO ORDERED | Processed | 01/08/2020 | Court User |
| 256 | COURT NOTICE | Processed | 01/15/2020 | Court User |
| 257 | SUR-REPLY | Processed | 01/16/2020 | Bolger, K. |
| 258 | SUR-REPLY<br>Plaintiffs' Sur Sur-Reply in Opposition to Defendants' Motion for Summary Judgment and in Support of | Processed | 01/17/2020 | Lewis, A. |
| 259 | DECISION + ORDER ON MOTION | Processed | 01/23/2020 | Court User |
| 260 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter to Judge Arlene P. Bluth respectfully requesting that the Court render a decision with respec | Processed | 02/12/2020 | Lewis, A. |
| 261 | STIPULATION - SO ORDERED | Processed | 02/13/2020 | Court User |
| 262 | NOTICE | Processed | 03/10/2020 | Court User |
| 263 | URGENT - COURT APPEARANCE UPDATE | Processed | 03/19/2020 | Court User |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 264 | NOTICE OF MOTION<br>Notice of Motion for an Order Lifting the Automatic Discovery Stay | Processed | 06/11/2020 | Lewis, A. |
| 265 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>Affirmation of Alan S. Lewis in Support of Motion to Lift Discovery Stay | Processed | 06/11/2020 | Lewis, A. |
| 266 | EXHIBIT(S)<br>Exh 1 - Article and Report | Processed | 06/11/2020 | Lewis, A. |
| 267 | EXHIBIT(S)<br>Exh 2 - Excerpts of Defendants' Brief dated January 11, 2019 | Processed | 06/11/2020 | Lewis, A. |
| 268 | EXHIBIT(S)<br>Exh 3 - First Department Decision and Order entered on May 2, 2019 | Processed | 06/11/2020 | Lewis, A. |
| 269 | EXHIBIT(S)<br>Exh 4 - Excerpts from BuzzFeed Motion to Compel dated Septemebr 27, 2017 | Processed | 06/11/2020 | Lewis, A. |
| 270 | EXHIBIT(S)<br>Exh 5 - FBI Declaration filed on June 18, 2019 | Processed | 06/11/2020 | Lewis, A. |
| 271 | AFFIRMATION OF GOOD FAITH<br>Affirmation of Good Faith by Alan S. Lewis | Processed | 06/11/2020 | Lewis, A. |
| 272 | MEMORANDUM OF LAW IN SUPPORT<br>Plaintiff's Memorandum of Law in Support of Motion to Lift Discovery Stay | Processed | 06/11/2020 | Lewis, A. |
| 273 | STIPULATION - ADJOURNMENT OF MOTION -IN SUBMISSIONS PART -RM 130 | Processed | 06/22/2020 | Bolger, K. |
| 274 | MEMORANDUM OF LAW IN OPPOSITION<br>Memorandum of Law in Opposition to Plaintiffs' Motion to Lift the Stay of Discovery. | Processed | 07/07/2020 | Bolger, K. |
| 275 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION<br>Affirmation of Katherine M. Bolger in Opposition to Plaintiffs' Motion to Lift the Stay of Discovery | Processed | 07/07/2020 | Bolger, K. |
| 276 | EXHIBIT(S)<br>Bolger's Affirmation (June 30, 2017 Email to Plaintiffs' Counsel) | Processed | 07/07/2020 | Bolger, K. |
| 277 | EXHIBIT(S)<br>Bolger's Affirmation (Revised First Witness Statement dated March 9, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 278 | EXHIBIT(S)<br>Bolger's Affirmation (Supplemental Witness Statement dated March 15, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 279 | EXHIBIT(S)<br>Bolger's Affirmation (The Third Witness Statement dated March 16, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 280 | EXHIBIT(S)<br>Bolger's Affirmation (Trial Transcript - London Action for March 17, 2020) | Processed | 07/07/2020 | Bolger, K. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 281 | EXHIBIT(S)<br>Bolger's Affirmation (Trial Transcript - London Action for March 18, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 282 | EXHIBIT(S)<br>Bolger's Affirmation (Plaintiffs' 1st Document Request in Case No. 1:17-cv-02041) | Processed | 07/07/2020 | Bolger, K. |
| 283 | EXHIBIT(S)<br>Bolger's Affirmation (Letter dated April 29, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 284 | EXHIBIT(S)<br>Bolger's Affirmation (Letter dated May 15, 2020) | Processed | 07/07/2020 | Bolger, K. |
| 285 | EXHIBIT(S)<br>Bolger's Affirmation (Plaintiffs' supplemental amicus curiae brief) | Processed | 07/07/2020 | Bolger, K. |
| 286 | MEMORANDUM OF LAW IN REPLY<br>Plainitiffs' Reply Memorandum of Law in Further Support of Motion to Lift Discovery Stay | Processed | 07/21/2020 | Lewis, A. |
| 287 | EXHIBIT(S)<br>Notice of Supplemental Exhibits in Support of Defendants' Opposition to Plaintiffs' Motion to Lift D | Processed | 08/10/2020 | Bolger, K. |
| 288 | EXHIBIT(S)<br>Exhibit 1 | Processed | 08/10/2020 | Bolger, K. |
