IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>     Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>     Defendants. | Civil Action No. 1:17-2041-RJL |

### SECOND MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED

  Plaintiffs Mikhail Fridman, Petr Aven, and German Khan hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 37 compelling Defendants Bean LLC (a/k/a Fusion GPS) and Glenn Simpson to produce to Plaintiffs the documents listed on Defendants' *third* privilege log (dated April 29, 2020). As explained more fully in the attached Memorandum of Points and Authorities, Defendants—despite having had *three* opportunities to produce a sufficient privilege log, and despite having been ordered by this Court "to submit to plaintiffs an updated privilege log *with additional detailed information* sufficient to allow determination of defendants' claims of privilege"—have chosen not to produce a sufficient privilege log and have failed to meet their "burden of demonstrating facts sufficient to establish [any] privilege's applicability" to the documents they are withholding. *In re Subpoena Duces Tecum Issued to Commodity Futures Trading Comm'n*, 439 F.3d 740, 750 (D.C. Cir. 2006). As such, the Court should compel Defendants to produce those documents. *E.g.*, *Walker v. Ctr. for Food Safety*, 667 F. Supp. 2d 133, 138 (D.D.C. 2009); *In re Application of Chevron Corp.*, No. 10-mc-371, 2013

1

WL 11241413, at *3 (D.D.C. Apr. 22, 2013).  In the alternative, the Court should order Defendants to produce those documents to the Court for *in camera* inspection to confirm that they are not privileged and should then order their production.

Plaintiffs' counsel certifies pursuant to Local Rule 7(m) that they negotiated in good faith with counsel for Defendants but were unable to reach a resolution of the issues raised in this Motion.  Defendants oppose this Motion.

Dated:  May 21, 2021

Respectfully submitted,

  */s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (DC Bar No. 461964)
Elizabeth M. Locke, P.C. (DC Bar No. 976552)
Joseph R. Oliveri (DC Bar No. 994029)
Andrew C. Phillips (DC Bar No. 998353)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
joe@clarelocke.com
andy@clarelocke.com

*Counsel for Plaintiffs Mikhail Fridman,
Petr Aven, and German Khan*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Second Motion to Compel Defendants to Produce Documents Improperly Withheld as Privileged was filed electronically with the Clerk of Court on May 21, 2021, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/ Thomas A. Clare, P.C.*
                                             Thomas A. Clare, P.C.