# Exhibit I

# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Alan S. Lewis**
**Partner**
•
*Direct Dial: 212-238-8647*
*Email: lewis@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

July 22, 2020

**VIA EMAIL**

Joshua A. Levy, Esq.
Levy Firestone Muse LLP
1401 K St. NW, Suite 600
Washington, DC 20005

Re:   *Fridman v. Bean LLC a/k/a Fusion GPS, et al*., 17-cv-2041 (D.D.C. 2017)

Dear Josh:

    I write with regard to the issues raised in our letter dated June 25, to which you have still not yet responded, as well as to raise some concerns about Defendants' document production.

    Our June 25 letter raises serious questions about (a) Defendants' withholding (and non-production) of all documents relating to CIR 112 or the Dossier on the basis of privilege, (b) the deficiencies of Defendants' privilege log, which in its present form does not enable us to assess Defendants' privilege assertions, and (c) Defendants' criteria and terms used to search for responsive documents. In that letter we clearly stated that if Defendants do not provide a supplemental privilege log that corrects the various defects described in our letter, Plaintiffs will move to compel the same. We also asked that you please advise whether you will provide a supplemental log. Please provide a response to our June 25 letter, including a supplemental privilege log, by no later than July 28. If you do not intend to do so, please promptly let us know your availability for a Rule 7(m) conference next week to discuss our anticipated motion to compel.

    Further, reserving our rights to raise additional issues, we wanted to address two specific issues with respect to certain documents included in your document production. A document that you produced, document DEFS0010203-05, appears to be missing several pages. If you have them, please produce them, and if you do not, please tell us where Defendants obtained this document.

    The following documents produced by Defendants are missing information about a 'key' for coded terms (such as "Subject One" and "Source 6"): DEFS0000016 - DEFS0000029; DEFS0011793 – DEFS0011795. The omission of that information suggests that Defendants'

9701839.3

Joshua A. Levy, Esq.
July 22, 2020
Page 2

production omitted the pages or related documents that have it, which we ask you to produce. Otherwise, please tell us where Defendants obtained these documents.

*   *   *   *   *

  This letter is without waiver of or prejudice to Plaintiffs' rights or remedies, all of which are expressly reserved.

.

Sincerely,

*Alan Lewis*

Alan S. Lewis

ASL:bp

9701839.3