IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKHAIL FRIDMAN, PETR AVEN, and
GERMAN KHAN,

        Plaintiffs,

v.

BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,

        Defendants.

Civil Action No. 1:17-cv-02041 (RJL)

**[PROPOSED] ORDER GRANTING**
**JOINT MOTION FOR A STATUS CONFERENCE**

Upon consideration of the parties' Joint Motion for a Status Conference, and mutual consent of counsel, the Court **ORDERS** that:

The Joint Motion for a Status Conference is **GRANTED**; and:

The Court will issue a separate Order scheduling a status conference hearing, to be attended by counsel for the parties, for the purpose of setting a schedule for the completion of discovery.

**SO ORDERED**

Dated: _____

                                                                 RICHARD J. LEON
                                                                Senior United States District Judge