# Exhibit D



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Alexey Sergeyevich Dundich.*

Yours sincerely,

*Kasia Niklas*

Kasia Niklas

Senior Project Manager

Friday, 14 May 2021

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN, <br><br> Plaintiffs, <br><br> v. <br><br> BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, <br><br> Defendants. | Civil Action No. 17-2041-RJL |

## DECLARATION OF ALEXEY SERGEYEVICH DUNDICH

I, Alexey Sergeyevich Dundich, state as follows:

1. My name is Alexey Sergeyevich Dundich, and I am a citizen and resident of the Russian Federation. I graduated from Barnaul State Pedagogical University (faculty of history) with a Bachelor's degree in 2002 and with a Master's degree in 2004, and graduated from OSCE Academy in 2005 (political science). I was also an intern at the School of Advanced International Studies at Johns Hopkins University from 2007 until 2008.

2. I have an extensive background in international relations, with a particular emphasis on problems of security and stability in Central Asia. I currently work as a lecturer and the Deputy Dean for educational and methodical work of the School of International Relations at the Moscow State Institute of International Relations of the Russian Ministry of Foreign Affairs. Formerly, I held several

positions in the educational system related to international law and foreign relations.

3. I am aware of the Steele Dossier ("Dossier"), but I have never read it save for Company Intelligence Report 112 ("CIR 112").

4. I do not know Christopher Steele, nor have I ever met him.

5. I first met Igor Danchenko in 2007 or 2008. Mr. Danchenko and I talked once or twice per year by phone, messages, or email until 2020. Mr. Danchenko and I also met about once per year when Mr. Danchenko visited Moscow. My understanding is that Mr. Danchenko does not have access to restricted information or sources and relies exclusively on public information. He also works alone and does not have the assistance of a dedicated research team.

6. I believe that I met with Mr. Danchenko once in 2016. Mr. Danchenko and I did not discuss anything related to the Dossier, Mikhail Fridman, Petr Aven, German Khan, or Alfa during that meeting (or at any other time).

7. The FBI's summary of its interview of Mr. Danchenko redacts the names of the people whom Mr. Danchenko identified as his sub-sources, but the unredacted information that Mr. Danchenko offered concerning his "[sub-]source 4" matches my personal biographical details.

8. It is probable, based on the description given in the interview notes, that Mr. Danchenko told the FBI agents that I was "Sub-Source 4" for the Dossier.

9. I also am aware of media reports that publicly name me as "Sub-Source 4."

10. In contrast to what Mr. Danchenko told U.S. authorities, I was not a "source" of information for the Dossier. I never gave Mr. Danchenko (or anyone else) any

2

      information associated with the contents of the Dossier, including CIR 112, Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa.  I believe that Mr. Danchenko framed me as Sub-Source 4 to add credibility to his low-quality work, which is not based on real information or in-depth analysis.

11.     My impression is that Mr. Danchenko fabricated the information published in the Dossier to make quick money.  It is apparent to me that the Dossier is a deliberate fraud and a collection of idle rumors.

12.     I am a native Russian speaker. Although I do have a fair command of the English language, which I can speak and read, given the complexity of the matters set out in this declaration, I make it in Russian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on May 13, 2021     _____*[signature]*_____
                                               Alexey Sergeyevich Dundich

ОКРУЖНОЙ СУД США
ПО ОКРУГУ КОЛУМБИЯ

|  |  |
|---|---|
| **МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН,** ) <br> ) <br> Истцы, ) <br> ) <br> против ) <br> ) <br> компании "БИН ЛЛК" (также ) <br> известной как "ФЬЮЖН ГПС") ) <br> и **ГЛЕННА СИМПСОНА,** ) <br> ) <br> Ответчиков. ) | Дело по гражданскому иску № 17-2041-RJL |

## ЗАЯВЛЕНИЕ АЛЕКСЕЯ СЕРГЕЕВИЧА ДУНДИЧА

Я, Алексей Сергеевич Дундич, заявляю следующее:

1. Меня зовут Алексей Сергеевич Дундич; я живу в России и имею российское гражданство. Я окончил исторический факультет Барнаульского государственного педагогического университета, получив степень бакалавра в 2002 году и магистра в 2004 году, а в 2005 году также Академию ОБСЕ по программе политологии. Кроме этого, в 2007-2008 годах я стажировался в Школе перспективных международных исследований в Университете Джонса Хопкинса.

2. Я имею обширный опыт работы в области международных отношений со специализацией на проблемах безопасности и стабильности в Центральной Азии. В настоящее время я работаю преподавателем и заместителем декана по учебно-методической работе факультета международных отношений

Московского государственного института международных отношений Министерства иностранных дел Российской Федерации. До этого я работал на различных должностях в системе образования в сфере международного права и международных отношений.

3. Мне известно о Досье Стила (далее – "Досье"), но я никогда не читал его, за исключением Отчета 112 о результатах мероприятий корпоративной разведки (Company Intelligence Report 112, далее – "Отчет 112").

4. Я не знаком с Кристофером Стилом и никогда с ним не встречался.

5. С Игорем Данченко я впервые познакомился в 2007 или 2008 году. До 2020 года я общался с г-ном Данченко один-два раза в год по телефону, электронной почте или с помощью электронных сообщений. Кроме этого, примерно раз в год мы с г-ном Данченко встречались, когда он приезжал в Москву. Насколько я понимаю, г-н Данченко не имеет доступа к конфиденциальным сведениям или источникам и полагается исключительно на общедоступную информацию. Кроме того, он работает один и не имеет специальной команды аналитиков, которая помогала бы ему.

6. Я думаю, что в 2016 году мы с г-ном Данченко встречались один раз. На этой встрече (а также в какое бы то ни было иное время) мы не обсуждали с г-ном Данченко ничего, что было бы связано с Досье, Михаилом Фридманом, Петром Авеном, Германом Ханом или "Альфой".

7. В подготовленном ФБР кратком изложении содержания интервью с г-ном Данченко имена лиц, которых г-н Данченко указал в качестве своих вспомогательных источников, скрыты, однако неотредактированная

информация, предоставленная г-ном Данченко в отношении своего "[вспомогательного] источника 4", соответствует моим биографическим данным.

8. Судя по описанию в заметках по интервью, вполне вероятно, что г-н Данченко сообщил агентам ФБР, что "Вспомогательным источником 4" для Досье был я.

9. Мне известно также, что в средствах массовой информации меня публично называют "Вспомогательным источником 4".

10. Вопреки тому, что г-н Данченко сообщил властям США, я не был "источником" информации для Досье. Я никогда не предоставлял г-ну Данченко (или кому-либо еще) никакой информации, имеющей отношение к содержанию Досье, включая Отчет 112, г-на Фридмана, г-на Авена, г-на Хана или "Альфу". Я думаю, г-н Данченко ложно назвал меня "Вспомогательным источником 4", чтобы придать убедительности своей низкокачественной работе, не основанной на реальной информации или глубоком анализе.

11. У меня сложилось впечатление, что г-н Данченко сфабриковал информацию, обнародованную в Досье, чтобы по-быстрому заработать. Для меня очевидно, что Досье представляет собой преднамеренную фальсификацию и подборку пустых слухов.

12. Мой родной язык – русский. Несмотря на то, что я хорошо владею английским языком и могу на нем читать и изъясняться, учитывая сложность вопросов, которым посвящено это заявление, я делаю его на русском языке.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является верным и правдивым.

Подписано 13 мая 2021 года          _____
                                          Алексей Сергеевич Дундич

4