# Exhibit E



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Ivan Ivanovich Kurilla*.

Yours sincerely,

Kasia Niklas

Senior Project Manager

Friday, 14 May 2021

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

London, UK | New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN,** | ) ) ) ) |  |
| Plaintiffs, | ) ) ) |  |
| v. | ) ) ) | Civil Action No. 17-2041-RJL |
| **BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,** | ) ) ) ) |  |
| Defendants. | ) ) |  |

## DECLARATION OF IVAN IVANOVICH KURILLA

I, Ivan Ivanovich Kurilla, state as follows:

1. My name is Ivan Ivanovich Kurilla. I am a resident and citizen of Russia. I graduated with a Specialist's degree from Volgograd State University in 1991 and a doctoral degree from the Institute of General History of the Russian Academy of Sciences in Moscow in 2006.

2. I have substantial experience in studying and analyzing the history of U.S.-Russian relations. I am currently a professor in the Political Science department at the European University in St. Petersburg, and also the director of the Program for the Development of Partner Centers. I formerly held a number of teaching and administrative positions within academia, including as a visiting researcher at Dartmouth College and The George Washington University.

3. I am aware of what has been called the Steele Dossier ("Dossier"). I have not read it apart from Company Intelligence Report 112 ("CIR 112"), which makes a number of claims about Mikhail Fridman, Petr Aven, German Khan, and Alfa.

4. I do not know and have never met Christopher Steele.

5. I have known Igor Danchenko for approximately 15 years. Mr. Danchenko and I have communicated in person, by email, or via messengers.

6. I did not meet with Mr. Danchenko in 2016.

7. In August 2020, I learned that Mr. Danchenko had apparently identified me to U.S. law enforcement officials as "Sub-Source 4" for the Dossier. I understand that Mr. Danchenko might have claimed that I gave him information that was included in the Dossier. I have since also become aware of media reports identifying me as "Sub-Source 4."

8. Contrary to Mr. Danchenko's allegations, I was not a "source" of information for the Dossier. I never provided Mr. Danchenko with any information related to the contents of the Dossier, including CIR 112, Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa. Nor did I give such information to anyone else.

9. I am a native Russian speaker. Although I do have a fair command of the English language, which I can speak and read, given the complexity of the matters set out in this declaration, I make it in Russian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2021 _____*[signature]*_____
Ivan Ivanovich Kurilla

ОКРУЖНОЙ СУД США
ПО ОКРУГУ КОЛУМБИЯ

|  |  |
|---|---|
| МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН,<br><br>Истцы,<br><br>против<br><br>компании "БИН ЛЛК" (также известной как "ФЬЮЖН ГПС"), и ГЛЕННА СИМПСОНА,<br><br>Ответчиков. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Дело по гражданскому<br>) иску № 17-2041-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ЗАЯВЛЕНИЕ ИВАНА ИВАНОВИЧА КУРИЛЛЫ

Я, Иван Иванович Курилла, заявляю следующее:

1. Меня зовут Иван Иванович Курилла. Я живу в России и имею российское гражданство. Я имею диплом специалиста Волгоградского государственного университета, полученный в 1991 г, а в 2006 году я защитил докторскую диссертацию в Институте всеобщей истории Российской академии наук в г. Москве.

2. У меня значительный опыт изучения и анализа истории российско-американских отношений. В настоящее время я являюсь профессором факультета политологии Европейского университета в Санкт-Петербурге, а также директором Программы развития партнерских центров. Ранее я занимал ряд преподавательских и административных должностей в академических учреждениях, в том числе работал как приглашённый

исследователь в Дартмутском колледже и Университете Джорджа Вашингтона.

3. Мне известно о так называемом Досье Стила (далее – "Досье"). Я не читал его, за исключением Отчета 112 о результатах мероприятий корпоративной разведки (Company Intelligence Report 112, далее – "Отчет 112"), где содержится ряд обвинений в адрес Михаила Фридмана, Петра Авена, Германа Хана и "Альфы".

4. Я не знаком с Кристофером Стилом и никогда с ним не встречался.

5. Я знаком с Игорем Данченко уже около 15 лет. Мы с г-ном Данченко общались лично, по электронной почте либо через мессенджеры.

6. Я не встречался с г-ном Данченко в 2016 году.

7. В августе 2020 года мне стало известно, что г-н Данченко, по-видимому, указал на меня представителям правоохранительных органов США в качестве "Вспомогательного источника 4" для Досье. Как я понимаю, г-н Данченко, возможно, утверждал, что я предоставил ему информацию, которая вошла в Досье. В дальнейшем я узнал также, что в средствах массовой информации меня публично называют "Вспомогательным источником 4".

8. Вопреки утверждениям г-на Данченко, я не был "источником" информации для Досье. Я никогда не предоставлял г-ну Данченко никакой информации, имеющей отношение к содержанию Досье, включая Отчет 112, г-на Фридмана, г-на Авена, г-на Хана и "Альфу". Я также не предоставлял такую информацию кому-либо еще.

9. Мой родной язык – русский. Несмотря на то, что я хорошо владею английским языком и могу на нем читать и изъясняться, учитывая сложность вопросов, которым посвящено это заявление, я делаю его на русском языке.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является верным и правдивым.

Подписано 14 мая 2021 г.

Иван Иванович Курилла