# Exhibit F



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Ivan Mikhailovich Vorontsov.*

Yours sincerely,

*Kasia Niklas*

Kasia Niklas

Senior Project Manager

Thursday, 13 May 2021

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

London, UK | New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN,<br><br>         Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>         Defendants. | Civil Action No. 17-2041-RJL |

**DECLARATION OF IVAN MIKHAILOVICH VORONTSOV**

I, Ivan Mikhailovich Vorontsov, do hereby declare and attest that the following is true and correct, and being made under the laws of the United States, including 28 U.S.C. 1746 and 18 U.S.C. 1621:

1. My name is Ivan Mikhailovich Vorontsov. I am a citizen of the Russian Federation.

2. I have significant experience in financial journalism, with an expertise in the Russian banking sector. I am currently the founder and editor-in-chief of *Banking and Finance Information Agency* (since 2017). I previously worked as a journalist at several media outlets focused on finance.

3. I am aware of the existence of the so-called Steele Dossier ("Dossier"). I have only read the part of it captioned "Company Intelligence Report 2016/112". I am also aware of media reports publicly identifying me as "Sub-Source 2."

4. I understand that Mr. Danchenko identified me to U.S. federal agents as "Sub-Source 2" for the Dossier, and that he apparently claimed that I had provided him with information that was included in the Dossier.

5. I do not know Christopher Steele, nor have I ever met him.

6. Mr. Danchenko informed me that his employers were Fusion GPS, Glenn Simpson, and Peter Fritsch.

7. I have had a friendship with Igor Danchenko since 2013.

8. Mr. Danchenko sometimes asked me about the Russian banking sector, given my expertise in that area. I believe that Mr. Danchenko asked me these questions because he has not lived in Russia for a long time and relies on people inside and outside Russia to provide him with information related to Russian affairs.

9. I met with Mr. Danchenko three times in 2016: once each in Moscow, Italy, and Switzerland. My meeting with Mr. Danchenko in Moscow in 2016 took place after the Energy Forum held by Roscongress fund. At the conclusion of the program, Igor Danchenko, Sergey Abyshev, I, and others went to a shisha lounge. We discussed substantive matters at the lounge only in passing, if at all. Mikhail Fridman, Petr Aven, German Khan, Alfa-Bank and Alfa were not discussed at the shisha lounge.

10. In June 2016, I attended a reception at Spaso House, the U.S. ambassador's residence in Moscow, where, to my surprise, I was suddenly whisked away and invited to have a discussion with representatives of the FBI about Mr. Danchenko.

11. I have also reviewed the FBI's February 9, 2017 summary of its interview of Mr. Danchenko. Although the names of Mr. Danchenko's sub-sources are redacted,

the summary reflects that Mr. Danchenko noted that "[sub-]source 2" collected foreign currency. I am a collector of rare currency and have enlisted Mr. Danchenko's services over the years to help me collect items to which I lack easy access in Russia.

12. I have also become aware of media reports publicly identifying me as "Sub-Source 2."

13. Although it is apparent that Mr. Danchenko claimed that I was a source of information for the Dossier, in fact I was not a "source" for the Dossier. I never provided Mr. Danchenko (or anyone else) with any information associated with the contents of the Dossier generally, or related to Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa specifically. Mr. Danchenko later confirmed this to me as well when he expressed guilt for dragging me into this whole controversy concerning the Dossier.

14. I do not believe that Mr. Danchenko asked anyone inside Russia about Mr. Fridman, Mr. Aven, or Mr. Khan. If Mr. Danchenko were interested in those individuals, he would have sought information from people living outside Russia who would have greater knowledge of Mr. Fridman, Mr. Aven, and Mr. Khan.

15. My impression of the Dossier is that the contents are false and inherently improbable. I believe that the Dossier was fabricated to fit whatever the client who requested the information wanted to receive.

16. I am a native Russian speaker. I can speak and understand a little English, but not to the level where I would be able to make this declaration in English. I make this declaration in Russian.

Executed on May 13, 2021    _____*[signature]*_____
                             Ivan Mikhailovich Vorontsov

ОКРУЖНОЙ СУД США
ПО ОКРУГУ КОЛУМБИЯ

|  |  |
|---|---|
| МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН, <br><br> Истцы, <br><br> против <br><br> компании "БИН ЛЛК" (также известной как "ФЬЮЖН ГПС"), и ГЛЕННА СИМПСОНА, <br><br> Ответчиков. | Дело по гражданскому иску № 17-2041-RJL |

### ЗАЯВЛЕНИЕ ИВАНА МИХАЙЛОВИЧА ВОРОНЦОВА

Я, Иван Михайлович Воронцов, настоящим заявляю и подтверждаю, что нижеследующее является правдивым и достоверным, и заявляется в соответствии с законодательством Соединенных Штатов Америки, включая титул 28 Свода Законов США (параграф 1746) и титул 18 Свода законов США (параграф 1621):

1. Меня зовут Иван Михайлович Воронцов. Я гражданин Российской Федерации.

