# Exhibit G



London


This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Lyudmila Nikolayevna Podobedova.*

Yours sincerely,


Kasia Niklas
Senior Project Manager
Thursday, 13 May 2021


Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN,** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 17-2041-RJL** |
| ) | |
| **BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,** ) | |
| **Defendants.** ) | |

## DECLARATION OF LYUDMILA NIKOLAYEVNA PODOBEDOVA

I, Lyudmila Nikolayevna Podobedova, state as follows:

1.      My name is Lyudmila Nikolayevna Podobedova.  I am a resident and citizen of Russia.  I graduated from Moscow State University in 2001.

2.      I am a journalist and am specializing in the fuel and energy sector.  I work as a fuel and energy correspondent for RBC in Moscow.

3.      I am aware of the so-called Steele Dossier ("Dossier").  I have never read it aside from Company Intelligence Report 112 ("CIR 112").

4.      I do not know and have never met Christopher Steele.

5.      I first met Igor Danchenko in 2013.  Thereafter, I had no in person contact with Mr. Danchenko until 2019, we however occasionally talked about professional topics by exchanging messages online and via telephone; in general, he was my source for various questions and I also approached him as an analyst.  Mr. Danchenko and I met in person a couple of times in 2019.

6.      I did not meet with Mr. Danchenko in 2016, however, during 2016 we discussed over the telephone issues connected to the Russian oil and gas sector.

7.      In August 2020, I learned that Mr. Danchenko had potentially identified me to U.S. authorities as "Sub-Source 5" for the Dossier.  Mr. Danchenko apparently said that I had provided him with information that was included in the Dossier.

8.      Although the FBI memorandum summarizing its interview of Mr. Danchenko redacts the names of the individuals whom Mr. Danchenko identified as his sub-sources, some of the biographical information concerning his "[sub-]source 5" matches my personal biographical details.

9.      I have also seen media reports publicly naming me as "Sub-Source 5."

10.     In contrast to what Mr. Danchenko told U.S. authorities, I was not a "source" for the Dossier.   I never provided Mr. Danchenko (or anyone else) with any information related to the contents of the Dossier, including CIR 112, Alfa, Mr. Fridman, Mr. Aven, or Mr. Khan.  My view is that once Mr. Danchenko realized that the Dossier was coming under scrutiny, he decided to point at me to make it look as if I were involved in the Dossier and thus add credibility to his work.

11.     I am a native Russian speaker. I can speak and understand English, but not to the level where I would be able to make this declaration in English. I make this declaration in Russian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2021     _____*[signature]*_____
                             Lyudmila Nikolayevna Podobedova

## ОКРУЖНОЙ СУД США
## ПО ОКРУГУ КОЛУМБИЯ

|  |  |
|---|---|
| **МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН,** )<br>)<br>) | |
| **Истцы,** ) | |
| ) | |
| **против** ) ) | **Дело по гражданскому иску № 17-2041-RJL** |
| ) | |
| **компании "БИН ЛЛК" (также известной как "ФЬЮЖН ГПС") и ГЛЕННА СИМПСОНА,** )<br>)<br>)<br>) | |
| **Ответчиков.** ) ) | |

## ЗАЯВЛЕНИЕ ЛЮДМИЛЫ НИКОЛАЕВНЫ ПОДОБЕДОВОЙ

Я, Людмила Николаевна Подобедова, заявляю следующее:

1. Меня зовут Людмила Николаевна Подобедова. Я живу в России и имею российское гражданство. Я окончила Московский государственный университет в 2001 году.

2. Я журналист и специализируюсь на топливно-энергетическом комплексе. Я работаю корреспондентом по ТЭКу в РБК в Москве.

3. Мне известно о так называемом Досье Стила (далее – "Досье"). Я не читала его, за исключением Отчета 112 о результатах мероприятий корпоративной разведки (Company Intelligence Report 112, далее – "Отчет 112").

4. Я не знакома и никогда не встречалась с Кристофером Стилом.

5. Я впервые встретилась с Игорем Данченко в 2013 году. После этого у меня не было очных контактов с г-ном Данченко до 2019 года, однако мы

периодически общались на профессиональные темы путем обмена сообщениями онлайн и по телефону; как правило, он был моим источником по различным вопросам, я также обращалась к нему как к аналитику. Я встречалась с г-ном Данченко лично пару раз в 2019 г.

6.   Я не встречалась с г-ном Данченко в 2016 году, однако в течение 2016 г. мы обсуждали по телефону вопросы, связанные с российским нефтегазовым сектором.

7.   В августе 2020 года я узнала, что г-н Данченко предположительно сообщил властям США, что я являлась "Вспомогательным источником 5" для Досье. Судя по всему, г-н Данченко заявил, что я предоставила ему информацию, которая вошла в Досье.

8.   Хотя в меморандуме ФБР с изложением содержания интервью с г-ном Данченко имена лиц, которых г-н Данченко указал в качестве своих вспомогательных источников, скрыты, некоторые из биографических данных в отношении его "[вспомогательного] источника 5", соответствуют моим личным биографическим данным.

9.   Я видела также сообщения в средствах массовой информации, которые меня публично называют "Вспомогательным источником 5".

10.  Вопреки тому, что г-н Данченко сообщил властям США, я не была "источником" информации для Досье. Я никогда не предоставляла г-ну Данченко (или кому-либо еще) никакой информации, имеющей отношение к содержанию Досье, включая Отчет 112, "Альфу", г-на Фридмана, г-на Авена и г-на Хана. По моему мнению, как только г-н Данченко понял, что Досье

начинает становиться объектом пристального внимания, он решил указать на меня, чтобы создать впечатление, что я причастна к Досье, и таким образом сделать свою работу более убедительной.

11.   Мой родной язык – русский. Я говорю и понимаю по-английски, однако не владею английским языком в той мере, которая позволила бы мне сделать это заявление на английском языке. Я делаю это заявление на русском языке.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является верным и правдивым.

Подписано 13 мая 2021 года

_____

Людмила Николаевна Подобедова