# Exhibit H



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Olga Aleksandrovna Galkina.*

Yours sincerely,

Kasia Niklas

Kasia Niklas

Senior Project Manager

Tuesday, 08 June 2021

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

London, UK | New York, NY | Washington DC | Houston, TX | San Francisco, CA | Hong Kong

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN,**<br><br>      **Plaintiffs,**<br><br>**v.**<br><br>**BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,**<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 17-2041-RJL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF OLGA ALEKSANDROVNA GALKINA**

I, Olga Aleksandrovna Galkina, state as follows:

1.  My name is Olga Aleksandrovna Galkina. I am a Russian citizen. I graduated with a law degree from Perm State University in 2002 and with a philology degree from Peoples' Friendship University of Russia in 2004. In addition to Russian, I speak English and Bulgarian, and have basic knowledge of Georgian and Spanish.

2.  My background is in journalism and public relations. I now work as a communications advisor. Previously, I held a number of positions in public relations and government, including head of the Governor's Press Service in the Saratov Region (2005–2006); deputy head of the city administration in Saratov (2006–2007); and public relations advisor at Servers.com, a part of the XBT Holding group of companies that includes Webzilla (2015–2016).

3.      I am aware of what the press has labeled the Steele Dossier ("Dossier").  I read

        the Dossier in full when it became public on BuzzFeed.  My reading of it included

        Company Intelligence Report 112 ("CIR 112"), although I did not pay particular

        attention to and do not have a specific recollection of that memorandum.

4.      I have never met and do not know Christopher Steele.

5.      Igor Danchenko and I have been friends since our teen years in Perm, Russia.

        Through the years, Mr. Danchenko and I have communicated in person, over the

        phone, and through electronic messengers. I never gave my permission to Mr

        Danchenko to publish (or disclose to a third party) any part of our private

        discussions or private communications.

6.      Mr. Danchenko and I met once in 2016.   In connection with my job at

        Servers.com, I traveled to the United States in the spring of 2016 to participate in

        the Game Developers Conference event and investigate the prospects of running a

        public relations campaign for the company in the United States.  I asked Mr.

        Danchenko to assist those efforts, and he introduced me to a third party, Charles

        Dolan, whom he thought could help.  Mr. Danchenko and I did not discuss

        anything related to the Dossier or its contents during this meeting.

7.      I discovered in July 2020 from mass media and social networks that Mr.

        Danchenko potentially had named me to the United States government as "Sub-

        Source 3" of the Dossier.  Mr. Danchenko supposedly claimed that I disclosed

        information to him that was included in the Dossier.

8.      I am aware, based on media reports, of the 2017 FBI memorandum summarizing

        its interview of Mr. Danchenko.  Although the memorandum redacts the names of

2

the persons whom Mr. Danchenko identified as his sub-sources, the unredacted information that Mr. Danchenko gave concerning his "[sub-]source 3" largely matches my own personal details—including that Mr. Danchenko and I met when we were teenagers and attended the same school.

9.      I have since also become aware of media reports publicly identifying me as "Sub-Source 3."

10.     I did not provide Mr. Danchenko (or anyone else) with any information mentioned in the Dossier and that was connected to Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa.  I believe that Mr. Danchenko identified me as Sub-Source 3 to create more authoritativeness for his work.

11.     I am a native Russian speaker. Although I do have a fair command of the English language, which I can speak and read, given the complexity of the matters set out in this declaration, I make it in Russian.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 8, 2021            _____*[signature]*_____
                                    Olga Aleksandrovna Galkina

3

ОКРУЖНОЙ СУД США
ПО ОКРУГУ КОЛУМБИЯ

| | |
|---|---|
| МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН,<br><br>Истцы,<br><br>против<br><br>компании "БИН ЛЛК" (также известной как "ФЬЮЖН ГПС") и ГЛЕННА СИМПСОНА,<br><br>Ответчиков. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Дело по гражданскому<br>) иску № 17-2041-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ЗАЯВЛЕНИЕ ОЛЬГИ АЛЕКСАНДРОВНЫ ГАЛКИНОЙ

Я, Ольга Александровна Галкина, заявляю следующее:

1.    Меня зовут Ольга Александровна Галкина. Я имею российское гражданство. Я окончила юридический факультет Пермского государственного университета в 2002 году и филологический факультет Российского университета дружбы народов в 2004 году. Помимо русского, я знаю английский и болгарский язык; на грузинском, испанском могу читать со словарем и объясняться.

