# Exhibit I



London

This is to certify that the attached document is, to the best of my knowledge and belief a true, accurate and complete translation from Russian into English of the attached *Declaration of Sergey Vladimirovich Abyshev.*

Yours sincerely,

*Kasia Niklas*

Kasia Niklas

Senior Project Manager

Thursday, 13 May 2021

Consortra Translations Ltd
Rex House,
4-12 Regent Street
London
SW1Y 4RG
UK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, AND GERMAN KHAN, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) Civil Action No. 17-2041-RJL |
| BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, | ) ) ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF SERGEY VLADIMIROVICH ABYSHEV

I, Sergey Vladimirovich Abyshev, state as follows:

1. My name is Sergey Vladimirovich Abyshev, and I am a resident and citizen of Russia. I graduated from the Gorky Polytechnic Institute in 1991 and the Nizhny Novgorod Law Academy in 2001.

2. I currently work for the Mettem Group of Companies. I formerly held a number of government positions, including the following:

    a. Deputy Director of the Department of Administrative and Legislative Work in the Ministry of Energy of the Russian Federation from 2011 through 2016;

    b. Deputy Head of the Department for Control of Authorities of the Federal Antimonopoly Service of the Russian Federation from 2009 through 2011;

    c. Chairman of the City Duma of Nizhny Novgorod from 2001 through 2002;

    d. First Deputy Mayor of Nizhny Novgorod from 1998 through 2000; and

e. Chief of Staff of the Official Representative of the President of the Russian Federation in the Nizhny Novgorod Region from 1997 through 1998.

3. I am aware of the so-called Steele Dossier ("Dossier"), but I have never read it save for the Russian translation of Company Intelligence Report 112 ("CIR 112"), which raises various allegations about Mikhail Fridman, Petr Aven, German Khan, and Alfa.

4. I do not know and have never met Christopher Steele, the author of the Dossier.

5. I have known Igor Danchenko, who has been identified as the primary sub-source for the Dossier, since 2002. Mr. Danchenko and I communicated regularly from 2005 through 2020. Between 2005 and 2016, Mr. Danchenko and I met approximately once per year. Mr. Danchenko and I also spoke on the phone or via text messages approximately one or two times per year between 2005 and 2020.

6. Based on my interactions with and observations of him, Mr. Danchenko had a severe drinking problem from the time that I first met him until 2017 or 2018.

7. I met with Mr. Danchenko once in 2016, the year that, as I understand, the Dossier was prepared. On June 15, 2016, Mr. Danchenko, Ivan Vorontsov, and I met in Moscow. I recall that Mr. Danchenko appeared very intoxicated and was not able to maintain a conversation. During the meeting, I spoke with Mr. Vorontsov about investments and finance. I do not recall any conversation related to the contents of the Dossier, including allegations related to CIR 112, Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa. This was my last meeting with Mr. Danchenko.

8. In July 2020, I learned that Mr. Danchenko had identified me to the U.S. Federal Bureau of Investigation as "Sub-Source 1" for the Dossier. I understand that Mr. Danchenko claimed that I had provided him with information that was included in the Dossier.

9. The declassified February 9, 2017 FBI memorandum summarizing its interview of Mr. Danchenko on January 24–26, 2017 redacts the names of the individuals whom Mr. Danchenko identified as his sub-sources. However, the unredacted biographical information that Mr. Danchenko provided concerning his "[sub-]source 1" matches my personal biographical details.

10. I have since also become aware of media reports publicly naming me as "Sub-Source 1."

11. Contrary to what Mr. Danchenko told U.S. authorities, I was not a "source" of the Dossier. I never provided Mr. Danchenko (or anyone else) with any information related to the contents of the Dossier, including CIR 112, Mr. Fridman, Mr. Aven, Mr. Khan, or Alfa. I believe that Mr. Danchenko referred to me as "Sub-Source 1" for the Dossier to give credibility to the information that he provided, in light of my then-role at the Ministry of Energy of the Russian Federation.

12. My understanding of Mr. Danchenko's information-gathering process is that he first receives a story from his clients that he then must substantiate in any manner possible.

13. On one occasion, during a phone call in 2016, Mr. Danchenko asked me how close Mr. Fridman is to President Putin and whether Mr. Fridman had met with President Putin in 2016. I did not respond to Mr. Danchenko's questions.

Instead, I made it clear that the questions were inappropriate and that Mr. Danchenko should seek out answers to them himself.

14. I infer from my interactions with Mr. Danchenko, from that 2016 telephone conversation, and from the content of what was ultimately published in CIR 112, that Mr. Danchenko had a working theory regarding the relationship between Alfa and its shareholders on the one hand, and President Putin on the other, and that Mr. Danchenko was fishing for information that would fit that preconceived narrative.

15. I believe it is likely that someone ensured that CIR 112 was included in the Dossier in an effort to persuade U.S. authorities to sanction Mr. Fridman, Mr. Aven, Mr. Khan, and Alfa.

16. I am a native Russian speaker. I can speak and understand a little English, but not to the level where I would be able to make this declaration in English. I make this declaration in Russian.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2021                _____*[signature]*_____
                                         Sergey Vladimirovich Abyshev

4

ОКРУЖНОЙ СУД США
ПО ОКРУГУ КОЛУМБИЯ

|  |  |
|---|---|
| МИХАИЛ ФРИДМАН, ПЕТР АВЕН И ГЕРМАН ХАН, <br><br>Истцы,<br><br>против<br><br>компании "БИН ЛЛК" (также известной как "ФЬЮЖН ГПС") и ГЛЕННА СИМПСОНА,<br><br>Ответчиков. | Дело по гражданскому иску № 17-2041-RJL |

## ЗАЯВЛЕНИЕ СЕРГЕЯ ВЛАДИМИРОВИЧА АБЫШЕВА

Я, Сергей Владимирович Абышев, заявляю следующее:

1. Меня зовут Сергей Владимирович Абышев; я живу в России и имею российское гражданство. Я окончил Горьковский политехнический институт в 1991 году и Нижегородскую правовую академию в 2001 году.

