IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>              Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>              Defendants. | Civil Action No. 1:17-2041-RJL |

**DECLARATION OF THOMAS A. CLARE, P.C. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR SECOND MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED**

I, Thomas A. Clare, P.C., declare under penalty of perjury as follows:

1. I am an attorney at law in good standing and licensed to practice in the District of Columbia (D.C. Bar No. 461964). I am a partner of the firm Clare Locke LLP, counsel for Plaintiffs Mikhail Fridman, Petr Aven, and German Khan. I submit this Declaration in support of Plaintiffs' Reply in Support of Their Second Motion to Compel Defendants to Produce Documents Improperly Withheld as Privileged. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify under oath competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the book *Crime in Progress: Inside the Steele Dossier and the Fusion GPS Investigation of Donald Trump*, which was written by Glenn Simpson and Peter Fritsch and published in 2019.

1

3.   Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of the transcript of the Interview of Mark Elias by the U.S. House of Representatives Permanent Select Committee on Intelligence, dated December 13, 2017.

4.   Attached hereto as **Exhibit C** is a true and correct copy of excerpts from Defendants' Revised Answers to Plaintiffs' First Set of Interrogatories and Answers to Plaintiffs' Second Set of Interrogatories, dated May 18, 2020.

5.   Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Joshua A. Levy dated July 28, 2020, which as previously filed in this case as Dkt. 95-2.

6.   Attached hereto as **Exhibit E** is a true and correct copy of a letter from Alan S. Lewis to Joshua A. Levy, dated May 28, 2020.

7.   Attached hereto as **Exhibit F** is a true and correct copy of a letter from Alan S. Lewis to Joshua A. Levy, dated June 25, 2020.

8.   Attached hereto as **Exhibit G** is a true and correct copy of a letter from Alan S. Lewis to Joshua A. Levy, dated July 22, 2020.

9.   Attached hereto as **Exhibit H** is a true and correct copy of a letter from Thomas A. Clare, P.C. and Joseph R. Oliveri to Joshua A. Levy, dated May 3, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2021                   /s/ Thomas A. Clare, P.C.
                                           Thomas A. Clare, P.C.