# Exhibit B

UNCLASSIFIED, COMMITTEE SENSITIVE

1

EXECUTIVE SESSION

PERMANENT SELECT COMMITTEE ON INTELLIGENCE,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

INTERVIEW OF: MARC ELIAS

Wednesday, December 13, 2017

Washington, D.C.

The interview in the above matter was held in Room HVC-304, the Capitol, commencing at 2:07 p.m.

Present: Representatives Ros-Lehtinen, Wenstrup, Gowdy, Schiff, Himes,

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

UNCLASSIFIED, COMMITTEE SENSITIVE

Carson, Speier, Quigley, Swalwell, Castro, and Heck.

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

UNCLASSIFIED, COMMITTEE SENSITIVE

3

Appearances:

For the PERMANENT SELECT COMMITTEE ON INTELLIGENCE:

[redacted]

For MARC ELIAS:

KATHRYN H. RUEMMLER, ESQ.

555 ELEVENTH STREET, N.W., SUITE 1000

WASHINGTON, DC 20004-1304

NICHOLAS MCQUAID, ESQ.

885 THIRD AVENUE (AT 53RD STREET)

NEW YORK, NY 10022-4834

███████ Good afternoon all. Thanks very much. Sorry for the delay. This is a transcribed interview of Marc Elias.

Thanks for being with us today.

For the record, I am ███████ counsel for the House Permanent Select Committee on Intelligence, for the majority here. Also present are other members and staff present who will identify themselves during the course of the proceedings.

Before we begin, I just wanted to state a few things for the record.

The questioning will be conducted by members and staff. During the course of this interview members and staff may ask questions during their allotted time period. Some questions may seem basic, but that is because we need to clearly establish facts and understand the situation.

Please do not assume we know any facts you have previously disclosed as part of any other investigation or review.

This interview will be conducted at the unclassified level.

During the course of this interview, we will take any breaks that you desire. But we do ask that you give complete and fulsome replies to all questions based on your best recollections.

If a question is unclear or you're uncertain in your response, please let us know. And if you do not know the answer to a question or can't remember, simply say so.

You are entitled to have counsel present for you during this interview, and I see that you've brought them with you today.

At this time, if counsel could please state their names for the record.

UNCLASSIFIED, COMMITTEE SENSITIVE

5

For being with us today.

MS. RUEMMLER: Kathryn Ruemuller, from Lathan and Watkins, on behalf of the witness.

MR. MCQUAID: And Nick McQuaid. I'm from Lathan and Watkins, also on behalf of the witness.

███ Thank you.

The interview will be transcribed. There is a reporter making a record of these proceedings so we can easily consult a written compilation of your answers.

Because the reporter cannot record gestures, we ask that you answer all questions verbally. If you forget to do this, you might be reminded to do so. You may also be asked to spell certain terms or unusual phrases.

Consistent with the committee's rules of procedure, you and your counsel, upon request, will have an opportunity to inspect the transcript of this interview in order to determine whether your answers were correctly transcribed.

The transcript will remain in the committee's custody. And the committee also reserves also the right to request your return for additional questions should the need arise.

The process for the interview will be as follows. The majority will be given 45 minutes to ask questions, then minority will be given 45 minutes to ask questions, after which time the majority will be given 15 minutes to ask questions and the minority will be given 15 minutes to ask questions. These 15-minute rounds will continue until both sides have completed their questioning.

These time limits will be adhered to by all sides. Time will be kept for each portion of the interview with warnings given at the 5- and 1-minute mark, respectively.

UNCLASSIFIED, COMMITTEE SENSITIVE

PROPERTY OF THE UNITED STATES HOUSE OF REPRESENTATIVES

To ensure confidentiality, we ask that you do not discuss the interview with anyone other than your attorneys.

You're reminded that it is unlawful to deliberately provide false information to Members of Congress or staff.

And lastly, the record will reflect that you are voluntarily participating in this interview, which will be under oath.

Mr. Elias, could raise your right hand to be sworn?

Do you swear or affirm that the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

MR. ELIAS: I do.

███ Thank you very much. Just a reminder, make sure the microphone is on at all times.

MR. ELIAS: I have it on.

███ Thanks very much.

Mr. Chairman, Mr. Gowdy, over to you for any opening remarks.

MR. GOWDY: I have none.

███ Over to you for any opening remarks.

MR. SCHIFF: I welcome you to the committee and appreciate you being here.

MR. ELIAS: I'm happy to be here.

MS. RUEMMLER: And I do have a few if you don't mind, 

███ Please.

MS. RUEMMLER: There are a couple of things that I wanted to state for the record before we start, given that Mr. Elias is an attorney and as we understand it is here in his capacity as an attorney in connection with work that he

between governments and transition -- or not transitions, but, you know, campaigns pre-transition. But with respect to this, the stuff I know about and was responsible for, I'm confident that there -- that Christopher Steele and the -- or any Russians he was dealing with had no dealings with the Clinton campaign or the DNC.

MR. HIMES: Okay. Thank you. I note that you left out Fusion and Orbis.

MR. ELIAS: Oh, Orbis. I assume that Orbis is Christopher Steele, but I don't know that.

MR. HIMES: Okay.

MR. ELIAS: That's based on by what I read in -- what I read in the press. Isn't Orbis the same as -- isn't that his --

MR. HIMES: I think it's his organization, yes.

MR. ELIAS: Okay, yes. So I put that in the same bucket.

MR. HIMES: Okay.

MR. ELIAS: With respect to Fusion, it is -- it is -- it is possible -- it's more than possible. I think there may have been instances in which people in the -- associated with the campaign or the DNC had relationships with or otherwise had interaction with Fusion around, you know -- but not around the -- not around Christopher Steele issues.

MR. HIMES: So you weren't the sole gatekeeper between people at the DNC, the Clinton campaign --

MR. ELIAS: I was the sole. I was the -- I was the gatekeeper. But there were -- but there were instances in which there were some interactions otherwise. But that -- but I was the gatekeeper.

MR. HIMES: Okay. Are these interactions that would be covered under