IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br> **Plaintiffs,** <br><br> v. <br><br> BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, <br><br> **Defendants.** | Civil Action No. 1:17-2041-RJL |

## DECLARATION OF ALEX ROLF VAN DER ZWAAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS' COUNSEL SHOULD NOT BE SANCTIONED FOR THEIR BACK-CHANNEL OUTREACH TO PLAINTIFFS DESPITE KNOWING PLAINTIFFS ARE REPRESENTED BY COUNSEL IN THIS CASE

I, Alex Rolf van der Zwaan, declare under penalty of perjury as follows:

1.    My name is Alex Rolf van der Zwaan. I am over the age of 18, of sound mind, and make this Declaration on personal knowledge. I submit this Declaration in support of Plaintiffs' Motion for an Order to Show Cause Why Defendants' Counsel Should Not Be Sanctioned for Their Back-Channel Outreach to Plaintiffs Despite Knowing Plaintiffs Are Represented by Counsel in This Case.

2.    German Khan, one of the Plaintiffs in the above-captioned lawsuit, is my father-in-law.

3.    On April 8, 2021, I received a telephone call (via "WhatsApp") from William (Bill) Taylor, a lawyer and partner in the law firm Zuckerman Spaeder LLP.

1

4.      During that phone call, Mr. Taylor indicated that he represents Fusion GPS and was calling about the above-captioned lawsuit in which German Khan (my father-in-law) is a Plaintiff and Fusion GPS and its principal Glenn Simpson are Defendants.  Mr. Taylor made clear that he was contacting me on behalf of Defendant Fusion GPS.  I understood the contact to be on behalf of Defendant Simpson as well.

5.      During that telephone call, Mr. Taylor made a settlement overture to me that he asked me to convey to my father-in-law.  Mr. Taylor told me that "I know you are savvy" and stated that he felt there was "an opportunity at the moment to have a meaningful discussion" about settling the case before discovery allowed each side a look at the other's "internals," which he said would not be a "healthy thing for anybody."  Mr. Taylor suggested that "it would be helpful" if I conveyed to my father-in-law that it would (according to Mr. Taylor) be in everyone's interests to reach an agreement to end the litigation.

6.      During that telephone call, Mr. Taylor also told me that attorney Joshua Levy (who I understand is a partner in the law firm Levy Firestone Muse LLP) is currently representing Defendants in the above-captioned case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2021

Alex Rolf van der Zwaan

2