IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>    Defendants. | Civil Action No. 1:17-2041-RJL |

**DECLARATION OF THOMAS A. CLARE, P.C. IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS' COUNSEL SHOULD NOT BE SANCTIONED FOR THEIR BACK-CHANNEL OUTREACH TO PLAINTIFFS DESPITE KNOWING PLAINTIFFS ARE REPRESENTED IN THIS CASE**

I, Thomas A. Clare, P.C., declare under penalty of perjury as follows:

1. I am an attorney at law in good standing and licensed to practice in the District of Columbia (D.C. Bar No. 461964). I am a partner of the firm Clare Locke LLP, counsel for Plaintiffs Mikhail Fridman, Petr Aven, and German Khan. I submit this Declaration in support of Plaintiffs' Motion for an Order to Show Cause Why Defendants' Counsel Should Not Be Sanctioned for Their Back-Channel Outreach to Plaintiffs Despite Knowing Plaintiffs Are Represented by Counsel in This Case. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify under oath competently thereto.

2. I spoke with William (Bill) Taylor—a partner in the law firm Zuckerman Spaeder LLP, counsel to Fusion GPS, and previously counsel-of-record to Defendants in this case—by

telephone after he called Plaintiff Khan's son-in-law, Alex Rolf van der Zwaan, to make a settlement overture to Plaintiffs. During that call, I spoke with Mr. Taylor about his telephone call to Mr. van der Zwaan. Mr. Taylor acknowledged making that call, acknowledged making a settlement overture to Mr. van der Zwaan during that call, and acknowledged asking Mr. van der Zwaan during that call to convey that settlement overture to Plaintiff Khan.

3. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Thomas A. Clare, P.C. to Joshua A. Levy, dated April 16, 2021. In the letter, I asked Mr. Levy about Mr. Taylor's reach-out to Plaintiffs through Plaintiff Khan's son-in-law and whether he was aware of or authorized that outreach because I wanted to give Mr. Levy the benefit of the doubt, not assume that he or his partner were complicit in Mr. Taylor's out-reach, and give Mr. Levy a chance to explain the circumstances. Mr. Levy did not respond to this letter.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email from Thomas A. Clare, P.C. to Joshua A. Levy, dated April 28, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email from Joshua A. Levy to Thomas A. Clare, P.C., dated April 29, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of a letter from Thomas A. Clare, P.C. and Joseph R. Oliveri to Joshua A. Levy, dated May 12, 2021.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email from Joshua A. Levy to Joseph R. Oliveri, dated May 13, 2021 at 9:24 a.m.

8. Attached hereto as **Exhibit F** is a true and correct copy of an email from Joseph R. Oliveri to Joshua A. Levy, dated May 13, 2021 at 9:43 a.m.

9. Attached hereto as **Exhibit G** is a true and correct copy of an email from Joshua A. Levy to Joseph R. Oliveri, dated May 13, 2021 at 10:38 a.m.

10. Attached hereto as **Exhibit H** is a true and correct copy of an email from Joseph R. Oliveri to Joshua A. Levy, dated May 13, 2021 at 11:28 a.m.

11. Attached hereto as **Exhibit I** is a true and correct copy of an email from Joseph R. Oliveri to Joshua A. Levy, dated May 17, 2021.

12. Attached hereto as **Exhibit J** is a true and correct copy of an email from Joseph R. Oliveri to Joshua A. Levy, dated July 1, 2021 at 4:56 p.m.

13. Attached hereto as **Exhibit K** is a true and correct copy of an email from Joshua A. Levy to Joseph R. Oliveri, dated July 1, 2021at 8:25 p.m. and an email from Joseph R. Oliveri to Joshua A. Levy, dated July 1, 2021 at 10:17 p.m.

14. Attached hereto as **Exhibit L** is a true and correct copy of an email from Joshua A. Levy to Joseph R. Oliveri, dated July 6, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2021                                      /s/ Thomas A. Clare, P.C.
                                                                              Thomas A. Clare, P.C.

3