# Exhibit E

**From:** Joshua Levy <jal@levyfirestone.com>
**Date:** Thursday, May 13, 2021 at 9:24 AM
**To:** Joe Oliveri <joe@clarelocke.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>, Libby Locke <libby@clarelocke.com>, Andy Phillips <andy@clarelocke.com>
**Subject:** Re: Correspondence - Fridman et al v. Bean LLC et al

Joe --

We are free for a 7(m) today on the issues raised in your May 3 letter and the issues raised in our May 5 letter between 11am-2:30pm. Please let us know what time works best for you within that window. Alternatively, we are also free after 5pm.

Kind regards,
Josh

**Joshua A. Levy**

Partner

**Levy | Firestone | Muse**

1701 K Street NW, Suite 350, Washington, DC 20006

T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

. . .

**From:** Joe Oliveri <joe@clarelocke.com>
**Sent:** Wednesday, May 12, 2021 5:39 PM
**To:** Josh Levy <jal@levyfirestone.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Andrew Sharp <eas@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Libby Locke <libby@clarelocke.com>; Andy Phillips <andy@clarelocke.com>
**Subject:** Re: Correspondence - Fridman et al v. Bean LLC et al

Josh,

Please see the attached correspondence responding to your May 5 letter.

In addition, thank you for confirming in your May 11 letter your availability for a Rule 7(m) conference tomorrow to meet-and-confer regarding the issues raised in our May 3 letter about Defendants' third privilege log. I can make myself available at any time—just let me know your preference. I look forward to speaking with you.

Best,
Joe Oliveri

Joseph R. Oliveri | Partner
**CLARE LOCKE LLP**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 - direct | (413) 657-6750 - cell
joe@clarelocke.com | www.clarelocke.com