# Exhibit F

From: Joe Oliveri <joe@clarelocke.com>
Subject: Re: Correspondence - Fridman et al v. Bean LLC et al
Date: May 13, 2021 at 9:43:50 AM EDT
To: Josh Levy <jal@levyfirestone.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
Cc: Tom Clare <tom@clarelocke.com>, Libby Locke <libby@clarelocke.com>, "Andy Phillips" <andy@clarelocke.com>

Hi Josh,

Let's talk at 2:00pm.  I will call you then.

As we explained in our letter yesterday, it is premature to meet and confer regarding the issues you raised in your May 5 letter, including because you have failed to comply with the procedures set forth in the Protective Order by failing to raise issues with the designation of any specific documents in Plaintiffs' April 29 production.  (As you surely know, your blanket challenge to "all" designations does not suffice under the Protective Order, which does not require a producing party to justify all designations *en masse*.)  Of course, if and when you comply with the proper procedures under the Protective Order, we will gladly and promptly meet and confer with you regarding any issues properly raised.

In addition, before further addressing the issues raised in your May 5 letter (to which we just responded yesterday), we respectfully ask—again—that you (1) respond to our questions regarding the improper attempt to communicate with Plaintiff German Khan (who, as you know, is represented by counsel in this case), which we raised with you nearly a month ago (in both an April 16 letter and an April 28 email) but to which you have thus far refused to respond; and (2) respond to the other issues we raised in our prior communications to you.  We desire for discovery to proceed without delay, but it must be a two-way street.  We hope you will cooperate.

Best,
Joe

Joseph R. Oliveri | Partner
**CLARE LOCKE LLP**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 - direct | (413) 657-6750 - cell
joe@clarelocke.com | www.clarelocke.com