# Exhibit H

From: Joe Oliveri <joe@clarelocke.com>
Subject: Re: Correspondence - Fridman et al v. Bean LLC et al
Date: May 13, 2021 at 11:28:27 AM EDT
To: Josh Levy <jal@levyfirestone.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
Cc: Tom Clare <tom@clarelocke.com>, Libby Locke <libby@clarelocke.com>, "Andy Phillips" <andy@clarelocke.com>

Hi Josh,

We can use this dial-in: (888) 444-3808, Passcode 90205#.

Also, I note for the record that, once again, in your email below you did not address the issue of the back-channel outreach to Plaintiff Khan (through his son-in-law) from Defendants' former counsel in this case—which we have raised with you numerous times now.  As Tom explained in his April 16 letter to you, the attempt by Defendants' counsel to communicate a settlement offer to a family member of Mr. Khan raises significant concerns and clearly violates the spirit, if not the letter, of D.C. Rule of Professional Conduct 4.2.

We have asked you multiple times to:
   1.   Please confirm that you were not aware of the effort to go around Mr. Khan's counsel and communicate with Mr. Khan and that you did not authorize it—or confirm that you were aware of that effort and/or did authorize it.
   2.   Please explain how this effort came about, and who did authorize it.
   3.   Please confirm that there have not been—and that there will not be—any similar clandestine attempts by counsel for Defendants.

To date, you have ignored our requests to explain this issue and confirm that it will not happen again.  Please promptly provide this information.

Best,
Joe

Joseph R. Oliveri | Partner
**CLARE LOCKE LLP**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 - direct | (413) 657-6750 - cell
joe@clarelocke.com | www.clarelocke.com


**From:** Joshua Levy <jal@levyfirestone.com>
**Date:** Thursday, May 13, 2021 at 10:38 AM
**To:** Joe Oliveri <joe@clarelocke.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>, Libby Locke <libby@clarelocke.com>, Andy Phillips <andy@clarelocke.com>
**Subject:** Re: Correspondence - Fridman et al v. Bean LLC et al

Joe --

Please circulate a dial-in for the 2pm call. My colleague Andrew Sharp will be joining us.

As to the issues raised in our May 5 letter, it is our position that Defendants have complied with the Protective Order, and Plaintiffs have not. That said, we are willing to meet and confer on a later date with regard to that issue. Likewise, we will await Plaintiffs' production of a privilege log, which Plaintiffs mentioned for the first time in their May 12 letter in

response to Defendants' challenge of Plaintiffs' privilege designations in their April 29, 2021 production. We can hold a meet and confer on privilege after we receive Plaintiffs' privilege log.

With regard to sanctions under Rule 37, we will move ahead today with a 7(m) conference on sanctions for Defendants' legal work moving to compel those documents, unless Plaintiffs agree to pay Defendants' fees.

We have (repeatedly) addressed Plaintiffs' requests for discovery, and all counsel for Defendants have acted appropriately at all times. It is unproductive to have Defendants repeat in every piece of correspondence that the parties cannot take discovery until the Court establishes a discovery period and deadline, in the absence of any.

Josh


**Joshua A. Levy**

Partner


**Levy** ǀ **Firestone** ǀ **Muse**

1701 K Street NW, Suite 350, Washington, DC 20006

T 202-261-6564   •   C 202-360-0677   •   F 202-595-8253   •   levyfirestone.com


. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the