# Exhibit I

From: Josh Levy <jal@levyfirestone.com>
Subject: Re: Correspondence - Fridman et al v. Bean LLC et al
Date: May 17, 2021 at 9:15:10 AM EDT
To: Joe Oliveri <joe@clarelocke.com>, Rachel Clattenburg
<rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
Cc: Tom Clare <tom@clarelocke.com>, Libby Locke <libby@clarelocke.com>,
Andy Phillips <andy@clarelocke.com>

Joe:

I understand that you would like me to respond to your questions
about what you say may be a violation of the "spirit" of DC Rule of
Professional Conduct 4.2. Each of your questions would require
me to reveal privileged information. We will not disclose privileged
communications in response to your questions. That said, to the
extent that you seek assurance that no attorney for my clients will
contact anyone associated with your clients about this case, other
than you or others at your firm, you have that assurance.

Josh


**Joshua A. Levy**
Partner

**Levy** ׀ **Firestone** ׀ **Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T
202-261-6564  ·  C 202-360-0677  ·  F 202-595-8253  ·  levyfirest
one.com

. . .

The information contained in this communication is confidential, may be attorney-
client privileged, may constitute inside information, and is intended only for the
use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the
reader of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is
strictly prohibited and may be unlawful. If you have received this communication
in error, please notify us immediately by reply or by telephone at (202) 261-6580,
and immediately destroy this communication and all copies thereof, including all

attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue
Service, we inform you that any tax advice contained in this communication
(including any attachments) was not intended or written to be used, and cannot
be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties
under the U.S. Internal Revenue Code or (2) promoting, marketing or
recommending to another party any tax-related matters addressed herein.
. . .

**From:** Joe Oliveri <joe@clarelocke.com>
**Sent:** Thursday, May 13, 2021 11:28 AM
**To:** Josh Levy <jal@levyfirestone.com>; Rachel Clattenburg
<rmc@levyfirestone.com>; Andrew Sharp
<eas@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Libby Locke
<libby@clarelocke.com>; Andy Phillips <andy@clarelocke.com>
**Subject:** Re: Correspondence - Fridman et al v. Bean LLC et al

Hi Josh,

We can use this dial-in: (888) 444-3808, Passcode 90205#.

Also, I note for the record that, once again, in your email below
you did not address the issue of the back-channel outreach to
Plaintiff Khan (through his son-in-law) from Defendants' former
counsel in this case—which we have raised with you numerous
times now. As Tom explained in his April 16 letter to you, the
attempt by Defendants' counsel to communicate a settlement offer
to a family member of Mr. Khan raises significant concerns and
clearly violates the spirit, if not the letter, of D.C. Rule of
Professional Conduct 4.2.

We have asked you multiple times to:
  1.  Please confirm that you were not aware of the effort to go
around Mr. Khan's counsel and communicate with Mr. Khan and

that you did not authorize it—or confirm that you were aware of that effort and/or did authorize it.

   2.   Please explain how this effort came about, and who did authorize it.

   3.   Please confirm that there have not been—and that there will not be—any similar clandestine attempts by counsel for Defendants.

To date, you have ignored our requests to explain this issue and confirm that it will not happen again.  Please promptly provide this information.

Best,
Joe

Joseph R. Oliveri | Partner

**CLARE LOCKE LLP**

10 Prince Street | Alexandria, Virginia 22314

(202) 628-7405 - direct | (413) 657-6750 - cell

joe@clarelocke.com | www.clarelocke.com