# Exhibit L

From: Josh Levy <jal@levyfirestone.com>
Subject: Re: Follow-Up & Request for Rule 7(m) Conference
Date: July 6, 2021 at 6:19:39 PM EDT
To: Joe Oliveri <joe@clarelocke.com>
Cc: Tom Clare <tom@clarelocke.com>, Andy Phillips <andy@clarelocke.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>

Joe --

In our 7(m) call today, you said you were particularly interested in learning whether Defendants' counsel have made contact with Plaintiffs through anyone other than their counsel. Putting to one side the communication between Bill Taylor and Alex van der Zwaan that you brought to our attention—and which we do not believe is a violation of any rule—Defendants' counsel have not had any contact with Plaintiffs through anyone other than their counsel and are not aware of contact with Plaintiffs other than through counsel, and we have previously assured you that Defendants' counsel will have no contacts with Plaintiffs other than through their counsel in the future.

Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T
202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-

client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
. . .

**From:** Joe Oliveri <joe@clarelocke.com>
**Sent:** Friday, July 2, 2021 12:54 PM
**To:** Josh Levy <jal@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Andy Phillips <andy@clarelocke.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Andrew Sharp <eas@levyfirestone.com>
**Subject:** Re: Follow-Up & Request for Rule 7(m) Conference

Dear Josh:

I will circulate a dial-in for our Rule 7(m) conference on Tuesday, July 6, at 1:30pm.

Best,
Joe

Joseph R. Oliveri | Partner
CLARE LOCKE LLP

10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 - direct | (413) 657-6750 - cell
joe@clarelocke.com | www.clarelocke.com

**From:** Joshua Levy <jal@levyfirestone.com>
**Date:** Friday, July 2, 2021 at 11:59 AM
**To:** Joe Oliveri <joe@clarelocke.com>
**Cc:** Tom Clare <tom@clarelocke.com>, Andy Phillips <andy@clarelocke.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
**Subject:** Re: Follow-Up & Request for Rule 7(m) Conference
**Resent-From:** Proofpoint Essentials <do-not-reply@proofpointessentials.com>
**Resent-To:** Joe Oliveri <joe@clarelocke.com>
**Resent-Date:** Friday, July 2, 2021 at 11:51 AM

Joe:

We are free on Tuesday, July 6 at 1:30pm for a Rule 7(m) conference on the matter below. Please send us a dial-in for the call. Thank you.

At that time, we can also hold the Rule 7(m) conference requested in the attached June 30 email regarding Defendants' motion for leave to file documents under seal, unless you do not believe a Rule 7(m) is necessary.

Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**

1701 K Street NW, Suite 350, Washington, DC 20006

T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

. . .

**From:** Joe Oliveri <joe@clarelocke.com>
**Sent:** Thursday, July 1, 2021 10:17 PM
**To:** Josh Levy <jal@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Andy Phillips <andy@clarelocke.com>
**Subject:** Re: Follow-Up & Request for Rule 7(m) Conference

Dear Josh,

Thank you for responding to my email. The email you forwarded does not provide any of the information we requested—none of which requests attorney-client privileged information. As you well know, the factual information we have requested regarding Mr. Taylor's improper contact with our clients and whether you had knowledge of or involvement in that contact does not request any legal advice or other privileged information.

Please let us know when between now and Wednesday, July 7 at 5:00pm you are available for a Rule 7(m) conference.

Best,
Joe


Joseph R. Oliveri | Partner

**CLARE LOCKE LLP**

10 Prince Street | Alexandria, Virginia 22314

(202) 628-7405 - direct | (413) 657-6750 - cell

joe@clarelocke.com | www.clarelocke.com

Sent from my iPhone; please pardon the brevity


On Jul 1, 2021, at 8:25 PM, Josh Levy <jal@levyfirestone.com> wrote:

Joe --

I responded to the questions below on May 17, 2021, in an email (attached), and I understand that shortly thereafter Tom Clare and Bill Taylor spoke. Having not heard back from you until now, I had understood this matter had been resolved. In the event you missed my May 17 email, I

wanted to make sure you have it. If this matter remains unresolved, please let me know. Thank you.

Josh

**Joshua A. Levy**
Partner

**Levy** | **Firestone** | **Muse**

1701 K Street NW, Suite 350, Washington, DC 20006
T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
. . .

**From:** Joe Oliveri <joe@clarelocke.com>
**Sent:** Thursday, July 1, 2021 4:56 PM

**To:** Josh Levy <jal@levyfirestone.com>
**Cc:** Tom Clare <tom@clarelocke.com>; Andy Phillips <andy@clarelocke.com>
**Subject:** Follow-Up & Request for Rule 7(m) Conference

Dear Josh:

I hope this email finds you well.

As you will certainly recall, on April 16—over two-and-a-half months ago—Tom raised with you the extremely concerning issue of Defendants' counsel (and former counsel of record in this case) William "Bill" Taylor (a partner at Zuckerman Spaeder) calling Plaintiff German Khan's son-in-law Alex van der Zwaan and making an explicit settlement overture to Mr. van der Zwaan and encouraging him to take that message to Plaintiff Khan.

As Tom explained to you in his letter, you—and Mr. Taylor—know (and have known) that Mr. Khan and the other Plaintiffs are represented by counsel in this matter. And as a D.C.-licensed attorney, you know that D.C. Rule of Professional Conduct 4.2(a) provides that "a lawyer shall *not* communicate *or cause another to communicate about the subject of the representation* with a person known to be represented by another lawyer in the matter," and that that rule is violated where an attorney attempts "to establish ... a backchannel of communication" with the represented party). See *Annapolis Citizens Class Overcharged for Water-Sewer by Loudon Operations, LLC v. Stantec, Inc.*, No. 20-cv-2603, 2021 WL 75766, at *4 (D.D.C. Jan. 8, 2021).

Thus, Tom asked you to provide three pieces of information:
1. Please confirm that you were not aware of Mr. Taylor's effort and that you did not authorize it.
2. We would like to know how this effort came about, and who did authorize it.

3. Please confirm that there have not been—and that there will not be—any similar clandestine attempts by counsel for Defendants to skirt the prohibitions on communications with parties represented by counsel.

But you ignored Tom's letter. As such, we repeatedly re-raised this extremely troubling issue with you—including in Tom's April 28 email to you, in my May 12 letter to you, and in my multiple May 13 emails to you. Each and every time, you ignored our requests, even when you responded to other issues raised in our correspondence.

Your refusal to provide answers to the above questions leaves us no choice but to seek judicial relief regarding Mr. Taylor's and apparently your improper conduct, including violation of D.C. Rule of Professional Conduct 4.2(a). As such, Plaintiffs intend to file a Motion for an Order to Show Cause why both you and Mr. Taylor should not be subject to sanctions for the blatant violation of Rule 4.2(a).

**Please let us know what date(s) and time(s) between now and July 7 at 5pm that you are available for a telephone call to discuss this matter. If you do not respond with available dates/times, we will understand that as your refusal to participate in a Rule 7(m) meeting, and Plaintiffs will consider their Rule 7(m) obligations discharged.**

Sincerely,
Joe

Joseph R. Oliveri | Partner
**CLARE LOCKE LLP**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405 - direct | (413) 657-6750 - cell

joe@clarelocke.com | www.clarelocke.com

<2021.05.17 Email from J. Levy to J. Oliveri.pdf>