IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>          Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>          Defendants. | Civil Action No. 1:17-2041-RJL |

**[PROPOSED]
ORDER TO SHOW CAUSE**

Upon consideration of Plaintiffs' Motion for an Order to Show Cause Why Defendants' Counsel Should Not Be Sanctioned for Their Back-Channel Outreach to Plaintiffs Despite Knowing Plaintiffs Are Represented in This Case, Defendants' Opposition thereto, Plaintiffs' Reply in support of their Motion, and all relevant filings and arguments, it is hereby ORDERED:

Plaintiffs' Motion is GRANTED; and

Defendants' counsel-of-record Joshua A. Levy and Rachel M. Clattenburg and Defendants' counsel and previous counsel-of-record William (Bill) W. Taylor, III are ORDERED to Show Cause why they should not be sanctioned for violating D.C. Rules of Professional Conduct 4.2 and 8.4 and Local Civil Rule 83.15 within fourteen (14) days of the date of this Order. In showing cause, Mr. Levy, Ms. Clattenburg, and Mr. Taylor shall each declare, under oath:

- Whether Mr. Levy and/or Ms. Clattenburg were aware of, authorized, induced, and/or encouraged Mr. Taylor's outreach to Plaintiff Khan's son-in-law, and, if so, when they became aware of, authorized, induced, and/or encouraged that outreach;

1

- The full circumstances of Mr. Taylor's outreach to Plaintiff Khan's son-in-law, including how and why that outreach came about; and

- Whether Mr. Levy, Ms. Clattenburg, Mr. Taylor, or any of Defendants' other current or former counsel—or anyone acting at their direction or with their knowledge—have contacted or attempted to contact anyone other than Plaintiffs' counsel for the purpose of communicating with (or attempting to communicate with) Plaintiffs; if so, they shall fully explain the circumstances of those efforts.

The Court finds and holds that the above factual information that Defendants' counsel are ordered to provide is not privileged or protected from disclosure by the attorney-client privilege or work-product doctrine.

Defendants' counsel of record are further ORDERED to provide a copy of this Order to Mr. Taylor.

**SO ORDERED** this _____ day of _____, 2021.


_____
Richard J. Leon
Senior United States District Judge