IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br>   Plaintiffs, <br><br> v. <br><br> BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, <br><br>   Defendants. | Civil Action No. 1:17-2041-RJL |

### DECLARATION OF THOMAS A. CLARE, P.C. IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR REASONABLE EXPENSES INCURRED IN MOVING TO COMPEL DISCOVERY

I, Thomas A. Clare, P.C., declare under penalty of perjury as follows:

1.  I am an attorney at law in good standing and licensed to practice in the District of Columbia (D.C. Bar No. 461964). I am a partner of the firm Clare Locke LLP, counsel for Plaintiffs Mikhail Fridman, Petr Aven, and German Khan. I submit this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Reasonable Expenses Incurred in Moving to Compel Discovery. Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify under oath competently thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of a letter from Thomas A. Clare, P.C. to Joshua A. Levy, dated May 12, 2021.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2021 　　　　　　　　　　　　　　　　*/s/ Thomas A. Clare, P.C.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas A. Clare, P.C.