# EXHIBIT A
# to Declaration of
# William W. Taylor, III

| | |
|---|---|
| **From:** | Alex van der Zwaan <alexvanderzwaan@gmail.com> |
| **Sent:** | Tuesday, April 13, 2021 10:23 AM |
| **To:** | Taylor, William W. |
| **Subject:** | Your call last week |

EXTERNAL

Dear Bill,

Apologies for the delay in getting back to you and thank you for reaching out. I just wanted to let you know that your message has been passed on and is now in the hands of legal counsel.

Please stay in touch.

Kind regards,

Alex

Sent from my iPhone

1