AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Mikhail Fridman, Peter Aven, and German Khan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-2041-RJL |
| Bean LLC a/k/a Fusion GPS and Glenn Simpson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bean LLC (a/k/a Fusion GPS) and Glenn Simpson .

Date: 07/27/2021

/s/ Scott Brooks
*Attorney's signature*

Scott Brooks, D.C. Bar No. 1673708
*Printed name and bar number*

Levy Firestone Muse LLP
1701 K Street NW, Suite 350
Washington, D.C. 20006

*Address*

sbrooks@levyfirestone.com
*E-mail address*

(202) 819-2722
*Telephone number*

(202) 595-8253
*FAX number*