# Exhibit A

**Subject:** Re: Fridman et al v. Bean LLC et al
**Date:**    Friday, April 30, 2021 at 11:35:50 AM Eastern Daylight Time
**From:**    Josh Levy
**To:**      Tom Clare
**CC:**      Andy Phillips, Joe Oliveri, Libby Locke, Rachel Clattenburg, Andrew Sharp

Tom:

Thanks. It has always been our position that there has to be a Scheduling Order for discovery to proceed, as the Rules require. The Court is aware from the parties' briefing that they disagree about the duration of fact discovery and whether a stay is appropriate, and is also aware from that briefing that depositions have not been scheduled while there is no operative Scheduling Order.

Once the Court enters a Scheduling Order, we will want to depose Mr. Khan as soon as possible.

Best,
Josh

**Joshua A. Levy**
Partner

**Levy** | **Firestone** | **Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
. . .

**From:** Tom Clare <tom@clarelocke.com>
**Sent:** Friday, April 30, 2021 10:05 AM
**To:** Josh Levy <jal@levyfirestone.com>
**Cc:** Andy Phillips <andy@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Libby Locke
<libby@clarelocke.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Andrew Sharp
<eas@levyfirestone.com>
**Subject:** Re: Fridman et al v. Bean LLC et al

Josh:

Thanks for the reply.  Some of the disconnect here may come of our initial telephone conversation.  In that initial conversation, you asked to move forward with the deposition of Mr. Khan as quickly as COVID circumstances allowed.

But that request clearly conflicts with the position you now set forth below, where "the parties cannot proceed with depositions while fact discovery has lapsed."

We assumed from your request to proceed with the deposition of Mr. Khan that you were in agreement that depositions should move forward — and we have endeavored to do just that by, among other things, offering to coordinate dates for Mr. Khan's deposition in the near term.  We also believe that moving forward with depositions comports with the Court's expectations for the parties, as evidenced by the recent discovery orders.

Am I missing something here?

Tom

Thomas A. Clare, P.C.
Clare Locke LLP
(202) 628-7401 (direct)

---

**From:** Josh Levy <jal@levyfirestone.com>
**Sent:** Thursday, April 29, 2021 7:27 PM
**To:** Tom Clare
**Cc:** Andy Phillips; Joe Oliveri; Libby Locke; Rachel Clattenburg; Andrew Sharp
**Subject:** Re: Fridman et al v. Bean LLC et al

Tom:

There is no Scheduling Order in this case at the moment, and the parties are in disagreement over whether fact discovery should be stayed, and, if not, when fact discovery should end. The parties' briefs are, as you know, pending. We have repeatedly explained to you that the parties cannot proceed with depositions while fact discovery has lapsed, and the Court has not entered a new Scheduling Order. *See* Fed. R. Civ. P. 16(b) (4); *Olgyay v. Soc'y for Env't Graphic Design, Inc.*, 169 F.R.D. 219, 220 (D.D.C. 1996) ("Counsels' unilateral decision to modify the Scheduling Order without the Court's approval and without good cause is a clear violation of the Federal and Local Rules.").

Given that the timing of fact discovery is unknown at this time, we do not see the point of scheduling depositions that may well need to be rescheduled based on the new Scheduling Order.

Are you asking for dates contingent on the Court having entered a Scheduling Order that allows for fact discovery as of the proposed dates?

Please advise. Thanks.

Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T 202-261-6564•C202-360-0677•F202-595-8253•levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Levy Firestone Muse LLP. If the reader of this message is not the intended

recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**From:** Tom Clare <tom@clarelocke.com>
**Sent:** Wednesday, April 28, 2021 11:57 AM
**To:** Josh Levy <jal@levyfirestone.com>
**Cc:** Andy Phillips <andy@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Libby Locke <libby@clarelocke.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Andrew Sharp <eas@levyfirestone.com>
**Subject:** Re: Fridman et al v. Bean LLC et al

Josh,

I write to address a few issues.

## 1. Scheduling German Khan's Deposition

In various previous correspondence you have indicated that you want to go forward with German Khan's deposition. Because COVID restrictions in the UK are starting to ease, we are now in a position to try to move forward with re-scheduling Mr. Khan's deposition. Please let us know dates in May on which you would be available to depose Mr. Khan and we will work to clear one of those dates with him and revert back.

## 2. Scheduling Depositions of Mr. Berkowitz and Mr. Felch

We have asked you numerous times to provide dates on which Mr. Berkowitz and Mr. Felch can be available to be deposed, but you have repeatedly refused to do so. Because we want to be as accommodating as possible to Messrs. Berkowitz and Felch and minimize inconvenience to them, we ask one more time: Please provide us with dates in May and June on which Messrs. Berkowitz and Felch are available to be deposed. If you are unable or unwilling to provide dates by Noon this Friday (April 30), we will have no choice by the notice to their depositions on dates of our choosing.

## 3. Third Party Depositions in the United Kingdom

As you know, on March 30, Judge Leon granted Plaintiffs' Motion for Issuance of a Letter of Request for International Judicial Assistance to obtain oral testimony and/or documentary evidence from five witnesses in the United Kingdom: (1) Christopher Steele (documents and testimony), (2) Edward Baumgartner (documents and testimony), (3) Sir Andrew Wood (documents and testimony), (4) Christopher Burrows (testimony only), and (5) Orbis Business Intelligence Ltd. (documents only) (collectively, the "UK Witnesses").

