# Exhibit B

| | |
|---|---|
| **From:** | **Sigler, Geoffrey** GSigler@gibsondunn.com |
| **Subject:** | Fridman v. Bean |
| **Date:** | August 17, 2021 at 6:03 PM |
| **To:** | Joe Oliveri joe@clarelocke.com |
| **Cc:** | Sullivan, Noah NSullivan@gibsondunn.com |



Joe -- I'm following up on your recent request for a privilege log from Perkins Coie LLP.  As you know, we recently took over representation of Perkins regarding a third-party subpoena in the above-referenced matter.  Our understanding is that Perkins produced documents in satisfaction of the subpoena in 2020, did not hear from Plaintiffs after that, and viewed the matter as closed.  Our understanding is that the discovery deadline passed, and that the parties and third parties have taken the position that discovery remains closed, pending further order of the Court.  *See* Dkt. 149, Joint Motion for a Status Conference (May 27, 2021).  Accordingly, Perkins will await the Court's ruling on whether and to what extent discovery should proceed before responding to your recent request for a privilege log, while reserving all rights.  If you would like to discuss any of these matters in the interim, please let us know.

Geoff

**Geoffrey M. Sigler**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3752 • Fax +1 202.530.9635
GSigler@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.