# EXHIBIT A

## RE: Simes and CNI's Objections to Defs' Subpoenas Duces Tecum

Scully, Elizabeth <EScully@bakerlaw.com>
Wed 3/3/2021 10:45 AM

To: Josh Levy <jal@levyfirestone.com>

Josh,
I noticed that you filed with the Court on Monday a Motion to Stay all discovery in the *Fridman, et al. v. Bean, et al.* litigation. In light of the pending motion, and your clients' position that all discovery should be stayed, we request on behalf of our third-party clients that our meet and confer discussions regarding the subpoena duces tecum be tabled for now to avoid my clients incurring any unnecessary costs, burden and expense. We can resume our discussions following the court's ruling on the motion to stay, and assuming discovery is stayed, when and if, the stay is lifted.

Sincerely,

Elizabeth

**Elizabeth Scully**
She | Her | Hers
Partner



Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1698

escully@bakerlaw.com
bakerlaw.com



---

**From:** Josh Levy <jal@levyfirestone.com>
**Sent:** Monday, March 1, 2021 8:38 AM
**To:** Scully, Elizabeth <EScully@bakerlaw.com>
**Subject:** Re: Simes and CNI's Objections to Defs' Subpoenas Duces Tecum

Elizabeth:

Thanks for the call last week. Please consider the following proposal, which attempts to address your questions and concerns, in an effort to reach an agreement that avoids litigation:

1. When searching for "Alfa," you need only include the entities with "Alfa," "LetterOne," or "L1" in their name.

2. We have further narrowed the proposed request as follows:

   From Jan. 1, 2016 through Oct. 3, 2017, communications with or concerning Richard Burt related to: (a) Donald J. Trump's April 27, 2016 speech at the Mayflower Hotel,

(b) Richard Burt as a possible nominee for the position of US Ambassador to Russia, and (c) communications with the Trump Transition team and/or the Trump Administration.

From Jan. 1, 2016 through October 3, 2017, any other communications with or concerning Mikhail Fridman, Petr Aven, German Khan, or Alfa.

3. In this revised request, we are seeking only "communications" and not the broader category of "documents."

We ask that a production be made within 30 days of an agreement on scope.

Please let me know if this proposal works for you and your client. Many thanks.

Josh

**Joshua A. Levy**

Partner

**Levy** | **Firestone** | **Muse**

1701 K Street NW, Suite 350, Washington, DC 20006

T 202-261-6564  •  C 202-360-0677  •  F 202-595-8253  •  levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Levy Firestone Muse LLP.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

. . .