UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKHAIL FRIDMAN, PETR AVEN, and
GERMAN KHAN,

           Plaintiffs,

v.

BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,

           Defendants.

Civil Action No. 1:17-2041-RJL

**NOTICE OF SERVICE AND RENEWAL OF PLAINTIFFS' MOTION TO COMPEL NON-PARTY IGOR DANCHENKO TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION**

      Plaintiffs Mikhail Fridman, Petr Aven, and German Khan (collectively, "Plaintiffs") hereby give notice of their compliance with the Court's September 30, 2021 Minute Order directing Plaintiffs to re-serve non-party Igor Danchenko with Plaintiffs' Motion to Compel [Dkt. 109] pursuant to Federal Rule of Civil Procedure 5.

      Plaintiffs filed their Motion to Compel Mr. Danchenko to comply with deposition and document subpoenas on October 23, 2020 [Dkt. 109], along with an accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Non-Party Igor Danchenko to Produce Documents and Appear for a Deposition [Dkt. 109-1]. On January 8, 2021, Mr. Danchenko filed a Motion to Strike Plaintiffs' Improper Notice of Failure to File Timely Response, and to Hold Plaintiffs' Motion to Compel in Abeyance Pending Service on Non-Party Igor Danchenko [Dkt. 122]. In moving to hold Plaintiffs' Motion to Compel in abeyance pending service, Mr. Danchenko and his counsel represented to the Court that should Mr. Danchenko's motion be granted, his counsel would personally accept service of the Motion to Compel pursuant

to Federal Rule of Civil Procedure 5(b)(2)(F). (*Id*. at 1 n.1; *see also* Mem. of Points and Authorities in Supp. Of Non-Party Igor Danchenko's Mot. to Strike Pls.' Improper Notice of Failure to File Timely Resp., and to Hold Pls.' Mot. to Compel in Abeyance Pending Service on Non-Party Igor Danchenko at 3 (Jan. 8, 2021) [Dkt. 122-1].)

In compliance with the Court's September 30, 2021 Minute Order and Federal Rule of Civil Procedure 5(b)(2)(F), Plaintiffs served Mr. Danchenko's counsel, Mark E. Schamel, with hard copies of the Motion to Compel, Memorandum in Support, and accompanying declaration and exhibits via process server on October 26, 2021.[1]  Pursuant to Local Civil Rule 7(b), Mr. Danchenko's opposition to the Motion to Compel is due on or before November 9, 2021.

Dated: October 29, 2021

Respectfully submitted,

 */s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (DC Bar No. 461964)
Elizabeth M. Locke, P.C. (DC Bar No. 976552)
Joseph R. Oliveri (DC Bar No. 994029)
Andrew C. Phillips (DC Bar No. 998353)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
joe@clarelocke.com
andy@clarelocke.com

*Counsel for Plaintiffs Mikhail Fridman, Petr Aven, and German Khan*

---

[1] *See* Ltr. from T. Clare & A. Phillips to M. Schamel (Oct. 26, 2021) (attached hereto as Ex. A); Affidavit of Process Server (Oct. 26, 2021) (attached hereto as Ex. B).

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiffs' Notice of Service and Renewal of Plaintiffs' Motion to Compel Non-Party Igor Danchenko to Produce Documents and Appear for Deposition was filed electronically with the Clerk of Court on October 29, 2021, using the CM/ECF system, which will send notification of such filing to all counsel of record and to non-party Igor Danchenko's counsel.

                                                                                                  */s/ Thomas A. Clare, P.C.*
                                                                                                  Thomas A. Clare, P.C.