# Exhibit B

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Mikhail Fridman, et al**

Plaintiff(s),

vs.

**Bean, LLC (a/k/a Fusion GPS), et al**

Defendant(s).

Attorney: Thomas A. Clare, P.C.

Clare Locke, LLP
10 Prince St.
Alexandria VA 22314



\*271004\*

**Case Number: 1:17-cv-02041-RJL**

Legal documents received by Same Day Process Service, Inc. on **10/26/2021** at **1:15 PM** to be served upon **Mark E. Schamel at Lowenstein Sandler LLP - 2200 Pennsylvania Ave., NW, Washington, DC 20037**

I, **Makayla Sweeney**, swear and affirm that on **October 26, 2021** at **2:28 PM**, I did the following:

Served **Mark E. Schamel** by delivering a conformed copy of the **Letter dated October 26, 2021; Motion to Compel; Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Compel Non-Party Igor Danchenko to Produce Documents and Appear for a Deposition; Declaration of Alan S. Lewis in Support of Plaintiffs' Motion to Compel Non-Party Igor Danchenko to Produce Documents and Appear for a Deposition; Exhibits** to Amanda Smith as Executive Assistant & Authorized Agent of Mark E. Schamel at Lowenstein Sandler LLP - 2200 Pennsylvania Ave., NW , Washington, DC 20037.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Makayla Sweeney**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:271004

