UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN, <br><br>            Plaintiffs, <br><br> v. <br><br> BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON, <br><br>            Defendants. | Civil Action No. 1:17-2041-RJL |

### NOTICE OF NON-PARTY IGOR DANCHENKO'S FAILURE TO FILE TIMELY OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Plaintiffs Mikhail Fridman, Petr Aven, and German Khan (collectively, "Plaintiffs") hereby give notice that non-party Igor Danchenko has failed to file a memorandum of points and authorities in opposition to Plaintiffs' motion to compel Mr. Danchenko to produce documents and appear for a deposition ("Motion to Compel") [Dkt. 109].

Plaintiffs filed their Motion to Compel on October 23, 2020.  On January 8, 2021, Mr. Danchenko responded with a motion arguing that Mr. Danchenko had not been properly served with the Motion to Compel and asking the Court to hold Plaintiffs' Motion to Compel in abeyance pending proper service.  (Non-Party Igor Danchenko's Mot. to Strike Pls.' Improper Notice of Failure to File Timely Resp., and to Hold Pls.' Mot. to Compel in Abeyance Pending Service on Non-Party Igor Danchenko (Jan. 8, 2021) [Dkt. 122].)  In the motion and memorandum, Mr. Danchenko's counsel represented to Plaintiffs and the Court that, should Mr. Danchenko's motion be granted, his counsel would accept service of Plaintiffs' Motion to Compel on Mr. Danchenko's behalf.  (*Id*. at n.1; Mem. of Points & Auth. in Supp. of Non-Party Igor Danchenko's Mot. to Strike Pls.' Improper Notice of Failure to File Timely Resp., and to Hold

Pls.' Mot. to Compel in Abeyance Pending Service on Non-Party Igor Danchenko at 3 (Jan. 8, 2021) [Dkt. 122-1].)  The Court entered a Minute Order on September 30, 2021 granting Mr. Danchenko's motion and holding Plaintiffs' Motion to Compel in abeyance "until such time as Danchenko is properly served pursuant to Federal Rule of Civil Procedure 5 and he is given opportunity to respond to the motion."

In compliance with the Court's September 30, 2021 Minute Order and Federal Rule of Civil Procedure 5(b)(2)(F), Plaintiffs served Mr. Danchenko's counsel, Mark E. Schamel, with hard copies of the Motion to Compel, Memorandum in Support, and accompanying declaration and exhibits via process server on October 26, 2021 and filed a notice of service with the Court. (Notice of Service and Renewal of Pls.' Mot. to Compel Non-Party Igor Danchenko to Produc. Docs. and Appear for a Dep. (Oct. 29, 2021) [Dkt. 169].)  Pursuant to Local Civil Rule 7(b), Mr. Danchenko's opposition was due on or before November 9, 2021.[1]

As of the date of this filing, Mr. Danchenko has not filed a response or opposition to Plaintiffs' Motion to Compel.  His failure to file an opposition is unexcused and without Plaintiffs' consent.  As such, Plaintiffs' request that the Court treat Plaintiffs' Motion to Compel [Dkt. 109] as "conceded" under Local Civil Rule 7(b) and enter the proposed order filed herewith granting Plaintiffs' Motion to Compel.

---

[1] Local Civil Rule 7(b) states: "Within 14 days of the date of service . . . , an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."

2

Dated:  November 19, 2021

Respectfully submitted,

  */s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (DC Bar No. 461964)
Elizabeth M. Locke, P.C. (DC Bar No. 976552)
Joseph R. Oliveri (DC Bar No. 994029)
Andrew C. Phillips (DC Bar No. 998353)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
joe@clarelocke.com
andy@clarelocke.com

*Counsel for Plaintiffs Mikhail Fridman,
Petr Aven, and German Khan*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Non-Party Igor Danchenko's Failure to File Timely Opposition to Plaintiffs' Motion to Compel was filed electronically with the Clerk of Court on November 19, 2021 using the CM/ECF system, which will send notification of such filing to all counsel of record and to non-party Igor Danchenko's counsel.

                                           */s/ Thomas A. Clare, P.C.*
                                           Thomas A. Clare, P.C.