UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>                              **Plaintiffs,**<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>                              **Defendants.** | Civil Action No. 1:17-2041-RJL |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' unopposed Motion to Compel Non-Party Igor Danchenko to Produce Documents and Appear for a Deposition (the "Motion") [Dkt. 109], the Court ORDERS that:

The Motion is GRANTED; and

Mr. Danchenko is ORDERED to produce documents responsive to Plaintiffs' document subpoena within fourteen (14) days of the date of this Order and to appear at a deposition on a mutually agreeable date within thirty (30) days of the date of this Order.

                                                                                         Richard J. Leon
                                                                                        Senior United States District Judge

**Copies to:**

Thomas A. Clare, P.C.
Elizabeth M. Locke, P.C.
Joseph R. Oliveri
Andrew C. Phillips
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314

*Counsel for Plaintiffs*

Mark E. Schamel
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue N.W.
Washington, D.C. 20037

Christopher Michael Schafbuch
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, New York 10020

*Counsel for Non-Party Igor Danchenko*

Joshua Aaron Levy
Rachel M. Clattenburg
Edward A. Sharp
Scott Brooks
LEVY FIRESTONE MUSE LLP
1701 K Street N.W.
Suite 350
Washington, D.C. 20006

*Counsel for Defendants*