
# Exhibit A

**Defendants' Supplemental Privilege Log**

| Privilege Log - Identifier | Privilege Log - Group Identifier | Document Type | Date Sent | Email From | Email To | Email CC | Email BCC | Email Subject | Attachment Name | File Name | Date Created (for Attachments and Loose Documents) | Privilege Claimed | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRIV000498 | PRIV000498 | Email | 8/30/2016 | Rodney Joffe <rjoffe@centergate.com> | Laura Seago <lseago@fusiongps.com>; Michael Sussmann <msussmann@perkinscoie.com> | | | Privileged Client/Attorney Communication - New York 1 | PGP_MIME Versions Identification.dat;OpenPGP encrypted message.asc | Privileged Client/Attorney Communication - New York 1.htm | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000499 | PRIV000498 | Attachment | | | | | | | | PGP_MIME Versions Identification.dat | | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000500 | PRIV000498 | Attachment | | | | | | | | OpenPGP encrypted message.asc | | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000501 | PRIV000501 | Email | 8/30/2016 | Laura Seago <lseago@fusiongps.com> | Rodney Joffe <rjoffe@centergate.com> | | | Re: Privileged Client/Attorney Communication - New York 1 | | Re: Privileged Client/Attorney Communication - New York 1.htm | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000502 | PRIV000502 | Email | 8/30/2016 | Laura Seago <lseago@fusiongps.com> | Rodney Joffe <rjoffe@centergate.com> | | | Re: Privileged Client/Attorney Communication - New York 1 | smime.p7m | Re: Privileged Client/Attorney Communication - New York 1.htm | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000503 | PRIV000503 | Email | 8/31/2016 | Rodney Joffe <rjoffe@centergate.com> | Laura Seago <lseago@fusiongps.com> | Michael Sussmann <msussmann@perkinscoie.com> | | Privileged Client/Attorney Communication - New York 2 | PGP_MIME Versions Identification.dat;OpenPGP encrypted message.asc | Privileged Client/Attorney Communication - New York 2.htm | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000504 | PRIV000503 | Attachment | | | | | | | | PGP_MIME Versions Identification.dat | | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000505 | PRIV000503 | Attachment | | | | | | | | OpenPGP encrypted message.asc | | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000506 | PRIV000506 | Email | 10/05/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | | Tea leaves | | Tea leaves.htm | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000507 | PRIV000507 | Email | 10/11/2016 | Laura Seago <lseago@fusiongps.com> | Glenn Simpson <gsimpson@fusiongps.com>; Peter Fritsch <pfritsch@fusiongps.com>; Jake Berkowitz <jberkowitz@fusiongps.com> | | | Re: Reddit post FYI | smime.p7m | Inbox.mbox?Item#10211.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000508 | PRIV000507 | Attachment | | | | | | | | smime.p7m | | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000509 | PRIV000509 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | | Tea leaves | | mbox?Item#3320.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000510 | PRIV000510 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | | Re: Tea leaves | | mbox?Item#3318.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000511 | PRIV000511 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | | Re: Tea leaves | | mbox?Item#3319.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000512 | PRIV000512 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | | Re: Tea leaves | | mbox?Item#3317.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000513 | PRIV000513 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | | Re: Tea leaves | | mbox?Item#3316.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000514 | PRIV000514 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | | Re: Tea leaves | | mbox?Item#3313.eml | | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |

| Bates Begin | Bates End | Type | Date | From | To | CC | Subject | Filename | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| PRIV000515 | PRIV000515 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | Re: Tea leaves | mbox?Item#3312.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000516 | PRIV000516 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: Tea leaves | mbox?Item#3311.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000517 | PRIV000517 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | Re: Tea leaves | mbox?Item#3310.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000518 | PRIV000518 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: Tea leaves | mbox?Item#3309.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000519 | PRIV000519 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: Tea leaves | mbox?Item#3308.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000520 | PRIV000520 | Email | 10/22/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | Re: Tea leaves | mbox?Item#3307.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000521 | PRIV000521 | Email | 10/22/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: Tea leaves | mbox?Item#3306.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000522 | PRIV000522 | Email | 10/24/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | Re: New? | mbox?Item#3236.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000523 | PRIV000523 | Email | 10/24/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: New? | mbox?Item#3235.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000524 | PRIV000524 | Email | 10/24/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: New? | mbox?Item#3233.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000525 | PRIV000525 | Email | 10/24/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | | Re: New? | mbox?Item#3232.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000526 | PRIV000526 | Email | 10/24/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Laura Seago <lseago@fusiongps.com> | | Re: New? | mbox?Item#3231.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000527 | PRIV000527 | Email | 11/01/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | Jake Berkowitz <jberkowitz@fusiongps.com> | What the other side is saying | mbox?Item#2097.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000528 | PRIV000528 | Email | 11/01/2016 | Peter Fritsch <pfritsch@fusiongps.com> | Patrick Corcoran <pcorcoran@fusiongps.com> | Laura Seago <lseago@fusiongps.com>; Jake Berkowitz <jberkowitz@fusiongps.com> | Re: do we have an answer to this?? | mbox?Item#2037.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000529 | PRIV000529 | Email | 11/01/2016 | Laura Seago <lseago@fusiongps.com> | Peter Fritsch <pfritsch@fusiongps.com> | Jake Berkowitz <jberkowitz@fusiongps.com> | Re: What the other side is saying | mbox?Item#1956.eml | Attorney work product; Attorney-client privilege | Confidential communication regarding research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |
| PRIV000530 | PRIV000530 | | | | | | | NetworkData.php | Attorney work product; Attorney-client privilege | Confidential research prepared at the direction of Perkins Coie and in anticipation of litigation, and for the purpose of providing legal advice |