# Exhibit B

# Levy | Firestone | Muse

Joshua A. Levy
Levy Firestone Muse LLP
1701 K Street, NW, Ste 350
Washington, DC  20006
T (202) 845-3215
F (202) 595-8253
levyfirestone.com

October 21, 2021

<u>via Electronic Mail</u>

Thomas A. Clare
Joseph R. Oliveri
Andrew C. Phillips
10 Prince Street
Alexandria, VA  22314
tom@clarelocke.com
joe@clarelocke.com
andy@clarelocke.com

    *Re:* Fridman v. Bean LLC, *17-cv-2041 (RJL)*

Dear Tom, Andy and Joe:

    This responds to your letter dated October 8, 2021.

    Defendants have already produced and logged responsive documents to the extent they contained any of the agreed-upon search terms. The documents described in your letter were not produced or logged because they did not contain the agreed-upon search terms that Defendants used to locate responsive discovery.[1] On March 23, 2020, Plaintiffs proposed search terms for Defendants to use to locate documents to review for responsiveness to Plaintiffs' document requests. Plaintiffs' counsel and Defendants' counsel negotiated a list of search terms for Defendants to use. The list adopted Plaintiffs' search terms and included additional terms proposed by Defendants.

---

[1] One of the documents described in your email – an August 12 email – was not included on Defendants' privilege log because it is not in Defendants' possession.

Letter to T. Clare and J. Oliveri
October 21, 2021
Page 2 of 2

*See* Email from M. Dunn to J. Levy (Mar. 23, 2020); Attachment to Ltr. from J. Levy to A. Lewis (Apr. 29, 2020).

 In light of your letter, to avoid litigation and allay the concerns expressed in your October 8 letter, and without waiver of Defendants' objections, we are transmitting additional documents that did not arise from the agreed-upon search terms (Bates stamped as DEFS0011814-DEFS0011826) and a supplemental privilege log containing additional documents pertaining to the server allegations.

 This letter is without waiver of Defendants' rights, privileges, or objections.

       Sincerely,

       *[signature]*

       Joshua A. Levy