UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MIKHAIL FRIDAM, GERMAN KHAN, PETR AVEN,** <br><br> *Plaintiffs,* <br><br> v. <br><br> **ORBIS BUSINESS INTELLIGENCE LTD.**, *et al.*, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:17-cv-2041-RJL |

## MOTION TO WITHDRAW LIMITED APPEARANCES AS COUNSEL FOR NON-PARTY IGOR DANCHENKO

Pursuant to Local Civil Rule 83.6(c), attorneys Mark E. Schamel and Christopher M. Schafbuch ("Counsel") hereby respectfully request leave to withdraw as counsel for non-party Igor Danchenko ("Mr. Danchenko").

## POINTS AND AUTHORITIES

On December 14, 2020, Counsel filed a Notice of Limited Appearance as counsel for non-party Mr. Igor Danchenko, "for the sole and limited purpose of responding to Plaintiffs' motion to compel and moving to seek related relief from this Court." ECF Nos. 120-21. On January 8, 2021, Counsel moved for relief related to Plaintiffs' motion to compel. *See* Mr. Danchenko's Mot. to Strike, ECF No. 122. On September 30, 2021, the Court granted Mr. Danchenko's Motion to Strike. Counsel has therefore accomplished the limited purpose for which they entered their appearance. Furthermore, Counsel no longer represents Mr. Danchenko,[1] and they do not have authority to file or accept service of documents on his behalf.

---

[1] Mr. Danchenko is currently under indictment in a criminal matter and has counsel who can address any issues.

## CONCLUSION

WHEREFORE, undersigned counsel respectfully requests leave to withdraw their limited appearance as counsel for non-party Mr. Danchenko.

Date: December 22, 2021                                   Respectfully submitted

/s/ Mark E. Schamel
Mark E. Schamel (Bar No. 463965)
Christopher M. Schafbuch (Bar No. 1615186)
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Ave. NW, Suite 500E
Washington, DC 20037
Tel: 202-753-3805
Fax: 973-597-2400
Email: mschamel@lowenstein.com
Email: cschafbuch@lowenstein.com

*Prior counsel for*
*non-party Igor Danchenko*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 22, 2021, I caused a copy of the foregoing to be sent via the Court's CM/ECF system to counsel of record who have entered an appearance in this case, and served a copy of the same upon Mr. Danchenko personally.

/s/ Mark E. Schamel
Mark E. Schamel

*Prior counsel for*
*Non-party Igor Danchenko*