AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Mikhail Fridman, Peter Aven, German Khan )
*Plaintiff* )
v. ) Case No. 1:17-cv-2041-RJL
Bean LLC a/k/a Fusion GPS, & Glenn Simpson )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Bean LLC (a/k/a Fusion GPS) and Glenn Simpson.

Date: 3/3/2021

/s/ Kevin P. Crenny
*Attorney's signature*

Kevin P. Crenny D.C. Bar 1765044
*Printed name and bar number*

Levy Firestone Muse LLP
900 17th St. NW, Suite 1200
Washington, D.C. 20006
*Address*

kcrenny@levyfirestone.com
*E-mail address*

202-845-3215
*Telephone number*

202-595-8253
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I electronically filed and served the foregoing Notice of Appearance using the CM/ECF System.

    /s/ Kevin P. Crenny