IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>            Defendants. | No. 1:17-cv-2041-RJL |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1)**

Upon consideration of Defendants' Motion to Dismiss for lack of subject matter jurisdiction, the related memorandum in support thereof, the declaration of Joshua A. Levy, the exhibits attached thereto, the opposition thereto, and the reply thereto, and good cause appearing therefor, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that this case is dismissed.

**SO ORDERED.**

Dated:_____          _____
                                         RICHARD J. LEON
                                         United States District Judge