IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>       Plaintiffs,<br><br>   v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>       Defendants. | No. 1:17-cv-2041-RJL |

### DECLARATION OF JOSHUA A. LEVY

I, Joshua A. Levy, declare as follows:

1.  I am a member of the law firm Levy Firestone Muse LLP, counsel for Defendants Bean LLC a/k/a Fusion GPS, and Glenn Simpson. I submit this Declaration in support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2.  Attached hereto as Demonstrative Exhibit 1 is a summary document collecting all claims and testimony from each plaintiff concerning the nature and extent of the injuries for which they seek to recover.

3.  Attached hereto as Exhibit A are true and correct copies of (1) regulations issued by the European Union, Council Implementing Regulation (EU) 2022/336 (Feb. 28, 2022), available at https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32022R0336 (Ex. A-1), (2) the article, Jacopo Barigazzi, *EU to sanction Chelsea FC owner Roman Abramovich in new oligarch package*, Politico, Mar. 14, 2022, https://www.politico.eu/article/eu-sanctions-chelsea-owner-roman-abramovich-oligarch-russia/ (Ex. A-2), (3) the UK Government Press Release, *Foreign Secretary announces historic round of sanctions*, Mar. 15, 2022, available at

https://www.gov.uk/government/news/foreign-secretary-announces-historic-round-of-sanctions-15-march-2022 (Ex. A-3), and (4) regulations issued by the UK government, Office of Fin. Sanctions Implementation HM Treasury, Consolidated List of Financial Sanctions Targets in the UK (last updated Mar. 15, 2022), https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1060763/Russia.pdf (Ex. A-4).

4.      Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Amended Complaint, dated December 12, 2017.

5.      Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Fourth Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated October 14, 2021.

6.      Attached hereto as Exhibit D is a true and correct copy of a Plaintiffs' Third Revised Initial Disclosures, dated October 14, 2021.

7.      Attached hereto as Exhibit E is a true and correct transcript of the deposition of Petr Aven in this matter, held on December 9, 2020.

8.      Attached hereto as Exhibit F is a true and correct transcript of the deposition of Mikhail Fridman in this matter, held on November 17, 2020.

9.      Attached hereto as Exhibit G is a compendium exhibit compiling, in chronological order, various media coverage concerning Plaintiffs. This exhibit contains true and correct copies of each of the articles listed in the index at the beginning of the exhibit.

10.     Attached hereto as Exhibit H is a true and correct copy of Plaintiffs' Third Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated June 21, 2021.

11. Attached hereto as Exhibit I is a true and correct copy of Plaintiffs' Second Revised Initial Disclosures, dated June 21, 2021.

12. Attached hereto as Exhibit J is a true and correct excerpt of the transcript of the deposition of David Kramer in this matter, held on September 24, 2020.

13. Attached hereto as Exhibit K are true and correct copies of emails exchanged between Petr Aven to Anders Aslund, dated May 10, 2018 and May 24, 2018.

14. Attached hereto as Exhibit L are true and correct transcripts of Plaintiffs' testimony during their 2020 bench trial, *Aven v. Orbis*, QB-2018-6349, held on March 16, 2020 and March 17, 2020.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 15, 2022

_____
Joshua A. Levy