# DEMONSTRATIVE EXHIBIT 1

## Summary of Damages Claims and Evidence – Plaintiff Aven

### Amended Complaint – Exhibit A

Plaintiffs seek an award of compensatory and punitive damages for the harm to their personal and professional reputations, current business interests, and the impairment of business opportunities.[1]

Am. Compl. ¶ 10.

The false statements by the Defendants referred to above defamed the Plaintiffs and Alfa, and have caused and will continue to cause serious injury to their personal, professional, and institutional reputations.

Id. ¶ 33.

### Plaintiffs' Fourth Supplemental Responses and Objections to Defendants' First Set of Interrogatories – Exhibit C  and Plaintiffs' Third Revised Initial Disclosures – Exhibit D

Plaintiffs seek presumed damages and general damages for harm to their personal reputations and for emotional harm, as well as punitive damages, in amounts to be proven at trial . . . . At trial, Plaintiffs will rely on testimony from themselves and/or third parties,1 and publicly available media reports, to show the wide dissemination of the defamatory statements and how the defamatory statements damaged Plaintiffs' personal reputations, affected Plaintiffs in their personal relationships, and caused Plaintiffs emotional stress. Such testimony will reveal that, as a result of the widespread dissemination of the defamatory statements accusing Plaintiffs of corrupt, criminal, and other inappropriate conduct, Plaintiffs (a) suffered harm to their personal reputations; (b) experienced significant humiliation, embarrassment, and emotional distress; and (c) experienced the loss of or negative impact on relationships with people. People who read or heard about the defamatory statements, including personal friends and acquaintances of the Plaintiffs, contacted Plaintiffs and asked about the facts alleged, questioned Plaintiffs' integrity and reputations, and/or expressed concern about how their own reputations would suffer based on their association with Plaintiffs. Some personal friends, contacts, or acquaintances of Plaintiffs no longer communicated or met with Plaintiffs after seeing or hearing about the defamatory statements. Thus, Plaintiffs have experienced damage and harm to their relationships with people, which has caused them to experience emotional distress.

Pls.' 4th Supp. Resps. at 3–4; Pls.' 3d Rev. Discls. at 12–13.

---

[1] Plaintiffs have since dropped their claims for economic damages. See Ex. C, Pls.' 4th Supp. Resps. at 3 (Plaintiffs no longer seek "damages for lost profits or loss of business opportunities.").; Ex. D, Pls.' 3d Rev. Discls. at 13 (same).

## Aven Deposition Testimony – Exhibit E

| | |
|---|---|
| Aven states he is not seeking to recover for financial loss, only "damage to [his] reputation, the effect of statements on [his] personal relationships, and emotional stress," and nothing else. | Aven Tr. at 28:11–30:14 |
| Aven is questioned concerning harm to his reputation and personal relationships. | Aven Tr. at 30:15–35:19 |
| Aven is questioned concerning emotional stress. | Aven Tr. at 35:20–40:3, 40:21–41:10, 285:3–8 |
| Aven is questioned concerning testimony that Richard Burt and Ed Rogers could provide regarding his alleged injury. | Aven Tr. at 40:4–40:20 |
| Aven states he is not seeking recovery for anything not discussed in his filings or at the deposition. | Aven Tr. at 41:13–42:12 |
| Aven states he is not seeking to recover economic damages related to high blood pressure. | Aven Tr. at 284:20–285:2 |

### Summary of Damages Claims and Evidence – Plaintiff Fridman

<u>Amended Complaint – Exhibit A</u>

Plaintiffs seek an award of compensatory and punitive damages for the harm to their personal and professional reputations, current business interests, and the impairment of business opportunities.[2]

Am. Compl. ¶ 10.

The false statements by the Defendants referred to above defamed the Plaintiffs and Alfa, and have caused and will continue to cause serious injury to their personal, professional, and institutional reputations.

*Id.* ¶ 33.

<u>Plaintiffs' Fourth Supplemental Responses and Objections to
Defendants' First Set of Interrogatories – Exhibit C</u>
**and** <u>Plaintiffs' Third Revised Initial Disclosures – Exhibit D</u>

