# EXHIBIT A

**A-1**

28.2.2022     EN     Official Journal of the European Union     L 58/1

II

*(Non-legislative acts)*

# REGULATIONS

**COUNCIL IMPLEMENTING REGULATION (EU) 2022/336**

**of 28 February 2022**

**implementing Regulation (EU) No 269/2014 concerning restrictive measures in respect of actions undermining or threatening the territorial integrity, sovereignty and independence of Ukraine**

THE COUNCIL OF THE EUROPEAN UNION,

Having regard to the Treaty on the Functioning of the European Union,

Having regard to Council Regulation (EU) No 269/2014 of 17 March 2014 concerning restrictive measures in respect of actions undermining or threatening the territorial integrity, sovereignty and independence of Ukraine [1], and in particular Article 14(1) thereof,

Having regard to the proposal from the High Representative of the Union for Foreign Affairs and Security Policy,

Whereas:

(1) On 17 March 2014, the Council adopted Regulation (EU) No 269/2014.

(2) The Union remains unwavering in its support for Ukraine's sovereignty and territorial integrity.

(3) In its conclusions of 24 and 25 June 2021, the European Council called on Russia to fully assume its responsibility in ensuring the full implementation of the Minsk Agreements as the key condition for any substantial change in the Union's stance. It stressed the need for a firm and coordinated response by the Union and its Member States to any further malign, illegal and disruptive activity by Russia, making full use of all instruments at the Union's disposal, and ensuring coordination with partners. To that end, the European Council also invited the Commission and the High Representative of the Union for Foreign Affairs and Security Policy (the 'High Representative') to present options for additional restrictive measures, including economic sanctions.

(4) In its conclusions of 16 December 2021, the European Council stressed the urgent need for Russia to de-escalate tensions caused by the military build-up along its border with Ukraine and aggressive rhetoric. It reiterated its full support for Ukraine's sovereignty and territorial integrity. While encouraging diplomatic efforts and supporting the Normandy format in achieving the full implementation of the Minsk Agreements, the European Council stated that any further military aggression against Ukraine would have massive consequences and severe cost in response, including restrictive measures coordinated with partners.

---

[1] OJ L 78, 17.3.2014, p. 6.

(5)    On 24 January 2022, the Council approved conclusions in which it condemned Russia's continued aggressive actions and threats against Ukraine, and called on Russia to de-escalate, to abide by international law and to engage constructively in dialogue through the established international mechanisms. The Council reaffirmed the Union's full commitment to the core principles on which European security is built, enshrined in the United Nations (UN) Charter and the founding documents of the Organization for Security and Co-operation in Europe, including the Helsinki Final Act and the Charter of Paris. These core principles include, in particular, the sovereign equality and territorial integrity of States, the inviolability of frontiers, refraining from the threat or use of force, and the freedom of States to choose or change their own security arrangements. The Council stated that those principles are neither negotiable nor subject to revision or re-interpretation and that their violation by Russia is an obstacle to a common and indivisible security space in Europe and threatens peace and stability on the European continent. Recalling the European Council conclusions of 16 December 2021, the Council reiterated that any further military aggression by Russia against Ukraine would have massive consequences and severe costs, including a wide array of sectoral and individual restrictive measures that would be adopted in coordination with partners.

(6)    On 19 February 2022, the High Representative issued a declaration on behalf of the Union expressing concern over the massive build-up of Russian armed forces in and around Ukraine, and urged Russia to engage in meaningful dialogue and diplomacy, show restraint and de-escalate by a substantial withdrawal of military forces from the proximity of Ukraine's borders. The Union stated that any further military aggression by Russia against Ukraine would have massive consequences and severe costs in response, including restrictive measures coordinated with partners.

(7)    On 21 February 2022, the President of the Russian Federation signed a decree recognising the "independence and sovereignty" of the non-government-controlled areas of the Donetsk and Luhansk oblasts of Ukraine, and ordered the Russian armed forces into those areas.

(8)    On 22 February 2022, the High Representative issued a declaration on behalf of the Union condemning that illegal act, which further undermines Ukraine's sovereignty and independence and is a severe breach of international law and international agreements, including the UN Charter, the Helsinki Final Act, the Paris Charter and the Budapest Memorandum, as well as of the Minsk Agreements and of UN Security Council Resolution 2202 (2015). The High Representative urged Russia, as a party to the conflict, to reverse that recognition, uphold its commitments, abide by international law and return to the discussions within the Normandy format and the Trilateral Contact Group. He announced that the Union would respond to these latest violations by Russia by adopting additional restrictive measures as a matter of urgency.

(9)    On 24 February 2022, the President of the Russian Federation announced a military operation in Ukraine and Russian armed forces began an attack on Ukraine. That attack is a blatant violation of the territorial integrity, sovereignty and independence of Ukraine.

(10)    On 24 February 2022, the High Representative issued a declaration on behalf of the Union condemning in the strongest possible terms the unprovoked invasion of Ukraine by armed forces of the Russian Federation and the involvement of Belarus in this aggression against Ukraine. The High Representative indicated that the Union's response will include both sectoral and individual restrictive measures.

(11)    On 24 February 2022, the European Council condemned in the strongest possible terms the Russian Federation's unprovoked and unjustified military aggression against Ukraine. By its illegal military actions, Russia is grossly violating international law and the principles of the UN Charter, and undermining European and global security and stability. The European Council agreed on further restrictive measures that will impose massive and severe consequences on Russia for its actions, in close coordination with our partners and allies.

(12)    In view of the gravity of the situation, the Council considers that 26 persons and one entity should be added to the list of persons, entities and bodies subject to restrictive measures set out in Annex I to Regulation (EU) No 269/2014.

(13)    Annex I to Regulation (EU) No 269/2014 should therefore be amended accordingly,

HAS ADOPTED THIS REGULATION:

### Article 1

The persons and entity listed in the Annex to this Regulation shall be added to the list set out in Annex I to Regulation (EU) No 269/2014.

### Article 2

This Regulation shall enter into force on the date of its publication in the Official Journal of the European Union.

This Regulation shall be binding in its entirety and directly applicable in all Member States.

Done at Brussels, 28 February 2022.

*For the Council*
*The President*
J.-Y. LE DRIAN

_____

ANNEX

The following persons and entities are added to the list of natural and legal persons, entities and bodies set out in Annex I to Regulation (EU) No 269/2014:

1. Persons

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| '671 | Igor Ivanovich SECHIN (Игорь Иванович СЕЧИН) | DOB: 7.9.1960 POB: Leningrad, USSR (now Russian Federation) Nationality: Russian Gender: Male | Igor Sechin is CEO of Rosneft, Russian state oil company and one of the world's largest crude oil producers. He is one of Vladimir Putin's most trusted and closest advisors, as well as his personal friend. He has been in contact with the Russian President on a daily basis. He is considered to be one of the most powerful members of the Russian political elite. His connections to Vladimir Putin are long and deep. He worked with the President in the St Petersburg mayor's office in the 1990s and has proved his loyalty ever since. In 1999 Mr Sechin became Vladimir Putin's deputy head of his administration, in 2008 deputy Prime Minister, and in 2012 Rosneft's CEO. He is one of the Russian oligarchs operating in partnership with the Russian state.

He is among those people from Putin's circle who receive financial gains and important assignments in return for subordination and loyalty. He has been tasked with important and difficult tasks by the President and rewarded with Rosneft leadership and great wealth. Igor Sechin's Rosneft was involved in financing the vineyards of the palace complex near Gelendzhik, which is considered to be personally used by President Putin.

Therefore he actively supported materially or financially and benefited from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine.

