# EXHIBIT E



**Planet Depos**
We Make It *Happen*™

# Transcript of Petr Aven

**Date:** December 9, 2020
**Case:** Fridman, et al. -v- Bean LLC a/k/a Fusion GPS, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Petr Aven
Conducted on December 9, 2020

1 (1 to 4)

**Page 1**

```
1           UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
3    --------------------------------x
4    MIKHAIL FRIDMAN, PETR AVEN, and    :
5    GERMAN KHAN,                       :
6              Plaintiffs              :
7         vs                  : Case No.
8    BEAN LLC a/k/a FUSION GPS, and   : 1:17-cv-2041-RJL
9    GLENN SIMPSON,                     :
10             Defendants             :
11   --------------------------------x
12
13           Oral deposition of
14               PETR AVEN
15
16         VIA VIDEO/TELECONFERENCE
17      WEDNESDAY, DECEMBER 9, 2020
18          8:08 a.m. EASTERN TIME
19
20   Job No.: 337594
21   Pages: 1 - 290
22   Reported by: Lisa V. Feissner, RDR, CRR, CLR
```

**Page 2**

```
1    A P P E A R A N C E S :
2    ON BEHALF OF PLAINTIFFS:
3        ALAN S. LEWIS, ESQUIRE
4        MATTHEW D. DUNN, ESQUIRE
5        MEREDITH B. SPELMAN, ESQUIRE
6        CARTER LEDYARD & MILBURN LLP
7        2 Wall Street
8        New York, New York 10005
9        212-732-3200
10       lewis@clm.com
11       mdunn@clm.com
12       spelman@clm.com
13
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
1    A P P E A R A N C E S (continued):
2    ON BEHALF OF DEFENDANTS:
3        JOSHUA A. LEVY, ESQUIRE
4        RACHEL CLATTENBURG, ESQUIRE
5        LEVY FIRESTONE MUSE, LLP
6        1401 K Street, NW, Suite 600
7        Washington, DC 20005
8        202-845-3215
9        jal@levyfirestone.com
10       rmc@levyfirestone.com
11
12   A L S O   P R E S E N T :
13       SAUL GAN, A/V Technician
14       VICTOR PROKOFIEV, Interpreter
15       A. STEPHEN GILLESPIE, ESQ.,
16           General Counsel, LetterOne
17       ANDREW SHARP, Levy Firestone Muse, LLP
18
19
20
21
22
```

**Page 4**

```
1              C O N T E N T S
2    EXAMINATION OF PETR AVEN              PAGE
3        By Mr. Levy                        12
4        By Mr. Lewis                      283
5
6              E X H I B I T S
7            (Attached to transcript)
8    AVEN DEPOSITION EXHIBIT              PAGE
9    1    Amended Notice of Deposition for Petr Aven   14
10   2    Amended Complaint                 14
11   3    Company Intelligence Report 2016/112   15
12   4    Subpoena for Eric Lichtblau       15
13   5    Plaintiffs' Supplemental Responses and   16
14        Objections to Defendants' First
15        Set of Interrogatories
16   6    Plaintiffs' Responses and Objections   20
17        to Defendants' First Set of Interrogatories
18   7    Excerpt of Aven v. Orbis (Day 2)   24
19        dated March 17, 2020, pages 13-16
20   8    Plaintiffs' Second Supplemental Responses   28
21        and Objections to Defendants' First Set of
22        Interrogatories
```

5

E X H I B I T S (continued)
(Attached to transcript)

| AVEN DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| 9 | Excerpt of Aven v. Orbis (Day 1) dated March 16, 2020, pages 33-36 | 45 |
| 10 | Alfa-Bank Ownership Structure | 46 |
| 11 | Plaintiff Petr Aven's Responses and Objections to Defendants' Requests for Admissions | 53 |
| 12 | Printout entitled, #375 Pyotr Aven | 67 |
| 13 | Plaintiffs' Revised Initial Disclosures | 80 |
| 14 | Valdai Club's Transcript of the Plenary Session of the 14th Annual Meeting, dated 19.10.2017 | 82 |
| 15 | Phillips Declaration Exhibit 40 | 84 |
| 16 | Excerpt of Aven v. Orbis (Day 1) dated March 16, 2020, pages 9-12 | 85 |
| 17 | Witness Statement of Petr Aven dated 02.2020 | 86 |
| 18 | Peterson Institute Event Summary, Russia in the World Economy, dated May 8, 2008 | 87 |

6

E X H I B I T S (continued)
(Attached to transcript)

| AVEN DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| 19 | BuzzFeed News article entitled, Russian Oligarchs Try Cultural Diplomacy in New York dated May 12, 2015 | 89 |
| 20 | Photo of Alexey Kuzmichev and Ed Rogers | 93 |
| 21 | Calendar printout for Secretary Paulson 5/1/2008 - 5/7/2008 | 96 |
| 22 | New York Times article entitled, Oligarchs, as U.S. Arts Patrons, Present a Softer Image of Russia, dated Oct. 7, 2019 | 98 |
| 23 | E-mail chain AC-053371 | 99 |
| 24 | E-mail chain AC-054602 - AC-054605 | 100 |
| 25 | Kennan Institute printout entitled, Wilson Center to Honor Petr Aven and Susan Carmel Lehrman, dated Oct. 21, 2015 | 103 |
| 26 | E-mail chain AC-043331 - AC-043332 | 110 |

7

E X H I B I T S (continued)
(Attached to transcript)

| AVEN DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| 27 | E-mail chain AC-045302 - AC-045303 | 113 |
| 28 | E-mail chain, top e-mail from Kempe to Burt dated 9/17/2015 | 116 |
| 29 | E-mail chain AC-045080 | 118 |
| 30 | E-mail chain ASLUND-000011 - ASLUND-000012 | 121 |
| 31 | Jewish Business News article entitled, Exclusive "No Tie" Interview with head of the Alfa Banking Holding, Petr Aven on business, childhood and friends published on Thu, Nov 19th, 2015 | 124 |
| 32 | White House WAVE files/visitor log 5/13/10, 5/12/11, and 5/17/12 | 127 |
| 33 | E-mail chain AC-010356 | 128 |

8

E X H I B I T S (continued)
(Attached to transcript)

| AVEN DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| 34 | FIFA article entitled, Alfa-Bank unveiled as First-ever Regional Supporter for the FIFA World Cup, dated 18 Jul 2016 | 132 |
| 35 | Politico magazine article entitled, Who is Carter Page? dated September 23, 2016 | 133 |
| 36 | Fortune Magazine article entitled, Meet the Russian Bank with Ties to Donald Trump dated November 2, 2016 | 140 |
| 37 | Deposition of Pyotr Aven dated June 4, 2002 | 144 |
| 38 | Gaidar Forum printout for Expert Events featuring Petr Aven | 147 |
| 39 | Alfa Group Supervisory Board bio printout of Petr Aven PDDC00008297 | 148 |
| 40 | Yale University Office of the President, President's Council on International Activities | 149 |

**Page 9**

E X H I B I T S (continued)

(Attached to transcript)

AVEN DEPOSITION EXHIBIT                                        PAGE

41   Russia Direct article entitled, An upstart        153
     that plays up its ties to the establishment
     dated Jun 14, 2013

42   Council on Foreign Relations, Russia and the      157
     West: A Historical Perspective
     dated October 25, 2017

43   The Russian Presidential Elections, Hearing       158
     Before the Subcommittee on European Affairs
     of the Committee on Foreign Relations,
     United States Senate, One Hundred Sixth Congress,
     Second Session, dated April 12, 2000

44   Excerpt of Aven v. Orbis (Day 2)                  170
     dated March 17, 2020, pages 61-80

45   McLarty website bio on Richard Burt               181
     dated August 11, 2016

**Page 11**

E X H I B I T S (continued)

(Attached to transcript)

AVEN DEPOSITION EXHIBIT                                        PAGE

52   Excerpt of Putin's People, How The KGB Took       241
     Back Russia And Then Took On The West
     by Catherine Belton

53   Excerpt of Boris Berezovsky,                      248
     The Art Of The Impossible

54   Excerpt of Godfather Of The Kremlin, The          260
     Decline of Russia in the Age of Gangster
     Capitalism, by Paul Klebnikov

55   The Guardian article entitled, Putin urged        274
     to apply the Pinochet stick,
     dated 30 Mar 2000

**Page 10**

E X H I B I T S (continued)

(Attached to transcript)

AVEN DEPOSITION EXHIBIT                                        PAGE

46   U.S. Department of Justice, Report On The         187
     Investigation Into Russian Interference In The
     2016 Presidential Election, Volume I of II,
     Special Counsel Robert S. Mueller, III
     dated March 2019

47   Transcript of Videotaped Deposition of            216
     Pyotr Aven dated June 4, 2002
     PDDC00008584 - PDDC00008696

48   Excerpt of Putin's Kleptocracy,                   221
     Who Owns Russia?, by Karen Dawisha

49   Excerpt of Aven v. Orbis (Day 2) dated            224
     March 17, 2020, pages (attached out of order):
     25-28, 45-60, and 33-36

50   Excerpt of First Person, An Astonishingly         228
     Frank Self-Portrait by Russia's
     President Vladimir Putin

51   Lithuania Tribune article entitled, Putin's       235
     Russia. The dangerous illusion of independent
     and western oligarchs, dated June 19, 2015

**Page 12**

P R O C E E D I N G S

(The Interpreter was duly sworn by the court reporter to translate the proceedings herein from English into Russian and from Russian into English to the best of his ability.)

(Unless indicated otherwise, all questions and answers are through the Interpreter.)

PETR AVEN,

having been first duly sworn by the court reporter, was examined and testified through the Interpreter as follows:

EXAMINATION

BY MR. LEVY:

Q   Good afternoon, Mr. Aven.  My name is Joshua Levy.  I represent the defendants in this case, Glenn Simpson and Bean LLC.  I will be asking you questions today.  If at any time you need to take a break, please let me know.

**A   Thank you.**

Q   For the record, we are holding this deposition remotely because of the pandemic, and we are all in separate rooms.

13

1     Mr. Aven, is anyone else in the room with you?
2     A   Yes.  With me in the room are Victor
3  Prokofiev, our interpreter, and Stephen Gillespie from
4  LetterOne.
5     Q   If anyone else comes into the room at any
6  time, please let me know.
7     A   I will.
8     Q   Other than the documents that we provided to
9  your counsel last -- yesterday, are you looking at
10  anything other than that and the computer screen in
11  front of you?
12    A   No.
13    Q   Today I'd like you to answer all questions by
14  yourself.  Do not look to anyone or anything else for
15  help in answering questions.
16    A   Agreed.
17    Q   While we are on the record, do not communicate
18  with any counsel besides --
19       (Reporter interruption.)
20    Q   While we are on the record today, do not
21  communicate with anyone else besides me.  This includes
22  not checking e-mail, text messages, or any other forms

14

1  of communication.
2     A   Good.  Agreed.
3     Q   Please turn to document 1.
4        MR. LEVY:  We'll include this as Exhibit 1.
5        (Exhibit Aven-1 marked for identification and
6  attached to the transcript.)
7        THE WITNESS:  Is this the first bundle and tab
8  number one?
9  BY MR. LEVY:
10    Q   Correct.  Did you receive this notice?
11    A   I think so, yeah.
12    Q   Are you here today pursuant to this notice?
13    A   I think so, yes.
14    Q   Turn to document number 2.
15       MR. LEVY:  We're going to enter this as
16  Exhibit 2.
17       (Exhibit Aven-2 marked for identification and
18  attached to the transcript.)
19  BY MR. LEVY:
20    Q   This is the Amended Complaint.  Did you file
21  this lawsuit, Mr. Aven?
22    A   Yes.

15

1     Q   Turn to document number 3, please.
2        MR. LEVY:  This will be Exhibit 3.
3        (Exhibit Aven-3 marked for identification and
4  attached to the transcript.)
5  BY MR. LEVY:
6     Q   Does your lawsuit refer to this document as
7  Company Intelligence Report 112 or CIR 112?
8     A   Yes, that's the one.
9     Q   Turn to document number 101.
10       MR. LEVY:  This will be Exhibit Number 4.
11       (Exhibit Aven-4 marked for identification and
12  attached to the transcript.)
13  BY MR. LEVY:
14    Q   This document is a subpoena served on Eric
15  Lichtblau.  If you turn to page 3 in the PDF of the
16  document and go to paragraph number 29, please.
17       THE INTERPRETER:  Sorry, Mr. Levy, which
18  bundle are you referring to?  Because we do not seem to
19  have 101.  Unless it's volume 3.
20       MR. LEVY:  It's volume 3.  I don't know how
21  your counsel organized the documents that we sent to
22  you.

16

1        THE INTERPRETER:  Okay, 101.
2     A   Yes.  Bear with me.  I just need to read it.
3        Yes, I've read it.
4     Q   For purposes of today's deposition, when I ask
5  about Alfa, I'm going to be referring to all of the
6  companies listed here in paragraph 29 and their
7  predecessors, unless I ask you a question about a
8  specific entity such as Alfa-Bank or LetterOne.
9        Does that make sense?
10    A   It makes perfect sense.
11    Q   In this lawsuit, are you alleging that
12  statements in CIR 112, Exhibit 3, defamed you?
13    A   Definitely, yes.
14    Q   Turn to document number 5, please.
15       MR. LEVY:  This will be Exhibit Number 5.
16       (Exhibit Aven-5 marked for identification and
17  attached to the transcript.)
18       THE WITNESS:  First volume again?
19  BY MR. LEVY:
20    Q   Yes.  These are Plaintiffs' Supplemental
21  Responses to Defendants' First Set of Interrogatories.
22  If you could turn to page 2.  You'll see that these are

Transcript of Petr Aven
Conducted on December 9, 2020

17

1  your responses to interrogatory number 2.
2      A   Bear with me.  I need to read this, if I may.
3          Yes, I've read it.
4      Q   Please turn to the second to the last page of
5  this document bearing your signature or what appears to
6  be your signature.
7      A   This is my signature.
8      Q   Does that mean you reviewed the response to
9  interrogatory number 2 here and swore to its accuracy
10 under penalty of perjury?
11     A   I believe that whatever I affixed my signature
12 under is true.
13     Q   So then there are three statements in CIR 112
14 that you are alleging defamed you?
15     A   There may be more.  There may be more.  We are
16 mainly focusing on the three statements.  However, all
17 the statements contained therein we believe are of a
18 defamatory nature.
19     Q   In your response to interrogatory number 2,
20 you only list three statements.  Was this not a complete
21 answer?
22     A   It was our lawyer's advice, and we are

18

1  focusing on three statements only.
2      Q   Is the first statement --
3      A   Having said that, this does not annul the fact
4  that all the statements contained in that document are
5  of a defamatory nature.  It's just a question of the
6  extent to which they are defamatory.
7      Q   In this lawsuit, are you only seeking recovery
8  for the defamation to you from these three statements?
9      A   Yes, and I'm happy to list those.  The first
10 one is the so-called exchange of favors with Mr. Putin.
11 The second one is bribes.  And the third one is the
12 alleged interference in the presidential campaign.
13     Q   So that's not exactly what your responses to
14 interrogatories say.  And let me just clarify this for
15 the record.
16         The first statement you appear to allege
17 defamed you on page 2 is, quote, Russia/U.S.
18 Presidential Election:  Kremlin-Alfa Group Cooperation.
19         Are you alleging that that statement defamed
20 you?
21     A   That's exactly the third point that I was
22 referring to, and that was our cooperation in the -- in

19

1      what is described as illegal interference in the
2      presidential campaign.  That's exactly what I was
3      referring to.
4      Q   So you're alleging that this statement that I
5  read to you defamed you?  Yes or no?
6      A   Yes.
7      Q   Yes or no, did the statement, Significant
8  favors continued to be done in both directions,
9  primarily political ones for Putin and business/legal
10 ones for Alfa, defame you?
11     A   Correct.
12     Q   Number 3, yes or no, did the statement as
13 follows defame you?  Quote, During the 1990s, Govorun
14 had been head of government relations at Alfa Group, and
15 in reality the driver and bag carrier used by Fridman
16 and Aven to deliver large amounts of illicit cash to the
17 Russian president, at that time deputy mayor of St.
18 Petersburg.  Given that and the continuing sensitivity
19 of the Putin-Alfa relationship, and need for plausible
20 deniability, much of the contact between them was now
21 indirect and entrusted to the relatively low profile
22 Govorun.

20

1      A   So the question was whether this is
2  slanderous?
3      Q   Whether you're alleging that this statement
4  defamed you, yes or no.
5      A   Yes.
6      Q   Please turn to document 4.
7          MR. LEVY:  We'll make this Exhibit 6.
8          (Exhibit Aven-6 marked for identification and
9  attached to the transcript.)
10 BY MR. LEVY:
11     Q   These are your Answers to Interrogatories.  If
12 you would turn to page 3, please.  I'm sorry, page 13.
13     A   Page 13?
14     Q   Yes.  You'll see your response to
15 interrogatory number 3.
16         THE INTERPRETER:  Mr. Levy, Mr. Aven was just
17 asking whether you're referring to tab 4, which will now
18 be known as Exhibit 6, sir.
19     Q   Correct.
20     A   Thank you.
21     Q   Is your answer to interrogatory number 3
22 accurate and complete, Mr. Aven?

21

1    A   I need to read this, if I may.
2        (Reporter interruption.)
3    A   Is this interrogatory number 3, sir?
4    Q   Yes.
5    A   Yes, this is accurate, and I affixed my
6    signature hereunder.
7    Q   Can you turn to page 14, please. And look at
8    the third paragraph. In this paragraph, you state that,
9    On January 10, 2017, BuzzFeed, which had received a copy
10   of CIR 112, published the contents of CIR 112 on the
11   Internet, along with an article entitled, These Reports
12   Allege Trump Has Deep Ties to Russia. Upon information
13   and belief, BuzzFeed received the Dossier from
14   defendants or somebody who obtained it from defendants.
15   A   Yes.
16   Q   Is the January 10, 2017 BuzzFeed publication
17   the first time you learned about CIR 112?
18   A   I do not recall exactly, but what I do
19   remember is that it was in January 2017. That's when it
20   came to my attention that that was the case.
21   Q   Okay. Turn to page 13, please. The first
22   paragraph in your response to interrogatory 3 states

22

1    that, In September and October of 2016, defendants
2    published and arranged for Christopher Steele to publish
3    the contents of CIR 112 to members of the print and
4    online media, including the New York Times, the
5    Washington Post, CNN, and Yahoo! News.
6    A   Yes. That's what it says.
7    Q   How did you learn of that information?
8        MR. LEWIS: Objection.
9        Oh, I'm sorry. Please translate the question,
10   and then I will articulate my objection.
11       THE INTERPRETER: (Rendering interpretation.)
12       MR. LEWIS: Objection to the extent that
13   the -- on privilege grounds to the extent that the
14   answer would call for the witness to describe what he
15   learned from counsel.
16   Q   Please answer the question.
17       THE WITNESS: Can I answer?
18       MR. LEWIS: The witness -- I'm directing the
19   witness not to describe what he learned from counsel.
20   So I think that the question is proper only to the
21   extent that it is modified to exclude what he learned
22   about this from sources other than counsel.

23

1    A   I do not remember very well. I do not have a
2    very good recollection of this information or of this
3    entire story. Therefore, I'm not sure I can answer that
4    one. What I do recall exactly is that this whole
5    episode came to my attention in early 2017.
6    Q   The second paragraph in your answer to
7    interrogatory number 3, do you see that, sir? It
8    begins, In October 2016. Do you see that?
9    A   Again, I do not recall exactly where that
10   information came to me.
11   Q   Paragraph number 3, how did you learn the
12   information in paragraph number 3?
13       MR. LEWIS: Same objection to all of these
14   questions; that is, the witness is directed not to
15   answer the question to the extent that any of this
16   information was learned, you know, by him from counsel,
17   was communicated by counsel. So we're interpreting all
18   of these questions to ask him apart from what he learned
19   from counsel, what he knows about the -- to answer your
20   questions.
21   A   I do not recall where that information came to
22   me from.

24

1    Q   Please turn to page 14 and go to the top
2    paragraph, which is the fourth paragraph of your
3    response.
4        How did you learn of the information in this
5    paragraph, if not from counsel?
6    A   As I mentioned in reference to the previous
7    paragraphs, I do not recall exactly where that
8    information came from.
9    Q   Other than filing lawsuits, Mr. Aven, did you
10   make any efforts to correct what you viewed as false
11   information in CIR 112, Exhibit 3?
12   A   So far as I can recall, we had been issuing
13   proceedings against Mr. Steele in London. And apart
14   from that, the answer is no.
15   Q   Okay. Can you turn to page 103. I'm sorry,
16   not page 103, document 103.
17       MR. LEVY: This is Exhibit 7.
18       (Exhibit Aven-7 marked for identification and
19   attached to the transcript.)
20       THE WITNESS: So I understand this is a
21   transcript of our hearings against Mr. Steele.
22   BY MR. LEVY:

25

1    Q   This is your testimony in Aven v. Orbis, the
2  trial that took place in the UK earlier this year.  And
3  if you go to the last page of the document, you'll see
4  page 14 in the minuscript, line 5.
5    A   There are four pages on this page, sir, right?
6  And the one you're interested in is number 14, correct?
7    Q   Correct.
8    A   Line 5, you said, sir?
9    Q   Yes.  I'm just going to read it to you so that
10 you don't have to read it yourself.  The lawyer in the
11 case asks you:
12      Question:  This is one of your documents that
13 you have disclosed in this case.  It's an e-mail just
14 after the -- at the time of the BuzzFeed publication
15 from somebody called Stuart Bruseth, who is director of
16 communications at LetterOne; yes?
17      Answer:  Yeah.
18    A   Yes.
19    Q   What is the e-mail to Stuart Bruseth that you
20 disclosed at the UK trial?
21    A   I do not recall that.
22      MR. LEWIS:  Objection.

26

1    A   I do not recall that.
2    Q   In 2017, did you have ways to tell the public
3  that CIR 112 was, in your view, false?
4      MR. LEWIS:  Objection to form.  "Ways" is
5  vague.
6    A   I do not believe that we had other ways to do
7  that that would be comparable with the ways that the
8  other party has used.
9    Q   Did you have the ability to put out a press
10 release?
11     MR. LEWIS:  Objection to form.  "Ability"?
12    A   Theoretically, yes.  It's open to anyone to
13 issue a press release.
14     (Reporter interruption.)
15    A   It's open to anyone.  Anyone can issue a press
16 release.
17    Q   Do you, Alfa, or LetterOne have public
18 relations vendors that you, Alfa, or LetterOne pay for?
19     MR. LEWIS:  Objection to form, compound.  It
20 asked about him, Alfa, and LetterOne.  Is the question
21 whether any of those three, you know --
22     MR. LEVY:  Any or all.

27

1    A   I personally do not have a press service or
2  press department.
3    Q   What about Alfa or LetterOne?
4    A   Yes.  They do.  But the memorandum was not
5  about Alfa; it was personally about us.
6    Q   Did you reach out to Vladimir Putin or any
7  other Russian government official to clarify the record
8  on CIR 112?
9    A   Never.
10    Q   Has Vladimir Putin ever publicly stated that
11 CIR 112 is false?
12     MR. LEWIS:  Objection to form.  What -- the
13 question assumes that the witness is aware of everything
14 that Vladimir Putin has publicly stated.  So if you
15 reframe it to focus on his awareness, I'd appreciate
16 that.
17    Q   Do you know if Vladimir Putin has ever
18 publicly stated that CIR 112 is false?
19    A   I've never heard anything about that.
20    Q   Do you know if any other Russian government
21 official has ever publicly stated that CIR 112 is false?
22    A   I've never heard about that.

28

1    Q   After CIR 112 went online, did Vladimir Putin
2  continue to meet with you?
3    A   Yes.
4    Q   Turn to document number 6, please.  These are
5  the second supplemental responses of the plaintiffs to
6  defendants' interrogatories.
7      MR. LEVY:  We'll mark this Exhibit 8.
8      (Exhibit Aven-8 marked for identification and
9  attached to the transcript.)
10 BY MR. LEVY:
11    Q   Can you turn to page 11, please.  In response
12 to interrogatory number 20, you said you are seeking,
13 quote, presumed damages and general damages for harm to
14 your reputation and for emotional harm in amounts to be
15 proven at trial, but more than $75,000, together with
16 interest and the costs and disbursements of this action,
17 plus reasonable attorneys' fees.
18      Is that it?
19    A   I signed this.
20    Q   Are you not claiming that you lost any money
21 because of the alleged defamatory statements?
22    A   We did incur indirect loss of a monetary

29

1  nature, but it says what it says here.
2      Q   So you're not seeking recovery for that
3  financial loss; is that correct?
4      A   For me, this is much more an emotional and
5  distress-related story rather than financial.
6      Q   And again, just yes or no, are you claiming --
7  strike that.
8          Yes or no, are you seeking recovery for
9  financial loss in this case?
10     A   No.
11     Q   Yes or no, are you claiming that you lost any
12 business clients in this case?
13     A   We have lost clients, but this is not the
14 subject matter of the suit that we have brought.
15     Q   So you're not claiming or seeking recovery for
16 any loss of business clients, correct?
17         MR. LEWIS: Objection, asked and answered.
18 He's just told you that's correct.
19     A   I gave you my answer.
20     Q   And yes or no, are you seeking recovery for
21 any lost investments in this lawsuit?
22     A   No.

30

1      Q   If you look at the last sentence of your
2  response to interrogatory 20 at page 12, it appears you
3  are breaking that harm that you're seeking or alleging
4  down into three categories: damage to your reputation,
5  the effect of the statements on your personal
6  relationships, and emotional stress.
7          Is that correct?
8      A   Yes.
9      Q   Did the alleged defamation cause you any other
10 category of harm than what you've stated here?
11         MR. LEWIS: Objection to form. I think the
12 question is whether he's alleging any other category of
13 harm in this lawsuit.
14     A   No, not in this lawsuit.
15     Q   If you look at page 11 of the same document
16 and go to the second to last line, you stated that the
17 alleged defamatory information, quote, affected how
18 people viewed, regarded, or treated you, end of quote.
19         I just want names, but please list those
20 people for me.
21     A   I would not like to name any names, as there
22 are quite a few of those.  The last well-known and

31

1  highly publicized case was Anders Aslund of the Atlantic
2  Council who had been my friend for 30 years who then
3  stopped any dealings with me.
4      Q   Is there any other relationship for which
5  you're seeking recovery in this lawsuit?
6      A   My relations with a large number of people,
7  including in particular in the United States, have
8  suffered.
9      Q   Can you name any of those relationships?
10     A   No.  These are personal relationships.
11 Therefore, I will not be listing the names.
12     Q   How did Mr. Aslund communicate to you that he
13 was discontinuing his relationship with you because of
14 CIR 112?
15     A   In one of our telephone conversations, he
16 mentioned that in view of the information that had been
17 made public, he was discontinuing our relationship.  And
18 then he also published a couple of articles where he
19 lists our names as the so-called oligarchs.
20     Q   When did the initial phone call take place
21 that you just referenced?
22     A   I don't recall.  It was definitely after the

32

1  publication.
2      Q   What year?
3      A   Most likely I would say in 2017 or 2018.
4      Q   You don't know if it was 2017 or 2018?
5      A   I don't recall.
6      Q   Did Mr. --
7      A   The publications that I'm referring to were
8  issued quite recently.
9      Q   Did Mr. Aslund send you an e-mail or a letter
10 or any kind of writing telling you that he was going to
11 change his relationship with you because of CIR 112?
12     A   I don't think so.
13         MR. DUNN: Josh, could you just wait 30
14 seconds before your next question?  I believe
15 Mr. Levy -- I'm sorry, Mr. Lewis has been bounced out of
16 the --
17         MR. LEVY: Why don't we take a five-minute
18 break, just so we're not losing on-the-record time.
19         MR. DUNN: Okay.  Thank you.  Thank you very
20 much.
21         (Recess from 8:54 a.m. until 9:04 a.m.)
22         MR. LEVY: We can go back on the record now?

33

1      MR. LEWIS:  Yes.
2  BY MR. LEVY:
3      Q   Mr. Aven, when Mr. Aslund called you in 2017
4  or 2018, did he specifically state that CIR 112 was the
5  reason as to why he was going to change his relationship
6  with you, and not anything else such as the article in
7  Slate from October 2016 about the Alfa server and the
8  Trump server?
9      A   He was referring by and large, in general, to
10 the information that surrounded us.
11     Q   Did he get specific?
12     A   Not to the best of my recollection.
13     Q   Did he mention CIR 112?
14     A   I don't recall.
15     Q   Can you turn to Exhibit 8 -- this is document
16 6 -- to page 12.  Same document we were in.  And if you
17 go to the bottom of the page, you'll see footnote 1.
18 There you have named two people with knowledge about
19 harm to you.  Those two people are Ed Rogers and Richard
20 Burt.
21         In this response, why didn't you name Aslund?
22     A   Up until most recently, I did not want to name

34

1  any names at all, except that Mr. Aslund published a few
2  articles where he made reference to myself and to
3  Alfa-Bank, and that's why I decided to refer to that.
4  But before that -- and there was a publication that was
5  made somewhere in the United States with respect to an
6  attempt on his part to gain money from us.
7      Q   So if you look at the next page of this
8  document, where you've signed it, it says October 14,
9  2020.
10     A   Yes.
11     Q   Are you saying that as of October 14, 2020,
12 you didn't have knowledge of harm to your relationship
13 with Mr. Aslund?
14     A   I did not realize that as clearly as it became
15 clear to me most recently after those publications were
16 out.
17     Q   Did those publications come out after October
18 14, 2020?
19     A   The last one was two weeks ago.
20     Q   You did not supplement this response, did you?
21     A   No, I did not.
22     Q   How did the alleged defamatory information

35

1  damage your reputation?
2      A   As I previously mentioned, quite a number of
3  people discontinued their relations with me, and also, I
4  received like a million telephone calls from people
5  asking me about the details of the story.
6      Q   And did you tell them that the details were
7  incorrect?
8      A   I told them that it was total drivel, it was
9  slanderous.  And many of them understood that that was
10 the case, and they were quite empathetic.  They showed
11 sympathy to us.  Then there were others who did not
12 realize that.
13     Q   Is there anyone other than Mr. Aslund who fell
14 into that latter category?
15     A   Definitely, yes.
16     Q   Can you name them?
17     A   I also answered that question previously.
18 It's a personal relationship and one that I would not
19 like to refer to.
20     Q   Did any of these publications cause you
21 emotional stress?
22     A   Definitely, yes.  The BuzzFeed publication

36

1  became the most high profile and the most well-known of
2  all, and it definitely caused me distress and suffering.
3      Q   Did you seek medical attention for your
4  emotional stress?
5      A   My wife is a physician.  She's an M.D.
6      Q   Did she prescribe any medicine for you?
7      A   I definitely had problems with hypertension.
8      Q   And did she -- what was the treatment?
9      A   I keep taking about five types of medication
10 until this day today, per day.
11     Q   Did you begin taking that medication before
12 January 2017?
13     A   Over the past two years, I increased the
14 doses.
15     Q   When did you originally get that prescription
16 for that treatment?
17     A   Originally, I got that treatment prescribed
18 about ten years ago, but over the past two years, the
19 situation has become way worse.  Two to three years, it
20 has become way worse.
21     Q   Ere you diagnosed with hypertension ten years
22 ago?

37

1    A   The trend was there. Some problems of a
2  medical nature I already had ten years ago.
3    Q   After January 2017, did you seek medical
4  attention for hypertension from someone who wasn't your
5  wife?
6    A   Yes.
7    Q   Do you have medical bills that you paid?
8    A   Definitely.
9    Q   Are there medical records from those doctor
10 visits?
11   A   Definitely, yes.
12   Q   You've not produced those documents in this
13 case. Is there a reason for that?
14   A   I'm sitting on a pile of documents. I'm more
15 than happy to make them available should the need arise.
16 And that involves several countries, including the UK,
17 the United States, and Russia.
18   Q   Are you seeking recovery for your medical
19 bills in this case?
20   A   I'm not.
21   Q   Did you suffer depression after CIR 112 was
22 published?

38

1    A   Hypertension is one of the ways that
2  depression expresses itself.
3    Q   Were you depressed?
4    A   Well, if my blood pressure went up, that was
5  definitely the effect of mood swings.
6    Q   Are there medical records that reflect the
7  diagnosis of hypertension being caused by your learning
8  of the BuzzFeed publication?
9    A   No, of course not.
10   Q   Did you experience loss of sleep after the
11 BuzzFeed article came online?
12   A   Yes. I no longer slept as well as I used to.
13   Q   And how long did that loss of sleep occur?
14   A   This whole story involving the slanderous
15 allegations is still with me. It keeps haunting me. So
16 it's an ongoing effect that I'm experiencing.
17   Q   Have you seen a psychologist to address this
18 emotional stress you're claiming?
19   A   No. We don't have that practice in Russia.
20 That's not really par for the course in Russia to do
21 that.
22   Q   So you haven't seen a psychologist?

39

1    A   No.
2    Q   You live in the UK right now, correct?
3    A   No. I would say 50/50, or maybe even I spend
4  more time in Russia than here.
5    Q   So how many houses do you have in the UK, sir?
6    A   One.
7        MR. LEWIS:  Objection. Objection. Harassing,
8  relevance, number of houses he has in the UK, I -- it's
9  obtrusive for no conceivable reason related to the case.
10   Q   Have you had any loss of confidence as a
11 result of the publication of CIR 112?
12   A   Definitely not.
13   Q   Have you been unable to go to work because of
14 the publication of CIR 112?
15   A   No, of course not.
16   Q   Have you had trouble with your personal
17 intimate relationships because of CIR 112?
18       MR. LEWIS:  Objection. Objection, obtrusive.
19 No such claim has been made.
20       (Reporter interruption.)
21   A   The answer is "no." No problem on the
22 intimate relations front.

40

1    Q   Did you stop attending social events because
2  of CIR 112?
3    A   No.
4    Q   What does Richard Burt know about harm to you
5  personally as a result of any of these publications
6  you're alleging?
7    A   I would not discuss that with him. He knows
8  about the publication, but it's a question, I believe,
9  which is better asked of Rick Burt.
10   Q   You listed him as a witness as someone with
11 knowledge of the harm to you. What is your knowledge of
12 what he would testify about your harm?
13   A   I don't know. He definitely knows about the
14 publication. He knows about us. Now what he knows
15 about our internal sufferings, I'm not in a position to
16 tell you.
17   Q   What does Ed Rogers know about harm to you as
18 a result of the alleged defamation, to your knowledge?
19   A   The same that I've just said about Rick Burt
20 goes for Ed Rogers.
21   Q   What's the name of the doctor who prescribed
22 medicine for your hypertension?

41

1     A   I definitely can.
2     Q   What's the name of the doctor?
3         MR. LEWIS:  Objection.  We won't do this on
4  this deposition.  If you want to make a request, you'll
5  direct it to me, and we'll deal with it off of this
6  deposition.
7     Q   Are you claiming -- you're claiming relief for
8  the hypertension you say you experienced, Mr. Aven?
9     A   I've already said that I'm not.
10    Q   You're not?  Okay.
11        Let's go to the first statement that you say
12 defamed you.
13        Before we do, I just want to be very clear.
14 Did you suffer any other harm from the alleged
15 defamation that you have not told me about today?
16        MR. LEWIS:  Objection to form.
17        (Reporter interruption.)
18        MR. LEVY:  I will rephrase the question.
19    Q   Mr. Aven, are you claiming harm from any of
20 these statements -- strike that.
21        Are you seeking recovery for any harm you've
22 not discussed today?

42

1     A   All our claims are contained in the documents
2  before us, in the lawsuit that we brought.
3     Q   Meaning the document number 6, Exhibit 8, the
4  second supplemental responses?
5     A   I'm referring to the -- interrogatory number
6  20: Reputation, emotion, and the rest of it.
7     Q   And in addition to that, what you've told me
8  today at this deposition, correct?
9         MR. LEWIS:  Objection to -- objection to --
10        (Reporter interruption.)
11    A   We are not demanding -- we're not seeking any
12 recovery apart from what is set out in the document.
13    Q   Turn now back to the first defamatory
14 statement, Russia/U.S. -- strike that.
15        Turn back to the first alleged defamatory
16 statement.  Quote, Russia/U.S. Presidential Election:
17 Kremlin-Alfa Group Cooperation.
18        THE INTERPRETER:  Which document is that, sir?
19 Mr. Aven is asking which document you're referring him
20 to, sir.
21    Q   Sure.  That's in the document 5.  This is
22 Exhibit 5 as well, the first supplemental responses to

43

1  interrogatories.
2     A   Yes, I can see it now.  So are you referring
3  to paragraph 2 then?  Interrogatory 2?
4     Q   Interrogatory 2, the first paragraph, there's
5  the sentence, Russia/U.S. Presidential Election:
6  Kremlin-Alfa Group Cooperation.
7     A   Yes, I can see it now.  Thank you.
8     Q   How does that statement defame you personally?
9     A   It says here that the entity that I'm
10 connected with interfered in the U.S. presidential
11 election.  This is a very serious allegation.
12    Q   How does this statement concern you if it
13 doesn't mention you at all?
14    A   It's in the public domain.  It's public
15 knowledge that I'm one of the founders and one of the
16 owners of Alfa.  And also, further on in that document,
17 you can see my name mentioned multiple times.
18 Therefore, logically, one can draw the conclusion that
19 this is the same.
20    Q   So you're saying that the inclusion of Alfa in
21 this statement refers to you?
22    A   Yes.  In an indirect -- not expressly; in an

44

1  indirect way.
2     Q   Did you produce any of your Alfa-Bank e-mails
3  in the UK lawsuit that you filed?
4     A   I don't think so.
5     Q   Did you produce any (inaudible)?
6         (Cross-talk.)
7     A   I really don't recall.
8     Q   Did you produce any of your LetterOne e-mails
9  in your UK lawsuit?
10    A   I definitely did not do that.
11    Q   Did you use any of your Alfa documents to
12 support your claims in your UK lawsuit against Orbis?
13        MR. LEWIS:  Objection to form.
14        Please, after the interpreter finishes
15 interpreting the question, pause so that I can
16 articulate my objection before Mr. Aven answers it.
17        THE INTERPRETER:  Thank you.
18        (Rendering interpretation.)
19        MR. LEWIS:  My objection is to the phrase
20 "your Alfa documents."  Alfa documents aren't his.
21    Q   Did you use -- I'll rephrase the question.
22        Did you use any Alfa documents to support your

Transcript of Petr Aven

12 (45 to 48)

Conducted on December 9, 2020

45

1  claims in the UK lawsuit that you filed against Orbis,
2  including e-mails from your e-mail account at Alfa?
3  **A   I did not disclose any e-mails.**
4  Q   Did you use Govorun's employment records at
5  Alfa to support your claims in the UK lawsuit?
6      (Reporter interruption.)
7  **A   No one asked me about that. But I did ask for**
8  **information to be made available to me with respect to**
9  **the time that he spent with us.**
10 Q   Turn to --
11 **A   Because personally, I have never met him.**
12 Q   Turn to document number 104.
13     MR. LEVY: We'll call this Exhibit 9.
14     MR. LEWIS: I'm sorry, which document number?
15     MR. LEVY: 104.
16     (Exhibit Aven-9 marked for identification and
17 attached to the transcript.)
18 BY MR. LEVY:
19 Q   This is more of the transcript from Aven
20 versus (inaudible) UK trial from March 16, 2020.
21 **A   Is this the one that contains pages from 33**
22 **through to 36, sir?**

46

1  Q   Yes. And if you go to page 35, you'll see
2  that Mr. Tomlinson, one of the attorneys in the case,
3  says, Mr. Govorun didn't start working for Alfa-Bank
4  until 1997. Again, there can be no doubt about that.
5  Your Lordship has his personnel file.
6      Did -- end of quote.
7      Do you know who produced that personnel file
8  in your UK litigation against Orbis?
9  **A   I don't know.**
10 Q   Turn to document 77.
11     MR. LEVY: We'll mark this Exhibit 10.
12     (Exhibit Aven-10 marked for identification and
13 attached to the transcript.)
14 BY MR. LEVY:
15 Q   This is a document from the Alfa-Banking
16 Group's website. It says Alfa-Banking Group has seven
17 beneficial owners, and you are one of them; is that
18 correct?
19 **A   That is correct.**
20 Q   It says Mr. Fridman owns 32.86 percent; is
21 that correct?
22 **A   Yes.**

47

1  Q   It says Mr. Khan owns 20.96 percent; is that
2  correct?
3  **A   Yes, correct.**
4  Q   By the way, what's the correct pronunciation
5  of his first name?
6  **A   Like in Russian, you mean?**
7  Q   Sure.
8  **A   German.**
9      THE INTERPRETER: There has to be an H after
10 G, sir, for you not to pronounce the "German." So it's
11 "German" or "German" in Russian.
12     MR. LEVY: Thank you.
13 Q   And Mr. Aven, in English, is your name spelled
14 P-E-T-R, or are there other spellings of it?
15 **A   You can find a thousand different documents**
16 **where the spelling will be different. In my Russian**
17 **domestic passport, the name is spelled P-E-T-R.**
18 Q   But it can also be found as P-Y-O-T-R?
19 **A   Correct.**
20 Q   And sticking with this document, Exhibit 10,
21 it also says that you own 12.4 percent of Alfa-Banking
22 Group; is that correct?

48

1  **A   Correct.**
2  Q   So is it true that you, Mr. Fridman, and
3  Mr. Khan collectively own over 66 percent of the
4  Alfa-Banking Group?
5      MR. LEWIS: Objection to form, "collectively."
6  Is the question whether you add the numbers on this
7  document together for the three of them, you get the
8  number that you're asking about?
9  Q   Do the three of you combined own over 66
10 percent of Alfa-Banking Group?
11 **A   Well, if you look at the math here, that's**
12 **what it says here.**
13 Q   You're familiar with the October 2016 Slate
14 article about the Alfa server communicating with the
15 Trump server, correct?
16 **A   Yes, I'm familiar with that.**
17 Q   And you're familiar with the October 2018 New
18 Yorker article about the Alfa server communicating with
19 the Trump server in 2016?
20 **A   Yes.**
21 Q   Did you seek to make a correction or release a
22 statement to The New Yorker?

49

1    A   That was the bank. That was Alfa-Bank that
2  was doing this. I did not.
3    Q   Alfa-Bank released a statement to The New
4  Yorker?
5    A   I do not recall. But I wouldn't rule that
6  out. It is possible.
7    Q   Are you sure it wasn't the Slate or The New
8  Yorker articles that caused Mr. Aslund to see you
9  differently?
10   A   I'm sure because the server allegations were
11 of a purely technical nature, and in terms of the
12 magnitude of the effect that they had, they were
13 incomparable with the statements that we're looking at.
14   Q   Is that your analysis, or is that what
15 Mr. Aslund said to you?
16   A   It is my analysis. I also spoke with
17 Mr. Aslund in 2016, and the problem did not arise at
18 that time. Even though it happened after the -- so far
19 as I can recall, it happened after the server story.
20   Q   When in 2016 did you speak with Mr. Aslund?
21   A   I do not recall exactly, but it was definitely
22 after the server story. A long time after the server

50

1  story appeared.
2    Q   What did you discuss?
3    A   I have already -- I have already referred to
4  what he said to me, and he said that the noise -- the
5  background noise that surrounds this interferes with his
6  relationship with me.
7    Q   That's what he said in 2016 on the phone with
8  you?
9        MR. LEWIS: Objection, mischaracterizes the
10 witness's --
11       (Cross-talk.)
12       MR. LEWIS: Sorry, go ahead.
13   A   (Speaking Russian.)
14       MR. LEWIS: Well, wait, stop, stop. So we
15 need to have a an approach here, after the interpreter
16 answers [sic] the question, stop for a moment so that if
17 I have an objection, I can articulate it before Mr. Aven
18 begins to answer the question.
19       So my objection here is that the question
20 mischaracterizes the witness's previous testimony by
21 describing a particular conversation with Mr. Aslund
22 having taken place in 2016.

51

1    Q   Mr. Aven, I'm asking you what you discussed
2  with Mr. Aslund in 2016 on the phone.
3    A   I do not recollect. At that time we had
4  normal dealings between us and normal discussions.
5    Q   But you don't recall why he called you or you
6  called him in 2016?
7    A   Whatever we discussed had some bearing on the
8  Russian economy by and large, always.
9    Q   Did you call him, or did he call you?
10       MR. LEWIS: Objection, form. When?
11 Q   In 2016.
12   A   I don't recall.
13       MR. LEWIS: Is the premise of the question
14 that they had one conversation in 2016?
15 Q   Mr. Aven --
16       (Cross-talk.)
17   A   I really don't recall. There's no way I can
18 recollect this sitting here today.
19   Q   Between the time that Slate published its
20 article in October 2016 and January 2017, how many phone
21 conversations did you have with Mr. Aslund?
22   A   I do not recollect.

52

1    Q   Do you recall calling him in that time period?
2    A   Of course, not. It was three years ago. Who
3  possibly can recall that?
4    Q   Do you recall him calling you in that time
5  period?
6    A   There is no way one can remember exactly who
7  got on the phone to whom four years ago.
8    Q   Did he call your cell phone?
9    A   I don't recall that either.
10   Q   Do you know if you used your cell phone to
11 call him?
12       THE INTERPRETER: I'm sorry, say it again,
13 sir?
14   Q   Did you use your cell phone to call him in
15 that period?
16   A   We spoke sometimes two to three times per
17 year. There's no way I can recall exactly what I did
18 when.
19   Q   Turn if you would to the -- back to document
20 5, Exhibit 5. You see the statement, Significant favors
21 continued to be done in both directions, primarily
22 political ones for Putin and business/legal ones for

53

1  Alfa.
2       How does this statement defame you?
3       THE INTERPRETER:  Sorry, sir.  Where is that
4  in the document, please?
5       MR. LEVY:  Page 2.
6    **A   We did not render any favors or reciprocal**
7  **favors to each other, let alone political ones.**
8       Q   In this lawsuit, you're not challenging that
9  this statement, as it applied to events before 2016,
10 defamed you; is that correct?
11   **A   This statement in general is of a slanderous**
12 **and totally unjustified nature.  However, in this**
13 **particular instance, we are referring to the time period**
14 **that we list here.**
15      Q   And is that 2016?
16   **A   Yes, that's what it says here.**
17      Q   Can you turn to document number 10.
18      MR. LEVY:  We'll call this Exhibit 11.
19      (Exhibit Aven-11 marked for identification and
20 attached to the transcript.)
21      (The witness and interpreter conferred in
22 Russian.)

54

1       THE INTERPRETER:  Is it General Objections,
2  sir?
3       MR. LEVY:  These are the responses to requests
4  for admissions.
5  BY MR. LEVY:
6       Q   If you could turn to page 9 of that document.
7       THE INTERPRETER:  Sorry, sir.  I have -- under
8  10 I have General Objections, and you said page 9 of
9  this document?
10      MR. LEVY:  Yes.
11      Q   In response to request for admission number
12 21, you say, quote, To the extent a response is
13 required, (inaudible) denies that the statement is
14 modified temporarily -- I'm sorry --
15      THE INTERPRETER:  Sorry, sir.  Mr. Aven -- and
16 the interpreter, by the way -- are both confused.  Which
17 paragraph are you referring to?
18      MR. LEVY:  The top paragraph at the top of
19 page 10.
20      THE INTERPRETER:  At the top of page 10,
21 response to request 21, Plaintiff objects to the phrase
22 "claiming."

55

1       Is that the one?
2       MR. LEVY:  Yes.  If you look at the last
3  sentence of that paragraph beginning, To the extent.
4       THE INTERPRETER:  Okay, got it.  Thank you.
5       Q   It says, To the extent a response is required,
6  plaintiff denies that the statement, if modified
7  temporally to be limited to allegations about conduct
8  preceding January 1, 2016, is challenged in this
9  defamation action.
10      Are you --
11   **A   I'm not sure I understand what it says here.**
12 **So what's your question, sir?**
13      Q   This is your response.  Are you conceding that
14 this statement as applied to events before January 1,
15 2016 is true?  And by "this statement," I'm talking
16 about the statement in CIR 112 that begins, Significant
17 favors.
18      THE INTERPRETER:  Sorry, sir.  You broke up at
19 the very beginning of the sentence.  Could you repeat,
20 please?
21      MR. LEVY:  Sure.
22      Q   This response to RFA number 21 is in reference

56

1  to the statement in CIR 112, Significant favors
2  continued to be done in both directions, primarily
3  political ones for Putin and business/legal ones for
4  Alfa.
5       Through this response to RFA number 21, are
6  you conceding that this statement beginning "significant
7  favors" as applied to events before January 1, 2016 is
8  true?
9    **A   Well, to begin with, any reference to any**
10 **alleged exchange of favors between ourselves and Putin**
11 **at any point in time whatsoever is contrary to truth.**
12 **But in this particular lawsuit, we are referring to a**
13 **specific time frame.**
14      Q   If you go back to document number 5, please,
15 which is also Exhibit 5.  And turn to page 3.
16      (Reporter interruption.)
17      Q   Mr. Aven, do you see the excerpted statement
18 from CIR 112 about Mr. Govorun?
19   **A   Yes.**
20      Q   How do those two --
21   **A   Yes.  Let me just read it, sir.**
22      (The witness and interpreter conferred in

57

1  Russian.)
2       THE INTERPRETER:  Mr. Aven is asking me to
3  translate it, if I may, if that's okay.
4       (Rendering interpretation.)
5    **A   So what's the question, sir?**
6    Q   How do these statements defame you?
7    **A   It says here, in so many words, that I'm a**
8  **criminal because I'm paying the money.  What else could**
9  **you construe this as?**
10   Q   Did Mr. Govorun work at Alfa?
11   **A   Yes.**
12   Q   How do you know that?
13   **A   When I read this statement, I made an inquiry**
14 **with our HR department.**
15   Q   And what did you learn from the HR department?
16   **A   That he had been head of a department in the**
17 **bank.**
18   Q   Did the HR department send you any
19 documentation showing his employment?
20   **A   No.  I got that information orally.  They told**
21 **me what his position had been and where he had worked.**
22 **But, of course, they do have supporting documentation**

58

1  for that.
2    Q   Do you recall who at the HR department you
3  contacted?
4    **A   It would have been lead number one in the**
5  **department.  Having said that, I do not recall that**
6  **exactly.**
7    Q   Did you need anyone's permission to call that
8  person?
9    **A   I do not need any permission if I need to**
10 **obtain that information for my purposes as -- as in my**
11 **capacity as chairman of the bank.**
12   Q   Have any of the (inaudible)?
13      (Reporter interruption.)
14   Q   Have any of your companies been accused of
15 breaking the law?
16   **A   I do not recall any such instances.**
17   Q   Have you ever been accused of breaking the
18 law?
19      MR. LEWIS:  Objection to form.  My objection
20 to the use of the word "accused" is, it seems to imply a
21 charge by a charging authority, a criminal charge.  If
22 that's what you mean by it, then I think the question is

59

1  fine.  But if you mean something different by it, then
2  you should clarify it.
3    Q   Please answer the question.
4    **A   I have never been subject of any criminal**
5  **investigation at all throughout my life.**
6    Q   Are you familiar with the Department of
7  Justice's investigation in the United States of
8  VimpelCom for bribery in Uzbekistan?
9    **A   I heard about that.**
10   Q   And is it the case that Altimo owns a
11 percentage of VimpelCom?
12   **A   It used to hold an equity stake in that**
13 **company at that time.**
14   Q   In 2016?
15   **A   I don't recall.**
16   Q   Did the U.S. Justice Department ever ask to
17 speak with you for its investigation into VimpelCom?
18   **A   I have nothing to do with VimpelCom apart from**
19 **the fact that Altimo used to hold a stake in VimpelCom.**
20 **Therefore obviously no one asked me.**
21   Q   What's your -- what was your relationship with
22 Altimo in 2016?

60

1    **A   I was one of the shareholders.**
2    Q   What percentage did you own?
3    **A   Less than my stake in the bank, definitely.**
4    Q   More than 5 percent?
5    **A   If my memory serves me right, it was about 7**
6  **percent.**
7    Q   Have you ever been arrested?
8    **A   Never.**
9    Q   Have you ever been interviewed by any criminal
10 investigators?
11      MR. LEWIS:  Objection.  Objection.  Has he
12 ever been interviewed by any criminal investigators?  I
13 think your question assumes that you and he have the
14 same understanding of who is a criminal investigator.
15   Q   Answer the question, please.
16   **A   I was once answering questions in the course**
17 **of an examination within the framework of a criminal**
18 **case that dealt with allegations of bribery in the**
19 **ministry which I was the head of.**
20   Q   When was that?
21   **A   In 1992.**
22   Q   Is that the commission that relied on the

61

1  Kroll report?
2        THE INTERPRETER: The commission that?
3        MR. LEVY: Relied on the Kroll report,
4  K-R-O-L-L.
5     **A  No, no, it had nothing to do with that.**
6     Q   Was it the Sal'ye commission?
7     **A  No, there was no criminal case there.**
8     Q   What was the criminal case that you're
9  describing?
10    **A  There were some allegations with respect to**
11 **bribery being paid; someone was caught red-handed, and**
12 **questions were asked of me.**
13        **I do not even recall those people. I do not**
14 **know their names. I was just explaining what those**
15 **people were doing within the ministry.**
16    Q   Was this a Russian government investigation?
17    **A  Yes, by the Russian police.**
18    Q   Do you know if there was a memorandum written
19 of your testimony in that investigation?
20    **A  I am not aware of any, and no one ever asked**
21 **me any further questions after that.**
22    Q   Was there ever a written report of that

62

1  investigation that you're aware of?
2     **A  I know nothing about that. And mind you, that**
3  **was 30 years ago.**
4     Q   Have you been interviewed by any other
5  criminal investigator?
6     **A  I don't think so.**
7     Q   Did the U.S. Special Counsel, Robert Mueller,
8  and his team interview you?
9        MR. LEWIS: Objection. Before the witness
10 answers -- objection. Calls for the witness to divulge
11 information which is subject to the Grand Jury
12 privilege.
13    **A  I did answer questions to the Mueller**
14 **commission.**
15    Q   When did that take place?
16    **A  It would have been in 2018, I think, or maybe**
17 **'19. Or maybe 2018, perhaps.**
18    Q   Did you provide any documents to the Office of
19 the Special Counsel?
20    **A  No.**
21    Q   Did you provide a proffer from your attorney
22 to the Office of the Special Counsel in writing?

63

1        MR. LEWIS: Objection. Objection. The
2  question calls for the witness to divulge information
3  potentially subject to the Grand Jury privilege. He
4  should not answer.
5     **A  I'm not answering.**
6        MR. LEVY: Just for the record, Federal Rule
7  of Criminal Procedure 6(e)(2)(A) provides that, quote,
8  No obligation of secrecy may be imposed on any person
9  except in accordance with Rule 6(e)(2)(B), end of quote.
10       And Rule 6(e)(2)(B) does not list Grand Jury
11 witnesses or their counsel. They are not subject to
12 Rule 6(e) secrecy.
13       MR. LEWIS: So Mr. Levy, we're not going to
14 have a oral argument over issues here today that are
15 already presented to the District Court. So you've
16 taken your position on these issues; we've taken ours.
17 We don't have a ruling yet.
18       So not only do the questions call for the
19 witness to divulge privileged information, but they also
20 call for a number of arguments that have been made and
21 are pending before the Court.
22       MR. LEVY: We're stating our disagreement for

64

1  the record. And I would also note that our disagreement
2  is over documents, not testimony in a deposition.
3     Q   Did your counsel provide an affidavit to the
4  Office of Special Counsel, Mr. Aven?
5        MR. LEWIS: Same objection.
6     **A  I'm following the advice by my counsel, and**
7  **I'm not answering.**
8     Q   Do you know what the Special Counsel was
9  investigating?
10    **A  I think I do. An alleged conspiracy between**
11 **the Russian and the U.S. governments.**
12    Q   Has any other law enforcement agency asked you
13 for information about a criminal investigation anywhere
14 in the world?
15    **A  I don't think so.**
16    Q   Sir, are you a billionaire?
17       THE INTERPRETER: Sorry, say it again?
18    Q   Are you a billionaire?
19    **A  That's what people believe is the case.**
20    Q   Is that the case?
21    **A  I think so.**
22    Q   Do you agree that you're portrayed as a

65

1  billionaire in the Western press?
2      **A   Is your question with respect to whether I**
3  **agree that I'm a billionaire, with the fact that I'm a**
4  **billionaire, or with the fact that this is how I'm**
5  **portrayed in the media?**
6      Q   Does the Western press portray you as a
7  billionaire?
8      **A   It does.**
9      Q   Have you ever challenged that
10 characterization?
11     **A   No.**
12     Q   Have you allowed the press to write stories
13 about your wealth, your art collections, your mansions?
14         MR. LEWIS: Objection. Objection to the use
15 of the word "allowed" in that question. I don't know
16 what that means.
17     **A   No one referred to my wealth, and I have**
18 **absolutely no problem with people picturing my art**
19 **collection because this is Russian art, and I stand by**
20 **it, and I take pride in this.**
21     Q   Do you have the largest private collection of
22 Russian art in the world?

66

1      **A   Yes.**
2      Q   Does it include works by Kandinsky and
3  Chagall?
4      **A   Yes.**
5      Q   You purchased all of those works of art
6  yourself, correct?
7      **A   Yes.**
8      Q   You've been to Washington, D.C. several times,
9  sir, correct?
10     **A   25, maybe 30 times.**
11     Q   Have you seen the Henry Moore sculpture
12 outside the Hirshhorn Museum in Washington?
13     **A   Yes.**
14     Q   You have a Henry Moore sculpture on your front
15 lawn; isn't that correct?
16     **A   Yes.**
17     Q   Isn't it true that your net worth has
18 increased substantially since the publication of
19 CIR 112?
20     **A   No, that's not true.**
21         (Cross-talk.)
22     **A   It's at about the same level as it used to be.**

67

1      Q   Can you turn to document 27.
2          MR. LEVY: We'll call this Exhibit 12.
3          (Exhibit Aven-12 marked for identification and
4  attached to the transcript.)
5  BY MR. LEVY:
6      Q   This document is a document from Forbes
7  magazine. It states at the top, Number 375, Pyotr Aven.
8  And then the second page, it says that your net worth as
9  of March 2016 was $4.6 billion. Is that roughly
10 correct?
11     **A   Roughly, yes.**
12     Q   And the next page, it says that in March of
13 2017, your net worth remained $4.6 billion.
14     **A   Correct.**
15     Q   And on the page after that, it says that in
16 March 2018, your net worth was $5.1 billion; is that
17 correct?
18     **A   That is correct.**
19         (In English.) Correct.
20     Q   Counsel for record in this lawsuit
21 representing you is the law firm of Carter Ledyard; is
22 that right?

68

1      **A   Yes.**
2      Q   I'm not asking any questions about legal
3  advice you received, but are there any other law firms
4  or lawyers advising you on this lawsuit?
5      **A   I only deal with Alan.**
6      Q   Mr. Gillespie isn't advising you on this
7  lawsuit?
8      **A   No. For all practical purposes, no.**
9      Q   He's in the room today with you, sir, correct?
10     **A   Yes, but he represents the company.**
11     Q   Are there lawyers from other law firms
12 advising you on this lawsuit?
13     **A   De facto, I only work with Alan.**
14     Q   What are your e-mail addresses? Can you list
15 them for me, please?
16     **A   Paven@alfabank.ru. That's the only one.**
17     Q   That's the only one?
18     **A   There is the other one, but that one I only**
19 **use for my pursuits related to the movie industry and**
20 **things like that. And that's paven@gmail.com.**
21     Q   Do you have an e-mail address at LetterOne?
22     **A   Yes, but I've never used it.**

69

1    Q    What is it?
2    A    I don't recall.
3    Q    Is the Alfa-Bank e-mail address your primary
4    e-mail address?
5    A    Yes.
6    Q    Did you produce any of those e-mails for this
7    litigation?
8    A    No.
9         MR. LEWIS:  Objection.
10        MR. LEVY:  I'll rephrase it.
11   Q    Did you produce any e-mail from that account
12   in this litigation?
13   A    I don't think so.
14        MR. LEWIS:  Objection.
15        Before the witness answers, as we all know,
16   the production of entity documents is the subject of a
17   dispute that's pending before the Court.  The record is
18   clear that the plaintiffs have not produced documents
19   that belong to the company, including company e-mails.
20   You've objected to that.  You've raised the issue, and
21   it's before the Court.
22        I don't think we're going to have a further

70

1    discussion in this deposition about those issues that
2    we've (inaudible) --
3         (Cross-talk.)
4    Q    Mr. Aven, did you instruct Alfa not to make
5    your Alfa-Bank e-mails available to you for this
6    litigation?
7         THE INTERPRETER:  Sir, Mr. Aven -- before you
8    asked the question, Mr. Aven was wondering whether it
9    would be possible to have a comfort break for five
10   minutes.
11        MR. LEVY:  That's fine.  We can break now.
12        (Recess from 10:14 a.m. until 10:23 a.m.)
13        MR. LEVY:  Back on the record.
14   BY MR. LEVY:
15   Q    Mr. Aven, did you instruct Alfa not to make
16   your Alfa-Bank e-mails available to you for this
17   litigation?
18   A    No, I did not.  No one asked me.
19   Q    Did you make any effort to obtain these
20   documents from Alfa (inaudible) lawsuit?
21   A    No.
22   Q    Did you make any collective effort with your

71

1    co-plaintiffs to obtain the Alfa documents for this
2    litigation?
3         MR. LEWIS:  Objection.  My objection is, it's
4    not clear whether the efforts you're asking him about
5    include the efforts made by his counsel.
6         (Cross-talk.)
7         MR. LEVY:  Alan, you can't testify for your
8    client.  I've allowed a lot of speaking objections, but
9    there's a limit to this.
10        MR. LEWIS:  Well, Josh, but when you say, did
11   you make any efforts, you can interpret that as whether
12   he personally made any efforts or whether he made them
13   through counsel.
14        MR. LEVY:  That's for him --
15        (Cross-talk.)
16        MR. LEWIS:  And if you want to learn from him
17   what he knows about efforts, you should be clearer.
18   That's my objection.
19        MR. LEVY:  That's for him to say.
20   A    I'm not aware of any discussion with respect
21   to any documents at all.  So there was no discussion.
22   Q    If you, Mr. Fridman, and Mr. Khan sought to

72

1    oppose a decision at Alfa, did you have the authority,
2    with your --
3         THE INTERPRETER:  Sir, sorry, can you repeat
4    that?  It keeps breaking up.
5         MR. LEVY:  Yeah, I'm waiting for the noise to
6    die down in the boardroom.
7    Q    Given the fact that you, Mr. Fridman, and
8    Mr. Khan collectively own over 66 percent of Alfa, do
9    you have the authority to oppose a decision at Alfa as a
10   threesome, a troika?
11   A    Of course not.
12   Q    Are you the chairman of the board of directors
13   of ABH Holdings?
14   A    Yes.
15   Q    Richard Burt sits on the board of LetterOne,
16   does he not?
17   A    Yes.
18   Q    Did you ask Richard Burt to obtain access to
19   your LetterOne documents for this lawsuit?
20   A    Never.
21   Q    Andrei Kosogov is on the board of Alfa-Bank
22   and LetterOne, correct?

**73**

1    A    Yes.

2    Q    Did you ask him to obtain access to your

3 documents at Alfa-Bank or LetterOne for this lawsuit?

4    A    No, and I did not ask anyone else either.

5    Q    Including Alexey Kuzmichev?

6    A    Correct.

7    Q    Ryan Junck at Skadden is your personal lawyer,

8 correct?

9         MR. LEWIS:  Objection.

10   A    He mainly works --

11        (Cross-talk.)

12        MR. LEWIS:  So when I say "objection," and the

13 interpreter then interprets, then I will articulate my

14 objection before Mr. Aven answers the question.

15        So my objection to your asking about whether

16 Mr. Junck is his personal lawyer is potentially

17 misleading because you don't make it clear with the

18 question whether you're asking whether Mr. Junck is his

19 personal lawyer in connection with this case or some

20 other legal matter.

21        You've already established, through your

22 previous questions, that he only speaks to me and my

**74**

1 firm to represent him in this case.

2    Q    Mr. Aven, did Ryan Junck at Skadden represent

3 you before the Special Counsel?

4    A    Skadden did work for us, and Ryan was part of

5 the team.

6    Q    Did Ryan Junck present a proffer to the

7 Special Counsel on your behalf?

8         MR. LEWIS:  Objection.

9         Now the interpreter will interpret the

10 question, and then I will articulate the objection

11 before Mr. Aven answers.

12        THE INTERPRETER:  (Rendering interpretation.)

13        MR. LEWIS:  Objection.  Objection, directing

14 the witness not to answer on the ground of Grand Jury

15 secrecy.

16   A    I already refused to answer those questions

17 which you have already asked, and I will not be

18 answering this one either.

19   Q    You know that Ryan Junck and Skadden also

20 represent Alfa and Richard Burt in this lawsuit?

21   A    I know about Alfa-Bank, but I know nothing

22 about Richard Burt.

**75**

1    Q    Have you written Mr. Junck or anyone at

2 Skadden to ask them for your documents at Alfa so that

3 you could produce them in this case?

4    A    No.

5         MR. LEWIS:  Objection.  The witness has

6 counsel, as has already been made clear to you in

7 multiple ways and in multiple forums.  It was handled

8 through counsel.  But he shouldn't be discussing what he

9 knows from counsel.  But you know that that request was

10 made by me for him to the company's counsel.  I don't

11 think we need to belabor that.

12   Q    Do you typically carry a smartphone with you?

13   A    Yes.

14   Q    Do you have it with you today?

15   A    Yes.

16   Q    Does it belong to you?

17   A    I think it may belong to Alfa-Bank, but I'm

18 not sure.

19   Q    Are you able to use it without asking

20 permission from Alfa or LetterOne?

21   A    Yes.

22   Q    Do you receive e-mails and text messages on

**76**

1 your phone?

2    A    Of course.

3    Q    What apps on the phone do you use to

4 communicate?

5    A    I use WhatsApp, and that's it.

6    Q    Do you use Signal or Slack?

7    A    No.

8    Q    Anything else?

9    A    I have Telegram installed on the smartphone,

10 but I don't use it.

11   Q    What efforts did you make to get access to the

12 information on your smartphone for use in this

13 litigation?

14        MR. LEWIS:  Objection.  My objection is the

15 same one that I just articulated, which is, as you

16 already know, that all of that was handled through

17 counsel.

18   Q    Do you have an assistant who sends e-mail on

19 your behalf?

20        COURT REPORTER:  Counsel, I'm sorry.  I just

21 want to point out that we did not get an answer on the

22 record to the last question.

77

1      MR. LEVY:  That's okay.
2    Q    Do you have an assistant who sends e-mail on
3  your behalf?
4    A    Yes.
5    Q    What is that person's name?
6    A    The name is Olga Dubova.
7    Q    Do you have any other personal assistants who
8  send e-mail on your behalf?
9    A    Yes.  Victoria Shatalava [ph].  But very, very
10  rarely.
11    Q    And when did you -- strike that.
12        When did Ms. Dubova begin e-mailing on your
13  behalf?
14    A    I would say since 1991, ever since e-mails
15  came into existence.
16    Q    And who employs Ms. Dubova?
17    A    Alfa-Bank.
18    Q    Are you able to ask Ms. Dubova to send an
19  e-mail on your behalf without asking permission from
20  anyone else?
21    A    Yes.
22    Q    Does she schedule personal travel for you?

78

1    A    Yes.
2    Q    Does she schedule personal meetings for you?
3        MR. LEWIS:  Objection to form.  Use of the
4  word "personal" is confusing.
5        Are you asking the witness whether she
6  schedules meetings that are purely personal as in
7  unrelated to -- for any business purpose?
8        MR. LEVY:  Yes.
9        MR. LEWIS:  Or just sort of personally, does
10  she schedule meetings?
11    Q    Does she schedule nonbusiness meetings for
12  you?
13    A    No.
14    Q    Can ABH Holdings make decisions for Alfa-Bank?
15    A    No.
16    Q    Did you receive a request to preserve
17  documents from your counsel in this matter?
18    A    I don't recall that.
19    Q    Did you preserve documents for this litigation
20  (inaudible)?
21        (Cross-talk.)
22        THE INTERPRETER:  I'm sorry, sir --

79

1        MR. LEWIS:  Objection to form, "preserve."
2  Are you asking whether he destroyed any documents?
3        MR. LEVY:  No.  I'm asking --
4        MR. LEWIS:  That's the opposite of
5  preservation.
6    Q    Did you take steps to preserve documents for
7  this litigation?
8    A    No.  All Alfa-Bank mailing system is preserved
9  by Alfa-Bank, always.
10    Q    Did you take steps to preserve your personal
11  documents that are not at Alfa-Bank or LetterOne?
12    A    For all practical purposes, no.  It disappears
13  whenever it has to disappear.
14    Q    Did you destroy documents before or after you
15  filed this lawsuit?
16    A    No, never.  Definitely not.
17    Q    When you received a request for documents from
18  the defendants in this case, did you take steps to
19  preserve documents?
20    A    By definition, all the documents that are with
21  them, the Alfa-Bank electronic mailing system, are
22  preserved within that system indefinitely.

80

1    Q    In preparing for your deposition today, what
2  e-mails did you review?
3        MR. LEWIS:  Objection.
4        Before the witness answers, please.
5        Objection.  The question potentially calls for
6  the witness to divulge privileged communications because
7  your question can encompass documents that he reviewed
8  with counsel.  If you're asking whether he reviewed any
9  documents unconnected with preparation by counsel,
10  that's a proper question.  But just be clear about that.
11    Q    Please answer the question.
12    A    I will follow the advice of my counsel, and I
13  will not respond.
14    Q    What documents are you using to show falsity
15  in this case?
16    A    I did not prepare any documents specifically
17  at all.
18    Q    Can you turn to document 9, which we will call
19  Exhibit 13.
20        (Exhibit Aven-13 marked for identification and
21  attached to the transcript.)
22        THE INTERPRETER:  So it's number 9, which will

81

1  be called Exhibit 13, sir, right?
2      MR. LEVY:  Correct.  These are Plaintiffs'
3  Revised Initial Disclosures.
4  BY MR. LEVY:
5      Q    And I'd like you to turn to page 11.  You'll
6  see the last sentence of the middle paragraph in that
7  page, and it says --
8      (Cross-talk.)
9      THE INTERPRETER:  Say that again, sir.  There
10  was some overspeaking here.
11      Q    On page 11, the middle paragraph, last
12  sentence -- I'll read it to you.  It says, Plaintiffs
13  have limited documents that will be used to support
14  their claims, which are generally located and are being
15  preserved in London, England by representatives for
16  plaintiffs.  These materials relate primarily to the
17  falsity of the defamatory allegations.
18      Do you see that?
19      **A    I've read it, yes.**
20      Q    What documents are referenced here?
21      **A    I was not dealing with documents at all.**
22  **Therefore I don't know.  That was something that was**

82

1  **handled by our lawyers, and the document is signed by**
2  **our lawyers.**
3      Q    So inasmuch as you did not produce them, you
4  don't know why you've not produced these documents?
5      **A    I believe that to the extent that these are**
6  **Alfa-Bank documents, they may contain commercial secrets**
7  **or client information, and they were not disclosed on**
8  **that basis.  And of course, there's a clear distinction**
9  **that needs to be drawn between myself, my colleagues on**
10  **the one hand, and Alfa-Bank on the other.**
11      Q    Are you planning on using documents that you
12  believe are confidential to support your claims in this
13  lawsuit?
14      **A    No.  Not thus far.**
15      Q    Are you a Russian oligarch?
16      **A    Definitely not.**
17      Q    Can you turn to document 28, please.
18      MR. LEVY:  We'll call this document Exhibit
19  14.
20      (Exhibit Aven-14 marked for identification and
21  attached to the transcript.)
22  BY MR. LEVY:

83

1      Q    This is from the Valdai Club website.  And if
2  you turn to page 3 --
3      THE INTERPRETER:  Sorry, which page was that,
4  sir?
5      MR. LEVY:  3.
6      Q    On October 19, 2017, at a meeting of the
7  Valdai discussion club, Russian President, Vladimir
8  Putin, made a speech and said the following, which is
9  quoted on this page.
10      (Inaudible) Putin, quote, I looked at Petr
11  Aven and remembered our oligarchs.  In closing, I will
12  tell you a wonderful story.  An oligarch has gone
13  bankrupt.  Not Aven.  He's doing fine.  We will talk
14  about the development of Alfa Group yet.  But such
15  things happen.
16      Was Vladimir Putin incorrect?
17      MR. LEWIS:  Objection to form.  Incorrect
18  about what?
19      Q    Answer the question, please.
20      **A    Mr. Putin is being facetious and deeply ironic**
21  **when he uses the term "oligarch."  If there were any**
22  **oligarchs around at all, he would not be saying so.**

84

1      Q    Were you present at that speech?
2      **A    Yes, of course.**
3      Q    Can you turn to document 88, please.
4      MR. LEVY:  We'll mark this as Exhibit 15.
5      (Exhibit Aven-15 marked for identification and
6  attached to the transcript.)
7  BY MR. LEVY:
8      Q    This is an article from Moscow News dated July
9  22, 1994, and if you turn to the last page, the Moscow
10  News reported here, quote, To become a millionaire in
11  our country, it is not at all necessary to have a good
12  head and specialized knowledge, says Aven, who is now
13  the president of the Alfa-Bank.
14      Quote, Often, it is enough to have active
15  support in the government, the parliament, local power
16  structures and law enforcement agencies.  One fine day
17  your insignificant bank is authorized, for instance, to
18  conduct operations with budgetary funds.  Or quotas are
19  generously allotted to a company which is in no way
20  connected with production for the export of oil, timber
21  and gas.  In other words, you are appointed a
22  millionaire, as someone put it very aptly, end of quote.

85

1    Were you misquoted in that article, Mr. Aven?
2    A   This is absolutely correct.
3    Q   You see that the Moscow News spelled Alfa-Bank
4 A-L-P-H-A?
5    A   It's a mistake.
6    Q   Did you seek a correction?
7    A   No.
8    Q   Does Vladimir Putin solicit economic advice
9 from you?
10   A   The only purpose behind the meetings that we
11 have is to discuss macroeconomics and the situation in
12 the banking sector.
13   Q   Can you turn to document 78, please.
14   MR. LEVY:   We'll call this Exhibit 16.
15   (Exhibit Aven-16 marked for identification and
16 attached to the transcript.)
17 BY MR. LEVY:
18   Q   Turn to the last page.  This is more of the
19 transcript from your UK litigation against Orbis.
20   A   I can see that, yes.
21   Q   If you look at minuscript page 11, your lawyer
22 told the Court, quote, Mr. Aven is an internationally

86

1 renowned economist who for a time was a government
2 minister under President Yeltsin in the 1990s and indeed
3 was very closely involved in the liberalization of the
4 Russian economy.  And President Putin values his views
5 on economics because of his standing as an economist,
6 and he meets with President Putin from time to time and
7 they discuss banking and economics, end of quote.
8    Was your lawyer correct?
9    A   Absolutely correct.
10   Q   Turn to document number 11.
11   MR. LEVY:  And make this Exhibit 17, please.
12   (Exhibit Aven-17 marked for identification and
13 attached to the transcript.)
14 BY MR. LEVY:
15   Q   This is your witness statement in the UK case.
16 If you turn to page 7, paragraph 35, the last sentence,
17 you state, quote, I knew there would be many people who
18 would find it easy to believe that a Russian businessman
19 was corrupt, end of quote.
20   Is that correct?
21   A   Yes.
22   Q   Since you founded LetterOne or co-founded

87

1 LetterOne, what have you done to enhance your public
2 image in the West?
3    A   I don't think we did much.  We did not pursue
4 any special campaigns to that effect.
5    Q   Turn to document 18, please.
6    MR. LEVY:  We'll mark this Exhibit 18.
7    (Exhibit Aven-18 marked for identification and
8 attached to the transcript.)
9    THE WITNESS:  Is this my lecture?
10 BY MR. LEVY:
11   Q   You tell me.
12   A   Is it under tab 18, sir?
13   Q   Yes.  It appears to be a lecture that you and
14 Mr. Fridman gave at the Peterson Institute in
15 Washington, D.C. on May 8, 2008.  Is that correct?
16   A   Yes.  I delivered the talk.
17   Q   Why was it helpful to speak at the Peterson
18 Institute in 2008?
19   MR. LEWIS:  Objection to "helpful."
20   A   This is what I do.  I'm a professional
21 economist.  I'm interested in matters of economics.  I
22 deliver talks.  I give lectures in lots of different

88

1 fora, and I am interested in economics, and it was of
2 great interest to me to deliver a talk before Peterson
3 Institute, which is an institution which is held in high
4 regard.  There is absolutely no self-promotion involved
5 here per se.
6    Q   Is it helpful to Alfa and you when you make a
7 speech like this?
8    A   Given Russia's reputation out there, it simply
9 goes to demonstrate that we are different in a way, and
10 different for the better.
11   Q   Different from whom?
12   A   You have just quoted from Moscow Times, sir.
13 I have said that there are lots of corrupt people in
14 Russia.  We have always insistently stayed away from
15 corruption.  We have not been involved in any corruption
16 or in any criminal activity.
17   Q   Did anyone help you arrange to have this
18 speech made at the Peterson Institute?
19   A   I do not recall who was or was not giving
20 assistance with respect to that lecture, but I have
21 given a lot of talks in different institutions, and I do
22 not recall this one, whether it was organized by anyone.

89

1    Q    On May 11, 2015, did you attend an event at
2    the Neue Galerie in New York City, N-E-U-E?
3    **A    Yes.**
4    Q    What was that event?
5    **A    It was the launch of a joint exhibition of**
6    **both my collection and Ronald Lauder, and it dealt with**
7    **impressionism, both Russian and Western --**
8    **expressionism, Russian and Western expressionism.**
9    Q    Was Lauder present?
10    THE INTERPRETER:  I'm sorry, say it again?
11    Q    Was Mr. Lauder present?
12    **A    Of course, yes.**
13    Q    Were Mr. Fridman and Mr. Khan present?
14    **A    Yes.**
15    Q    Were members of the press present?
16    **A    Yes.**
17    Q    Which media organizations attended the event?
18    **A    I don't recall.**
19    Q    If you can go to document 20, please.
20    MR. LEVY:  We'll call this Exhibit 19.
21    (Exhibit Aven-19 marked for identification and
22    attached to the transcript.)

90

1    BY MR. LEVY:
2    Q    This is a BuzzFeed story from May 12th, 2015.
3    If you look at page 3 of this story, BuzzFeed responded,
4    quote --
5    THE INTERPRETER:  Sir, we don't have page 3.
6    We only have 1.
7    Q    Let me just read the quote to you, and then
8    you can tell me whether this reporting sounds accurate.
9    BuzzFeed reports that, quote, Addressing the small crowd
10    gathered Monday evening, Aven made no mention of the
11    Kremlin or President Vladimir Putin, or the worsening
12    relations between Washington and Moscow.  Nor did he
13    mention the strict sanctions regime that has closed the
14    West to many of his fellow wealthy countrymen, end of
15    quote.
16    Does that reporting sound accurate, Mr. Aven?
17    **A    I think so, yes.**
18    Q    According to BuzzFeed, when Mikhail Fridman
19    was interviewed, he said he felt increasing fear among
20    Western investors regarding Russia, and called the Neue
21    Galerie exhibit a, quote, way to keep communication
22    open, end of quote.

91

1    Is that description of the exhibit's purpose
2    accurate?
3    **A    I believe that any -- it would be a fair**
4    **description to say that any event pursues a multitude of**
5    **different objectives, and my objectives may have been**
6    **different.  Mine were actually different in the sense**
7    **that I was interested in showcasing my collection, my**
8    **Russian art collection, and to -- some people have said**
9    **that it went to prove that there are normal people in**
10    **Russia, and I would agree with that.  But so far as I**
11    **was concerned, the main rationale, the main idea behind**
12    **this was to showcase my collection.**
13    **By the way, Lord Browne also spoke at that**
14    **event, and he spoke about his company, L1 Energy.  For**
15    **me, once again, the main purpose behind this was to**
16    **showcase my art collection.  Mr. Lauder was there, and**
17    **his objectives might been different, for all I know.**
18    Q    BuzzFeed reported, quote, The invitations ...
19    presented the event as the launch of L1 Energy, a
20    $10 billion oil and gas group launched by two Alfa
21    colleagues, Mikhail Fridman and German Khan, end of
22    quote.

92

1    Is that reporting accurate?
2    **A    Yes.  We -- I was not a founder of that**
3    **company.  I hold stock in that company.  I hold an**
4    **equity stake in it.  The founders, in operational terms,**
5    **were Fridman and Khan.**
6    Q    Is L1 Energy headquartered or incorporated in
7    the United States?
8    **A    I don't think so.  To be honest, I do not even**
9    **know whether they have a rep office there or not.**
10    Q    Why did the launch event for L1 Energy then
11    take place in New York City?
12    **A    I believe it was just a coincidence.  It just**
13    **so happened that at one point in time Lord Browne,**
14    **Mikhail Fridman, and I found ourselves in the same**
15    **location, and it was just a happenstance.  It just so**
16    **happened that we decided to launch the event there.**
17    **They were going to launch the event in a hotel, and we**
18    **suggested we do it on -- using our platform, and that's**
19    **what we did.**
20    Q    How many people attended this event?
21    **A    I don't recall.  Some people were invited by**
22    **myself and Lauder, and those were people from the world**

93

1   of arts; and then other people were invited by the other
2   people, considering the fact that Lord Browne and other
3   people were going to discuss business matters there.
4       Q   How far in advance did invitations go out for
5   this event?
6       A   Definitely not a long time prior to the event.
7   But I do not recall how short the notice had been.
8       Q   Turn to document 64.
9       MR. LEVY:  We'll call this Exhibit 20.
10      (Exhibit Aven-20 marked for identification and
11  attached to the transcript.)
12  BY MR. LEVY:
13      Q   Is this a photo of Ed Rogers and Andrei
14  Kosogov [sic] taken at the 2015 Neue Galerie event?
15      (Cross-talk.)
16      THE INTERPRETER:  Sorry, sir, did you say
17  Kosogov or Kuzmichev?
18      MR. LEVY:  I'm sorry, Alexey Kuzmichev.
19      A   It's the first time ever that I see this.
20      Q   Is this a picture of the two of them at the
21  Neue Galerie event in New York City from May 2015?
22      A   I don't recall.

94

1       Q   Who is Ed Rogers?
2       A   Mr. Rogers works with BGR, which -- the name
3   stands for Barbour, Griffith and Rogers, a political
4   consultancy -- a political lobbying group.  And he's
5   also a former public servant in the U.S. administration.
6       Q   How long has Ed Rogers worked with you?
7       A   Not with me.  With the bank and then with
8   LetterOne, and I would say over the past 25 years or
9   something like that.
10      Q   Over the past 25 years, he's been working with
11  Alfa?
12      A   First Alfa, and then L1.
13      Q   What sort of services has BGR provided to
14  Alfa, LetterOne, and you and your partners?
15      A   Okay.  They provided consultancy services with
16  respect to the various matters in the United States of
17  America because we -- while we lived in the Soviet
18  Union, we didn't know the first thing about how things
19  worked in the U.S.  They did some introductions in the
20  U.S. administration and the Senate and the House, and
21  then they were assisting with the Alfa fellows program.
22      Q   Are the majority of your investments held

95

1   outside of the United States?
2       MR. LEWIS:  Objection.  Just the word "your,"
3   I presume you're asking him about his personal
4   investments?
5       Q   Let's start there.
6       MR. LEWIS:  So with that clarification, you
7   may answer.
8       A   I have no personal investments at all.
9       Q   In the United States?
10      A   Zero.
11      Q   Does Alfa have the majority of its investments
12  outside of the United States?
13      A   Alfa has no investments -- no foreign
14  investments at all.  L1 does.  Not Alfa.
15      Q   Does L1 have the majority of its investments
16  outside of the United States?
17      A   Of course.
18      Q   Does BGR provide any additional services to
19  you, Alfa, or LetterOne that you've not mentioned?
20      MR. LEWIS:  Objection.  The objection is that
21  the question asks about providing other services to you,
22  but that assumes a fact not in evidence.  He's already

96

1   made it clear that BGR was engaged first by Alfa, and
2   then by LetterOne.  There's no testimony that he
3   personally engaged Ed Rogers or BGR.
4       Q   Has BGR provided any additional services to
5   Alfa or LetterOne that you've not mentioned today?
6       A   I cannot recall any.
7       Q   In May of 2008, did Ed Rogers accompany you
8   and Mikhail Fridman to a meeting with U.S. Treasury
9   Secretary Henry Paulson at Secretary Paulson's office?
10      A   Yes.
11      Q   If you turn to page -- I'm sorry, document 15.
12      MR. LEVY:  And we'll call this Exhibit 21.
13      (Exhibit Aven-21 marked for identification and
14  attached to the transcript.)
15  BY MR. LEVY:
16      Q   You'll see this is a publicly available
17  document.  It's Secretary Paulson's calendar from May 6,
18  2008, and at page 2, from 12:05 to 12:20 p.m., it
19  says --
20      (Reporter interruption.)
21      Q   12:05 p.m. to 12:20 p.m., it says, quote,
22  Meeting with Mikhail Fridman, Petr Aven, Ed Rogers, Jim

Transcript of Petr Aven
Conducted on December 9, 2020

97

1  Wilkinson, Bill Murden -- M-U-R-D-E-N -- Eric Meyer,
2  Secretary's Office, end of quote.
3      What was the purpose of that meeting,
4  Mr. Aven?
5      **A   To be honest, I do not recall exactly.  I do**
6  **not believe we discussed any specific agenda.  To be**
7  **honest, I just do not recall.**
8      Q   You've donated art to museums in London and
9  New York, correct?
10     **A   Yes.**
11     Q   The Tate Modern in London?
12     **A   Tate Modern, Royal Academy.**
13     Q   The Guggenheim in New York?
14     **A   No, that's not true.  That was a mistake.**
15     Q   Any other museums to which you've donated art?
16     **A   I did not donate in the sense of gifting them.**
17 **I exhibited my works of art there.**
18     Q   When did you begin --
19         (Cross-talk.)
20     Q   Sorry, go ahead.
21     **A   In Moscow.**
22     Q   When did you begin exhibiting art in the UK at

98

1  museums?
2      **A   About seven to eight years ago, I would say.**
3      Q   Can you turn to document 113, please.
4          MR. LEVY:  This will be Exhibit 22.
5          (Exhibit Aven-22 marked for identification and
6  attached to the transcript.)
7  BY MR. LEVY:
8      Q   The New York Times article from October 2019.
9  And if you go to the bottom of page 6, the last
10 paragraph.  And I will just read this to you.
11         It says, quote, Petr Aven, for example, leads
12 one of Russia's largest banks and has contributed
13 financially to exhibitions on Russian art at the Tate
14 Modern and Royal Academy of Arts in London, where he is
15 also a trustee.  The companies he helps direct have also
16 helped underwrite exhibitions at museums like the
17 Guggenheim, end of quote.
18         THE INTERPRETER:  Sorry, sir, which paragraph
19 are you referring to?
20     **A   Alfa-Bank did sponsor an exhibition of**
21 **Malevich's art in Guggenheim, but that was not me.  So**
22 **it's a mistake.**

99

1      Q   Did you seek a correction with the New York
2  Times?
3      **A   No.**
4      Q   In May of 2015, did Richard Burt suggest that
5  you and Mikhail Fridman begin meeting with Atlantic
6  Council members?
7      **A   Possibly so.  I do not recall exactly when,**
8  **but he did.**
9      Q   Turn to document 53.
10         MR. LEVY:  We'll call this Exhibit 23.
11         (Exhibit Aven-23 marked for identification and
12 attached to the transcript.)
13 BY MR. LEVY:
14     Q   This is a May 21, 2015 e-mail from Richard
15 Morningstar to Richard Burt.  The Atlantic Council's
16 Richard Morningstar, a former U.S. ambassador, e-mailed
17 Burt on May 21, 2015 and said, quote, I would be happy
18 to meet with Lord Browne, Mikhail Fridman, and Petr Aven
19 any time, either here or in London.  Thank you very much
20 for bringing this opportunity to us, and we will do
21 whatever is necessary to follow through, end of quote.
22         Did you meet with Ambassador Morningstar in

100

1  2015?
2      **A   I would not rule it out.  Having said that, I**
3  **do not recall that.  I do not recall Morningstar.  We**
4  **did have multiple meetings with Fred Kempe, who is cc'd**
5  **here.  That I do recall.  But I do not recall anything**
6  **about Ambassador Morningstar.**
7      Q   What was the purpose of meeting Morningstar?
8      **A   They were inviting us to pursue cooperative**
9  **endeavors with them, to take part in discussions,**
10 **deliver talks and lectures, and obviously they wanted us**
11 **to sponsor them.**
12     Q   In June of 2015, were you in Washington, D.C.?
13     **A   I don't recall.  I used to spend some time in**
14 **the summer over there, but whether it was June, July, or**
15 **some other summer month, I do not remember.**
16     Q   Turn to document 32.
17         MR. LEVY:  We'll call this Exhibit 24.
18         (Exhibit Aven-24 marked for identification and
19 attached to the transcript.)
20 BY MR. LEVY:
21     Q   From the bottom of page 2 to the top of
22 page --

---

101

1      (Cross-talk.)
2      THE INTERPRETER:  Sorry, sir.  Bear with us.
3  We are still struggling to find the document.
4      Atlantic Council, right?
5      MR. LEVY:  It's an e-mail thread with the
6  Atlantic Council.
7    Q   At the bottom of page 2, continuing to the top
8  of page 3, there's a July 30, 2015 e-mail from Petr Aven
9  to Fred Kempe.  It says it's an e-mail from Olga A.
10  Dubova, quote, on behalf of Petr O. Aven, end of quote,
11  (inaudible) Fred Kempe, with a copy to Richard Burt.  It
12  is signed --
13      THE INTERPRETER:  Sorry, sir.  We're not with
14  you yet.  Mr. Aven is struggling to find this.
15      Okay, now he has.  Now he has.  Thank you.
16    Q   It is signed, quote, Best regards, Petr Aven,
17  end of quote.
18      Do you recall asking Dubova to send this
19  e-mail on your behalf?
20    A   I must have, yes.
21    Q   In this e-mail you wrote, quote, Also as we've
22  talked last time in D.C., you should receive an

---

102

1  invitation to Valdai Forum, end of quote.
2      Why did you invite the president of an
3  American think tank to attend a discussion forum in
4  Russia?
5    A   Speaking from memory, the request originated
6  from them.
7    Q   From Atlantic Council?
8    A   They paid us to invite them to attend.
9    Q   On November 3rd, 2015, did you receive the
10  Woodrow Wilson Award from the Kennan Institute?
11    A   Yes.
12    Q   What is the Kennan Institute?
13    A   It's a think tank, and bearing in mind
14  Mr. Kennan's background, it has to do with Russia.  Its
15  main focus is Russia.
16    Q   Russia/U.S. relations?
17    A   I think so, considering Mr. Kennan's
18  biography.
19    Q   Have you, Alfa, or LetterOne ever donated
20  money to the Kennan Institute?
21    A   If we had, I would have never agreed to get
22  any money from them -- I would have never accepted any

---

103

1  prizes from them, or awards.
2    Q   So do you know if you, Alfa, or LetterOne
3  donated money to the Kennan Institute?
4    A   We did not.  Once again, if we had done
5  anything along those lines, I would have never accepted
6  any awards from them because that would have been
7  immoral and unethical.
8    Q   Do you know if you, LetterOne, or Alfa donated
9  money to the Wilson Center?
10    A   No.  So far as I know, none of the entities
11  you listed have done so.
12    Q   Was the Woodrow Wilson Award awarded to you in
13  recognition of your public service?
14    A   You would have to read the exact language that
15  they used.  They called it Corporate Citizenship Award.
16  If you describe public service -- if you understand
17  public service to mean corporate citizenship, then the
18  answer is yes.
19    Q   Can you turn to document number 42, please.
20      MR. LEVY:  We'll call this Exhibit 25.
21      (Exhibit Aven-25 marked for identification and
22  attached to the transcript.)

---

104

1  BY MR. LEVY:
2    Q   This is a Wilson Center press release from the
3  Wilson Center's website.  And the announcement --
4      (Cross-talk.)
5    Q   The announcement of its award to you and
6  another individual.  And it says, quote, Petr Aven will
7  receive the Woodrow Wilson Award for Corporate
8  Citizenship for his many achievements in building
9  understanding between Russians and Americans during his
10  career as a Russian government official, his tenure at
11  Russia's largest private bank (Alfa-Bank), and for his
12  role as co-founder of the Alfa Fellowship Program, which
13  brings early career Americans to work in Russia, end of
14  quote.
15      Did you receive that announcement?
16    A   Yes.
17    Q   The Wilson Center's announcement mentions
18  your, quote, many achievements in building understanding
19  between Russians and Americans, end of quote.
20      What steps have you taken to improve
21  Americans' understanding of Russian businessmen?
22    A   I was an active participant in the

105

1  Russian/U.S. business roundtable sponsored by RAND
2  Corporation, which included a large number of major
3  American businesses.  I gave talks at their gatherings.
4      I also gave talks about Russian business in --
5  before Peterson Institute, the one that we referred to a
6  few minutes ago, and in a number of American
7  universities.
8      Q    Anything else?
9      A    Alfa Fellows was also all about business and
10 building bridges between the business communities.
11     Q    Anything else?
12     A    We took active part in the various programs
13 conducted by the Russian/U.S. Chamber of Commerce, but I
14 believe that I've listed the most salient and the most
15 prominent of those during my career outside of
16 government, because this makes reference to my
17 government service as well.
18     Q    For your Wilson Center Award on November 3,
19 2015, was there a dinner held?
20     A    Yes.  And a large one.
21     Q    How many people attended?
22     A    I was not in charge of sending out

106

1  invitations; they were.  But I would say it was a very
2  large room or large gathering, hundreds of people, a
3  hundred, two hundred, maybe more.
4      Q    Do you recall some of the people who attended?
5      A    John Browne was there.
6      Q    Anyone else?
7      A    My future wife was there.
8      Q    Anyone else?
9      A    There were lots of Americans there.  I do not
10 recall exactly, sitting here today.  There were a few
11 Russian businesspeople who just happened to be in the
12 city at that time, but I do not recall exactly who those
13 were.  Some of the people who lived there at that time.
14     Q    Was Mikhail Lesin on the guest list?
15     A    Yes.  But he was murdered the day before.
16 Therefore, obviously he did not attend.
17     Q    The day before or the day after?
18     A    I do not recall exactly, and I believe that it
19 was either on the day or the day before.  What I'm
20 absolutely certain of is that he did not attend.
21     Q    Did LetterOne put out a press release about
22 your Wilson Center Award?

107

1      A    I don't recall.
2      Q    Was this Wilson Center award dinner part of
3  your trip to Washington, D.C. to promote your book
4  Gaidar's Revolution?
5      A    It was not really at the top of my agenda.  It
6  was not the main purpose behind this.  But I did discuss
7  the book there.
8      Q    Was the book published in 2015?
9      A    I don't recall.
10     Q    This is the book, right, Gaidar's Revolution?
11     A    That's the one.
12     Q    Petr Aven and Alfred Kokh?
13     A    Yes.
14     Q    And it's sold on Amazon?
15     A    I think so.
16     Q    Anyone can buy your book here in the United
17 States, correct, whether that person lives in
18 Washington, D.C., New York, or St. Louis?
19     A    I suppose so.  I may not be the right person
20 to ask.  You are in a better position to answer that
21 question, sir.
22     Q    In your book, you reproduced an interview of

108

1  former U.S. Secretary of State James Baker, III,
2  correct?
3      A    Yes.
4      Q    How did you arrange for that interview of
5  Secretary Baker?
6      A    I had a good acquaintance of mine, a U.S.
7  lawyer, who happened to know Secretary Baker.
8      Q    Who is that?
9      A    Jim Langdon.
10     Q    Can you spell that, please?
11     A    L-A-N-G-D-O-N, Langdon.
12     Q    Was he practicing at a law firm at the time?
13     A    Yes.
14     Q    What law firm?
15     A    Akin Gump.  It was a long name.  I remember it
16 was a long name.  Akin Gump -- Akin Gump Strauss, et
17 cetera.
18     Q    Akin Gump was your counsel of record when you
19 sued CPI in Washington, D.C., correct?
20     A    Possibly so.  I don't recall, sitting here
21 today.
22     Q    Did Alfa or any of its representatives help

Transcript of Petr Aven
Conducted on December 9, 2020

109

1  arrange the Woodrow Wilson Center award?
2    **A   No.**
3    Q   On November 4, 2015, did you have a dinner
4  with David Lipton and Richard Burt?
5    **A   I do not recall, but I would not rule that**
6  **out.  It is possible.**
7    Q   Was David Lipton a White House official in
8  November 2015?
9    **A   Possibly so.  I've known him since 1991.**
10   Q   Did he host the dinner on November 4, 2015?
11   **A   I don't recall.  He was my assistant at that**
12 **time.  We had a very good rapport, and I simply don't**
13 **recall.**
14   Q   He was your assistant in 2015?
15   **A   No, no, in 1992, when I was minister in the**
16 **Russian government.  Americans had seconded people to**
17 **assist us, so people from Harvard, young economists who**
18 **helped us, and we worked with them.**
19   Q   This is when --
20   **A   Including Mr. Lipton.**
21   Q   This is when you were minister of foreign
22 economic relations for the Kremlin?

110

1    **A   Correct.**
2    Q   This November 2015 dinner with Mr. Lipton, did
3  Anders Aslund also attend it?
4    **A   I don't recall.**
5    Q   In November of 2015, were you thinking about
6  leaving the West and heading back home to Russia?
7    **A   You are beginning to ask personal questions.**
8  **For personal reasons, I was beginning to spend more time**
9  **in Russia.**
10   Q   Did you need to go home to Russia for legal
11 support from the Russian government?
12   **A   My wife had passed away shortly before that**
13 **time, and it was difficult for me to stay in London.**
14 **There were no other reasons involved.**
15   Q   Can you turn to document 33, please.
16   MR. LEVY:  We'll call this Exhibit 26.
17   (Exhibit Aven-26 marked for identification and
18 attached to the transcript.)
19 BY MR. LEVY:
20   Q   This is a November 5, 2015 e-mail from Anders
21 Aslund to others at the Atlantic Council.
22   MR. LEWIS:  Can you tell me which document

111

1  number it is, please?
2    MR. LEVY:  It's document 33.  We're calling it
3  Exhibit 26.
4    Q   In this e-mail, Mr. Aslund is talking about
5  you, Mr. Aven, and he says, quote, the day before
6  yesterday, their VimpelCom reserved $900 million for
7  costs of the corruption case U.S. Department of Justice
8  brought up against it for its bribery in Uzbekistan.
9  He -- Aven -- might need the legal support of Moscow,
10 end of quote.
11   Do you recall telling Aslund that, any of
12 that?
13   **A   (In English.)  Not at all.  I was not involved**
14 **in VimpelCom case at all, at all.  I have no relations**
15 **whatsoever.  That was his statement, maybe he wanted to**
16 **show something (indiscernible).  But I was not involved**
17 **in VimpelCom at all.  Zero involvement.**
18   Q   Thank you.  Thank you for responding to me in
19 English.
20   Was VimpelCom under investigation by the
21 Department of Justice for bribery at this time?
22   **A   That's what people say.  It was a matter**

112

1  related to Uzbekistan in some way, and I was very far
2  removed from that.
3    Q   Did VimpelCom --
4    MR. LEWIS:  Josh, can we -- I'm just going to
5  ask that we take a break, a few-minute break now?
6    MR. LEVY:  In a couple seconds.
7    Q   Did VimpelCom reserve $900 million?
8    **A   I have no idea at all.**
9    Q   But you do know that VimpelCom paid $750
10 million in February of 2016 to resolve the U.S. criminal
11 investigation of it, correct?
12   MR. LEWIS:  Objection to relevance.  This is
13 really far afield from the issues in this case.
14   Q   Please answer the question.
15   **A   That I do know, yes.**
16   MR. LEVY:  We can take a break.
17   (Recess from 11:44 a.m. until 11:56 a.m.)
18   MR. LEVY:  We can go back on the record.
19 BY MR. LEVY:
20   Q   Mr. Aven, we've been talking about this
21 November 4, 2015 dinner.  Did you receive Mr. Aslund's
22 invitation to this dinner two months prior, in September

113

1    2015?
2        A   I do not recall any involvement on the part of
3    Mr. Aslund in this at all.
4        Q   Can you turn to document 89.
5            MR. LEVY:  We'll call this Exhibit 27.
6            (Exhibit Aven-27 marked for identification and
7    attached to the transcript.)
8    BY MR. LEVY:
9        Q   This is an e-mail --
10       A   Is this about the Atlantic Council?  Yeah,
11   that's true.  That one I do remember, yes.
12       Q   Okay.  This e-mail invitation copies Olga
13   Dubova and Richard Burt.
14           Did you ask Mr. Aslund to copy Dubova and
15   Burt?
16       A   No.  Many people who work with me know that
17   it's always a good idea to cc Olga Dubova just to make
18   sure that I do not miss out on any appointments.  And I
19   did not ask anyone to cc Rick Burt.
20       Q   In response to this e-mail (inaudible)
21   Mr. Aslund, you advised Aslund to get in touch with
22   Burt, who is, quote, fully aware, unquote, of your

114

1    schedule.
2            Do you see that?
3        A   Yes, that is possible.  So what's your
4    question, sir?
5        Q   Do you know how Richard Burt was fully aware
6    of your schedule?
7        A   Rick Burt was the one who was organizing all
8    our meetings in the United States, so he knew the
9    schedule.  There were things that he knew that I did not
10   know because he was in charge of organizing the
11   schedule.
12       Q   In 2015 and 2016, did Mr. Burt have access to
13   your schedule?
14       A   It would be wrong to say that he had access to
15   my schedule.  What he did was, he was in charge of
16   putting together our schedule during our visits to the
17   United States.
18       Q   And when those visits were about to occur,
19   would you let him know what your schedule was?
20       A   He was the one -- he was the one who was in
21   charge of putting the schedule together.  He was the
22   one.

115

1        Q   When did you start working with Richard Burt?
2        A   In the latter part of the 1990s.  That's when
3    Alfa-Bank started working with BGR.
4        Q   What services has Richard Burt provided to
5    you, Alfa, and LetterOne?
6            MR. LEWIS:  Objection.  Objection.  I think
7    asked and answered already that Burt has been engaged by
8    BGR, been engaged by Alfa and LetterOne, but no
9    testimony about Mr. Aven personally engaging Burt.
10           MR. LEVY:  Yeah, and I'm asking him what
11   services Mr. Burt has provided to him.  He can tell me
12   whatever he wants to tell me.  I'm asking him.
13       Q   What services has Richard Burt provided to
14   you, Alfa, or LetterOne?
15       A   He did not offer any services to me
16   individually or personally.  And I fully agree with Alan
17   Lewis in the sense that he was providing services first
18   to Alfa, then to LetterOne.  So that's number one.
19       Q   What are those services?
20       A   His main function was to organize meetings, to
21   do -- to make introductions, to introduce us to the
22   people who might be of interest to us and people who

116

1    might be interested in us.  So that was his first main
2    objective and function.
3            And the second one was consultancy services,
4    and that's something that we have already discussed in
5    connection with BGR.
6        Q   Turn to document -- before we do, were there
7    any other services that he provided to Alfa or
8    LetterOne?
9        A   Not so far as I know.
10       Q   Turn to document 45, please.
11           MR. LEVY:  This will be Exhibit 28.
12           (Exhibit Aven-28 marked for identification and
13   attached to the transcript.)
14   BY MR. LEVY:
15       Q   This is an October 15, 2015 e-mail from
16   Richard Burt to Fred Kempe.  In this e-mail, Mr. Burt
17   said that you would like a, quote, sophisticated group,
18   unquote, of about 20 people to be invited to an
19   off-the-record discussion.
20           Did this off-the-record discussion occur when
21   you were in D.C. in November of 2015?
22           THE INTERPRETER:  Sorry, sir.  We are both

117

1  struggling to find the --
2        (Cross-talk.)
3    **A   Yes.**
4    Q   Who from this, quote, sophisticated group,
5  unquote, attended?
6    **A   There were about 30 people there.  I do not**
7  **recall all of them.  And this is in the public domain.**
8  **I'm sure we can look it up.**
9    Q   Do you recall your assistant inviting Poul
10 Thomsen, the European director of the IMF, to this
11 discussion?
12   **A   I think I asked Burt and Aslund to invite**
13 **them.  That's what the e-mail says.**
14   Q   Did Mr. Thomsen attend the event?
15   **A   I don't think he was there.**
16   Q   Do you recall Richard Burt inviting Kathleen
17 Kavalec, K-A-V-A-L-E-C, U.S. Deputy Assistant Secretary
18 of State for European and Eurasian Affairs?
19   **A   I think you got -- you got her title wrong,**
20 **sir.**
21       (Cross-talk.)
22   Q   Do you recall Richard Burt inviting her?

118

1    **A   I don't know.  I don't know her.  And she**
2  **definitely did not attend.**
3        (The witness and interpreter conferred in
4  Russian.)
5    **A   I know her, but she definitely did not attend.**
6    Q   Turn to document 46.
7        MR. LEVY:  We'll call this Exhibit 29.
8        (Exhibit Aven-29 marked for identification and
9  attached to the transcript.)
10       (After the conclusion of the deposition, the
11 correct document 46 was provided to the court reporter,
12 which was marked as Aven-29 and attached to the
13 transcript.)
14 BY MR. LEVY:
15   Q   This is a November 4, 2015 e-mail from Richard
16 Burt to Anders Aslund.  Quote, Anders, this is very last
17 minute request but can you invite Kathy Kavalec, deputy
18 assistant secretary at State, to tonight's dinner?  Petr
19 met with her and Toria Nuland yesterday and Kathy
20 expressed interest.
21   End of quote.
22       MR. LEWIS:  This is which document?  I'm

119

1  sorry.
2        MR. LEVY:  46.
3    Q   Mr. Aven --
4        MR. SHARP:  All right.  The document is
5  mislabeled.  I'll have to track that down separately.
6        MR. LEWIS:  He's not reading from 46, as far
7  as I can tell.
8        MR. SHARP:  Yes, we'll have it.  I'll just --
9  I'll get it separately.
10       Josh, carry on for now.
11       MR. LEWIS:  I think if you phrase your
12 question without reference to the document because we
13 don't have it.
14   Q   Mr. Aven, in November of 2015, did you meet
15 with Toria Nuland?
16   **A   Every time we were in the U.S. and Washington,**
17 **D.C., we used to have meetings with her.  I do not**
18 **recall exact dates.**
19   Q   Why was it important for you to meet with her?
20   **A   Well, she was in charge of Russia.  So I think**
21 **it was interesting to know what the U.S. administration**
22 **thought about Russia and to discuss Russian economy.**

120

1  **For us, in our capacity as businesspeople, it was of**
2  **great importance.**
3    Q   Do you recall meeting with Kathy Kavalec in
4  November of 2015?
5    **A   They usually attended together.**
6    Q   And why was it of value to meet with Deputy
7  Assistant Secretary Kavalec?
8    **A   It was not important for us, as she was of no**
9  **particular stand-alone value to us.  She had always been**
10 **historically invited by Victoria Nuland.**
11   Q   Did you have your secretary, Olga Dubova, ask
12 Mr. Aslund to invite Mikhail Lesin to the November 4,
13 2015 dinner with Mr. Lipton and Mr. Burt?
14   **A   Yes.**
15   Q   Didn't Aslund advise against inviting Lesin to
16 this dinner?
17       THE INTERPRETER:  Sorry, say it again, sir?
18   Q   Didn't Mr. Aslund advise you against inviting
19 Mr. Lesin to this dinner?
20   **A   Yes.**
21   Q   Turn to document 23, please.
22       MR. LEVY:  We'll call this Exhibit 30.

121

1        (Exhibit Aven-30 marked for identification and
2    attached to the transcript.)
3    BY MR. LEVY:
4        Q    This is an e-mail from Mr. Aslund to you dated
5    October 30, 2015.  In the middle of the page, he says,
6    quote, We have received a query from your assistant Olga
7    about inviting Mikhail Lesin to the dinner.  I would
8    advise against inviting Lesin because he is being
9    investigated by the FBI for money laundering in the
10   United States.  I attach two links about it below.  It
11   would reflect badly on you, as well as upon us, if Lesin
12   were to be invited.  I trust you agree with us, end of
13   quote.
14       Aslund also described Lesin as, quote, awful,
15   end of quote, and, quote, propaganda minister, unquote.
16       Did you see your reply to this e-mail?
17   **A    Yes.**
18       Q    In response, you said, quote, if you start
19   looking for information online, you will likely find,
20   quote, kompromat, unquote, on many Russian businessmen
21   and former ministers including myself.  As far as I
22   know, the U.S. government does not have any official

122

1    complaints against Lesin, who by the way permanently
2    lives in California, end of quote.
3        Mr. Aven, in 2015, wasn't it easy to find
4    kompromat on many Russian businessmen, including
5    yourself?
6    **A    Yes.  It's very easy to find that in the**
7    **Russian tabloids, in the Russian gutter press, and in**
8    **all sorts of websites.**
9        Q    And did it remain easy to find that kind of
10   kompromat on many Russian businessmen, including
11   yourself, in 2016?
12   **A    In 2016, we were no longer a part of that**
13   **narrative in the sense that our reputation and our**
14   **profile had been very good and very high, and people**
15   **hardly ever wrote about us anything.**
16   **One comment that I'd like to offer with**
17   **respect to Mr. Lesin, if I may, if at all of interest to**
18   **you, sir.**
19       Q    Hold on.  Let me -- we'll get there.  I just
20   need you to be responsive to my questions.
21       The e-mail exchange you're looking at here
22   took place in 2015, correct?

123

1    **A    Yes.**
2        Q    Did you know that in 2014, U.S. Senator Roger
3    Wicker had asked the Department of Justice to
4    investigate Lesin, and the Assistant Attorney General
5    for the United States replied that the matter was
6    referred to the criminal division?
7    **A    No, I was not aware of that.**
8        Q    You said that Lesin died while you were in
9    Washington, D.C., correct?
10   **A    Yes.**
11       Q    Do you know how he died?
12   **A    I know this from newspapers.**
13       Q    Did the police interview you about his death?
14   **A    Of course not.  I have not seen him prior to**
15   **his death.**
16       Q    Are you aware of media reporting that says
17   Mr. Lesin was murdered in Washington, D.C. by agents of
18   the Russian government?
19   **A    So far as -- so far as I know, that was fully**
20   **refuted and proven wrong by the investigative**
21   **authorities in the U.S., and we know that from official**
22   **government statements to that effect.**

124

1        Q    Official government statements from which
2    government?
3    **A    U.S. government.**
4        Q    Turn to document 55, please.
5        MR. LEVY:  We'll call this Exhibit 31.
6        (Exhibit Aven-31 marked for identification and
7    attached to the transcript.)
8        THE WITNESS:  Are you going to ask me about
9    Mr. Lesin?
10       (In English.)  I just wanted to make one
11   point.
12   BY MR. LEVY:
13       Q    Your counsel will have opportunities to ask
14   you questions, sir.  This is my time.
15       I'm going to ask you a question about document
16   55 that we're calling Exhibit 31.
17       On November 19, the Jewish Business News ran
18   an article called, Exclusive "No Tie" Interview with
19   head of the Alfa Banking Holding, Petr Aven on business,
20   childhood and friends.
21       That's this document.
22       Did you sit for an interview with the Jewish

125

1 Business News?
2    A   Yes.
3    Q   Did you arrange for that interview, or did the
4 Jewish Business News call you?
5    A   I never organized anything in my life.
6    Q   Did the Jewish Business News reach out to you
7 for an interview?
8    A   Yes.
9    Q   On page 3 of this document, you'll see this
10 photo of you and Vladimir Putin sitting and talking at a
11 desk.
12      Do you see that?
13    A   Yes.
14    Q   Where was that photo taken?
15    A   In the Kremlin.
16    Q   Is that in the president's office?
17    A   Yes.
18    Q   When was that photo taken?
19    A   I don't know.  We used to have three or four
20 meetings per year.  So it was on occasion of one of
21 those meetings, I presume.
22    Q   In this article on page 8, you said of your

126

1 business union (inaudible) --
2      (Reporter interruption.)
3    Q   On page 8, you are quoted discussing your
4 business union with Mikhail Fridman in 1993, and you
5 say, quote, I needed the money, and he needed the ideas
6 and useful contacts at the government, end of quote.
7      Is that correct?
8    A   That is correct.
9    Q   On page 6 of this article, you said that David
10 Lipton was one of your advisors when you were in
11 government.  Is that correct?
12      (Cross-talk.)
13    MR. LEWIS:  If you could just tell us what
14 you're referring to on page 6.
15    MR. LEVY:  It doesn't matter.
16    Q   Mr. Aven, you've told us already that
17 Mr. Lipton was one of your advisors when you were
18 serving at the Kremlin, correct?
19    A   Yes.
20    Q   And did you and Mr. Fridman meet with
21 Mr. Lipton when he was working at the White House?
22    A   Yes.

127

1    Q   When did you meet with Mr. Lipton at the White
2 House?
3    A   We had three or four distinct meetings.  I
4 don't recall exactly when.
5    Q   Do you recall meeting with him in May of 2010?
6    A   Maybe.  It was ten years ago.  I have very
7 vague recollections of that.
8    Q   Turn to document 71.
9    MR. LEVY:  We'll call this Exhibit 32.
10      (Exhibit Aven-32 marked for identification and
11 attached to the transcript.)
12 BY MR. LEVY:
13    Q   These are publicly available documents called
14 WAVE files that show who's at the White House, and this
15 first document states that on May 13, 2010, you, Mikhail
16 Fridman, Richard Burt, and Stephen Rademaker met with
17 David Lipton at the White House.
18      Does that refresh your recollection about your
19 meeting with Mr. Lipton?
20    MR. LEWIS:  Objection.  Objection.  Can you
21 just show us where there's a reference to David Lipton
22 on this document?

128

1    MR. LEVY:  The first page, the fourth to last
2 column, there is --
3    MR. LEWIS:  Ah, I see it now.  Thank you.  Got
4 it.
5    A   Yes, we did have the meeting.  Yes.  I'm not
6 denying that.
7    Q   What was discussed?
8    A   The same things that we discussed with
9 Victoria Nuland: Russia, Russian business.  And of
10 course we were thinking back to 1992 when we had been
11 working together.
12    Q   Turn to document 52.
13    MR. LEVY:  We'll call this Exhibit 33.
14      (Exhibit Aven-33 marked for identification and
15 attached to the transcript.)
16 BY MR. LEVY:
17    Q   This is an e-mail exchange between Richard
18 Burt and John Herbst at the Atlantic Council.  On March
19 14, 2016, Richard Burt e-mails Herbst to confirm that
20 you, Mr. Aven, had been invited to a March 18, 2016
21 lunch with U.S. Ambassador to Russia John Tefft.  And
22 Herbst replied, quote, He's in, end of quote.

Transcript of Petr Aven
Conducted on December 9, 2020

33 (129 to 132)

129

1    Did you attend this lunch?
2    A   I think so, yes.
3    Q   Is this request typical of the services that
4  Richard Burt provides to you?
5        MR. LEWIS:  Objection to "typical." I don't
6  know what that means.
7    A   I agree.  It's not clear what it means.
8    Q   Does Richard Burt invite -- does Richard Burt
9  confirm your presence at events with U.S. government
10 officials on your behalf?
11   A   I think so, because he was the one who
12 organized the meeting.
13   Q   Did you speak with Ambassador Tefft at this
14 lunch?
15   A   I had a very good cordial relationship with
16 Ambassador Tefft going back to the 1990s, both prior to
17 that meeting, in the course of that meeting, and after
18 that meeting, and we had multiple encounters involving
19 myself and Ambassador Tefft.
20   Q   Do you recall what you discussed with
21 Ambassador Tefft at this lunch in March of 2016?
22   A   We always discussed the same agenda at all the

130

1  meetings that we had, and that was Russian business,
2  Russian-American relations.  I think we assisted the
3  U.S. ambassador in better understanding Russia.
4    Q   Did you discuss the 2016 U.S. presidential
5  election with him?
6    A   If we did, the discussion was limited to the
7  discussion of who you believe is going to win.
8    Q   And what was said?
9    A   No comment on that one.
10   Q   I need you to answer my question.
11   A   I don't recall.
12   Q   Was it "I don't recall" or "no comment," sir?
13   A   (In English.)  I don't recall.  I don't
14 recall.
15       (Through interpreter.)  I don't recall.
16   Q   Are you sure?
17   A   I don't recall.
18   Q   March --
19   A   All people came up with all sorts of forecasts
20 such that I don't recall.  I believe at that time the
21 prevailing view was that the Democrats were going to
22 win.

131

1    Q   Is that what you said, or is that what he
2  said?
3    A   I did not say anything because I don't know
4  the first thing, nor did I know the first thing about
5  American politics at that time.
6    Q   How many times have you visited Washington,
7  D.C. to meet with U.S. government officials?
8    A   Maybe 20 times.
9    Q   How long were you in Washington, D.C. in March
10 of 2016, Mr. Aven?
11   A   I don't recall exactly, but every time it was
12 typically between three and four days.
13   Q   Would Mr. Burt have your schedule for the
14 March 2016 trip to Washington, D.C.?
15   A   Of course, yes.
16   Q   What other business did you conduct in
17 Washington, D.C. in March of 2016?
18   A   There was no particular business for me to
19 conduct.  Speaking from memory, I believe we were
20 exploring possibilities of making investments in the
21 U.S. economy.
22   Q   Did you meet with any other U.S. government

132

1  officials in Washington, D.C. in March of 2016?
2    A   I do not recall exactly either, but typically
3  we would have meetings in the Department of State, in
4  Congress, and the Department of Treasury.  That was the
5  usual set list of -- and the IMF.
6    Q   Did Mr. Fridman accompany you on this trip to
7  D.C. in March of 2016?
8    A   I do not recall that one specifically, but
9  almost always we went there together.
10   Q   Did Mr. Khan accompany you on this trip to
11 Washington, D.C.?
12   A   He never accompanied us at all.
13   Q   Turn to document 34, please.
14       MR. LEVY:  This is going to be Exhibit 34.
15       (Exhibit Aven-34 marked for identification and
16 attached to the transcript.)
17 BY MR. LEVY:
18   Q   This is a -- this is a FIFA press release.
19       On July 18, 2016, did you appear at an event
20 in Moscow where FIFA officials announced Alfa-Bank as
21 the first FIFA World Cup regional sponsor or supporter?
22   A   Yes.

Transcript of Petr Aven
Conducted on December 9, 2020

133

1    Q   Did you have communications with anyone from
2  the Russian government about this sponsorship?
3    A   No, with no one at all.  Only with the
4  organizing committee of the championship.
5    Q   You see on the first page of this media
6  release a photo of you holding an Alfa-Bank soccer
7  jersey.  Is this you?
8    A   It is me indeed.
9    Q   Do you know why you were chosen to represent
10 Alfa-Bank at this press conference?
11   A   Because I'm chairman of the bank.
12   Q   Turn to document 36, please.
13       MR. LEVY:  We'll call this Exhibit 35.
14       (Exhibit Aven-35 marked for identification and
15 attached to the transcript.)
16 BY MR. LEVY:
17   Q   This is a September 23rd, 2016 article in
18 Politico.  The headline is, Who is Carter Page?
19   A   I can see that, yes.
20   Q   This story quoted you.  Were you interviewed
21 for this article?
22   A   I don't recall.  Where does it quote from me?

134

1    Q   Turn to page 9, please.  In this story, in the
2  second to last paragraph, Politico wrote, quote, In the
3  interest of due diligence, I also tried to run down the
4  rumors being handed me by the corporate investigators:
5  That Russia's Alfa-Bank paid for the trip as a favor to
6  the Kremlin, end of quote.
7        In that quote, is the Politico reporter
8  referring to Carter Page's July 7 to 8, 2016 trip to
9  Moscow where Mr. Page delivered the commencement address
10 for the New Economic School in Moscow?
11       MR. LEWIS:  Objection.  You're asking him to
12 tell you what a paragraph in a 10- or 13-page article
13 means without having read the article?
14   Q   Please answer the question, Mr. Aven.
15   A   I don't know Carter Page.  I've never met the
16 guy.  I have nothing to do with this trip at all.  This
17 is total nonsense, and I have no involvement, and I have
18 nothing to do with this.
19   Q   In July 2016, were you a member of the New
20 Economic School board of directors?
21   A   I was.  I still am.  And I'm one of the
22 largest sponsors.

135

1    Q   In July of 2016, were you also a member of the
2  New Economic School's endowment foundation board of
3  trustees?
4    A   I was, and I still am.
5    Q   And didn't Mr. Page deliver the commencement
6  address at the New Economic School in July 2016?
7    A   I learned that from the newspapers only.
8    Q   On page 9 of this exhibit, you are quoted
9  saying, I don't know this person, end of quote, said
10 Pyotr Aven.
11       Did -- does that refresh your recollection
12 that you were interviewed for this article?
13   A   I don't recall this, but if they are saying
14 what they're saying, and then they are telling the
15 truth, then I would not rule out the possibility that I
16 was interviewed.
17   Q   Do you know if the New Economic School paid
18 for Mr. Page's trip to Moscow?
19   A   It did, because they -- because he arrived
20 with a visit to the New Economic School, hence they
21 would have paid his expenses.
22   Q   Politico described you as the New Economic

136

1  School's main benefactor.  Is that accurate?
2    A   One of the major benefactors, yes.
3    Q   Prior to July 2016, did you know that Mr. Page
4  was a Trump campaign aide?
5    A   I had not even heard that name at all.
6    Q   Did you tell Politico anything else that was
7  not published in this story?
8    A   I don't think so.
9    Q   Did Politico reach out directly to you, or did
10 it reach out to Alfa or BGR?
11   A   I don't recall.  They may have -- they may
12 have reached out to me.  I mean, this is total drivel.
13 Establishing any relationship between us and Carter
14 Page, I could have refuted that easily on my own.
15   Q   Did they reach out to the -- strike that.
16       Did Politico reach out to the New Economic
17 School for comment from you?
18   A   How would I know?  I'm not aware of the
19 details at all.  They may have spoken with them.  I just
20 have no clue.
21       I make funds available at the start of every
22 year.  Now, how they use the money, I don't know.

137
1  Q   Did you consult with any (inaudible)?
2      (Reporter interruption.)
3  Q   Did you consult with any of Alfa or
4  LetterOne's PR people, whether it was anyone from BGR,
5  Stuart Bruseth, Richard Burt?
6  **A   No, of course not. There is nothing to**
7  **consult about. I did not know the guy. I had nothing**
8  **to do with him. There is nothing to seek advice on.**
9  Q   At the bottom of page 9, Politico describes
10 you as follows: Quote, one of two founders of Alfa-Bank,
11 which is considered the Western Russian bank.  Aven and
12 his partner, Mikhail Fridman, have transferred much of
13 their assets out of Russia and have been quite critical
14 of Putin, end of quote.
15     Did you provide that information to Politico?
16     THE INTERPRETER:  Sorry, where is that, sir?
17 We are both struggling to find that on page 9.
18 Q   That is the bottom of page 9.  It says, Pyotr
19 Aven, one of the two founders of Alfa-Bank, which is
20 considered the Western Russian bank.
21     Do you see that?  The last paragraph.
22     THE INTERPRETER:  No.

138
1  **A   It starts with, I don't know this person --**
2      (In English.)  No, Aven and his partner owns
3  it.
4  Q   Yes.  And right --
5      THE INTERPRETER:  Oh, Aven and his partner --
6  Q   Right after it says, Pyotr Aven, one of the
7  two founders of Alfa-Bank.
8      See that?
9      THE INTERPRETER:  No.
10     THE WITNESS:  (In English.)  Aven and his
11 partner --
12     THE INTERPRETER:  No, it says, Aven and his
13 partner, Mikhail Fridman, have transferred, et cetera.
14 But we can't find the sentence that you're referring to.
15     MR. LEVY:  Can the technician put the document
16 on the screen, please.
17 **A   So is this the paragraph that starts with, I**
18 **don't know this person?**
19 Q   Yes.
20 **A   Oh, okay.**
21 Q   Did you provide that information to Politico?
22 **A   No.**

139
1  Q   Did anyone else from Alfa or its
2  representatives communicate with Politico about this
3  story?
4  **A   I don't think so.**
5  Q   Please tell me all the times when you've
6  criticized Vladimir Putin in public.
7  **A   I criticized the economic policies pursued by**
8  **the government, but I never criticized Vladimir Putin**
9  **personally.**
10 Q   In public, have you criticized Mr. Putin about
11 the situation in the Crimea?
12 **A   Never.  No, never.**
13 Q   In public, have you criticized Vladimir Putin
14 about the murders of Alexei Navalny or Sergei Skripal?
15 **A   Never.**
16 Q   In public, have you criticized Vladimir Putin
17 about Russian interference in the 2016 U.S. presidential
18 election?
19 **A   I knew nothing about any interference.**
20 **Therefore, I could not have possibly made any**
21 **statements.**
22 Q   So the answer to my question is "no"?

140
1  **A   Correct.**
2  Q   In public, have you criticized Vladimir Putin
3  about the war in Chechnya?
4  **A   No.**
5  Q   Would you agree that Western media has a
6  perception that Russian oligarchs have a close
7  relationship with the Kremlin?
8  **A   Yes.**
9  Q   Would you also agree that the Western press
10 has a perception that Putin's Russia is a kleptocracy?
11 **A   Not all of them at all. This is not a**
12 **widespread perception at all.**
13 Q   Have you, Alfa, and/or LetterOne spent
14 millions of dollars to improve your image in the West as
15 you're trying to do business in the West?
16 **A   That is not true.**
17 Q   Turn to document 41, please.
18     MR. LEVY:  We'll call this Exhibit 36.
19     (Exhibit Aven-36 marked for identification and
20 attached to the transcript.)
21 BY MR. LEVY:
22 Q   This is a Fortune magazine article from

141

1  November 2, 2016 called, Meet the Russian Bank with Ties
2  to Donald Trump.
3       Are you familiar with this story?
4    **A   I'm aware of the story, but not of the**
5  **article.**
6     Q    This story talks about Alfa and the Trump
7  organization possibly communicating, doesn't it?
8    **A   I simply don't know.  It's a long article.  I**
9  **would need some time to read through this.**
10    Q    If you go to page 2, at the top of the page it
11  says, On Monday, Slate had published a story about
12  communication between a server hosting Trump
13  organization domain addresses and a server owned by
14  Alfa-Bank.
15       Do you see that?
16    **A   Right, yes.**
17    Q    Did you, Alfa, or any representative speak
18  with Fortune magazine or the reporter, Geoffrey Smith,
19  for this story?
20    **A   I certainly did not, myself, and I'm not sure**
21  **about Alfa.  I just don't know.**
22    Q    If you go to page 4 of this story, it says,

142

1  quote, One former employee of the bank recalls a
2  ceremony ten years back at which Fridman's partner,
3  Pyotr Aven, a deputy prime minister who has headed the
4  group's government relationship [sic], was due to
5  receive an award from Putin.  An awkward exchange
6  (allegedly) ran as follows:
7       Putin:  Remind me, why am I giving this to
8  you?
9       Aven:  Because I haven't done anything you can
10  put me in jail for.
11       Putin:  No, not yet.
12       End of quote.
13       Mr. Aven, do you recall that exchange with
14  Vladimir Putin?
15    **A   (In English.)  I do.**
16    Q    Where and when did it occur?
17    **A   I was in the Kremlin.**
18    Q    Under Vladimir Putin's presidency in Russia,
19  has the Russian government jailed any oligarchs?
20    **A   I'm not sure about oligarchs --**
21       (Cross-talk.)
22       MR. LEWIS:  Objection.  My objection is that

143

1  "oligarch" is a word used by many, but people have
2  different understandings of what it means.  We've seen
3  that already in this deposition about your questions to
4  Mr. Aven about whether he considers himself to be an
5  oligarch.  He said he doesn't.
6       So it might be clearer if you asked your
7  question about Russian businesspeople or some other term
8  that isn't a value-laden term about which people can
9  disagree who it applies to.
10    Q    Do you know what an oligarch is, Mr. Aven?
11    **A   What an oligarch is?**
12    Q    Yes.
13    **A   I do, of course.  An oligarch is a wealthy**
14  **individual who exerts influence on political matters,**
15  **public policy.**
16    Q    That's your definition?
17    **A   It's not -- it's not my definition; it's the**
18  **definition generated by either Plato or Aristotle, I'm**
19  **not sure which one of the two.**
20    Q    Have there ever been Russian oligarchs?
21    **A   There were a couple of people back in the**
22  **1990s who came pretty close to that definition.**

144

1    Q    Like your old boss, Berezovsky?
2    **A   He was not my boss, but other than that, the**
3  **answer is "yes."**
4    Q    Is he not your boss because he didn't pay you,
5  or is he not your boss because you didn't work with him?
6    **A   I did not work for him.**
7    Q    Can you turn to document 29.
8       MR. LEWIS:  Josh, just a reminder that we'd
9  like to take a break, a lunch break, fairly soon.
10       MR. LEVY:  Okay.  In five or ten minutes.
11       This is Exhibit 37.
12       (Exhibit Aven-37 marked for identification and
13  attached to the transcript.)
14  BY MR. LEVY:
15    Q    This is your -- portions of your transcript
16  from your deposition in the CPI case.
17    **A   Yes.**
18    Q    Do you recall being deposed for Fridman v.
19  CPI?
20    **A   Of course.**
21    Q    Can you turn to page 59.
22    **A   59?  Okay, got it.**

145

1    Q   If you look at line 6, it says -- there's a
2  question from the lawyer, Did you -- were you hired --
3  the day after you resigned from the government, were you
4  hired as an advisor to the president of -- is it the
5  Logovaz -- L-O-G-O-V-A-Z -- company?
6        You answered, Yeah.
7        Is that accurate testimony?
8    **A   I was his advisor -- I was that company's
9  advisor.  That does not mean that he was my boss.**
10   Q   He was the president of Logovaz, correct?
11       (Cross-talk.)
12       MR. LEWIS:  Objection to form.
13   **A   He was either the shareholder or the general
14 director.  It was a large structure.  The truth is that
15 he was never my boss.**
16   Q   Look at the bottom of page 59, line 24.
17       Question:  And who was the president of
18 Logovaz at that point?
19       Answer:  Boris Berezovsky.
20   **A   He was definitely never my boss.**
21       (In English.)  In real life.
22       (Through interpreter.)  In real life.

146

1    Q   Was your testimony not accurate, sir, that
2  Berezovsky was the president of Logovaz?
3    **A   There was this position of general director,
4  and then Berezovsky came up with a fancy title which did
5  not bear any relationship to what he was actually doing.
6  He was not running the business in any way.**
7    Q   Did the Kremlin or the Russian government jail
8  Khodorkovsky?
9    **A   Definitely.**
10   Q   These news stories we've discussed in
11 Politico, Fortune magazine, the Slate story, all took
12 place in 2016, and they all raised questions about your
13 relationship with the Kremlin and Putin, didn't they?
14       MR. LEWIS:  Objection.  This is really just
15 argument.  The articles say what they say.  We've gone
16 over them to sort of ask the witness to characterize a
17 bunch of different articles in a very general way.  It's
18 not a proper question.
19   Q   Please answer the question.
20   **A   Back in 2016 and in other years -- well,
21 actually, throughout my life, lots of stories have been
22 produced telling about my alleged -- our alleged**

147

1  **relationship with them.**
2    Q   And these 2016 stories in Politico, Slate, and
3  Fortune also raise questions about Alfa-Bank's ties and
4  your ties to the Trump campaign, correct?
5    **A   Judging from what I saw there, yes.**
6    Q   Turn to document 57, please.
7        THE INTERPRETER:  50 --
8        MR. LEVY:  7.
9        THE INTERPRETER:  57.  Thank you.
10       MR. LEVY:  We'll call this Exhibit 38.
11       We'll take a break soon, Alan.
12       (Exhibit Aven-38 marked for identification and
13 attached to the transcript.)
14       THE WITNESS:  (In English.)  Break now?
15 BY MR. LEVY:
16   Q   No.  Soon.  Very soon.
17       This appears to be a bio on the Gaidar Forum
18 website.  Is this bio accurate?
19   **A   It may well be accurate, except that I would
20 first need to read it.**
21   Q   Let me just ask you about specific portions of
22 it.  It says you frequently deliver lectures on the

148

1  economic development of the country both in Russia and
2  abroad.  Is that accurate?
3    **A   That is accurate.**
4    Q   Turn to document 60.
5        MR. LEVY:  This is Exhibit 39.
6        MR. DUNN:  Josh, the previous document I
7  believe was Exhibit 38, but it showed up in the
8  real-time feed as 58.
9        COURT REPORTER:  I'll correct that later.
10 Thank you.
11       (Exhibit Aven-39 marked for identification and
12 attached to the transcript.)
13 BY MR. LEVY:
14   Q   This appears to be your bio on the Alfa Group
15 website.  Is this bio accurate?
16   **A   I don't know.  Again, I would need to read
17 this.  Which portion of this specifically are you
18 referring to, sir?**
19   Q   It's brief.  If you could read it and just let
20 me know if it's accurate, that would be helpful.
21   **A   Yes, that's correct.**
22   Q   Turn to document 59, please.

Transcript of Petr Aven
Conducted on December 9, 2020

149

1        MR. LEVY:  Exhibit 40.
2        (Exhibit Aven-40 marked for identification and
3  attached to the transcript.)
4  BY MR. LEVY:
5     Q    This is a document from Yale University's
6  Office of the President.  It says, President's Council
7  on International Activities.  It lists you as a member
8  of the President's Council on International Activities
9  for Yale University.  Is that accurate?
10    A    **Absolutely correct.**
11    Q    When did you become a member of the
12 President's Council on International Activities at Yale?
13    A    **I think it was back in 2015 or maybe 2014.**
14    Q    2014 or 2015?
15    A    **Either/or, yes, '14 or '15.**
16    Q    Does the council have meetings?
17    A    **The last one was a week ago.**
18    Q    How often each year does the council meet?
19    A    **Twice a year.**
20    Q    Do you attend those meetings?
21    A    **Every other time.**
22    Q    Did you attend these meetings in 2015 and

150

1  2016?
2     A    **I think so, yes.**
3     Q    Do you see here that Alexander Abramov is also
4  on the council, according to this document?
5     A    **I can see that.**
6     Q    Is this the same Alexander Abramov who's the
7  senior advisor to Vladimir Putin?
8     A    **Nothing -- nothing to do with that person.**
9  **It's just a namesake.  He's actually a businessperson.**
10    Q    So this is a different Alexander Abramov from
11 the one who --
12        (Cross-talk.)
13    Q    -- worked at Alfa and who now works at the
14 Kremlin?
15    A    **Absolutely different, nothing to do with that**
16 **one.**
17    Q    Okay.  Have you made financial contributions
18 to Yale University?
19    A    **Yes.**
20    Q    Were your donations among other foreign
21 contributions to Yale made between 2014 and 2017 that
22 have been the subject of a U.S. Department of Education

151

1  investigation?
2     A    **No.  I was making my donations prior to that.**
3     Q    What's the period of time when you made your
4  donations?
5     A    **I think it was back in 2013.**
6     Q    Not 2014?
7     A    **No, before that.**
8     Q    You've not made any donations since that --
9        (Cross-talk.)
10    A    **I think it was before that time.  That, you**
11 **can easily double-check on that.**
12    Q    So since you've been on the President's
13 Council on International Activities, you've not given
14 any money to Yale?
15        MR. LEWIS:  Objection.
16    A    **This is not a secret.  I'm happy to answer.  I**
17 **think back in 2013, I started gradually making money**
18 **available to -- that kept growing, and the amount of**
19 **money kept growing steadily, to make it possible to pay**
20 **stipends to professors.  It was actually professor**
21 **stipends named after certain individuals, for a specific**
22 **person.**

152

1     Q    How many -- how many millions of dollars did
2  you donate to Yale?
3     A    **Five million.**
4        MR. LEVY:  We can take a break.  Go off the
5  record.
6        (Recess from 1:09 p.m. until 1:47 p.m.)
7        MR. LEVY:  Let's go back on the record.
8  BY MR. LEVY:
9     Q    Mr. Aven, are you a trustee of the Royal
10 Academy Trust, which supports the Royal Academy of Arts
11 in London?
12    A    **Yes.**
13    Q    Are you a cofounder and trustee of the Genesis
14 Philanthropy Group?
15    A    **Yes.**
16    Q    Have you been sitting on the presidium of the
17 Russian International Affairs Council, the RIAC?
18    A    **Yes.**
19    Q    What is the Russian International Affairs
20 Council?
21    A    **It's a think tank that was put together with**
22 **the support from the Russian government, and it is**

153

1 headed by my good friend Igor Ivanov, who is the former
2 Russian foreign minister.
3    Q   Was it founded in 2010?
4    A   Possibly so, yes.
5    Q   Can you turn to document 70.
6        MR. LEVY:  This will be Exhibit 41.
7        (Exhibit Aven-41 marked for identification and
8 attached to the transcript.)
9 BY MR. LEVY:
10    Q   This is an article from June 14, 2013 in
11 Russia Direct.  And on the second page of this article,
12 it says, quote, The Russian International Affairs
13 Council was founded on orders of then-President Dmitry
14 Medvedev with the goal of contributing to Russia's soft
15 power efforts, end of quote.
16        Is that accurate, Mr. Aven?
17    A   Possibly, yes.
18    Q   On February 4, 2016, did you meet with former
19 U.S. Secretary of State Henry Kissinger, along with
20 other members of the Valdai Club?
21    A   I think so.  I think so, yes.
22    Q   Did you discuss Russian-American relations

154

1 with Secretary Kissinger?
2    A   I don't think I delivered any talks there.  I
3 was there -- I was on the listening end.  I'm not a
4 professional in that area.
5    Q   Did you have a private meeting with Secretary
6 Kissinger in February of 2016?
7    A   No.
8    Q   In the 2000s, did you and Mr. Fridman create
9 and sponsor the Alfa lecture at the Council on Foreign
10 Relations?
11    A   Yes.  I remember that he became a member --
12 he, Mr. Fridman, became a member, yes.
13    Q   Did the two of you create and sponsor the Alfa
14 lecture?
15    A   No.  It was the bank and Mr. Fridman,
16 either/or.  Either the bank or Mr. Fridman personally.
17 I did not personally take part in that.
18    Q   Does the bank (inaudible) --
19        (Reporter interruption.)
20    Q   Does the bank continue to support these
21 lectures financially?
22    A   I don't think so.  I've not heard about this

155

1 for a long time.
2    Q   Are the speakers and moderators at these Alfa
3 lecture events only chosen because of their knowledge of
4 Russian-American affairs?
5    A   I suppose so.
6    Q   What's your understanding of the purpose of
7 these lectures?
8    A   The purpose is for the Americans to better
9 understand Russians and for Russians to better
10 understand America.
11    Q   And is Alfa -- while Alfa was sponsoring this
12 lecture, was it furthering the debate about the Russian
13 state's relationship with the United States?
14    A   We never thought in terms of --
15        MR. LEWIS:  Objection.  What debate is being
16 referred to?  I don't think we've had any reference to a
17 debate before this question.  So the question is unclear
18 as to what it's referring to.
19    Q   Please answer.
20    A   We never thought about this when we worked --
21 in the council, we never thought in terms of state or
22 government.  It was always about business.  We were

156

1 looking at this from the perspective of businesspeople
2 that we were, and we believed that in the interests of
3 furthering business relationships, it was -- and
4 furthering business in general, it was a good idea to
5 make sure that there is good common understanding on
6 both sides.
7        We always tried to bridge the gap in
8 understanding between people.  It was a humanitarian
9 endeavor that we pursued, and we always believed that it
10 was very important to overcome the gap, the
11 misunderstanding between the people, and that's what the
12 Fellowship's program and the other programs served to
13 advance.
14    Q   What was the misunderstanding?
15    A   Americans don't know the first thing about
16 Russia and Russians don't understand America at all.
17    Q   If you -- well, let me ask you.  A few weeks
18 after you filed the lawsuit, the reason why we're here
19 today, do you recall being present for an Alfa lecture
20 on October 25, 2017?
21    A   What was the lecture?
22    Q   It was an Alfa lecture, on October 25, 2017.

Transcript of Petr Aven
Conducted on December 9, 2020

157

1  Do you recall being present for that?
2      A   Where was that?
3      Q   Turn to document 37, please.
4          MR. LEVY:  We're going to call this Exhibit
5  42.
6          (Exhibit Aven-42 marked for identification and
7  attached to the transcript.)
8      A   I may have been there, yes.
9  BY MR. LEVY:
10     Q   You'll see this document is from the Council
11 on Foreign Relations' website.  It says, Russia and the
12 West: A Historical Perspective, Wednesday, October 25,
13 2017.
14     A   It is quite possible that I was in attendance.
15     Q   And you'll see on page 2 it says, Presider,
16 Stephen Sestanovich -- S-E-S-T-A-N-O-V-I-C-H.
17         I'm going to read a portion of the opening
18 statement that former U.S. Ambassador Stephen
19 Sestanovich made when he was moderating this panel.
20         Quote, I want to begin, though, by noting that
21 this is a session conducted under the rubric of the Alfa
22 Lecture.  And I should say an explanatory word about

158

1  that.  About 15 years ago, the leadership of Alfa, Misha
2  Fridman and Petr Aven, who are here with us today,
3  approached us with the thought that it was necessary and
4  worthwhile to continue attention to Russia in this
5  country.  And we thought that was a worthy project, and
6  one that we've tried to carry out over the past 15
7  years, end of quote.
8          Do you recall these remarks, Mr. Aven?
9      A   I do not recall that specifically, but I would
10 subscribe to every word of it.
11     Q   Does Alfa-Bank's sponsorship of the Alfa
12 Lecture at the Council on Foreign Relations help you
13 with your relationship with Ambassador Sestanovich?
14     A   I don't think so.  I have known Ambassador
15 Sestanovich ever since the early 1990s when I was with
16 the government.  It had absolutely no relationship and
17 no bearing on the relations that we had, none at all.
18     Q   Turn to document 54.
19         MR. LEVY:  This is Exhibit 43.
20         (Exhibit Aven-43 marked for identification and
21 attached to the transcript.)
22 BY MR. LEVY:

159

1      Q   You'll see that on the bottom of page 2, it
2  says, Responses of Ambassador Steven [sic] R.
3  Sestanovich to Additional Questions for the Record.
4          And if you turn to the first page, this is
5  questions for the record with regard to a hearing before
6  the Subcommittee on European Affairs of the U.S. Senate
7  Committee on Foreign Relations dated April 12, 2000.
8          And if you turn to the seventh page of this
9  document, you'll see question 11.
10     A   So what's the question that you're referring
11 to, sir?
12     Q   Question 11 from the Senate subcommittee says,
13 quote, What is the relationship between Pyotr Aven and
14 Russian President-Elect Vladimir Putin?  Did Pyotr Aven
15 play any direct or indirect role in Putin's recent
16 campaign for the Russian presidency?
17         And Ambassador Sestanovich responded, quote,
18 According to Russian press reports, Aven and President
19 Putin have known each other since the early 1990s and
20 have met since Putin became acting president.  Aven's
21 Alfa Group has reportedly supplied several staff members
22 for the presidential administration.  Alfa Group is also

160

1  reported to have made financial contributions to
2  President Putin's election campaign, end of quote.
3          Did you discuss that testimony with the
4  ambassador?
5      A   Never.  It's the first time ever that I see
6  this.
7      Q   Did Alfa Group make contributions to President
8  Putin's election campaign?
9      A   Never.  We never made any contributions.  And
10 no one asked us to do that.
11     Q   Turn to document 4, which is Exhibit 6.  These
12 are your Answers to Interrogatories.  If you turn to
13 page (inaudible) --
14         (Cross-talk.)
15     A   Which page is that, sir?  It wasn't audible.
16     Q   24.
17         THE INTERPRETER:  Thank you.
18     Q   This is your response to interrogatory number
19 17.  It says, Aven: -- and then it lists a number of
20 awards.
21         Is that accurate and complete?
22     A   Yes.

Transcript of Petr Aven
Conducted on December 9, 2020

41 (161 to 164)

161

1        MR. LEWIS:  Objection.  The objection to the
2    interrogatory objects to it on the ground that it is
3    vague, which means it is in some sense hard to answer.
4    So I think your question -- well, so that is, the answer
5    to that question is also informed by the objection to it
6    for its breadth and vagueness.
7        Q    Mr. Aven, are there any other awards that
8    you've received that you haven't listed in response to
9    interrogatory number 17?
10       A    I won a special achievement award for
11   mathematics when I was back in school, secondary school,
12   that is.
13       Q    Any other awards you've received in your adult
14   life that are not listed here, Mr. Aven?
15       A    I don't recall.
16       Q    Have you ever met with Mike McFaul?
17       A    Many times.
18       Q    Did you meet with him in Washington and
19   Moscow?
20       A    Yes.
21       Q    Did you discuss the WTO?
22       A    We may have.

162

1        Q    Did you discuss U.S./Russian relations?
2        A    Yes.  It was exactly the same agenda, without
3    any exception, that we discussed with other people such
4    as Nuland, Sestanovich, and others.
5        Q    Did you ever send him a message on behalf of
6    the Russian government?
7        A    I never sent any messages to anyone on behalf
8    of the Russian government after I left Russian
9    government.
10       Q    Did you ever meet with Jake Sullivan?
11       A    Never.
12       Q    Did you ever meet with Laura Rosenberger?
13       A    I don't think so.  The name doesn't ring a
14   bell.
15       Q    Did you ever meet with Celeste Wallander?
16       A    Yes.
17       Q    Did you meet with Celeste Wallander in 2016?
18       A    We had two meetings with her.  I don't recall
19   exactly when, but that's when she was a member of the
20   National Security Council - Russia staff -- Russia desk.
21   She was the head of the Russia desk.
22       Q    Did you meet with her in Washington, D.C.?

163

1        A    Yes, yes, in her office.
2        Q    How many times did you meet with her?
3        A    So far as I can recall, twice.
4        Q    Both times while she was a member of the
5    National Security Council?
6        A    Yes.
7        Q    Did you meet with her at her office?
8        A    Yes.
9        Q    Was that in the White House?
10       A    It's the building next to the White House.
11       Q    The Old Executive Office Building?
12       A    I don't know the name of the building.
13       Q    Was it the New Executive Office Building?
14       A    I simply don't know whether it's New or Old.
15       Q    What did you discuss with her?
16       A    Exactly the same agenda that I discussed with
17   all the other interlocutors of mine.
18       Q    On your March 2016 trip to Washington, D.C.,
19   did you meet with Ms. Wallander?
20       A    You already asked me that question.  I do not
21   recall exactly when.  I know that I met her twice during
22   her tenure as head of the Russia desk of the National

164

1    Security Council, but I don't recall exactly when.
2        Q    Did you discuss U.S./Russian relations with
3    her?
4        A    In very general terms, we discussed the
5    general status of the Russian/American relationship.  We
6    were above all interested in matters related to our
7    business.  Of course, sanctions and the opportunities
8    for making investments in the United States.
9        Q    What did you discuss when sanctions came up?
10       A    We held a point of view on that, and we
11   conveyed that viewpoint to all our interlocutors.
12       Q    What was that point of view on sanctions that
13   you conveyed --
14            (Cross-talk.)
15            (Reporter interruption.)
16       Q    What was that point of view on sanctions that
17   you conveyed to Ms. Wallander when you met with her?
18       A    Let me emphasize that it was not just
19   Ms. Wallander.  We conveyed the same message, the same
20   agenda to all the people that we had meetings with.
21            We said that sanctions need to be fair in
22   nature, and it serves no useful purpose to sanction just

165

1 about every businessperson, including those who have
2 nothing to do with that.
3     I would not like to go into any details, but
4 we also believed that the sanctions were not efficient,
5 they were not effective -- some of them were not
6 effective at all.
7   Q   Were these U.S. sanctions on Russian
8 individuals?
9   A   All sorts of sanctions.
10   Q   From the U.S. government?
11   A   Of course.
12   Q   On Russia and Russian entities and Russian
13 individuals?
14   A   Yes. All our American interlocutors were
15 always interested in finding out what our thinking was
16 with respect to sanctions.
17   Q   Did your viewpoint on U.S. sanctions include
18 the sanctions levied under the Magnitsky Act?
19   A   No. We did not discuss that because that has
20 no relationship to business at all.
21   Q   In 2015, how many one-on-one meetings with
22 Vladimir Putin did you have?

166

1   A   Throughout his tenure as president, we always
2 had between three and four meetings per year.
3   Q   Would those three to four annual meetings take
4 place in his office at the Kremlin?
5   A   Of course.
6   Q   Did those one-on-one meetings with Vladimir
7 Putin continue through the end of 2016?
8   A   Yes. It's no secret.
9   Q   So in 2016, you had three meetings with him?
10   A   I can simply repeat what I already said in
11 answer to your question, sir, i.e., that we had between
12 three and four meetings every year.
13   Q   When did the three meetings in 2016 take
14 place?
15   A   I don't remember. One was definitely in the
16 fall of that year.
17   Q   At your one-on-one meetings with Putin, would
18 he ask about Alfa?
19   A   Definitely. We are the largest privately held
20 business in Russia, and in the course of all our
21 meetings, he always asked questions about Alfa.
22   Q   Please turn to document 11, already designated

167

1 as Exhibit 17.
2     THE INTERPRETER: 11? Is that 11, sir?
3     MR. LEVY: Yes.
4   Q   If you turn to page 4, paragraph 14, this is
5 your witness statement in the UK litigation against
6 Orbis.
7     In paragraph 14, you testified that at your
8 one-on-one meetings with Putin, quote, He also asks
9 about Alfa, given its importance to the economy as the
10 largest private group in Russia, end of quote.
11     Is that accurate testimony?
12   A   I said exactly that same thing literally a
13 minute ago.
14   Q   Isn't it true that what's good for the Russian
15 economy is good for the Kremlin?
16     MR. LEWIS: Objection.
17   A   All I can say is that I cannot be held
18 responsible for Kremlin. I'm not a -- what is good for
19 the Kremlin is a question better asked of the Kremlin.
20   Q   What else did you discuss with Vladimir Putin
21 in the first two meetings in 2016?
22   A   Nothing except what is already set out here.

168

1   Q   Is it -- when you meet with Vladimir Putin,
2 are you meeting by yourself, or are other people in
3 attendance?
4   A   Always one on one.
5   Q   How are those meetings arranged?
6   A   It's really a ritual by now. I get a call
7 from someone on the staff -- chief of staff -- chief of
8 presidential staff, and they say that it's been about
9 three months since you last saw the president. When
10 would be a convenient time for you to have a meeting?
11   Q   And the chief of staff in 2016 was Mr. Vaino,
12 V-A-I-N-O?
13   A   Yes.
14   Q   When he calls you to arrange the meeting, does
15 he or somebody else from the Kremlin present you with an
16 agenda for the meeting?
17   A   No.
18   Q   Are you given any kind of a heads-up from
19 anyone about what Putin would like to discuss with you
20 in advance of these one-on-one meetings?
21   A   No. That's a ritual, as I said. The agenda
22 is well-known. So the answer is "no."

169

1    Q   What is the agenda?
2        MR. LEWIS:  Asked and answered.  Objection.
3    A   I've answered that question on four occasions
4    already, sir.  On page 4, it sets the agenda out very
5    clearly: macroeconomics, Alfa, and the rest of it.
6        It's the fourth time that I'm answering the
7    question, sir.
8    Q   In the last quarter of 2016, did you and
9    Vladimir Putin discuss the U.S. presidential election?
10   A   We never discuss political matters with
11   President Putin, and that includes the U.S. election
12   campaign.
13   Q   Did you discuss U.S. sanctions with him in the
14   last quarter of 2016?
15   A   Yes.
16   Q   Did he tell you that he expected the U.S.
17   government to impose additional sanctions on Russian
18   businessmen in December of 2016?
19   A   That's exactly what he said.
20   Q   At the same December 2016 meeting with Putin,
21   did he say he was concerned Alfa could be sanctioned by
22   the United States?

170

1    A   Alfa among other large Russian business
2    groups.
3    Q   Did he mention the possibility that you,
4    Fridman, or Khan could be sanctioned by the United
5    States?
6    A   No.  He only addressed business matters.
7    Q   Putin was --
8        (Cross-talk.)
9    A   He did not discuss personal matters at all.
10   Q   Putin was concerned about Alfa being
11   sanctioned, correct?
12       MR. LEWIS:  Objection.  Objection to
13   "concerned."  He's already testified to what he
14   remembers President Putin saying about the potential for
15   sanctions.  So if that means he was concerned is really
16   something better addressed to President Putin.  He said
17   what he said; he heard what he heard.
18   Q   Mr. Aven, please go to document 21.
19       THE INTERPRETER:  21?
20       MR. LEVY:  Yes.
21   We're going to call this Exhibit 44.
22       (Exhibit Aven-44 marked for identification and

171

1    attached to the transcript.)
2    BY MR. LEVY:
3    Q   This is more of your testimony from the Aven
4    v. Orbis case in the UK.  Can you turn to minuscript
5    page 70.  You'll see a question about what you said to
6    Richard Burt, and at line 17, you answer -- or line 18,
7    excuse me, you answer:  I told him that I saw Mr. Putin.
8    He's concerned about potential sanctions on Alfa.
9        Was that accurate testimony?
10   A   That is correct.  That's my testimony.  Yes.
11   Q   Did Putin tell you why he thought Alfa would
12   be sanctioned or might be sanctioned?
13   A   He said that he believed all of the large
14   businesses could be sanctioned.  He did not focus
15   specifically on Alfa.
16   Q   Turn to minuscript page 64 of the same
17   document.  At line 1, you're asked by the attorney,
18   quote:  And was this because of all the publicity during
19   the elections about Russian interference in the
20   presidential elections?  Is that why he was concerned
21   there were going to be sanctions against Russia?
22       Answer:  He didn't explain.  I know -- I did

172

1    know the reasons why he was concerned, but he didn't
2    give any reason why he believed it would be sanctions.
3    He never mentioned elections or intervention into
4    election, end of quote.
5        When you said, quote, I did know the reasons
6    why he was concerned, end of quote, what were those
7    reasons?
8        MR. LEWIS:  Objection.  The question is
9    misleading.  You're taking that question and answer out
10   of context, and not directing the witness to the
11   following question and answer in the transcript.
12   A   If Mr. Lewis is objecting, I will not answer.
13       MR. LEWIS:  Well, I just -- my objection is
14   that the --
15       MR. LEVY:  I don't want your objection --
16       (Cross-talk.)
17       MR. LEWIS:  -- the questions are being asked
18   about this part of the transcript, but to really
19   understand it, you have to read the next question and
20   answer.
21       MR. LEVY:  Alan, you've stated your objection.
22   You stated it twice.  We've got everything being

Transcript of Petr Aven
Conducted on December 9, 2020

44 (173 to 176)

173

1  translated.  We don't need (inaudible) --
2    Q    Mr. Aven, what were the reasons --
3    **A    Sorry, sir.  Pardon me.  I need to read this.**
4    Q    Take your time.
5    **A    Yeah, and so what's the question?**
6    Q    What were the reasons why Vladimir Putin was
7  concerned that there were going to be sanctions against
8  Russians, including possibly Alfa?
9    **A    There was a lot of background noise of -- a**
10  **lot of publicity, a whole lot of hullabaloo that had**
11  **been raised in the media about the elections and the**
12  **alleged interference in the elections.  So, of course, I**
13  **did not know that exactly, but I could have presumed**
14  **that he was also reading the media and he was drawing**
15  **conclusions from, inferences from what he was reading.**
16    Q    Did Vladimir Putin, in December of 2016, tell
17  you to approach the incoming U.S. administration, that
18  is, the Trump administration?
19    **A    He made a general statement to the effect that**
20  **you need to make sure that you are known, you need to**
21  **make sure that your voice is heard, and that you are not**
22  **sanctioned.**

174

1    Q    Did he say you should lobby against
2  (inaudible) sanctions on Alfa?
3    **A    No.  He said that, in general terms, you**
4  **should defend yourself -- yourselves, and you should**
5  **talk to the Americans.**
6    Q    Turn to minuscript page 64 and 65, at line 24
7  of page 64.  Here the lawyer --
8       (Cross-talk.)
9    Q    So the lawyer asks you, quote, Question:  So
10  he was, on your behalf, expressing concern about Alfa
11  and saying you should go to the incoming Trump
12  administration and lobby for Alfa against sanctions?
13       Answer:  Yes.
14       Question:  Against sanctions on Alfa?
15       Answer:  Yes.
16       Question:  Nobody else, just Alfa?
17       Answer:  Yes.
18       Question:  That was very kind of him, wasn't
19  it, to think of you rather than everybody else --
20  everybody?
21       Excuse me.
22       Answer:  We are the major Russian bank.  If

175

1  the sanction's on us, then all payments -- a lot of
2  payments from country/into country will be stopped.
3  That's important for national economy.  That's not about
4  Alfa; it's about Russia and Russian economy.  That's why
5  he was concerned, and he explained the same concern to
6  many other businessmen, as far as I knew, end of quote.
7       Is that accurate testimony, Mr. Aven?
8    **A    Absolutely, yes.**
9    Q    You told Putin you would try to open a channel
10  of communication with the new U.S. administration,
11  correct?
12    **A    We'll try to talk to someone within the**
13  **administration.**
14    Q    To open up a line of communication?
15    **A    Just for ourselves.  It's not a channel of**
16  **communication between someone and someone else; it was a**
17  **means of discussing our concerns with Americans, not on**
18  **behalf of anyone else.  Never, ever, in no way, shape,**
19  **or form did Putin ever discuss a channel of**
20  **communication, quote, unquote.**
21    Q    Did you take Vladimir Putin's advice
22  seriously?

176

1    **A    Advice, yes.**
2    Q    You did what he advised, correct?
3       MR. LEWIS:  Objection.  In this particular
4  case?
5    Q    Right here.
6    **A    There is a major difference between "advice"**
7  **and "instruction."  I may listen to advice.  Sometimes I**
8  **follow advice; sometimes I don't.  But it's advice.**
9  **It's not -- it's serious advice, but it's not an**
10  **instruction.**
11    Q    Here, he advised to speak with the new
12  administration in the United States, and you did that,
13  correct?
14    **A    I spoke with Burt.**
15    Q    And if you continue in this document, at page
16  66 of your testimony, line 20, you said, I wanted to do
17  what he -- Putin -- advised and to speak with the new
18  American administration, as we were doing for many years
19  with old administration before, end of quote.
20       Is that accurate?
21    **A    Yes.**
22    Q    Did you first confer with Fridman and Khan

177

1  about whether to follow Putin's advice?
2      A   There was no reason to seek advice.  It was
3  obvious that we had a vested interest in making sure
4  that we speak to the new U.S. administration.  It was
5  absolutely evident.
6      Q   I'm going to quote from your testimony here
7  at -- I believe it's page 66.  Strike that.
8          Did you speak with any other Kremlin officials
9  about Putin's advice to you here?
10     A   I don't think so.  I may have discussed that
11 with someone else, but I believe that Putin's advice
12 carries so much weight and clout that it was really the
13 most important.  And he proffered the same advice in the
14 course of public meetings with Russian businesspeople.
15 So it was not a private piece of advice; it was
16 something that was part of the common knowledge.
17     Q   Who was the other person with whom you spoke?
18     A   I don't remember.
19     Q   Did you speak with Surkov, Abramov, Fradkov,
20 Vaino, or Sechin about Vladimir Putin's advice to you
21 here in December 2016?
22         (Reporter interruption.)

178

1      Q   Did you speak with Surkov, Abramov, Fradkov,
2  Vaino, Sechin, or any other Kremlin officials about this
3  advice from President Putin in December of 2016?
4      A   Out of this list of individuals, the bulk of
5  those people I have not seen for years.
6      Q   So is that "no"?
7      A   I may have discussed that with someone, but
8  none of the individuals on your list, sir.  Vaino
9  attended the meeting with the businesspeople, so he
10 heard that straight from the horse's mouth.
11     Q   Was there another person that you are
12 referring to with whom you spoke?
13     A   I don't recall.
14     Q   After your December 2016 meetings with Putin,
15 did you ask Richard Burt to meet with the Trump
16 transition team?
17     A   We asked for a relationship to be put in place
18 between ourselves and the transition team.
19     Q   And you had asked Mr. Burt to establish
20 relationships with prior U.S. administrations as well,
21 correct?
22     A   Yes, and he always did that.

179

1      Q   Dating back to when George H. W. Bush was
2  president?
3      A   Yes.
4      Q   Was Burt the person you and Alfa used for
5  years to introduce you to U.S. officials?
6          MR. LEWIS:  Objection to "you and Alfa."
7  There's no testimony that Mr. Aven personally used Burt.
8          But subject to that objection, he may answer.
9      A   That only concerned Alfa-Bank and then Alfa
10 Group.  That was the work that he had been historically
11 doing for Alfa Group, yes.
12     Q   If you turn to document 21, which is Exhibit
13 44, and go to the last page at minuscript page 77.
14         MR. LEWIS:  Sorry, which document number?
15         MR. LEVY:  21.
16     Q   At line 10 of page 77, you're asked by the
17 attorney, quote, You asked him -- Burt -- to do it?
18         Answer:  Yes, because he did it for many years
19 for us, end of quote.
20         Is that accurate testimony?
21     A   Yes.
22     Q   Burt had previously --

180

1          (Cross-talk.)
2      A   But then follows my explanation.
3      Q   Burt previously served as the U.S. ambassador
4  to Germany, and Assistant Secretary of State for
5  European and Canadian Affairs.
6      A   Correct.
7      Q   You knew that in 2016, correct?
8      A   Of course.
9      Q   In 2016, you and Burt were both on the board
10 of LetterOne, correct?
11     A   I think so, yes.
12     Q   When did Burt join the board of LetterOne?
13     A   I would say back in 2015 or shortly prior to
14 2015.
15     Q   Today he's on the board of LetterOne and -- as
16 its nonexecutive director; is that correct?
17     A   Correct.
18     Q   And in 2016, was Burt an advisor to both
19 LetterOne and Alfa-Bank?
20     A   I do not recall exactly.  Yes, so far as L1 is
21 concerned.  I'm not sure about Alfa-Bank.  I simply do
22 not recall.

Transcript of Petr Aven
Conducted on December 9, 2020

---

181

1    Q   Turn to document 43.

2        MR. LEVY:  We'll call this Exhibit 45.

3        (Exhibit Aven-45 marked for identification and

4    attached to the transcript.)

5    BY MR. LEVY:

6    Q   This is a composite of Richard Burt's bios,

7    and -- from his McLarty website.  And on the first page,

8    it's dated August 11, 2016.  You can see that at the top

9    of the page.

10       And in the last full paragraph on the same

11   page, in the last line, it says Ambassador Burt is a

12   member of the Alfa-Bank's senior advisory board in

13   Moscow.  Was that accurate as of August 11, 2016?

14   A   I do not know exactly how his relationship

15   with the top management, with executives, of Alfa-Bank

16   are structured.

17   Q   If you move to the second to last page of this

18   document, this is a capture of the same web page for

19   Richard Burt on McLarty from November 1 --

20   A   Which page do you refer to, sir, please?

21   There are several pages in this document, and then it

22   starts with Rick's photograph again.

---

182

1    Q   I'll tell you again.  The second to last page,

2    at the top, you see it says November 1, 2016.  There's a

3    picture --

4        (Cross-talk.)

5    A   Okay.

6    Q   Okay?  So the next two pages, this page and

7    the one that follows, are Richard Burt's McLarty

8    biography as of November 1, 2016, and there's no longer

9    any reference to him being a member of Alfa-Bank's

10   senior advisory board in Moscow.

11       Do you see that?

12   A   Yes.

13   Q   Between August 2016 and November 1, 2016, was

14   Richard Burt removed from the Alfa-Bank advisory board?

15   A   That's what it says here.  Mind you, his

16   relationship was with the company, with Alfa-Bank.  I

17   did not hire him.  I did not pay him money.  Therefore,

18   I don't know.

19   Q   Do you know why he was removed?

20       MR. LEWIS:  Objection.  It assumes a fact not

21   in evidence.  He's already said he doesn't know if he

22   was removed --

---

183

1    A   I just don't know.  I really don't know

2    anything about that.

3    Q   Hadn't Richard Burt written a part of Donald

4    Trump's April 2016 foreign policy speech?

5    A   I learned that from reading newspapers.

6    Q   And in August and October of 2016, Burt was

7    speaking to the press about his role with the Trump

8    campaign, correct?

9    A   I found that out from newspaper reports.

10   Q   In 2016, did you tell Burt that he should not

11   have worked on Trump's foreign policy speech?

12   A   No, because I did not know that he was

13   involved in that until I read some newspaper reports

14   about that.

15   Q   When you read the newspaper reports, did you

16   tell him that it was a bad idea for him to be writing

17   parts of Donald Trump's foreign policy speech?

18   A   No.  We never discussed that.

19   Q   In 2016, at any time that year, did you tell

20   Richard Burt not to get involved with the Trump

21   campaign?

22   A   No.  I never said that.  That's not the kind

---

184

1    of relationship we have.

2    Q   In 2016, did you know that Richard Burt was

3    working on the promotion of a Russian government

4    pipeline as a lobbyist with the U.S. government?

5    A   Definitely not in '16.  Definitely not in '16.

6    It came to our attention at some point in time, but he

7    definitely did not discuss that with us.

8    Q   In December -- by December of 2016, didn't you

9    know that Richard Burt was trying to become the U.S.

10   ambassador to Russia?

11   A   I found it out from reading newspaper reports,

12   with great surprise.

13   Q   By December of 2016, correct?

14   A   Correct.

15   Q   And before you approached him after your

16   meeting with Vladimir Putin?

17   A   I do not recall exactly -- I do not recall

18   exactly the sequence of events, what happened first and

19   what happened next.  But it really didn't matter.  It

20   made no difference.  I did not believe -- I do not

21   believe that he could have become an ambassador.

22   Q   After you met with Vladimir Putin in December

---

185

1  of 2016, you pulled Burt aside at a LetterOne board
2  meeting in Luxembourg later that month, correct?
3      A   Yes.
4      Q   You told Burt you had spoken to Putin, who was
5  concerned about potential sanctions on Alfa, correct?
6      A   Yes.
7      Q   You told Burt you needed to make contacts with
8  the new administration, correct?
9      A   Yes.
10         MR. LEWIS:  Objection to form.
11     Q   Please turn to the document 21.  This is
12 Exhibit 44.  Go to page 70 (inaudible).
13         (Reporter interruption.)
14         THE INTERPRETER:  Sorry, we can't hear you,
15 Counsel.  Page 70, 7-0, right?
16     Q   7-0, line 18.  Your testimony, quote, I told
17 Burt that we needed contacts with the new
18 administration.  That's all.  Because of potential
19 sanctions.  End of quote.
20         Is your testimony accurate?
21     A   Yes, that's true.
22     Q   And Burt believed you made this request on

186

1  behalf of the Russian government, correct?
2          MR. LEWIS:  Objection to what Burt believed.
3      A   I don't know what he believed.
4      Q   Is it your understanding that Burt believed
5  you had made this request on behalf of the Russian
6  government?
7          MR. LEWIS:  Objection.  Was that his
8  understanding when?
9      A   I don't know what Burt could have believed.
10     Q   Please turn to document 11.  This is Exhibit
11 17.  This is the witness statement in the Aven v. Orbis
12 case in the UK.  Please turn to paragraph 28 at page 6.
13         Here's your testimony from paragraph 28.
14 Quote, I have since learned that Mr. Burt misunderstood
15 our conversation and believed that I was asking him
16 about an approach on behalf of the Russian government,
17 end of quote.
18         Is that your accurate testimony?
19     A   That is the impression that I got.  Having
20 said that, I'm not sure what went through Ambassador
21 Burt's mind.  But I got that impression, yes.
22     Q   Your testimony --

187

1      A   But the only person who can confirm that with
2  certitude would be Ambassador Rick Burt.
3      Q   If you turn to document 91.
4          MR. LEVY:  This is Exhibit 46.
5          (Reporter interruption.)
6          (Exhibit Aven-46 marked for identification and
7  attached to the transcript.)
8  BY MR. LEVY:
9      Q   Mr. Aven, this is the Mueller report.  If you
10 turn -- turn to the fourth page of this document, it's
11 the Mueller report, page number 163.  At the bottom --
12 the Mueller report here cited to Burt's testimony, and
13 somebody's Grand Jury testimony, that you told Burt you
14 had spoken with, quote, someone high in the Russian
15 government who expressed interest in establishing a
16 communications channel between the Kremlin and the Trump
17 transition team, end of quote.
18         Was the Mueller team here citing your Grand
19 Jury testimony?
20         MR. LEWIS:  Objection.
21         (Cross-talk.)
22         MR. LEWIS:  (Inaudible) what they're citing.

188

1  And also not going to discuss his Grand Jury testimony
2  because it's privileged.  So he should not answer.
3      A   I'm not answering questions with respect to
4  these discussions.
5      Q   Did you tell Burt that you had spoken with
6  someone high in the Russian government who expressed
7  interest in establishing a communications channel
8  between the Kremlin and the Trump transition team?
9      A   I never spoke to him in these terms.  I was
10 only referring to Alfa.  And I said that it was our
11 desire to build a relationship with a new
12 administration.
13         Let me just confirm that I did get the
14 impression later on that I had been misunderstood by
15 Ambassador Burt, but he is the only one who can actually
16 confirm whether that was the case.
17     Q   Did you have a conversation with him where he
18 developed an understanding of what Mr. Putin conveyed to
19 you?
20     A   We never discussed the matter with them --
21 with him afterwards.
22     Q   But you had the initial conversation in

189

1 Luxembourg at the LetterOne board meeting, correct?
2 **A   Yes.**
3    Q    And the sentence that I read to you from the
4 Mueller report from 163 to 164 ends with footnote 1171,
5 and the Mueller report cites to Burt's 302 and someone's
6 Grand Jury testimony.
7       Do you see that, sir?
8 **A   Yes.**
9    Q    Have you seen an unredacted version of the
10 Mueller report that reveals citations to your Grand Jury
11 testimony?
12 **A   No, I have not.**
13    Q    If you go to document 11, this is Exhibit 17,
14 your witness statement in Aven v. Orbis in the UK,
15 (inaudible) paragraph 28.
16    MR. LEWIS:  Which paragraph?
17    MR. LEVY:  28.
18    Q    If you look at paragraph 28 -- we've quoted
19 from some of this.  I'll read the whole paragraph.
20       I've since learned that Mr. Burt misunderstood
21 our conversation and believed that I was asking him
22 about an approach on behalf of the Russian government.

190

1 This is not correct.  As I have said, the request for an
2 introduction was solely on behalf of me, my partners and
3 our respective business interests, and for no one else.
4 It is inconceivable that President Putin would entrust a
5 businessman like me with any communications or
6 approaches on behalf of the Russian government, end of
7 quote.
8       You submitted this statement in 2020, correct?
9 **A   Yes, and I fully subscribe to this.**
10    Q    Did this testimony in paragraph 28 contradict
11 what you told the Grand Jury?
12    MR. LEWIS:  Objection.  Objection.
13       You're not to testify about what you told the
14 Grand Jury.
15 **A   Mr. Lewis is correct, and I will not answer.**
16    Q    When you read the Mueller report, did you or
17 your counsel write to the Special Counsel's office to
18 tell them that they got the sentence wrong in which the
19 Mueller report says that you told Burt you had spoken
20 with someone high in the Russian government who
21 expressed interest in establishing a communications
22 channel between the Kremlin and the Trump transition

191

1 team?
2    MR. LEWIS:  Objection to "his counsel," but
3 you can ask him if he wrote to the Mueller report --
4 Mueller investigation.
5 **A   I'm not answering.**
6    Q    Did you write -- your counsel's even
7 permitting you to testify as to whether you wrote the
8 Special Counsel?
9 **A   I myself did not write anything to anyone.**
10    Q    When interviewing you, did Mueller's
11 investigators share Burt's recollection that you asked
12 him about an approach on behalf of the Russian
13 government?
14    MR. LEWIS:  Objection.  Objection.  Again,
15 these communications are part of the Grand Jury process.
16 Interviewing a witness.  And he's directed not to answer
17 them.
18    Q    Were you (inaudible) outside the Grand Jury
19 process by Mueller's investigators?
20    (Reporter interruption.)
21    Q    Were you interviewed by Mueller's
22 investigators outside of the Grand Jury process?

192

1    MR. LEWIS:  Objection.  The process is part of
2 the Grand Jury process.  Whether he understands that or
3 not, that's what it was.  And so the question seeks to
4 invade the Grand Jury privilege.  He's directed not to
5 answer.
6 **A   It's a legal matter.  I simply do not**
7 **understand whether there's any connection or any link**
8 **there at all.**
9    Q    You testified after Richard Burt testified
10 with the Mueller team, correct?
11    MR. LEWIS:  Objection.
12 **A   I don't know.  I don't know.**
13    Q    According to your 302, your FBI interview
14 occurred in August 2018; is that correct?
15 **A   I suppose so.**
16    Q    The Mueller report did not note a conflict in
17 your testimony with Richard Burt, did it?
18    MR. LEWIS:  Objection.  The Mueller report
19 speaks for itself.
20 **A   I know nothing about that.  I know nothing**
21 **about Burt.**
22    Q    Go to document 21 --

193

1       A   I really don't know anything at all.  I did
2   not discuss, I did not read this.
3       Q   Go to document 21, Exhibit 44.  (Inaudible.)
4       (Reporter interruption.)
5       Q   Page 76, line 23, the lawyer asks you,
6   Question:  You said to Burt, in this 30-second
7   conversation, quote, We, Alfa, want to set up -- make
8   contact with the incoming administration; is that right?
9   End of quote.
10      Answer:  Yes.
11      Question:  To discuss the risk that Alfa gets
12  sanctions imposed on it?
13      Answer:  Yes.
14      Question:  Or, we, as leaders of Alfa, get
15  sanctions imposed?
16      Answer:  Yes.
17      Is that accurate testimony?
18      A   Yes.
19      Q   A decision by the U.S. government to sanction
20  someone is a political decision, correct?
21      MR. LEWIS:  Objection.
22      Don't answer.

194

1       Argumentative.
2       A   (In English.)  But you have to ask American
3   government.  I don't represent American government.
4       (Through interpreter.)  How can I answer for
5   the American government?
6       Q   Turn to page 66 of the same document, please.
7   This is your testimony.  If you go to line 3, your
8   lawyer asks you, What if the American Congress passed
9   legislation imposing sanctions on selected Russians?
10  That wasn't political?
11      (Cross-talk.)
12      (Reporter interruption.)
13      Q   So at page 66, line 3 --
14      (Cross-talk.)
15      (Reporter interruption.)
16      Q   I'm going to do this for the third time.
17  Please don't interrupt me.
18      Question:  What if the American Congress
19  passed legislation imposing sanctions on selected
20  Russians?  That wasn't political?
21      Answer:  It would be political decision.
22      Is that accurate testimony, Mr. Aven?

195

1       A   It would be really inappropriate to interrupt
2   the reading of my answer without continuing to read what
3   I say after that, where I said that, all this and -- our
4   life has such -- has many dimensions.
5       Q   Including --
6       A   There is an economic dimension and then there
7   is a political dimension.
8       Q   Okay.  Burt in turn reached out to Dimitri
9   Simes to help facilitate your request to reach out to
10  the incoming Trump administration, correct?
11      A   I know nothing about Dimitri Simes.
12      Q   Is it your understanding that Burt wanted
13  Simes to arrange a meeting with Jared Kushner?
14      A   I definitely know nothing about that one.  I
15  remember hearing that Burt was discussing something with
16  Dimitri Simes, but who Dimitri Simes was then going to
17  discuss matters with is totally beyond my knowledge.
18      Q   If you turn to document 91, which is Exhibit
19  46, at page 164.  This is the Mueller report, and at
20  page 164, it says, quote, Burt decided to approach CNI
21  president, Dimitri Simes, for help facilitating Aven's
22  request.

196

1       Is that correct?
2       THE INTERPRETER:  Is this 164, sir?
3       MR. LEVY:  Yes.
4       THE INTERPRETER:  Where does it say that?
5       MR. LEVY:  First full paragraph.
6       THE INTERPRETER:  Okay, "Burt decided."
7       (Rendering interpretation.)
8       A   This is not information that comes from me;
9   this is something that this report says.  Why and how
10  would I know?
11      Q   The report continues, and it says, Burt --
12  next paragraph, quote, Burt contacted Simes by telephone
13  and asked if he could arrange a meeting with Kushner,
14  end of quote.
15      Is that correct?
16      A   How would I know?  Until the proceedings
17  started, I had never heard about Dimitri Simes at all,
18  and I definitely knew nothing about what was going on
19  between Simes and Kushner.  I only first heard
20  references to the name Dimitri Simes when the
21  investigation started.
22      Q   Isn't it true that Simes said no to Burt

197

1 because of the media attention around Russia's influence
2 in the U.S. presidential election?
3        MR. LEWIS: Objection. What are you asking --
4 objection. What are you asking him to testify about?
5 Are you asking him --
6        (Cross-talk.)
7        (Reporter interruption.)
8        MR. LEWIS: So the question has been asked. I
9 don't think it has been translated yet. Do you want to
10 re-read the question, have it translated, and then I'll
11 articulate my objection.
12        THE INTERPRETER: Can the interpreter then
13 please respectfully ask Mr. Levy to repeat the question,
14 because I no longer remember it.
15    Q    Let me ask a different question.
16        MR. LEVY: And Alan, you can cut down a lot on
17 the cross-talk by just objecting to form.
18    Q    In an e-mail dated December 22, 2016, Burt
19 recounted for Aven a conversation that he had with
20 Simes, and the Mueller report quotes from this e-mail at
21 the bottom of 164 carrying over to 165.
22        Do you recall receiving this e-mail from

198

1 Mr. Burt?
2    A    Yes.
3    Q    And in this e-mail, Burt told you that there's
4 no interest in establishing a channel of communication,
5 correct?
6    A    I suppose so.
7    Q    Do you have this e-mail?
8    A    I saw it a hundred times. I no longer have
9 it. If he sent it to Alfa-Bank, then it would be
10 somewhere on Alfa-Bank's servers.
11    Q    So you had it at one point and then you sent
12 it to Alfa, or was it always at Alfa?
13    A    We already discussed my e-mail accounts
14 earlier today. My e-mail account is with Alfa, so it's
15 kept there. It has always been with Alfa. We discussed
16 that at the very start of the deposition.
17    Q    So this --
18        MR. DUNN: Josh, could we take a break in a
19 few moments when you finish this line?
20        MR. LEVY: Sure.
21    Q    So this e-mail was sent to your Alfa-Bank
22 e-mail account?

199

1    A    Yes.
2    Q    In the first quarter of 2017, you met again
3 with Vladimir Putin?
4    A    Yes.
5    Q    And did Putin ask you about your attempt to
6 build relations with the Trump administration?
7    A    Yes, he asked whether we had been able to make
8 some acquaintance. And that was the only question he
9 asked. And I said no.
10    Q    You told him you weren't successful, correct?
11    A    Correct.
12    Q    And Putin continued to ask you about efforts
13 to connect to the Trump administration in subsequent
14 quarterly meetings in 2017?
15    A    Not so far as I can recall. I don't think it
16 did.
17    Q    If you go to page 165 of the Mueller report,
18 this is document 91, Exhibit 46, and if you look at the
19 last full paragraph, the last sentence, it says, quote,
20 Putin continued to inquire about Aven's efforts to
21 connect to the Trump administration in several
22 subsequent quarterly meetings, end of quote.

200

1        And then it cites to somebody's Grand Jury
2 testimony.
3        Is that an accurate statement?
4        MR. LEWIS: Objection.
5    A    I no longer remember that. He may have asked
6 that. I would have been in a position to better
7 recollect that back in 2018, but now, sitting here
8 today, I no longer remember.
9    Q    What details, if any, did you provide Putin
10 about your efforts to make contact with the Trump
11 administration or the Trump transition team?
12    A    None at all. There was nothing to discuss.
13    Q    In this first quarterly meeting in 2017, did
14 Vladimir Putin tell you why he thought it was important
15 for you to connect with the Trump administration?
16    A    I don't believe so. I don't think we were
17 discussing that in 2017, and I believe that that matter
18 was no longer at the forefront of the president's mind
19 in 2017.
20    Q    In the last --
21        MR. LEWIS: Josh, we're going about an hour
22 and 40 minutes at this point without a break. Can we

201

1 take a break soon?

2      MR. LEVY:  Sure.  One second.

3      Q    At the first sentence of the last paragraph of
4 this page, it says, quote, Aven also told Putin's chief
5 of staff that he had been subpoenaed by the FBI, end of
6 quote.

7      Was that Vaino?

8      A    Yes.

9      Q    Did you tell Vladimir Putin's chief of staff
10 that the Federal Bureau of Investigations served you
11 with a subpoena?

12      A    Of course.  There is no way one can conceal
13 that kind of subpoena coming from a foreign
14 enforcement -- law enforcement agency.  Of course I
15 informed him about that.

16      Q    In an investigation about whether the Russian
17 government, led by Vladimir Putin, interfered with the
18 U.S. presidential election, correct?

19      MR. LEWIS:  Objection, argumentative.

20      Q    What did you tell Vladimir Putin?  Strike
21 that.

22      What did you --

202

1      A    Nothing at all.  It was of no interest to
2 Putin at all.

3      Q    What did you tell Vaino about the subpoena?

4      A    I just said that I was going to be
5 interviewed.  I just conveyed that fact.  We did not
6 discuss it any further.

7      Q    Did you have any further conversations with
8 anyone else at the Kremlin about the Mueller
9 investigation or your testimony?

10      A    No.  I did not want to discuss the matter.

11      Q    Have you or your lawyer ever shared either
12 your lawyer's affidavit, your lawyer's proffer, or your
13 302 in an unredacted form to anyone in the Russian
14 government?

15      A    (In English.)  That you get off my lawyers.

16      (Through interpreter.)  I know nothing about
17 that.  You'll have to ask my lawyers.

18      Q    Thank you for answering that question in
19 English.

20      MR. LEVY:  We'll take a break.

21      And Alan, when do you want to come back?  I
22 know you've been wanting a break.

203

1      We'll go off the record.

2      MR. LEWIS:  It's 3:26.  Why don't we say 3:40.

3      (Recess from 3:26 p.m. until 3:42 p.m.)

4      MR. LEVY:  Let's go back on the record.

5 BY MR. LEVY:

6      Q    Mr. Aven, in addition to your one-on-one
7 meetings with Vladimir Putin, did you also meet in a
8 group with him in 2016?

9      A    Yes.

10      Q    How many of those meetings occurred in 2016?

11      A    I would say two to three.

12      Q    Did any of them happen -- or when did they
13 happen in 2016?

14      A    At least one of them was in the Kremlin,
15 because there was meeting with the businessmen.  So
16 that's the common practice.

17      Q    When did the meetings occur in 2016?

18      A    One was in the late fall, the one with the
19 businesspeople.  I think there was also one with the
20 Geographic Society during the summer of that year.

21      Q    In the Mueller report, it says that you
22 described this meeting as, quote, an all-hands oligarch

204

1 meeting.

2      Is that accurate?

3      A    I never used the term "oligarch" at all.

4      Q    What about the term "all-hands"?

5      A    Yes, that is true.

6      Q    Did you ask the Mueller report to correct that
7 sentence?

8      A    No.

9      Q    Did you ask the Office of Special Counsel to
10 correct anything in this report?

11      A    No.

12      Q    How many of these all-hands meetings with
13 Vladimir Putin do you attend?

14      A    15 times, I would say.

15      Q    Do you try to attend all of them?

16      A    If I'm in Moscow, yes.

17      Q    Have you ever missed a meeting while you were
18 in Moscow?

19      A    No.  Every time I was in Moscow, I attended
20 the meeting.  Well, every time there was a meeting while
21 I was in Moscow, I was in attendance.

22      Q    Do you recall an all-hands meeting in December

**205**

1  2016 with Vladimir Putin?

2  **A   Yes.**

3  Q   Was the focus of this meeting the threat of

4  forthcoming U.S. sanctions?

5  **A   That was not the focus, but it did refer to**

6  **that.**

7  Q   Was it a main topic?

8  **A   As I said, I did not -- I do not want to**

9  **repeat myself. I've just said this was not the focus.**

10  **This was not the main subject matter. But Putin did**

11  **mention that.**

12  Q   Yeah, I didn't ask if it was "the" main; I

13  asked if it was "a" main topic.

14  **A   You would have to define "main" versus**

15  **"non-main." I do not know whether it was a main subject**

16  **matter or not.**

17  Q   What else was discussed?

18  **A   As usual, we discussed economic matters.**

19  Q   Anything else?

20  **A   No.**

21  Q   Do your one-on-one meetings continue to this

22  day?

**206**

1       THE INTERPRETER: Sorry, sir. Could you

2  repeat that? You broke up for a second.

3       MR. LEVY: Yeah, there seems to be an echo.

4       THE INTERPRETER: It was not an echo. You

5  just broke up. You disappeared for a couple of seconds.

6       MR. LEVY: I'm hearing an echo when I speak.

7  Now it's gone.

8       Let's go back on the record.

9  Q   Mr. Aven, do your one-on-one meetings with

10  Vladimir Putin continue to this day?

11  **A   Not since the start of the pandemic.**

12  Q   When is the last time you met with Vladimir

13  Putin one on one?

14  **A   I believe it was either in January or February**

15  **2020, before the pandemic kicked in.**

16  Q   Have you ever discussed this lawsuit with him?

17  **A   Of course not.**

18  Q   Have you ever discussed CIR 112 with him?

19  **A   No.**

20  Q   Have you ever discussed the 2016 election with

21  him?

22  **A   Never.**

**207**

1  Q   How long have you known Vladimir Putin?

2  **A   We met in October 1991.**

3  Q   Have you worked with him?

4  **A   To an extent. He was working in my ministry.**

5  Q   Did you work with him in any other capacity?

6  **A   No.**

7  Q   When he was working in your ministry, what was

8  he doing?

9  **A   He was head of the minister's office in St.**

10  **Petersburg.**

11  Q   Has he ever asked you to do anything for him?

12       MR. LEWIS: Objection. That's a very -- it's

13  a vague question. Does it encompass the testimony that

14  he's already given? What does it mean for him?

15  (Inaudible) anything do?

16       MR. LEVY: Sure.

17  Q   Other than what you've told us today, is there

18  anything else that Vladimir Putin has asked you to do

19  for him?

20       MR. LEWIS: Still objection to that

21  formulation of the question as well because -- anyway,

22  he can answer.

**208**

1  **A   No, not for him, never.**

2  Q   Has he asked you to do anything for anyone

3  else?

4  **A   I don't recall that being the case.**

5  Q   Have you ever made a request of him?

6  **A   No, not from me personally, no.**

7  Q   Have you asked him to do anything for you in a

8  nonpersonal way, say a professional or business context?

9  **A   We discussed the laws, we discussed the**

10  **various regulations, but that had to do with the**

11  **industry as a whole, not for me personally.**

12  Q   Have you asked him to do anything that would

13  benefit Alfa?

14  **A   No. By and large, no. No. No. By and**

15  **large, the answer is no. Not something that would go**

16  **outside of the usual course of business.**

17  Q   When you say "by and large, ... no," are there

18  times where you've asked him to do something that would

19  benefit Alfa?

20  **A   No, not specifically for Alfa, never.**

21  Q   Have you asked him to do anything that would

22  benefit the Russian banking industry?

**209**

1      A    I definitely expressed my views, and the
2    various matters that I believe would work to the benefit
3    of the banking industry, yes.
4      Q    Can you give me two or three examples from
5    2015 or 2016 where you've asked him to do something that
6    would be favorable to the Russian banking industry?
7      A    I simply do not recall in connection with any
8    specific time frame.
9      Q    Can you give me -- sorry, go ahead, Mr. Aven.
10     A    We would discuss matters in connection with
11   the interests of the Russian population as a whole, in
12   connection with the banking industry.  And in connection
13   with the start of the pandemic, we discussed the various
14   matters that might go a long way toward alleviating the
15   concerns that the people had and that the industry had.
16        MR. LEVY:  Alan, does your client need to take
17   a break?  I just want to make sure he's okay.
18        MR. LEWIS:  Well, the interpreter I notice is
19   coughing.  So he should say if he would like to take a
20   break.
21        THE INTERPRETER:  If we could break literally
22   for like 30 seconds.  I just need to clear my throat.

**210**

1        MR. LEVY:  Sure.  Let's go off the record.
2        (A discussion was held off the record.)
3      Q    Mr. Aven, what requests did you make of
4    Vladimir Putin that would help the banking industry in
5    Russia?
6      A    When the crisis kicked in, we discussed
7    enhancing the liquidity of the banking sector.  This is
8    a matter that requires some input at the level of the
9    president.  So some liquidity needed to be injected into
10   the banking industry to support the industry and the
11   people.
12        Now, when we met last time, there was
13   literally in the run-up to the start of the crisis, we
14   discussed measures that would help support the banking
15   industry and the people, and that was in January or
16   February.
17     Q    And did he adopt some or all of those
18   measures?
19     A    He definitely did not discuss this matter just
20   with me.  Many people pitched in.  But about a hundred
21   support measures were adopted after the crisis began in
22   order to lend support to the banking industry and to the

**211**

1    people at large, to the community.  But we are going
2    into the typical minutia of this, really, the typical
3    details.
4      Q    To which crisis were you referring?
5      A    The current crisis.
6      Q    The pandemic-related economic crisis?
7      A    Yes, the pandemic.
8      Q    Have you --
9      A    And the ensuing economic crisis.  Back at that
10   time, we could feel that some bad things were about to
11   happen.  One month after that meeting, Mr. Putin went
12   into self-isolation, but already back in February, we
13   were discussing the possibility of some severe
14   implications happening as a result of the crisis.
15     Q    Since February 2020, have you and Vladimir
16   Putin been able to communicate in ways other than an
17   in-person meeting?
18     A    Yes.  We once had a video conferencing event,
19   and then another one, a smaller one, to discuss the
20   banking sector.
21     Q    When was that latter communication with
22   Vladimir Putin?

**212**

1      A    This really has nothing to do with the matter
2    under discussion today.  My relationship with the
3    president really has nothing to do with this.  I no
4    longer want to -- my relationship with the president has
5    nothing to do whatsoever with the matter under
6    discussion today.  I really am reluctant to continue
7    discussing that.
8      Q    Sir, you're suing my clients because of
9    statements made about your relationship with Vladimir
10   Putin.  I'd like you to answer my question.
11        When was the last time --
12        (Cross-talk.)
13     A    Let me make it clear, we only discuss
14   macroeconomic matters and the matters of the economy day
15   in, day out, every time we meet.  There are no
16   exceptions.  Why would we continue discussing this?
17     Q    It's a nonresponsive answer to my question.
18        When was the last time you communicated with
19   Vladimir Putin?
20     A    In July.
21     Q    Of 2020?
22     A    Yes.

Transcript of Petr Aven
Conducted on December 9, 2020

54 (213 to 216)

213

1    Q   As Russia's minister of foreign economic
2  relations, you worked on bilateral and multilateral
3  trade issues such as the WTO, correct?
4    A   I started the process that resulted in
5  Russia's joining the WTO.
6    Q   And in that role as minister of foreign
7  economic relations, you negotiated bilateral and
8  multilateral agreements?
9    A   Of course.
10   Q   In 1992, did you serve as Russia's
11 representative to the G7, The Group of 7, and
12 represented President Yeltsin there at the summit?
13   A   Yes.
14   Q   Was that in Munich?
15   A   Yes.
16   Q   Did you have any other responsibilities as
17 Russia's minister of foreign economic relations?
18   A   I don't think so.  There were commissions that
19 involved several governments, several countries.
20      (In English.)  Bilateral.
21      (Through interpreter.)  Bilateral commissions.
22   Q   As minister, did you meet with officials from

214

1  other governments?
2    A   Of course.
3    Q   While you were minister, did you accompany
4  President Yeltsin on all of his foreign trips?
5    A   All of them, yes.
6    Q   Did that include Yeltsin's summit with
7  President George H. W. Bush?
8    A   Yes.
9    Q   That was 1992?
10   A   I think so, yeah.
11   Q   On that trip, did you meet with U.S. Secretary
12 of Commerce Barbara Franklin?
13   A   Yes, multiple times.
14   Q   Did you and she participate in a joint press
15 conference in Washington during that trip?
16   A   Possibly so.  I no longer remember that.
17   Q   Turn to document 29.
18      MR. LEVY:  I don't know if we've designated
19 this as an exhibit yet.  I believe we have.
20      COURT REPORTER:  Document 29, Exhibit 37.
21      MR. LEVY:  Thank you.
22   Q   If you could turn to page 49, please.  At the

215

1  bottom of this page, you're asked by the attorney --
2  this is your deposition in the CPI case:  Did you
3  participate in any press conferences?
4      Answer:  Maybe it was as joint press
5  conference between myself and Barbara Franklin on this
6  opening.  I think it was the only press conference.
7      Is that accurate testimony?
8    A   I no longer recall that.
9    Q   As a Russian cabinet minister, did you make
10 many public statements?
11   A   I do not recall.  I may have made public
12 statements, but not that I can recall any.
13   Q   When you were minister, did you give
14 interviews with the press?
15   A   Of course.
16   Q   Were you quoted monthly by the press when you
17 were the minister?
18   A   I suppose so.
19   Q   As minister, were you interviewed by the U.S.
20 news media?
21   A   I think so.  I believe that I was interviewed
22 by some American publications.

216

1    Q   The New York Times?
2    A   It was 30 years ago.  Would you expect me to
3  recall what happened 30 years ago?
4    Q   Turn to document 30.
5      MR. LEVY:  We'll call this Exhibit 47.
6      (Exhibit Aven-47 marked for identification and
7  attached to the transcript.)
8  BY MR. LEVY:
9    Q   Turn to page 4 of this document.  It's
10 transcript document [sic] 117.  This is a continuation
11 of your CPI deposition.
12     And so you'll see on page 117, line 11, you're
13 asked, Mr. Aven, when you were in the government, were
14 the actions of your ministry covered by both the
15 national and the foreign press?
16     Answer:  On a certain extent.
17     Were you interviewed or asked for comment from
18 journalists from the Russian press?
19     Sometimes.
20     And were you asked for -- interviewed or asked
21 for comment by journalists from the Western press?
22     Not very often.

Transcript of Petr Aven
Conducted on December 9, 2020

217

1    Question:  Do you recall when you were in
2  office being contacted by journalists from the New York
3  Times?
4    For sure.
5    How about the Washington Post?
6    Answer:  I think so.
7    How about the Wall Street Journal?
8    Answer:  Yes.
9    Question:  Agents France?
10   Answer:  Maybe.
11   Question:  And CNN?
12   Answer:  For sure.
13   Question:  The BBC?
14   Yes.
15   Question:  The Financial Times of London?
16   Answer:  Yes.
17   Is that accurate testimony?
18   A    (In English.)  Yes.
19   (Through interpreter.)  Yes.
20   Q    What was your relationship with the Western
21  press when you were minister?
22   MR. LEWIS:  Objection, vague.

218

1    THE INTERPRETER:  Sorry, what was the
2  question, sir?  I did not hear that.
3    Q    What was your relationship with the Western
4  press when you were the minister?
5    A    In general, the attitude of the Western press
6  toward our government was quite positive.
7    Q    And if you turn to page 118 of the same
8  transcript, you're asked, How would you characterize
9  your relationship with the Western press when you were a
10  minister?
11   You answered, We tried to be very open and
12  tried to explain as much as we can.  So I guess we had a
13  friendly and open relation.
14   Is that accurate testimony?
15   A    That's exactly what I've just said.
16   Q    As minister, did you attend meetings with
17  President Yeltsin?
18   A    Of course.
19   Q    Did you attend meetings --
20   MR. LEWIS:  Objection.  When he was minister,
21  did he attend -- oh, I'm sorry, Yeltsin.  I'm sorry,
22  withdrawn.

219

1    Q    At those meetings, were matters other than
2  trade and tariffs discussed?
3    A    We discussed macroeconomic matters.
4    Q    As minister, did you make a number of
5  speeches?
6    A    I have a very vague recollection of the
7  matters that took place 29 years ago, but I would
8  presume yes.
9    Q    Did the Russian and international press cover
10  those speeches?
11   A    It would be logical to assume that the answer
12  is yes.
13   Q    Staying in document 30, Exhibit 47, if you
14  could turn to page 110.  On this page, you testify,
15  quote, I know Mr. Putin for many years because he worked
16  for me when I was a minister.  He represented our
17  ministry in St. Petersburg region.  So he reported to me
18  directly for about year and a half, end of quote.
19   Is that correct, that testimony?
20   A    Yes.
21   Q    In 1991, wasn't there a food shortage in St.
22  Petersburg?

220

1    A    No.  It may have started, but there was no
2  food -- what we had was the shortage of food in the
3  Soviet understanding of the term.  It was not that there
4  was no food at all.
5    Q    There was a food shortage, yes?
6    A    As everywhere in the Soviet Union in the late
7  1980s when the store shelves were empty, in that sense
8  there was food shortage.
9    Q    Didn't Marina --
10   A    But there was no hunger.  To answer your
11  question, there was no hunger.
12   Q    Didn't Marina Sal'ye form a Russian
13  legislative commission to investigate the food shortage
14  in St. Petersburg?
15   (Cross-talk.)
16   MR. LEVY:  And that's spelled S-A-L,
17  apostrophe, Y-E.
18   A    I heard about that.
19   Q    Didn't the Sal'ye commission accuse Putin of
20  issuing licenses in exchange for food that never
21  arrived?
22   A    I've heard about that as well.

Transcript of Petr Aven
Conducted on December 9, 2020

56 (221 to 224)

221

1    Q   Putin didn't turn over all of the contracts
2  and licenses to the commission, did he?
3    **A   I simply do not know.  I was not involved in**
4  **that.  It was an investigation conducted by the**
5  **prosecutor's office and the Russian -- if it was**
6  **conducted, it would have been conducted by the police**
7  **and the prosecutor's office.  It was definitely not a**
8  **matter that I would have been involved in.**
9    Q   Turn to document 86.
10      MR. LEVY:  This is Exhibit 48.
11      (Exhibit Aven-48 marked for identification and
12  attached to the transcript.)
13  BY MR. LEVY:
14    Q   This is an excerpt from Karen Dawisha's book.
15  Dawisha is spelled D-A-W-I-S-H-A.
16      (Cross-talk.)
17    Q   Please don't talk over me.  Mr. Aven, please
18  don't talk over me.
19      THE INTERPRETER:  Sorry, sir.  We are still
20  struggling to find the document.
21    Q   This is an excerpt from Karen Dawisha's book,
22  Putin's Kleptocracy, Who Owns Russia?

222

1      You'll see an excerpt from page 108.  That's
2  the third [sic] page of this document.  And toward the
3  bottom of the page, she wrote, quote -- and I'll just
4  read this -- Putin initially resisted handing over the
5  documents to the Sal'ye commission, claiming that doing
6  so would compromise business secrets.  Ultimately, under
7  the duress of a subpoena, he handed over documents for
8  12 contracts and licenses amounting to about $122
9  million in exports.  But the scope of the operation was
10  thought to be ten times larger.
11      Is that accurate?
12    **A   I am not aware of this.  I've heard about**
13  **this, but I don't know to what extent this is true or**
14  **untrue.**
15    Q   Didn't Yury Boldyrev conduct a further
16  investigation into the food shortage scandal?
17    **A   It is possible.**
18      MR. LEVY:  And Boldyrev is spelled
19  B-O-L-D-Y-R-E-V.
20    **A   Just for your information, he is the main**
21  **anti-Semite in the Russian Federation here, and a**
22  **communist.**

223

1    Q   Didn't he ask you not to give Putin any
2  further authority until the case was finally settled?
3    **A   We did not issue permissions to issue licenses**
4  **to Putin personally.  It was granted to the mayor's**
5  **office.  So it was nothing to do with Putin personally.**
6    Q   So you did nothing in response to Boldyrev's
7  request, correct?
8    **A   It was really not within my sphere of**
9  **competence.  It was not within my remit.  It was within**
10  **the remit of the prime minister.**
11      **Now, in terms of what happened inside the**
12  **mayor's office, that would be a question better asked of**
13  **the mayor's office, not of me.**
14      (Cross-talk.)
15    **A   So when the press reports that I gave**
16  **something to Putin, this is a total, utter lie.  I could**
17  **not have given anything to him at all.**
18    Q   When you're referring me to ask questions of
19  the mayor's office, is that Mayor Sobchak,
20  S-O-B-C-H-A-K?
21    **A   Correct.  The right to issue licenses was**
22  **granted to Sobchak because he -- not to Putin, because**

224

1  Sobchak commanded a lot of respect and trust, more than
2  many other people.
3    Q   Didn't Sobchak die a month before Putin became
4  president of Russia?
5    **A   Yes.**
6    Q   Can you turn to document 82.
7      MR. LEVY:  We'll mark this Exhibit 49.
8      (Exhibit Aven-49 marked for identification and
9  attached to the transcript.)
10  BY MR. LEVY:
11    Q   This is more of your testimony in your UK case
12  against Orbis.  If you go to minuscript page 34.
13    **A   There is no 34 here, sir.  It skips from 28 to**
14  **45.**
15    Q   If you go to the last page of the PDF, of the
16  document, page 34, line 13, the lawyer is asking you a
17  question about Dawisha and her book, and the lawyer
18  says, Dawisha criticizes you and Yeltsin by reference to
19  the Sal'ye commission report for allowing Putin to
20  continue issuing licenses.
21      And you answer:  Yeah.
22      Question:  And doing nothing about this

225

1  scandal?
2      Answer: Because I was not the prosecutor's
3  office.  I was minister of foreign trade.  It was not my
4  responsibility, end of quote.
5      Is your testimony accurate?
6   **A   It's true, but again, it would be**
7  **inappropriate to pluck this out of context and quote**
8  **just from this sentence without quoting what comes next.**
9  **It gives some explanation later on.**
10   Q   In fact, when Putin temporarily lost the right
11  to grant these contracts in 1992, didn't you reinstate
12  Putin's authority?
13   **A   The right was granted to the city, to the**
14  **mayor's office.  So it was not granted to Putin**
15  **personally.  Now, if someone had reduced Putin's**
16  **authority, it would have been the mayor, not us.**
17   Q   And it's your position that Putin did nothing
18  wrong here, correct?
19      MR. LEWIS:  Objection, mischaracterizes his
20  testimony.  His testimony was, I was not the
21  prosecutor's office; it wasn't my responsibility to look
22  into that.  And you just asked him if that was accurate.

226

1   Q   I'm asking if it's your position, Mr. Aven,
2  that Vladimir Putin did nothing wrong here with regard
3  to the St. Petersburg food shortage.
4   **A   I am not aware of that.  I remember receiving**
5  **hundreds of complaints from various people, from various**
6  **citizens, villages of the Russian Federation.  But so**
7  **far as I am concerned, the presumption of innocence is**
8  **still there.  And I believe in the presumption of**
9  **innocence, contrary to the author of this book which is**
10  **full of lies.**
11   Q   If you look at page 35 of your testimony in
12  the same document.
13      MR. DUNN:  Josh, what document is that?  I'm
14  sorry.
15      MR. LEVY:  Document number 82.
16      MR. DUNN:  I don't see a page 35.
17      MR. LEWIS:  It's at the end, Matt.  It's out
18  of order.
19      MR. DUNN:  Okay, sorry.
20      MR. LEVY:  It's the last page of the PDF.
21      MR. DUNN:  Okay, sorry.
22   Q   Go to page 35, line 4.  Your testimony, quote,

227

1  It was nothing to do with Putin, with anybody else.  It
2  was just systemic decision.  That was my responsibility.
3  End of quote.
4      It was -- quote, It was Sobchak major
5  responsibility.  And my -- our decision was to give this
6  right to him, to the city.  That's all.  End of quote.
7      Is that testimony accurate, Mr. Aven?
8   **A   Absolutely.  It was a systemic decision in the**
9  **sense that we thought that to the extent that the mayor**
10  **was in charge of supplies to the city, that decision had**
11  **to be devolved to him, and it was his responsibility**
12  **then to act within the bounds of that devolution.  We**
13  **also devolved those decisions to other cities, including**
14  **Kazan in the Republic of Tatarstan, and that was then up**
15  **to them to make those decisions within the framework of**
16  **the authority that had been granted to them.**
17   Q   Do you know that years later, when interviewed
18  about his role in this scandal, Vladimir Putin said it
19  was all legal because you issued the licenses?
20   **A   No, we granted them the right to issue the**
21  **licenses.  That's what happened.**
22   Q   Can you turn to document 96.

228

1      MR. LEVY:  We'll call this Exhibit 50.
2      (Exhibit Aven-50 marked for identification and
3  attached to the transcript.)
4  BY MR. LEVY:
5   Q   This is Vladimir Putin's autobiography, First
6  Person, An Astonishingly Frank Self-Portrait By Russia's
7  President.
8      And if you look at page 99, the third page of
9  this document, (inaudible), his memoir, his
10  autobiography, and it says, But the granting of
11  licenses?
12      And he wrote, We did not have the right to
13  grant licenses.  That's just it.  A division of the
14  ministry of foreign economic relations issued the
15  licenses.  They were a federal structure and had nothing
16  to do with the municipal administration, end of quote.
17      Was Vladimir Putin telling the truth?
18   **A   This is incorrect.**
19   Q   Have you --
20   **A   And I'm happy to explain.**
21      (Cross-talk.)
22   Q   Have you told President Putin it's incorrect?

Transcript of Petr Aven
Conducted on December 9, 2020

229

1      THE INTERPRETER: Sir, there was overspeaking.
2  Sir, could you repeat the question, please?
3      Q   Have you told President Putin that his memoir
4  is incorrect here?
5      A   This is not entirely correct.  It needs to
6  be --
7      Q   That's not the answer to my question.
8      A   -- expanded on and clarified.
9      (Cross-talk.)
10     (Reporter interruption.)
11     Q   Mr. Aven, I'm going to object to your
12  responses that are not responsive.
13        Did you tell Vladimir Putin that this
14  statement is incorrect?
15     A   I had never seen this statement.
16     Q   Have you seen the allegation that you
17  reinstated Putin's authority to issue licenses in other
18  books or other media?
19     A   Just to be sure, this is not a lie.  This is
20  not an entirely correct description of what actually
21  happened.  What happened was that Moscow was granting
22  authorizations to the local municipal authorities.

230

1      MR. LEVY:  Objection.  Objection.  This is not
2  a responsive answer to my question.
3      MR. LEWIS:  Objection.  He thinks it is
4  responsive.  He should be allowed to finish answering
5  what he understands the question to be, and then if you
6  have a follow-up question, you'll ask him.
7      (Cross-talk.)
8      MR. LEWIS:  But you're repeatedly interrupting
9  him now.
10     (Cross-talk.)
11     MR. LEVY:  Alan, I am not --
12     (Cross-talk.)
13     A   You are being manipulative, Counsel.  You are
14  not allowing me to explain what I wanted to explain.
15  You interrupt me half sentence, and you do not allow me
16  to explain the gist of the matter.
17        There are sentences that cannot be described
18  as being a lie, but they do not properly describe what
19  actually happened.
20     Q   Have you seen allegations that you reinstated
21  Putin's authority to issue licenses in other books, in
22  other media, news articles, et cetera?

231

1      A   I never saw the word "reinstated" used.
2      Q   Have you seen allegations that are similar to
3  what I just explained to you in media and books about
4  your role in the St. Petersburg food scandal?
5      A   I saw many allegations on multiple occasions
6  to the effect that Gaidar and I had given authority to
7  Putin, yes.
8      Q   Where in the media have you seen those
9  allegations?
10     A   In lots of gutter press reports and outlets.
11  But no one went so far as to file a complaint or accuse
12  me of anything because this is a complete fabrication.
13  This is slander.
14     Q   Have you seen the allegations anywhere else in
15  the media?
16     A   Not in the serious literature at all.  In the
17  tabloid -- gutter press as we describe it, or in some
18  stupid books like Dawisha's book.
19     Q   In 2012, did you speak publicly about your
20  role in the St. Petersburg food scandal?
21     MR. LEWIS:  Objection to form.  He didn't play
22  a role in the scandal.  That's not his testimony.  But

232

1  if you want to ask him what he said publicly about the
2  food scandal, go ahead.
3      Q   Please answer the question.
4      A   I do not recall.
5      Q   And by the way, when you talked about Karen
6  Dawisha's book, this is -- Putin's Kleptocracy, you
7  called this gutter press?
8      A   This is a complete lie.  It's a total
9  fabrication.
10     Q   You know this is published by Simon &
11  Schuster?
12     MR. LEWIS:  Objection.  This is argumentative.
13  This is not a question, Do you know this is published by
14  Simon & Schuster?
15     Q   Is Simon & Schuster gutter press?
16     MR. LEWIS:  You know, objection.  He's
17  really -- he's testified about this particular book, not
18  about Simon & Schuster in general.
19     MR. LEVY:  Alan, if you could refrain from
20  testifying for your client, I'd really appreciate it.
21     MR. LEWIS:  I'm not doing so.  I'm objecting
22  to these questions.

Transcript of Petr Aven
Conducted on December 9, 2020

59 (233 to 236)

233

1        MR. LEVY:  Please object to form so we can
2   move on.
3        Q    In March of 2012, Mr. Aven, did you speak with
4   reporters at Dozhd, D-O-H-Z-D [sic]?
5        A    I do not recall.
6        Q    Did they ask you about the letter you received
7   from Yury Boldyrev asking you not to grant licenses to
8   Putin?
9        A    They may have, and I would have told them
10  exactly what I have said to you, sir, i.e., that it had
11  nothing to do with Putin.  It was the natural systemic
12  decision and the right thing to do, i.e., to grant the
13  right to the city authorities to provide supplies to the
14  city.
15       Q    But the food never arrived, right?
16       A    I'm not aware of that.  I'm not aware of that.
17  I've heard about the presumption of innocence, and no
18  criminal complaints have ever been lodged, no criminal
19  case has been initiated.
20            I know enough about Mr. Boldyrev to be able to
21  say that he is a lying moron, the head of the communist
22  opposition, and he deserves as much trust and confidence

234

1   as the author of this book deserves.
2        Q    Did you tell the reporters at Dozhd that you
3   didn't recall the letter from Yury Boldyrev but only
4   recalled seeking advice from Sobchak, the mayor of
5   St. Petersburg?
6        A    I do not recall that letter.  I have not seen
7   this letter actually.  And I've recently heard about it.
8   Some letter was shown to me, but I do not have any
9   recollection in my mind.
10            If Putin had not become president, no one
11  would have ever remembered this.  We received thousands
12  of complaints whereby some people or some entities were
13  complaining against other people or entities saying that
14  they had stolen something or some licenses had been
15  inappropriately issued.  There were thousands of those,
16  and I would simply not recall them.
17       Q    Turn to document 105.
18       MR. LEVY:  We're going to mark this Exhibit
19  51.
20       MR. LEWIS:  Josh, can we take a break shortly?
21  We're about an hour in since the last break.
22            And relatedly, do you have a sense as to how

235

1   much more you have to go?
2        MR. LEVY:  I'm going to take the allotment of
3   my time, and we'll take a break in five minutes.
4        (Exhibit Aven-51 marked for identification and
5   attached to the transcript.)
6   BY MR. LEVY:
7        Q    This is an article from the Lithuania Tribune.
8   It's dated June 19, 2015.  The headline is, Putin's
9   Russia, The dangerous illusion of independent and
10  western oligarchs.
11            And if you turn to the fourth page of this
12  document, I'm going to read the second full paragraph to
13  you.
14            It says, quote, In March 2012, Aven was
15  frankly asked to comment on the story by journalists at
16  the oppositional TV channel Dozhd.  The oligarch's
17  response was more than surprising:  He did not consider
18  the letter from Russia's most senior inspector --
19  Boldyrev -- and one relating to a serious scandal, any
20  different from piles of correspondence he received as a
21  minister.  Aven said he did not remember a letter from
22  Boldyrev.  He only remembered that he turned to

236

1   St. Petersburg Mayor Sobchak for advice, end of quote.
2        Is that true, Mr. Aven?
3        A    I have just had a look at this article.  The
4   author is lying through their teeth.  This is a stupid
5   allegation, and I believed at that time, and I still
6   believe today, that it was the right thing to do to
7   grant the authority to the municipality to run the city.
8   And had I been required to make that decision again
9   today, I would have made exactly the same decision.  It
10  was the right thing to do.
11       (Speaking Russian.)
12       Q    What did you say?
13       MR. LEVY:  Can you translate that?
14       THE INTERPRETER:  Mr. Aven said that, we have
15  already discussed that.
16       Q    Isn't it true that there are questions in the
17  media about how Sobchak died?
18       A    Well, Russia is a conspiracy theory country.
19  So obviously some people did raise questions.
20       Q    Do you know how he died?
21       A    No.
22       Q    You've never publicly stated that Putin was at

237

1  fault for his role in the St. Petersburg food scandal,
2  have you?
3      A  I have no knowledge of that, and nor do I have
4  any reason or justification to suspect Putin of having
5  done anything, because there was no investigation and no
6  criminal case has ever been initiated.
7          This is total drivel.  Amongst other things,
8  it says that we were engaged in running drugs.  There's
9  nothing to discuss here.  It's total stupidity.
10     Q  I'm going to repeat my question, which you've
11 not yet answered.
12         You've never stated in public that Vladimir
13 Putin was at fault for his role in the St. Petersburg
14 food scandal, have you?
15     A  Never.
16     Q  Wouldn't any undisclosed information about
17 Putin's role in this scandal be kompromat?
18         MR. LEWIS:  Objection.  Assumes a lot that's
19 not in evidence.  He has testified that he doesn't have
20 information about Putin's role in the scandal or the way
21 he was involved in the scandal.
22         (Cross-talk.)

238

1          (Reporter interruption.)
2          MR. LEWIS:  So to make assumption upon
3  assumption upon assumption and say, would that be
4  kompromat, does nothing but call for speculation, and
5  certainly doesn't pose a question that is relevant to
6  this lawsuit.
7          MR. LEVY:  Thank you for your --
8          (Cross-talk.)
9          (Reporter interruption.)
10     A  I believe that the question is inappropriate.
11 I do not believe there was any scandal.  I'm not aware
12 of any investigation that has been initiated.
13 Therefore, it would be wrong to say anything against
14 Putin.
15     Q  And if you had information on Putin's role in
16 the scandal, and you haven't disclosed it to the public,
17 wouldn't that be kompromat?
18         MR. LEWIS:  Calls for speculation.  Objection.
19 Assumes facts not in evidence.
20     A  I do not want to hypothesize.
21     Q  Did you resign from the ministry?
22     A  Yes.

239

1      Q  When?
2      A  In December '92.
3      Q  Why?
4      A  I resigned because my prime minister, Yegor
5  Gaidar, was no longer there, and the new prime minister
6  had the right, I believe, to come up with a list of his
7  own ministers, and even though ministers are appointed
8  by the president, I -- theoretically I could have stayed
9  along, but I thought that it would have been
10 inappropriate because the prime minister should be
11 granted the authority and the ability to appoint his own
12 ministers.  So I resigned.
13         MR. LEWIS:  Josh, if we could take a short
14 break.
15         MR. LEVY:  We can take a break.  Why don't we
16 come back in, what, five minutes, Alan?  What's good for
17 you?
18         MR. LEWIS:  That's fine.
19         MR. LEVY:  Okay.  We'll go off the record.
20         (Recess from 4:47 p.m. until 4:56 p.m.)
21         MR. LEVY:  We're back on the record.
22         (Unless indicated otherwise, for the remainder

240

1  of the transcript, all questions and answers are in
2  English.)
3  BY MR. LEVY:
4      Q  Mr. Aven, I saw during the break that you were
5  on your phone.  Were you communicating with anyone
6  during the break who --
7      A  No, no, no, I just looked at the -- how to
8  say -- WhatsApp.  That's here.  Nothing.
9      Q  Thank you for answering me in English.
10         I saw you walking around talking on your
11 phone.  Were you speaking with anyone --
12     A  I spoke with my son.  I spoke with my son from
13 New York.  That's all.  I assure you there's nothing
14 about our case, not at all.
15         (Cross-talk.)
16     Q  You're familiar -- thank you.  And thank you
17 for responding --
18     A  (Inaudible.)
19     Q  Thank you, Mr. Aven.
20         You're familiar with the Yeltsin government's
21 contract with Kroll, K-R-O-L-L, to investigate Russian
22 corruption in 1992 and 1993?

241

1    A   I do.  I do.

2    Q   Did you recommend Kroll for this

3 investigation?

4    **A   No, I did not.  They came through -- Gaidar**

5 **brought them in.  So they came through -- my guess, they**

6 **were proposed by Russian intelligence to Gaidar.  Gaidar**

7 **hired them and introduced me to them that I'm for --**

8 **their job.**

9    Q   Thank you again for responding to me in

10 English.

11       Can you turn to Exhibit 97, please.  Or

12 document 97.

13       MR. LEVY: We'll call this Exhibit 52.

14       (Exhibit Aven-52 marked for identification and

15 attached to the transcript.)

16 BY MR. LEVY:

17    Q   This is an excerpt from Catherine Belton's

18 book Putin's People.

19       And at page 60 of this book, it's the second

20 page in the PDF, it says, quote -- and this is a quote

21 from you, sir -- they didn't find anything, unquote,

22 said Petr Aven, the government minister whose initiative

242

1 it was to bring in Kroll in the first place, unquote.

2       Is that accurate?

3    **A   No.  It was not my initiative.**

4       (Reporter interruption.)

5    **A   It was not my initiative.**

6    Q   Turn to document 86, which we've marked as

7 Exhibit 48.

8       Thank you again for responding to me in

9 English, Mr. Aven.  It's really help --

10   **A   Well, I'm just -- because -- well, I do, but**

11 he's tired.  (Inaudible.)  I would prefer to speak in

12 Russian, definitely.  But I guess we have to take care.

13 He's about the same age as mine.  So that's old enough

14 for this.  That's another 7:00 or 8 p.m.

15   Q   Well, I can understand you perfectly in

16 English.

17   **A   What's the number?**

18       INTERPRETER: (Speaking Russian.)

19   **A   But I might go -- if anything unclear, I will**

20 **go back to Russian.**

21   Q   Well, your English is excellent.

22   **A   Thanks a lot.**

243

1    Q   Of page 19 of the Dawisha book, we're back to

2 that (inaudible).

3    **A   Uh-huh.**

4    Q   The commission's report, she wrote, noted

5 Kroll's efforts including, quote, widespread instances

6 of bribery of officials, blackmail, and the illegal

7 transfer of currency resources to foreign banks, with

8 specific ministers sanctioned by name, including

9 Minister of Foreign Economic Relations Petr Aven, end of

10 quote.

11       When did you learn that her book made this

12 statement?

13   **A   Somebody gave me her book when it was**

14 **published, and then I saw it, of the book.**

15   Q   Have you seen similar allegations published

16 anywhere else?

17   **A   No.**

18   Q   Have you ever seen the commission's report?

19   **A   What you think?  I commissioned this report.**

20 **I was responsible for that.  How -- what do you say --**

21 **of course, yes.**

22   Q   Have you seen the Kroll report on which the

244

1 commission relied?

2    **A   I have Kroll report at my home here in London.**

3 **So what it says here is complete lie, from the first**

4 **page to the last one.  Everything about Kroll report is**

5 **complete lie, because I have it, I own the report, is on**

6 **my shelf at my home.  I'm not mentioned there; Mr. Putin**

7 **is not mentioned there.  It's all complete lie.**

8        **And basically that's a very good case for the**

9 **court, because that can be easy to proved because I have**

10 **the report, and that's going to be easy to show.**

11 **(Inaudible) please.**

12   Q   And you've said the Kroll report has concluded

13 that this has nothing to do with you; is that right?

14   **A   It's not just nothing to do.  I paid -- we**

15 **paid for this -- it was impossible for them.  This was**

16 **nothing to do with me at all.  I'm not mentioned there.**

17   Q   Any reason we wouldn't want to see that

18 document?

19       MR. LEWIS: Objection.  Objection.

20       Don't answer.

21       If you have requests, you'll make them through

22 counsel.

245

1     A   Because it's confidential.  It was (inaudible)
2  confidential.  There's some names -- I can explain.
3  It's names of former Soviet ministers who died already;
4  they were found, their accounts, outside, their family
5  members, nobody alive --
6         (Reporter interruption.)
7         COURT REPORTER:  If you speak slower --
8         THE WITNESS:  I will try.
9     A   In this report -- this whole report I devoted
10  to some former Soviet Union bureaucrats.  All of them
11  are dead already.  They were former ministers, some
12  high-level bureaucrats, and Kroll have found some of the
13  accounts outside of the country.
14         To publish this -- it was confidential.  To
15  show it, to publish, I guess, was morally wrong for
16  their families, for their people, and so on and so
17  forth.  So I don't want to show it to anyone.  And
18  that's -- basically was confidential.  That's only
19  reason.
20         But I have it.  And if some day I'll be able
21  to show you, that's no problem.  Maybe we'll -- I don't
22  know what we'll do with this great book because it's

246

1  complete lie, not only here, but you know that's a --
2  very clearly proved.  If some part of it is complete
3  lie, how you can believe in the rest of the book?
4     Q   Have you ever --
5     A   And it's the same.
6     Q   Mr. Aven, have you ever sent a letter to Simon
7  & Schuster or to the author of this book telling them
8  that there's incorrect information in it?
9     A   Maybe it was my mistake, but I did not.
10     Q   If you look at page 20 of this book, it
11  states, quote, At an Aspen conference in St. Petersburg
12  in the early 1990s, I asked a high-ranking U.S.
13  government official, How many Russian government
14  ministers have bank accounts abroad in excess of $1
15  million?  The reply came back immediately and without
16  hesitation, quote, All of them.  Every last one, end of
17  quote.
18         That would have included you, correct?
19     A   Yeah, but it's, again, complete lie.  I can
20  swear, I can, whatever, tell, I never had a single
21  dollar in foreign account when I was in the government.
22  And I'm pretty sure that all my friends, especially

247

1  Mr. Gaidar -- all our team never were bribed, never, and
2  never had a single account outside the country.  It's
3  complete, pure lie.
4     Q   You were a Russian government minister, of
5  course, in the early '90s, yes?
6     A   Yes.
7     Q   In 1990 or 1991, did you introduce Vladimir
8  Putin to Boris Berezovsky?
9     A   No.  We met him simultaneously.  We were
10  together with Berezovsky in St. Petersburg, and Putin
11  arranged our group to meet with Mr. Sobchak.
12         So that was not me.  We were just -- jointly
13  went with Putin for the first time.  It was all arranged
14  by Anatoly Chubais, another Russian bureaucrat.
15     Q   You know Berezovsky said in his memoir that
16  you introduced him to Vladimir Putin, correct?
17     A   It was not exactly the case.  We came together
18  to St. Petersburg, and through -- and it was a meeting
19  organized by Chubais.  So it was not introduction made.
20  We met him simultaneously, as I say.  We met Putin for
21  the first time in the same moment, myself and
22  Berezovsky.

248

1         So I didn't introduce him to.  That's not
2  exactly the way.  I didn't introduce him to Berezovsky.
3         (Reporter interruption.)
4         MR. LEVY:  Let's use the translator.  I don't
5  know if the --
6     A   (Through interpreter.)  I did not introduce
7  Putin to Berezovsky.  Berezovsky and I went to
8  St. Petersburg at the same time, and we met Putin at the
9  same time, concurrently.
10     Q   Please turn to document 95.
11         MR. LEVY:  We're going to call this Exhibit
12  53.
13         (Exhibit Aven-53 marked for identification and
14  attached to the transcript.)
15  BY MR. LEVY:
16     Q   This is Boris Berezovsky's three volume
17  memoir, The Art of the Impossible.  This is volume one
18  of that memoir.  And you'll see that on page
19  (inaudible), the second full paragraph, it says, quote,
20  My attitude to Putin isn't based on our personal
21  relations.  I have known him for a long time.  We became
22  in 1995, through the person who always

249

1  introduced me to important persons - Petr Aven, end of
2  quote.
3        Is Berezovsky incorrect?
4        A   Incorrect.  Incorrect.
5        (Through interpreter.)  This is incorrect.
6  Berezovsky is not right.  It was in 1991.  It would be
7  wrong to describe this as an introduction.  It was not
8  an introduction in the sense that Chubais had sent us to
9  St. Petersburg and we, Berezovsky and myself, met Putin
10 there together at the same time.  So it was not an
11 introduction per se.
12       (In English.)  I organized the visit, so it
13 could be regarded as some sort of introduction.  But I
14 never saw Putin before, the same as Berezovsky.  So we
15 met him simultaneously for the first time.
16       So this incorrect statement.
17    Q   Did you introduce Berezovsky to other
18 important persons?
19       MR. LEWIS:  Objection, vague.  You know, who
20 is important?
21    Q   Please answer.
22    A   Well, I introduce him to Mr. Gaidar, my best

250

1  friend and our prime minister.
2     Q   Almost immediately after -- well, strike that.
3        Before Mr. Berezovsky died, did you ask him to
4  print a correction?
5     A   It's -- well, first of all, I didn't speak
6  with Berezovsky for the last eight years of his life.
7  We were not in touch.  We didn't speak at all.  We were
8  basically -- we had broken our relations.  That's number
9  one.
10       Number two, it's so unimportant.  So I
11 definitely didn't ask him to correct anything.
12    Q   Did you tell him he got this point wrong about
13 you introducing him to Putin?
14    A   I guess it was published after we already had
15 broken our relations.
16    Q   Almost immediately after Putin became
17 president of Russia, Berezovsky vocally opposed Putin,
18 correct?
19    A   Several months.  Several months.  Not
20 immediately.  Half a year after.
21    Q   Isn't it true that because of his opposition
22 to Putin, Berezovsky had to flee Russia to gain

251

1  political asylum in the United Kingdom?
2     A   Yes.
3     Q   Weren't there at least two reported attempts
4  by the Russian government to assassinate him?
5     A   No idea.
6     Q   You've never opposed Putin in public, have
7  you?
8        MR. LEWIS:  Objection.  This has been asked
9  and answered.  You've gone over this already,
10 repeatedly.
11       (Cross-talk.)
12       (Reporter interruption.)
13    A   I can repeat once again.  I have never opposed
14 publicly Mr. Putin.
15    Q   Can you repeat that?  And slowly --
16    A   I have never publicly opposed Mr. Putin, and
17 never criticized him publicly.  You're absolutely right.
18    Q   Did you run for political office in Russia?
19    A   I was one -- I was running for parliament once
20 in their party of Yegor Gaidar.  But -- because they
21 wanted big names, and I was a big name at the time, more
22 or less, for (inaudible) in Russia, and he asked me to

252

1  be part of the list, his party list.  But I didn't plan
2  to join the parliament.
3        So immediately after elections, when the party
4  received its share, I left.
5     Q   The parliament's called the Duma, D-U-M-A,
6  in --
7     A   Yeah.
8     Q   You were elected to the Duma in 1993?
9     A   Mm-hmm, yes.
10    Q   When did you first meet anyone from Alfa?
11    A   I met first time spring 1993.
12    Q   Who was the first person from Alfa you met?
13    A   His name is unknown to you.  His name is
14 Dmitriy Vinogradov, who was --
15    Q   Is that spelled V-I-N-O-G-R-A-D-O-V?
16    A   Dmitriy Vinogradov, I don't know how.
17       THE INTERPRETER:  Dmitriy Vinogradov,
18 V-I-N-O-G-R-A-D-O-V.
19    A   Who was deputy CEO.
20    Q   What were the circumstances of that meeting?
21    A   They came for me for advice, and they wanted
22 to discuss some options, I guess some ideas.  They have

253

1  heard that I have some ideas to start to -- some
2  business ideas. And they came, we discussed these
3  ideas. That's all.
4      Q    They wanted to discuss some options, didn't
5  they?
6      A    No, they wanted to discuss some options, some
7  banking ideas. Some investment banking ideas, I would
8  say, they wanted to discuss.
9      Q    So you said --
10     A    They had money. I had told Dmitriy what --
11 you can read in this book -- I had no money at all after
12 government service, so I wanted somebody with money, and
13 I had ideas. They had money, and I had ideas. So then
14 we met.
15     Q    And you had contacts in the government?
16     A    No. Contacts was the secondary thing. When
17 we started, it was just pure trade issues. I met
18 Fridman in, and several months after we made couple of
19 successful deals with their money, they paid me advisory
20 commission. And then Fridman came to me, and then we
21 started to discuss more (indiscernible) calculation. We
22 started not with their contacts at all.

254

1      Q    Did Mikhail Fridman tell you that he valued
2  your government contacts?
3      A    Of course, yes, he did.
4      Q    Did he lack those contacts?
5      A    He had not contacts at all.
6      Q    Since that time, when you met Mr. Fridman for
7  the first time, have you, on Alfa's behalf, maintained
8  relationships with government officials in Russia?
9      A    Well, when I -- when Fridman met me, there was
10 my friends in the government still. But in couple of
11 years, they've all disappeared. So basically it was not
12 as valuable. We still have some connections, we had the
13 biggest Russian group, but it's definitely much less
14 personal than it was when we met.
15     Q    And so you've had to build and establish new
16 relationships in the Russian government on behalf of
17 Alfa?
18     A    Well, currently, to be frank, we almost have
19 no relations whatsoever. And I even don't know the name
20 of ministers. I did know. But now, we are -- no, not
21 anymore. They said you -- the system has changed and
22 people has changed. So basically -- and we don't speak

255

1  with them as often as before. That's definitely a big,
2  big change.
3      Q    That's outside of the three meetings you have
4  with Vladimir Putin every year?
5      A    Yeah.
6      Q    How long were you president of Alfa-Bank?
7      A    I was the president for about 10, 11 years.
8      Q    As president of Alfa-Bank, did you have a good
9  relationship with the press?
10     A    Basically, yes.
11     Q    As Alfa-Bank president, did you sit for
12 interviews with the Western press?
13     A    Yes.
14     Q    Did you talk about economics, finance, how
15 business works, among other things, when you were
16 talking with the press?
17     A    I was -- I tried to speak only about
18 economics, basically. I never allowed myself -- I never
19 allowed myself to discuss politics, definitely. And
20 basically, I was concentrated on banking, on our area of
21 interest.
22     Q    Did you talk about Alfa business?

256

1      A    Yes.
2      Q    Did you talk about trade?
3      A    I could -- maybe I could as a foreign
4  minister, but step by step I went further and further
5  away from the WTO, for example, all these topics. In
6  the beginning, maybe. Because they still -- those who
7  spoke with me in '90s, they still did remember, because
8  I was a minister. Nobody remembers anymore.
9      Q    At Alfa, you've participated in press
10 conferences for the company, correct?
11     A    Yes.
12     Q    How often?
13     A    I don't remember, but often enough. I was the
14 face of the bank.
15     Q    Does the Western press cover those press
16 conferences?
17     A    Well, we had very friendly -- again, we
18 were -- we believed that we were different type of
19 organization, more friendly to the West, the Western
20 type of government structure and so on. So basically we
21 were always very friendly with foreign journalists in
22 Moscow.

257

1    Q    Does that mean that the Western press covered
2  those press conferences?
3    A    I don't remember. I guess for the Western
4  press, it was -- our press conferences definitely were
5  not important.
6    Q    Did you have a role at Alfa Capital?
7    A    No. I am a -- again, it's the same group, so
8  I am a shareholder. But operationally, not involved at
9  all.
10    Q    Do you know Mikhail Alexandrov?
11    A    No, not at all.
12    Q    Around when did Vladimir Putin move from St.
13  Petersburg to Moscow?
14    A    I think -- it's around -- again, you have to
15  check it with Internet. It's, again -- it's '97, I
16  guess, somewhere around there.
17    Q    Did you introduce Putin to others in the
18  Russian government?
19    A    No. To government, definitely not.
20    Q    Do you know Chrystia Freeland?
21    A    I do.
22    Q    She wrote the book, the Sale of the Century,

258

1  correct?
2    A    Very good book. That's a very honest and good
3  book.
4    Q    She interviewed you for that book?
5    A    I don't remember. Maybe yes.
6    Q    How long --
7    A    Maybe yes. She was more friendly with
8  Mr. Fridman because they spoke Ukrainian.
9    Q    How long did she meet with you and Mr. Fridman
10  for that book?
11    A    Well, she spent definitely much more time with
12  Mr. Fridman, again, because she was from western
13  Ukraine, they spoke Ukrainian, so it was much more
14  natural contact than me.
15    Q    How long did she spend with you?
16    A    I don't remember. Several times I spoke. She
17  was very good -- honest and good journalist. Complete
18  contrary to what you -- the names you mentioned today.
19    Q    In 1996, did Alfa-Bank contribute money to
20  Yeltsin's re-election effort?
21    A    Yes.
22    Q    Did Yeltsin send you thank-you letters for

259

1  that?
2    A    Yes. I have a -- for that, for that, I have
3  a -- Yeltsin sent letter for the support of the
4  elections in 1996, yeah.
5    Q    What do the thank-you letters say?
6    A    Well, the participation of the campaign -- to
7  the support of the campaign. It was legal in that time,
8  so we could contribute money, and we contributed some
9  money to the campaign. And so I received the letter
10  sent for support. The same as you can have in the U.S.
11  You donate something, you have a letter of, I guess,
12  gratitude.
13    Q    Do you still have the letters?
14    A    Maybe yes; maybe not. I don't know. I don't
15  recollect.
16    Q    What was the loan for shares program?
17    A    It was a huge, huge, huge, huge mistake which
18  basically destroyed liberal idea in Russia.
19    Q    Do you deny having anything to do with it?
20    A    Yeah. I was very much against. And publicly.
21    Q    Can you turn to document 106.
22        MR. LEVY: I don't believe we've made it an

260

1  exhibit yet. We'll call it Exhibit 54.
2        (Exhibit Aven-54 marked for identification and
3  attached to the transcript.)
4  BY MR. LEVY:
5    Q    This is an excerpt from Paul Klebnikov's book
6  called Godfather of the Kremlin, The Decline of Russia
7  and the Age of Gangster Capitalism.
8    A    Yeah. Um-hmm.
9    Q    And if you turn to this -- if you turn to this
10  book, at page 271, it's the last --
11    A    I see it.
12    Q    -- page of this excerpt. According to this
13  book at page 271, the Russian government, in November
14  1996, ordered that Alfa Group be allowed to purchase 49
15  percent of the telecom monopoly, Svyazinvest,
16  S-V-Y-A-Z-I-N-V-E-S-T --
17    A    I see it.
18    Q    -- at a price determined by independent
19  analysts, quote, as payback for the contributions of
20  Alfa to the 1996 presidential campaign, end of quote.
21        Is that correct?
22    A    No. It's completely lie. Complete lie.

Transcript of Petr Aven
Conducted on December 9, 2020

261

1  Completely untrue.  We have never, never received
2  anything in proposals as a gratitude for the elections.
3  Basically, we didn't take part in loan for shares at
4  all.  We were not part of this.  We were the only
5  Russian big group which we are not part of loans for
6  shares at all.
7      With Svyazinvest, we had the calls from
8  Berezovsky and Gusinsky to join them in this auction.
9  We say, if you will, we shall.  But we didn't take part
10 seriously.  Not at all.  And then, as you know, we
11 receive nothing.
12   Q   Did Alfa Group purchase a significant
13 percentage of this telecom monopoly?
14   A   No.  Zero.  No.  It was all -- this is
15 complete lie.  It was all grant to Mr. Potanin and
16 Mr. Soros.  Not to us at all.  Zero.  That's completely
17 incorrect.
18   Q   In 1990 --
19   A   You can check it.  You can go get the record
20 and check yourself.  It's easy.
21   Q   In 19 --
22   A   It's easy.  It's easy.  You have to prepare

262

1  yourself.  You have questions which can be easily
2  checked.  We had zero shares in this.  We lost it.  We
3  were not prepared then.  Go to the record and look at
4  it.  You have to prepare yourself.  Not serious.
5      Q   In 1997, Alfa acquired 40 percent of TNK; is
6  that right?
7      A   Yeah.
8      Q   Did I get that right?
9      A   Yeah, that's right.
10     Q   Is that on the Internet?
11     A   Yeah, we did.  That's right.
12     Q   TNK was a Russian state-owned oil company,
13 wasn't it?
14     A   No.  In that time it was -- yeah, it was
15 some -- that was complicated, but it was already
16 privatized de facto.  But big state wasn't (inaudible).
17 That's right.
18     Q   Before you bought it, the Russian state owned
19 it, correct?
20     A   Major, major part, I would say.
21     Q   Russia privatized a tender of its shares in
22 TNK in '97, correct?

263

1      A   Yeah.  Yeah.
2      Q   And Alfa acquired all the shares that were
3  available at the time, correct?
4      A   Yeah.
5      Q   And in '97, Putin had become the deputy chief
6  of the presidential staff, right?
7      A   Yeah.
8      Q   That's on the Internet, isn't it?
9      A   Yes, absolutely right.
10     Q   And in 1998 --
11     A   But here -- he had nothing to --
12         (Cross-talk.)
13     Q   In 1998, was Putin appointed first deputy
14 chief of presidential staff for regions?
15     A   Maybe.  Maybe that's true.
16     Q   Later in 1998 was he appointed head of the
17 FSB?
18     A   Yeah.
19     Q   Didn't you meet with Putin when he was head of
20 the FSB?
21     A   I don't think so.  Maybe once or twice, but
22 basically FSB I tried to avoid.  It was definite not my

264

1  area of interest.
2      So I met him in the administration.  I met him
3  when he became prime minister.  And FSB, maybe there
4  was -- but I don't think I met him one to one when he
5  was (inaudible).  I always tried to avoid contact with
6  the special services.
7      Q   So you said a lot of contradictory things
8  there.  Did you meet with him once or twice when he was
9  head of the FSB?
10     A   I just -- maybe when he was in FSB I could
11 meet him once or twice.  Maybe.  I don't recall,
12 basically.  But basically we didn't have close contact
13 at all.
14     Q   Do you not recall, or did you meet him once or
15 twice when he was head of the FSB?
16     A   I believe I -- most probably I met him once or
17 twice when he was -- because I knew him before, it
18 looked like I could meet him once or twice when he was
19 boss of FSB.
20     Q   In 1998, didn't Alfa become TNK's majority
21 shareholder?
22     A   Yes.

265

1    Q    In May of --
2    A    Putin had nothing to do with privatization
3  whatsoever --
4        MR. LEVY:  Not responsive --
5    A    -- at all.  Not at all.
6    Q    In May of 1999, did you accompany Anatoly
7  Chubais, C-H-U-B-A-I-S, on a trip to the United States
8  where you met with Secretary of State Madeleine
9  Albright, Strobe Talbott, Secretary of Treasury Larry
10  Summers, and the head of the IMF, Stanley Fischer?
11   A    Yes.
12   Q    Did you make that trip at the Russian acting
13  prime minister's request?
14   A    I was appointed.  They proposed me to become
15  deputy prime minister at that time.  So I came with
16  Chubais because Chubais introduced me as the next deputy
17  prime minister of the country.  And that was basically
18  it.  It was all cultivated with Yeltsin, so it was
19  Yeltsin's idea.
20       So I went with Chubais because Chubais
21  wanted -- they wanted to introduce me to all these
22  people who you mentioned as the next deputy prime

266

1  minister of the country.  But when I came back, all
2  plans were changed and unknown, and so they -- I was not
3  appointed.  That's all.
4    Q    I want to ask you to just speak a little bit
5  more slowly for the court reporter.
6    A    Okay.  I was -- I planned on become our deputy
7  prime minister.
8        THE WITNESS:  That's fine?  Okay.
9    Q    In the future, just speak slowly --
10   A    Okay.
11   Q    -- and clearly.
12       Did the acting Russian prime minister appoint
13  you to a new team where you would be responsible for
14  relations with the IMF and other international financial
15  organizations?
16   A    In end of the day I was not appointed.  It was
17  Stepashin, prime minister, who initially proposed me
18  that.  I went to U.S., but during our trip, there was
19  some political games, which I was not completely aware
20  of.  And when I came back, I was not appointed.  That's
21  all.
22   Q    In August of 1999, Yeltsin appointed Putin as

267

1  prime minister, correct?
2    A    Yes.
3    Q    Who were the other prime minister candidates
4  at the time?
5        (Reporter interruption.)
6    A    I don't -- you mentioned names.  Putin.  Putin
7  is easy, P-U-T-I-N.
8        There was also the guy who was prime minister
9  de facto who proposed me the job.  And then at the end
10  of the day, he didn't appoint me.  And then I -- I was
11  not looking for the job at all.  They pushed me, Chubais
12  and Stepashin, and I said yes.
13       And then I went to U.S., I spent couple of
14  days informally with Madeleine Albright, Strobe Talbott.
15  It was very informal.  It was not in the offices; it was
16  in their private homes, nice discussions.  I went back,
17  and I was not appointed.
18       And then, let's see, Stepashin was there.
19  Putin became -- there was some other people -- I was not
20  involved in these discussion at all, who would they
21  discuss, who would be appointed.  I was very far from
22  this process.

268

1    Q    Did you, Fridman, Khan, or Alfa back some or
2  all of the prime minister candidates?
3    A    Never.  We tried to be as far as possible.
4    Q    By December 1999, Putin became acting
5  president of Russia, correct?
6    A    No.  He became acting president of Russia
7  December -- or 1st January to (indiscernible).
8    Q    That's when he became president?
9        (Reporter interruption.)
10   A    No.  I don't remember when --
11       (Reporter interruption.)
12   Q    In December of 1999, The Economist wrote that
13  British Petroleum claimed, quote, TNK squeezed out
14  foreign debt-holders and intimidated judges and
15  journalists, while a TNK-installed administrator
16  plundered Chernogorneft -- C-H-E-R-N-O-G-O-R-N-E-F-T.
17  End of quote.
18       Was that true?
19   A    I am not aware.  I was not involved in TNK and
20  later on TNK/BP issue at all.  Mr. Khan, as you know,
21  and now Mr. Bishlov [ph] responsibilities is doing oil.
22  I was absolutely out of that.  I was responsible for our

Transcript of Petr Aven
Conducted on December 9, 2020

269

1  financial sector business.  I was absolutely unaware of
2  (inaudible), which you mentioned, or of TNK.  I don't
3  know.  I don't know names; I don't know people.  I'm
4  absolutely not aware of anything of that.
5      Q   You said Mr. Khan would have knowledge of
6  that, about that?
7      A   Of course.  He was CEO of TNK for a while.
8      Q   During the period of 1996 through 1999, did
9  you meet with Vladimir Putin?
10     A   Well, definitely, yes.  Sometimes.  Not often,
11 but I met him, definitely.
12     Q   If you could go to document 82, which is
13 Exhibit 49.
14     A   82?  Okay.
15     Q   And if you look at minuscript pages 45 to 46,
16 this is your testimony in the Aven v. Orbis case in the
17 UK.  Line 22, it says that, quote, Yes, we saw him --
18 Putin -- when he joined administration of president.  He
19 was responsible for foreign ownership.  We saw him on
20 some meetings once or twice.  Then he moved to the
21 administration of the president, and again we were
22 dealing with -- I was dealing with the administration,

270

1  so I saw him -- somehow I saw him in business meetings.
2  And we knew him.  He had started to make a big career
3  when he became first deputy -- chief of staff of
4  Yeltsin.
5          I met Putin with other businessmen.  I
6  remember one meeting, for example, with his boss when we
7  discussed potentially Russian ownership outside, and
8  basically if the bank can play any role, because they
9  were seeing how to sell it or what to do with that.
10 There was some sort of -- some meeting and he was
11 present, end of quote.
12         Is that testimony accurate, Mr. Aven?
13     A   Let me read it once again.
14         Yeah, it's all true.
15     Q   And if you could turn to page 50 of the same
16 document, you have testimony at line 8, where it says,
17 quote, We had relationships when Putin was in
18 administration.  We had some relations when he was in
19 administration of the president, and then when he was
20 prime minister we had some relation.  Certain relations
21 we had.
22     MR. LEWIS:  I didn't see this on -- line 8 of

271

1  page 50?
2      MR. LEVY:  Yes.
3      MR. LEWIS:  Line 8 of page 50 is a question
4  that says, The summer of '99 is the summer that is being
5  referred to.
6      MR. LEVY:  No.
7      MR. LEWIS:  No?
8      MR. LEVY:  No.  Page 50 is exactly what I
9  read.  And that quote continues --
10     MR. LEWIS:  Oh, I see.  The page number is at
11 the bottom.  I see.  I'm sorry.
12     A   I see.  You're in the bottom.
13     Q   Yeah.
14     A   I see.
15     Q   And the quote continues where you say, We want
16 to have good formal relations.  That was our goal.
17         End of quote.
18         Is your testimony there accurate?
19     A   Absolutely.
20     Q   In the summer of 1999, did you host Putin for
21 dinner at your house with Igor Malashenko?
22     A   Yes.

272

1      Q   Was that at your dacha?
2      A   With what?  Once again?
3      Q   At your dacha?
4      A   It was my dacha.
5      MR. LEWIS:  Objection, relevance to calling it
6  a dacha.  It's at his house.
7      (Cross-talk.)
8      A   In Russian it's "dacha," it's "house," yeah.
9      Q   "Dacha."  Thank you for that (inaudible).
10     A   It's my house.
11     Q   It's your house.  Did Leo Tolstoy live in that
12 house?
13     A   No.  I actually --
14     (Cross-talk.)
15     MR. LEWIS:  Objection, irrelevant.
16     A   It was another Tolstoy.  Aleksey Tolstoy.
17 It's a famous Soviet writer, not of the same scale as
18 Leo Tolstoy, definitely.
19     Q   Okay.  Different Tolstoy.
20     A   Yeah.
21     Q   Igor Malashenko was the founder of the NTV
22 television channel and Yeltsin's 1996 campaign manager,

273

1  correct?
2      A   Yeah.
3      Q   He was your friend at the time, right?
4      A   Very close.
5      Q   And Putin asked you to introduce him to
6  Malashenko, correct?
7      A   Yes. And Malashenko also wanted to meet Putin
8  some day.
9      Q   And did this dinner take place when Yeltsin
10 was pushing Putin to succeed him as president of Russia?
11     A   I think yes, but we were not aware of
12 Yeltsin's plans. But Putin was a rising star. That was
13 clear.
14     Q   After Putin won the election in 1999, did Alfa
15 Group supply several staff members to his new
16 presidential administration?
17     A   We didn't supply anyone. And not to him. I
18 guess his chief of staff, Voloshin, knew, Sokolov, who
19 had worked for us, and Sokolov brought with him some
20 other people. So that was -- it was definitely not
21 because of Putin. Putin was not aware of that. That
22 was all because of Chief of Staff Voloshin.

274

1      Q   You personally were identified as a key
2  business supporter of Vladimir Putin during his first
3  years as president of the Russian Federation; is that
4  correct?
5      A   I don't know. That's --
6      (Cross-talk.)
7      MR. LEWIS: Objection. Identified by who?
8      A   That's -- by who? Yeah. By whom? I was
9  definitely not in the close circle of him any time. He
10 has his much closer friends, and we had always very
11 formal relations. So that's -- I really don't
12 understand what you mean.
13     Q   Turn to document 107, please.
14     MR. LEVY: And let's mark this Exhibit 55.
15     (Exhibit Aven-55 marked for identification and
16 attached to the transcript.)
17     MR. LEWIS: Josh, I think we're -- we must be
18 getting toward the end of the deposition, but I'll ask
19 you. We could be close to the conclusion, but can you
20 confirm that we are?
21     MR. LEVY: We can go as long as the witness
22 can. If -- we've had a lot of delays today because of

275

1  the translator and cross-talk that was not on our end.
2  We'd ask to reserve the right to go to court to take
3  more time, and in particular, to compel Mr. Aven to
4  testify about the Mueller investigation to the extent
5  that he hasn't already today in response to questions
6  asked.
7      MR. LEWIS: So we -- you knew in advance of
8  today that there's a pending legal issue about -- that
9  the Mueller -- that the information you've requested,
10 it -- from him about the Mueller investigation, and we
11 were quite clear to you that the fact that the Court
12 hasn't adjudicated that and some other issues would not
13 be something that would cause us to acquiesce in a
14 request for additional time.
15     You chose to take the deposition at a time
16 when those issues are still pending, and that was your
17 choice, but we certainly don't agree that there's any
18 basis for seeking to extend the deposition.
19     We've been involved in this now for -- it's
20 been nine and a half hours since we began. I understand
21 we've taken some breaks. But there can't be much time
22 left on the amount of time that you have. So I think

276

1  you should conclude it soon, and in our position, that
2  will conclude his deposition.
3      MR. LEVY: Just to correct the record, we've
4  been on the record for eight hours, not nine and a half.
5  And I don't even know if we've reached the eight-hour
6  mark.
7      (UNIDENTIFIED SPEAKER): We have. Yeah.
8      MR. LEVY: And I just want to make the record
9  clear that we are not waiving our right and reserve the
10 right to go to court to compel Mr. Aven to testify in
11 response to questions about the Mueller investigation
12 that he did not answer, notwithstanding your
13 acquiescence to our request or not.
14     I do want to ask a few more questions.
15 BY MR. LEVY:
16     Q   In 107, this is Exhibit 55, this is an article
17 from The Guardian from March 30, 2000. The headline is,
18 Putin urged to apply the Pinochet stick.
19     In this article at page 1, the second
20 paragraph, it says, quote, Petr Aven, president of Alfa,
21 Russia's biggest and most successful private bank, and a
22 key business supporter of the newly elected president,

277

1  said that Mr. Putin should model his regime on that of
2  Augusto Pinochet of Chile, combining Reaganomics with
3  dictatorial controls, end of quote.
4        Mr. Aven, do you remember being interviewed
5  for this story?
6     A  I don't know.  It was 20 years ago.
7     Q  Did you seek a correction to anything in this
8  story?
9     A  It's crucially simplification, of course.  As
10 usual with journalists.  It's very silly simplification.
11 But again, you didn't allow me to explain, and we have
12 no time.
13       So basically, I definitely believe that
14 Pinochet could be partially, partially only, as an
15 example for everyone.  For many countries.  He have many
16 serious and successful economic policies.  He changed
17 his economy for the better, and Chile is the most
18 successful South — Latin American country.
19       So definitely certainly things of Pinochet
20 that I would borrow.  But that's definitely
21 simplification.
22    Q  Did this story create a stir?

278

1     A  I'm sorry, what?
2     Q  Create a --
3        THE INTERPRETER:  (Rendering interpretation.)
4     A  Maybe.  I don't know.  Who can remember?  20
5  years.
6     Q  Did you have to defend your words in this
7  story to the press?
8     A  No.  No.  Again, that's simplification.  But
9  it's -- always happens with the journalists.  You don't
10 have to react every time.  It's impossible.
11    Q  On the second page of the story, it quotes
12 you.  It says it's -- where you say, quote, Nobody
13 follows the law in this country, end of quote, Aven
14 said.
15    A  That's true.
16    Q  Do you recall telling the reporter that?
17    A  Yeah.  And I agree with that.  And I agree
18 with that now.  Law enforcement, sometimes you need to
19 use force.  That's right.  That's right.
20    Q  While Putin was president of Russia from 2000
21 to 2008, how many times a year would you meet with him
22 one on one?

279

1     A  What time of year?
2        THE INTERPRETER:  (Rendering interpretation.)
3     A  Well, you repeated the same question.  Three
4  or four times a year.  It was all the same.  There was
5  no difference.  Basically this (indiscernible) was --
6  has been created there in that time.
7     Q  Do you remember being --
8     A  He's very, very conservative.
9     Q  Do you remember being interviewed by Ted
10 Koppel in March of 2000 about your relationship with
11 Vladimir Putin?
12    A  Do you remember your discussions 20 years ago?
13 I don't know that.  I'm 65 years old.  I don't have
14 (indiscernible) -- but basically to remember meetings 20
15 years ago is basically impossible.
16    Q  Can you turn to document 30 which is Exhibit
17 47.  Page 155, line 5 --
18    A  Which one?  Which page?
19    A  155.
20    A  Okay.
21    Q  This is your deposition in the CPI case, and
22 the lawyer asked you, Were you interviewed in March of

280

1  2000 by ABC's Nightline, Ted Koppel, for a broadcast
2  from Moscow about Acting President Vladimir Putin?
3        Answer:  Maybe.
4        Does that refresh your recollection?
5     A  No, I don't remember.  Definitely I don't
6  remember this interview.
7     Q  In 1999, did Vladimir Putin offer to shut down
8  Gusinsky's NTV television channel after Gusinsky tried
9  to blackmail you and the Russian government?
10       MR. LEWIS:  Objection (inaudible).
11       (Cross-talk.)
12    A  Maybe, yeah.  That was some story with
13 Gusinsky and Putin.
14       What's the question?
15    Q  Did you discuss other measures you or Putin
16 could take against Gusinsky?
17    A  No.  Not at all.  Never.  More than that, when
18 Gusinsky was arrested, I guess we signed a letter to
19 support Gusinsky, as you know.  We arranged the pressure
20 on Putin to allow Gusinsky to leave the jail.  It was —
21 the letter was basically prepared in Fridman's apartment
22 in Moscow.

281

1    Q   Can you turn to page 154 in the same document.
2    A   Yeah.
3    Q   At line 16, you say -- I'm sorry, at line 14
4  you were asked by the attorney, What was it that you
5  told him -- Putin -- about free press?
6        And your answer: Well, he -- Putin -- had a
7  very personal feeling about Gusinsky because Gusinsky
8  blackmailed not only us but he blackmailed the state.
9  And he -- Putin -- told me that's wrong.  And I agree
10 that that's wrong, but that's -- I tried to say that
11 that's not an argument to close NTV.  It's not an
12 argument to close a free -- independent media.  You've
13 got to do something not to allow them to blackmail, to
14 go to the court against them, for example, as we tried
15 to do with CPI.
16   A   Which page?
17       (The witness and interpreter conferred in
18 Russian.)
19   A   I don't recall.  That's --
20   Q   Hold on.  I'm not finished.  I'm not finished.
21       But just to close due to political reasons
22 would be wrong.  It would be a mistake, end of quote.

282

1        Was your testimony here accurate?  That's my
2  question.
3    A   It definitely is accurate, but I don't
4  remember all that.  Currently, I don't remember anything
5  here.  I don't remember discussing this Putin/Gusinsky,
6  but if I said that, it was true, of course.
7    Q   Yes or no, did Gusinsky wind up getting
8  arrested shortly thereafter, around June 2000?
9    A   Gusinsky was arrested, that's true.  And
10 again, as your usual -- usual approach, you stopped
11 here.  You have to -- basically, you have to continue.
12 Basically, we stated -- we started to defend Gusinsky,
13 as you say, as here.  And it was attack on free press.
14 We understood that for sure.
15   Q   Did the Western press interview you about his
16 arrest and the letter you co-signed?
17   A   I don't remember, again, I tell you.  I don't
18 recall.  I don't recall.  It's said here.  If it's said
19 here, it's okay.  I would agree.  I don't -- I didn't
20 recall.  And that time I don't recall now.  It's 20
21 years from now.
22       But again, I have very clear position that

283

1  attack on Gusinsky, whether he's blackmail or not, is
2  attack on free press.  That's at the same time.  That's
3  for sure.  And we supported Gusinsky when he was
4  arrested.
5    Q   Throughout the 2000s, did Alfa-Bank provide
6  financing to Atomstroyexport,
7  A-T-O-M-S-T-R-O-Y-E-X-P-O-R-T, a Russian state-owned
8  nuclear energy company?
9    A   It was our plan, yes.
10       MR. LEVY:  Nothing further.
11       MR. LEWIS:  Thanks.  We'll just take five
12 minutes and we'll come back.  I may have three to five
13 minutes of questions.
14       MR. LEVY:  Okay.
15       (Recess from 5:46 p.m. until 5:56 p.m.)
16       EXAMINATION
17 BY MR. LEWIS:
18   Q   I just have a few very brief questions.  Mr.
19 Aven --
20       MR. LEWIS:  Of course, for the record, I'm
21 Alan Lewis of Carter Ledyard & Milburn.  We represent
22 Mr. Aven.

284

1    Q   Mr. Aven, you testified earlier in response to
2  some of Mr. Levy's questions about some electronic
3  information that may have been automatically deleted.
4  Do you remember that testimony?
5    A   I do.
6    Q   Mr. Aven, is it correct that everything that
7  was automatically deleted from a device is backed up and
8  so that nothing was permanently deleted; is that
9  correct?
10       MR. LEVY:  Objection, form.
11   A   What?
12   Q   Go ahead.  You may answer.
13   A   Okay.  If anything is in Alfa and L1 file
14 forever.  So there's nothing deleted.  It disappears
15 from my telephone, but it's -- in Alfa files, Alfa
16 backup is forever.  Nothing disappears.
17   Q   Were any communications of yours permanently
18 deleted?
19   A   Never.  No, zero.
20   Q   Next question, Mr. Aven.  With regard to your
21 blood pressure, is it correct that you are not seeking
22 economic damages related to your blood pressure such as

285

1 doctor's bills and costs of medicine?

2    **A    Yes.  I do not.**

3    Q    But is it your testimony that your blood

4 pressure increase was something that you believe was

5 part of how your body reacted to the publication of the

6 false statements in memorandum 112?

7    **A    Absolutely.  That's clear reflection of**

8 **emotional status and emotional show.  Absolutely.**

9    Q    Mr. Aven, at any time before BuzzFeed

10 published the Dossier on the Internet, had you ever

11 heard of an allegation according to which in the 1990s

12 Govorun delivered cash for you to Vladimir Putin?

13   **A    Never, never, never.  Never, ever.**

14   Q    Mr. Aven, in 2016, did you become aware of

15 media reports that there were allegations of attempted

16 Russian efforts to influence the outcome of the U.S.

17 election?

18   **A    Yeah.  I saw it.**

19   Q    Mr. Aven, have you ever publicly expressed a

20 point of view regarding this subject of alleged Russian

21 efforts to influence the 2016 U.S. election?

22        MR. LEVY:  Objection, form.

286

1    **A    No.**

2    Q    Mr. Aven, have you ever done anything to try

3 to shape how the public views Vladimir Putin?

4        MR. LEVY:  Objection.

5    **A    Never.  Never.**

6    Q    Mr. Aven, have you ever taken a public

7 position on whether the so-called oligarchs as a group

8 are beholden to Putin?

9    **A    No.  Never.**

10        MR. LEWIS:  Thank you.  We have no further

11 questions.

12        THE WITNESS:  Thank you.

13        MR. LEVY:  We'd like to take a break for five

14 minutes and come back to see if we have additional

15 questions.

16        MR. LEWIS:  Okay.

17        (Recess from 5:59 p.m. until 6:02 p.m.)

18        MR. LEVY:  Defendants have nothing further at

19 this time, keeping the record open and reserving the

20 right to go to court to compel testimony as we've

21 discussed before.  Thank you.

22        MR. LEWIS:  Just before we go off the record,

287

1 we request on behalf of Mr. Aven a chance to review the

2 transcript and make any corrections.

3        When can we get the transcript, a rough?

4        COURT REPORTER:  So I was just going to ask --

5 I understand that there's an order for a rough draft for

6 Carter Ledyard, and that's the only information I have.

7        So first let's talk -- Mr. Levy, do you need a

8 rough draft?

9        MR. LEVY:  We'd like to see the rough draft,

10 yes.

11        COURT REPORTER:  And when do you need the

12 final transcript?  Two weeks is normal delivery.

13        MR. LEVY:  Two weeks from today should be

14 fine.

15        COURT REPORTER:  And I'm just thinking, is

16 that, like, Christmas?  I don't know where we are with

17 the Christmas schedule.  So I don't know if you need it

18 before the holidays.

19        MR. LEVY:  The 23rd.  That's fine.

20        COURT REPORTER:  Okay.

21        And Mr. Lewis?

22        MR. LEWIS:  Yes.

288

1        COURT REPORTER:  You need a rough draft today?

2        MR. LEWIS:  If you can, today, tomorrow, sure.

3        COURT REPORTER:  And then when do you want the

4 final transcript?  Two --

5        MR. LEWIS:  That two-week time frame is fine

6 for the final.

7        COURT REPORTER:  Terrific.  That's all I need.

8 Thank you so much.

9        (Off the record at 6:04 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

289

1        ACKNOWLEDGEMENT OF DEPONENT
2
3        I, PETR AVEN, do hereby acknowledge that I
4  have read and examined the foregoing testimony, and the
5  same is a true, correct and complete transcription of
6  the testimony given by me, and any corrections appear on
7  the attached errata sheet signed by me.
8
9
10 _____   _____
11   (DATE)            (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22

290

1        C E R T I F I C A T E
2        I, Lisa V. Feissner, RDR, CRR, CLR, do hereby
3  certify that the witness was first duly sworn by me and
4  that I was authorized to and did report said
5  proceedings.
6        I further certify that the foregoing
7  transcript is a true and correct record of the
8  proceedings; that said proceedings were taken by me
9  stenographically and thereafter reduced to typewriting
10 under my supervision; that reading and signing was
11 requested; and that I am neither attorney nor counsel
12 for, nor related to or employed by, any of the parties
13 to the action in which this deposition was taken; and
14 that I have no interest, financial or otherwise, in this
15 case.
16        IN WITNESS WHEREOF, I have hereunto set my
17 hand this 19th day of December, 2020.
18
19 _____
20       Lisa V. Feissner, RDR, CRR, CLR
21    (The foregoing certification of this
   transcript does not apply to any reproduction of the
22 same by any means, unless under the direct control
   and/or supervision of the certifying reporter.)

**A**

a-l-p-h-a
85:4
a-t-o-m-s-t-r-o--
y-e-x-p-o-r-t
283:7
abc's
280:1
abh
72:13, 78:14
ability
12:5, 26:9,
26:11, 239:11
able
75:19, 77:18,
199:7, 211:16,
233:20, 245:20
above
164:6
abramov
150:3, 150:6,
150:10, 177:19,
178:1
abroad
148:2, 246:14
absolutely
65:18, 85:2,
86:9, 88:4,
106:20, 149:10,
150:15, 158:16,
175:8, 177:5,
227:8, 251:17,
263:9, 268:22,
269:1, 269:4,
271:19, 285:7,
285:8
ac
6:14, 6:16,
6:21, 7:5, 7:9,
7:20
academy
97:12, 98:14,
152:10
accepted
102:22, 103:5
access
72:18, 73:2,

76:11, 114:12,
114:14
accompanied
132:12
accompany
96:7, 132:6,
132:10, 214:3,
265:6
accordance
63:9
according
90:18, 150:4,
159:18, 192:13,
260:12, 285:11
account
45:2, 69:11,
198:14, 198:22,
246:21, 247:2
accounts
198:13, 245:4,
245:13, 246:14
accuracy
17:9
accurate
20:22, 21:5,
90:8, 90:16,
91:2, 92:1,
136:1, 145:7,
146:1, 147:18,
147:19, 148:2,
148:3, 148:15,
148:20, 149:9,
153:16, 160:21,
167:11, 171:9,
175:7, 176:20,
179:20, 181:13,
185:20, 186:18,
193:17, 194:22,
200:3, 204:2,
215:7, 217:17,
218:14, 222:11,
225:5, 225:22,
227:7, 242:2,
270:12, 271:18,
282:1, 282:3
accuse
220:19, 231:11
accused
58:14, 58:17,

58:20
achievement
161:10
achievements
104:8, 104:18
acknowledge
289:3
acknowledgement
289:1
acquaintance
108:6, 199:8
acquainted
248:22
acquiesce
275:13
acquiescence
276:13
acquired
262:5, 263:2
act
165:18, 227:12
acting
159:20, 265:12,
266:12, 268:4,
268:6, 280:2
action
28:16, 55:9,
290:13
actions
216:14
active
84:14, 104:22,
105:12
activities
8:21, 149:7,
149:8, 149:12,
151:13
activity
88:16
actually
91:6, 146:5,
146:21, 150:9,
151:20, 188:15,
229:20, 230:19,
234:7, 272:13
add
48:6
addition
42:7, 203:6

additional
95:18, 96:4,
159:3, 169:17,
275:14, 286:14
address
38:17, 68:21,
69:3, 69:4,
134:9, 135:6
addressed
170:6, 170:16
addresses
68:14, 141:13
addressing
90:9
adjudicated
275:12
administration
94:5, 94:20,
119:21, 159:22,
173:17, 173:18,
174:12, 175:10,
175:13, 176:12,
176:18, 176:19,
177:4, 185:8,
185:18, 188:12,
193:8, 195:10,
199:6, 199:13,
199:21, 200:11,
200:15, 228:16,
264:2, 269:18,
269:21, 269:22,
270:18, 270:19,
273:16
administrations
178:20
administrator
268:15
admission
54:11
admissions
5:9, 54:4
adopt
210:17
adopted
210:21
adult
161:13
advance
93:4, 156:13,

Transcript of Petr Aven
Conducted on December 9, 2020                                        75

168:20, 275:7
**advice**
17:22, 64:6,
68:3, 80:12,
85:8, 137:8,
175:21, 176:1,
176:6, 176:7,
176:8, 176:9,
177:1, 177:2,
177:9, 177:11,
177:13, 177:15,
177:20, 178:3,
234:4, 236:1,
252:21
**advise**
120:15, 120:18,
121:8
**advised**
113:21, 176:2,
176:11, 176:17
**advising**
68:4, 68:6,
68:12
**advisor**
145:4, 145:8,
145:9, 150:7,
180:18
**advisors**
126:10, 126:17
**advisory**
181:12, 182:10,
182:14, 253:19
**affairs**
9:11, 117:18,
152:17, 152:19,
153:12, 155:4,
159:6, 180:5
**affected**
30:17
**affidavit**
64:3, 202:12
**affixed**
17:11, 21:5
**afield**
112:13
**after**
25:14, 28:1,
31:22, 34:15,

34:17, 37:3,
37:21, 38:10,
44:14, 47:9,
49:18, 49:19,
49:22, 50:15,
61:21, 67:15,
79:14, 106:17,
118:10, 129:17,
138:6, 145:3,
151:21, 156:18,
162:8, 178:14,
184:15, 184:22,
192:9, 195:3,
210:21, 211:11,
250:2, 250:14,
250:16, 250:20,
252:3, 253:11,
253:18, 273:14,
280:8
**afternoon**
12:14
**afterwards**
188:21
**again**
16:18, 23:9,
29:6, 46:4,
52:12, 64:17,
81:9, 89:10,
91:15, 103:4,
120:17, 148:16,
181:22, 182:1,
191:14, 199:2,
225:6, 236:8,
241:9, 242:8,
246:19, 251:13,
256:17, 257:7,
257:14, 257:15,
258:12, 269:21,
270:13, 272:2,
277:11, 278:8,
282:10, 282:17,
282:22
**against**
24:13, 24:21,
44:12, 45:1,
46:8, 85:19,
111:8, 120:15,
120:18, 121:8,

122:1, 167:5,
171:21, 173:7,
174:1, 174:12,
174:14, 224:12,
234:13, 238:13,
259:20, 280:16,
281:14
**age**
11:10, 242:13,
260:7
**agencies**
84:16
**agency**
64:12, 201:14
**agenda**
97:6, 107:5,
129:22, 162:2,
163:16, 164:20,
168:16, 168:21,
169:1, 169:4
**agents**
123:17, 217:9
**ago**
34:19, 36:18,
36:22, 37:2,
52:2, 52:7,
62:3, 98:2,
105:6, 127:6,
149:17, 158:1,
167:13, 216:2,
216:3, 219:7,
277:6, 279:12,
279:15
**agree**
64:22, 65:3,
91:10, 115:16,
121:12, 129:7,
140:5, 140:9,
275:17, 278:17,
281:9, 282:19
**agreed**
13:16, 14:2,
102:21
**agreements**
213:8
**ah**
128:3
**ahead**
50:12, 97:20,

209:9, 232:2,
284:12
**aide**
136:4
**akin**
108:15, 108:16,
108:18
**alan**
2:3, 68:5,
68:13, 71:7,
115:16, 147:11,
172:21, 197:16,
202:21, 209:16,
230:11, 232:19,
239:16, 283:21
**albright**
265:9, 267:14
**aleksey**
272:16
**alexander**
150:3, 150:6,
150:10
**alexandrov**
257:10
**alexei**
139:14
**alexey**
6:7, 73:5,
93:18
**alfa's**
254:7
**alfa-bank**
5:6, 8:4, 16:8,
34:3, 44:2,
46:3, 49:1,
49:3, 69:3,
70:5, 70:16,
72:21, 73:3,
74:21, 75:17,
77:17, 78:14,
79:8, 79:9,
79:11, 79:21,
82:6, 82:10,
84:13, 85:3,
98:20, 104:11,
115:3, 132:20,
133:6, 133:10,
134:5, 137:10,

137:19, 138:7,
141:14, 179:9,
180:19, 180:21,
181:15, 182:14,
182:16, 198:9,
198:21, 255:6,
255:8, 255:11,
258:19, 283:5
**alfa-bank's**
147:3, 158:11,
181:12, 182:9,
198:10
**alfa-banking**
46:15, 46:16,
47:21, 48:4,
48:10
**alfred**
107:12
**alive**
245:5
**all-hands**
203:22, 204:4,
204:12, 204:22
**allegation**
43:11, 229:16,
236:5, 285:11
**allegations**
38:15, 49:10,
55:7, 60:18,
61:10, 81:17,
230:20, 231:2,
231:5, 231:9,
231:14, 243:15,
285:15
**allege**
18:16, 21:12
**alleged**
18:12, 28:21,
30:9, 30:17,
34:22, 40:18,
41:14, 42:15,
56:10, 64:10,
146:22, 173:12,
285:20
**allegedly**
142:6
**alleging**
16:11, 17:14,

18:19, 19:4,
20:3, 30:3,
30:12, 40:6
**alleviating**
209:14
**allotment**
235:2
**allotted**
84:19
**allow**
230:15, 277:11,
280:20, 281:13
**allowed**
65:12, 65:15,
71:8, 230:4,
255:18, 255:19,
260:14
**allowing**
224:19, 230:14
**almost**
132:9, 250:2,
250:16, 254:18
**alone**
53:7
**along**
21:11, 103:5,
153:19, 239:9
**already**
37:2, 41:9,
50:3, 63:15,
73:21, 74:16,
74:17, 75:6,
76:16, 95:22,
115:7, 116:4,
126:16, 143:3,
163:20, 166:10,
166:22, 167:22,
169:4, 170:13,
182:21, 198:13,
207:14, 211:12,
236:15, 245:3,
245:11, 250:14,
251:9, 262:15,
275:5
**also**
31:18, 35:3,
35:17, 43:16,
47:18, 47:21,

49:16, 56:15,
63:19, 64:1,
74:19, 91:13,
94:5, 98:15,
101:21, 105:4,
105:9, 110:3,
121:14, 134:3,
135:1, 140:9,
147:3, 150:3,
159:22, 161:5,
165:4, 167:8,
173:14, 188:1,
201:4, 203:7,
203:19, 227:13,
267:8, 273:7
**altimo**
59:10, 59:19,
59:22
**always**
51:8, 79:9,
88:14, 113:17,
120:9, 129:22,
132:9, 155:22,
156:7, 156:9,
165:15, 166:1,
166:21, 168:4,
178:22, 198:12,
198:15, 248:22,
256:21, 264:5,
274:10, 278:9
**amazon**
107:14
**ambassador**
99:16, 99:22,
100:6, 128:21,
129:13, 129:16,
129:19, 129:21,
130:3, 157:18,
158:13, 158:14,
159:2, 159:17,
160:4, 180:3,
181:11, 184:10,
184:21, 186:20,
187:2, 188:15
**amended**
4:9, 4:10,
14:20
**america**
94:17, 155:10,

156:16
**american**
102:3, 105:3,
105:6, 131:5,
164:5, 165:14,
176:18, 194:2,
194:3, 194:5,
194:8, 194:18,
215:22, 277:18
**americans**
104:9, 104:13,
104:19, 104:21,
106:9, 109:16,
155:8, 156:15,
174:5, 175:17
**among**
90:19, 150:20,
170:1, 255:15
**amongst**
237:7
**amount**
151:18, 275:22
**amounting**
222:8
**amounts**
19:16, 28:14
**analysis**
49:14, 49:16
**analysts**
260:19
**anatoly**
247:14, 265:6
**anders**
31:1, 110:3,
110:20, 118:16
**andrei**
72:21, 93:13
**andrew**
3:17
**announced**
132:20
**announcement**
104:3, 104:5,
104:15, 104:17
**annual**
5:13, 166:3
**annul**
18:3

another
104:6, 178:11,
211:19, 242:14,
247:14, 272:16
answer
13:13, 17:21,
20:21, 22:14,
22:16, 22:17,
23:3, 23:6,
23:15, 23:19,
24:14, 25:17,
29:19, 39:21,
50:18, 59:3,
60:15, 62:13,
63:4, 74:14,
74:16, 76:21,
80:11, 83:19,
95:7, 103:18,
107:20, 112:14,
130:10, 134:14,
139:22, 144:3,
145:19, 146:19,
151:16, 155:19,
161:3, 161:4,
166:11, 168:22,
171:6, 171:7,
171:22, 172:9,
172:11, 172:12,
172:20, 174:13,
174:15, 174:17,
174:22, 179:8,
179:18, 188:2,
190:15, 191:16,
192:5, 193:10,
193:13, 193:16,
193:22, 194:4,
194:21, 195:2,
207:22, 208:15,
212:10, 212:17,
215:4, 216:16,
217:6, 217:8,
217:10, 217:12,
217:16, 219:11,
220:10, 224:21,
225:2, 229:7,
230:2, 232:3,
244:20, 249:21,
276:12, 280:3,

281:6, 284:12
answered
29:17, 35:17,
115:7, 145:6,
169:2, 169:3,
218:11, 237:11,
251:9
answering
13:15, 60:16,
63:5, 64:7,
74:18, 169:6,
188:3, 191:5,
202:18, 230:4,
240:9
answers
12:7, 20:11,
44:16, 50:16,
62:10, 69:15,
73:14, 74:11,
80:4, 160:12,
240:1
anti-semite
222:21
anybody
227:1
anymore
254:21, 256:8
anyone
13:1, 13:5,
13:14, 13:21,
26:12, 26:15,
35:13, 73:4,
75:1, 77:20,
88:17, 88:22,
106:6, 106:8,
107:16, 113:19,
133:1, 137:4,
139:1, 162:7,
168:19, 175:18,
191:9, 202:8,
202:13, 208:2,
240:5, 240:11,
245:17, 252:10,
273:17
anyone's
58:7
anything
13:10, 13:14,

27:19, 33:6,
76:8, 100:5,
103:5, 105:8,
105:11, 122:15,
125:5, 131:3,
136:6, 142:9,
183:2, 191:9,
193:1, 204:10,
205:19, 207:11,
207:15, 207:18,
208:2, 208:7,
208:12, 208:21,
223:17, 231:12,
237:5, 238:13,
241:21, 242:19,
250:11, 259:19,
261:2, 269:4,
277:7, 282:4,
284:13, 286:2
anyway
207:21
anywhere
64:13, 231:14,
243:16
apart
23:18, 24:13,
42:12, 59:18
apartment
280:21
apostrophe
220:17
appear
18:16, 132:19,
289:6
appeared
50:1
appears
17:5, 30:2,
87:13, 147:17,
148:14
applied
53:9, 55:14,
56:7
applies
143:9
apply
11:13, 276:18,
290:22

appoint
239:11, 266:12,
267:10
appointed
84:21, 239:7,
263:13, 263:16,
265:14, 266:3,
266:16, 266:20,
266:22, 267:17,
267:21
appointments
113:18
appreciate
27:15, 232:20
approach
50:15, 173:17,
186:16, 189:22,
191:12, 195:20,
282:10
approached
158:3, 184:15
approaches
190:6
apps
76:3
april
9:14, 159:7,
183:4
aptly
84:22
area
154:4, 255:20,
264:1
aren't
44:20
argument
63:14, 146:15,
281:11, 281:12
argumentative
194:1, 201:19,
232:12
arguments
63:20
arise
37:15, 49:17
aristotle
143:18
around
83:22, 197:1,

240:10, 257:12,
257:14, 257:16,
282:8
**arrange**
88:17, 108:4,
109:1, 125:3,
168:14, 195:13,
196:13
**arranged**
22:2, 168:5,
247:11, 247:13,
280:19
**arrest**
282:16
**arrested**
60:7, 280:18,
282:8, 282:9,
283:4
**arrived**
135:19, 220:21,
233:15
**art**
11:8, 65:13,
65:18, 65:19,
65:22, 66:5,
91:8, 91:16,
97:8, 97:15,
97:17, 97:22,
98:13, 98:21,
248:17
**article**
6:4, 6:10,
7:12, 8:4, 8:7,
8:10, 9:4,
10:20, 11:12,
21:11, 33:6,
38:11, 48:14,
48:18, 51:20,
84:8, 85:1,
98:8, 124:18,
125:22, 126:9,
133:17, 133:21,
134:12, 134:13,
135:12, 140:22,
141:5, 141:8,
153:10, 153:11,
235:7, 236:3,
276:16, 276:19

**articles**
31:18, 34:2,
49:8, 146:15,
146:17, 230:22
**articulate**
22:10, 44:16,
50:17, 73:13,
74:10, 197:11
**articulated**
76:15
**arts**
6:11, 93:1,
98:14, 152:10
**aside**
185:1
**asked**
26:20, 29:17,
40:9, 45:7,
59:20, 61:12,
61:20, 64:12,
70:8, 70:18,
74:17, 115:7,
117:12, 123:3,
143:6, 160:10,
163:20, 166:21,
167:19, 169:2,
171:17, 172:17,
178:17, 178:19,
179:16, 179:17,
191:11, 196:13,
197:8, 199:7,
199:9, 200:5,
205:13, 207:11,
207:18, 208:2,
208:7, 208:12,
208:18, 208:21,
209:5, 215:1,
216:13, 216:17,
216:20, 218:8,
223:12, 225:22,
235:15, 246:12,
251:8, 251:22,
273:5, 275:6,
279:22, 281:4
**asking**
12:16, 20:17,
35:5, 42:19,
48:8, 51:1,

57:2, 68:2,
71:4, 73:15,
73:18, 75:19,
77:19, 78:5,
79:2, 79:3,
80:8, 95:3,
101:18, 115:10,
115:12, 134:11,
186:15, 189:21,
197:3, 197:4,
197:5, 224:16,
226:1, 233:7
**asks**
25:11, 95:21,
167:8, 174:9,
193:5, 194:8
**aslund**
7:11, 31:1,
31:12, 32:9,
33:3, 33:21,
34:1, 34:13,
35:13, 49:8,
49:15, 49:17,
49:20, 50:21,
51:2, 51:21,
110:3, 110:21,
111:4, 111:11,
113:3, 113:14,
113:21, 117:12,
118:16, 120:12,
120:15, 120:18,
121:4, 121:14
**aslund's**
112:21
**aspen**
246:11
**assassinate**
251:4
**assets**
137:13
**assist**
109:17
**assistance**
88:20
**assistant**
76:18, 77:2,
109:11, 109:14,
117:9, 117:17,

118:18, 120:7,
121:6, 123:4,
180:4
**assistants**
77:7
**assisted**
130:2
**assisting**
94:21
**assume**
219:11
**assumes**
27:13, 60:13,
95:22, 182:20,
237:18, 238:19
**assumption**
238:2, 238:3
**assure**
240:13
**astonishingly**
10:17, 228:6
**asylum**
251:1
**atlantic**
31:1, 99:5,
99:15, 101:4,
101:6, 102:7,
110:21, 113:10,
128:18
**atomstroyexport**
283:6
**attach**
121:10
**attached**
4:7, 5:2, 6:2,
7:2, 8:2, 9:2,
10:2, 10:15,
11:2, 14:6,
14:18, 15:4,
15:12, 16:17,
20:9, 24:19,
28:9, 45:17,
46:13, 53:20,
67:4, 80:21,
82:21, 84:6,
85:16, 86:13,
87:8, 89:22,
93:11, 96:14,

98:6, 99:12,
100:19, 103:22,
110:18, 113:7,
116:13, 118:9,
118:12, 121:2,
124:7, 127:11,
128:15, 132:16,
133:15, 140:20,
144:13, 147:13,
148:12, 149:3,
153:8, 157:7,
158:21, 171:1,
181:4, 187:7,
216:7, 221:12,
224:9, 228:3,
235:5, 241:15,
248:14, 260:3,
274:16, 289:7
**attack**
282:13, 283:1,
283:2
**attempt**
34:6, 199:5
**attempted**
285:15
**attempts**
251:3
**attend**
89:1, 102:3,
102:8, 106:16,
106:20, 110:3,
117:14, 118:2,
118:5, 129:1,
149:20, 149:22,
204:13, 204:15,
218:16, 218:19,
218:21
**attendance**
157:14, 168:3,
204:21
**attended**
89:17, 92:20,
105:21, 106:4,
117:5, 120:5,
178:9, 204:19
**attending**
40:1
**attention**
21:20, 23:5,

36:3, 37:4,
158:4, 184:6,
197:1
**attitude**
218:5, 248:20
**attorney**
62:21, 123:4,
171:17, 179:17,
215:1, 281:4,
290:11
**attorneys**
28:17, 46:2
**auction**
261:8
**audible**
160:15
**august**
9:18, 181:8,
181:13, 182:13,
183:6, 192:14,
266:22
**augusto**
277:2
**author**
226:9, 234:1,
236:4, 246:7
**authorities**
123:21, 229:22,
233:13
**authority**
58:21, 72:1,
72:9, 223:2,
225:12, 225:16,
227:16, 229:17,
230:21, 231:6,
236:7, 239:11
**authorizations**
229:22
**authorized**
84:17, 290:4
**autobiography**
228:5, 228:10
**automatically**
284:3, 284:7
**available**
37:15, 45:8,
70:5, 70:16,
96:16, 127:13,

136:21, 151:18,
263:3
**aven's**
5:7, 159:20,
195:21, 199:20
**aven-1**
14:5
**aven-2**
14:17
**aven-3**
15:3
**aven-4**
15:11
**aven-5**
16:16
**aven-6**
20:8
**aven-7**
24:18
**aven-8**
28:8
**aven-9**
45:16
**avoid**
263:22, 264:5
**award**
102:10, 103:12,
103:15, 104:5,
104:7, 105:18,
106:22, 107:2,
109:1, 142:5,
161:10
**awarded**
103:12
**awards**
103:1, 103:6,
160:20, 161:7,
161:13
**aware**
27:13, 61:20,
62:1, 71:20,
113:22, 114:5,
123:7, 123:16,
136:18, 141:4,
222:12, 226:4,
233:16, 238:11,
266:19, 268:19,
269:4, 273:11,

273:21, 285:14
**awareness**
27:15
**away**
88:14, 110:12,
256:5
**awful**
121:14
**awkward**
142:5

**B**

**b-o-l-d-y-r-e-v**
222:19
**back**
11:5, 32:22,
42:13, 42:15,
52:19, 56:14,
70:13, 110:6,
112:18, 128:10,
129:16, 142:2,
143:21, 146:20,
149:13, 151:5,
151:17, 152:7,
161:11, 179:1,
180:13, 200:7,
202:21, 203:4,
206:8, 211:9,
211:12, 239:16,
239:21, 242:20,
243:1, 246:15,
266:1, 266:20,
267:16, 268:1,
283:12, 286:14
**backed**
284:7
**background**
50:5, 102:14,
173:9
**backup**
284:16
**bad**
183:16, 211:10
**badly**
121:11
**bag**
19:15
**baker**
108:1, 108:5,

108:7
**bank**
8:11, 49:1,
57:17, 58:11,
60:3, 84:17,
94:7, 104:11,
133:11, 137:11,
137:20, 141:1,
142:1, 154:15,
154:16, 154:18,
154:20, 174:22,
246:14, 256:14,
270:8, 276:21
**banking**
7:14, 85:12,
86:7, 124:19,
208:22, 209:3,
209:6, 209:12,
210:4, 210:7,
210:10, 210:14,
210:22, 211:20,
253:7, 255:20
**bankrupt**
83:13
**banks**
98:12, 243:7
**barbara**
214:12, 215:5
**barbour**
94:3
**based**
248:20
**basically**
244:8, 245:18,
250:8, 254:11,
254:22, 255:10,
255:18, 255:20,
256:20, 259:18,
261:3, 263:22,
264:12, 265:17,
270:8, 277:13,
279:5, 279:14,
279:15, 280:21,
282:11, 282:12
**basis**
82:8, 275:18
**bbc**
217:13

**bean**
1:8, 12:16
**bear**
16:2, 17:2,
101:2, 146:5
**bearing**
17:5, 51:7,
102:13, 158:17
**became**
34:14, 36:1,
154:11, 154:12,
159:20, 224:3,
248:21, 250:16,
264:3, 267:19,
268:4, 268:6,
268:8, 270:3
**because**
12:21, 15:18,
28:21, 31:13,
32:11, 39:13,
39:17, 40:1,
45:11, 49:10,
57:8, 65:19,
73:17, 80:6,
86:5, 94:17,
103:6, 105:16,
114:10, 119:12,
121:8, 129:11,
131:3, 133:11,
135:19, 142:9,
144:4, 144:5,
155:3, 165:19,
171:18, 179:18,
183:12, 185:18,
188:2, 197:1,
197:14, 203:15,
207:21, 212:8,
219:15, 223:22,
225:2, 227:19,
231:12, 237:5,
239:4, 239:10,
242:10, 244:5,
244:9, 245:1,
245:22, 250:21,
251:20, 256:6,
256:7, 258:8,
258:12, 264:17,
265:16, 265:20,

270:8, 273:21,
273:22, 274:22,
281:7
**become**
36:19, 36:20,
84:10, 149:11,
184:9, 184:21,
234:10, 263:5,
264:20, 265:14,
266:6, 285:14
**been**
12:9, 19:14,
24:12, 31:2,
31:16, 32:15,
39:13, 39:19,
57:16, 57:21,
58:4, 58:14,
58:17, 59:4,
60:7, 60:9,
60:12, 62:4,
62:16, 63:20,
66:8, 75:6,
88:15, 91:5,
91:17, 93:7,
94:10, 103:6,
112:20, 115:7,
115:8, 120:9,
122:14, 128:10,
128:20, 137:13,
143:20, 146:21,
150:22, 151:12,
152:16, 157:8,
168:8, 173:11,
179:10, 188:14,
197:8, 197:9,
198:15, 199:7,
200:6, 201:5,
202:22, 211:16,
221:6, 221:8,
225:16, 227:16,
233:18, 233:19,
234:14, 236:8,
237:6, 238:12,
239:9, 251:8,
275:19, 275:20,
276:4, 279:6,
284:3
**before**
9:11, 32:14,

34:4, 36:11,
41:13, 42:2,
44:16, 50:17,
53:9, 55:14,
56:7, 62:9,
63:21, 69:15,
69:17, 69:21,
70:7, 73:14,
74:3, 74:11,
79:14, 80:4,
88:2, 105:5,
106:15, 106:17,
106:19, 110:12,
111:5, 116:6,
151:7, 151:10,
155:17, 159:5,
176:19, 184:15,
206:15, 224:3,
249:14, 250:3,
255:1, 262:18,
264:17, 285:9,
286:21, 286:22,
287:18
**began**
210:21, 275:20
**begin**
36:11, 56:9,
77:12, 97:18,
97:22, 99:5,
157:20
**beginning**
55:3, 55:19,
56:6, 110:7,
110:8, 256:6
**begins**
23:8, 50:18,
55:16
**behalf**
2:2, 3:2, 74:7,
76:19, 77:3,
77:8, 77:13,
77:19, 101:10,
101:19, 129:10,
162:5, 162:7,
174:10, 175:18,
186:1, 186:5,
186:16, 189:22,
190:2, 190:6,

191:12, 254:7,
254:16, 287:1
**behind**
85:10, 91:11,
91:15, 107:6
**beholden**
286:8
**being**
38:7, 61:11,
81:14, 83:20,
121:8, 134:4,
144:18, 155:15,
156:19, 157:1,
170:10, 172:17,
172:22, 182:9,
208:4, 217:2,
230:13, 230:18,
271:4, 277:4,
279:7, 279:9
**belabor**
75:11
**belief**
21:13
**believe**
17:11, 17:17,
26:6, 32:14,
40:8, 64:19,
82:5, 82:12,
86:18, 91:3,
92:12, 97:6,
105:14, 106:18,
130:7, 130:20,
131:19, 148:7,
177:7, 177:11,
184:20, 184:21,
200:16, 200:17,
206:14, 209:2,
214:19, 215:21,
226:8, 236:6,
238:10, 238:11,
239:6, 246:3,
259:22, 264:16,
277:13, 285:4
**believed**
156:2, 156:9,
165:4, 171:13,
172:2, 185:22,
186:2, 186:3,

186:4, 186:9,
186:15, 189:21,
236:5, 256:18
**bell**
162:14
**belong**
69:19, 75:16,
75:17
**below**
121:10
**belton**
11:6
**belton's**
241:17
**benefactor**
136:1
**benefactors**
136:2
**beneficial**
46:17
**benefit**
208:13, 208:19,
208:22, 209:2
**berezovsky**
11:7, 144:1,
145:19, 146:2,
146:4, 247:8,
247:10, 247:15,
247:22, 248:2,
248:7, 249:3,
249:6, 249:9,
249:14, 249:17,
250:3, 250:6,
250:17, 250:22,
261:8
**berezovsky's**
248:16
**besides**
13:18, 13:21
**best**
12:5, 33:12,
101:16, 249:22
**better**
40:9, 88:10,
107:20, 130:3,
155:8, 155:9,
167:19, 170:16,
200:6, 223:12,

277:17
**between**
19:20, 51:4,
51:19, 56:10,
64:10, 82:9,
90:12, 104:9,
104:19, 105:10,
128:17, 131:12,
136:13, 141:12,
150:21, 156:8,
156:11, 159:13,
166:2, 166:11,
175:16, 176:6,
178:18, 182:13,
187:16, 188:8,
190:22, 196:19,
215:5
**beyond**
195:17
**bgr**
94:2, 94:13,
95:18, 96:1,
96:3, 96:4,
115:3, 115:8,
116:5, 136:10,
137:4
**big**
251:21, 255:1,
255:2, 261:5,
262:16, 270:2
**biggest**
254:13, 276:21
**bilateral**
213:2, 213:7,
213:20, 213:21
**bill**
97:1
**billion**
67:9, 67:13,
67:16, 91:20
**billionaire**
64:16, 64:18,
65:1, 65:3,
65:4, 65:7
**bills**
37:7, 37:19,
285:1
**bio**
8:18, 9:17,

147:17, 147:18,
148:14, 148:15
**biography**
102:18, 182:8
**bios**
181:6
**bishlov**
268:21
**bit**
266:4
**blackmail**
243:6, 280:9,
281:13, 283:1
**blackmailed**
281:8
**blood**
38:4, 284:21,
284:22, 285:3
**board**
8:17, 72:12,
72:15, 72:21,
134:20, 135:2,
180:9, 180:12,
180:15, 181:12,
182:10, 182:14,
185:1, 189:1
**boardroom**
72:6
**body**
285:5
**boldyrev**
222:15, 222:18,
233:7, 233:20,
234:3, 235:19,
235:22
**boldyrev's**
223:6
**book**
107:3, 107:7,
107:8, 107:10,
107:16, 107:22,
221:14, 221:21,
224:17, 226:9,
231:18, 232:6,
232:17, 234:1,
241:18, 241:19,
243:1, 243:11,
243:13, 243:14,

Transcript of Petr Aven
Conducted on December 9, 2020                    82

245:22, 246:3,
246:7, 246:10,
253:11, 257:22,
258:2, 258:3,
258:4, 258:10,
260:5, 260:10,
260:13
**books**
229:18, 230:21,
231:3, 231:18
**boris**
11:7, 145:19,
247:8, 248:16
**borrow**
277:20
**boss**
144:1, 144:2,
144:4, 144:5,
145:9, 145:15,
145:20, 264:19,
270:6
**both**
19:8, 52:21,
54:16, 56:2,
89:6, 89:7,
116:22, 129:16,
137:17, 148:1,
156:6, 163:4,
180:9, 180:18,
216:14
**bottom**
33:17, 98:9,
100:21, 101:7,
137:9, 137:18,
145:16, 159:1,
187:11, 197:21,
215:1, 222:3,
271:11, 271:12
**bought**
262:18
**bounced**
32:15
**bounds**
227:12
**bp**
268:20
**breadth**
161:6

**break**
12:17, 32:18,
70:9, 70:11,
112:5, 112:16,
144:9, 147:11,
147:14, 152:4,
198:18, 200:22,
201:1, 202:20,
202:22, 209:17,
209:20, 209:21,
234:20, 234:21,
235:3, 239:14,
239:15, 240:4,
240:6, 286:13
**breaking**
30:3, 58:15,
58:17, 72:4
**breaks**
275:21
**bribed**
247:1
**bribery**
59:8, 60:18,
61:11, 111:8,
111:21, 243:6
**bribes**
18:11
**bridge**
156:7
**bridges**
105:10
**brief**
148:19, 283:18
**bring**
242:1
**bringing**
99:20
**brings**
104:13
**british**
268:13
**broadcast**
280:1
**broke**
55:18, 206:2,
206:5
**broken**
250:8, 250:15

**brought**
29:14, 42:2,
111:8, 241:5,
273:19
**browne**
91:13, 92:13,
93:2, 99:18,
106:5
**bruseth**
25:15, 25:19,
137:5
**budgetary**
84:18
**build**
188:11, 199:6,
254:15
**building**
104:8, 104:18,
105:10, 163:10,
163:11, 163:12,
163:13
**bulk**
178:4
**bunch**
146:17
**bundle**
14:7, 15:18
**bureau**
201:10
**bureaucrat**
247:14
**bureaucrats**
245:10, 245:12
**burt**
7:7, 9:17,
33:20, 40:4,
40:9, 40:19,
72:15, 72:18,
74:20, 74:22,
99:4, 99:15,
99:17, 101:11,
109:4, 113:13,
113:15, 113:19,
113:22, 114:5,
114:7, 114:12,
115:1, 115:4,
115:7, 115:9,
115:11, 115:13,

116:16, 117:12,
117:16, 117:22,
118:16, 120:13,
127:16, 128:18,
128:19, 129:4,
129:8, 131:13,
137:5, 171:6,
176:14, 178:15,
178:19, 179:4,
179:7, 179:17,
179:22, 180:3,
180:9, 180:12,
180:18, 181:11,
181:19, 182:14,
183:3, 183:6,
183:10, 183:20,
184:2, 184:9,
185:1, 185:4,
185:7, 185:17,
185:22, 186:2,
186:4, 186:9,
186:14, 187:2,
187:13, 188:5,
188:15, 189:20,
190:19, 192:9,
192:17, 192:21,
193:6, 195:8,
195:12, 195:15,
195:20, 196:6,
196:11, 196:12,
196:22, 197:18,
198:1, 198:3
**burt's**
181:6, 182:7,
186:21, 187:12,
189:5, 191:11
**bush**
179:1, 214:7
**business**
7:12, 7:15,
19:9, 29:12,
29:16, 52:22,
56:3, 78:7,
93:3, 105:1,
105:4, 105:9,
105:10, 124:17,
124:19, 125:1,
125:4, 125:6,

126:1, 126:4,
128:9, 130:1,
131:16, 131:18,
140:15, 146:6,
155:22, 156:3,
156:4, 164:7,
165:20, 166:20,
170:1, 170:6,
190:3, 208:8,
208:16, 222:6,
253:2, 255:15,
255:22, 269:1,
270:1, 274:2,
276:22
**businesses**
105:3, 171:14
**businessman**
86:18, 190:5
**businessmen**
104:21, 121:20,
122:4, 122:10,
169:18, 175:6,
203:15, 270:5
**businesspeople**
106:11, 120:1,
143:7, 156:1,
177:14, 178:9,
203:19
**businessperson**
150:9, 165:1
**buy**
107:16
**buzzfeed**
6:4, 21:9,
21:13, 21:16,
25:14, 35:22,
38:8, 38:11,
90:2, 90:3,
90:9, 90:18,
91:18, 285:9

**C**

**c-h-e-r-n-o-g-o--
r-n-e-f-t**
268:16
**c-h-u-b-a-i-s**
265:7
**cabinet**
215:9

**calculation**
253:21
**calendar**
6:8, 96:17
**california**
122:2
**call**
22:14, 31:20,
45:13, 51:9,
52:8, 52:11,
52:14, 53:18,
58:7, 63:18,
63:20, 67:2,
80:18, 82:18,
85:14, 89:20,
93:9, 96:12,
99:10, 100:17,
103:20, 110:16,
113:5, 118:7,
120:22, 124:5,
125:4, 127:9,
128:13, 133:13,
140:18, 147:10,
157:4, 168:6,
170:21, 181:2,
216:5, 228:1,
238:4, 241:13,
248:11, 260:1
**called**
25:15, 33:3,
51:5, 51:6,
81:1, 90:20,
103:15, 124:18,
127:13, 141:1,
232:7, 252:5,
260:6
**calling**
52:1, 52:4,
111:2, 124:16,
272:5
**calls**
35:4, 62:10,
63:2, 80:5,
168:14, 238:18,
261:7
**came**
21:20, 23:5,
23:10, 23:21,

24:8, 38:11,
77:15, 130:19,
143:22, 146:4,
164:9, 184:6,
241:4, 241:5,
246:15, 247:17,
252:21, 253:2,
253:20, 265:15,
266:1, 266:20
**campaign**
18:12, 19:2,
136:4, 147:4,
159:16, 160:2,
160:8, 169:12,
183:8, 183:21,
259:6, 259:7,
259:9, 260:20,
272:22
**campaigns**
87:4
**can't**
71:7, 138:14,
185:14, 275:21
**canadian**
180:5
**candidates**
267:3, 268:2
**cannot**
96:6, 167:17,
230:17
**capacity**
58:11, 120:1,
207:5
**capital**
257:6
**capitalism**
11:11, 260:7
**capture**
181:18
**care**
242:12
**career**
104:10, 104:13,
105:15, 270:2
**carmel**
6:19
**carrier**
19:15

**carries**
177:12
**carry**
75:12, 119:10,
158:6
**carrying**
197:21
**carter**
2:6, 8:8,
67:21, 133:18,
134:8, 134:15,
136:13, 283:21,
287:6
**case**
1:7, 12:15,
21:20, 25:11,
25:13, 29:9,
29:12, 31:1,
35:10, 37:13,
37:19, 39:9,
46:2, 59:10,
60:18, 61:7,
61:8, 64:19,
64:20, 73:19,
74:1, 75:3,
79:18, 80:15,
86:15, 111:7,
111:14, 112:13,
144:16, 171:4,
176:4, 186:12,
188:16, 208:4,
215:2, 223:2,
224:11, 233:19,
237:6, 240:14,
244:8, 247:17,
269:16, 279:21,
290:15
**cash**
19:16, 285:12
**categories**
30:4
**category**
30:10, 30:12,
35:14
**catherine**
11:6, 241:17
**caught**
61:11

cause
30:9, 35:20,
275:13
caused
36:2, 38:7,
49:8
cc
113:17, 113:19
cc'd
100:4
celeste
162:15, 162:17
cell
52:8, 52:10,
52:14
center
6:18, 103:9,
104:2, 105:18,
106:22, 107:2,
109:1
center's
104:3, 104:17
century
257:22
ceo
252:19, 269:7
ceremony
142:2
certain
106:20, 151:21,
216:16, 270:20
certainly
141:20, 238:5,
275:17, 277:19
certification
290:21
certify
290:3, 290:6
certifying
290:24
certitude
187:2
cetera
108:17, 138:13,
230:22
chagall
66:3
chain
6:13, 6:15,

6:20, 7:4, 7:6,
7:8, 7:10, 7:19
chairman
58:11, 72:12,
133:11
challenged
55:8, 65:9
challenging
53:8
chamber
105:13
championship
133:4
chance
287:1
change
32:11, 33:5,
255:2
changed
254:21, 254:22,
266:2, 277:16
channel
175:9, 175:15,
175:19, 187:16,
188:7, 190:22,
198:4, 235:16,
272:22, 280:8
characterization
65:10
characterize
146:16, 218:8
charge
58:21, 105:22,
114:10, 114:15,
114:21, 119:20,
227:10
charging
58:21
chechnya
140:3
check
257:15, 261:19,
261:20
checked
262:2
checking
13:22
chernogorneft
268:16

chief
168:7, 168:11,
201:4, 201:9,
263:5, 263:14,
270:3, 273:18,
273:22
childhood
7:15, 124:20
chile
277:2, 277:17
choice
275:17
chose
275:15
chosen
133:9, 155:3
christmas
287:16, 287:17
christopher
22:2
chrystia
257:20
chubais
247:14, 247:19,
249:8, 265:7,
265:16, 265:20,
267:11
cir
15:7, 16:12,
17:13, 21:10,
21:17, 22:3,
24:11, 26:3,
27:8, 27:11,
27:18, 27:21,
28:1, 31:14,
32:11, 33:4,
33:13, 37:21,
39:11, 39:14,
39:17, 40:2,
55:16, 56:1,
56:18, 66:19,
206:18
circle
274:9
circumstances
252:20
citations
189:10

cited
187:12
cites
189:5, 200:1
cities
227:13
citing
187:18, 187:22
citizens
226:6
citizenship
103:15, 103:17,
104:8
city
89:2, 92:11,
93:21, 106:12,
225:13, 227:6,
227:10, 233:13,
233:14, 236:7
claim
39:19
claimed
268:13
claiming
28:20, 29:6,
29:11, 29:15,
38:18, 41:7,
41:19, 54:22,
222:5
claims
42:1, 44:12,
45:1, 45:5,
81:14, 82:12
clarification
95:6
clarified
229:8
clarify
18:14, 27:7,
59:2
clattenburg
3:4
clear
34:15, 41:13,
69:18, 71:4,
73:17, 75:6,
80:10, 82:8,
96:1, 129:7,

209:22, 212:13,
273:13, 275:11,
276:9, 282:22,
285:7
**clearer**
71:17, 143:6
**clearly**
34:14, 169:5,
246:2, 266:11
**client**
71:8, 82:7,
209:16, 232:20
**clients**
29:12, 29:13,
29:16, 212:8
**close**
140:6, 143:22,
264:12, 273:4,
274:9, 274:19,
281:11, 281:12,
281:21
**closed**
90:13
**closely**
86:3
**closer**
274:10
**closing**
83:11
**clout**
177:12
**clr**
1:22, 290:2,
290:20
**club**
83:1, 83:7,
153:20
**club's**
5:12
**clue**
136:20
**cni**
195:20
**cnn**
22:5, 217:11
**co-founded**
86:22
**co-founder**
104:12

**co-plaintiffs**
71:1
**co-signed**
282:16
**cofounder**
152:13
**coincidence**
92:12
**colleagues**
82:9, 91:21
**collection**
65:19, 65:21,
89:6, 91:7,
91:8, 91:12,
91:16
**collections**
65:13
**collective**
70:22
**collectively**
48:3, 48:5,
72:8
**columbia**
1:2
**column**
128:2
**com**
2:10, 2:11,
2:12, 3:9, 3:10,
68:20
**combined**
48:9
**combining**
277:2
**come**
34:17, 202:21,
239:6, 239:16,
283:12, 286:14
**comes**
13:5, 196:8,
225:8
**comfort**
70:9
**coming**
201:13
**commanded**
224:1
**commencement**
134:9, 135:5

**comment**
122:16, 130:9,
130:12, 136:17,
216:17, 216:21,
235:15
**commerce**
105:13, 214:12
**commercial**
82:6
**commission**
60:22, 61:2,
61:6, 62:14,
220:13, 220:19,
221:2, 222:5,
224:19, 244:1,
253:20
**commission's**
243:4, 243:18
**commissioned**
243:19
**commissions**
213:18, 213:21
**committee**
9:12, 133:4,
159:7
**common**
156:5, 177:16,
203:16
**communicate**
13:17, 13:21,
31:12, 76:4,
139:2, 211:16
**communicated**
23:17, 212:18
**communicating**
48:14, 48:18,
141:7, 240:5
**communication**
14:1, 90:21,
141:12, 175:10,
175:14, 175:16,
175:20, 198:4,
211:21
**communications**
25:16, 80:6,
133:1, 187:16,
188:7, 190:5,
190:21, 191:15,

**284:17**
**communist**
222:22, 233:21
**communities**
105:10
**community**
211:1
**companies**
16:6, 58:14,
98:15
**company**
4:11, 15:7,
59:13, 68:10,
69:19, 84:19,
91:14, 92:3,
145:5, 182:16,
256:10, 262:12,
283:8
**company's**
75:10, 145:8
**comparable**
26:7
**compel**
275:3, 276:10,
286:20
**competence**
223:9
**complaining**
234:13
**complaint**
4:10, 14:20,
231:11
**complaints**
122:1, 226:5,
233:18, 234:12
**complete**
17:20, 20:22,
160:21, 231:12,
232:8, 244:3,
244:5, 244:7,
246:1, 246:2,
246:19, 247:3,
258:17, 260:22,
261:15, 289:5
**completely**
260:22, 261:1,
261:16, 266:19
**complicated**
262:15

composite
181:6
compound
26:19
compromise
222:6
computer
13:10
conceal
201:12
conceding
55:13, 56:6
conceivable
39:9
concentrated
255:20
concern
43:12, 174:10,
175:5
concerned
91:11, 169:21,
170:10, 170:13,
170:15, 171:8,
171:20, 172:1,
172:6, 173:7,
175:5, 179:9,
180:21, 185:5,
226:7
concerns
175:17, 209:15
conclude
276:1, 276:2
concluded
244:12
conclusion
43:18, 118:10,
274:19
conclusions
173:15
concurrently
248:9
conduct
55:7, 84:18,
131:16, 131:19,
222:15
conducted
105:13, 157:21,
221:4, 221:6

confer
176:22
conference
133:10, 214:15,
215:5, 215:6,
246:11
conferences
215:3, 256:10,
256:16, 257:2,
257:4
conferencing
211:18
conferred
53:21, 56:22,
118:3, 281:17
confidence
39:10, 233:22
confidential
82:12, 245:1,
245:2, 245:14,
245:18
confirm
128:19, 129:9,
187:1, 188:13,
188:16, 274:20
conflict
192:16
confused
54:16
confusing
78:4
congress
9:13, 132:4,
194:8, 194:18
connect
199:13, 199:21,
200:15
connected
43:10, 84:20
connection
73:19, 116:5,
192:7, 209:7,
209:10, 209:12
connections
254:12
conservative
279:8
consider
235:17

considered
137:11, 137:20
considering
93:2, 102:17
considers
143:4
conspiracy
64:10, 236:18
construe
57:9
consult
137:1, 137:3,
137:7
consultancy
94:4, 94:15,
116:3
contact
19:20, 193:8,
200:10, 258:14,
264:5, 264:12
contacted
58:3, 196:12,
217:2
contacts
126:6, 185:7,
185:17, 253:15,
253:16, 253:22,
254:2, 254:4,
254:5
contain
82:6
contained
17:17, 18:4,
42:1
contains
45:21
contents
21:10, 22:3
context
172:10, 208:8,
225:7
continuation
216:10
continue
28:2, 154:20,
158:4, 166:7,
176:15, 205:21,
206:10, 212:6,

212:16, 224:20,
282:11
continued
3:1, 5:1, 6:1,
7:1, 8:1, 9:1,
10:1, 11:1,
19:8, 52:21,
56:2, 199:12,
199:20
continues
196:11, 271:9,
271:15
continuing
19:18, 101:7,
195:2
contract
240:21
contracts
221:1, 222:8,
225:11
contradict
190:10
contradictory
264:7
contrary
56:11, 226:9,
258:18
contribute
258:19, 259:8
contributed
98:12, 259:8
contributing
153:14
contributions
150:17, 150:21,
160:1, 160:7,
160:9, 260:19
control
290:23
controls
277:3
convenient
168:10
conversation
50:21, 51:14,
186:15, 188:17,
188:22, 189:21,
193:7, 197:19

conversations
31:15, 51:21,
202:7
conveyed
164:11, 164:13,
164:17, 164:19,
188:18, 202:5
cooperation
18:18, 18:22,
42:17, 43:6
cooperative
100:8
copies
113:12
copy
21:9, 101:11,
113:14
cordial
129:15
corporate
103:15, 103:17,
104:7, 134:4
corporation
105:2
correction
48:21, 85:6,
99:1, 250:4,
277:7
corrections
287:2, 289:6
correspondence
235:20
corrupt
86:19, 88:13
corruption
88:15, 111:7,
240:22
costs
28:16, 111:7,
285:1
coughing
209:19
could
16:22, 32:13,
54:6, 55:19,
57:8, 75:3,
126:13, 136:14,
139:20, 148:19,

169:21, 170:4,
171:14, 173:13,
184:21, 186:9,
196:13, 198:18,
206:1, 209:21,
211:10, 214:22,
219:14, 223:16,
229:2, 232:19,
239:8, 239:13,
249:13, 256:3,
259:8, 264:10,
264:18, 269:12,
270:15, 274:19,
277:14, 280:16
council
8:21, 9:7,
31:2, 99:6,
101:4, 101:6,
102:7, 110:21,
113:10, 128:18,
149:6, 149:8,
149:12, 149:16,
149:18, 150:4,
151:13, 152:17,
152:20, 153:13,
154:9, 155:21,
157:10, 158:12,
162:20, 163:5,
164:1
council's
99:15
counsel
3:16, 10:7,
13:9, 13:18,
15:21, 22:15,
22:19, 22:22,
23:16, 23:17,
23:19, 24:5,
62:7, 62:19,
62:22, 63:11,
64:3, 64:4,
64:6, 64:8,
67:20, 71:5,
71:13, 74:3,
74:7, 75:6,
75:8, 75:9,
75:10, 76:17,
76:20, 78:17,

80:8, 80:9,
80:12, 108:18,
124:13, 185:15,
190:17, 191:2,
191:8, 204:9,
230:13, 244:22,
290:11
counsel's
190:17, 191:6
countries
37:16, 213:19,
277:15
country
84:11, 148:1,
158:5, 175:2,
236:18, 245:13,
247:2, 265:17,
266:1, 277:18,
278:13
countrymen
90:14
couple
31:18, 112:6,
143:21, 206:5,
253:18, 254:10,
267:13
course
38:9, 38:20,
39:15, 52:2,
57:22, 60:16,
72:11, 76:2,
82:8, 84:2,
89:12, 95:17,
123:14, 128:10,
129:17, 131:15,
137:6, 143:13,
144:20, 164:7,
165:11, 166:5,
166:20, 173:12,
177:14, 180:8,
201:12, 201:14,
206:17, 208:16,
213:9, 214:2,
215:15, 218:18,
243:21, 247:5,
254:3, 269:7,
277:9, 282:6,
283:20

court
1:1, 12:2,
12:9, 63:15,
63:21, 69:17,
69:21, 76:20,
85:22, 118:11,
148:9, 214:20,
244:9, 245:7,
266:5, 275:2,
275:11, 276:10,
281:14, 286:20,
287:4, 287:11,
287:15, 287:20,
288:1, 288:3,
288:7
cover
219:9, 256:15
covered
216:14, 257:1
cpi
108:19, 144:16,
144:19, 215:2,
216:11, 279:21,
281:15
create
154:8, 154:13,
277:22, 278:2
created
279:6
crimea
139:11
criminal
57:8, 58:21,
59:4, 60:9,
60:12, 60:14,
60:17, 61:7,
61:8, 62:5,
63:7, 64:13,
88:16, 112:10,
123:6, 233:18,
237:6
crisis
210:6, 210:13,
210:21, 211:4,
211:5, 211:6,
211:9, 211:14
critical
137:13

criticized
139:6, 139:7,
139:8, 139:10,
139:13, 139:16,
140:2, 251:17
criticizes
224:18
cross-talk
44:6, 50:11,
51:16, 66:21,
70:3, 71:6,
71:15, 73:11,
78:21, 81:8,
93:15, 97:19,
101:1, 104:4,
117:2, 117:21,
126:12, 142:21,
145:11, 150:12,
151:9, 160:14,
164:14, 170:8,
172:16, 174:8,
180:1, 182:4,
187:21, 194:11,
194:14, 197:6,
197:17, 212:12,
220:15, 221:16,
223:14, 228:21,
229:9, 230:7,
230:10, 230:12,
237:22, 238:8,
240:15, 251:11,
263:12, 272:7,
272:14, 274:6,
275:1, 280:11
crowd
90:9
crr
1:22, 290:2,
290:20
crucially
277:9
cultivated
265:18
cultural
6:5
cup
8:6, 132:21
currency
243:7

current
211:5
currently
254:18, 282:4
cut
197:16

**D**

d-a-w-i-s-h-a
221:15
d-o-h-z-d
233:4
d-u-m-a
252:5
dacha
272:1, 272:3,
272:4, 272:6,
272:8, 272:9
damage
30:4, 35:1
damages
28:13, 284:22
dangerous
10:21, 235:9
date
289:11
dated
4:19, 5:5,
5:14, 5:17,
5:19, 5:21, 6:6,
6:12, 6:19, 7:7,
8:6, 8:9, 8:12,
8:14, 9:6, 9:9,
9:14, 9:16,
9:18, 10:8,
10:10, 10:14,
10:22, 11:14,
84:8, 121:4,
159:7, 181:8,
197:18, 235:8
dates
119:18
dating
179:1
david
109:4, 109:7,
126:9, 127:17,
127:21

dawisha
10:13, 221:15,
224:17, 224:18,
243:1
dawisha's
221:14, 221:21,
231:18, 232:6
day
4:18, 5:4,
5:16, 9:15,
10:14, 36:10,
84:16, 106:15,
106:17, 106:19,
111:5, 145:3,
205:22, 206:10,
212:14, 212:15,
245:20, 266:16,
267:10, 273:8,
290:17
days
131:12, 267:14
dc
3:7
de
68:13, 262:16,
267:9
dead
245:11
deal
41:5, 68:5
dealing
81:21, 269:22
dealings
31:3, 51:4
deals
253:19
dealt
60:18, 89:6
death
123:13, 123:15
debate
155:12, 155:15,
155:17
debt-holders
268:14
december
1:17, 169:18,
169:20, 173:16,

177:21, 178:3,
178:14, 184:8,
184:13, 184:22,
197:18, 204:22,
239:2, 268:4,
268:7, 268:12,
290:17
decided
34:3, 92:16,
195:20, 196:6
decision
72:1, 72:9,
193:19, 193:20,
194:21, 227:2,
227:5, 227:8,
227:10, 233:12,
236:8, 236:9
decisions
78:14, 227:13,
227:15
declaration
5:15
decline
11:10, 260:6
deep
21:12
deeply
83:20
defamation
18:8, 30:9,
40:18, 41:15,
55:9
defamatory
17:18, 18:5,
18:6, 28:21,
30:17, 34:22,
42:13, 42:15,
81:17
defame
19:10, 19:13,
43:8, 53:2, 57:6
defamed
16:12, 17:14,
18:17, 18:19,
19:5, 20:4,
41:12, 53:10
defend
174:4, 278:6,

| | | | |
|---|---|---|---|
| 282:12 | 284:18 | 198:16, 215:2, | 200:9, 211:3 |
| **defendants** | **deliver** | 216:11, 274:18, | **determined** |
| 1:10, 3:2, | 19:16, 87:22, | 275:15, 275:18, | 260:18 |
| 4:14, 4:17, | 88:2, 100:10, | 276:2, 279:21, | **developed** |
| 4:21, 5:8, | 135:5, 147:22 | 290:13 | 188:18 |
| 12:15, 16:21, | **delivered** | **depressed** | **development** |
| 21:14, 22:1, | 87:16, 134:9, | 38:3 | 83:14, 148:1 |
| 28:6, 79:18, | 154:2, 285:12 | **depression** | **device** |
| 286:18 | **delivery** | 37:21, 38:2 | 284:7 |
| **define** | 287:12 | **deputy** | **devolution** |
| 205:14 | **demanding** | 19:17, 117:17, | 227:12 |
| **definite** | 42:11 | 118:17, 120:6, | **devolved** |
| 263:22 | **democrats** | 142:3, 252:19, | 227:11, 227:13 |
| **definitely** | 130:21 | 263:5, 263:13, | **devoted** |
| 16:13, 31:22, | **demonstrate** | 265:15, 265:16, | 245:9 |
| 35:15, 35:22, | 88:9 | 265:22, 266:6, | **diagnosed** |
| 36:2, 36:7, | **deniability** | 270:3 | 36:21 |
| 37:8, 37:11, | 19:20 | **describe** | **diagnosis** |
| 38:5, 39:12, | **denies** | 22:14, 22:19, | 38:7 |
| 40:13, 41:1, | 54:13, 55:6 | 103:16, 230:18, | **dictatorial** |
| 44:10, 49:21, | **deny** | 231:17, 249:7 | 277:3 |
| 60:3, 79:16, | 259:19 | **described** | **die** |
| 82:16, 93:6, | **denying** | 19:1, 121:14, | 72:6, 224:3 |
| 118:2, 118:5, | 128:6 | 135:22, 203:22, | **died** |
| 145:20, 146:9, | **department** | 230:17 | 123:8, 123:11, |
| 166:15, 166:19, | 10:4, 27:2, | **describes** | 236:17, 236:20, |
| 184:5, 184:7, | 57:14, 57:15, | 137:9 | 245:3, 250:3 |
| 195:14, 196:18, | 57:16, 57:18, | **describing** | **difference** |
| 209:1, 210:19, | 58:2, 58:5, | 50:21, 61:9 | 176:6, 184:20, |
| 221:7, 242:12, | 59:6, 59:16, | **description** | 279:5 |
| 250:11, 254:13, | 111:7, 111:21, | 91:1, 91:4, | **different** |
| 255:1, 255:19, | 123:3, 132:3, | 229:20 | 47:15, 47:16, |
| 257:4, 257:19, | 132:4, 150:22 | **deserves** | 59:1, 87:22, |
| 258:11, 269:10, | **deponent** | 233:22, 234:1 | 88:9, 88:10, |
| 269:11, 272:18, | 289:1 | **designated** | 88:11, 88:21, |
| 273:20, 274:9, | **deposed** | 166:22, 214:18 | 91:5, 91:6, |
| 277:13, 277:19, | 144:18 | **desire** | 91:17, 143:2, |
| 277:20, 280:5, | **deposition** | 188:11 | 146:17, 150:10, |
| 282:3 | 1:13, 4:8, 4:9, | **desk** | 150:15, 197:15, |
| **definition** | 5:3, 6:3, 7:3, | 125:11, 162:20, | 235:20, 256:18, |
| 79:20, 143:16, | 8:3, 8:13, 9:3, | 162:21, 163:22 | 272:19 |
| 143:17, 143:18, | 10:3, 10:9, | **destroy** | **differently** |
| 143:22 | 11:3, 12:20, | 79:14 | 49:9 |
| **delays** | 16:4, 41:4, | **destroyed** | **difficult** |
| 274:22 | 41:6, 42:8, | 79:2, 259:18 | 110:13 |
| **deleted** | 64:2, 70:1, | **details** | **diligence** |
| 284:3, 284:7, | 80:1, 118:10, | 35:5, 35:6, | 134:3 |
| 284:8, 284:14, | 143:3, 144:16, | 136:19, 165:3, | **dimension** |
| | | | 195:6, 195:7 |

Transcript of Petr Aven
Conducted on December 9, 2020                                    90

dimensions
195:4
dimitri
195:8, 195:11,
195:16, 195:21,
196:17, 196:20
dinner
105:19, 107:2,
109:3, 109:10,
110:2, 112:21,
112:22, 118:18,
120:13, 120:16,
120:19, 121:7,
271:21, 273:9
diplomacy
6:5
direct
9:4, 41:5,
98:15, 153:11,
159:15, 290:23
directed
23:14, 191:16,
192:4
directing
22:18, 74:13,
172:10
directions
19:8, 52:21,
56:2
directly
136:9, 219:18
director
25:15, 117:10,
145:14, 146:3,
180:16
directors
72:12, 134:20
disagree
143:9
disagreement
63:22, 64:1
disappear
79:13
disappeared
206:5, 254:11
disappears
79:12, 284:14,
284:16

disbursements
28:16
disclose
45:3
disclosed
25:13, 25:20,
82:7, 238:16
disclosures
5:11, 81:3
discontinued
35:3
discontinuing
31:13, 31:17
discuss
40:7, 50:2,
85:11, 86:7,
93:3, 107:6,
119:22, 130:4,
153:22, 160:3,
161:21, 162:1,
163:15, 164:2,
164:9, 165:19,
167:20, 168:19,
169:9, 169:10,
169:13, 170:9,
175:19, 184:7,
188:1, 193:2,
193:11, 195:17,
200:12, 202:6,
202:10, 209:10,
210:19, 211:19,
212:13, 237:9,
252:22, 253:4,
253:6, 253:8,
253:21, 255:19,
267:21, 280:15
discussed
41:22, 51:1,
51:7, 97:6,
116:4, 128:7,
128:8, 129:20,
129:22, 146:10,
162:3, 163:16,
164:4, 177:10,
178:7, 183:18,
188:20, 198:13,
198:15, 205:17,
205:18, 206:16,

206:18, 206:20,
208:9, 209:13,
210:6, 210:14,
219:2, 219:3,
236:15, 253:2,
270:7, 286:21
discussing
75:8, 126:3,
175:17, 195:15,
200:17, 211:13,
212:7, 212:16,
282:5
discussion
70:1, 71:20,
71:21, 83:7,
102:3, 116:19,
116:20, 117:11,
130:6, 130:7,
210:2, 212:2,
212:6, 267:20
discussions
51:4, 100:9,
188:4, 267:16,
279:12
dispute
69:17
distinct
127:3
distinction
82:8
distress
36:2
distress-related
29:5
district
1:1, 1:2, 63:15
division
123:6, 228:13
divulge
62:10, 63:2,
63:19, 80:6
dmitriy
252:14, 252:16,
252:17, 253:10
dmitry
153:13
doctor
37:9, 40:21,

41:2
doctor's
285:1
documentation
57:19, 57:22
documents
13:8, 15:21,
25:12, 37:12,
37:14, 42:1,
44:11, 44:20,
44:22, 47:15,
62:18, 64:2,
69:16, 69:18,
70:20, 71:1,
71:21, 72:19,
73:3, 75:2,
78:17, 78:19,
79:2, 79:6,
79:11, 79:14,
79:17, 79:19,
79:20, 80:7,
80:9, 80:14,
80:16, 81:13,
81:20, 81:21,
82:4, 82:6,
82:11, 127:13,
222:5, 222:7
doing
49:2, 61:15,
83:13, 146:5,
176:18, 179:11,
207:8, 222:5,
224:22, 232:21,
268:21
dollar
246:21
dollars
140:14, 152:1
domain
43:14, 117:7,
141:13
domestic
47:17
donald
8:11, 141:2,
183:3, 183:17
donate
97:16, 152:2,

259:11
**donated**
97:8, 97:15,
102:19, 103:3,
103:8
**donations**
150:20, 151:2,
151:4, 151:8
**done**
19:8, 52:21,
56:2, 87:1,
103:4, 103:11,
142:9, 237:5,
286:2
**doses**
36:14
**dossier**
21:13, 285:10
**double-check**
151:11
**doubt**
46:4
**down**
30:4, 72:6,
119:5, 134:3,
197:16, 280:7
**dozhd**
233:4, 234:2,
235:16
**draft**
287:5, 287:8,
287:9, 288:1
**draw**
43:18
**drawing**
173:14
**drawn**
82:9
**drivel**
35:8, 136:12,
237:7
**driver**
19:15
**drugs**
237:8
**dubova**
77:6, 77:12,
77:16, 77:18,

101:10, 101:18,
113:13, 113:14,
113:17, 120:11
**due**
134:3, 142:4,
281:21
**duly**
12:2, 12:9,
290:3
**duma**
252:5, 252:8
**dunn**
2:4, 32:13,
32:19, 148:6,
198:18, 226:13,
226:16, 226:19,
226:21
**duress**
222:7
**during**
19:13, 104:9,
105:15, 114:16,
163:21, 171:18,
203:20, 214:15,
240:4, 240:6,
266:18, 269:8,
274:2

**E**

**e-mail**
6:13, 6:15,
6:20, 7:4, 7:6,
7:8, 7:10, 7:19,
13:22, 25:13,
25:19, 32:9,
45:2, 68:14,
68:21, 69:3,
69:4, 69:11,
76:18, 77:2,
77:8, 77:19,
99:14, 101:5,
101:8, 101:9,
101:19, 101:21,
110:20, 111:4,
113:9, 113:12,
113:20, 116:15,
116:16, 117:13,
118:15, 121:4,

121:16, 122:21,
128:17, 197:18,
197:20, 197:22,
198:3, 198:7,
198:13, 198:14,
198:21, 198:22
**e-mailed**
99:16
**e-mailing**
77:12
**e-mails**
44:2, 44:8,
45:2, 45:3,
69:6, 69:19,
70:5, 70:16,
75:22, 77:14,
80:2, 128:19
**each**
53:7, 149:18,
159:19
**earlier**
25:2, 198:14,
284:1
**early**
23:5, 104:13,
158:15, 159:19,
246:12, 247:5
**easily**
136:14, 151:11,
262:1
**eastern**
1:18
**easy**
86:18, 122:3,
122:6, 122:9,
244:9, 244:10,
261:20, 261:22,
267:7
**echo**
206:3, 206:4,
206:6
**economic**
85:8, 109:22,
134:10, 134:20,
135:2, 135:6,
135:17, 135:20,
135:22, 136:16,
139:7, 148:1,

195:6, 205:18,
211:6, 211:9,
213:1, 213:7,
213:17, 228:14,
243:9, 277:16,
284:22
**economics**
86:5, 86:7,
87:21, 88:1,
255:14, 255:18
**economist**
86:1, 86:5,
87:21, 268:12
**economists**
109:17
**economy**
5:21, 51:8,
86:4, 119:22,
131:21, 167:9,
167:15, 175:3,
175:4, 212:14,
277:17
**ed**
6:7, 33:19,
40:17, 40:20,
93:13, 94:1,
94:6, 96:3,
96:7, 96:22
**education**
150:22
**effect**
30:5, 38:5,
38:16, 49:12,
87:4, 123:22,
173:19, 231:6
**effective**
165:5, 165:6
**efficient**
165:4
**effort**
70:19, 70:22,
258:20
**efforts**
24:10, 71:4,
71:5, 71:11,
71:12, 71:17,
76:11, 153:15,
199:12, 199:20,

200:10, 243:5,
285:16, 285:21
**eight**
98:2, 250:6,
276:4
**eight-hour**
276:5
**either**
52:9, 73:4,
74:18, 99:19,
106:19, 132:2,
143:18, 145:13,
149:15, 154:16,
202:11, 206:14
**elected**
252:8, 276:22
**election**
10:6, 18:18,
42:16, 43:5,
43:11, 130:5,
139:18, 160:2,
160:8, 169:9,
169:11, 172:4,
197:2, 201:18,
206:20, 273:14,
285:17, 285:21
**elections**
9:10, 171:19,
171:20, 172:3,
173:11, 173:12,
252:3, 259:4,
261:2
**electronic**
79:21, 284:2
**else**
13:1, 13:5,
13:14, 13:21,
33:6, 57:8,
73:4, 76:8,
77:20, 105:8,
105:11, 106:6,
106:8, 136:6,
139:1, 167:20,
168:15, 174:16,
174:19, 175:16,
175:18, 177:11,
190:3, 202:8,
205:17, 205:19,

207:18, 208:3,
227:1, 231:14,
243:16
**emotion**
42:6
**emotional**
28:14, 29:4,
30:6, 35:21,
36:4, 38:18,
285:8
**empathetic**
35:10
**emphasize**
164:18
**employed**
290:12
**employee**
142:1
**employment**
45:4, 57:19
**employs**
77:16
**empty**
220:7
**encompass**
80:7, 207:13
**encounters**
129:18
**end**
30:18, 46:6,
63:9, 84:22,
86:7, 86:19,
90:14, 90:22,
91:21, 97:2,
98:17, 99:21,
101:10, 101:17,
102:1, 104:13,
104:19, 111:10,
118:21, 121:12,
121:15, 122:2,
126:6, 128:22,
134:6, 135:9,
137:14, 142:12,
153:15, 154:3,
158:7, 160:2,
166:7, 167:10,
172:4, 172:6,
175:6, 176:19,

179:19, 185:19,
186:17, 187:17,
190:6, 193:9,
196:14, 199:22,
201:5, 219:18,
225:4, 226:17,
227:3, 227:6,
228:16, 236:1,
243:9, 246:16,
249:1, 260:20,
266:16, 267:9,
268:17, 270:11,
271:17, 274:18,
275:1, 277:3,
278:13, 281:22
**endeavor**
156:9
**endeavors**
100:9
**endowment**
135:2
**ends**
189:4
**energy**
91:14, 91:19,
92:6, 92:10,
283:8
**enforcement**
64:12, 84:16,
201:14, 278:18
**engaged**
96:1, 96:3,
115:7, 115:8,
237:8
**engaging**
115:9
**england**
81:15
**english**
12:4, 47:13,
67:19, 111:13,
111:19, 124:10,
130:13, 138:2,
138:10, 142:15,
145:21, 147:14,
194:2, 202:15,
202:19, 213:20,
217:18, 240:2,

240:9, 241:10,
242:9, 242:16,
242:21, 249:12
**enhance**
87:1
**enhancing**
210:7
**enough**
84:14, 233:20,
242:13, 256:13
**ensuing**
211:9
**enter**
14:15
**entire**
23:3
**entirely**
229:5, 229:20
**entities**
103:10, 165:12,
234:12, 234:13
**entitled**
5:10, 6:4,
6:10, 6:17,
7:12, 8:4, 8:7,
8:10, 9:4,
10:20, 11:12,
21:11
**entity**
16:8, 43:9,
69:16
**entrust**
190:4
**entrusted**
19:21
**episode**
23:5
**equity**
59:12, 92:4
**ere**
36:21
**eric**
4:12, 15:14,
97:1
**errata**
289:7
**especially**
246:22

Transcript of Petr Aven
Conducted on December 9, 2020

93

esq
3:15
esquire
2:3, 2:4, 2:5,
3:3, 3:4
establish
178:19, 254:15
established
73:21
establishing
136:13, 187:15,
188:7, 190:21,
198:4
establishment
9:5
et
108:16, 138:13,
230:22
eurasian
117:18
european
9:11, 117:10,
117:18, 159:6,
180:5
even
39:3, 49:18,
61:13, 92:8,
136:5, 191:6,
239:7, 254:19,
276:5
evening
90:10
event
5:20, 89:1,
89:4, 89:17,
91:4, 91:14,
91:19, 92:10,
92:16, 92:17,
92:20, 93:5,
93:6, 93:14,
93:21, 117:14,
132:19, 211:18
events
8:15, 40:1,
53:9, 55:14,
56:7, 129:9,
155:3, 184:18
ever
27:10, 27:17,

27:21, 58:17,
59:16, 60:7,
60:9, 60:12,
61:20, 61:22,
65:9, 77:14,
93:19, 102:19,
122:15, 143:20,
158:15, 160:5,
161:16, 162:5,
162:10, 162:12,
162:15, 175:18,
175:19, 202:11,
204:17, 206:16,
206:18, 206:20,
207:11, 208:5,
233:18, 234:11,
237:6, 243:18,
246:4, 246:6,
285:10, 285:13,
285:19, 286:2,
286:6
every
119:16, 131:11,
136:21, 149:21,
158:10, 165:1,
166:12, 204:19,
204:20, 212:15,
246:16, 255:4,
278:10
everybody
174:19, 174:20
everyone
277:15
everything
27:13, 172:22,
244:4, 284:6
everywhere
220:6
evidence
95:22, 182:21,
237:19, 238:19
evident
177:5
exact
103:14, 119:18
exactly
18:13, 18:21,
19:2, 21:18,

23:4, 23:9,
24:7, 49:21,
52:6, 52:17,
58:6, 97:5,
99:7, 106:10,
106:12, 106:18,
127:4, 131:11,
132:2, 162:2,
162:19, 163:16,
163:21, 164:1,
167:12, 169:19,
173:13, 180:20,
181:14, 184:17,
184:18, 218:15,
233:10, 236:9,
247:17, 248:2,
271:8
examination
4:2, 12:12,
60:17, 283:16
examined
12:10, 289:4
example
98:11, 256:5,
270:6, 277:15,
281:14
examples
209:4
excellent
242:21
except
34:1, 63:9,
147:19, 167:22
exception
162:3
exceptions
212:16
excerpt
4:18, 5:4,
5:16, 9:15,
10:12, 10:14,
10:17, 11:4,
11:7, 11:9,
221:14, 221:21,
222:1, 241:17,
260:5, 260:12
excerpted
56:17

excess
246:14
exchange
18:10, 56:10,
122:21, 128:17,
142:5, 142:13,
220:20
exclude
22:21
exclusive
7:13, 124:18
excuse
171:7, 174:21
executive
163:11, 163:13
executives
181:15
exerts
143:14
exhibit's
91:1
exhibited
97:17
exhibiting
97:22
exhibition
89:5, 98:20
exhibitions
98:13, 98:16
existence
77:15
expanded
229:8
expect
216:2
expected
169:16
expenses
135:21
experience
38:10
experienced
41:8
experiencing
38:16
expert
8:15
explain
171:22, 218:12,

Transcript of Petr Aven
Conducted on December 9, 2020

94

228:20, 230:14,
230:16, 245:2,
277:11
**explained**
175:5, 231:3
**explaining**
61:14
**explanation**
180:2, 225:9
**explanatory**
157:22
**exploring**
131:20
**export**
84:20
**exports**
222:9
**expressed**
118:20, 187:15,
188:6, 190:21,
209:1, 285:19
**expresses**
38:2
**expressing**
174:10
**expressionism**
89:8
**expressly**
43:22
**extend**
275:18
**extent**
18:6, 22:12,
22:13, 22:21,
23:15, 54:12,
55:3, 55:5,
82:5, 207:4,
216:16, 222:13,
227:9, 275:4

---

**F**

---

**fabrication**
231:12, 232:9
**face**
256:14
**facetious**
83:20
**facilitate**
195:9

**facilitating**
195:21
**fact**
18:3, 59:19,
65:3, 65:4,
72:7, 93:2,
95:22, 182:20,
202:5, 225:10,
275:11
**facto**
68:13, 262:16,
267:9
**facts**
238:19
**fair**
91:3, 164:21
**fairly**
144:9
**fall**
166:16, 203:18
**false**
24:10, 26:3,
27:11, 27:18,
27:21, 285:6
**falsity**
80:14, 81:17
**familiar**
48:13, 48:16,
48:17, 59:6,
141:3, 240:16,
240:20
**families**
245:16
**family**
245:4
**famous**
272:17
**fancy**
146:4
**far**
24:12, 49:18,
82:14, 91:10,
93:4, 103:10,
112:1, 112:13,
116:9, 119:6,
121:21, 123:19,
163:3, 175:6,
180:20, 199:15,

226:7, 231:11,
267:21, 268:3
**fault**
237:1, 237:13
**favor**
134:5
**favorable**
209:6
**favors**
18:10, 19:8,
52:20, 53:6,
53:7, 55:17,
56:1, 56:7,
56:10
**fbi**
121:9, 192:13,
201:5
**fear**
90:19
**featuring**
8:16
**february**
112:10, 153:18,
154:6, 206:14,
210:16, 211:12,
211:15
**federal**
63:6, 201:10,
228:15
**federation**
222:6, 226:6,
274:3
**feed**
148:8
**feel**
211:10
**feeling**
281:7
**fees**
28:17
**feissner**
1:22, 290:2,
290:20
**fell**
35:13
**fellow**
90:14
**fellows**
94:21, 105:9

**fellowship**
104:12
**fellowship's**
156:12
**felt**
90:19
**few**
30:22, 34:1,
105:6, 106:10,
156:17, 198:19,
276:14, 283:18
**few-minute**
112:5
**fifa**
8:4, 8:5,
132:18, 132:20,
132:21
**file**
14:20, 46:5,
46:7, 231:11,
284:13
**filed**
44:3, 45:1,
79:15, 156:18
**files**
7:17, 127:14,
284:15
**filing**
24:9
**final**
287:12, 288:4,
288:6
**finally**
223:2
**finance**
255:14
**financial**
29:3, 29:5,
29:9, 150:17,
160:1, 217:15,
266:14, 269:1,
290:14
**financially**
98:13, 154:21
**financing**
283:6
**find**
47:15, 86:18,

101:3, 101:14,
117:1, 121:19,
122:3, 122:6,
122:9, 137:17,
138:14, 221:20,
241:21
**finding**
165:15
**fine**
59:1, 70:11,
83:13, 84:16,
239:18, 266:8,
287:14, 287:19,
288:5
**finish**
198:19, 230:4
**finished**
281:20
**finishes**
44:14
**firestone**
3:5, 3:17
**firm**
67:21, 74:1,
108:12, 108:14
**firms**
68:3, 68:11
**first**
4:14, 4:17,
4:21, 10:17,
12:9, 14:7,
16:18, 16:21,
18:2, 18:9,
18:16, 21:17,
21:21, 41:11,
42:13, 42:15,
42:22, 43:4,
47:5, 93:19,
94:12, 94:18,
96:1, 115:17,
116:1, 127:15,
128:1, 131:4,
132:21, 133:5,
147:20, 156:15,
159:4, 160:5,
167:21, 176:22,
181:7, 184:18,
196:5, 196:19,

199:2, 200:13,
201:3, 228:5,
242:1, 244:3,
247:13, 247:21,
249:15, 250:5,
252:10, 252:11,
252:12, 254:7,
263:13, 270:3,
274:2, 287:7,
290:3
**first-ever**
8:5
**fischer**
265:10
**five**
36:9, 70:9,
144:10, 152:3,
235:3, 239:16,
283:11, 283:12,
286:13
**five-minute**
32:17
**flee**
250:22
**focus**
27:15, 102:15,
171:14, 205:3,
205:5, 205:9
**focusing**
17:16, 18:1
**follow**
80:12, 99:21,
176:8, 177:1
**follow-up**
230:6
**following**
64:6, 83:8,
172:11
**follows**
12:11, 19:13,
137:10, 142:6,
180:2, 182:7,
278:13
**food**
219:21, 220:2,
220:4, 220:5,
220:8, 220:13,
220:20, 222:16,

226:3, 231:4,
231:20, 232:2,
233:15, 237:1,
237:14
**footnote**
33:17, 189:4
**fora**
88:1
**forbes**
67:6
**force**
278:19
**forecasts**
130:19
**forefront**
200:18
**foregoing**
289:4, 290:6,
290:21
**foreign**
9:7, 9:12,
95:13, 109:21,
150:20, 153:2,
154:9, 157:11,
158:12, 159:7,
183:4, 183:11,
183:17, 201:13,
213:1, 213:6,
213:17, 214:4,
216:15, 225:3,
228:14, 243:7,
243:9, 246:21,
256:3, 256:21,
268:14, 269:19
**forever**
284:14, 284:16
**form**
26:4, 26:11,
26:19, 27:12,
30:11, 41:16,
44:13, 48:5,
51:10, 58:19,
78:3, 79:1,
83:17, 145:12,
175:19, 185:10,
197:17, 202:13,
220:12, 231:21,
233:1, 284:10,

285:22
**formal**
271:16, 274:11
**former**
94:5, 99:16,
108:1, 121:21,
142:1, 153:1,
153:18, 157:18,
245:3, 245:10,
245:11
**forms**
13:22
**formulation**
207:21
**forth**
245:17
**forthcoming**
205:4
**fortune**
8:10, 140:22,
141:18, 146:11,
147:3
**forum**
8:15, 102:1,
102:3, 147:17
**forums**
75:7
**found**
47:18, 92:14,
183:9, 184:11,
245:4, 245:12
**foundation**
135:2
**founded**
86:22, 153:3,
153:13
**founder**
92:2, 272:21
**founders**
43:15, 92:4,
137:10, 137:19,
138:7
**four**
25:5, 52:7,
125:19, 127:3,
131:12, 166:2,
166:3, 166:12,
169:3, 279:4

fourth
24:2, 128:1,
169:6, 187:10,
235:11
fradkov
177:19, 178:1
frame
56:13, 209:8,
288:5
framework
60:17, 227:15
france
217:9
frank
10:18, 228:6,
254:18
franklin
214:12, 215:5
frankly
235:15
fred
100:4, 101:9,
101:11, 116:16
free
281:5, 281:12,
282:13, 283:2
freeland
257:20
frequently
147:22
fridman
1:4, 19:15,
46:20, 48:2,
71:22, 72:7,
87:14, 89:13,
90:18, 91:21,
92:5, 92:14,
96:8, 96:22,
99:5, 99:18,
126:4, 126:20,
127:16, 132:6,
137:12, 138:13,
144:18, 154:8,
154:12, 154:15,
154:16, 158:2,
170:4, 176:22,
253:18, 253:20,
254:1, 254:6,

254:9, 258:8,
258:9, 258:12,
268:1
fridman's
142:2, 280:21
friend
31:2, 153:1,
250:1, 273:3
friendly
218:13, 256:17,
256:19, 256:21,
258:7
friends
7:15, 124:20,
246:22, 254:10,
274:10
front
13:11, 39:22,
66:14
fsb
263:17, 263:20,
263:22, 264:3,
264:9, 264:10,
264:15, 264:19
full
181:10, 196:5,
199:19, 226:10,
235:12, 248:19
fully
113:22, 114:5,
115:16, 123:19,
190:9
function
115:20, 116:2
funds
84:18, 136:21
further
43:16, 61:21,
69:22, 202:6,
202:7, 222:15,
223:2, 256:4,
283:10, 286:10,
286:18, 290:6
furthering
155:12, 156:3,
156:4
fusion
1:8

future
106:7, 266:9

**G**

g7
213:11
gaidar
8:15, 147:17,
231:6, 239:5,
241:4, 241:6,
247:1, 249:22,
251:20
gaidar's
107:4, 107:10
gain
34:6, 250:22
galerie
89:2, 90:21,
93:14, 93:21
games
266:19
gan
3:13
gangster
11:10, 260:7
gap
156:7, 156:10
gas
84:21, 91:20
gathered
90:10
gathering
106:2
gatherings
105:3
gave
29:19, 87:14,
105:3, 105:4,
223:15, 243:13
general
3:16, 28:13,
33:9, 53:11,
54:1, 54:8,
123:4, 145:13,
146:3, 146:17,
156:4, 164:4,
164:5, 173:19,
174:3, 218:5,

232:18
generally
81:14
generated
143:18
generously
84:19
genesis
152:13
geoffrey
141:18
geographic
203:20
george
179:1, 214:7
german
1:5, 47:8,
47:10, 47:11,
91:21
germany
180:4
getting
274:18, 282:7
gifting
97:16
gillespie
3:15, 13:3,
68:6
gist
230:16
give
87:22, 172:2,
209:4, 209:9,
215:13, 223:1,
227:5
given
19:18, 72:7,
88:8, 88:21,
151:13, 167:9,
168:18, 207:14,
223:17, 231:6,
289:6
gives
225:9
giving
88:19, 142:7
glenn
1:9, 12:15

**go**
15:16, 24:1,
25:3, 30:16,
32:22, 33:17,
39:13, 41:11,
46:1, 50:12,
56:14, 89:19,
93:4, 97:20,
98:9, 110:10,
112:18, 141:10,
141:22, 152:4,
152:7, 165:3,
170:18, 174:11,
179:13, 185:12,
189:13, 192:22,
193:3, 194:7,
199:17, 203:1,
203:4, 206:8,
208:15, 209:9,
209:14, 210:1,
224:12, 224:15,
226:22, 232:2,
235:1, 239:19,
242:19, 242:20,
261:19, 262:3,
269:12, 274:21,
275:2, 276:10,
281:14, 284:12,
286:20, 286:22

**goal**
153:14, 271:16

**godfather**
11:9, 260:6

**goes**
40:20, 88:9

**going**
14:15, 16:5,
25:9, 32:10,
33:5, 63:13,
69:22, 92:17,
93:3, 112:4,
124:8, 124:15,
129:16, 130:7,
130:21, 132:14,
157:4, 157:17,
170:21, 171:21,
173:7, 177:6,
188:1, 194:16,

195:16, 196:18,
200:21, 202:4,
211:1, 229:11,
234:18, 235:2,
235:12, 237:10,
244:10, 248:11,
287:4

**gone**
83:12, 146:15,
206:7, 251:9

**good**
12:14, 14:2,
23:2, 84:11,
108:6, 109:12,
113:17, 122:14,
129:15, 153:1,
156:4, 156:5,
167:14, 167:15,
167:18, 239:16,
244:8, 255:8,
258:2, 258:17,
271:16

**government**
19:14, 27:7,
27:20, 61:16,
84:15, 86:1,
104:10, 105:16,
105:17, 109:16,
110:11, 121:22,
123:18, 123:22,
124:1, 124:2,
124:3, 126:6,
126:11, 129:9,
131:7, 131:22,
133:2, 139:8,
142:4, 142:19,
145:3, 146:7,
152:22, 155:22,
158:16, 162:6,
162:8, 162:9,
165:10, 169:17,
184:3, 184:4,
186:1, 186:6,
186:16, 187:15,
188:6, 189:22,
190:6, 190:20,
191:13, 193:19,
194:3, 194:5,

201:17, 202:14,
216:13, 218:6,
241:22, 246:13,
246:21, 247:4,
251:4, 253:12,
253:15, 254:2,
254:8, 254:10,
254:16, 256:20,
257:18, 257:19,
260:13, 280:9

**government's**
240:20

**governments**
64:11, 213:19,
214:1

**govorun**
19:13, 19:22,
46:3, 56:18,
57:10, 285:12

**govorun's**
45:4

**gps**
1:8

**gradually**
151:17

**grand**
62:11, 63:3,
63:10, 74:14,
187:13, 187:18,
188:1, 189:6,
189:10, 190:11,
190:14, 191:15,
191:18, 191:22,
192:2, 192:4,
200:1

**grant**
225:11, 228:13,
233:7, 233:12,
236:7, 261:15

**granted**
223:4, 223:22,
225:13, 225:14,
227:16, 227:20,
239:11

**granting**
228:10, 229:21

**gratitude**
259:12, 261:2

**great**
88:2, 120:2,
184:12, 245:22

**griffith**
94:3

**ground**
74:14, 161:2

**grounds**
22:13

**group**
8:17, 18:18,
19:14, 42:17,
43:6, 46:16,
47:22, 48:4,
48:10, 83:14,
91:20, 94:4,
116:17, 117:4,
148:14, 152:14,
159:21, 159:22,
160:7, 167:10,
179:10, 179:11,
203:8, 213:11,
247:11, 254:13,
257:7, 260:14,
261:5, 261:12,
273:15, 286:7

**group's**
46:16, 142:4

**groups**
170:2

**growing**
151:18, 151:19

**guardian**
11:12, 276:17

**guess**
218:12, 241:5,
242:12, 245:15,
250:14, 252:22,
257:3, 257:16,
259:11, 273:18,
280:18

**guest**
106:14

**guggenheim**
97:13, 98:17,
98:21

**gump**
108:15, 108:16,

108:18
**gusinsky**
261:8, 280:8,
280:13, 280:16,
280:18, 280:19,
280:20, 281:7,
282:5, 282:7,
282:9, 282:12,
283:1, 283:3
**gusinsky's**
280:8
**gutter**
122:7, 231:10,
231:17, 232:7,
232:15
**guy**
134:16, 137:7,
267:8

**H**

**half**
219:18, 230:15,
250:20, 275:20,
276:4
**hand**
82:10, 290:17
**handed**
134:4, 222:7
**handing**
222:4
**handled**
75:7, 76:16,
82:1
**happen**
83:15, 203:12,
203:13, 211:11
**happened**
49:18, 49:19,
92:13, 92:16,
106:11, 108:7,
184:18, 184:19,
216:3, 223:11,
227:21, 229:21,
230:19
**happening**
211:14
**happens**
278:9

**happenstance**
92:15
**happy**
18:9, 37:15,
99:17, 151:16,
228:20
**harassing**
39:7
**hard**
161:3
**hardly**
122:15
**harm**
28:13, 28:14,
30:3, 30:10,
30:13, 33:19,
34:12, 40:4,
40:11, 40:12,
40:17, 41:14,
41:19, 41:21
**harvard**
109:17
**haunting**
38:15
**head**
7:13, 19:14,
57:16, 60:19,
84:12, 124:19,
162:21, 163:22,
207:9, 233:21,
263:16, 263:19,
264:9, 264:15,
265:10
**headed**
142:3, 153:1
**heading**
110:6
**headline**
133:18, 235:8,
276:17
**headquartered**
92:6
**heads-up**
168:18
**hear**
185:14, 218:2
**heard**
27:19, 27:22,

59:9, 136:5,
154:22, 170:17,
173:21, 178:10,
196:17, 196:19,
220:18, 220:22,
222:12, 233:17,
234:7, 253:1,
285:11
**hearing**
9:10, 159:5,
195:15, 206:6
**hearings**
24:21
**held**
88:3, 94:22,
105:19, 164:10,
166:19, 167:17,
210:2
**help**
13:15, 88:17,
108:22, 158:12,
195:9, 195:21,
210:4, 210:14,
242:9
**helped**
98:16, 109:18
**helpful**
87:17, 87:19,
88:6, 148:20
**helps**
98:15
**hence**
135:20
**henry**
66:11, 66:14,
96:9, 153:19
**herbst**
128:18, 128:19,
128:22
**here**
14:12, 16:6,
17:9, 29:1,
30:10, 39:4,
43:9, 48:11,
48:12, 50:15,
50:19, 51:18,
53:14, 53:16,
55:11, 57:7,

63:14, 81:10,
81:20, 84:10,
88:5, 99:19,
100:5, 106:10,
107:16, 108:20,
122:21, 150:3,
156:18, 158:2,
161:14, 167:22,
174:7, 176:5,
176:11, 177:6,
177:9, 177:21,
182:15, 187:12,
187:18, 200:7,
222:21, 224:13,
225:18, 226:2,
229:4, 237:9,
240:8, 244:2,
244:3, 246:1,
263:11, 282:1,
282:5, 282:11,
282:13, 282:18,
282:19
**here's**
186:13
**hereby**
289:3, 290:2
**herein**
12:3
**hereunder**
21:6
**hereunto**
290:16
**hesitation**
246:16
**high**
36:1, 88:3,
122:14, 187:14,
188:6, 190:20
**high-level**
245:12
**high-ranking**
246:12
**highly**
31:1
**himself**
143:4
**hire**
182:17

Transcript of Petr Aven
Conducted on December 9, 2020

99

hired
145:2, 145:4,
241:7
hirshhorn
66:12
historical
9:8, 157:12
historically
120:10, 179:10
hold
59:12, 59:19,
92:3, 122:19,
281:20
holding
7:14, 12:20,
124:19, 133:6
holdings
72:13, 78:14
holidays
287:18
home
110:6, 110:10,
244:2, 244:6
homes
267:16
honest
92:8, 97:5,
97:7, 258:2,
258:17
honor
6:18
horse's
178:10
host
109:10, 271:20
hosting
141:12
hotel
92:17
hour
200:21, 234:21
hours
275:20, 276:4
house
7:17, 94:20,
109:7, 126:21,
127:2, 127:14,
127:17, 163:9,

163:10, 271:21,
272:6, 272:8,
272:10, 272:11,
272:12
houses
39:5, 39:8
however
17:16, 53:12
hr
57:14, 57:15,
57:18, 58:2
huge
259:17
hullabaloo
173:10
humanitarian
156:8
hundred
9:13, 106:3,
198:8, 210:20
hundreds
106:2, 226:5
hunger
220:10, 220:11
hypertension
36:7, 36:21,
37:4, 38:1,
38:7, 40:22,
41:8
hypothesize
238:20

I

idea
91:11, 112:8,
113:17, 156:4,
183:16, 251:5,
259:18, 265:19
ideas
126:5, 252:22,
253:1, 253:2,
253:3, 253:7,
253:13
identification
14:5, 14:17,
15:3, 15:11,
16:16, 20:8,
24:18, 28:8,

45:16, 46:12,
53:19, 67:3,
80:20, 82:20,
84:5, 85:15,
86:12, 87:7,
89:21, 93:10,
96:13, 98:5,
99:11, 100:18,
103:21, 110:17,
113:6, 116:12,
118:8, 121:1,
124:6, 127:10,
128:14, 132:15,
133:14, 140:19,
144:12, 147:12,
148:11, 149:2,
153:7, 157:6,
158:20, 170:22,
181:3, 187:6,
216:6, 221:11,
224:8, 228:2,
235:4, 241:14,
248:13, 260:2,
274:15
identified
274:1, 274:7
igor
153:1, 271:21,
272:21
ii
10:6
iii
10:7, 108:1
illegal
19:1, 243:6
illicit
19:16
illusion
10:21, 235:9
image
6:11, 87:2,
140:14
imf
117:10, 132:5,
265:10, 266:14
immediately
246:15, 250:2,
250:16, 250:20,

252:3
immoral
103:7
implications
211:14
imply
58:20
importance
120:2, 167:9
important
119:19, 120:8,
156:10, 175:3,
177:13, 200:14,
249:1, 249:18,
249:20, 257:5
impose
169:17
imposed
63:8, 193:12,
193:15
imposing
194:9, 194:19
impossible
11:8, 244:15,
248:17, 278:10,
279:15
impression
186:19, 186:21,
188:14
impressionism
89:7
improve
104:20, 140:14
in-person
211:17
inappropriate
195:1, 225:7,
238:10, 239:10
inappropriately
234:15
inasmuch
82:3
include
14:4, 66:2,
71:5, 165:17,
214:6
included
105:2, 246:18

Transcript of Petr Aven
Conducted on December 9, 2020                                    100

includes
13:21, 169:11
including
22:4, 31:7,
37:16, 45:2,
69:19, 73:5,
109:20, 121:21,
122:4, 122:10,
165:1, 173:8,
195:5, 227:13,
243:5, 243:8
inclusion
43:20
incoming
173:17, 174:11,
193:8, 195:10
incomparable
49:13
inconceivable
190:4
incorporated
92:6
incorrect
35:7, 83:16,
83:17, 228:18,
228:22, 229:4,
229:14, 246:8,
249:3, 249:4,
249:5, 249:16,
261:17
increase
285:4
increased
36:13, 66:18
increasing
90:19
incur
28:22
indeed
86:2, 133:8
indefinitely
79:22
independent
10:21, 235:9,
260:18, 281:12
indicated
12:6, 239:22
indirect
19:21, 28:22,

43:22, 44:1,
159:15
individual
104:6, 143:14
individually
115:16
individuals
151:21, 165:8,
165:13, 178:4,
178:8
industry
68:19, 208:11,
208:22, 209:3,
209:6, 209:12,
209:15, 210:4,
210:10, 210:15,
210:22
inferences
173:15
influence
143:14, 197:1,
285:16, 285:21
informal
267:15
informally
267:14
information
21:12, 22:7,
23:2, 23:10,
23:12, 23:16,
23:21, 24:4,
24:8, 24:11,
30:17, 31:16,
33:10, 34:22,
45:8, 57:20,
58:10, 62:11,
63:2, 63:19,
64:13, 76:12,
82:7, 121:19,
137:15, 138:21,
196:8, 222:20,
237:16, 237:20,
238:15, 246:8,
275:9, 284:3,
287:6
informed
161:5, 201:15
initial
5:11, 31:20,

81:3, 188:22
initially
222:4, 266:17
initiated
233:19, 237:6,
238:12
initiative
241:22, 242:3,
242:5
injected
210:9
innocence
226:7, 226:9,
233:17
input
210:8
inquire
199:20
inquiry
57:13
inside
223:11
insignificant
84:17
insistently
88:14
inspector
235:18
installed
76:9
instance
53:13, 84:17
instances
58:16, 243:5
institute
5:20, 6:17,
87:14, 87:18,
88:3, 88:18,
102:10, 102:12,
102:20, 103:3,
105:5
institution
88:3
institutions
88:21
instruct
70:4, 70:15
instruction
176:7, 176:10

intelligence
4:11, 15:7,
241:6
interest
28:16, 88:2,
115:22, 118:20,
122:17, 134:3,
177:3, 187:15,
188:7, 190:21,
198:4, 202:1,
255:21, 264:1,
290:14
interested
25:6, 87:21,
88:1, 91:7,
116:1, 164:6,
165:15
interesting
119:21
interests
156:2, 190:3,
209:11
interfered
43:10, 201:17
interference
10:5, 18:12,
19:1, 139:17,
139:19, 171:19,
173:12
interferes
50:5
interlocutors
163:17, 164:11,
165:14
internal
40:15
international
8:21, 149:7,
149:8, 149:12,
151:13, 152:17,
152:19, 153:12,
219:9, 266:14
internationally
85:22
internet
21:11, 257:15,
262:10, 263:8,
285:10

Transcript of Petr Aven
Conducted on December 9, 2020                                    101

interpret
71:11, 74:9
interpretation
22:11, 44:18,
57:4, 74:12,
196:7, 278:3,
279:2
interpreter
3:14, 12:2,
12:7, 12:10,
13:3, 15:17,
16:1, 20:16,
22:11, 42:18,
44:14, 44:17,
47:9, 50:15,
52:12, 53:3,
53:21, 54:1,
54:7, 54:15,
54:16, 54:20,
55:4, 55:18,
56:22, 57:2,
61:2, 64:17,
70:7, 72:3,
73:13, 74:9,
74:12, 78:22,
80:22, 81:9,
83:3, 89:10,
90:5, 93:16,
98:18, 101:2,
101:13, 116:22,
118:3, 120:17,
130:15, 137:16,
137:22, 138:5,
138:9, 138:12,
145:22, 147:7,
147:9, 160:17,
167:2, 170:19,
185:14, 194:4,
196:2, 196:4,
196:6, 197:12,
202:16, 206:1,
206:4, 209:18,
209:21, 213:21,
217:19, 218:1,
221:19, 229:1,
236:14, 242:18,
248:6, 249:5,
252:17, 278:3,

279:2, 281:17
interpreting
23:17, 44:15
interprets
73:13
interrogatories
4:15, 4:17,
4:22, 16:21,
18:14, 20:11,
28:6, 43:1,
160:12
interrogatory
17:1, 17:9,
17:19, 20:15,
20:21, 21:3,
21:22, 23:7,
28:12, 30:2,
42:5, 43:3,
43:4, 160:18,
161:2, 161:9
interrupt
194:17, 195:1,
230:15
interrupting
230:8
interruption
13:19, 21:2,
26:14, 39:20,
41:17, 42:10,
45:6, 56:16,
58:13, 96:20,
126:2, 137:2,
154:19, 164:15,
177:22, 185:13,
187:5, 191:20,
193:4, 194:12,
194:15, 197:7,
229:10, 238:1,
238:9, 242:4,
245:6, 248:3,
251:12, 267:5,
268:9, 268:11
intervention
172:3
interview
7:13, 62:8,
107:22, 108:4,
123:13, 124:18,

124:22, 125:3,
125:7, 192:13,
280:6, 282:15
interviewed
60:9, 60:12,
62:4, 90:19,
133:20, 135:12,
135:16, 191:21,
202:5, 215:19,
215:21, 216:17,
216:20, 227:17,
258:4, 277:4,
279:9, 279:22
interviewing
191:10, 191:16
interviews
215:14, 255:12
intimate
39:17, 39:22
intimidated
268:14
introduce
115:21, 179:5,
247:7, 248:1,
248:2, 248:6,
249:17, 249:22,
257:17, 265:21,
273:5
introduced
241:7, 247:16,
249:1, 265:16
introducing
250:13
introduction
190:2, 247:19,
249:7, 249:8,
249:11, 249:13
introductions
94:19, 115:21
invade
192:4
investigate
123:4, 220:13,
240:21
investigated
121:9
investigating
64:9

investigation
10:5, 59:5,
59:7, 59:17,
61:16, 61:19,
62:1, 64:13,
111:20, 112:11,
151:1, 191:4,
196:21, 201:16,
202:9, 221:4,
222:16, 237:5,
238:12, 241:3,
275:4, 275:10,
276:11
investigations
201:10
investigative
123:20
investigator
60:14, 62:5
investigators
60:10, 60:12,
134:4, 191:11,
191:19, 191:22
investment
253:7
investments
29:21, 94:22,
95:4, 95:8,
95:11, 95:13,
95:14, 95:15,
131:20, 164:8
investors
90:20
invitation
102:1, 112:22,
113:12
invitations
91:18, 93:4,
106:1
invite
102:2, 102:8,
117:12, 118:17,
120:12, 129:8
invited
92:21, 93:1,
116:18, 120:10,
121:12, 128:20
inviting
100:8, 117:9,

117:16, 117:22,
120:15, 120:18,
121:7, 121:8
**involved**
86:3, 88:4,
88:15, 110:14,
111:13, 111:16,
183:13, 183:20,
213:19, 221:3,
221:8, 237:21,
257:8, 267:20,
268:19, 275:19
**involvement**
111:17, 113:2,
134:17
**involves**
37:16
**involving**
38:14, 129:18
**ironic**
83:20
**irrelevant**
272:15
**issue**
26:13, 26:15,
69:20, 223:3,
223:21, 227:20,
229:17, 230:21,
268:20, 275:8
**issued**
32:8, 227:19,
228:14, 234:15
**issues**
63:14, 63:16,
70:1, 112:13,
213:3, 253:17,
275:12, 275:16
**issuing**
24:12, 220:20,
224:20
**itself**
38:2, 192:19
**ivanov**
153:1

**J**

**jail**
142:10, 146:7,

280:20
**jailed**
142:19
**jake**
162:10
**jal@levyfirestone**
3:9
**james**
108:1
**january**
21:9, 21:16,
21:19, 36:12,
37:3, 51:20,
55:8, 55:14,
56:7, 206:14,
210:15, 268:7
**jared**
195:13
**jersey**
133:7
**jewish**
7:12, 124:17,
124:22, 125:4,
125:6
**jim**
96:22, 108:9
**job**
1:20, 241:8,
267:9, 267:11
**john**
106:5, 128:18,
128:21
**join**
180:12, 252:2,
261:8
**joined**
269:18
**joining**
213:5
**joint**
89:5, 214:14,
215:4
**jointly**
247:12
**josh**
32:13, 71:10,
112:4, 119:10,
144:8, 148:6,

198:18, 200:21,
226:13, 234:20,
239:13, 274:17
**joshua**
3:3, 12:14
**journal**
217:7
**journalist**
258:17
**journalists**
216:18, 216:21,
217:2, 235:15,
256:21, 268:15,
277:10, 278:9
**judges**
268:14
**judging**
147:5
**jul**
8:6
**july**
84:8, 100:14,
101:8, 132:19,
134:8, 134:19,
135:1, 135:6,
136:3, 212:20
**jun**
9:6
**junck**
73:7, 73:16,
73:18, 74:2,
74:6, 74:19,
75:1
**june**
8:14, 10:10,
10:22, 100:12,
100:14, 153:10,
235:8, 282:8
**jury**
62:11, 63:3,
63:10, 74:14,
187:13, 187:19,
188:1, 189:6,
189:10, 190:11,
190:14, 191:15,
191:18, 191:22,
192:2, 192:4,
200:1

**justice**
10:4, 59:16,
111:7, 111:21,
123:3
**justice's**
59:7
**justification**
237:4

**K**

**k-a-v-a-l-e-c**
117:17
**k-r-o-l-l**
61:4, 240:21
**kandinsky**
66:2
**karen**
10:13, 221:14,
221:21, 232:5
**kathleen**
117:16
**kathy**
118:17, 118:19,
120:3
**kavalec**
117:17, 118:17,
120:3, 120:7
**kazan**
227:14
**keep**
36:9, 90:21
**keeping**
286:19
**keeps**
38:15, 72:4
**kempe**
7:6, 100:4,
101:9, 101:11,
116:16
**kennan**
6:17, 102:10,
102:12, 102:20,
103:3
**kennan's**
102:14, 102:17
**kept**
151:18, 151:19,
198:15

**key**
274:1, 276:22

**kgb**
11:4

**khan**
1:5, 47:1,
48:3, 71:22,
72:8, 89:13,
91:21, 92:5,
132:10, 170:4,
176:22, 268:1,
268:20, 269:5

**khodorkovsky**
146:8

**kicked**
206:15, 210:6

**kind**
32:10, 122:9,
168:18, 174:18,
183:22, 201:13

**kingdom**
251:1

**kissinger**
153:19, 154:1,
154:6

**klebnikov**
11:11

**klebnikov's**
260:5

**kleptocracy**
10:12, 140:10,
221:22, 232:6

**knew**
86:17, 114:8,
114:9, 139:19,
175:6, 180:7,
196:18, 264:17,
270:2, 273:18,
275:7

**knowledge**
33:18, 34:12,
40:11, 40:18,
43:15, 84:12,
155:3, 177:16,
195:17, 237:3,
269:5

**known**
20:18, 109:9,

158:14, 159:19,
173:20, 207:1,
248:21

**knows**
23:19, 40:7,
40:13, 40:14,
71:17, 75:9

**kokh**
107:12

**kompromat**
121:20, 122:4,
122:10, 237:17,
238:4, 238:17

**koppel**
279:10, 280:1

**kosogov**
72:21, 93:14,
93:17

**kremlin**
11:9, 90:11,
109:22, 125:15,
126:18, 134:6,
140:7, 142:17,
146:7, 146:13,
150:14, 166:4,
167:15, 167:18,
167:19, 168:15,
177:8, 178:2,
187:16, 188:8,
190:22, 202:8,
203:14, 260:6

**kremlin-alfa**
18:18, 42:17,
43:6

**kroll**
61:1, 61:3,
240:21, 241:2,
242:1, 243:22,
244:2, 244:4,
244:12, 245:12

**kroll's**
243:5

**kushner**
195:13, 196:13,
196:19

**kuzmichev**
6:7, 73:5,
93:17, 93:18

## L

**l-a-n-g-d-o-n**
108:11

**l-o-g-o-v-a-z**
145:5

**l1**
91:14, 91:19,
92:6, 92:10,
94:12, 95:14,
95:15, 180:20,
284:13

**lack**
254:4

**langdon**
108:9, 108:11

**language**
103:14

**large**
19:16, 31:6,
33:9, 51:8,
105:2, 105:20,
106:2, 145:14,
170:1, 171:13,
208:14, 208:15,
208:17, 211:1

**larger**
222:10

**largest**
65:21, 98:12,
104:11, 134:22,
166:19, 167:10

**larry**
265:9

**last**
13:9, 17:4,
25:3, 30:1,
30:16, 30:22,
34:19, 55:2,
76:22, 81:6,
81:11, 84:9,
85:18, 86:16,
98:9, 101:22,
118:16, 128:1,
134:2, 137:21,
149:17, 168:9,
169:8, 169:14,
179:13, 181:10,

181:11, 181:17,
182:1, 199:19,
200:20, 201:3,
206:12, 210:12,
212:11, 212:18,
224:15, 226:20,
234:21, 244:4,
246:16, 250:6,
260:10

**late**
203:18, 220:6

**later**
148:9, 185:2,
188:14, 225:9,
227:17, 263:16,
268:20

**latin**
277:18

**latter**
35:14, 115:2,
211:21

**lauder**
89:6, 89:9,
89:11, 91:16,
92:22

**launch**
89:5, 91:19,
92:10, 92:16,
92:17

**launched**
91:20

**laundering**
121:9

**laura**
162:12

**law**
58:15, 58:18,
64:12, 67:21,
68:3, 68:11,
84:16, 108:12,
108:14, 201:14,
278:13, 278:18

**lawn**
66:15

**laws**
208:9

**lawsuit**
14:21, 15:6,

16:11, 18:7,
29:21, 30:13,
30:14, 31:5,
42:2, 44:3,
44:9, 44:12,
45:1, 45:5,
53:8, 56:12,
67:20, 68:4,
68:7, 68:12,
70:20, 72:19,
73:3, 74:20,
79:15, 82:13,
156:18, 206:16,
238:6
**lawsuits**
24:9
**lawyer**
25:10, 73:7,
73:16, 73:19,
85:21, 86:8,
108:7, 145:2,
174:7, 174:9,
193:5, 194:8,
202:11, 224:16,
224:17, 279:22
**lawyer's**
17:22, 202:12
**lawyers**
68:4, 68:11,
82:1, 82:2,
202:15, 202:17
**lead**
58:4
**leaders**
193:14
**leadership**
158:1
**leads**
98:11
**learn**
22:7, 23:11,
24:4, 57:15,
71:16, 243:11
**learned**
21:17, 22:15,
22:19, 22:21,
23:16, 23:18,
135:7, 183:5,

186:14, 189:20
**learning**
38:7
**least**
203:14, 251:3
**leave**
280:20
**leaving**
110:6
**lecture**
87:9, 87:13,
88:20, 154:9,
154:14, 155:3,
155:12, 156:19,
156:21, 156:22,
157:22, 158:12
**lectures**
87:21, 100:10,
147:22, 154:21,
155:7
**led**
201:17
**ledyard**
2:6, 67:21,
283:21, 287:6
**left**
162:8, 252:4,
275:22
**legal**
19:9, 52:22,
56:3, 68:2,
73:20, 110:10,
111:9, 192:6,
227:19, 259:7,
275:8
**legislation**
194:9, 194:19
**legislative**
220:13
**lehrman**
6:19
**lend**
210:22
**leo**
272:11, 272:18
**lesin**
106:14, 120:12,
120:15, 120:19,

121:7, 121:8,
121:11, 121:14,
122:1, 122:17,
123:4, 123:8,
123:17, 124:9
**less**
60:3, 251:22,
254:13
**let's**
41:11, 95:5,
152:7, 203:4,
206:8, 210:1,
248:4, 267:18,
274:14, 287:7
**letter**
32:9, 233:6,
234:3, 234:6,
234:7, 234:8,
235:18, 235:21,
246:6, 259:3,
259:9, 259:11,
280:18, 280:21,
282:16
**letterone**
3:16, 13:4,
16:8, 25:16,
26:17, 26:18,
26:20, 27:3,
44:8, 68:21,
72:15, 72:19,
72:22, 73:3,
75:20, 79:11,
86:22, 87:1,
94:8, 94:14,
95:19, 96:2,
96:5, 102:19,
103:2, 103:8,
106:21, 115:5,
115:8, 115:14,
115:18, 116:8,
140:13, 180:10,
180:12, 180:15,
180:19, 185:1,
189:1
**letterone's**
137:4
**letters**
258:22, 259:5,

259:13
**level**
66:22, 210:8
**levied**
165:18
**levy's**
284:2
**lewis@clm**
2:10
**liberal**
259:18
**liberalization**
86:3
**licenses**
220:20, 221:2,
222:8, 223:3,
223:21, 224:20,
227:19, 227:21,
228:11, 228:13,
228:15, 229:17,
230:21, 233:7,
234:14
**lichtblau**
4:12, 15:15
**lie**
223:16, 229:19,
230:18, 232:8,
244:3, 244:5,
244:7, 246:1,
246:3, 246:19,
247:3, 260:22,
261:15
**lies**
226:10
**life**
59:5, 125:5,
145:21, 145:22,
146:21, 161:14,
195:4, 250:6
**likely**
32:3, 121:19
**limit**
71:9
**limited**
55:7, 81:13,
130:6
**line**
25:4, 25:8,

30:16, 145:1,
145:16, 171:6,
171:17, 174:6,
175:14, 176:16,
179:16, 181:11,
185:16, 193:5,
194:7, 194:13,
198:19, 216:12,
224:16, 226:22,
269:17, 270:16,
270:22, 271:3,
279:17, 281:3
**lines**
103:5
**link**
192:7
**links**
121:10
**lipton**
109:4, 109:7,
109:20, 110:2,
120:13, 126:10,
126:17, 126:21,
127:1, 127:17,
127:19, 127:21
**liquidity**
210:7, 210:9
**lisa**
1:22, 290:2,
290:20
**list**
17:20, 18:9,
30:19, 53:14,
63:10, 68:14,
106:14, 132:5,
178:4, 178:8,
239:6, 252:1
**listed**
16:6, 40:10,
103:11, 105:14,
161:8, 161:14
**listen**
176:7
**listening**
154:3
**listing**
31:11
**lists**
31:19, 149:7,

160:19
**literally**
167:12, 209:21,
210:13
**literature**
231:16
**lithuania**
10:20, 235:7
**litigation**
46:8, 69:7,
69:12, 70:6,
70:17, 71:2,
76:13, 78:19,
79:7, 85:19,
167:5
**little**
266:4
**live**
39:2, 272:11
**lived**
94:17, 106:13
**lives**
107:17, 122:2
**llc**
1:8, 12:16
**llp**
2:6, 3:5, 3:17
**loan**
259:16, 261:3
**loans**
261:5
**lobby**
174:1, 174:12
**lobbying**
94:4
**lobbyist**
184:4
**local**
84:15, 229:22
**located**
81:14
**location**
92:15
**lodged**
233:18
**log**
7:17
**logical**
219:11

**logically**
43:18
**logovaz**
145:5, 145:10,
145:18, 146:2
**london**
24:13, 81:15,
97:8, 97:11,
98:14, 99:19,
110:13, 152:11,
217:15, 244:2
**long**
38:13, 49:22,
93:6, 94:6,
108:15, 108:16,
131:9, 141:8,
155:1, 207:1,
209:14, 248:21,
255:6, 258:6,
258:9, 258:15,
274:21
**longer**
38:12, 122:12,
182:8, 197:14,
198:8, 200:5,
200:8, 200:18,
212:4, 214:16,
215:8, 239:5
**look**
13:14, 21:7,
30:1, 30:15,
34:7, 48:11,
55:2, 85:21,
90:3, 117:8,
145:1, 145:16,
189:18, 199:18,
225:21, 226:11,
228:8, 236:3,
246:10, 262:3,
269:15
**looked**
83:10, 240:7,
264:18
**looking**
13:9, 49:13,
121:19, 122:21,
156:1, 267:11
**lord**
91:13, 92:13,

93:2, 99:18
**lordship**
46:5
**losing**
32:18
**loss**
28:22, 29:3,
29:9, 29:16,
38:10, 38:13,
39:10
**lost**
28:20, 29:11,
29:13, 29:21,
225:10, 262:2
**lot**
71:8, 88:21,
173:9, 173:10,
175:1, 197:16,
224:1, 237:18,
242:22, 264:7,
274:22
**lots**
87:22, 88:13,
106:9, 146:21,
231:10
**louis**
107:18
**low**
19:21
**lunch**
128:21, 129:1,
129:14, 129:21,
144:9
**luxembourg**
185:2, 189:1
**lying**
233:21, 236:4

**M**

**m-u-r-d-e-n**
97:1
**macroeconomic**
212:14, 219:3
**macroeconomics**
85:11, 169:5
**made**
31:17, 34:2,
34:5, 39:19,

45:8, 57:13,
63:20, 71:5,
71:12, 75:6,
75:10, 83:8,
88:18, 90:10,
96:1, 139:20,
150:17, 150:21,
151:3, 151:8,
157:19, 160:1,
160:9, 173:19,
184:20, 185:22,
186:5, 208:5,
212:9, 215:11,
236:9, 243:11,
247:19, 253:18,
259:22
**madeleine**
265:8, 267:14
**magazine**
8:7, 8:10,
67:7, 140:22,
141:18, 146:11
**magnitsky**
165:18
**magnitude**
49:12
**mailing**
79:8, 79:21
**main**
91:11, 91:15,
102:15, 107:6,
115:20, 116:1,
136:1, 205:7,
205:10, 205:12,
205:13, 205:14,
205:15, 222:20
**mainly**
17:16, 73:10
**maintained**
254:7
**major**
105:2, 136:2,
174:22, 176:6,
227:4, 262:20
**majority**
94:22, 95:11,
95:15, 264:20
**make**
16:9, 20:7,

24:10, 37:15,
41:4, 48:21,
70:4, 70:15,
70:19, 70:22,
71:11, 73:17,
76:11, 78:14,
86:11, 88:6,
113:17, 115:21,
124:10, 136:21,
151:19, 156:5,
160:7, 173:20,
173:21, 185:7,
193:7, 199:7,
200:10, 209:17,
210:3, 212:13,
215:9, 219:4,
227:15, 236:8,
238:2, 244:21,
265:12, 270:2,
276:8, 287:2
**makes**
16:10, 105:16
**making**
131:20, 151:2,
151:17, 164:8,
177:3
**malashenko**
271:21, 272:21,
273:6, 273:7
**malevich's**
98:21
**management**
181:15
**manager**
272:22
**manipulative**
230:13
**mansions**
65:13
**many**
35:9, 39:5,
51:20, 57:7,
86:17, 90:14,
92:20, 104:8,
104:18, 105:21,
113:16, 121:20,
122:4, 122:10,
131:6, 143:1,

152:1, 161:17,
163:2, 165:21,
175:6, 176:18,
179:18, 195:4,
203:10, 204:12,
210:20, 215:10,
219:15, 224:2,
231:5, 246:13,
277:15, 278:21
**mar**
11:14
**march**
4:19, 5:5,
5:17, 9:16,
10:8, 10:15,
45:20, 67:9,
67:12, 67:16,
128:18, 128:20,
129:21, 130:18,
131:9, 131:14,
131:17, 132:1,
132:7, 163:18,
233:3, 235:14,
276:17, 279:10,
279:22
**marina**
220:9, 220:12
**mark**
28:7, 46:11,
84:4, 87:6,
224:7, 234:18,
274:14, 276:6
**marked**
14:5, 14:17,
15:3, 15:11,
16:16, 20:8,
24:18, 28:8,
45:16, 46:12,
53:19, 67:3,
80:20, 82:20,
84:5, 85:15,
86:12, 87:7,
89:21, 93:10,
96:13, 98:5,
99:11, 100:18,
103:21, 110:17,
113:6, 116:12,
118:8, 118:12,

121:1, 124:6,
127:10, 128:14,
132:15, 133:14,
140:19, 144:12,
147:12, 148:11,
149:2, 153:7,
157:6, 158:20,
170:22, 181:3,
187:6, 216:6,
221:11, 224:8,
228:2, 235:4,
241:14, 242:6,
248:13, 260:2,
274:15
**materials**
81:16
**math**
48:11
**mathematics**
161:11
**matt**
226:17
**matter**
29:14, 73:20,
78:17, 111:22,
123:5, 126:15,
184:19, 188:20,
192:6, 200:17,
202:10, 205:10,
205:16, 210:8,
210:19, 212:1,
212:5, 221:8,
230:16
**matters**
87:21, 93:3,
94:16, 143:14,
164:6, 169:10,
170:6, 170:9,
195:17, 205:18,
209:2, 209:10,
209:14, 212:14,
219:1, 219:3,
219:7
**matthew**
2:4
**maybe**
39:3, 62:16,
62:17, 66:10,

106:3, 111:15,
127:6, 131:8,
149:13, 215:4,
217:10, 245:21,
246:9, 256:3,
256:6, 258:5,
258:7, 259:14,
263:15, 263:21,
264:3, 264:10,
264:11, 278:4,
280:3, 280:12
**mayor**
19:17, 223:19,
225:16, 227:9,
234:4, 236:1
**mayor's**
223:4, 223:12,
223:13, 223:19,
225:14
**mcfaul**
161:16
**mclarty**
9:17, 181:7,
181:19, 182:7
**mdunn@clm**
2:11
**mean**
17:8, 47:6,
58:22, 59:1,
103:17, 136:12,
145:9, 207:14,
257:1, 274:12
**meaning**
42:3
**means**
65:16, 129:6,
129:7, 134:13,
143:2, 161:3,
170:15, 175:17,
290:23
**measures**
210:14, 210:18,
210:21, 280:15
**media**
22:4, 65:5,
89:17, 123:16,
133:5, 140:5,
173:11, 173:14,

197:1, 215:20,
229:18, 230:22,
231:3, 231:8,
231:15, 236:17,
281:12, 285:15
**medical**
36:3, 37:2,
37:3, 37:7,
37:9, 37:18,
38:6
**medication**
36:9, 36:11
**medicine**
36:6, 40:22,
285:1
**medvedev**
153:14
**meet**
8:10, 28:2,
99:18, 99:22,
119:14, 119:19,
120:6, 126:20,
127:1, 131:7,
131:22, 141:1,
149:18, 153:18,
161:18, 162:10,
162:12, 162:15,
162:17, 162:22,
163:2, 163:7,
163:19, 168:1,
178:15, 203:7,
212:15, 213:22,
214:11, 247:11,
252:10, 258:9,
263:19, 264:8,
264:11, 264:14,
264:18, 269:9,
273:7, 278:21
**meeting**
5:13, 83:6,
96:8, 96:22,
97:3, 99:5,
100:7, 120:3,
127:5, 127:19,
128:5, 129:12,
129:17, 129:18,
154:5, 168:2,
168:10, 168:14,

168:16, 169:20,
178:9, 184:16,
185:2, 189:1,
195:13, 196:13,
200:13, 203:15,
203:22, 204:1,
204:17, 204:20,
204:22, 205:3,
211:11, 211:17,
247:18, 252:20,
270:6, 270:10
**meetings**
78:2, 78:6,
78:10, 78:11,
85:10, 100:4,
114:8, 115:20,
119:17, 125:20,
125:21, 127:3,
130:1, 132:3,
149:16, 149:20,
149:22, 162:18,
164:20, 165:21,
166:2, 166:3,
166:6, 166:9,
166:12, 166:13,
166:17, 166:21,
167:8, 167:21,
168:5, 168:20,
177:14, 178:14,
199:14, 199:22,
203:7, 203:10,
203:17, 204:12,
205:21, 206:9,
218:16, 218:19,
219:1, 255:3,
269:20, 270:1,
279:14
**meets**
86:6
**member**
134:19, 135:1,
149:7, 149:11,
154:11, 154:12,
162:19, 163:4,
181:12, 182:9
**members**
22:3, 89:15,
99:6, 153:20,

159:21, 245:5,
273:15
**memoir**
228:9, 229:3,
247:15, 248:17,
248:18
**memorandum**
27:4, 61:18,
285:6
**memory**
60:5, 102:5,
131:19
**mention**
33:13, 43:13,
90:10, 90:13,
170:3, 205:11
**mentioned**
24:6, 31:16,
35:2, 43:17,
95:19, 96:5,
172:3, 244:6,
244:7, 244:16,
258:18, 265:22,
267:6, 269:2
**mentions**
104:17
**meredith**
2:5
**message**
162:5, 164:19
**messages**
13:22, 75:22,
162:7
**met**
45:11, 118:19,
127:16, 134:15,
159:20, 161:16,
163:21, 164:17,
184:22, 199:2,
206:12, 207:2,
210:12, 247:9,
247:20, 248:8,
249:9, 249:15,
252:11, 252:12,
253:14, 253:17,
254:6, 254:9,
254:14, 264:2,
264:4, 264:16,

265:8, 269:11,
270:5
**meyer**
97:1
**middle**
81:6, 81:11,
121:5
**might**
91:17, 111:9,
115:22, 116:1,
143:6, 171:12,
209:14, 242:19
**mike**
161:16
**mikhail**
1:4, 90:18,
91:21, 92:14,
96:8, 96:22,
99:5, 99:18,
106:14, 120:12,
121:7, 126:4,
127:15, 137:12,
138:13, 254:1,
257:10
**milburn**
2:6, 283:21
**million**
35:4, 111:6,
112:7, 112:10,
152:3, 222:9,
246:15
**millionaire**
84:10, 84:22
**millions**
140:14, 152:1
**mind**
62:2, 102:13,
182:15, 186:21,
200:18, 234:9
**mine**
91:6, 108:6,
163:17, 242:13
**minister**
86:2, 109:15,
109:21, 121:15,
142:3, 153:2,
213:1, 213:6,
213:17, 213:22,

214:3, 215:9,
215:13, 215:17,
215:19, 217:21,
218:4, 218:10,
218:16, 218:20,
219:4, 219:16,
223:10, 225:3,
235:21, 239:4,
239:5, 239:10,
241:22, 243:9,
247:4, 250:1,
256:4, 256:8,
264:3, 265:15,
265:17, 266:1,
266:7, 266:12,
266:17, 267:1,
267:3, 267:8,
268:2, 270:20
**minister's**
207:9, 265:13
**ministers**
121:21, 239:7,
239:12, 243:8,
245:3, 245:11,
246:14, 254:20
**ministry**
60:19, 61:15,
207:4, 207:7,
216:14, 219:17,
228:14, 238:21
**minuscript**
25:4, 85:21,
171:4, 171:16,
174:6, 179:13,
224:12, 269:15
**minute**
118:17, 167:13
**minutes**
70:10, 105:6,
144:10, 200:22,
235:3, 239:16,
283:12, 283:13,
286:14
**minutia**
211:2
**mischaracterizes**
50:9, 50:20,
225:19

**misha**
158:1
**mislabeled**
119:5
**misleading**
73:17, 172:9
**misquoted**
85:1
**miss**
113:18
**missed**
204:17
**mistake**
85:5, 97:14,
98:22, 246:9,
259:17, 281:22
**misunderstanding**
156:11, 156:14
**misunderstood**
186:14, 188:14,
189:20
**mm-hmm**
252:9
**model**
277:1
**moderating**
157:19
**moderators**
155:2
**modern**
97:11, 97:12,
98:14
**modified**
22:21, 54:14,
55:6
**moment**
50:16, 247:21
**moments**
198:19
**monday**
90:10, 141:11
**monetary**
28:22
**money**
28:20, 34:6,
57:8, 102:20,
102:22, 103:3,
103:9, 121:9,

126:5, 136:22,
151:14, 151:17,
151:19, 182:17,
253:10, 253:11,
253:12, 253:13,
253:19, 258:19,
259:8, 259:9
**monopoly**
260:15, 261:13
**month**
100:15, 185:2,
211:11, 224:3
**monthly**
215:16
**months**
112:22, 168:9,
250:19, 253:18
**mood**
38:5
**moore**
66:11, 66:14
**morally**
245:15
**more**
17:15, 28:15,
29:4, 37:14,
39:4, 45:19,
60:4, 85:18,
106:3, 110:8,
171:3, 224:1,
224:11, 235:1,
235:17, 251:21,
253:21, 256:19,
258:7, 258:11,
258:13, 266:5,
275:3, 276:14,
280:17
**morningstar**
99:15, 99:16,
99:22, 100:3,
100:6, 100:7
**moron**
233:21
**moscow**
84:8, 84:9,
85:3, 88:12,
90:12, 97:21,
111:9, 132:20,

**most**
134:9, 134:10,
135:18, 161:19,
181:13, 182:10,
204:16, 204:18,
204:19, 204:21,
229:21, 256:22,
257:13, 280:2,
280:22
**most**
32:3, 33:22,
34:15, 36:1,
105:14, 177:13,
235:18, 264:16,
276:21, 277:17
**mouth**
178:10
**move**
181:17, 233:2,
257:12
**moved**
269:20
**movie**
68:19
**much**
19:20, 29:4,
32:20, 87:3,
99:19, 137:12,
177:12, 218:12,
233:22, 235:1,
254:13, 258:11,
258:13, 259:20,
274:10, 275:21,
288:8
**mueller**
10:7, 62:7,
62:13, 187:9,
187:11, 187:12,
187:18, 189:4,
189:5, 189:10,
190:16, 190:19,
191:3, 191:4,
192:10, 192:16,
192:18, 195:19,
197:20, 199:17,
202:8, 203:21,
204:6, 275:4,
275:9, 275:10,
276:11

**mueller's**
191:10, 191:19,
191:21
**multilateral**
213:2, 213:8
**multiple**
43:17, 75:7,
100:4, 129:18,
214:13, 231:5
**multitude**
91:4
**munich**
213:14
**municipal**
228:16, 229:22
**municipality**
236:7
**murden**
97:1
**murdered**
106:15, 123:17
**murders**
139:14
**muse**
3:5, 3:17
**museum**
66:12
**museums**
97:8, 97:15,
98:1, 98:16
**must**
101:20, 274:17
**myself**
34:2, 82:9,
92:22, 121:21,
129:19, 141:20,
191:9, 205:9,
215:5, 247:21,
249:9, 255:18,
255:19

---
**N**
---

**n-e-u-e**
89:2
**name**
12:14, 30:21,
31:9, 33:21,
33:22, 35:16,

**most**
40:21, 41:2,
43:17, 47:5,
47:13, 47:17,
77:5, 77:6,
94:2, 108:15,
108:16, 136:5,
162:13, 163:12,
196:20, 243:8,
251:21, 252:13,
254:19
**named**
33:18, 151:21
**names**
30:19, 30:21,
31:11, 31:19,
34:1, 61:14,
245:2, 245:3,
251:21, 258:18,
267:6, 269:3
**namesake**
150:9
**narrative**
122:13
**national**
162:20, 163:5,
163:22, 175:3,
216:15
**natural**
233:11, 258:14
**nature**
17:18, 18:5,
29:1, 37:2,
49:11, 53:12,
164:22
**navalny**
139:14
**necessary**
84:11, 99:21,
158:3
**need**
12:17, 16:2,
17:2, 19:19,
21:1, 37:15,
50:15, 58:7,
58:9, 75:11,
110:10, 111:9,
122:20, 130:10,
141:9, 147:20,

**most**
148:16, 164:21,
173:1, 173:3,
173:20, 209:16,
209:22, 278:18,
287:7, 287:11,
287:17, 288:1,
288:7
**needed**
126:5, 185:7,
185:17, 210:9
**needs**
82:9, 229:5
**negotiated**
213:7
**neither**
290:11
**net**
66:17, 67:8,
67:13, 67:16
**neue**
89:2, 90:20,
93:14, 93:21
**never**
27:9, 27:19,
27:22, 45:11,
59:4, 60:8,
68:22, 72:20,
79:16, 102:21,
102:22, 103:5,
125:5, 132:12,
134:15, 139:8,
139:12, 139:15,
145:15, 145:20,
155:14, 155:20,
155:21, 160:5,
160:9, 162:7,
162:11, 169:10,
172:3, 175:18,
183:18, 183:22,
188:9, 188:20,
196:17, 204:3,
206:22, 208:1,
208:20, 220:20,
229:15, 231:1,
233:15, 236:22,
237:12, 237:15,
246:20, 247:1,
247:2, 249:14,

251:6, 251:13,
251:16, 251:17,
255:18, 261:1,
268:3, 280:17,
284:19, 285:13,
286:5, 286:9
**new**
2:8, 6:5, 6:10,
22:4, 48:17,
48:22, 49:3,
49:7, 89:2,
92:11, 93:21,
97:9, 97:13,
98:8, 99:1,
107:18, 134:10,
134:19, 135:2,
135:6, 135:17,
135:20, 135:22,
136:16, 163:13,
163:14, 175:10,
176:11, 176:17,
177:4, 185:8,
185:17, 188:11,
216:1, 217:2,
239:5, 240:13,
254:15, 266:13,
273:15
**newly**
276:22
**news**
6:4, 7:12,
22:5, 84:8,
84:10, 85:3,
124:17, 125:1,
125:4, 125:6,
146:10, 215:20,
230:22
**newspaper**
183:9, 183:13,
183:15, 184:11
**newspapers**
123:12, 135:7,
183:5
**next**
32:14, 34:7,
67:12, 163:10,
172:19, 182:6,
184:19, 196:12,

225:8, 265:16,
265:22, 284:20
**nice**
267:16
**nightline**
280:1
**nine**
275:20, 276:4
**nobody**
174:16, 245:5,
256:8, 278:12
**noise**
50:4, 50:5,
72:5, 173:9
**non-main**
205:15
**nonbusiness**
78:11
**none**
103:10, 158:17,
178:8, 200:12
**nonexecutive**
180:16
**nonpersonal**
208:8
**nonresponsive**
212:17
**nonsense**
134:17
**normal**
51:4, 91:9,
287:12
**note**
64:1, 192:16
**noted**
243:4
**nothing**
59:18, 61:5,
62:2, 74:21,
134:16, 134:18,
137:6, 137:7,
137:8, 139:19,
150:8, 150:15,
165:2, 167:22,
192:20, 195:11,
195:14, 196:18,
200:12, 202:1,
202:16, 212:1,

212:3, 212:5,
223:5, 223:6,
224:22, 225:17,
226:2, 227:1,
228:15, 233:11,
237:9, 238:4,
240:8, 240:13,
244:13, 244:14,
244:16, 261:11,
263:11, 265:2,
283:10, 284:8,
284:14, 284:16,
286:18
**notice**
4:9, 14:10,
14:12, 93:7,
209:18
**noting**
157:20
**notwithstanding**
276:12
**nov**
7:16
**november**
8:12, 102:9,
105:18, 109:3,
109:8, 109:10,
110:2, 110:5,
110:20, 112:21,
116:21, 118:15,
119:14, 120:4,
120:12, 124:17,
141:1, 181:19,
182:2, 182:8,
182:13, 260:13
**ntv**
272:21, 280:8,
281:11
**nuclear**
283:8
**nuland**
118:19, 119:15,
120:10, 128:9,
162:4
**number**
14:8, 14:14,
15:1, 15:9,
15:10, 15:16,

16:14, 16:15,
17:1, 17:9,
17:19, 19:12,
20:15, 20:21,
21:3, 23:7,
23:11, 23:12,
25:6, 28:4,
28:12, 31:6,
35:2, 39:8,
42:3, 42:5,
45:12, 45:14,
48:8, 53:17,
54:11, 55:22,
56:5, 56:14,
58:4, 63:20,
67:7, 80:22,
86:10, 103:19,
105:2, 105:6,
111:1, 115:18,
160:18, 160:19,
161:9, 179:14,
187:11, 219:4,
226:15, 242:17,
250:8, 250:10,
271:10
**numbers**
48:6
**nw**
3:6

---
### O
---

**object**
229:11, 233:1
**objected**
69:20
**objecting**
172:12, 197:17,
232:21
**objections**
4:14, 4:16,
4:21, 5:8, 54:1,
54:8, 71:8
**objective**
116:2
**objectives**
91:5, 91:17
**objects**
54:21, 161:2

**obligation**
63:8
**obtain**
58:10, 70:19,
71:1, 72:18,
73:2
**obtained**
21:14
**obtrusive**
39:9, 39:18
**obvious**
177:3
**obviously**
59:20, 100:10,
106:16, 236:19
**occasion**
125:20
**occasions**
169:3, 231:5
**occur**
38:13, 114:18,
116:20, 142:16,
203:17
**occurred**
192:14, 203:10
**oct**
6:12, 6:19
**october**
9:9, 22:1,
23:8, 33:7,
34:8, 34:11,
34:17, 48:13,
48:17, 51:20,
83:6, 98:8,
116:15, 121:5,
156:20, 156:22,
157:12, 183:6,
207:2
**off-the-record**
116:19, 116:20
**offer**
115:15, 122:16,
280:7
**office**
8:20, 62:18,
62:22, 64:4,
92:9, 96:9,
97:2, 125:16,

149:6, 163:1,
163:7, 163:11,
163:13, 166:4,
190:17, 204:9,
207:9, 217:2,
221:5, 221:7,
223:5, 223:12,
223:13, 223:19,
225:3, 225:14,
225:21, 251:18
**offices**
267:15
**official**
27:7, 27:21,
104:10, 109:7,
121:22, 123:21,
124:1, 246:13
**officials**
129:10, 131:7,
132:1, 132:20,
177:8, 178:2,
179:5, 213:22,
243:6, 254:8
**often**
84:14, 149:18,
216:22, 255:1,
256:12, 256:13,
269:10
**oh**
22:9, 138:5,
138:20, 218:21,
271:10
**oil**
84:20, 91:20,
262:12, 268:21
**okay**
16:1, 21:21,
24:15, 32:19,
41:10, 55:4,
57:3, 77:1,
94:15, 101:15,
113:12, 138:20,
144:10, 144:22,
150:17, 182:5,
182:6, 195:8,
196:6, 209:17,
226:19, 226:21,
239:19, 266:6,

266:8, 266:10,
269:14, 272:19,
279:20, 282:19,
283:14, 284:13,
286:16, 287:20
**old**
144:1, 163:11,
163:14, 176:19,
242:13, 279:13
**olga**
77:6, 101:9,
113:12, 113:17,
120:11, 121:6
**oligarch**
82:15, 83:12,
83:21, 143:1,
143:5, 143:10,
143:11, 143:13,
203:22, 204:3
**oligarch's**
235:16
**oligarchs**
6:5, 6:10,
10:22, 31:19,
83:11, 83:22,
140:6, 142:19,
142:20, 143:20,
235:10, 286:7
**on-the-record**
32:18
**once**
60:16, 91:15,
103:4, 211:18,
251:13, 251:19,
263:21, 264:8,
264:11, 264:14,
264:16, 264:18,
269:20, 270:13,
272:2
**one**
9:13, 14:8,
15:8, 18:10,
18:11, 23:4,
25:6, 25:12,
31:15, 34:19,
35:18, 38:1,
39:6, 43:15,
43:18, 45:7,

45:21, 46:2,
46:17, 51:14,
52:6, 55:1,
58:4, 59:20,
60:1, 61:20,
65:17, 68:16,
68:17, 68:18,
70:18, 74:18,
76:15, 82:10,
84:16, 88:22,
92:13, 98:12,
105:5, 105:20,
107:11, 113:11,
114:7, 114:20,
114:22, 115:18,
116:3, 122:16,
124:10, 125:20,
126:10, 126:17,
129:11, 130:9,
132:8, 133:3,
134:21, 136:2,
137:10, 137:19,
138:6, 142:1,
143:19, 149:17,
150:11, 150:16,
158:6, 160:10,
166:15, 168:4,
182:7, 188:15,
190:3, 195:14,
198:11, 201:2,
201:12, 203:14,
203:18, 203:19,
206:13, 211:11,
211:19, 231:11,
234:10, 235:19,
244:4, 246:16,
248:17, 250:9,
251:19, 264:4,
270:6, 278:22,
279:18
**one-on-one**
165:21, 166:6,
166:17, 167:8,
168:20, 203:6,
205:21, 206:9
**ones**
19:9, 19:10,
52:22, 53:7,

56:3
**ongoing**
38:16
**online**
22:4, 28:1,
38:11, 121:19
**only**
17:20, 18:1,
18:7, 22:20,
63:18, 68:5,
68:13, 68:16,
68:17, 68:18,
73:22, 85:10,
90:6, 133:3,
135:7, 155:3,
170:6, 179:9,
187:1, 188:10,
188:15, 196:19,
199:8, 212:13,
215:6, 234:3,
235:22, 245:18,
246:1, 255:17,
261:4, 277:14,
281:8, 287:6
**open**
26:12, 26:15,
90:22, 175:9,
175:14, 218:11,
218:13, 286:19
**opening**
157:17, 215:6
**operation**
222:9
**operational**
92:4
**operationally**
257:8
**operations**
84:18
**opportunities**
124:13, 164:7
**opportunity**
99:20
**oppose**
72:1, 72:9
**opposed**
250:17, 251:6,
251:13, 251:16

**opposite**
79:4
**opposition**
233:22, 250:21
**oppositional**
235:16
**options**
252:22, 253:4,
253:6
**oral**
1:13, 63:14
**orally**
57:20
**orbis**
4:18, 5:4,
5:16, 9:15,
10:14, 25:1,
44:12, 45:1,
46:8, 85:19,
167:6, 171:4,
186:11, 189:14,
224:12, 269:16
**order**
10:15, 210:22,
226:18, 287:5
**ordered**
260:14
**orders**
153:13
**organization**
141:7, 141:13,
256:19
**organizations**
89:17, 266:15
**organize**
115:20
**organized**
15:21, 88:22,
125:5, 129:12,
247:19, 249:12
**organizing**
114:7, 114:10,
133:4
**originally**
36:15, 36:17
**originated**
102:5
**other**
13:8, 13:10,

13:22, 22:22,
24:9, 26:6,
26:8, 27:7,
27:20, 30:9,
30:12, 31:4,
35:13, 41:14,
47:14, 53:7,
62:4, 64:12,
68:3, 68:11,
68:18, 73:20,
77:7, 82:10,
84:21, 93:1,
93:2, 95:21,
97:15, 100:15,
110:14, 116:7,
131:16, 131:22,
143:7, 144:2,
146:20, 149:21,
150:20, 153:20,
156:12, 159:19,
161:7, 161:13,
162:3, 163:17,
168:2, 170:1,
175:6, 177:8,
177:17, 178:2,
207:5, 207:17,
211:16, 213:16,
214:1, 219:1,
224:2, 227:13,
229:17, 229:18,
230:21, 230:22,
234:13, 237:7,
249:17, 255:15,
266:14, 267:3,
267:19, 270:5,
273:20, 275:12,
280:15
**others**
35:11, 110:21,
162:4, 257:17
**otherwise**
12:6, 239:22,
290:14
**ourselves**
56:10, 92:14,
175:15, 178:18
**out**
10:15, 26:9,

27:6, 32:15,
34:16, 34:17,
42:12, 49:6,
76:21, 88:8,
93:4, 100:2,
105:22, 106:21,
109:6, 113:18,
125:6, 135:15,
136:9, 136:10,
136:12, 136:15,
136:16, 137:13,
158:6, 165:15,
167:22, 169:4,
172:9, 178:4,
183:9, 184:11,
195:8, 195:9,
212:15, 225:7,
226:17, 268:13,
268:22
**outcome**
285:16
**outlets**
231:10
**outside**
66:12, 95:1,
95:12, 95:16,
105:15, 191:18,
191:22, 208:16,
245:4, 245:13,
247:2, 255:3,
270:7
**over**
36:13, 36:18,
48:3, 48:9,
63:14, 64:2,
72:8, 94:8,
94:10, 100:14,
146:16, 158:6,
197:21, 221:1,
221:17, 221:18,
222:4, 222:7,
251:9
**overcome**
156:10
**overspeaking**
81:10, 229:1
**own**
47:21, 48:3,

48:9, 60:2,
72:8, 136:14,
239:7, 239:11,
244:5
**owned**
141:13, 262:18
**owners**
43:16, 46:17
**ownership**
5:6, 269:19,
270:7
**owns**
10:13, 46:20,
47:1, 59:10,
138:2, 221:22

**P**

**p-e-t-r**
47:14, 47:17
**p-u-t-i-n**
267:7
**p-y-o-t-r**
47:18
**page's**
134:8, 135:18
**pages**
1:21, 4:19,
5:5, 5:17, 9:16,
10:15, 25:5,
45:21, 181:21,
182:6, 269:15
**paid**
37:7, 61:11,
102:8, 112:9,
134:5, 135:17,
135:21, 244:14,
244:15, 253:19
**pandemic**
12:21, 206:11,
206:15, 209:13,
211:7
**pandemic-related**
211:6
**panel**
157:19
**par**
38:20
**paragraph**
15:16, 16:6,

21:8, 21:22,
23:6, 23:11,
23:12, 24:2,
24:5, 43:3,
43:4, 54:17,
54:18, 55:3,
81:6, 81:11,
86:16, 98:10,
98:18, 134:2,
134:12, 137:21,
138:17, 167:4,
167:7, 181:10,
186:12, 186:13,
189:15, 189:16,
189:18, 189:19,
190:10, 196:5,
196:12, 199:19,
201:3, 235:12,
248:19, 276:20
**paragraphs**
24:7
**pardon**
173:3
**parliament**
84:15, 251:19,
252:2
**parliament's**
252:5
**part**
34:6, 74:4,
100:9, 105:12,
107:2, 113:2,
115:2, 122:12,
154:17, 172:18,
177:16, 183:3,
191:15, 192:1,
246:2, 252:1,
261:3, 261:4,
261:5, 261:9,
262:20, 285:5
**partially**
277:14
**participant**
104:22
**participate**
214:14, 215:3
**participated**
256:9

**participation**
259:6
**particular**
31:7, 50:21,
53:13, 56:12,
120:9, 131:18,
176:3, 232:17,
275:3
**parties**
290:12
**partner**
137:12, 138:2,
138:5, 138:11,
138:13, 142:2
**partners**
94:14, 190:2
**parts**
183:17
**party**
26:8, 251:20,
252:1, 252:3
**passed**
110:12, 194:8,
194:19
**passport**
47:17
**past**
36:13, 36:18,
94:8, 94:10,
158:6
**patrons**
6:11
**paul**
11:11, 260:5
**paulson**
6:8, 96:9
**paulson's**
96:9, 96:17
**pause**
44:15
**paven@alfabank**
68:16
**paven@gmail**
68:20
**pay**
26:18, 144:4,
151:19, 182:17
**payback**
260:19

**paying**
57:8
**payments**
175:1, 175:2
**pddc**
8:19, 10:11
**pdf**
15:15, 224:15,
226:20, 241:20
**penalty**
17:10
**pending**
63:21, 69:17,
275:8, 275:16
**people**
11:4, 30:18,
30:20, 31:6,
33:18, 33:19,
35:3, 35:4,
61:13, 61:15,
64:19, 65:18,
86:17, 88:13,
91:8, 91:9,
92:20, 92:21,
92:22, 93:1,
93:2, 93:3,
105:21, 106:2,
106:4, 106:13,
109:16, 109:17,
111:22, 113:16,
115:22, 116:18,
117:6, 122:14,
130:19, 137:4,
143:1, 143:8,
143:21, 156:8,
156:11, 162:3,
164:20, 168:2,
178:5, 209:15,
210:11, 210:15,
210:20, 211:1,
224:2, 226:5,
234:12, 234:13,
236:19, 241:18,
245:16, 254:22,
265:22, 267:19,
269:3, 273:20
**percent**
46:20, 47:1,

47:21, 48:3,
48:10, 60:4,
60:6, 72:8,
260:15, 262:5
**percentage**
59:11, 60:2,
261:13
**perception**
140:6, 140:10,
140:12
**perfect**
16:10
**perfectly**
242:15
**perhaps**
62:17
**period**
52:1, 52:5,
52:15, 53:13,
151:3, 269:8
**perjury**
17:10
**permanently**
122:1, 284:8,
284:17
**permission**
58:7, 58:9,
75:20, 77:19
**permissions**
223:3
**permitting**
191:7
**person**
10:17, 58:8,
63:8, 107:17,
107:19, 135:9,
138:1, 138:18,
150:8, 151:22,
177:17, 178:11,
179:4, 187:1,
228:6, 248:22,
252:12
**person's**
77:5
**personal**
30:5, 31:10,
35:18, 39:16,
73:7, 73:16,

73:19, 77:7,
77:22, 78:2,
78:4, 78:6,
79:10, 95:3,
95:8, 110:7,
110:8, 170:9,
248:20, 254:14,
281:7
**personally**
27:1, 27:5,
40:5, 43:8,
45:11, 71:12,
78:9, 96:3,
115:9, 115:16,
139:9, 154:16,
154:17, 179:7,
208:6, 208:11,
223:4, 223:5,
225:15, 274:1
**personnel**
46:5, 46:7
**persons**
249:1, 249:18
**perspective**
9:8, 156:1,
157:12
**petersburg**
19:18, 207:10,
219:17, 219:22,
220:14, 226:3,
231:4, 231:20,
234:5, 236:1,
237:1, 237:13,
246:11, 247:10,
247:18, 248:8,
249:9, 257:13
**peterson**
5:20, 87:14,
87:17, 88:2,
88:18, 105:5
**petr**
1:4, 1:14, 4:2,
4:9, 5:7, 5:18,
6:18, 7:14,
8:16, 8:18,
12:8, 83:10,
96:22, 98:11,
99:18, 101:8,

101:10, 101:16,
104:6, 107:12,
118:18, 124:19,
158:2, 241:22,
243:9, 249:1,
276:20, 289:3
**petroleum**
268:13
**ph**
77:9, 268:21
**philanthropy**
152:14
**phillips**
5:15
**phone**
31:20, 50:7,
51:2, 51:20,
52:7, 52:8,
52:10, 52:14,
76:1, 76:3,
240:5, 240:11
**photo**
6:7, 93:13,
125:10, 125:14,
125:18, 133:6
**photograph**
181:22
**phrase**
44:19, 54:21,
119:11
**physician**
36:5
**picture**
93:20, 182:3
**picturing**
65:18
**piece**
177:15
**pile**
37:14
**piles**
235:20
**pinochet**
11:13, 276:18,
277:2, 277:14,
277:19
**pipeline**
184:4

**pitched**
210:20
**place**
25:2, 31:20,
50:22, 62:15,
92:11, 122:22,
146:12, 166:4,
166:14, 178:17,
219:7, 242:1,
273:9
**plaintiff**
5:7, 54:21,
55:6
**plaintiffs**
1:6, 2:2, 4:13,
4:16, 4:20,
5:11, 16:20,
28:5, 69:18,
81:2, 81:12,
81:16
**plan**
252:1, 283:9
**planned**
266:6
**planning**
82:11
**plans**
266:2, 273:12
**platform**
92:18
**plato**
143:18
**plausible**
19:19
**play**
159:15, 231:21,
270:8
**plays**
9:5
**please**
12:17, 13:6,
14:3, 15:1,
15:16, 16:14,
17:4, 20:6,
20:12, 21:7,
21:21, 22:9,
22:16, 24:1,
28:4, 28:11,

30:19, 44:14,
53:4, 55:20,
56:14, 59:3,
60:15, 68:15,
80:4, 80:11,
82:17, 83:19,
84:3, 85:13,
86:11, 87:5,
89:19, 98:3,
103:19, 108:10,
110:15, 111:1,
112:14, 116:10,
120:21, 124:4,
132:13, 133:12,
134:1, 134:14,
138:16, 139:5,
140:17, 146:19,
147:6, 148:22,
155:19, 157:3,
166:22, 170:18,
181:20, 185:11,
186:10, 186:12,
194:6, 194:17,
197:13, 214:22,
221:17, 229:2,
232:3, 233:1,
241:11, 244:11,
248:10, 249:21,
274:13
**plenary**
5:12
**pluck**
225:7
**plundered**
268:16
**plus**
28:17
**point**
18:21, 56:11,
76:21, 92:13,
124:11, 145:18,
164:10, 164:12,
164:16, 184:6,
198:11, 200:22,
250:12, 285:20
**police**
61:17, 123:13,
221:6

**policies**
139:7, 277:16
**policy**
143:15, 183:4,
183:11, 183:17
**political**
19:9, 52:22,
53:7, 56:3,
94:3, 94:4,
143:14, 169:10,
193:20, 194:10,
194:20, 194:21,
195:7, 251:1,
251:18, 266:19,
281:21
**politico**
8:7, 133:18,
134:2, 134:7,
135:22, 136:6,
136:9, 136:16,
137:9, 137:15,
138:21, 139:2,
146:11, 147:2
**politics**
131:5, 255:19
**population**
209:11
**portion**
148:17, 157:17
**portions**
144:15, 147:21
**portray**
65:6
**portrayed**
64:22, 65:5
**pose**
238:5
**position**
40:15, 57:21,
63:16, 107:20,
146:3, 200:6,
225:17, 226:1,
276:1, 282:22,
286:7
**positive**
218:6
**possibilities**
131:20

**possibility**
135:15, 170:3,
211:13
**possible**
49:6, 70:9,
109:6, 114:3,
151:19, 157:14,
222:17, 268:3
**possibly**
52:3, 99:7,
108:20, 109:9,
139:20, 141:7,
153:4, 153:17,
173:8, 214:16
**post**
22:5, 217:5
**potanin**
261:15
**potential**
170:14, 171:8,
185:5, 185:18
**potentially**
63:3, 73:16,
80:5, 270:7
**poul**
117:9
**power**
84:15, 153:15
**pr**
137:4
**practical**
68:8, 79:12
**practice**
38:19, 203:16
**practicing**
108:12
**preceding**
55:8
**predecessors**
16:7
**prefer**
242:11
**premise**
51:13
**preparation**
80:9
**prepare**
80:16, 261:22,

262:4
**prepared**
262:3, 280:21
**preparing**
80:1
**prescribe**
36:6
**prescribed**
36:17, 40:21
**prescription**
36:15
**presence**
129:9
**present**
6:11, 74:6,
84:1, 89:9,
89:11, 89:13,
89:15, 156:19,
157:1, 168:15,
270:11
**presented**
63:15, 91:19
**preservation**
79:5
**preserve**
78:16, 78:19,
79:1, 79:6,
79:10, 79:19
**preserved**
79:8, 79:22,
81:15
**presidency**
142:18, 159:16
**president**
8:20, 10:19,
19:17, 83:7,
84:13, 86:2,
86:4, 86:6,
90:11, 102:2,
145:4, 145:10,
145:17, 146:2,
149:6, 159:18,
159:20, 160:2,
160:7, 166:1,
168:9, 169:11,
170:14, 170:16,
178:3, 179:2,
190:4, 195:21,

210:9, 212:3,
212:4, 213:12,
214:4, 214:7,
218:17, 224:4,
228:7, 228:22,
229:3, 234:10,
239:8, 250:17,
255:6, 255:7,
255:8, 255:11,
268:5, 268:6,
268:8, 269:18,
269:21, 270:19,
273:10, 274:3,
276:20, 276:22,
278:20, 280:2
**president's**
8:21, 125:16,
149:6, 149:8,
149:12, 151:12,
200:18
**president-elect**
159:14
**presidential**
9:10, 10:6,
18:12, 18:18,
19:2, 42:16,
43:5, 43:10,
130:4, 139:17,
159:22, 168:8,
169:9, 171:20,
197:2, 201:18,
260:20, 263:6,
263:14, 273:16
**presider**
157:15
**presidium**
152:16
**press**
26:9, 26:13,
26:15, 27:1,
27:2, 65:1,
65:6, 65:12,
89:15, 104:2,
106:21, 122:7,
132:18, 133:10,
140:9, 159:18,
183:7, 214:14,
215:3, 215:4,

215:6, 215:14,
215:16, 216:15,
216:18, 216:21,
217:21, 218:4,
218:5, 218:9,
219:9, 223:15,
231:10, 231:17,
232:7, 232:15,
255:9, 255:12,
255:16, 256:9,
256:15, 257:1,
257:2, 257:4,
278:7, 281:5,
282:13, 282:15,
283:2
**pressure**
38:4, 280:19,
284:21, 284:22,
285:4
**presume**
95:3, 125:21,
219:8
**presumed**
28:13, 173:13
**presumption**
226:7, 226:8,
233:17
**pretty**
143:22, 246:22
**prevailing**
130:21
**previous**
24:6, 50:20,
73:22, 148:6
**previously**
35:2, 35:17,
179:22, 180:3
**price**
260:18
**pride**
65:20
**primarily**
19:9, 52:21,
56:2, 81:16
**primary**
69:3
**prime**
142:3, 223:10,

239:4, 239:5,
239:10, 250:1,
264:3, 265:13,
265:15, 265:17,
265:22, 266:7,
266:12, 266:17,
267:1, 267:3,
267:8, 268:2,
270:20
**print**
22:3, 250:4
**printout**
5:10, 6:8,
6:17, 8:15, 8:18
**prior**
93:6, 112:22,
123:14, 129:16,
136:3, 151:2,
178:20, 180:13
**private**
65:21, 104:11,
154:5, 167:10,
177:15, 267:16,
276:21
**privately**
166:19
**privatization**
265:2
**privatized**
262:16, 262:21
**privilege**
22:13, 62:12,
63:3, 192:4
**privileged**
63:19, 80:6,
188:2
**prizes**
103:1
**probably**
264:16
**problem**
39:21, 49:17,
65:18, 245:21
**problems**
36:7, 37:1
**procedure**
63:7
**proceedings**
12:3, 24:13,

196:16, 290:5,
290:8
**process**
191:15, 191:19,
191:22, 192:1,
192:2, 213:4,
267:22
**produce**
44:2, 44:5,
44:8, 69:6,
69:11, 75:3,
82:3
**produced**
37:12, 46:7,
69:18, 82:4,
146:22
**production**
69:16, 84:20
**professional**
87:20, 154:4,
208:8
**professor**
151:20
**professors**
151:20
**proffer**
62:21, 74:6,
202:12
**proffered**
177:13
**profile**
19:21, 36:1,
122:14
**program**
94:21, 104:12,
156:12, 259:16
**programs**
105:12, 156:12
**project**
158:5
**prokofiev**
3:14, 13:3
**prominent**
105:15
**promote**
107:3
**promotion**
184:3

pronounce
47:10
pronunciation
47:4
propaganda
121:15
proper
22:20, 80:10,
146:18
properly
230:18
proposals
261:2
proposed
241:6, 265:14,
266:17, 267:9
prosecutor's
221:5, 221:7,
225:2, 225:21
prove
91:9
proved
244:9, 246:2
proven
28:15, 123:20
provide
62:18, 62:21,
64:3, 95:18,
137:15, 138:21,
200:9, 233:13,
283:5
provided
13:8, 94:13,
94:15, 96:4,
115:4, 115:11,
115:13, 116:7,
118:11
provides
63:7, 129:4
providing
95:21, 115:17
psychologist
38:17, 38:22
public
26:2, 26:17,
31:17, 43:14,
87:1, 94:5,
103:13, 103:16,

103:17, 117:7,
139:6, 139:10,
139:13, 139:16,
140:2, 143:15,
177:14, 215:10,
215:11, 237:12,
238:16, 251:6,
286:3, 286:6
publication
21:16, 25:14,
32:1, 34:4,
35:22, 38:8,
39:11, 39:14,
40:8, 40:14,
66:18, 285:5
publications
32:7, 34:15,
34:17, 35:20,
40:5, 215:22
publicity
171:18, 173:10
publicized
31:1
publicly
27:10, 27:14,
27:18, 27:21,
96:16, 127:13,
231:19, 232:1,
236:22, 251:14,
251:16, 251:17,
259:20, 285:19
publish
22:2, 245:14,
245:15
published
7:16, 21:10,
22:2, 31:18,
34:1, 37:22,
51:19, 107:8,
136:7, 141:11,
232:10, 232:13,
243:14, 243:15,
250:14, 285:10
pulled
185:1
purchase
260:14, 261:12
purchased
66:5

pure
247:3, 253:17
purely
49:11, 78:6
purpose
78:7, 85:10,
91:1, 91:15,
97:3, 100:7,
107:6, 155:6,
155:8, 164:22
purposes
16:4, 58:10,
68:8, 79:12
pursuant
14:12
pursue
87:3, 100:8
pursued
139:7, 156:9
pursues
91:4
pursuits
68:19
pushed
267:11
pushing
273:10
put
26:9, 84:22,
106:21, 138:15,
142:10, 152:21,
178:17
putin's
10:12, 10:20,
11:4, 140:10,
142:18, 159:15,
160:2, 160:8,
175:21, 177:1,
177:9, 177:11,
177:20, 201:4,
201:9, 221:22,
225:12, 225:15,
228:5, 229:17,
230:21, 232:6,
235:8, 237:17,
237:20, 238:15,
241:18
putin-alfa
19:19

putting
114:16, 114:21
pyotr
5:10, 8:13,
10:10, 67:7,
135:10, 137:18,
138:6, 142:3,
159:13, 159:14

## Q

quarter
169:8, 169:14,
199:2
quarterly
199:14, 199:22,
200:13
query
121:6
questions
12:6, 12:16,
13:13, 13:15,
23:14, 23:18,
23:20, 60:16,
61:12, 61:21,
62:13, 63:18,
68:2, 73:22,
74:16, 110:7,
122:20, 124:14,
143:3, 146:12,
147:3, 159:3,
159:5, 166:21,
172:17, 188:3,
223:18, 232:22,
236:16, 236:19,
240:1, 262:1,
275:5, 276:11,
276:14, 283:13,
283:18, 284:2,
286:11, 286:15
quite
30:22, 32:8,
35:2, 35:10,
137:13, 157:14,
218:6, 275:11
quotas
84:18
quoted
83:9, 88:12,

126:3, 133:20,
135:8, 189:18,
215:16
**quotes**
197:20, 278:11
**quoting**
225:8

**R**

**rachel**
3:4
**rademaker**
127:16
**raise**
147:3, 236:19
**raised**
69:20, 146:12,
173:11
**ran**
124:17, 142:6
**rand**
105:1
**rapport**
109:12
**rarely**
77:10
**rather**
29:5, 174:19
**rationale**
91:11
**rd**
133:17, 287:19
**rdr**
1:22, 290:2,
290:20
**re-election**
258:20
**re-read**
197:10
**reach**
27:6, 125:6,
136:9, 136:10,
136:15, 136:16,
195:9
**reached**
136:12, 195:8,
276:5
**react**
278:10

**reacted**
285:5
**read**
16:2, 16:3,
17:2, 17:3,
19:5, 21:1,
25:9, 25:10,
56:21, 57:13,
81:12, 81:19,
90:7, 98:10,
103:14, 134:13,
141:9, 147:20,
148:16, 148:19,
157:17, 172:19,
173:3, 183:13,
183:15, 189:3,
189:19, 190:16,
193:2, 195:2,
222:4, 235:12,
253:11, 270:13,
271:9, 289:4
**reading**
119:6, 173:14,
173:15, 183:5,
184:11, 195:2,
290:10
**reaganomics**
277:2
**real**
145:21, 145:22
**real-time**
148:8
**reality**
19:15
**realize**
34:14, 35:12
**really**
38:20, 44:7,
51:17, 107:5,
112:13, 146:14,
168:6, 170:15,
172:18, 177:12,
183:1, 184:19,
193:1, 195:1,
211:2, 212:1,
212:3, 212:6,
223:8, 232:17,
232:20, 242:9,

274:11
**reason**
33:5, 37:13,
39:9, 156:18,
172:2, 177:2,
237:4, 244:17,
245:19
**reasonable**
28:17
**reasons**
110:8, 110:14,
172:1, 172:5,
172:7, 173:2,
173:6, 281:21
**recalled**
234:4
**recalls**
142:1
**receive**
14:10, 75:22,
78:16, 101:22,
102:9, 104:7,
104:15, 112:21,
142:5, 261:11
**received**
21:9, 21:13,
35:4, 68:3,
79:17, 121:6,
161:8, 161:13,
233:6, 234:11,
235:20, 252:4,
259:9, 261:1
**receiving**
197:22, 226:4
**recent**
159:15
**recently**
32:8, 33:22,
34:15, 234:7
**recess**
32:21, 70:12,
112:17, 152:6,
203:3, 239:20,
283:15, 286:17
**reciprocal**
53:6
**recognition**
103:13

**recollect**
51:3, 51:18,
51:22, 200:7,
259:15
**recollection**
23:2, 33:12,
127:18, 135:11,
191:11, 219:6,
234:9, 280:4
**recollections**
127:7
**recommend**
241:2
**record**
12:20, 13:17,
13:20, 18:15,
27:7, 32:22,
63:6, 64:1,
67:20, 69:17,
70:13, 76:22,
108:18, 112:18,
152:5, 152:7,
159:3, 159:5,
203:1, 203:4,
206:8, 210:1,
210:2, 239:19,
239:21, 261:19,
262:3, 276:3,
276:4, 276:8,
283:20, 286:19,
286:22, 288:9,
290:7
**records**
37:9, 38:6,
45:4
**recounted**
197:19
**recovery**
18:7, 29:2,
29:8, 29:15,
29:20, 31:5,
37:18, 41:21,
42:12
**red-handed**
61:11
**reduced**
225:15, 290:9
**refer**
15:6, 34:3,

**reference**
24:6, 34:2,
55:22, 56:9,
105:16, 119:12,
127:21, 155:16,
182:9, 224:18
**referenced**
31:21, 81:20
**references**
196:20
**referred**
50:3, 65:17,
105:5, 123:6,
155:16, 271:5
**referring**
15:18, 16:5,
18:22, 19:3,
20:17, 32:7,
33:9, 42:5,
42:19, 43:2,
53:13, 54:17,
56:12, 98:19,
126:14, 134:8,
138:14, 148:18,
155:18, 159:10,
178:12, 188:10,
211:4, 223:18
**refers**
43:21
**reflect**
38:6, 121:11
**reflection**
285:7
**refrain**
232:19
**reframe**
27:15
**refresh**
127:18, 135:11,
280:4
**refused**
74:16
**refuted**
123:20, 136:14
**regard**
88:4, 159:5,

226:2, 284:20
**regarded**
30:18, 249:13
**regarding**
90:20, 285:20
**regards**
101:16
**regime**
90:13, 277:1
**region**
219:17
**regional**
8:5, 132:21
**regions**
263:14
**regulations**
208:10
**reinstate**
225:11
**reinstated**
229:17, 230:20,
231:1
**relate**
81:16
**related**
39:9, 68:19,
112:1, 164:6,
284:22, 290:12
**relatedly**
234:22
**relating**
235:19
**relation**
218:13, 270:20
**relations**
9:7, 9:12,
19:14, 26:18,
31:6, 35:3,
39:22, 90:12,
102:16, 109:22,
111:14, 130:2,
153:22, 154:10,
157:11, 158:12,
158:17, 159:7,
162:1, 164:2,
199:6, 213:2,
213:7, 213:17,
228:14, 243:9,

248:21, 250:8,
250:15, 254:19,
266:14, 270:18,
270:20, 271:16,
274:11
**relationship**
19:19, 31:4,
31:13, 31:17,
32:11, 33:5,
34:12, 35:18,
50:6, 59:21,
129:15, 136:13,
140:7, 142:4,
146:5, 146:13,
147:1, 155:13,
158:13, 158:16,
159:13, 164:5,
165:20, 178:17,
181:14, 182:16,
184:1, 188:11,
212:2, 212:4,
212:9, 217:20,
218:3, 218:9,
255:9, 279:10
**relationships**
30:6, 31:9,
31:10, 39:17,
156:3, 178:20,
254:8, 254:16,
270:17
**relatively**
19:21
**release**
26:10, 26:13,
26:16, 48:21,
104:2, 106:21,
132:18, 133:6
**released**
49:3
**relevance**
39:8, 112:12,
272:5
**relevant**
238:5
**relied**
60:22, 61:3,
244:1
**relief**
41:7

**reluctant**
212:6
**remain**
122:9
**remainder**
239:22
**remained**
67:13
**remarks**
158:8
**remember**
21:19, 23:1,
52:6, 100:15,
108:15, 113:11,
154:11, 166:15,
177:18, 195:15,
197:14, 200:5,
200:8, 214:16,
226:4, 235:21,
256:7, 256:13,
257:3, 258:5,
258:16, 268:10,
270:6, 277:4,
278:4, 279:7,
279:9, 279:12,
279:14, 280:5,
280:6, 282:4,
282:5, 282:17,
284:4
**remembered**
83:11, 234:11,
235:22
**remembers**
170:14, 256:8
**remind**
142:7
**reminder**
144:8
**remit**
223:9, 223:10
**remotely**
12:21
**removed**
112:2, 182:14,
182:19, 182:22
**render**
53:6
**rendering**
22:11, 44:18,

57:4, 74:12,
196:7, 278:3,
279:2
**renowned**
86:1
**rep**
92:9
**repeat**
55:19, 72:3,
166:10, 197:13,
205:9, 206:2,
229:2, 237:10,
251:13, 251:15
**repeated**
279:3
**repeatedly**
230:8, 251:10
**rephrase**
41:18, 44:21,
69:10
**replied**
123:5, 128:22
**reply**
121:16, 246:15
**report**
4:11, 10:4,
15:7, 61:1,
61:3, 61:22,
187:9, 187:11,
187:12, 189:4,
189:5, 189:10,
190:16, 190:19,
191:3, 192:16,
192:18, 195:19,
196:9, 196:11,
197:20, 199:17,
203:21, 204:6,
204:10, 224:19,
243:4, 243:18,
243:19, 243:22,
244:2, 244:4,
244:5, 244:10,
244:12, 245:9,
290:4
**reported**
1:22, 84:10,
91:18, 160:1,
219:17, 251:3

**reportedly**
159:21
**reporter**
12:3, 12:9,
13:19, 21:2,
26:14, 39:20,
41:17, 42:10,
45:6, 56:16,
58:13, 76:20,
96:20, 118:11,
126:2, 134:7,
137:2, 141:18,
148:9, 154:19,
164:15, 177:22,
185:13, 187:5,
191:20, 193:4,
194:12, 194:15,
197:7, 214:20,
229:10, 238:1,
238:9, 242:4,
245:6, 245:7,
248:3, 251:12,
266:5, 267:5,
268:9, 268:11,
278:16, 287:4,
287:11, 287:15,
287:20, 288:1,
288:3, 288:7,
290:24
**reporters**
233:4, 234:2
**reporting**
90:8, 90:16,
92:1, 123:16
**reports**
21:11, 90:9,
159:18, 183:9,
183:13, 183:15,
184:11, 223:15,
231:10, 285:15
**represent**
12:15, 74:1,
74:2, 74:20,
133:9, 194:3,
283:21
**representative**
141:17, 213:11
**representatives**
81:15, 108:22,

139:2
**represented**
213:12, 219:16
**representing**
67:21
**represents**
68:10
**reproduced**
107:22
**reproduction**
290:22
**republic**
227:14
**reputation**
28:14, 30:4,
35:1, 42:6,
88:8, 122:13
**request**
41:4, 54:11,
54:21, 75:9,
78:16, 79:17,
102:5, 118:17,
129:3, 185:22,
186:5, 190:1,
195:9, 195:22,
208:5, 223:7,
265:13, 275:14,
276:13, 287:1
**requested**
275:9, 290:11
**requests**
5:8, 54:3,
210:3, 244:21
**required**
54:13, 55:5,
236:8
**requires**
210:8
**reserve**
112:7, 275:2,
276:9
**reserved**
111:6
**reserving**
286:19
**resign**
238:21
**resigned**
145:3, 239:4,

239:12
**resisted**
222:4
**resolve**
112:10
**resources**
243:7
**respect**
34:5, 45:8,
61:10, 65:2,
71:20, 88:20,
94:16, 122:17,
165:16, 188:3,
224:1
**respectfully**
197:13
**respective**
190:3
**respond**
80:13
**responded**
90:3, 159:17
**responding**
111:18, 240:17,
241:9, 242:8
**response**
17:8, 17:19,
20:14, 21:22,
24:3, 28:11,
30:2, 33:21,
34:20, 54:11,
54:12, 54:21,
55:5, 55:13,
55:22, 56:5,
113:20, 121:18,
160:18, 161:8,
223:6, 235:17,
275:5, 276:11,
284:1
**responses**
4:13, 4:16,
4:20, 5:7,
16:21, 17:1,
18:13, 28:5,
42:4, 42:22,
54:3, 159:2,
229:12
**responsibilities**
213:16, 268:21

responsibility
225:4, 225:21,
227:2, 227:5,
227:11
responsible
167:18, 243:20,
266:13, 268:22,
269:19
responsive
122:20, 229:12,
230:2, 230:4,
265:4
rest
42:6, 169:5,
246:3
result
39:11, 40:5,
40:18, 211:14
resulted
213:4
reveals
189:10
review
80:2, 287:1
reviewed
17:8, 80:7,
80:8
revised
5:11, 81:3
revolution
107:4, 107:10
rfa
55:22, 56:5
riac
152:17
richard
9:17, 33:19,
40:4, 72:15,
72:18, 74:20,
74:22, 99:4,
99:14, 99:15,
99:16, 101:11,
109:4, 113:13,
114:5, 115:1,
115:4, 115:13,
116:16, 117:16,
117:22, 118:15,
127:16, 128:17,

128:19, 129:4,
129:8, 137:5,
171:6, 178:15,
181:6, 181:19,
182:7, 182:14,
183:3, 183:20,
184:2, 184:9,
192:9, 192:17
rick
40:9, 40:19,
113:19, 114:7,
187:2
rick's
181:22
right
25:5, 39:2,
60:5, 67:22,
81:1, 101:4,
107:10, 107:19,
119:4, 138:4,
138:6, 141:16,
176:5, 185:15,
193:8, 223:21,
225:10, 225:13,
227:6, 227:20,
228:12, 233:12,
233:13, 233:15,
236:6, 236:10,
239:6, 244:13,
249:6, 251:17,
262:6, 262:8,
262:9, 262:11,
262:17, 263:6,
263:9, 273:3,
275:2, 276:9,
276:10, 278:19,
286:20
ring
162:13
rising
273:12
risk
193:11
ritual
168:6, 168:21
rmc@levyfirestone
3:10
robert
10:7, 62:7

roger
123:2
rogers
6:7, 33:19,
40:17, 40:20,
93:13, 94:1,
94:2, 94:3,
94:6, 96:3,
96:7, 96:22
role
104:12, 159:15,
183:7, 213:6,
227:18, 231:4,
231:20, 231:22,
237:1, 237:13,
237:17, 237:20,
238:15, 257:6,
270:8
ronald
89:6
room
13:1, 13:2,
13:5, 68:9,
106:2
rooms
12:22
rosenberger
162:12
rough
287:3, 287:5,
287:8, 287:9,
288:1
roughly
67:9, 67:11
roundtable
105:1
royal
97:12, 98:14,
152:9, 152:10
ru
68:16
rubric
157:21
rule
49:5, 63:6,
63:9, 63:10,
63:12, 100:2,
109:5, 135:15

ruling
63:17
rumors
134:4
run
134:3, 236:7,
251:18
run-up
210:13
running
146:6, 237:8,
251:19
russia
5:20, 6:12,
9:4, 9:7, 10:13,
10:21, 11:5,
11:10, 18:17,
21:12, 37:17,
38:19, 38:20,
39:4, 42:14,
42:16, 43:5,
88:14, 90:20,
91:10, 102:4,
102:14, 102:15,
102:16, 104:13,
110:6, 110:9,
110:10, 119:20,
119:22, 128:9,
128:21, 130:3,
137:13, 140:10,
142:18, 148:1,
153:11, 156:16,
157:11, 158:4,
162:20, 162:21,
163:22, 165:12,
166:20, 167:10,
171:21, 175:4,
184:10, 210:5,
221:22, 224:4,
235:9, 236:18,
250:17, 250:22,
251:18, 251:22,
254:8, 259:18,
260:6, 262:21,
268:5, 268:6,
273:10, 278:20
russia's
10:18, 88:8,

98:12, 104:11,
134:5, 153:14,
197:1, 213:1,
213:5, 213:10,
213:17, 228:6,
235:18, 276:21
**russian-american**
130:2, 153:22,
155:4
**russians**
104:9, 104:19,
155:9, 156:16,
173:8, 194:9,
194:20
**ryan**
73:7, 74:2,
74:4, 74:6,
74:19

---
**S**
---

**s**
2:1, 247:5,
256:7
**s-a-l**
220:16
**s-e-s-t-a-n-o-v--
i-c-h**
157:16
**s-o-b-c-h-a-k**
223:20
**s-v-y-a-z-i-n-v--
e-s-t**
260:16
**said**
18:3, 25:8,
28:12, 40:19,
41:9, 49:15,
50:4, 50:7,
54:8, 58:5,
83:8, 88:13,
90:19, 91:8,
99:17, 100:2,
116:17, 121:18,
123:8, 125:22,
126:9, 130:8,
131:1, 131:2,
135:9, 143:5,
164:21, 166:10,

167:12, 168:21,
169:19, 170:16,
170:17, 171:5,
171:13, 172:5,
174:3, 176:16,
182:21, 183:22,
186:20, 188:10,
190:1, 193:6,
195:3, 196:22,
199:9, 202:4,
205:8, 205:9,
218:15, 227:18,
232:1, 233:10,
235:21, 236:14,
241:22, 244:12,
247:15, 253:9,
254:21, 264:7,
267:12, 269:5,
277:1, 278:14,
282:6, 282:18,
290:4, 290:8
**sal'ye**
61:6, 220:12,
220:19, 222:5,
224:19
**sale**
257:22
**salient**
105:14
**same**
23:13, 30:15,
33:16, 40:19,
43:19, 60:14,
64:5, 66:22,
76:15, 92:14,
128:8, 129:22,
150:6, 162:2,
163:16, 164:19,
167:12, 169:20,
171:16, 175:5,
177:13, 181:10,
181:18, 194:6,
218:7, 226:12,
236:9, 242:13,
246:5, 247:21,
248:8, 248:9,
249:10, 249:14,
257:7, 259:10,

270:15, 272:17,
279:3, 279:4,
281:1, 283:2,
289:5, 290:23
**sanction**
164:22, 193:19
**sanction's**
175:1
**sanctioned**
169:21, 170:4,
170:11, 171:12,
171:14, 173:22,
243:8
**sanctions**
90:13, 164:7,
164:9, 164:12,
164:16, 164:21,
165:4, 165:7,
165:9, 165:16,
165:17, 165:18,
169:13, 169:17,
170:15, 171:8,
171:21, 172:2,
173:7, 174:2,
174:12, 174:14,
185:5, 185:19,
193:12, 193:15,
194:9, 194:19,
205:4
**saul**
3:13
**saw**
147:5, 168:9,
171:7, 198:8,
231:1, 231:5,
240:4, 240:10,
243:14, 249:14,
269:17, 269:19,
270:1, 285:18
**say**
18:14, 32:3,
39:3, 41:8,
41:11, 52:12,
54:12, 64:17,
71:10, 71:19,
73:12, 77:14,
81:9, 89:10,
91:4, 93:16,

94:8, 98:2,
106:1, 111:22,
114:14, 120:17,
126:5, 131:3,
146:15, 157:22,
167:17, 168:8,
169:21, 174:1,
180:13, 195:3,
196:4, 203:2,
203:11, 204:14,
208:8, 208:17,
209:19, 233:21,
236:12, 238:3,
238:13, 240:8,
243:20, 247:20,
253:8, 259:5,
261:9, 262:20,
271:15, 278:12,
281:3, 281:10,
282:13
**saying**
34:11, 43:20,
83:22, 135:9,
135:13, 135:14,
170:14, 174:11,
234:13
**says**
22:6, 29:1,
34:8, 43:9,
46:3, 46:16,
46:20, 47:1,
47:21, 48:12,
53:16, 55:5,
55:11, 57:7,
67:8, 67:12,
67:15, 81:7,
81:12, 84:12,
96:19, 96:21,
98:11, 101:9,
104:6, 111:5,
117:13, 121:5,
123:16, 137:18,
138:6, 138:12,
141:11, 141:22,
145:1, 147:22,
149:6, 153:12,
157:11, 157:15,
159:2, 159:12,

160:19, 181:11,
182:2, 182:15,
190:19, 195:20,
196:9, 196:11,
199:19, 201:4,
203:21, 224:18,
228:10, 235:14,
237:8, 241:20,
244:3, 248:19,
269:17, 270:16,
271:4, 276:20,
278:12
**scale**
272:17
**scandal**
222:16, 225:1,
227:18, 231:4,
231:20, 231:22,
232:2, 235:19,
237:1, 237:14,
237:17, 237:20,
237:21, 238:11,
238:16
**schedule**
77:22, 78:2,
78:10, 78:11,
114:1, 114:6,
114:9, 114:11,
114:13, 114:15,
114:16, 114:19,
114:21, 131:13,
287:17
**schedules**
78:6
**school**
134:10, 134:20,
135:6, 135:17,
135:20, 136:17,
161:11
**school's**
135:2, 136:1
**schuster**
232:11, 232:14,
232:15, 232:18,
246:7
**scope**
222:9
**screen**
13:10, 138:16

**sculpture**
66:11, 66:14
**se**
88:5, 249:11
**sechin**
177:20, 178:2
**second**
4:20, 9:14,
17:4, 18:11,
23:6, 28:5,
30:16, 42:4,
67:8, 116:3,
134:2, 153:11,
181:17, 182:1,
193:6, 201:2,
206:2, 235:12,
241:19, 248:19,
276:19, 278:11
**secondary**
161:11, 253:16
**seconded**
109:16
**seconds**
32:14, 112:6,
206:5, 209:22
**secrecy**
63:8, 63:12,
74:15
**secret**
151:16, 166:8
**secretary**
6:8, 96:9,
96:17, 108:1,
108:5, 108:7,
117:17, 118:18,
120:7, 120:11,
153:19, 154:1,
154:5, 180:4,
214:11, 265:8,
265:9
**secretary's**
97:2
**secrets**
82:6, 222:6
**sector**
85:12, 210:7,
211:20, 269:1
**security**
162:20, 163:5,

164:1
**see**
16:22, 20:14,
23:7, 23:8,
25:3, 33:17,
43:2, 43:7,
43:17, 46:1,
49:8, 52:20,
56:17, 81:6,
81:18, 85:3,
85:20, 93:19,
96:16, 114:2,
121:16, 125:9,
125:12, 128:3,
133:5, 133:19,
137:21, 138:8,
141:15, 150:3,
150:5, 157:10,
157:15, 159:1,
159:9, 160:5,
171:5, 181:8,
182:2, 182:11,
189:7, 216:12,
222:1, 226:16,
244:17, 248:18,
260:11, 260:17,
267:18, 270:22,
271:10, 271:11,
271:12, 271:14,
286:14, 287:9
**seeing**
270:9
**seek**
36:3, 37:3,
48:21, 85:6,
99:1, 137:8,
177:2, 277:7
**seeking**
18:7, 28:12,
29:2, 29:8,
29:15, 29:20,
30:3, 31:5,
37:18, 41:21,
42:11, 234:4,
275:18, 284:21
**seeks**
192:3
**seem**
15:18

**seems**
58:20, 206:3
**seen**
38:17, 38:22,
66:11, 123:14,
143:2, 178:5,
189:9, 229:15,
229:16, 230:20,
231:2, 231:8,
231:14, 234:6,
243:15, 243:18,
243:22
**selected**
194:9, 194:19
**self-isolation**
211:12
**self-portrait**
10:18, 228:6
**self-promotion**
88:4
**sell**
270:9
**senate**
9:13, 94:20,
159:6, 159:12
**senator**
123:2
**send**
32:9, 57:18,
77:8, 77:18,
101:18, 162:5,
258:22
**sending**
105:22
**sends**
76:18, 77:2
**senior**
150:7, 181:12,
182:10, 235:18
**sense**
16:9, 16:10,
91:6, 97:16,
115:17, 122:13,
161:3, 220:7,
227:9, 234:22,
249:8
**sensitivity**
19:18

**sent**
15:21, 162:7,
198:9, 198:11,
198:21, 246:6,
249:8, 259:3,
259:10
**sentence**
30:1, 43:5,
55:3, 55:19,
81:6, 81:12,
86:16, 138:14,
189:3, 190:18,
199:19, 201:3,
204:7, 225:8,
230:15
**sentences**
230:17
**separate**
12:22
**separately**
119:5, 119:9
**september**
8:9, 22:1,
112:22, 133:17
**sequence**
184:18
**sergei**
139:14
**serious**
43:11, 176:9,
231:16, 235:19,
262:4, 277:16
**seriously**
175:22, 261:10
**servant**
94:5
**serve**
213:10
**served**
15:14, 156:12,
180:3, 201:10
**server**
33:7, 33:8,
48:14, 48:15,
48:18, 48:19,
49:10, 49:19,
49:22, 141:12,
141:13

**servers**
198:10
**serves**
60:5, 164:22
**service**
27:1, 103:13,
103:16, 103:17,
105:17, 253:12
**services**
94:13, 94:15,
95:18, 95:21,
96:4, 115:4,
115:11, 115:13,
115:15, 115:17,
115:19, 116:3,
116:7, 129:3,
264:6
**serving**
126:18
**session**
5:13, 9:14,
157:21
**sestanovich**
157:16, 157:19,
158:13, 158:15,
159:3, 159:17,
162:4
**set**
4:15, 4:17,
4:21, 16:21,
42:12, 132:5,
167:22, 193:7,
290:16
**sets**
169:4
**settled**
223:2
**seven**
46:16, 98:2
**seventh**
159:8
**several**
37:16, 66:8,
159:21, 181:21,
199:21, 213:19,
250:19, 253:18,
258:16, 273:15
**severe**
211:13

**shall**
261:9
**shape**
175:18, 286:3
**share**
191:11, 252:4
**shared**
202:11
**shareholder**
145:13, 257:8,
264:21
**shareholders**
60:1
**shares**
259:16, 261:3,
261:6, 262:2,
262:21, 263:2
**sharp**
3:17, 119:4,
119:8
**shatalava**
77:9
**sheet**
289:7
**shelf**
244:6
**shelves**
220:7
**short**
93:7, 239:13
**shortage**
219:21, 220:2,
220:5, 220:8,
220:13, 222:16,
226:3
**shortly**
110:12, 180:13,
234:20, 282:8
**should**
37:15, 59:2,
63:4, 71:17,
101:22, 157:22,
174:1, 174:4,
174:11, 183:10,
188:2, 209:19,
230:4, 239:10,
276:1, 277:1,
287:13

**shouldn't**
75:8
**show**
80:14, 111:16,
127:14, 127:21,
244:10, 245:15,
245:17, 245:21,
285:8
**showcase**
91:12, 91:16
**showcasing**
91:7
**showed**
35:10, 148:7
**showing**
57:19
**shown**
234:8
**shut**
280:7
**sic**
50:16, 93:14,
142:4, 159:2,
216:10, 222:2,
233:4
**sides**
156:6
**signal**
76:6
**signature**
17:5, 17:6,
17:7, 17:11,
21:6, 289:11
**signature-cwt0r**
290:18
**signed**
28:19, 34:8,
82:1, 101:12,
101:16, 280:18,
289:7
**significant**
19:7, 52:20,
55:16, 56:1,
56:6, 261:12
**signing**
290:10
**silly**
277:10

simes
195:9, 195:11,
195:13, 195:16,
195:21, 196:12,
196:17, 196:19,
196:20, 196:22,
197:20
similar
231:2, 243:15
simon
232:10, 232:14,
232:15, 232:18,
246:6
simplification
277:9, 277:10,
277:21, 278:8
simply
88:8, 109:12,
141:8, 163:14,
166:10, 180:21,
192:6, 209:7,
221:3, 234:16
simpson
1:9, 12:16
simultaneously
247:9, 247:20,
249:15
since
66:18, 77:14,
86:22, 109:9,
151:8, 151:12,
158:15, 159:19,
159:20, 168:9,
186:14, 189:20,
206:11, 211:15,
234:21, 254:6,
275:20
single
246:20, 247:2
sir
20:18, 21:3,
23:7, 25:5,
25:8, 39:5,
42:18, 42:20,
45:22, 47:10,
52:13, 53:3,
54:2, 54:7,
54:15, 55:12,

55:18, 56:21,
57:5, 64:16,
66:9, 68:9,
70:7, 72:3,
78:22, 81:1,
81:9, 83:4,
87:12, 88:12,
90:5, 93:16,
98:18, 101:2,
101:13, 107:21,
114:4, 116:22,
117:20, 120:17,
122:18, 124:14,
130:12, 137:16,
146:1, 148:18,
159:11, 160:15,
166:11, 167:2,
169:4, 169:7,
173:3, 178:8,
181:20, 189:7,
196:2, 206:1,
212:8, 218:2,
221:19, 224:13,
229:1, 229:2,
233:10, 241:21
sit
124:22, 255:11
sits
72:15
sitting
37:14, 51:18,
106:10, 108:20,
125:10, 152:16,
200:7
situation
36:19, 85:11,
139:11
sixth
9:13
skadden
73:7, 74:2,
74:4, 74:19,
75:2
skips
224:13
skripal
139:14
slack
76:6

slander
231:13
slanderous
20:2, 35:9,
38:14, 53:11
slate
33:7, 48:13,
49:7, 51:19,
141:11, 146:11,
147:2
sleep
38:10, 38:13
slept
38:12
slower
245:7
slowly
251:15, 266:5,
266:9
small
90:9
smaller
211:19
smartphone
75:12, 76:9,
76:12
smith
141:18
so-called
18:10, 31:19,
286:7
sobchak
223:19, 223:22,
224:1, 224:3,
227:4, 234:4,
236:1, 236:17,
247:11
soccer
133:6
social
40:1
society
203:20
soft
153:14
softer
6:11
sokolov
273:18, 273:19

sold
107:14
solely
190:2
solicit
85:8
some
37:1, 51:7,
61:10, 73:19,
81:10, 91:8,
92:21, 94:19,
100:13, 100:15,
106:4, 106:13,
112:1, 141:9,
143:7, 161:3,
165:5, 183:13,
184:6, 189:19,
199:8, 210:8,
210:9, 210:17,
211:10, 211:13,
215:22, 225:9,
231:17, 234:8,
234:12, 234:14,
236:19, 245:2,
245:10, 245:11,
245:12, 245:20,
246:2, 249:13,
252:22, 253:1,
253:4, 253:6,
253:7, 254:12,
259:8, 262:15,
266:19, 267:19,
268:1, 269:20,
270:10, 270:18,
270:20, 273:8,
273:19, 275:12,
275:21, 280:12,
284:2
somebody
21:14, 25:15,
168:15, 243:13,
253:12
somebody's
187:13, 200:1
somehow
270:1
someone
37:4, 40:10,

61:11, 84:22,
168:7, 175:12,
175:16, 177:11,
178:7, 187:14,
188:6, 190:20,
193:20, 225:15
**someone's**
189:5
**something**
59:1, 81:22,
94:9, 111:16,
116:4, 170:16,
177:16, 195:15,
196:9, 208:15,
208:18, 209:5,
223:16, 234:14,
259:11, 275:13,
281:13, 285:4
**sometimes**
52:16, 176:7,
176:8, 216:19,
269:10, 278:18
**somewhere**
34:5, 198:10,
257:16
**son**
240:12
**soon**
144:9, 147:11,
147:16, 201:1,
276:1
**sophisticated**
116:17, 117:4
**soros**
261:16
**sorry**
15:17, 20:12,
22:9, 24:15,
32:15, 45:14,
50:12, 52:12,
53:3, 54:7,
54:14, 54:15,
55:18, 64:17,
72:3, 76:20,
78:22, 83:3,
89:10, 93:16,
93:18, 96:11,
97:20, 98:18,

101:2, 101:13,
116:22, 119:1,
120:17, 137:16,
173:3, 179:14,
185:14, 206:1,
209:9, 218:1,
218:21, 221:19,
226:14, 226:19,
226:21, 271:11,
278:1, 281:3
**sort**
78:9, 94:13,
146:16, 249:13,
270:10
**sorts**
122:8, 130:19,
165:9
**sought**
71:22
**sound**
90:16
**sounds**
90:8
**sources**
22:22
**south**
277:18
**soviet**
94:17, 220:3,
220:6, 245:3,
245:10, 272:17
**speak**
49:20, 59:17,
87:17, 129:13,
141:17, 176:11,
176:17, 177:4,
177:8, 177:19,
178:1, 206:6,
231:19, 233:3,
242:11, 245:7,
250:5, 250:7,
254:22, 255:17,
266:4, 266:9
**speaker**
276:7
**speakers**
155:2
**speaking**
50:13, 71:8,

102:5, 131:19,
183:7, 236:11,
240:11, 242:18
**speaks**
73:22, 192:19
**special**
10:7, 62:7,
62:19, 62:22,
64:4, 64:8,
74:3, 74:7,
87:4, 161:10,
190:17, 191:8,
204:9, 264:6
**specialized**
84:12
**specific**
16:8, 33:11,
56:13, 97:6,
147:21, 151:21,
209:8, 243:8
**specifically**
33:4, 80:16,
132:8, 148:17,
158:9, 171:15,
208:20
**speculation**
238:4, 238:18
**speech**
83:8, 84:1,
88:7, 88:18,
183:4, 183:11,
183:17
**speeches**
219:5, 219:10
**spell**
108:10
**spelled**
47:13, 47:17,
85:3, 220:16,
221:15, 222:18,
252:15
**spelling**
47:16
**spellings**
47:14
**spelman**
2:5
**spelman@clm**
2:12

**spend**
39:3, 100:13,
110:8, 258:15
**spent**
45:9, 140:13,
258:11, 267:13
**sphere**
223:8
**spoke**
49:16, 52:16,
91:13, 91:14,
176:14, 177:17,
178:12, 188:9,
240:12, 256:7,
258:8, 258:13,
258:16
**spoken**
136:19, 185:4,
187:14, 188:5,
190:19
**sponsor**
98:20, 100:11,
132:21, 154:9,
154:13
**sponsored**
105:1
**sponsoring**
155:11
**sponsors**
134:22
**sponsorship**
133:2, 158:11
**spring**
252:11
**squeezed**
268:13
**st**
19:17, 107:18,
207:9, 219:17,
219:21, 220:14,
226:3, 231:4,
231:20, 234:5,
236:1, 237:1,
237:13, 246:11,
247:10, 247:18,
248:8, 249:9,
257:12
**staff**
159:21, 162:20,

168:7, 168:8,
168:11, 201:5,
201:9, 263:6,
263:14, 270:3,
273:15, 273:18,
273:22
**stake**
59:12, 59:19,
60:3, 92:4
**stand**
65:19
**stand-alone**
120:9
**standing**
86:5
**stands**
94:3
**stanley**
265:10
**star**
273:12
**start**
46:3, 95:5,
115:1, 121:18,
136:21, 198:16,
206:11, 209:13,
210:13, 253:1
**started**
115:3, 151:17,
196:17, 196:21,
213:4, 220:1,
253:17, 253:21,
253:22, 270:2,
282:12
**starts**
138:1, 138:17,
181:22
**state**
21:8, 33:4,
86:17, 108:1,
117:18, 118:18,
132:3, 153:19,
155:21, 180:4,
262:16, 262:18,
265:8, 281:8
**state's**
155:13
**state-owned**
262:12, 283:7

**stated**
27:10, 27:14,
27:18, 27:21,
30:10, 30:16,
172:21, 172:22,
236:22, 237:12,
282:12
**statement**
5:18, 18:2,
18:16, 18:19,
19:4, 19:7,
19:12, 20:3,
41:11, 42:14,
42:16, 43:8,
43:12, 43:21,
48:22, 49:3,
52:20, 53:2,
53:9, 53:11,
54:13, 55:6,
55:14, 55:15,
55:16, 56:1,
56:6, 56:17,
57:13, 86:15,
111:15, 157:18,
167:5, 173:19,
186:11, 189:14,
190:8, 200:3,
229:14, 229:15,
243:12, 249:16
**statements**
16:12, 17:13,
17:16, 17:17,
17:20, 18:1,
18:4, 18:8,
28:21, 30:5,
41:20, 49:13,
57:6, 123:22,
124:1, 139:21,
212:9, 215:10,
215:12, 285:6
**states**
1:1, 9:13,
21:22, 31:7,
34:5, 37:17,
59:7, 67:7,
92:7, 94:16,
95:1, 95:9,
95:12, 95:16,

107:17, 114:8,
114:17, 121:10,
123:5, 127:15,
155:13, 164:8,
169:22, 170:5,
176:12, 246:11,
265:7
**stating**
63:22
**status**
164:5, 285:8
**stay**
110:13
**stayed**
88:14, 239:8
**staying**
219:13
**steadily**
151:19
**steele**
22:2, 24:13,
24:21
**stenographically**
290:9
**step**
256:4
**stepashin**
266:17, 267:12,
267:18
**stephen**
3:15, 13:3,
127:16, 157:16,
157:18
**steps**
79:6, 79:10,
79:18, 104:20
**steven**
159:2
**stick**
11:13, 276:18
**sticking**
47:20
**still**
38:15, 101:3,
134:21, 135:4,
207:20, 221:19,
226:8, 236:5,
254:10, 254:12,

256:6, 256:7,
259:13, 275:16
**stipends**
151:20, 151:21
**stir**
277:22
**stock**
92:3
**stolen**
234:14
**stop**
40:1, 50:14,
50:16
**stopped**
31:3, 175:2,
282:10
**store**
220:7
**stories**
65:12, 146:10,
146:21, 147:2
**story**
23:3, 29:5,
35:5, 38:14,
49:19, 49:22,
50:1, 83:12,
90:2, 90:3,
133:20, 134:1,
136:7, 139:3,
141:3, 141:4,
141:6, 141:11,
141:19, 141:22,
146:11, 235:15,
277:5, 277:8,
277:22, 278:7,
278:11, 280:12
**straight**
178:10
**strauss**
108:16
**street**
2:7, 3:6, 217:7
**stress**
30:6, 35:21,
36:4, 38:18
**strict**
90:13
**strike**
29:7, 41:20,

42:14, 77:11,
136:15, 177:7,
201:20, 250:2
**strobe**
265:9, 267:14
**structure**
5:6, 145:14,
228:15, 256:20
**structured**
181:16
**structures**
84:16
**struggling**
101:3, 101:14,
117:1, 137:17,
221:20
**stuart**
25:15, 25:19,
137:5
**stupid**
231:18, 236:4
**stupidity**
237:9
**subcommittee**
9:11, 159:6,
159:12
**subject**
29:14, 59:4,
62:11, 63:3,
63:11, 69:16,
150:22, 179:8,
205:10, 205:15,
285:20
**submitted**
190:8
**subpoena**
4:12, 15:14,
201:11, 201:13,
202:3, 222:7
**subpoenaed**
201:5
**subscribe**
158:10, 190:9
**subsequent**
199:13, 199:22
**substantially**
66:18
**succeed**
273:10

**successful**
199:10, 253:19,
276:21, 277:16,
277:18
**sued**
108:19
**suffer**
37:21, 41:14
**suffered**
31:8
**suffering**
36:2
**sufferings**
40:15
**suggest**
99:4
**suggested**
92:18
**suing**
212:8
**suit**
29:14
**suite**
3:6
**sullivan**
162:10
**summary**
5:20
**summer**
100:14, 100:15,
203:20, 271:4,
271:20
**summers**
265:10
**summit**
213:12, 214:6
**supervision**
290:10, 290:24
**supervisory**
8:17
**supplement**
34:20
**supplemental**
4:13, 4:20,
16:20, 28:5,
42:4, 42:22
**supplied**
159:21

**supplies**
227:10, 233:13
**supply**
273:15, 273:17
**support**
44:12, 44:22,
45:5, 81:13,
82:12, 84:15,
110:11, 111:9,
152:22, 154:20,
210:10, 210:14,
210:21, 210:22,
259:3, 259:7,
259:10, 280:19
**supported**
283:3
**supporter**
8:5, 132:21,
274:2, 276:22
**supporting**
57:22
**supports**
152:10
**suppose**
107:19, 155:5,
192:15, 198:6,
215:18
**sure**
23:3, 42:21,
47:7, 49:7,
49:10, 55:11,
55:21, 75:18,
113:18, 117:8,
130:16, 141:20,
142:20, 143:19,
156:5, 173:20,
173:21, 177:3,
180:21, 186:20,
198:20, 201:2,
207:16, 209:17,
210:1, 217:4,
217:12, 229:19,
246:22, 282:14,
283:3, 288:2
**surkov**
177:19, 178:1
**surprise**
184:12

**surprising**
235:17
**surrounded**
33:10
**surrounds**
50:5
**susan**
6:18
**suspect**
237:4
**svyazinvest**
260:15, 261:7
**swear**
246:20
**swings**
38:5
**swore**
17:9
**sworn**
12:2, 12:9,
290:3
**sympathy**
35:11
**system**
79:8, 79:21,
79:22, 254:21
**systemic**
227:2, 227:8,
233:11

**T**

**t**
3:12
**tab**
14:7, 20:17,
87:12
**tabloid**
231:17
**tabloids**
122:7
**take**
12:17, 31:20,
32:17, 62:15,
65:20, 79:6,
79:10, 79:18,
92:11, 100:9,
112:5, 112:16,
144:9, 147:11,

152:4, 154:17,
166:3, 166:13,
173:4, 175:21,
198:18, 201:1,
202:20, 209:16,
209:19, 234:20,
235:2, 235:3,
239:13, 239:15,
242:12, 261:3,
261:9, 273:9,
275:2, 275:15,
280:16, 283:11,
286:13
**taken**
50:22, 63:16,
93:14, 104:20,
125:14, 125:18,
275:21, 286:6,
290:8, 290:13
**taking**
36:9, 36:11,
172:9
**talbott**
265:9, 267:14
**talk**
83:13, 87:16,
88:2, 174:5,
175:12, 221:17,
221:18, 255:14,
255:22, 256:2,
287:7
**talked**
101:22, 232:5
**talking**
55:15, 111:4,
112:20, 125:10,
240:10, 255:16
**talks**
87:22, 88:21,
100:10, 105:3,
105:4, 141:6,
154:2
**tank**
102:3, 102:13,
152:21
**tariffs**
219:2
**tatarstan**
227:14

**tate**
97:11, 97:12,
98:13
**team**
62:8, 74:5,
178:16, 178:18,
187:17, 187:18,
188:8, 191:1,
192:10, 200:11,
247:1, 266:13
**technical**
49:11
**technician**
3:13, 138:15
**ted**
279:9, 280:1
**teeth**
236:4
**tefft**
128:21, 129:13,
129:16, 129:19,
129:21
**telecom**
260:15, 261:13
**teleconference**
1:16
**telegram**
76:9
**telephone**
31:15, 35:4,
196:12, 284:15
**television**
272:22, 280:8
**tell**
26:2, 35:6,
40:16, 83:12,
87:11, 90:8,
110:22, 115:11,
115:12, 119:7,
126:13, 134:12,
136:6, 139:5,
169:16, 171:11,
173:16, 182:1,
183:10, 183:16,
183:19, 188:5,
190:18, 200:14,
201:9, 201:20,
202:3, 229:13,

234:2, 246:20,
250:12, 254:1,
282:17
**telling**
32:10, 111:11,
135:14, 146:22,
228:17, 246:7,
278:16
**temporally**
55:7
**temporarily**
54:14, 225:10
**ten**
36:18, 36:21,
37:2, 127:6,
142:2, 144:10,
222:10
**tender**
262:21
**tenure**
104:10, 163:22,
166:1
**term**
83:21, 143:7,
143:8, 204:3,
204:4, 220:3
**terms**
49:11, 92:4,
155:14, 155:21,
164:4, 174:3,
188:9, 223:11
**terrific**
288:7
**testified**
12:10, 167:7,
170:13, 192:9,
232:17, 237:19,
284:1
**testify**
40:12, 71:7,
190:13, 191:7,
197:4, 219:14,
275:4, 276:10
**testifying**
232:20
**testimony**
25:1, 50:20,
61:19, 64:2,

96:2, 115:9,
145:7, 146:1,
160:3, 167:11,
171:3, 171:9,
171:10, 175:7,
176:16, 177:6,
179:7, 179:20,
185:16, 185:20,
186:13, 186:18,
186:22, 187:12,
187:13, 187:19,
188:1, 189:6,
189:11, 190:10,
192:17, 193:17,
194:7, 194:22,
200:2, 202:9,
207:13, 215:7,
217:17, 218:14,
219:19, 224:11,
225:5, 225:20,
226:11, 226:22,
227:7, 231:22,
269:16, 270:12,
270:16, 271:18,
282:1, 284:4,
285:3, 286:20,
289:4, 289:6
**text**
13:22, 75:22
**th**
5:13, 7:16,
90:2, 290:17
**thank**
12:19, 20:20,
32:19, 43:7,
44:17, 47:12,
55:4, 99:19,
101:15, 111:18,
128:3, 147:9,
148:10, 160:17,
202:18, 214:21,
238:7, 240:9,
240:16, 240:19,
241:9, 242:8,
272:9, 286:10,
286:12, 286:21,
288:8
**thank-you**
258:22, 259:5

thanks
242:22, 283:11
then-president
153:13
theoretically
26:12, 239:8
theory
236:18
thereafter
282:8, 290:9
therefore
23:3, 31:11,
43:18, 59:20,
81:22, 106:16,
139:20, 182:17,
238:13
therein
17:17
thing
94:18, 131:4,
156:15, 167:12,
233:12, 236:6,
236:10, 253:16
things
68:20, 83:15,
94:18, 114:9,
128:8, 211:10,
237:7, 255:15,
264:7, 277:19
think
14:11, 14:13,
22:20, 30:11,
32:12, 44:4,
58:22, 60:13,
62:6, 62:16,
64:10, 64:15,
64:21, 69:13,
69:22, 75:11,
75:17, 87:3,
90:17, 92:8,
102:3, 102:13,
102:17, 107:15,
115:6, 117:12,
117:15, 117:19,
119:11, 119:20,
129:2, 129:11,
130:2, 136:8,
139:4, 149:13,

150:2, 151:5,
151:10, 151:17,
152:21, 153:21,
154:2, 154:22,
155:16, 158:14,
161:4, 162:13,
174:19, 177:10,
180:11, 197:9,
199:15, 200:16,
203:19, 213:18,
214:10, 215:6,
215:21, 217:6,
243:19, 257:14,
263:21, 264:4,
273:11, 274:17,
275:22
thinking
110:5, 128:10,
165:15, 287:15
thinks
230:3
third
18:11, 18:21,
21:8, 194:16,
222:2, 228:8
thomsen
117:10, 117:14
thought
119:22, 155:14,
155:20, 155:21,
158:3, 158:5,
171:11, 200:14,
222:10, 227:9,
239:9
thousand
47:15
thousands
234:11, 234:15
thread
101:5
threat
205:3
three
17:13, 17:16,
17:20, 18:1,
18:8, 26:21,
30:4, 36:19,
48:7, 48:9,

52:2, 52:16,
125:19, 127:3,
131:12, 166:2,
166:3, 166:9,
166:12, 166:13,
168:9, 203:11,
209:4, 248:16,
255:3, 279:3,
283:12
threesome
72:10
throat
209:22
through
12:7, 12:10,
45:22, 56:5,
71:13, 73:21,
75:8, 76:16,
99:21, 130:15,
141:9, 145:22,
166:7, 186:20,
194:4, 202:16,
213:21, 217:19,
236:4, 241:4,
241:5, 244:21,
247:18, 248:6,
248:22, 249:5,
269:8
throughout
59:5, 146:21,
166:1, 283:5
thu
7:16
tie
7:13, 124:18
ties
8:11, 9:5,
21:12, 141:1,
147:3, 147:4
timber
84:20
time
1:18, 12:17,
13:6, 19:17,
21:17, 25:14,
32:18, 39:4,
45:9, 49:18,
49:22, 51:3,

51:19, 52:1,
52:4, 53:13,
56:11, 56:13,
59:13, 86:1,
86:6, 92:13,
93:6, 93:19,
99:19, 100:13,
101:22, 106:12,
106:13, 108:12,
109:12, 110:8,
110:13, 111:21,
119:16, 124:14,
130:20, 131:5,
131:11, 141:9,
149:21, 151:3,
151:10, 155:1,
160:5, 168:10,
169:6, 173:4,
183:19, 184:6,
194:16, 204:19,
204:20, 206:12,
209:8, 210:12,
211:10, 212:11,
212:15, 212:18,
235:3, 236:5,
247:13, 247:21,
248:8, 248:9,
248:21, 249:10,
249:15, 251:21,
252:11, 254:6,
254:7, 258:11,
259:7, 262:14,
263:3, 265:15,
267:4, 273:3,
274:9, 275:3,
275:14, 275:15,
275:21, 275:22,
277:12, 278:10,
279:1, 279:6,
282:20, 283:2,
285:9, 286:19,
288:5
times
6:10, 22:4,
43:17, 52:16,
66:8, 66:10,
88:12, 98:8,
99:2, 131:6,

Transcript of Petr Aven
Conducted on December 9, 2020                    131

131:8, 139:5,
161:17, 163:2,
163:4, 198:8,
204:14, 208:18,
214:13, 216:1,
217:3, 217:15,
222:10, 258:16,
278:21, 279:4
**tired**
242:11
**title**
117:19, 146:4
**tnk**
262:5, 262:12,
262:22, 268:13,
268:19, 268:20,
269:2, 269:7
**tnk's**
264:20
**tnk-installed**
268:15
**today**
12:17, 13:13,
13:20, 14:12,
36:10, 41:15,
41:22, 42:8,
51:18, 63:14,
68:9, 75:14,
80:1, 96:5,
106:10, 108:21,
156:19, 158:2,
180:15, 198:14,
200:8, 207:17,
212:2, 212:6,
236:6, 236:9,
258:18, 274:22,
275:5, 275:8,
287:13, 288:1,
288:2
**today's**
16:4
**together**
28:15, 48:7,
114:16, 114:21,
120:5, 128:11,
132:9, 152:21,
247:10, 247:17,
249:10

**told**
29:18, 35:8,
41:15, 42:7,
57:20, 85:22,
126:16, 171:7,
175:9, 185:4,
185:7, 185:16,
187:13, 190:11,
190:13, 190:19,
198:3, 199:10,
201:4, 207:17,
228:22, 229:3,
233:9, 253:10,
281:5, 281:9
**tolstoy**
272:11, 272:16,
272:18, 272:19
**tomlinson**
46:2
**tomorrow**
288:2
**tonight's**
118:18
**took**
11:4, 11:5,
25:2, 105:12,
122:22, 146:11,
219:7
**top**
7:6, 24:1,
54:18, 54:20,
67:7, 100:21,
101:7, 107:5,
141:10, 181:8,
181:15, 182:2
**topic**
205:7, 205:13
**topics**
256:5
**toria**
118:19, 119:15
**total**
35:8, 134:17,
136:12, 223:16,
232:8, 237:7,
237:9
**totally**
53:12, 195:17

**touch**
113:21, 250:7
**toward**
209:14, 218:6,
222:2, 274:18
**track**
119:5
**trade**
213:3, 219:2,
225:3, 253:17,
256:2
**transcript**
4:7, 5:2, 5:12,
6:2, 7:2, 8:2,
9:2, 10:2, 10:9,
11:2, 14:6,
14:18, 15:4,
15:12, 16:17,
20:9, 24:19,
24:21, 28:9,
45:17, 45:19,
46:13, 53:20,
67:4, 80:21,
82:21, 84:6,
85:16, 85:19,
86:13, 87:8,
89:22, 93:11,
96:14, 98:6,
99:12, 100:19,
103:22, 110:18,
113:7, 116:13,
118:9, 118:13,
121:2, 124:7,
127:11, 128:15,
132:16, 133:15,
140:20, 144:13,
144:15, 147:13,
148:12, 149:3,
153:8, 157:7,
158:21, 171:1,
172:11, 172:18,
181:4, 187:7,
216:7, 216:10,
218:8, 221:12,
224:9, 228:3,
235:5, 240:1,
241:15, 248:14,
260:3, 274:16,

287:2, 287:3,
287:12, 288:4,
290:7, 290:22
**transcription**
289:5
**transfer**
243:7
**transferred**
137:12, 138:13
**transition**
178:16, 178:18,
187:17, 188:8,
190:22, 200:11
**translate**
12:3, 22:9,
57:3, 236:13
**translated**
173:1, 197:9,
197:10
**translator**
248:4, 275:1
**travel**
77:22
**treasury**
96:8, 132:4,
265:9
**treated**
30:18
**treatment**
36:8, 36:16,
36:17
**trend**
37:1
**trial**
25:2, 25:20,
28:15, 45:20
**tribune**
10:20, 235:7
**tried**
134:3, 156:7,
158:6, 218:11,
218:12, 255:17,
263:22, 264:5,
268:3, 280:8,
281:10, 281:14
**trip**
107:3, 131:14,
132:6, 132:10,

134:5, 134:8,
134:16, 135:18,
163:18, 214:11,
214:15, 265:7,
265:12, 266:18
**trips**
214:4
**troika**
72:10
**trouble**
39:16
**true**
17:12, 48:2,
55:15, 56:8,
66:17, 66:20,
97:14, 113:11,
140:16, 167:14,
185:21, 196:22,
204:5, 222:13,
225:6, 236:2,
236:16, 250:21,
263:15, 268:18,
270:14, 278:15,
282:6, 282:9,
289:5, 290:7
**trump**
8:11, 21:12,
33:8, 48:15,
48:19, 136:4,
141:2, 141:6,
141:12, 147:4,
173:18, 174:11,
178:15, 183:7,
183:20, 187:16,
188:8, 190:22,
195:10, 199:6,
199:13, 199:21,
200:10, 200:11,
200:15
**trump's**
183:4, 183:11,
183:17
**trust**
121:12, 152:10,
224:1, 233:22
**trustee**
98:15, 152:9,
152:13

**trustees**
135:3
**truth**
56:11, 135:15,
145:14, 228:17
**try**
6:5, 175:9,
175:12, 204:15,
245:8, 286:2
**trying**
140:15, 184:9
**turned**
235:22
**tv**
235:16
**twice**
149:19, 163:3,
163:21, 172:22,
263:21, 264:8,
264:11, 264:15,
264:17, 264:18,
269:20
**two**
33:18, 33:19,
34:19, 36:13,
36:18, 36:19,
52:16, 56:20,
91:20, 93:20,
106:3, 112:22,
121:10, 137:10,
137:19, 138:7,
143:19, 154:13,
162:18, 167:21,
182:6, 203:11,
209:4, 250:10,
251:3, 287:12,
287:13, 288:4
**two-week**
288:5
**type**
256:18, 256:20
**types**
36:9
**typewriting**
290:9
**typical**
129:3, 129:5,
211:2

**typically**
75:12, 131:12,
132:2

---

### U

**uh-huh**
243:3
**uk**
25:2, 25:20,
37:16, 39:2,
39:5, 39:8,
44:3, 44:9,
44:12, 45:1,
45:5, 45:20,
46:8, 85:19,
86:15, 97:22,
167:5, 171:4,
186:12, 189:14,
224:11, 269:17
**ukraine**
258:13
**ukrainian**
258:8, 258:13
**ultimately**
222:6
**um-hmm**
260:8
**unable**
39:13
**unaware**
269:1
**unclear**
155:17, 242:19
**unconnected**
80:9
**under**
17:10, 17:12,
54:7, 86:2,
87:12, 111:20,
142:18, 157:21,
165:18, 212:2,
212:5, 222:6,
290:10, 290:23
**understand**
24:20, 55:11,
103:16, 155:9,
155:10, 156:16,
172:19, 192:7,

242:15, 274:12,
275:20, 287:5
**understanding**
60:14, 104:9,
104:18, 104:21,
130:3, 155:6,
156:5, 156:8,
186:4, 186:8,
188:18, 195:12,
220:3
**understandings**
143:2
**understands**
192:2, 230:5
**understood**
35:9, 282:14
**underwrite**
98:16
**undisclosed**
237:16
**unethical**
103:7
**unidentified**
276:7
**unimportant**
250:10
**union**
94:18, 126:1,
126:4, 220:6,
245:10
**united**
1:1, 9:13,
31:7, 34:5,
37:17, 59:7,
92:7, 94:16,
95:1, 95:9,
95:12, 95:16,
107:16, 114:8,
114:17, 121:10,
123:5, 155:13,
164:8, 169:22,
170:4, 176:12,
251:1, 265:7
**universities**
105:7
**university**
8:20, 149:9,
150:18

**university's**
149:5
**unjustified**
53:12
**unknown**
252:13, 266:2
**unless**
12:6, 15:19,
16:7, 239:22,
290:23
**unquote**
113:22, 116:18,
117:5, 121:15,
121:20, 175:20,
241:21, 242:1
**unredacted**
189:9, 202:13
**unrelated**
78:7
**until**
32:21, 33:22,
36:10, 46:4,
70:12, 112:17,
152:6, 183:13,
196:16, 203:3,
223:2, 239:20,
283:15, 286:17
**untrue**
222:14, 261:1
**unveiled**
8:4
**upstart**
9:4
**urged**
11:12, 276:18
**use**
44:11, 44:21,
44:22, 45:4,
52:14, 58:20,
65:14, 68:19,
75:19, 76:3,
76:5, 76:6,
76:10, 76:12,
78:3, 136:22,
248:4, 278:19
**useful**
126:6, 164:22
**uses**
83:21

**using**
80:14, 82:11,
92:18
**usual**
132:5, 205:18,
208:16, 277:10,
282:10
**usually**
120:5
**utter**
223:16
**uzbekistan**
59:8, 111:8,
112:1

---
**V**
---

**v-a-i-n-o**
168:12
**v-i-n-o-g-r-a-d--
o-v**
252:15, 252:18
**vague**
26:5, 127:7,
161:3, 207:13,
217:22, 219:6,
249:19
**vagueness**
161:6
**vaino**
168:11, 177:20,
178:2, 178:8,
201:7, 202:3
**valdai**
5:12, 83:1,
83:7, 102:1,
153:20
**valuable**
254:12
**value**
120:6, 120:9
**value-laden**
143:8
**valued**
254:1
**values**
86:4
**various**
94:16, 105:12,

208:10, 209:2,
209:13, 226:5
**vendors**
26:18
**version**
189:9
**versus**
45:20, 205:14
**vested**
177:3
**via**
1:16
**victor**
3:14, 13:2
**victoria**
77:9, 120:10,
128:9
**video**
1:16, 211:18
**videotaped**
10:9
**view**
26:3, 31:16,
130:21, 164:10,
164:12, 164:16,
285:20
**viewed**
24:10, 30:18
**viewpoint**
164:11, 165:17
**views**
86:4, 209:1,
286:3
**villages**
226:6
**vimpelcom**
59:8, 59:11,
59:17, 59:18,
59:19, 111:6,
111:14, 111:17,
111:20, 112:3,
112:7, 112:9
**vinogradov**
252:14, 252:16,
252:17
**visit**
135:20, 249:12
**visited**
131:6

**visitor**
7:17
**visits**
37:10, 114:16,
114:18
**vladimir**
10:19, 27:6,
27:10, 27:14,
27:17, 28:1,
83:7, 83:16,
85:8, 90:11,
125:10, 139:6,
139:8, 139:13,
139:16, 140:2,
142:14, 142:18,
150:7, 159:14,
165:22, 166:6,
167:20, 168:1,
169:9, 173:6,
173:16, 175:21,
177:20, 184:16,
184:22, 199:3,
200:14, 201:9,
201:17, 201:20,
203:7, 204:13,
205:1, 206:10,
206:12, 207:1,
207:18, 210:4,
211:15, 211:22,
212:9, 212:19,
226:2, 227:18,
228:5, 228:17,
229:13, 237:12,
247:7, 247:16,
255:4, 257:12,
269:9, 274:2,
279:11, 280:2,
280:7, 285:12,
286:3
**vocally**
250:17
**voice**
173:21
**voloshin**
273:18, 273:22
**volume**
10:6, 15:19,
15:20, 16:18,

248:16, 248:17
**vs**
1:7

---
**W**
---
**wait**
32:13, 50:14
**waiting**
72:5
**waiving**
276:9
**walking**
240:10
**wall**
2:7, 217:7
**wallander**
162:15, 162:17,
163:19, 164:17,
164:19
**want**
30:19, 33:22,
41:4, 41:13,
71:16, 76:21,
157:20, 172:15,
193:7, 197:9,
202:10, 202:21,
205:8, 209:17,
212:4, 232:1,
238:20, 244:17,
245:17, 266:4,
271:15, 276:8,
276:14, 288:3
**wanted**
100:10, 111:15,
124:10, 176:16,
195:12, 230:14,
251:21, 252:21,
253:4, 253:6,
253:8, 253:12,
265:21, 273:7
**wanting**
202:22
**wants**
115:12
**war**
140:3
**washington**
3:7, 22:5,

66:8, 66:12,
87:15, 90:12,
100:12, 107:3,
107:18, 108:19,
119:16, 123:9,
123:17, 131:6,
131:9, 131:14,
131:17, 132:1,
132:11, 161:18,
162:22, 163:18,
214:15, 217:5
**wave**
7:17, 127:14
**way**
36:19, 36:20,
44:1, 47:4,
51:17, 52:6,
52:17, 54:16,
84:19, 88:9,
90:21, 91:13,
112:1, 122:1,
146:6, 146:17,
175:18, 201:12,
208:8, 209:14,
232:5, 237:20,
248:2
**ways**
26:2, 26:4,
26:6, 26:7,
38:1, 75:7,
211:16
**we'll**
14:4, 20:7,
28:7, 41:5,
45:13, 46:11,
53:18, 67:2,
82:18, 84:4,
85:14, 87:6,
89:20, 93:9,
96:12, 99:10,
100:17, 103:20,
110:16, 113:5,
118:7, 119:8,
120:22, 122:19,
124:5, 127:9,
128:13, 133:13,
140:18, 147:10,
147:11, 175:12,

181:2, 202:20,
203:1, 216:5,
224:7, 228:1,
235:3, 239:19,
241:13, 245:21,
245:22, 260:1,
283:11, 283:12
**we're**
14:15, 23:17,
32:18, 42:11,
49:13, 63:13,
63:22, 69:22,
101:13, 111:2,
124:16, 156:18,
157:4, 170:21,
200:21, 234:18,
234:21, 239:21,
243:1, 248:11,
274:17
**we've**
63:16, 70:2,
101:21, 112:20,
143:2, 146:10,
146:15, 155:16,
158:6, 172:22,
189:18, 214:18,
242:6, 259:22,
274:22, 275:19,
275:21, 276:3,
276:5, 286:20
**wealth**
65:13, 65:17
**wealthy**
90:14, 143:13
**web**
181:18
**website**
9:17, 46:16,
83:1, 104:3,
147:18, 148:15,
157:11, 181:7
**websites**
122:8
**wednesday**
1:17, 157:12
**week**
149:17
**weeks**
34:19, 156:17,

287:12, 287:13
**weight**
177:12
**well-known**
30:22, 36:1,
168:22
**went**
28:1, 38:4,
91:9, 132:9,
186:20, 211:11,
231:11, 247:13,
248:7, 256:4,
265:20, 266:18,
267:13, 267:16
**weren't**
199:10, 251:3
**west**
9:8, 11:5,
87:2, 90:14,
110:6, 140:14,
140:15, 157:12,
256:19
**western**
10:22, 65:1,
65:6, 89:7,
89:8, 90:20,
137:11, 137:20,
140:5, 140:9,
216:21, 217:20,
218:3, 218:5,
218:9, 235:10,
255:12, 256:15,
256:19, 257:1,
257:3, 258:12,
282:15
**whatever**
17:11, 51:7,
99:21, 115:12,
246:20
**whatsapp**
76:5, 240:8
**whatsoever**
56:11, 111:15,
212:5, 254:19,
265:3
**whenever**
79:13
**whereby**
234:12

**whereof**
290:16
**whether**
20:1, 20:3,
20:17, 26:21,
30:12, 48:6,
65:2, 70:8,
71:4, 71:11,
71:12, 73:15,
73:18, 78:5,
79:2, 80:8,
88:22, 90:8,
92:9, 100:14,
107:17, 137:4,
143:4, 163:14,
177:1, 188:16,
191:7, 192:2,
192:7, 199:7,
201:16, 205:15,
283:1, 286:7
**white**
7:17, 109:7,
126:21, 127:1,
127:14, 127:17,
163:9, 163:10
**whole**
23:4, 38:14,
173:10, 189:19,
208:11, 209:11,
245:9
**wicker**
123:3
**widespread**
140:12, 243:5
**wife**
36:5, 37:5,
106:7, 110:12
**wilkinson**
97:1
**wilson**
6:17, 102:10,
103:9, 103:12,
104:2, 104:3,
104:7, 104:17,
105:18, 106:22,
107:2, 109:1
**win**
130:7, 130:22

**wind**
282:7
**withdrawn**
218:22
**within**
60:17, 61:15,
79:22, 175:12,
223:8, 223:9,
227:12, 227:15
**without**
75:19, 77:19,
119:12, 134:13,
162:2, 195:2,
200:22, 225:8,
246:15
**witness**
5:18, 14:7,
16:18, 22:14,
22:17, 22:18,
22:19, 23:14,
24:20, 27:13,
40:10, 53:21,
56:22, 62:9,
62:10, 63:2,
63:19, 69:15,
74:14, 75:5,
78:5, 80:4,
80:6, 86:15,
87:9, 118:3,
124:8, 138:10,
146:16, 147:14,
167:5, 172:10,
186:11, 189:14,
191:16, 245:8,
266:8, 274:21,
281:17, 286:12,
290:3, 290:16
**witness's**
50:10, 50:20
**witnesses**
63:11
**won**
161:10, 273:14
**wonderful**
83:12
**wondering**
70:8
**woodrow**
102:10, 103:12,

104:7, 109:1
**word**
58:20, 65:15,
78:4, 95:2,
143:1, 157:22,
158:10, 231:1
**words**
57:7, 84:21,
278:6
**work**
39:13, 57:10,
68:13, 74:4,
104:13, 113:16,
144:5, 144:6,
179:10, 207:5,
209:2
**worked**
57:21, 94:6,
94:19, 109:18,
150:13, 155:20,
183:11, 207:3,
213:2, 219:15,
273:19
**working**
46:3, 94:10,
115:1, 115:3,
126:21, 128:11,
184:3, 207:4,
207:7
**works**
66:2, 66:5,
73:10, 94:2,
97:17, 150:13,
255:15
**world**
5:21, 8:6,
64:14, 65:22,
92:22, 132:21
**worse**
36:19, 36:20
**worsening**
90:11
**worth**
66:17, 67:8,
67:13, 67:16
**worthwhile**
158:4
**worthy**
158:5

**wouldn't**
49:5, 237:16,
238:17, 244:17
**write**
65:12, 190:17,
191:6, 191:9
**writer**
272:17
**writing**
32:10, 62:22,
183:16
**written**
61:18, 61:22,
75:1, 183:3
**wrong**
114:14, 117:19,
123:20, 190:18,
225:18, 226:2,
238:13, 245:15,
249:7, 250:12,
281:9, 281:10,
281:22
**wrote**
101:21, 122:15,
134:2, 191:3,
191:7, 222:3,
228:12, 243:4,
257:22, 268:12
**wto**
161:21, 213:3,
213:5, 256:5

**Y**

**y-e**
220:17
**yahoo**
22:5
**yale**
8:20, 149:5,
149:9, 149:12,
150:18, 150:21,
151:14, 152:2
**yeah**
14:11, 25:17,
72:5, 113:10,
115:10, 145:6,
173:5, 205:12,
206:3, 214:10,

224:21, 246:19,
252:7, 255:5,
259:4, 259:20,
260:8, 262:7,
262:9, 262:11,
262:14, 263:1,
263:4, 263:7,
263:18, 270:14,
271:13, 272:8,
272:20, 273:2,
274:8, 276:7,
278:17, 280:12,
281:2, 285:18

**year**
25:2, 32:2,
52:17, 125:20,
136:22, 149:18,
149:19, 166:2,
166:12, 166:16,
183:19, 203:20,
219:18, 250:20,
255:4, 278:21,
279:1, 279:4

**years**
31:2, 36:13,
36:18, 36:19,
36:21, 37:2,
52:2, 52:7,
62:3, 94:8,
94:10, 98:2,
127:6, 142:2,
146:20, 158:1,
158:7, 176:18,
178:5, 179:5,
179:18, 216:2,
216:3, 219:7,
219:15, 227:17,
250:6, 254:11,
255:7, 274:3,
277:6, 278:5,
279:12, 279:13,
279:15, 282:21

**yegor**
239:4, 251:20

**yeltsin**
86:2, 213:12,
214:4, 218:17,
218:21, 224:18,

240:20, 258:22,
259:3, 265:18,
266:22, 270:4,
273:9

**yeltsin's**
214:6, 258:20,
265:19, 272:22,
273:12

**yesterday**
13:9, 111:6,
118:19

**york**
2:8, 6:5, 6:10,
22:4, 89:2,
92:11, 93:21,
97:9, 97:13,
98:8, 99:1,
107:18, 216:1,
217:2, 240:13

**yorker**
48:18, 48:22,
49:4, 49:8

**young**
109:17

**yourself**
13:14, 25:10,
66:6, 122:5,
122:11, 168:2,
174:4, 261:20,
262:1, 262:4

**yourselves**
174:4

**yury**
222:15, 233:7,
234:3

---
**Z**

**zero**
95:10, 111:17,
261:14, 261:16,
262:2, 284:19

---
**$**

**$1**
246:14

**$10**
91:20

**$122**
222:8

**$2**
222:8

**$4.6**
67:9, 67:13

**$5.1**
67:16

**$75,000**
28:15

**$750**
112:9

**$900**
111:6, 112:7

---
**.**

**.2017**
5:14

---
**0**

**00**
242:14

**000011**
7:11

**000012**
7:11

**00008297**
8:19

**00008584**
10:11

**00008696**
10:11

**010356**
7:20

**02**
286:17

**02.2020**
5:19

**04**
32:21, 288:9

**043331**
6:21

**043332**
6:21

**045080**
7:9

**045302**
7:5

**045303**
7:5

**05**
96:18, 96:21

**053371**
6:14

**054602**
6:16

**054605**
6:16

**08**
1:18

**09**
152:6

---
**1**

**1**
5:4, 5:16,
152:6

**10**
5:6, 7:18,
21:9, 21:16,
46:11, 46:12,
47:20, 53:17,
54:8, 54:19,
54:20, 70:12,
134:12, 179:16,
255:7

**100**
6:15

**10005**
2:8

**101**
15:9, 15:19,
16:1

**103**
6:17, 24:15,
24:16

**104**
45:12, 45:15

**105**
234:17

**106**
259:21

**107**
274:13, 276:16

**108**
222:1

**11**
5:7, 7:18,

9:18, 28:11,
30:15, 53:18,
53:19, 81:5,
81:11, 85:21,
86:10, 89:1,
112:17, 159:9,
159:12, 166:22,
167:2, 181:8,
181:13, 186:10,
189:13, 216:12,
255:7
**110**
6:20, 219:14
**112**
4:11, 15:7,
16:12, 17:13,
21:10, 21:17,
22:3, 24:11,
26:3, 27:8,
27:11, 27:18,
27:21, 28:1,
31:14, 32:11,
33:4, 33:13,
37:21, 39:11,
39:14, 39:17,
40:2, 55:16,
56:1, 56:18,
66:19, 206:18,
285:6
**113**
7:4, 98:3
**116**
7:6
**117**
216:10, 216:12
**1171**
189:4
**118**
7:8, 218:7
**12**
4:3, 5:10,
5:17, 6:6, 7:18,
9:14, 30:2,
33:16, 67:2,
67:3, 90:2,
96:18, 96:21,
159:7, 222:8
**12.4**
47:21

**121**
7:10
**124**
7:12
**127**
7:17
**128**
7:19
**13**
4:19, 5:11,
7:18, 20:12,
20:13, 21:21,
80:19, 80:20,
81:1, 127:15,
134:12, 224:16
**132**
8:4
**133**
8:7
**14**
4:9, 4:10,
5:12, 5:13, 9:6,
21:7, 24:1,
25:4, 25:6,
34:8, 34:11,
34:18, 70:12,
82:19, 82:20,
128:19, 149:15,
153:10, 167:4,
167:7, 281:3
**140**
8:10
**1401**
3:6
**144**
8:13
**147**
8:15
**148**
8:17
**149**
8:20
**15**
4:11, 4:12,
5:15, 84:4,
84:5, 96:11,
116:15, 149:15,
158:1, 158:6,

204:14
**153**
9:4
**154**
281:1
**155**
279:17, 279:19
**157**
9:7
**158**
9:10
**16**
4:13, 4:19,
5:5, 5:16, 5:17,
45:20, 85:14,
85:15, 184:5,
281:3
**163**
187:11, 189:4
**164**
189:4, 195:19,
195:20, 196:2,
197:21
**165**
197:21, 199:17
**17**
1:8, 4:19,
5:18, 7:7, 7:18,
9:16, 10:15,
86:11, 86:12,
160:19, 161:9,
167:1, 171:6,
186:11, 189:13
**170**
9:15
**18**
5:20, 8:6,
87:5, 87:6,
87:7, 87:12,
128:20, 132:19,
171:6, 185:16
**181**
9:17
**187**
10:4
**19**
6:4, 7:16,
10:22, 62:17,

83:6, 89:20,
89:21, 124:17,
235:8, 243:1,
261:21, 290:17
**19.10**
5:14
**1980**
220:7
**1990**
19:13, 86:2,
115:2, 129:16,
143:22, 158:15,
159:19, 246:12,
247:7, 261:18,
285:11
**1991**
77:14, 109:9,
207:2, 219:21,
247:7, 249:6
**1992**
60:21, 109:15,
128:10, 213:10,
214:9, 225:11,
240:22
**1993**
126:4, 240:22,
252:8, 252:11
**1994**
84:9
**1995**
248:22
**1996**
258:19, 259:4,
260:14, 260:20,
269:8, 272:22
**1997**
46:4, 262:5
**1998**
263:10, 263:13,
263:16, 264:20
**1999**
265:6, 266:22,
268:4, 268:12,
269:8, 271:20,
273:14, 280:7
**1:-cv--rjl**
1:8
**1st**
268:7

Transcript of Petr Aven
Conducted on December 9, 2020                    138

| 2 | | | |
|---|---|---|---|
| **2** | 89:1, 90:2, | 154:6, 162:17, | 10:15, 34:9, |
| 4:18, 9:15, | 93:14, 93:21, | 163:18, 166:7, | 34:11, 34:18, |
| 10:14 | 99:4, 99:14, | 166:9, 166:13, | 45:20, 190:8, |
| **20** | 99:17, 100:1, | 167:21, 168:11, | 206:15, 211:15, |
| 4:16, 6:7, | 100:12, 101:8, | 169:8, 169:14, | 212:21, 290:17 |
| 28:12, 30:2, | 102:9, 105:19, | 169:18, 169:20, | **2041** |
| 42:6, 89:19, | 107:8, 109:3, | 173:16, 177:21, | 1:8 |
| 93:9, 93:10, | 109:8, 109:10, | 178:3, 178:14, | **21** |
| 96:18, 96:21, | 109:14, 110:2, | 180:7, 180:9, | 6:8, 6:19, |
| 116:15, 116:18, | 110:5, 110:20, | 180:18, 181:8, | 54:12, 54:21, |
| 131:8, 176:16, | 112:21, 113:1, | 181:13, 182:2, | 55:22, 56:5, |
| 246:10, 277:6, | 114:12, 116:15, | 182:8, 182:13, | 96:12, 96:13, |
| 278:4, 279:12, | 116:21, 118:15, | 183:4, 183:6, | 99:14, 99:17, |
| 279:14, 282:20 | 119:14, 120:4, | 183:10, 183:19, | 170:18, 170:19, |
| **20.96** | 120:13, 121:5, | 184:2, 184:8, | 179:12, 179:15, |
| 47:1 | 122:3, 122:22, | 184:13, 185:1, | 185:11, 192:22, |
| **2000** | 149:13, 149:14, | 197:18, 203:8, | 193:3 |
| 9:14, 11:14, | 149:22, 165:21, | 203:10, 203:13, | **212** |
| 154:8, 159:7, | 180:13, 180:14, | 203:17, 205:1, | 2:9 |
| 276:17, 278:20, | 209:5, 235:8 | 206:20, 209:5, | **216** |
| 279:10, 280:1, | **2016** | 285:14, 285:21 | 10:9 |
| 282:8, 283:5 | 4:11, 8:6, 8:9, | **2017** | **22** |
| **20005** | 8:12, 9:18, | 9:9, 21:9, | 6:10, 84:9, |
| 3:7 | 10:6, 22:1, | 21:16, 21:19, | 98:4, 98:5, |
| **2002** | 23:8, 33:7, | 23:5, 26:2, | 197:18, 269:17 |
| 8:14, 10:10 | 48:13, 48:19, | 32:3, 32:4, | **221** |
| **2008** | 49:17, 49:20, | 33:3, 36:12, | 10:12 |
| 5:21, 87:15, | 50:7, 50:22, | 37:3, 51:20, | **224** |
| 87:18, 96:7, | 51:2, 51:6, | 67:13, 83:6, | 10:14 |
| 96:18, 278:21 | 51:11, 51:14, | 150:21, 156:20, | **228** |
| **2010** | 51:20, 53:9, | 156:22, 157:13, | 10:17 |
| 127:5, 127:15, | 53:15, 55:8, | 199:2, 199:14, | **23** |
| 153:3 | 55:15, 56:7, | 200:13, 200:17, | 6:13, 8:9, |
| **2012** | 59:14, 59:22, | 200:19 | 70:12, 99:10, |
| 231:19, 233:3, | 67:9, 112:10, | **2018** | 99:11, 120:21, |
| 235:14 | 114:12, 122:11, | 32:3, 32:4, | 133:17, 193:5, |
| **2013** | 122:12, 128:19, | 33:4, 48:17, | 287:19 |
| 9:6, 151:5, | 128:20, 129:21, | 62:16, 62:17, | **235** |
| 151:17, 153:10 | 130:4, 131:10, | 67:16, 192:14, | 10:20 |
| **2014** | 131:14, 131:17, | 200:7 | **24** |
| 123:2, 149:13, | 132:1, 132:7, | **2019** | 4:18, 6:15, |
| 149:14, 150:21, | 132:19, 133:17, | 6:12, 10:8, | 100:17, 100:18, |
| 151:6 | 134:8, 134:19, | 98:8 | 145:16, 160:16, |
| **2015** | 135:1, 135:6, | **202** | 174:6 |
| 6:6, 6:19, 7:7, | 136:3, 139:17, | 3:8 | **241** |
| 7:16, 10:22, | 141:1, 146:12, | **2020** | 11:4 |
| | 146:20, 147:2, | 1:17, 4:19, | **248** |
| | 150:1, 153:18, | 5:5, 5:17, 9:16, | 11:7 |

**25**
6:17, 9:9,
10:16, 66:10,
94:8, 94:10,
103:20, 103:21,
156:20, 156:22,
157:12
**26**
6:20, 110:16,
110:17, 111:3,
203:2, 203:3
**260**
11:9
**27**
7:4, 67:1,
113:5, 113:6
**271**
260:10, 260:13
**274**
11:12
**28**
4:20, 7:6,
10:16, 82:17,
116:11, 116:12,
186:12, 186:13,
189:15, 189:17,
189:18, 190:10,
224:13
**283**
4:4
**29**
7:8, 15:16,
16:6, 118:7,
118:8, 118:12,
144:7, 214:17,
214:20, 219:7
**290**
1:21

---
**3**
**3**
203:2, 203:3
**30**
7:10, 11:14,
31:2, 32:13,
62:3, 66:10,
101:8, 117:6,
120:22, 121:1,

121:5, 193:6,
209:22, 216:2,
216:3, 216:4,
219:13, 276:17,
279:16
**302**
189:5, 192:13,
202:13
**31**
7:12, 124:5,
124:6, 124:16
**32**
7:17, 100:16,
127:9, 127:10
**32.86**
46:20
**3200**
2:9
**3215**
3:8
**33**
5:5, 7:19,
10:16, 45:21,
110:15, 111:2,
128:13, 128:14
**337594**
1:20
**34**
8:4, 132:13,
132:14, 132:15,
224:12, 224:13,
224:16
**35**
8:7, 46:1,
86:16, 133:13,
133:14, 226:11,
226:16, 226:22
**36**
5:5, 8:10,
10:16, 45:22,
133:12, 140:18,
140:19
**37**
8:13, 144:11,
144:12, 157:3,
214:20
**375**
5:10, 67:7

**38**
8:15, 147:10,
147:12, 148:7
**39**
8:17, 148:5,
148:11
**3rd**
102:9

---
**4**
**4**
239:20
**40**
5:15, 8:20,
149:1, 149:2,
200:22, 203:2,
262:5
**41**
9:4, 140:17,
153:6, 153:7
**42**
9:7, 103:19,
157:5, 157:6,
203:3
**43**
9:10, 158:19,
158:20, 181:1
**44**
9:15, 112:17,
170:21, 170:22,
179:13, 185:12,
193:3
**45**
5:4, 9:17,
10:16, 116:10,
181:2, 181:3,
224:14, 269:15
**46**
5:6, 10:4,
118:6, 118:11,
119:2, 119:6,
187:4, 187:6,
195:19, 199:18,
269:15, 283:15
**47**
10:9, 152:6,
216:5, 216:6,
219:13, 239:20,

279:17
**48**
10:12, 221:10,
221:11, 242:7
**49**
10:14, 214:22,
224:7, 224:8,
260:14, 269:13

---
**5**
**5**
283:15, 286:17
**5/1/2008**
6:9
**5/7/2008**
6:9
**50**
10:17, 39:3,
147:7, 228:1,
228:2, 270:15,
271:1, 271:3,
271:8
**51**
10:20, 234:19,
235:4
**52**
11:4, 128:12,
241:13, 241:14
**53**
5:7, 11:7,
99:9, 248:12,
248:13
**54**
11:9, 32:21,
158:18, 260:1,
260:2
**55**
11:12, 124:4,
124:16, 274:14,
274:15, 276:16
**56**
112:17, 239:20,
283:15
**57**
147:6, 147:9
**58**
148:8
**59**
144:21, 144:22,

145:16, 148:22,
286:17

**6**

**6**
286:17, 288:9
**6(e**
63:12
**6(e) (2) (a**
63:7
**6(e) (2) (b**
63:9, 63:10
**60**
10:16, 148:4,
241:19
**600**
3:6
**61**
9:16
**64**
93:8, 171:16,
174:6, 174:7
**65**
174:6, 279:13
**66**
48:3, 48:9,
72:8, 176:16,
177:7, 194:6,
194:13
**67**
5:10

**7**

**7**
242:14
**7-0**
185:15, 185:16
**70**
153:5, 171:5,
185:12, 185:15
**71**
127:8
**732**
2:9
**76**
193:5
**77**
46:10, 179:13,

179:16
**78**
85:13

**8**

**8**
1:18, 32:21
**80**
5:11, 9:16
**82**
5:12, 224:6,
226:15, 269:12,
269:14
**84**
5:15
**845**
3:8
**85**
5:16
**86**
5:18, 221:9,
242:6
**87**
5:20
**88**
84:3
**89**
6:4, 113:4

**9**

**9**
5:17, 32:21
**90**
247:5, 256:7
**91**
187:3, 195:18,
199:18
**92**
239:2
**93**
6:7
**95**
248:10
**96**
6:8, 227:22
**97**
241:11, 241:12,
257:15, 262:22,

263:5
**98**
6:10
**99**
6:13, 228:8,
271:4