| 289 | EXHIBIT(S)<br>Exhibit 2 | Processed | 08/10/2020 | Bolger, K. |
| 290 | EXHIBIT(S)<br>Exhibit 3 | Processed | 08/10/2020 | Bolger, K. |
| 291 | TRANSCRIPT OF PROCEEDINGS<br>Transcript of Proceedings Held Via Skpye on August 12, 2020 | Processed | 10/01/2020 | Lewis, A. |
| 292 | TRANSCRIPT OF PROCEEDINGS | Processed | 10/02/2020 | Court User |
| 293 | DECISION + ORDER ON MOTION | Processed | 10/19/2020 | Court User |
| 294 | DECISION + ORDER ON MOTION | Processed | 10/19/2020 | Court User |
| 295 | NOTICE OF ENTRY | Processed | 10/20/2020 | Bolger, K. |
| 296 | NOTICE OF MOTION<br>Notice of Motion for Leave to Reargue | Processed | 11/04/2020 | Lewis, A. |
| 297 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF<br>Affirmation of Alan S. Lewis in Support of Motion for Leave to Reargue | Processed | 11/04/2020 | Lewis, A. |
| 298 | EXHIBIT(S)<br>Exhibit 1 - Notice of Entry of Decision Denying Motion to Lift Stay dated October 20, 2020 | Processed | 11/04/2020 | Lewis, A. |
| 299 | EXHIBIT(S)<br>Exhibit 2 - Notice of Entry of Decision Denying Renewed Motion to Dismiss dated August 1, 2018 | Processed | 11/04/2020 | Lewis, A. |
| 300 | EXHIBIT(S)<br>Exhibit 3 - Preliminary Conference Order dated August 7, 2018 | Processed | 11/04/2020 | Lewis, A. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 301 | EXHIBIT(S)<br>Exhibit 4 - Plaintiffs' Document Requests dated September 20, 2018 | Processed | 11/04/2020 | Lewis, A. |
| 302 | EXHIBIT(S)<br>Exhibit 5 - Plaintiffs Interrogatories dated September 20, 2018 | Processed | 11/04/2020 | Lewis, A. |
| 303 | EXHIBIT(S)<br>Exhibit 6 - Compliance Conference Order dated May 14, 2019 | Processed | 11/04/2020 | Lewis, A. |
| 304 | EXHIBIT(S)<br>Exhibit 7 - Notice Entry of Appellate Division Decision dated May 10, 2019 | Processed | 11/04/2020 | Lewis, A. |
| 305 | EXHIBIT(S)<br>Exhibit 8 - Plaintiffs' Document Requests dated June 18, 2019 | Processed | 11/04/2020 | Lewis, A. |
| 306 | EXHIBIT(S)<br>Exhibit 9 - Plaintiffs' Interrogatories dated June 18, 2019 | Processed | 11/04/2020 | Lewis, A. |
| 307 | EXHIBIT(S)<br>Exhibit 10 - Stipulation dated July 3, 2019 | Processed | 11/04/2020 | Lewis, A. |
| 308 | EXHIBIT(S)<br>Exhibit 11  Prior Motion Papers Combined | Processed | 11/04/2020 | Lewis, A. |
| 309 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION | Processed | 11/18/2020 | Bolger, K. |
| 310 | AFFIDAVIT OR AFFIRMATION IN REPLY<br>Reply Affirmation of Alan S. Lewis in Further Support of Motion to Reargue Denial of Motion to Lift | Processed | 11/24/2020 | Lewis, A. |
| 311 | DECISION + ORDER ON MOTION | Processed | 12/23/2020 | Court User |
| 312 | DECISION ON MOTION -SUBMIT ORD / JGMT (AMENDED) | Processed | 12/28/2020 | Court User |
| 313 | NOTICE OF ENTRY | Processed | 12/28/2020 | Bolger, K. |
| 314 | DECISION + ORDER ON MOTION | Processed | 03/18/2021 | Court User |
| 315 | NOTICE OF ENTRY<br>Decision and Order | Processed | 03/18/2021 | Bolger, K. |
| 316 | NOTICE OF APPEARANCE (POST RJI) | Processed | 03/26/2021 | Bolla, E. |
| 317 | NOTICE OF APPEARANCE (POST RJI) | Processed | 03/26/2021 | Harris, J. |
| 318 | CONSENT TO CHANGE ATTORNEY (POST RJI) | Processed | 04/06/2021 | Harris, J. |
| 319 | ORDER TO SHOW CAUSE ( PROPOSED ) | Processed | 04/06/2021 | Harris, J. |
| 320 | AFFIDAVIT OR AFFIRMATION IN SUPPORT | Processed | 04/06/2021 | Harris, J. |
| 321 | AFFIDAVIT | Processed | 04/06/2021 | Harris, J. |

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 322 | EXHIBIT(S) <br> Cert. of Good Standing | Processed | 04/06/2021 | Harris, J. |
| 323 | AFFIDAVIT | Processed | 04/06/2021 | Harris, J. |
| 324 | EXHIBIT(S) <br> Cert. of Good Standing | Processed | 04/06/2021 | Harris, J. |
| 325 | AFFIDAVIT | Processed | 04/06/2021 | Harris, J. |
| 326 | EXHIBIT(S) <br> Cert. of Good Standing | Processed | 04/06/2021 | Harris, J. |
| 327 | AFFIDAVIT | Processed | 04/06/2021 | Harris, J. |
| 328 | EXHIBIT(S) <br> Cert. of Good Standing | Processed | 04/06/2021 | Harris, J. |
| 329 | ORDER ( PROPOSED ) | Processed | 04/06/2021 | Harris, J. |
| 330 | NOTICE OF APPEAL - *Corrected* | Pending | 04/15/2021 | Harris, J. |
| 331 | ORDER TO SHOW CAUSE | Returned For Correction | 04/19/2021 | Court User |