2. Я имею большой опыт работы в сфере финансовой журналистики, со специализацией в российской банковской отрасли. В настоящее время я являюсь учредителем и главным редактором Информационного агентства "Банки и финансы" (с 2017 года). Ранее я работал журналистом в ряде средств массовой информации, специализирующихся на финансах.

2

3. Мне известно о существовании так называемого Досье Стила (далее – "Досье"). Я прочитал только его часть, озаглавленную "отчет о мероприятиях корпоративной разведки 2016/112". Мне также известно, что в средствах массовой информации меня публично называют "Вспомогательным источником 2".

4. Как я понял, г-н Данченко указал меня федеральным агентам США в качестве "Вспомогательного источника 2" для Досье и, по-видимому, утверждал, что я предоставил ему информацию, которая была включена в Досье.

5. Я не знаком с Кристофером Стилом и никогда с ним не встречался.

6. Г-н Данченко сообщил мне, что работает на компанию "Фьюжн ГПС", Гленна Симпсона и Питера Фрича.

7. Я дружу с Игорем Данченко с 2013 года.

8. Г-н Данченко иногда задавал мне вопросы о российском банковском секторе, учитывая, что я разбираюсь в этой области. Полагаю, что г-н Данченко задавал мне эти вопросы, поскольку он уже давно не живет в России и полагается на информацию о том, что происходит в России, которую предоставляют ему его знакомые внутри страны и за ее пределами.

9. В 2016 году я встречался с г-ном Данченко трижды – по одному разу в Москве, Италии и Швейцарии. В 2016 году мы с г-ном Данченко встретились в Москве после "Энергетического форума", который проводил Фонд Росконгресс. По завершении программы мы с Игорем Данченко, Сергеем Абышевым и другими пошли в кальянную. Там важные вопросы обсуждались лишь мимоходом (если обсуждались вообще). Ни Михаила

Фридмана, ни Петра Авена, ни Германа Хана, ни Альфа-Банк, ни "Альфу" в кальянной не обсуждали.

10. В июне 2016 года я был на приеме в "Спасо-Хаус" – резиденции посла США в Москве, где, к моему удивлению, меня внезапно отвели в сторону и предложили поговорить с представителями ФБР о г-не Данченко.

11. Я ознакомился также с подготовленным ФБР 9 февраля 2017 года кратким изложением содержания интервью с г-ном Данченко. Хотя имена вспомогательных источников г-на Данченко в нем скрыты, в нем отражен тот факт, что в ходе интервью г-н Данченко указал, что "[вспомогательный] источник 2" коллекционировал иностранные денежные знаки. Я собираю редкие денежные знаки и на протяжении многих лет прибегал к услугам г-на Данченко, помогавшего мне собирать экземпляры, к которым мне нелегко получить доступ из России.

12. Мне также стало известно, что в средствах массовой информации меня публично называют "Вспомогательным источником 2".

13. Хотя очевидно, г-н Данченко заявил, что я был источником информации для Досье, в действительности я не был таким "источником". Я никогда не предоставлял г-ну Данченко (или кому-либо еще) никакой информации, имеющей отношение к содержанию Досье в целом или же к г-ну Фридману, г-ну Авену, г-ну Хану или "Альфе" в частности. Г-н Данченко также подтвердил это мне позднее, когда говорил о том, что чувствует свою вину за то, что втянул меня во всю эту историю с Досье.

3

14. Не думаю, что г-н Данченко спрашивал кого-либо из российских резидентов о г-не Фридмане, г-не Авене или г-не Хане. Если г-на Данченко интересовали эти лица, он попытался бы получить информацию от людей, проживающих вне России, кому г-н Фридман, г-н Авен и г-н Хан известны лучше.

15. У меня сложилось впечатление, что содержание Досье ложно и в своей основе неправдоподобно. Я полагаю, что Досье было сфабриковано в соответствии с тем, что хотел получить заказчик этой информации.

16. Мой родной язык – русский. Я немного говорю и понимаю по-английски, однако не владею английским языком в той мере, которая позволила бы мне сделать это заявление на английском языке. Я делаю это заявление на русском языке.

Подписано 13 мая 2021 г.                    _____
                                            Иван Михайлович Воронцов