2.    Я специализируюсь на журналистике и связях с общественностью. В настоящее время я работаю консультантом по коммуникациям. До этого я работала в сфере связей с общественностью и в государственных структурах, в том числе руководителем пресс-службы губернатора Саратовской области (2005-2006 гг.), заместителем главы городской администрации Саратова (2006-2007 гг.) и консультантом по связям с общественностью в компании

1

Servers.com, входящей в группу компаний XBT Holding, в которую также входит Webzilla (2015-2016 гг.).

3.  Мне известен документ, который в прессе называют "Досье Стила" (далее – "Досье"). Я полностью прочла Досье, когда оно было опубликовано на ресурсе BuzzFeed. В том числе я прочла Отчет 112 о результатах мероприятий корпоративной разведки (Company Intelligence Report 112, далее – "Отчет 112"), однако я не обратила особого внимания на этот отчет и не помню точно его содержание.

4.  Я никогда не встречалась и не знакома с Кристофером Стилом.

5.  С Игорем Данченко я дружу с подросткового возраста, когда мы жили в Перми (Россия). В течение многих лет мы общались с г-ном Данченко лично, по телефону и по электронным мессенджерам. Я не давала г-ну Данченко разрешения на публикацию нашей частной переписки и содержания наших частных бесед, а также их передачу кому-либо еще.

6.  В 2016 году я встречалась с г-ном Данченко один раз. В связи со своей работой в Servers.com, весной 2016 года я приехала в США, чтобы участвовать в конференции Game Developers Conference и изучить возможность пиара компании в США. Я попросила г-на Данченко помочь мне в этом, и он представил меня другому человеку, г-ну Чарльзу Долану, который, по его мнению, мог оказать содействие. На этой встрече я не обсуждала с г-ном Данченко ничего, что было бы связано с Досье или его содержанием.

7.  В июле 2020 года я узнала из СМИ и социальных сетей, что г-н Данченко предположительно сообщил властям США, что я была "Вспомогательным

2

источником 3" для Досье. Как представляется, г-н Данченко заявил, что я раскрыла ему информацию, которая вошла в Досье.

8. Мне из СМИ известно о меморандуме ФБР 2017 г. с изложением содержания интервью с г-ном Данченко. Хотя имена лиц, которых г-н Данченко указал в качестве своих вспомогательных источников, скрыты, неотредактированная информация, предоставленная г-ном Данченко в отношении своего "[вспомогательного] источника 3", во многом совпадает с моими личными данными, включая тот факт, что мы с г-ном Данченко познакомились, когда были подростками и учились в одной школе.

9. В дальнейшем я узнала также, что в средствах массовой информации меня публично называют "Вспомогательным источником 3".

10. Я не предоставляла г-ну Данченко (или кому-либо еще) упомянутую в Досье информацию, касающуюся г-на Фридмана, г-на Авена, г-на Хана или "Альфы". Я думаю, г-н Данченко назвал меня "Вспомогательным источником 3", чтобы придать вес своей работе.

11. Мой родной язык – русский. Несмотря на то, что я хорошо владею английским языком и могу на нем читать и изъясняться, учитывая сложность вопросов, которым посвящено это заявление, я делаю его на русском языке.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является верным и правдивым.

Подписано 8 июня 2021 года                     _____

                                                                          Ольга Александровна Галкина