2. В настоящее время я работаю в Группе компаний "Меттэм". До этого я занимал различные должности в государственных органах, в том числе:

   a. заместитель директора департамента административной и законопроектной работы в Министерстве энергетики Российской Федерации (2011-2016 гг.);

   b. заместитель главы отдела контроля органов власти в Федеральной антимонопольной службе Российской Федерации (2009-2011 гг.);

   c. председатель Городской думы Нижнего Новгорода (2001-2002 гг.);

    d. первый вице-мэр Нижнего Новгорода (1998-2000 гг.); и

    e. руководитель аппарата полномочного представителя Президента Российской Федерации в Нижегородской области (1997-1998 гг.).

3. Мне известно о так называемом Досье Стила (далее – "Досье"), но я не читал его, за исключением русского перевода Отчета 112 о результатах мероприятий корпоративной разведки (Company Intelligence Report 112, далее – "Отчет 112"), который содержит различные голословные утверждения в отношении Михаила Фридмана, Петра Авена, Германа Хана и "Альфы".

4. Я не знаком и никогда не встречался с Кристофером Стилом, автором Досье.

5. Игоря Данченко, который был идентифицирован как исходный вспомогательный источник информации для Досье, я знаю с 2002 года. С 2005 по 2020 год я регулярно общался с г-ном Данченко. В период с 2005 по 2016 год я встречался с г-ном Данченко примерно раз в год. Кроме того, с 2005 по 2020 год мы с г-ном Данченко примерно раз-два в год общались по телефону или обменивались сообщениями.

6. Судя по моим наблюдениям и общению с г-ном Данченко, у него были очень серьезные проблемы с алкоголем с момента нашей первой встречи и до 2017 или 2018 года.

7. В 2016 году, когда, как я понимаю, было подготовлено Досье, я встречался с г-ном Данченко один раз. 15 июня 2016 года г-н Данченко, Иван Воронцов и я встретились в Москве. Я помню, что г-н Данченко, судя по всему, находился в состоянии сильного опьянения и не мог поддерживать разговор. На этой

встрече мы с г-ном Воронцовым обсуждали инвестиции и финансовые вопросы. Я не помню, чтобы мы вообще обсуждали содержание Досье, включая утверждения, имеющие отношение к Отчету 112, г-ну Фридману, г-ну Авену, г-ну Хану или "Альфе". Это была моя последняя встреча с г-ном Данченко.

8. В июле 2020 года я узнал, что г-н Данченко сообщил Федеральному бюро расследований США, что я являлся "Вспомогательным источником 1" для Досье. Насколько я понимаю, г-н Данченко заявил, что я предоставил ему информацию, которая вошла в Досье.

9. В рассекреченном меморандуме ФБР от 9 февраля 2017 г., где излагается содержание интервью с г-ном Данченко, состоявшегося 24-26 января 2017 г., имена лиц, которых г-н Данченко указал в качестве своих вспомогательных источников, скрыты. Однако, неотредактированная биографическая информация, предоставленная г-ном Данченко в отношении своего "[вспомогательного] источника 1", совпадает с моими биографическими данными.

10. В дальнейшем я узнал также, что в средствах массовой информации меня публично называют "Вспомогательным источником 1".

11. Вопреки тому, что г-н Данченко сообщил властям США, я не был "источником" информации в Досье. Я никогда не предоставлял г-ну Данченко (или кому-либо еще) никакой информации, имеющей отношение к содержанию Досье, включая Отчет 112, г-на Фридмана, г-на Авена, г-на Хана и "Альфу". Я думаю, что г-н Данченко назвал меня "Вспомогательным

3

источником 1" для Досье, чтобы сделать более убедительной предоставленную им информацию, учитывая тот факт, что тогда я работал в Министерстве энергетики Российской Федерации.

12. Насколько я понимаю, процесс сбора информации г-ном Данченко заключается в том, что сначала он получает от своих клиентов какую-нибудь историю, а потом ему нужно подкрепить ее любыми возможными способами.

13. Однажды в ходе телефонного разговора в 2016 году г-н Данченко спросил меня, насколько г-н Фридман близок к Президенту Путину и встречался ли он с Президентом Путиным в 2016 году. Я не стал отвечать на вопросы г-на Данченко. Вместо этого я дал ему понять, что такие вопросы неуместны и что г-н Данченко должен сам искать ответы на них.

14. Из моего общения с г-ном Данченко, упомянутого телефонного разговора в 2016 году и из содержания того, что было в конечном итоге опубликовано в Отчете 112, я заключаю, что у г-на Данченко была рабочая теория об отношениях между "Альфой" и ее акционерами с одной стороны и Президентом Путиным с другой и что г-н Данченко выискивал информацию, которая соответствовала бы этому предвзятому повествованию.

15. Я считаю вероятным, что кто-то специально сделал так, чтобы Отчет 112 был включен в Досье, с целью убедить власти США наложить санкции на г-на Фридмана, г-на Авена, г-на Хана и "Альфу".

16. Мой родной язык – русский. Я немного говорю и понимаю по-английски, однако не владею английским языком в той мере, которая позволила бы мне

4

сделать это заявление на английском языке. Я делаю это заявление на русском языке.

Я заявляю под страхом наказания за лжесвидетельство в соответствии с законодательством Соединенных Штатов Америки, что вышеизложенное является верным и правдивым.

Подписано 12 мая 2021 года

_____
Сергей Владимирович Абышев