**Page 3 of 7**

In accordance with Judge Leon's Order, Plaintiffs filed (on April 2) an updated Letter of Request, which is currently awaiting Judge Leon's signature and issuance.  Upon Judge Leon's issuance of the Letter of Request, Plaintiffs intend to file process in the United Kingdom to obtain the UK courts' assistance in obtaining discovery from the UK Witnesses.

Although we cannot predict the exact timeframe in which the UK courts will act, we anticipate that the depositions of the UK Witnesses will proceed in the June-September timeframe.  Thus, to facilitate the depositions of the UK Witnesses, please let us know if there are any dates in June, July, August, or September that you will be _un_available for those depositions.  We appreciate your cooperation and will of course do our best to schedule around dates on which you have unmovable conflicts.

Finally, we would appreciate a response to the questions raised in my letter about the informal reach out to Alexander van der Zwaan

Best,
Tom

Thomas A. Clare, P.C. | Partner
**C L A R E   L O C K E   L L P**
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7401 - direct | (202) 841-1074 - cell
tom@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** Joshua Levy <jal@levyfirestone.com>
**Date:** Friday, April 23, 2021 at 10:11 AM
**To:** Tom Clare <tom@clarelocke.com>
**Cc:** Andy Phillips <andy@clarelocke.com>, Joe Oliveri <joe@clarelocke.com>, Libby Locke <libby@clarelocke.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Andrew Sharp <eas@levyfirestone.com>
**Subject:** Re: Fridman et al v. Bean LLC et al

Tom,

To follow-up, we will discuss scheduling the remaining depositions once the Court rules on the pending motions regarding an extension of discovery or a stay of discovery, as indicated below. Also, should either party have questions about the other's production on the 29th, we can circle back with one another then.

Thanks,
Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
. . .

**From:** Josh Levy <jal@levyfirestone.com>
**Sent:** Thursday, March 18, 2021 9:23 AM
**To:** Tom Clare <tom@clarelocke.com>
**Cc:** Andy Phillips <andy@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Libby Locke <libby@clarelocke.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Andrew Sharp <eas@levyfirestone.com>
**Subject:** Re: Fridman et al v. Bean LLC et al

Tom,

With regard to the deposition requests below, we have already communicated with Alan about them. We also notice that Alan has not withdrawn his appearance in the case. Does he still represent the Plaintiffs?

As we previously explained to Alan, the last deadline for fact discovery set by this Court

closed on January 12, 2021. The parties are in the midst of briefing the discovery extension dispute. Until the Court enters an order extending discovery, depositions should not proceed in this case.

It is also premature to schedule Mr. Felch's and Mr. Berkowitz's depositions because several depositions are due to take place first, including Mr. Khan's, which you have not rescheduled. After Mr. Khan's is scheduled, we can reschedule Glenn Simpson's and the 30(b)(6) Bean LLC/Fritsch deposition. Your request is also premature because Mr. Felch's and Mr. Berkowitz's testimony is likely to be unreasonably cumulative and duplicative of the Bean LLC 30(b)(6) deposition, as both third party witnesses are Bean LLC employees. To avoid undue burden on Defendants, Plaintiffs should first depose Mr. Simpson and Mr. Fritsch/Bean LLC 30(b)(6), and then we can discuss whether additional Bean LLC depositions are appropriate.

Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**
1701 K Street NW, Suite 350, Washington, DC 20006
T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
. . .

**From:** Tom Clare <tom@clarelocke.com>
**Sent:** Wednesday, March 17, 2021 10:06 AM
**To:** Josh Levy <jal@levyfirestone.com>

**Cc:** Andy Phillips <andy@clarelocke.com>; Joe Oliveri <joe@clarelocke.com>; Libby Locke
<libby@clarelocke.com>
**Subject:** Fridman et al v. Bean LLC et al

Josh:

Thank you again for your courtesy in setting an agreed-upon briefing schedule for Plaintiffs' motion to modify
the scheduling order and Defendants' cross-motion to stay discovery.  As agreed and [now] ordered by the
Court, Plaintiffs will be addressing both motions in our consolidated response on March 29.

Separately, we ask that you provide us with dates in April for the depositions of Messrs. Felch and Berkowitz.
Because both will need to be deposed regardless of the outcome of Defendant's motion for summary
judgment, and because Plaintiffs are prepared to proceed with these depositions prior to the resolution of
the pending discovery motions, we should move forward with these as soon as practicable.  Please let me
know your position on this request.

We continue to monitor COVID protocols in the UK.  I hope to have updated information on that early next
week but, absent some changes in the protocol, I do not anticipate that Mr. Khan and the interpreter will be
in a position for a deposition until May or June at the earliest.  We will continue to monitor the situation,
however, and if those estimates change, I will let you know for our collective planning purposes.

Many thanks,

Tom

Thomas A. Clare, P.C. | Partner
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7401 - direct | (202) 841-1074 - cell
tom@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be
confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are
not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information
is prohibited.  If you received this electronic transmission in error, please notify us immediately
at admin@clarelocke.com.