Plaintiffs seek presumed damages and general damages for harm to their personal reputations and for emotional harm, as well as punitive damages, in amounts to be proven at trial . . . . At trial, Plaintiffs will rely on testimony from themselves and/or third parties,1 and publicly available media reports, to show the wide dissemination of the defamatory statements and how the defamatory statements damaged Plaintiffs' personal reputations, affected Plaintiffs in their personal relationships, and caused Plaintiffs emotional stress. Such testimony will reveal that, as a result of the widespread dissemination of the defamatory statements accusing Plaintiffs of corrupt, criminal, and other inappropriate conduct, Plaintiffs (a) suffered harm to their personal reputations; (b) experienced significant humiliation, embarrassment, and emotional distress; and (c) experienced the loss of or negative impact on relationships with people. People who read or heard about the defamatory statements, including personal friends and acquaintances of the Plaintiffs, contacted Plaintiffs and asked about the facts alleged, questioned Plaintiffs' integrity and reputations, and/or expressed concern about how their own reputations would suffer based on their association with Plaintiffs. Some personal friends, contacts, or acquaintances of Plaintiffs no longer communicated or met with Plaintiffs after seeing or hearing about the defamatory statements. Thus, Plaintiffs have experienced damage and harm to their relationships with people, which has caused them to experience emotional distress.

Pls.' 4th Supp. Resps. at 3–4; Pls.' 3d Rev. Discls. at 12–13.

---

[2] Plaintiffs have since dropped their claims for economic damages. *See* Ex. C, Pls.' 4th Supp. Resps. at 3 (Plaintiffs no longer seek "damages for lost profits or loss of business opportunities.").; Ex. D, Pls.' 3d Rev. Discls. at 13 (same).

Fridman Deposition Testimony – Exhibit F

| | |
|---|---|
| Fridman states he is not seeking to recover for anything other than "damage to [his] reputation, affect on [his] personal relationships, and emotional stress." | Fridman Tr. at 61:3–62:10 |
| Fridman is questioned concerning harm to his personal relationships and reputation. | Fridman Tr. at 62:11–72:7, 75:19–79:2 |
| Fridman is questioned concerning emotional stress. | Fridman Tr. at 79:3–86:21 |
| Fridman states he is not seeking recovery for anything not discussed in his filings or at the deposition. | Fridman Tr. at 86:22–87:3 |
| Fridman is questioned concerning who could provide testimony concerning his alleged injury. | Fridman Tr. at 89:7–94:20 |
| Fridman states he was not harmed in any way not previously discussed in his deposition. | Fridman Tr. at 137:12–15 |
| Fridman states he is not claiming any financial loss. | Fridman Tr. at 74:3–9 |

**Summary of Damages Claims and Evidence – Plaintiff Khan**

Amended Complaint – Exhibit A

> Plaintiffs seek an award of compensatory and punitive damages for the harm to their personal and professional reputations, current business interests, and the impairment of business opportunities.[3]

Am. Compl. ¶ 10.

> The false statements by the Defendants referred to above defamed the Plaintiffs and Alfa, and have caused and will continue to cause serious injury to their personal, professional, and institutional reputations.

*Id.* ¶ 33.

Plaintiffs' Fourth Supplemental Responses and Objections to
Defendants' First Set of Interrogatories – Exhibit C
**and** Plaintiffs' Third Revised Initial Disclosures – Exhibit D

> Plaintiffs seek presumed damages and general damages for harm to their personal reputations and for emotional harm, as well as punitive damages, in amounts to be proven at trial . . . . At trial, Plaintiffs will rely on testimony from themselves and/or third parties,1 and publicly available media reports, to show the wide dissemination of the defamatory statements and how the defamatory statements damaged Plaintiffs' personal reputations, affected Plaintiffs in their personal relationships, and caused Plaintiffs emotional stress. Such testimony will reveal that, as a result of the widespread dissemination of the defamatory statements accusing Plaintiffs of corrupt, criminal, and other inappropriate conduct, Plaintiffs (a) suffered harm to their personal reputations; (b) experienced significant humiliation, embarrassment, and emotional distress; and (c) experienced the loss of or negative impact on relationships with people. People who read or heard about the defamatory statements, including personal friends and acquaintances of the Plaintiffs, contacted Plaintiffs and asked about the facts alleged, questioned Plaintiffs' integrity and reputations, and/or expressed concern about how their own reputations would suffer based on their association with Plaintiffs. Some personal friends, contacts, or acquaintances of Plaintiffs no longer communicated or met with Plaintiffs after seeing or hearing about the defamatory statements. Thus, Plaintiffs have experienced damage and harm to their relationships with people, which has caused them to experience emotional distress.

Pls.' 4th Supp. Resps. at 3–4; Pls.' 3d Rev. Discls. at 12–13.

---

[3] Plaintiffs have since dropped their claims for economic damages. *See* Ex. C, Pls.' 4th Supp. Resps. at 3 (Plaintiffs no longer seek "damages for lost profits or loss of business opportunities.").; Ex. D, Pls.' 3d Rev. Discls. at 13 (same).