Furthermore, Rosneft Aero, a subsidiary of Rosneft of which Mr Sechin is CEO, delivers jet fuel to the Simferopol Airport which provides air flight connection between the territory of the illegally annexed Crimea and Sevastopol and Russia. Therefore he is supporting the consolidation of the illegally annexed Crimean peninsula into the Russian Federation, which in turn further undermines the territorial integrity, sovereignty and independence of Ukraine. | 28.2.2022 |
| 672. | Nikolay Petrovich TOKAREV (Николай Петрович ТОКАРЕВ) | DOB: 20.12.1950 POB: Karaganda, Kazakh SSR (now Kazakhstan) | Nikolay Tokarev is CEO of Transneft, major Russian oil and gas company. He is Vladimir Putin's long-time acquaintance and close associate. He served together with Putin in the KGB in 1980s. Mr Tokarev is one of the Russian state oligarchs who assumed control over large state assets in the 2000s as President Putin consolidated power, and who operate in close partnership with the Russian state. Mr Tokarev has been in charge of Transneft, one of Russia's most important government-controlled companies, which transports considerable amount of Russian oil through a well-developed oil pipelines network. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| | | | Nikolay Tokarev's Transneft is one of the main sponsors of the palace complex near Gelendzhik which is widely considered to be personally used by President Putin. He benefits from his proximity to the Russian authorities. Close relatives and acquaintances of Mr Tokarev enriched themselves thanks to contracts signed with the state-owned companies. Therefore he actively supported materially or financially and benefited from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | |
| 673. | Alisher USMANOV (Russian:Алишер Бурханович УСМАНОВ; Uzbek: Alisher USMONOV) | DOB: 9.9.1953 POB: Chust, Uzbek SSR, Soviet Union Function: Russian oligarch | Alisher Usmanov is pro-Kremlin oligarch with particularly close ties to Russian President Vladimir Putin. He has been referred to as one of Vladimir Putin's favorite oligarchs. He is considered to be one of Russia's businessmen-officials, who were entrusted with servicing financial flows, but their positions depend on the will of the President. Mr Usmanov has reportedly fronted for President Putin and solved his business problems. According to FinCEN files he paid $6 million to Vladimir Putin's influential adviser Valentin Yumashev. Dmitry Medvedev, the Deputy Chairman of the Security Council of Russia and former President and Prime Minister of Russia, benefited from the personal use of luxurious residences controlled by Mr Usmanov. Therefore he actively supported materially or financially Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | 28.2.2022 |
| | | | Mr Usmanov has interests in iron ore and steel, media and internet companies. His largest holding is steel giant Metalloinvest. When Mr Usmanov took control of business daily Kommersant, the freedom of the editorial staff was curtailed and the newspaper took a manifestly pro-Kremlin stance. The Kommersant under Mr Usmanov's ownership published a propagandist anti-Ukrainian article by Dmitry Medvedev, in which the former President of Russia argued that it was meaningless to engage in talks with the current Ukrainian authorities, who in his opinion were under direct foreign control. Therefore he actively supported the Russian government's policies of destabilisation of Ukraine. | |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 674. | Petr Olegovich AVEN<br><br>(Пётр Олегович АВЕН) | DOB: 16.3.1955<br><br>POB: Moscow, Russian Federation<br><br>Function: Oligarch close to Vladimir Putin. One of the main shareholders of the Alfa Group<br><br>Gender: Male | Petr Aven is one of Vladimir Putin's closest oligarchs. He is an important shareholder of the Alfa Group, which includes one of major Russian banks, Alfa Bank. He is one of approximately 50 wealthy Russian businessmen who regularly meet with Vladimir Putin in the Kremlin. He does not operate independently of the President's demands. His friendship with Vladimir Putin goes back to the early 1990s. When he was the Minister of Foreign Economic Relations, he helped Vladimir Putin, then deputy mayor of St. Petersburg, with regard to the Salye Commission investigation. He is also known to be an especially close personal friend of the Rosneft chief Igor Sechin, a key Putin ally. Vladimir Putin's eldest daughter Maria ran a charity project, Alfa-Endo, which was funded by Alfa Bank.<br><br>Mr Aven benefitted from his government connections. He wrote a letter to Vladimir Putin complaining about the Moscow Arbitration Court's decision in the legal case concerning interests of one of Mr Aven's businesses. Vladimir Putin instructed the Prosecutor General of Russia to investigate the case. Vladimir Putin rewarded Alfa Group's loyalty to the Russian authorities by providing political help to Alfa Group foreign investment plans.<br><br>Mr Aven and his business partner Mikhail Fridman have been engaged in the Kremlin's efforts to lift the Western sanctions issued to counter Russian aggressive policy against Ukraine. In 2016 Vladimir Putin warned Mr Aven about the prospect that the United States would impose additional sanctions against Aven and/or Alfa-Bank and suggested that he needed to take steps to protect himself and Alfa-Bank, to which Mr Aven complied. In 2018 Mr Aven along with Mr Fridman visited Washington DC on an unofficial mission to convey the Russian government's message on US sanctions and on counter-sanctions by the Russian Federation.<br><br>Therefore he actively supported materially or financially and benefited from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. He also supported actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 675. | Mikhail Maratovich FRIDMAN (Михаил Маратович ФРИДМАН) | DOB: 21.4.1964 POB: Lviv, Russian Federation Gender: Male | Mikhail Fridman is the founder and one of the main shareholders of the Alfa Group, which includes the major Russian bank Alfa Bank. He has managed to cultivate strong ties to the administration of Vladimir Putin, and has been referred to as a top Russian financier and enabler of Putin's inner circle. He managed to acquire state assets through government connections. Vladimir Putin's eldest daughter Maria ran a charity project, Alfa-Endo, which was funded by Alfa Bank. Vladimir Putin rewarded Alfa Group's loyalty to the Russian authorities by providing political help to Alfa Group foreign investment plans.<br><br>Mr Fridman and his business partner Petr Aven have been engaged in the Kremlin's efforts to lift the Western sanctions issued to counter Russian aggressive policy against Ukraine. In 2018 Mr Fridman along with Mr Aven visited Washington DC on an unofficial mission to convey the Russian government's message on US sanctions and on counter-sanctions by the Russian Federation.<br><br>Therefore he actively supported materially or financially and benefited from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. He also supported actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine. | 28.2.2022 |
| 676. | Sergei Pavlovich ROLDUGIN (Сергей Павлович РОЛДУГИН) | DOB: 28.9.1951 POB: Sakhalin Oblast Cellist Function: businessman, close friend of Vladimir Putin. | Mr Roldugin is a businessman with close ties to Vladimir Putin. He is part of Putin's network financial scheme. He owns at least 5 offshore entities and he keeps his assets at Bank Rossiya (sanctioned by the Union), known in Moscow as "Putin's wallet". According to the investigation of the ICIJ, Mr Roldugin is responsible for "shuffling" at least 2 billion USD through banks and offshore companies as a part of Putin's hidden financial network. He also took part in "Troika Laundromat", and he funneled billions of USD through the system. Moreover, he received more than 69 million USD through companies within the "Troika Laundromat".<br><br>He is therefore responsible for actively supporting, materially or financially, Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 677. | Dmitri Sergeyevich PESKOV (Дмитрий Сергеевич ПЕСКОВ) | DOB: 17.10.1967 POB: Moscow, Russian Federation Gender: Male | Dmitri Peskov is the press secretary of President Putin. He has publically defended the aggressive policy of Russia against Ukraine, including the illegal annexation of Crimea and Sevastopol by the Russian Federation. In numerous statements, he has stressed that the territory of Crimea and Sevastopol is an integral part of Russia, and that its recovery by Ukraine is not possible. He called Ukrainian actions aimed at ending Russian occupation of the Crimean Peninsula a territorial claim against Russia. He has expressed his opinion about the impossibility of negotiations with the Ukrainian authorities, stressing that they are not considered a partner by the Russian side. He stated, contrary to facts, that there were no Russian troops in Donbass. He has also conveyed the message that Western sanctions have no real effect on Russia. He threatened that Russia would issue counter-sanctions in reply.<br><br>Therefore he actively supported actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 678. | Dmitry Nikolaevich CHERNYSHENKO (Дмитрий Николаевич ЧЕРНЫШЕНКО) | DOB: 20.9.1968 POB: Saratov, Russia Function: Deputy Prime Minister of Russia for Tourism, Sport, Culture and Communications Member of the Board of Directors of Russian Railways Gender: Male | Dmitry Chernyshenko is Deputy Prime Minister of Russia for Tourism, Sport, Culture and Communications and member of the Board of Directors of the Russian Railways, appointed to this position by the Government of the Russian Federation.<br><br>In October 2021 Russia started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. Russian Armed Forces conducted mass-scale military exercises there. This led to the escalation of the conflict and put destabilising pressure on Ukraine. Both military personnel and military equipment of the Russian Armed Forces were transported to the areas near the Ukrainian border by the Russian Railways of which Mr Chernyshenko is a member of the Board of Directors. On 24 February 2022 Russia, launched a full-scale military aggression on Ukraine.<br><br>Therefore, he is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 679. | Irek Envarovich FAIZULLIN (Ирек Энварович ФАЙЗУЛЛИН) | DOB: 8.12.1962<br>POB: Kazan, USSR, Now Russian Federation<br>Function: Member of the Board of Directors of the Russian Railways.<br>Minister of Construction and Housing of the Russian Federation.<br>Gender: Male | Mr Irek Faizullin is Minister of Construction and Housing of Russia and member of the Board of Directors of the Russian Railways, appointed to this position by the Government of the Russian Federation.<br><br>In October 2021, Russia started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. Russian Armed Forces conducted mass-scale military exercises there. This led to the escalation of the conflict and put destabilising pressure on Ukraine. Both military personnel and military equipment of the Russian Armed Forces were transported to the areas near the Ukrainian border by the Russian Railways of which Mr Faizullin is a member of the Board of Directors.<br><br>Therefore, he is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 680. | Vitaly Gennadyevich SAVELYEV (Виталий Геннадьевич САВЕЛЬЕВ) | DOB: 18.1.1954<br>POB: Tashkent, Uzbekistan<br>Function: Member of the Board of Directors of the Russian Railways. Minister of Transport of Russia since 2020, former CEO of Aeroflot | Vitaly Savelyev is Minister of Transport of the Russian Federation and member of the Board of Directors of the Russian Railways, appointed to this position by the Government of the Russian Federation. He is the former CEO of Aeroflot.<br><br>In October 2021, Russia started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. Russian Armed Forces conducted mass-scale military exercises there. This led to the escalation of the conflict and put destabilising pressure on Ukraine. Both military personnel and military equipment of the Russian Armed Forces were transported to the areas near the Ukrainian border by the Russian Railways of which Mr Savelyev is a member of the Board of Directors.<br><br>What is more, Aeroflot under Mr Savelyev's leadership provided regular passenger air transportation between Russian airports and Simferopol International airport, and therefore supported the consolidation of the illegally annexed Crimean peninsula into the Russian Federation, which in turn further undermined the territorial integrity, sovereignty and independence of Ukraine.<br><br>Therefore, he is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 681. | Andrey Anatolyevich TURCHAK<br><br>(ТУРЧАК, Андрей Анатольевич) | DOB: 20.12.1975<br><br>POB: Leningrad, USSR (now Russian Federation)<br><br>Function: Secretary of the general council of the United Russia party<br><br>First deputy speaker of the Federation Council. | Andrey Turchak is secretary of the General Council of United Russia party and first deputy speaker of the Federation Council. His political success is associated with his father, Anatoly Turchak, who trained judo with Vladimir Putin and the Rotenberg brothers. He promoted a positive attitude to the recognition of the separatist so-called "People's republics" of Donetsk and Luhansk.<br><br>He called on the Russian authorities to provide the pro-Russian separatist forces in the Donbas region with advanced weapons. He publically stated that it was impossible to solve the Donbas conflict in a peaceful manner with the Ukrainian authorities. He expressed unfounded claims about a planned Ukrainian military offensive in Donbas. He led negotiations with Denis Pushilin, head of the separatist so-called "Donetsk People's Republic". He visited a mobilisation point of the separatist armed forces in the frontline zone of Donbass to personally congratulate the soldiers of the separatist so-called "Donetsk People's Republic" on Defender of the Fatherland Day. He publically defended Russia's decision to recognise the separatist Donbas "republics". He stated that Russia is indifferent to Western sanctions.<br><br>Therefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 682. | Tigran Edmondovich KEOSAYAN<br><br>(Тигран Эдмондович КЕОСАЙН) | DOB: 4.1.1966<br><br>POB: Moscow, Russia<br><br>Function: Actor and director, host of the propagandist TV show on political affairs on NTV channel, called "International Sawmill with Tigran Keosayan". | Mr Tigran Keosayan is a film director and journalist who has spread anti-Ukrainian propaganda in the Russian media. In his state-funded TV show "International Sawmill with Tigran Keosayan", he consistently portrayed Ukraine as a weak and corrupt country, which had been maintained solely thanks to Western help. He suggested that the Ukrainian authorities were not legitimate. He repeatedly stated that Crimea belonged to Russia, and that Donbas was not part of Ukraine. Mr Keosayan participated in the "Russian Donbas" forum which was organised by the authorities of the so-called "Donetsk People's Republic" in Donetsk with an aim to spread the doctrine of "Russian Donbas". He publicly accused Ukraine of escalating the conflict.<br><br>Therefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| | | | TV show "International Sawmill with Tigran Keosayan" received funding from Russian state-owned companies, which was unjustified on commercial grounds, but was granted as a reward to Mr Keosayan for his propagandist efforts and for his loyalty to Vladimir Putin. Mr Keosayan directed a propagandist film "The Crimean Bridge. Made with Love!", which glorified the Crimean Bridge which connects the territory of the illegally annexed Crimean Peninsula to Russia. The film was reportedly conceived as a gift to President Putin. Alexei Gromov, first deputy head of the presidential administration, helped to ensure state funding for the film, thanks to which Mr Keosayan achieved financial profit. Therefore he benefited from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | |
| 683. | Olga Vladimirovna SKABEYEVA (Ольга Владимировна СКАБЕЕВА) | DOB: 11.12.1984 Function: Co-founder and editor-in-chief of the REGNUM portal; POB: Volzhsky, Russia Function: Journalist of the state-owned TV Rossiya-1, leading a political talk-show "60 minutes" (together with her husband Yevgeniy Popov) – the most popular talk-show in Russia) Gender: Female | Ms. Olga Skabeyeva is a journalist of the state-owned TV station Rossiya-1. Together with her husband Yevgeniy Popov, she hosts the most popular political talk-show in Russia, "60 Minutes", where she has spread anti-Ukrainian propaganda, and promoted a positive attitude to the annexation of Crimea and the actions of separatists in Donbas. In her TV show she consistently portrayed the situation in Ukraine in a biased manner, depicting the country as an artificial state, sustained both militarily and financially by the West and thus – a Western satellite and tool in NATO's hands. She has also diminished Ukraine's role to "modern anti-Russia". Moreover, she has frequently invited such guests as Mr Eduard Basurin, the Press Secretary of the Military Command of so-called "Donetsk People's Republic" and Mr Denis Pushilin, head of the so-called "Donetsk People's Republic". She expelled a guest who did not comply with Russian propaganda narrative lines, such as "Russian world" ideology. Ms. Skabeyeva appears to be conscious of her cynical role in the Russian propaganda machine, together with her husband. Therefore, she is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 684. | Alexander PONOMARENKO<br><br>(Александр Анатольевич ПОНОМАРЕНКО) | DOB: 27.10.1964<br><br>POB: Bilohirsk, Ukrainian SSR<br><br>Function: Russian oligarch, Chairman of the Board of Sheremetyevo International Airport | Alexander Ponomarenko is a Russian oligarch and Chairman of the Board of Sheremetyevo International Airport. Mr Ponomarenko has close links to other oligarchs associated with Vladimir Putin, as well as Sergey Aksyonov, leader of the so-called "Republic of Crimea" on the territory of the illegally annexed Crimean Peninsula. He was involved in the financing of the palace complex near Gelendzhik, which is considered to be personally used by President Putin.<br><br>Therefore he actively supported materially or financially Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | 28.2.2022 |
| 685. | Modest Alexeyevich KOLEROV<br><br>(Модест Алексеевич КОЛЕРОВ) | DOB: 12.4.1963<br><br>POB: Kimovsk, Russia<br><br>Function: Co-founder and editor-in-chief of the REGNUM portal, which specializes in the post-Soviet area. From 2005 to 2007 he worked in the Presidential Administration.<br><br>Gender: Male | Modest Kolerov is co-founder and editor-in-chief of the REGNUM portal, which he has used to spread aggressive and biased propagandist narratives against Ukraine, and to promote a positive attitude to the annexation of Crimea and the actions of separatists in Donbas. He often depicted Ukraine as fascist or neo-Nazi country, and a pro-Western puppet. He stated that Ukraine had been artificially created by Lenin and Stalin. According to his publications, Ukraine owes its independence to Russia and thus it deserves no right to be a sovereign state. He also suggested that Russia should put an end to Ukraine's existence.<br><br>Furthermore, he proposed to divide Ukraine between its neighbours and threatened that an independent Ukraine would be a threat to Russia. He actively advocated for the recognition of so-called "Donetsk People's Republic" and "Luhansk People's Republic", and for more Russian actions in favor of the separatists in Eastern Ukraine. He negated proof of Russian military support for the separatists, and depicted the OSCE's mission in Eastern Ukraine, as biased and subordinate to Kyiv.<br><br>Therefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine, and for obstructing the work of international organisations in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 686. | Roman Georgievich BABAYAN (Роман Георгиевич БАБАЯН) | DOB: 7.12.1967 POB: Baku, Azerbaijan Function: Journalist, host of the "Own Truth" TV show on NTV channel and "Right of Voice" on TV Cent. He is also editor-in-chief of "Moscow Speaks" radio. He is also member of Moscow City Duma. Gender: Male | Mr Roman Babayan is a journalist and member of Moscow City Duma. He hosts the "Own Truth" TV show on NTV channel and "Right of Voice" show on TV Cent. He is also an editor-in-chief of "Moscow Speaks" radio. He has spread anti-Ukrainian propaganda and promoted a positive attitude to the actions of separatists in Donbas. In interview he gave to Ukraina.ru, he clearly stated that every inhabitant of Donbas would prefer the region to join Russia, and questioned Ukraine's right to its own territories. Furthermore, he accused Ukrainian authorities of nationality-based persecutions in Donbas and a *de facto* genocide, and said that Ukrainians had killed children and elderly people in Donbas. He also supported the Russian narrative about the "fascist regime" in Ukraine. In order to do this he presented an indistinct recording with soldiers bearing the Nazi German naval ensign, describing them as Ukrainians. Therefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 687. | Yevgeniy Nikolaevich PRILEPIN (Евгений Николаевич ПРИЛЕПИН), alias Zakhar PRILEPIN (Russian: Захар ПРИЛЕПИН), alias Yevgeniy LAVLINSKIY (Russian: Евгений ЛАВЛИНСКИЙ) | DOB: 7.7.1975 POB: Il'inka, Russia Function: Journalist, writer, co-chairman of A Just Russia – Patriots – For Truth party, activist. | Mr Prilepin is a Russian activist, journalist, writer and co-chairman of A Just Russia – Patriots – For Truth party. He expressed his public support to the Russian separatists in Crimea and Donbas. He sent aid to Donetsk and advised the separatist leaders. He participated in the Donbas conflict on the separatist side, serving as a deputy commander of one of the separatist battalions, and described his involvement in details. Furthermore, he used his fame and reputation as a famous writer to spread anti-Ukrainian propaganda, and to promote a positive attitude to the annexation of Crimea and the actions of separatists in Donbas. Mr Prilepin depicted Ukrainian authorities as corrupt, blamed them for the escalation of conflict, called Kyiv a Russian city and stated that the ultimate Russian goal should be to capture Kyiv. He starred in Russian documentary propagandist film "Crimea: The Way Home," which glorified the illegal annexation of the Crimean Peninsula by Russia. Therefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| 688. | Anton Vyacheslavovich KRASOVSKY (Антон Вячеславович КРАСОВСКИЙ), alias Anton Vyacheslavovich KUZNETSOV-KRASOVSKY (Антон Вячеславович КУЗНЕЦОВ-КРАСОВСКИЙ). | DOB: 18.7.1975 POB: Podolsk, Russia Function: Activist, journalist, propagandist, host of a talk show named "The Antonyms" on RT, Russian state-funded TV channel | Mr Anton Krasovsky is a journalist, who hosts the "The Antonyms" talk show on RT, Russian state-funded TV channel. He has spread anti-Ukrainian propaganda. He called Ukraine a Russian land and denigrated Ukrainians as a nation. He also threatened Ukraine with Russian invasion if Ukraine was any closer to join NATO. He suggested that such action would end up in "taking away" the constitution of Ukraine and "burning it on Khreshchatyk" together. Furthermore, he suggested that Ukraine should join Russia.\n\nTherefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 689. | Arkady Viktorovich MAMONTOV (Аркадий Викторович МАМОНТОВ) | DOB: 26.5.1962 POB: Novosibirsk, Russia Function: TV journalist and TV presenter, host of the TV show "Author's Program of Arkady Mamontov" on Rossiya-1 TV channel, author of documentary movies. | Mr Arkady Mamontov is host of the television show "Author's Program of Arkady Mamontov" and author of documentary films for Russian TV. He has spread anti-Ukrainian propaganda.\n\nHe directed a propagandist film in support of the illegal annexation of Crimea and Sevastopol, in which he portrayed Ukrainian rule prior to the illegal annexation as chaotic and full of anarchy. In his films he depicted Ukraine as a centre of neo-Nazism, fascism, nationalism and anti-Russian sentiment. He exaggerated the role of far-right organisations in Ukraine. He accused Ukraine of discriminatory policies against Russian culture and language in Ukraine. He undermined the credibility and legitimacy of Ukrainian authorities by suggesting that Euromaidan was a coup d'état inspired from abroad, and that the Ukrainian government was dependent on the United States of America.\n\nTherefore, he is responsible for actively supporting or implementing, actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 690. | Sergei Mikhailovich PINCHUK (Сергей Михайлович ПИНЧУК) | DOB: 26.07.1971 POB: Sevastopol, Ukrainian SSR, (now Ukraine) Function: Vice-admiral, first deputy commander in chief of the Black Sea Fleet | Sergey Pinchuk is vice-admiral and first deputy commander in chief of the Black Sea Fleet, which is subordinated to the Southern Military District of the Russian Armed Forces, and has been involved in military actions against Ukraine.\n\nSince mid-October 2021, Russian military forces have started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. Its impact reached many observers and policymakers have expressed concerns about a possible new Russian invasion of Ukraine or other aggressive actions. Forces of the Black Sea Fleet took part in mass-scale military drills near and within Ukraine's borders. | 28.2.2022 |

EN

| Name | Identifying information | Statement of Reasons | Date of listing |
|------|------------------------|----------------------|-----------------|
| | | After Vladimir Putin's decision to recognise the so-called "Donetsk People's Republic" and "Luhansk People's Republic" soldiers of the Southern Military District entered the territory of those two self-proclaimed republics. When on 24 February 2022 Russia launched a full-scale military invasion on Ukraine, Russian troops of the Black Sea Fleet carried out landing operation in Mariupol and Odessa. Therefore, Sergei Pinchuk is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | |
| 691. Alexey Yurevich AVDEEV (Алексей Юрьевич АВДЕЕВ) | DOB: 17.5.1967 POB: Tashkent, USSR (now Uzbekistan) Function: Lieutenant General, Deputy commander of the Southern Military District Gender: Male | Alexey Avdeev is deputy commander of Russia's Southern Military District, which has been involved in military actions against Ukraine. Ukraine has lately become the main target of the Southern Military District. Because of that, the new 8th Army was formed and the District's presence on the territory of illegally annexed Crimean peninsula was expanded. Since mid-October 2021, Russian military forces have started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. In this respect many observers and policymakers have expressed concerns about a possible new Russian invasion of Ukraine or other aggressive actions. Troops from the Southern Military District have conducted military drills in areas encircling Ukraine and have moved artillery and battalion tactical groups into the Crimean peninsula. After Vladimir Putin's decision to recognise the so-called "Donetsk People's Republic" and "Luhansk People's Republic" soldiers of the Southern Military District entered the territory of these two self-proclaimed republics. The Southern Military District also supervised military exercises of the armed forces of the separatist "republics". Therefore, Alexey Avdeev is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |

| Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|
| 692. | Rustam Usmanovich MURADOV<br><br>(МУРАДОВ Рустам Усманович) | DOB: 21.3.1973<br><br>POB: Dagestan, Russia<br><br>Function: Lieutenant General, Deputy commander of the Southern Military District<br><br>Gender: Male | Rustam Muradov is Lieutenant General and deputy commander of the Southern Military District, which has been involved in military actions against Ukraine.<br><br>Ukraine has lately become the main target of the Southern Military District. Because of that, the new 8th Army was formed and the District's presence on the territory of illegally annexed Crimean peninsula was expanded. Since mid-October 2021, Russian military forces have started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. In this respect many observers and policymakers have expressed concerns about a possible new Russian invasion of Ukraine or other aggressive actions. Troops from the Southern Military District have conducted military drills in areas encircling Ukraine and have moved artillery and battalion tactical groups into the Crimean peninsula. The Southern Military District also supervised military exercises of the armed forces of the separatist "republics". After Vladimir Putin's decision to recognise the so-called "Donetsk People's Republic" and "Luhansk People's Republic" soldiers of the Southern Military District entered the territory of these two self-proclaimed republics. On 24 February 2022, Russia launched a full-scale military invasion on Ukraine.<br><br>Therefore, Rustam MURADOV is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | 28.2.2022 |
| 693. | Andrey Ivanovich SYCHEVOY<br><br>(Андрей Иванович СЫЧЕВОЙ) | DOB: 16.5.1969<br><br>POB: village of Troitskaya, Krymsky District, Krasnodar Territory, USSR<br><br>Function: Lieutenant General, Commander of the 8th Guards Combined Arms Army of the Southern Military District<br><br>Gender: Male | Andrey Sychevoy is lieutenant general and commander of the 8th Guards Combined Arms Army of the Southern Military District, which has been involved in military actions against Ukraine.<br><br>Ukraine has lately become the main target of the Southern Military District. Because of that new 8th Army was formed and District's presence on the territory of illegally annexed Crimean peninsula was expanded. Since mid-October 2021, Russian military forces have started an unprecedented military build-up on or near the Ukrainian border and within Ukraine's occupied Crimea region. In this respect many observers and policymakers have expressed concerns about a possible new Russian invasion of Ukraine or other aggressive actions. Troops from the Southern Military District have conducted military drills in areas encircling Ukraine and have moved artillery and battalion tactical groups into the Crimean peninsula. The Southern Military District also supervised military exercises of the armed forces of the separatist "republics". After Vladimir Putin's decision to recognise the so-called "Donetsk People's Republic" and "Luhansk People's Republic" soldiers of the Southern Military District entered the territory of these two self-proclaimed republics. On 24 February 2022, Russia launched a full-scale military invasion on Ukraine. | 28.2.2022 |

| | Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|---|
| | | | Therefore, Andrey Sychevoy is responsible for actively supporting or implementing actions or policies which undermine or threaten the territorial integrity, sovereignty and independence of Ukraine, as well as stability and security in Ukraine. | |
| 694. | Gennady Nikolayevich TIMCHENKO (Геннадий Николаевич ТИМЧЕНКО) | Function: Owner of the private investment group Volga Group<br><br>DOB: 9.11.1952<br><br>POB: Leninakan, Sovjet Union (now: Gyumri, Armenia)<br><br>Nationality: Armenian, Russian, Finnish<br><br>Gender: Male | Gennady Timchenko is a long-time acquaintance of the President of the Russian Federation Vladimir Putin and is broadly described as one of his confidants.<br><br>He is benefiting from his links with Russian decision-makers. He is founder and shareholder of the Volga Group, an investing group with a portfolio of investments in key-sectors of the Russian economy. The Volga Group contributes significantly to the Russian economy and its development.<br><br>He is also a shareholder of Bank Rossiya which is considered the personal bank of Senior Officials of the Russian Federation. Since the illegal annexation of Crimea, Bank Rossiya has opened branches across Crimea and Sevastopol, thereby consolidating their integration into the Russian Federation.<br><br>Furthermore, Bank Rossiya has important stakes in the National Media Group which in turn controls television stations which actively support the Russian government's policies of destabilisation of Ukraine.<br><br>He is therefore responsible for supporting actions and policies which undermine the territorial integrity, sovereignty and independence of Ukraine.<br><br>He is also responsible for providing financial and material support, and benefiting from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine. | 28.2.2022 |
| 695. | Alexey Alexandrovits MORDASCHOV (Алексей Александрович МОРДАШОВ) | Function: Chairman of Severstal and Severgroup<br><br>DOB: 26.9.1965<br><br>POB: Cherepovets, Russia<br><br>Nationality: Russian<br><br>Gender: Male<br><br>Associates: Yuriy KOVALCHUK; Nikolay SHAMALOV | Alexey Mordaschov is benefiting from his links with Russian decision-makers. He is chairman of the company Severgroup. This company is a shareholder of Bank Rossiya, of which he owned around 5,4 % in 2017 and which is considered the personal bank of Senior Officials of the Russian Federation. Since the illegal annexation of Crimea, Bank Rossiya has opened branches across Crimea and Sevastopol, thereby consolidating their integration into the Russian Federation.<br><br>Furthermore, Severgroup has considerable stakes in the National Media Group which in turn controls television stations which actively support the Russian government's policies of destabilisation of Ukraine.<br><br>Additionally, Severgroup is owner of the company JSC Power machines which is responsible for selling four wind turbines to the occupied Crimean peninsula. | 28.2.2022 |

| Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|
| | | He is therefore responsible for supporting actions and policies which undermine the territorial integrity, sovereignty and independence of Ukraine. He is also responsible for providing financial and material support, and benefiting from Russian decision-makers responsible for the annexation of Crimea and the destabilisation of Ukraine | |
| 696. Peter Mikhaylovich FRADKOV (Пер Михайлович ФРАДКОВ) | Function: Chairman of the PJSC Promsvyazbank DOB: 7.2.1978 POB: Moscow, Russia Gender: Male | Petr Fradkov is the chairman of the PJSC Promsvyazbank and the sole executive body of the bank. Promsvyazbank is a Russian State-owned bank, which provides financial support to the Russian defence sector and the Russian Military, which is responsible for the massive deployment of Russian troops along the border with Ukraine and for the presence of Russian troops in the Crimean peninsula. Promsvyazbank is directly instructed by the President of the Russian Federation, Vladimir Putin, and therefore provides financial and material support to Russian decision-makers responsible for the destabilization of Ukraine and the illegal annexation of Crimea. Promsvyazbank operates in the Crimean Peninsula. He is therefore, as chairman of Promsvyazbank, responsible for supporting actions and policies which undermine the territorial integrity, sovereignty and independence of Ukraine. | 28.2.2022 |

2. Entities

| Name | Identifying information | Statement of Reasons | Date of listing |
|---|---|---|---|
| 56. Gas Industry Insurance Company SOGAZ (Акционерное общество «Страховое общество газовой промышленности» АО «СОГАЗ») | Address: Sakharov boulevard 10, Moscow, 107078, Russian Federation Telephone: +7 8(495) 234-44-24 +7 8 800 333 0 888 Website: https://sogaz.ru Email: sogaz@sogaz.ru ; cf@sogaz.ru | Joint stock company «Gas Industry Insurance Company SOGAZ» insured the construction of the railway infrastructure connecting the bridge over the Kerch Strait and the Port of Taman and reinsured the construction of the bridge over the Kerch Strait. Therefore it supported the consolidation of the illegally annexed Crimean peninsula into the Russian Federation, which in turn further undermined the territorial integrity, sovereignty and independence of Ukraine. | 28.2.2022' |

**A-2**

# EU to sanction Chelsea FC owner Roman Abramovich in new oligarch package

**P** **politico.eu**/article/eu-sanctions-chelsea-owner-roman-abramovich-oligarch-russia/amp/

Jacopo Barigazzi                                                                 March 14, 2022

By Jacopo Barigazzi

March 14, 2022 7:39 pm

The EU will sanction Russian oligarch Roman Abramovich as part of a new package of penalties targeting Russia's business and media elite, as well as several defense companies.

EU diplomats finalized the text of the sanctions on Monday, which will be the fourth round of EU sanctions on Russia over its invasion of Ukraine.

Abramovich is well known across Europe as the long-time owner of Chelsea Football Club in the U.K. — a status he will be forced to relinquish amid British sanctions.

The EU is separately targeting the Russian billionaire over his "privileged access" to Russian President Vladimir Putin, with whom Abramovich retains "very good relations," according to a draft of the sanctions document seen by POLITICO. Those friendly ties, the document says, helped Abramovich line his own pockets while making him "one of the leading Russian businesspersons" in industries that offered "a substantial source of revenue" to the Russian government, helping Moscow fund its military endeavors.

Not on the EU list, however, is leading Russian industrialist Oleg Deripaska, a notable omission after the U.K. government sanctioned him last week.

Still, the EU's latest sanctions package targets a wide range of prominent Russian figures.

It hits German Khan, a major shareholder of Alfa Group, one of Russia's largest private investment firms, who is "believed to be one of the most influential persons in Russia," according to the EU document. Alexey Kuzmichev, another Alfa Group shareholder, is also on the list. They join other Alfa Group shareholders like Mikhail Fridman and Petr Aven, who were targeted in a previous round of EU sanctions.

Also on the latest list are Viktor Rashnikov, owner of MMK, one of the world's largest steel producers. The document describes him as "one of Russia's largest taxpayers." Additionally, the list includes Vladimir Rashevsky, CEO of EuroChem Group, one of the world's largest mineral fertilizer producers.

In explaining its rationale, the EU's sanctions document stresses the ties each person has to Putin's regime or Putin himself.

For instance, the document notes that Andrey Ryumin, head of the state-controlled energy grid operator Rosseti PJSC, attended a meeting of oligarchs with Putin on February 22, just two days before Moscow launched its war in Ukraine. His attendance at the meeting, called to discuss the effect of Western sanctions on Russia, "shows that he is a member of the inner circle of oligarchs close to Vladimir Putin," according to the document.

Then there's Suleyman Kerimov, who owns the financial and industrial group Nafta Moscow. Kerimov's $9.8 billion fortune, the EU document says, was built in part through "large sums of money from Sergei Roldugin, who is the caretaker of Vladimir Putin's wealth."

Several media figures are also on the latest EU sanctions list. There's Armen Gasparyan, who has a show on the Russian state-owned outlet Sputnik, as well as Artyom Sheynin, who hosts *Vremya Pokazhet* ("Time will tell") on state-controlled TV Channel One. The EU also targeted Channel One's CEO, Konstantin Ernst.

The nine companies are mainly active in the defense and military sectors. One company of note is shipbuilder Zelenodolsk Shipyar. The company built the "Vasily Bykov" Black Sea Fleet patrol ship that attacked Snake Island on the first day of the Russian invasion — an episode that became famous amid reports that the besieged Ukrainian soldiers had replied "go f*ck yourself" when asked to surrender.

**A-3**

 **GOV.UK**

**Coronavirus (COVID-19) (/coronavirus)**   Latest updates and guidance

1. Home (https://www.gov.uk/)
2. International (https://www.gov.uk/international)
3. Foreign affairs (https://www.gov.uk/international/foreign-affairs)

Press release

# Foreign Secretary announces historic round of sanctions: 15 March 2022

Foreign Secretary Liz Truss announces historic round of sanctions, taking overall number of Russia sanctions to more than 1,000 since invasion.

From:
Foreign, Commonwealth & Development Office (/government/organisations/foreign-commonwealth-development-office) and The Rt Hon Elizabeth Truss MP (/government/people/elizabeth-truss)

Published
15 March 2022



**Invasion of Ukraine**

Find out about the UK's response (/government/topical-events/russian-invasion-of-ukraine-uk-government-response)

- Foreign Secretary announces more than 370 new sanctions now possible thanks to new urgent Economic Crime Act powers
- After today the UK will have designated over 1,000 individuals and entities under the Russia sanctions regime since the invasion
- Today's designations also include Putin's key political allies, regime spokespeople and Kremlin-backed disinformation agencies

Foreign Secretary Liz Truss announces over 370 more Russian and Belarussian sanctions today (Tuesday 15 March), which means by the end of today the UK will have designated over 1,000 individuals and entities since invasion under the Russia sanctions regime.

Today's historic sanctions include more Russian oligarchs and their family members, Putin's political allies and propagandists. The UK is sanctioning over 370 more individuals, 51 of whom are oligarchs and their family members.

The vast majority of today's designations are made possible under the Economic Crime (Transparency and Enforcement) Act - which has Royal Assent. This has given the Government new powers to act in the public interest and immediately designate individuals and entities under an urgent procedure, while evidence is gathered to sanction them under our own standard procedure.

Russian oligarchs now subject to UK sanctions include Mikhail Fridman, Petr Aven, and German Khan. The oligarchs who will be sanctioned today have a combined estimated worth of more than £100 billion*.

Putin political allies now sanctioned include Prime Minister Mikhail Mishustin, Defence Minister Sergei Shoigu and former President of Russia Dmitry Medvedev. Meanwhile, Russian propagandists who have been designated include Putin's Press Secretary Dmitry Peskov and Russian Foreign Affairs spokeswoman Maria Zakharova, among others. A notorious internet 'troll farm', the Internet Research Agency, has also been sanctioned.

Foreign Secretary Liz Truss said:

> We are going further and faster than ever in hitting those closest to Putin – from major

oligarchs, to his Prime Minister, and the
propagandists who peddle his lies and
disinformation. We are holding them to account
for their complicity in Russia's crimes in Ukraine.

Working closely with our allies, we will keep
increasing the pressure on Putin and cut off
funding for the Russian war machine.

The UK will continue to tighten the screw on the Russian
economy in the coming days, as the Government makes full
use of powers necessary to tackle the biggest security crisis
in Europe since World War II.

The new provisions brought in by the Economic Crime Act
have streamlined the previous legislation so the UK can
respond even more swiftly and effectively to the current
crisis.

Individuals sanctioned today will have their assets in the UK
frozen which means no UK citizen or company can do
business with them and they are also banned from travelling
to or from the UK.

The UK has led the international sanctions effort, cutting off
whole sectors of the Russian economy by targeting its
defence companies, its trade and transport sector, and
working with allies to exclude Russia from the SWIFT
financial system.

ENDS

Notes to editors:

- Asset freeze: an asset freeze prevents any UK citizen,
  or any business in the UK, from dealing with any funds
  or economic resources which are owned, held or
  controlled by the designated person and which are held
  in the UK. It will also prevent funds or economic
  resources being provided to or for the benefit of the
  designated person.
- Travel ban: a travel ban means that the designated
  person must be refused leave to enter or to remain in
  the United Kingdom, providing the individual to be an
  excluded person under section 8B of the Immigration
  Act 1971.

A complete list of sanctions can be found on GOV.UK.

*Estimated net worth based on Forbes.

Prominent persons designated today include:

Oligarchs:

- Mickhail Fridman, founder of Alfa Bank, the largest private bank in Russia. He also owns shares in LetterOne. His net worth is reported as an estimated £11.9 billion.
- German Khan, a business partner of Aven and Fridman in both Alfa Bank and LetterOne. His net worth is reported as an estimated £7.8 billion.
- Petr Aven, who was President of Alfa Bank and co-founder of LetterOne. His net worth is reported as an estimated £4 billion.
- Alexey Mordashov, a member of who are reported to be Russia's richest family. Mordashov's net worth is reported as an estimated £22.4 billion. He is a majority shareholder in steel company Severstal.
- Andrey Melnichenko, the founder of EuroChem Group. Reported estimated net worth of £13.7 billion.
- Viktor Vekselberg, owner of the Renova Group. His net worth is reported at an estimated £6.8 billion.
- Alexander Ponomarenko, chairman of the board of Sheremetyevo, the biggest airport in Russia. His estimated net worth is £2.22 billion.
- Dmitry Pumpyansky, owner and chairman of OAO TMK. His net worth is estimated at £1.84 billion.
- Vadim Moshkovich, chairman of the board of directors of Rusagro Group. His net worth is an estimated £1.84 billion.

Political allies:

- Dmitry Medvedev, a Russian politician serving as deputy chairman of the Security Council of Russia since 2020.
- Mikhail Mishustin, a Russian politician and the current Prime Minister of Russia since January 2020. He was the head of the Federal Taxation Service 2010-2020. He was formally the President of the UFG Group (OFG Invest), one of Russia's largest investment companies.

- Sergei Shoigu, a Russian politician serving as Defence Minister since 2021. He was previously appointed Governor of the Moscow Region.

Propagandists:

- Dmitry Peskov, Putin's press secretary and a Kremlin spokesperson.
- Maria Zakharova, the Director of the Information and Press Department of the Ministry of Foreign Affairs of the Russian Federation. She is the MFA Spokesperson.

361 individuals and 8 entities will be added to the Sanctions List under the new 'urgent procedure' set out in the Economic Crime Act, which has received royal assent.

After today we will have designated over 1,000 individuals and entities under our Russia sanctions regime since the invasion.

All those on today's list have already been sanctioned by our key allies, the US, EU, Canada or Australia and hence were subject to the new mirroring provisions of that act.

We have also sanctioned four individuals under our own standard procedure, building our own grounds rather than relying on those provided by the EU:

- Mikhail Fridman
- Petr Aven
- German Khan
- Russian Duma member and propagandist Oleg Matveychev.

## Media enquiries

Email [newsdesk@fcdo.gov.uk](mailto:newsdesk@fcdo.gov.uk)

Telephone 020 7008 3100

Contact the FCDO Communication Team via email (monitored 24 hours a day) in the first instance, and we will respond as soon as possible.

Published 15 March 2022

**A-4**



Office of Financial
Sanctions Implementation
HM Treasury

# CONSOLIDATED LIST OF FINANCIAL SANCTIONS TARGETS IN THE UK

**Last Updated:**15/03/2022

---

## Status: Asset Freeze Targets

## REGIME: Russia

## INDIVIDUALS

1. **Name 6:** ABAKAROV  **1:** KHIZRI **2:** MAGOMEDOVICH **3:** n/a **4:** n/a **5:** n/a.
   **Name (non-Latin script):** Хизри Магомедович Абакаров
   **DOB:** 28/06/1960. **POB:** Yuzhno Sakhalinsk , Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0296 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14241.

2. **Name 6:** ABISOV **1:** SERGEY **2:** VADIMOVICH **3:** n/a **4:** n/a **5:** n/a.
   **DOB:** 27/11/1967. **POB:** Simferopol, The Autonomous Republic of Crimea and the city of Sevastopol, Ukraine **a.k.a:** (1) ABISOV, Sergey, Vadymovych (2) ABISOV, Sergiy, Vadimovich (3) ABISOV, Sergiy, Vadymovych (4) ABISOV, Serhiy, Vadimovich (5) ABISOV, Serhiy, Vadymovych **Nationality:** Ukraine **Address:** The Autonomous Republic of Crimea and the city of Sevastopol, Ukraine.**Position:** Minister of the Interior of the Republic **Other Information:** (UK Sanctions List Ref):RUS0061 (UK Statement of Reasons):By accepting his appointment as so-called 'Minister of Interior of the Republic of Crimea' by the President of Russia (decree No.301) on 5 May 2014 and by his actions as so-called 'Minister of Interior' he has undermined the territorial integrity, sovereignty and unity of Ukraine. Dismissed as so-called 'Minister of Interior of the 'Republic of Crimea' in June 2018. Aide to the 'Chairman' of the Council of ministers of the so-called 'Republic of Crimea.' (Gender):Male **Listed on:** 31/07/2014 **UK Sanctions List Date Designated:** 31/12/2020 **Last Updated:** 31/12/2020 **Group ID:** 13071.

3. **Name 6:** ABRAMOV **1:** IVAN **2:** NIKOLAYEVICH **3:** n/a **4:** n/a **5:** n/a.
   **Name (non-Latin script):** Иван Николаевич АБРАМОВ
   **DOB:** 16/06/1978. **POB:** Blagoveshchensk , Russia **Address:** 26 Bolshaya Dmitrovka Street, Russia, 103426.**Position:** Member of the Federation Council of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0893 (UK Statement of Reasons):Designated for the purposes of an asset freeze and a travel ban under the Russia (Sanctions) (EU Exit) Regulations 2019. The designation is made as a designation by name under the urgent procedure. The relevant provision by reference to which the Minister considers that condition B is met is the European Union's Council Decision 2014/145/CFSP (as amended) concerning restrictive measures in respect of actions undermining or threatening the territorial integrity, sovereignty and independence of Ukraine, and Council Regulation (EU) No 269/2014. The purposes of this provision correspond or are similar to the purposes of the UK's Russia (Sanctions) (EU Exit) Regulations 2019, which have as their purposes to encourage Russia to cease actions destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. The Minister considers that it is in the public interest to designate (condition C). **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14844.

4. **Name 6:** ABRAMOVICH **1:** ROMAN **2:** ARKADYEVICH **3:** n/a **4:** n/a **5:** n/a.
   **Name (non-Latin script):** Роман Аркадьевич АБРАМОВИЧ
   **DOB:** 24/10/1966. **POB:** Saratov, Russia **a.k.a:** ABRAMOVICH, Roman **Nationality:** (1) Russia (2) Israel (3) Portugal **Passport Number:** (1) CB982788 (2) 24132276 **Passport Details:** (1) Portugal (2) Israel **Position:** (1) Businessman – Owner of Chelsea Football Club (2) Stakeholder in Evraz PLC and Norilsk Nickel **Other Information:** (UK Sanctions List Ref):RUS0270 (UK Statement

or are similar to the purposes of the UK's Russia (Sanctions) (EU Exit) Regulations 2019, which have as their purposes to encourage Russia to cease actions destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. The Minister considers that it is in the public interest to designate (condition C). **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14718.

43. **Name 6:** AVDEEV **1:** MIKHAIL **2:** YURIEVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Авдеев Михаил Юрьевич
**DOB:** 06/03/1977. **POB:** Moscow, Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0603 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14548.

44. **Name 6:** AVEN **1:** PETR **2:** OLEGOVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Пётр Олегович АВЕН
**DOB:** 16/03/1955. **POB:** Moscow, Russia **Nationality:** (1) Latvia (2) Russia **Address:** (1) Moscow, Russia.(2) Surrey, UK.**Position:** (1) Chairman of the Supervisory Board of Alfa Group Consortium (2) Head of Alfa Bank **Other Information:** (UK Sanctions List Ref):RUS0665 (UK Statement of Reasons):PETR OLEGOVICH AVEN is a prominent Russian businessman and pro-Kremlin oligarch. AVEN is or has been involved in supporting the Government of Russia as a Director of Alfa-Bank (Russia), the fourth largest bank in Russia, and its holding company ABH Holding, which are entities carrying on business in the financial sector, which is a sector of strategic significance to the Government of Russia. AVEN is also associated with the Putin who is or has been involved in destabilising or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine, by engaging in, providing support for, or promotes any policy or action which destabilises Ukraine or undermines or threatens the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14616.

45. **Name 6:** AVKSENTIEVA **1:** SARDANA **2:** VLADIMIROVNA **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Сардаана Владимировна Авксентьева
**DOB:** 02/07/1970. **POB:** Churapcha, Yakutia, Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0604 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Female **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14549.

46. **Name 6:** AYUPOV **1:** RINAT **2:** ZAYDULAEVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Аюпов Ринат Зайдулаевич
**DOB:** 13/08/1974. **POB:** Astrakhan, Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0307 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14252.

47. **Name 6:** AZIMOV **1:** RAKHIM **2:** AZIZBOEVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Азимов Рахим Азизбоевич
**DOB:** 16/08/1964. **POB:** Shurab, Tajikistan **Nationality:** Russia **Passport Number:** 530393349 **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0605 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14550.

48. **Name 6:** BABAKOV **1:** ALEXANDER **2:** MIKHAILOVICH **3:** n/a **4:** n/a **5:** n/a.
**DOB:** 08/02/1963. **POB:** Chisinau, Moldovan SSR (now Republic of Moldova) **Address:** Russia.**Position:** Former Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0067 Currently Deputy Chairman of the Committe on

Reasons):Former So called 'Minister of Justice' of the so called 'Donetsk People's Republic'. In taking on and acting in this capacity, she has therefore actively supported actions and policies which undermine the territorial integrity, sovereignty and independence of Ukraine and to further destabilise Ukraine. Deputy Head of office of the Commissioner for Human Rights of the so-called of the 'Donetsk People's Republic.' (Gender):Female **Listed on:** 16/02/2015 **UK Sanctions List Date Designated:** 31/12/2020 **Last Updated:** 31/12/2020 **Group ID:** 13207.

189. **Name 6:** FOMICHEV **1:** VYACHESLAV **2:** VASILIEVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Фомичёв Вячеслав Васильевич
**DOB:** 26/04/1965. **POB:** Saransk, Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0515 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14460.

190. **Name 6:** FOMIN **1:** ALEXANDER **2:** VASILYEVICH **3:** n/a **4:** n/a **5:** n/a.
**DOB:** 25/05/1959. **Other Information:** (UK Sanctions List Ref):RUS0840 (UK Statement of Reasons):Designated for the purposes of an asset freeze and a travel ban under the Russia (Sanctions) (EU Exit) Regulations 2019. The designation is made as a designation by name under the urgent procedure. The relevant provision by reference to which the Minister considers that condition B is met is the Autonomous Sanctions Regulations 2011 in respect of Australia's Ukraine sanctions regime. The purposes of this provision correspond or are similar to the purposes of the UK 's Russia (Sanctions) (EU Exit) Regulations 2019, which have as their purposes to encourage Russia to cease actions destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. The Minister considers that it is in the public interest to designate (condition C). **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14791.

191. **Name 6:** FRADKOV **1:** MIKHAIL **2:** EFIMOVICH **3:** n/a **4:** n/a **5:** n/a.
**DOB:** 01/09/1950. **POB:** Kurumoch, Kuibyshev region, Russia **Nationality:** Russia **Position:** (1) Permanent Member of the Security Council of the Russian Federation (2) Director of the Foreign Intelligence Service of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0094 (UK Statement of Reasons):Former permanent member of the Security Council of the Russian Federation. Former Director of the Foreign Intelligence Service of the Russian Federation. As a member of the Security Council, which provides advice on and coordinates national security affairs, he was involved in shaping the policy of the Russian Government threatening the territorial intergity, sovereignty and independence of Ukraine. As of 4 January 2017, Director of the Russian Institute for Strategic Studies. He is also Chairperson of the Board of Directors of "Almaz-Antey" (also sanctioned). Remains active in supporting separatist actions and policies. (Gender):Male **Listed on:** 25/07/2014 **UK Sanctions List Date Designated:** 31/12/2020 **Last Updated:** 31/12/2020 **Group ID:** 13035.

192. **Name 6:** FRADKOV **1:** PETR **2:** MIKHAILOVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Петр Михаилович Фрадков
**DOB:** 02/07/1978. **POB:** Moscow, Russia **a.k.a:** FRADKOV, Pyotr, Mikhailovich **Nationality:** Russia **Position:** Chairman/CEO of Promsvyazbank **Other Information:** (UK Sanctions List Ref):RUS0244 (UK Statement of Reasons):Petr Fradkov is the Chairman and/or CEO of Promsvyazbank. Promsvyazbank is a Russian state owned bank and its main task is to service the Russian defence sector and to finance defence industry enterprises. Promsvyazbank is therefore a Government of Russia-affiliated entity and/or carrying on business in a sector of strategic significance to the Government of Russia. Through his role as Chairman and/or of Promsvyazbank, Fradkov is or has been involved in obtaining a benefit from or supporting the Government of Russia. In addition/in the alternative, Fradkov, as Chairman and/or CEO of Promsvyazbank is involved, through his role at Promsvyazbank and the role the bank plays in financing Russian defence industries, in the provision of financial services, and/or making available of funds and economic resources, goods or technology that could contribute to destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 24/02/2022 **UK Sanctions List Date Designated:** 24/02/2022 **Last Updated:** 24/02/2022 **Group ID:** 14191.

193. **Name 6:** FRIDMAN **1:** MIKHAIL **2:** MARATOVIC **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Михаил Маратович ФРИДМАН
**DOB:** 21/04/1964. **POB:** Lviv, Ukraine **Nationality:** (1) Israel (2) Russia **Address:** (1) London, UK.(2) Moscow, Russia.**Position:** (1) Member of the Board of Directors of Alfa Bank (2) Chairman of the Supervisory Board of Alfa Group Consortium (3) Founder of Alfa Group **Other Information:** (UK Sanctions List Ref):RUS0664 (UK Statement of Reasons):MIKHAIL MARATOVICH FRIDMAN is a prominent Russian businessman and pro-Kremlin oligarch. FRIDMAN is involved in obtaining a benefit from or supporting the Government of Russia through his positions on the Supervisory Board of the Alfa Group, and the Board of Directors of ABH Hoklings S.A., owner of Russia's largest privately owned bank 'Alfa-Bank (Russia)', which are carrying on business in a sector or sectors of strategic significance to the Government of Russia. FRIDMAN is closely associated with President Vladimir Putin, and is therefore associated with an individual who is involved in destabilising and threatening the territorial integrity, sovereignty and independence of Ukraine. (Gender):Male **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14615.

194. **Name 6:** FROLOVA **1:** TAMARA **2:** IVANOVNA **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Фролова Тамара Ивановна
**DOB:** 02/11/1959. **POB:** Varvarino, Russia **Nationality:** Russia **Passport Number:** 642980460 **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0577 (UK

Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14523.

320. **Name 6:** KHAMZAEV **1:** SULTAN **2:** n/a **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Хамзаев Бийсултан Султанбиевич
**DOB:** 24/05/1982. **POB:** Khasavyurt, Russia **Nationality:** Russia **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0516 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14461.

321. **Name 6:** KHAN **1:** GERMAN **2:** BORISOVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Герман Борисович ХАН
**DOB:** 24/10/1961. **POB:** Kyiv, Ukraine **Nationality:** (1) Israel (2) Russia **Position:** (1) Member of Supervisory Board, DEA Deutsche Erdoel AG (2) Co-founder and Member of Board of Directors, LetterOne Group **Other Information:** (UK Sanctions List Ref):RUS0666 (UK Statement of Reasons):German Borisovich KHAN, hereafter KHAN, is a prominent Russian businessman. KHAN is obtaining a benefit from and/or supporting the Government of Russia through his positions on the Supervisory Board of the Alfa Group Consortium and the Board of Directors of ABH Holdings S.A., owner of Russia's largest privately owned bank 'Alfa-Bank (Russia)', and Chairman of the Supervisory Board of A1 Investment Holding S.A., entities which are carrying on business in sectors of strategic significance to the Government of Russia, KHAN is also a close associate of Vladimir Putin who has been involved in destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14617.

322. **Name 6:** KHAPSIROKOV **1:** MURAT **2:** KRYM-GERIEVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Мурат Крым-Гериевич ХАПСИРОКОВ
**DOB:** 26/01/1978. **POB:** Karachaevsk, Karachay-Cherkess Autonomous District, Russia **Address:** 26 Bolshaya Dmitrovka Street, Russia, 103426.**Position:** Member of the Federation Council of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0937 (UK Statement of Reasons):Designated for the purposes of an asset freeze and a travel ban under the Russia (Sanctions) (EU Exit) Regulations 2019. The designation is made as a designation by name under the urgent procedure. The relevant provision by reference to which the Minister considers that condition B is met is the European Union's Council Decision 2014/145/CFSP (as amended) concerning restrictive measures in respect of actions undermining or threatening the territorial integrity, sovereignty and independence of Ukraine, and Council Regulation (EU) No 269/2014. The purposes of this provision correspond or are similar to the purposes of the UK's Russia (Sanctions) (EU Exit) Regulations 2019, which have as their purposes to encourage Russia to cease actions destabilising Ukraine or undermining or threatening the territorial integrity, sovereignty or independence of Ukraine. The Minister considers that it is in the public interest to designate (condition C). **Listed on:** 15/03/2022 **UK Sanctions List Date Designated:** 15/03/2022 **Last Updated:** 15/03/2022 **Group ID:** 14888.

323. **Name 6:** KHARCHENKO **1:** EKATERINA **2:** VLADIMIROVNA **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Харченко Екатерина Владимировна
**DOB:** 11/08/1977. **POB:** Kursk, Russia **Nationality:** Russia **Passport Number:** 731156379 **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0580 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Female **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14525.

324. **Name 6:** KHARITONOV **1:** NIKOLAI **2:** MIKHAILOVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Харитонов Николай Михайлович
**DOB:** 30/10/1948. **POB:** Rezino, Novosibirsk Oblast, Russia **Nationality:** Russia **Passport Number:** 56154 **Address:** 1 Okhotny Ryad str, Russia, 103265.**Position:** Member of the State Duma of the Russian Federation **Other Information:** (UK Sanctions List Ref):RUS0579 (UK Statement of Reasons):Member of the State Duma of Russia who voted in favour of Federal Law No. 75577-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Luhansk People's Republic" and/or Federal Law No. 75578-8 "On the ratification of the Treaty of Friendship, Cooperation and Mutual Assistance between the Russian Federation and the Donetsk People's Republic". In so doing, the member endorsed President Putin's decision to recognise the Donetsk People's Republic and the Luhansk People's Republic as independent states, thereby providing support for policies and/or actions which destabilise Ukraine and/or undermine or threaten the territorial integrity, sovereignty or independence of Ukraine. (Gender):Male **Listed on:** 11/03/2022 **UK Sanctions List Date Designated:** 11/03/2022 **Last Updated:** 11/03/2022 **Group ID:** 14524.

325. **Name 6:** KHASANOV **1:** MURAT **2:** RUSLANOVICH **3:** n/a **4:** n/a **5:** n/a.
**Name (non-Latin script):** Хасанов Мурат Русланович