# EXHIBIT F



# Transcript of Mikhail Fridman

**Date:** November 17, 2020
**Case:** Fridman, et al. -v- Bean LLC a/k/a Fusion GPS, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

```
1           UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF COLUMBIA
3    - - - - - - - - - - - - - x
4    MIKHAIL FRIDMAN, PETR      :
5    AVEN, and GERMAN KHAN,     :
6              Plaintiffs, :
7       v.              : No. 1:17-cv-2041 RJL
8    BEAN LLC a/k/a FUSION      :
9    GPS, and GLENN SIMPSON,    :
10             Defendants. :
11   - - - - - - - - - - - - - X
12
13        Deposition of MIKHAIL FRIDMAN
14           Conducted Virtually
15        Tuesday, November 17, 2020
16              9:01 a.m. EST
17
18
19
20   Job No.:  328038
21   Pages 1 - 388
22   Reported by:  Debra A. Whitehead
```

**Page 2**

```
1        Deposition of MIKHAIL FRIDMAN, conducted
2    virtually.
3
4
5        Pursuant to notice, before Debra Ann Whitehead,
6    E-Notary Public in and for the Commonwealth of
7    Virginia.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
1        A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFFS:
3        ALAN S. LEWIS, ESQUIRE
4        MATTHEW D. DUNN, ESQUIRE
5        MEREDITH B. SPELMAN, ESQUIRE
6        JOHN J. WALSH, ESQUIRE
7        CARTER LEDYARD & MILBURN LLP
8        2 Wall Street
9        New York, New York 10005
10       (212) 238-8647
11
12   ON BEHALF OF DEFENDANTS:
13       JOSHUA A. LEVY, ESQUIRE
14       RACHEL CLATTENBURG, ESQUIRE
15       LEVY FIRESTONE MUSE, LLP
16       1401 K Street, NW, Suite 600
17       Washington, DC 20005
18       (202) 845-3215
19
20
21
22
```

**Page 4**

```
1    A P P E A R A N C E S   C O N T I N U E D
2    ALSO PRESENT:
3        AUSTIN COSTELLO, A/V Technician
4        ANDREW SHARP, Levy Firestone Muse, LLP
5        A. STEPHEN GILLESPIE, ESQ., General
6        Counsel, LetterOne
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

**5**

C O N T E N T S

EXAMINATION OF MIKHAIL FRIDMAN                    PAGE

By Mr. Levy                                        14

By Mr. Lewis                                      380

By Mr. Levy                                       384

E X H I B I T S

(Attached to the Transcript)

DEFENDANTS' DEPOSITION EXHIBIT                   PAGE

Exhibit 1    Amended Notice of Deposition        18

Exhibit 2    Amended Complaint                   19

Exhibit 3    Company Intelligence Report         19
             2016/112

Exhibit 4    Plaintiffs' Supplemental            20
             Responses and Objections to
             Defendants' First Set of
             Interrogatories

Exhibit 5    Subpoena for Eric Lichtblau to      27
             Produce Document, Information, or
             Objects of to Permit Inspection
             of Premises in a Civil Action

---

**6**

E X H I B I T S   C O N T I N U E D

DEFENDANTS' DEPOSITION EXHIBIT                   PAGE

Exhibit 6    Plaintiffs' Responses and           28
             Objections to Defendants' First
             Set of Interrogatories

Exhibit 7    Excerpt from 3/17/20 Transcript     49
             Opus 2 International, Aven,
             et al., v Orbis, Day 2

Exhibit 8    Plaintiffs' Second Supplemental     60
             Responses and Objections to
             Defendants' First Set of
             Interrogatories

Exhibit 9    Plaintiffs' Revised Initial         88
             Disclosures, Preliminary Statement

Exhibit 10   Alfa Bank Ownership Structure      100
             Diagram

Exhibit 11   Plaintiff Mikhail Fridman's        110
             Responses and Objections to
             Defendants' Requests for Admission

Exhibit 12   12/2/99 Article, "Rules of War"    116

---

**7**

E X H I B I T S   C O N T I N U E D

DEFENDANTS' DEPOSITION EXHIBIT                   PAGE

Exhibit 13   4/11/16 Article, "PROFILE:         116
             Mikhail Fridman – the Teflon
             Oligarch new to Londongrad," by
             Corcoran

Exhibit 14   Excerpt from 3/16/20 Transcript,   119
             Opus 2 International, Aven,
             et al., v Orbis, Day 1

Exhibit 15   10/8/00 Article, "The Autumn of    125
             The Oligarchs," by Lloyd

Exhibit 16   4/1/16 Article, "Lunch with the    127
             FT Oil, Lunch with the FT:
             Mikhail Fridman," by Chazan

Exhibit 17   Forbes Profile, #86 Mikhail        138
             Fridman

Exhibit 18   Plaintiffs' Revised Initial        145
             Disclosures, Preliminary Statement

Exhibit 19   Witness Statement of Mikhail       159
             Fridman in Aven, et al., v Orbis

---

**8**

E X H I B I T S   C O N T I N U E D

DEFENDANTS' DEPOSITION EXHIBIT                   PAGE

Exhibit 20   Excerpt from 3/17/20 Transcript,   163
             Opus 2 International, Aven,
             et al., v Orbis, Day 2

Exhibit 21   2/18/16 Article, "VimpelCom Fined  165
             $795m in Corruption Case," by
             Scannell

Exhibit 22   3/13/03 Article "Lunch with the    168
             FT - Mikhail Fridman, by Cottrell

Exhibit 23   3/2/15 Article, "Mikhail Fridman:  170
             From Rugs to Riches," by Aglionby

Exhibit 24   3/5/15 Article, "Mikhail Fridman:  171
             The Alpha Oligarch," by Chazan
             and Thomhill

Exhibit 25   4/11/16 Article, "PROFILE:         182
             Mikhail Fridman - the Teflon
             Oligarch New to Londongrad," by
             Corcoran

Exhibit 26   Article, "As Global Instability    183
             Spreads, the 'Indigo' Economy
             Rises," RealClearPolitics

---

**9**

1      E X H I B I T S   C O N T I N U E D
2   DEFENDANTS' DEPOSITION EXHIBIT          PAGE
3   Exhibit 27  7/14/16 Article, "Russian Oil      187
4       Billionaires' Next Big
5       Investment - American Health
6       Care," by Reznik and Sazonov
7   Exhibit 28  7/19/16 Article, "Alfa-Bank is     196
8       the 2018 FIFA World Cup Russia
9       Official European Bank"
10  Exhibit 29  8/30/16 Article, "Mikhail Fridman  199
11      Pumps $50m into FreedomPop," by
12      Fildes
13  Exhibit 30  E-mail String               210
14  Exhibit 31  E-mail String               210
15  Exhibit 32  E-mail String               219
16  Exhibit 33  Excerpt from 3/16/20 Transcript  221
17      Opus 2 International, Aven,
18      et al., v Orbis, Day 1
19  Exhibit 34  10/1/16 E-mail from Mr. Barr to   224
20      Mr. Fridman
21
22

**10**

1      E X H I B I T S   C O N T I N U E D
2   DEFENDANTS' DEPOSITION EXHIBIT          PAGE
3   Exhibit 35  Article, "Was a Trump Server      226
4       Communicating with Russia?"
5       By Foer
6   Exhibit 36  8/31/03 Article, "The 'Evolving   228
7       Oligarch'"
8   Exhibit 37  8/2/07 Stratfor, Mikhail Fridman:  230
9       Background Investigation
10  Exhibit 38  E-mail String               239
11  Exhibit 39  Query the Lobbying Disclosure  242
12      Act Database, LetterOne Holdings,
13      S.A.
14  Exhibit 40  11/2/16 Article, "Meet the Russia  243
15      Bank with Ties to Donald Trump,"
16      By Smith
17  Exhibit 41  Alfa Fellowship Program Website  253
18      Printout
19  Exhibit 42  Alfa Bank Fellowship Program  253
20      Information
21
22

**11**

1      E X H I B I T S   C O N T I N U E D
2   DEFENDANTS' DEPOSITION EXHIBIT          PAGE
3   Exhibit 43  5/12/11 Article, "Russian      254
4       Business Leaders Mikhail Fridman
5       and Petr Aven Celebrate 7th
6       Anniversary of Alfa Fellowship
7       Program"
8   Exhibit 44  10/2/19 Article, "Mississippi     256
9       Lobbyists, Associates in Thick
10      of Trump's Ukraine-Russia Web,"
11      by Ladd and Judin
12  Exhibit 45  BGR Group, Daniel Hoffman Profile  260
13  Exhibit 46  1/28/18 Article, "The Steele      261
14      Dossier Fits the Kremlin
15      Playbook," by Hoffman
16  Exhibit 47  Kennedy Center, The Corporate   263
17      Fund Board Members
18  Exhibit 48  6/23/16 Article, "The Jewish      268
19      Worldview: A Struggle to Better
20      the World," by Fridman
21  Exhibit 49  Valdai Discussion Club Printout   274
22

**12**

1      E X H I B I T S   C O N T I N U E D
2   DEFENDANTS' DEPOSITION EXHIBIT          PAGE
3   Exhibit 50  11/10/15 Article, "Putin's Older  279
4       Daughter:  A Specialist in
5       Biomedical Science," by Grey and
6       Piper
7   Exhibit 51  5/10/17 Article, "Profile:     286
8       Mikhail Fridman, Chairman of Alfa
9       Group," by Aris
10  Exhibit 52  White House Visitor List      292
11  Exhibit 53  6/29/12 Article, "Q&A: Russia's  301
12      Mikhail Fridman"
13  Exhibit 54  Lobbying Reports              304
14  Exhibit 55  3/5/15 E-mail from Ms. Nuland to  313
15      Mr. Fridman
16  Exhibit 56  11/7/14 Article, "The Hidden      325
17      Author of Putinism:  How Vladislav
18      Surkov Invented the New Russia,"
19      by Pomeranstev
20  Exhibit 57  Excerpt from Transcript of 2/6/02 328
21      Videotaped Deposition of Mikhail
22      Fridman, Volume 2

13

EXHIBITS CONTINUED

DEFENDANTS' DEPOSITION EXHIBIT                    PAGE

Exhibit 58   Excerpt from Transcript of 2/5/02  348
        Videotaped Deposition of Mikhail
        Fridman, Volume 1

Exhibit 59   Excerpt from Beyond Business, by  371
        Browne

14

PROCEEDINGS

        MIKHAIL FRIDMAN,

having been duly sworn, testified as follows:

        EXAMINATION BY COUNSEL FOR DEFENDANTS

BY MR. LEVY:

Q   Good morning.  Good afternoon.

A   **Good afternoon here.**

Q   Mr. Fridman, my name is Josh Levy.  I
represent the defendants, Glenn Simpson and Bean,
LLC, in this lawsuit.  I will be asking you
questions today.  If at any time you need to take
a break, please let me know.  Okay?

A   **Okay. Thank you.  Very nice to meet you,
Mr. Levy.**

Q   Nice to meet you, too.

        I understand you've been deposed before?

A   **Yes.**

Q   And so as it likely was in that
deposition, I would ask you in this deposition to
answer any questions I present to you with an
oral, verbal answer, not just body language.

A   **Not just but what?**

15

        MR. GILLESPIE:  Not body language.

A   **Body language.  I understand.
Understand.**

Q   Please answer the question with words.

A   **Okay.  I will try --**

Q   Thank you.

A   **-- to do my best.**

Q   Thank you.

        And, for the record, we are holding this
deposition remotely because of the pandemic.  And
we are all in separate rooms.  I note, however,
Mr. Fridman, that you are with one other person in
your room, that's Stephen Gillespie?

A   **Yes.**

Q   And he is counsel for LetterOne?

A   **That's correct.**

Q   Is there anybody else in the room with
you?

A   **No.**

Q   If anybody else -- pardon me?

A   **Maybe ghost, I don't know.  Sorry.**

Q   That's okay.  If there are any actual

16

people in the room with you or any people who come
into the room while we are on the record, please
let me know.  Okay?

A   **Okay.  Good.  Thank you.**

Q   Are you looking at anything other than
the computer screens in front of you?

A   **Know.**

Q   You're not looking at any cellphone,
documents, note pads, other papers?

        MR. LEWIS:  Objection, form, Josh.  There
are papers around.  Looking at?

        MR. LEVY:  Sure.

Q   I just want to make sure that you're not
looking at any notes or pre-prepared materials
other than the documents that we sent you
yesterday.

A   **No, I don't have anything.  No, I have
just the materials, just three volume of
materials, big books.  And I also have my phone,
but it is not for looking at; just because, you
know, I will call during the break time.**

Q   Understood.  I just would ask you not to

**17**

1 look at the phone while we are on the record.
2     **A**   **Okay. I will.**
3     Q   Thank you. Please answer all questions
4 by yourself. Do not look to anyone or anything
5 else for help in answering the questions. And
6 while we are on the record, please do not
7 communicate with anyone else besides me.
8     **A**   **Okay.**
9     Q   This includes not checking e-mail, text
10 messages, or any forms of communications. Okay?
11     **A**   **Okay. Okay.**
12     Q   We have sent you documents yesterday, and
13 for hopefully for the ease of everybody on this
14 deposition, this remote deposition, we've numbered
15 the documents.
16     When we refer to a document today, we
17 will refer to it by its number and then give it a
18 unique exhibit designation.
19     So I'd like to begin with Document Number
20 1.
21     MR. LEVY: Please mark it Exhibit 1,
22 Defendants' Exhibit 1.

**18**

1     (Defendants' Deposition Exhibit 1 marked
2 for identification and is attached to the
3 transcript.)
4     Q   This is the notice of deposition.
5     Mr. Fridman, do you see that document?
6     **A**   **No, I could not see this document right**
7 **now. Should I find it in the books?**
8     MR. GILLESPIE: It is Number 1.
9     **A**   **Number 1 in Volume 1?**
10     Q   Yes.
11     **A**   **Okay. Yes.**
12     Q   Have you seen the document before?
13     **A**   **No.**
14     MR. GILLESPIE: It's the next page,
15 Michael. Tab 12. Tab 1.
16     THE WITNESS: Tab 1.
17     MR. GILLESPIE: That's it.
18     THE WITNESS: This one? But it's Number
19 2. Oh, yes. Fine. Okay.
20     **A**   **Okay. Yes. Okay. I found the document.**
21     Q   You see it says, Amended Notice of
22 Deposition?

**19**

1     **A**   **Uh-huh. Yes.**
2     Q   And are you here today pursuant to this
3 notice?
4     **A**   **I hope so.**
5     Q   Okay. Please go to Document Number 2.
6     MR. LEVY: And mark it Exhibit 2.
7     (Defendants' Deposition Exhibit 2 marked
8 for identification and is attached to the
9 transcript.)
10     **A**   **Okay.**
11     Q   Is this the amended complaint for the
12 lawsuit that you filed?
13     **A**   **Yes.**
14     Q   Okay. Please go to Document Number 3.
15     **A**   **Okay.**
16     MR. LEVY: And mark it Exhibit 3.
17     (Defendants' Deposition Exhibit 3 marked
18 for identification and is attached to the
19 transcript.)
20     **A**   **Yeah.**
21     Q   Does your lawsuit refer to this document
22 as Company Intelligence Report 112, or CIR 112?

**20**

1     **A**   **That's correct.**
2     Q   In this lawsuit are you alleging that
3 statements in Exhibit 3 defamed you?
4     **A**   **Yes.**
5     Q   Can you please turn to Document Number 5.
6     MR. LEVY: And mark it Exhibit 4.
7     (Defendants' Deposition Exhibit 4 marked
8 for identification and is attached to the
9 transcript.)
10     **A**   **Okay.**
11     Q   These are your supplemental responses and
12 objections to defendants' first set of
13 interrogatories. Correct?
14     **A**   **Yes, that is correct.**
15     Q   And if you turn to the third-to-the-last
16 page --
17     **A**   **Uh-huh.**
18     Q   -- it looks as though you verified that
19 the responses in this document are true under
20 penalty of perjury.
21     Is that correct?
22     **A**   **That's correct.**

Transcript of Mikhail Fridman

6 (21 to 24)

Conducted on November 17, 2020

21

1    Q    And that's your signature, sir?

2    **A    That's my signature.**

3    Q    And if you turn to Page 2 in this

4  document.

5    **A    Okay.**

6    Q    There is a response to Interrogatory 2

7  which asks you to identify all of the specific

8  statements of and concerning you that you allege

9  in this action amount to defamation by the

10  defendants.  And for each of those statements

11  explain the alleged defamatory meaning of the

12  statement as it applies to you.

13       So here you've listed the statements that

14  have defamed you.  Correct?

15    **A    That's correct.**

16    Q    I'm going to walk through this with you,

17  just to make sure that we're confirming which

18  statements you're alleging are defamatory to you.

19       The first is this sentence at the top of

20  CIR 112, Russian/U.S. Presidential Election:

21  Kremlin-Alfa Group Cooperation.

22       You're alleging that that defamed you.

22

1       Correct?

2    **A    Right.**

3    Q    And then the next sentence, the second

4  sentence in CIR 112, or second statement in CIR

5  112 that you're alleging defamed you is, quote,

6  Significant favors continue to be done in both

7  directions, primarily political ones for Putin and

8  business/legal ones for Alfa, unquote.

9       Is that correct?  You're alleging that

10  this statement defamed you?

11    **A    That's correct.**

12    Q    And third, and apparently lastly, there

13  is a statement on the next page from CIR 112 that

14  you state is defamatory.  "During the 1990s,

15  Govorun had been head of government relations at

16  Alfa Group, and in reality the driver and bag

17  carrier used by Fridman and Aven to deliver large

18  amounts of illicit cash to the Russian President,

19  at that time Deputy Mayor of Saint Petersburg.

20  Given that and the continuing sensitivity of the

21  Putin-Alfa relationship, and need for plausible

22  deniability, much of the contact between them was

23

1  now indirect and entrusted to the relatively low

2  profile Govorun."

3       You're saying that statement defamed you.

4       Correct?

5    **A    Correct.**

6    Q    Is there any other statement in CIR 112

7  that defamed you?

8       MR. LEWIS:  Objection to form.  You mean

9  in this lawsuit, that's alleged in this lawsuit to

10  be defamatory?

11    Q    Is there any other statement in CIR 112

12  that you are claiming in this lawsuit defamed you?

13    **A    Actually, you know, first of all, I would**

14  **like to explain that I am not a lawyer.  So I**

15  **could not interpret it, you know, the kind of you**

16  **hold this information in that document, CIR 112,**

17  **from pure legal point of view.**

18       **It's contain a lot of false information.**

19  **Not just these three points, not just these three**

20  **defamatory statements which was pointed in this**

21  **claims, but many other wrong and fake information**

22  **there.**

24

1       **But as far as I understand, our lawyers,**

2  **my lawyers, Mr. Alan Lewis and his colleagues,**

3  **they decided to claim as a defamatory statement**

4  **just this particular three sentences.**

5    Q    So these three sentences are the only

6  sentences in CIR 112 that you're challenging as

7  defamatory to you.  Correct?

8    **A    That's three sentences according to**

9  **advice from my lawyer, we -- we challenging in**

10  **this procedure as a defamatory statement.**

11    Q    I'm not asking you to get into your

12  conversations with your lawyer.  I just want to

13  make sure that when you verified this response

14  under penalty of perjury, you were being accurate.

15    **A    Yeah, I --**

16       MR. LEWIS:  Objection to form.

17       Is there a question there?  I think --

18       (Discussion off the record; technical

19  difficulty.)

20       MR. GILLESPIE:  Alan, your screen froze.

21       MR. LEWIS:  My screen froze.  Oh, boy.

22       Can you hear me?

25

1    MR. LEVY:  We can now.
2    MR. LEWIS:  All right.
3        So my objection was that was a statement.
4 It didn't seem like a question.
5    MR. LEVY:  It was a question.  I will
6 just repeat it.
7    Q    Mr. Fridman, is your response to
8 Interrogatory 20 in Exhibit 4 accurate?
9    **A    Yes.**
10   Q    Can you turn, please, to Exhibit -- back
11 to Exhibit 2, the amended complaint.
12   **A    Exhibit 2.  Just one second.**
13       **Okay.  Yes.**
14   Q    Can you turn to Paragraph 27, please.
15   **A    Yes.**
16   Q    In Paragraph 27 and 28, it looks as
17 though you are alleging a fourth statement defamed
18 you.
19       Are you no longer alleging that this
20 statement defamed you?
21   **A    I just would like to repeat again.  You**
22 **know, that's definitely not true what written in**

26

1 **this statement.  But for certain legal purpose,**
2 **which I am not proficient in, my lawyer**
3 **recommended this, to concentrate our claim on this**
4 **three statement which talk before.**
5    Q    So you're no longer challenging that it's
6 false.
7        MR. LEWIS:  Objection.  Mischaracterizes
8 the witness' answer.  You substituted false for
9 defamatory.
10   Q    Are you no longer challenging the
11 defamatory nature of this statement as to you?
12   **A    As far as I —**
13       MR. LEWIS:  Objection.  Asked and
14 answered.  Josh, I think the witness has made it
15 clear that the lawsuit challenges three
16 statements.  You've established what those are.
17 It doesn't establish others.  And I think we're
18 going over the same ground.
19   Q    Are you now maintaining that this
20 statement is true, Mr. Fridman, in Paragraph 27?
21   **A    No, that's not true at all.**
22   Q    Could you turn to Document Number 101,

27

1 please?
2    **A    101.  That's in Volume Number 3?**
3        MR. LEVY:  Please mark this Exhibit 5.
4        (Defendants' Deposition Exhibit 5 marked
5 for identification and is attached to the
6 transcript.)
7    **A    Sorry.  Just one second.  101.  Okay.**
8 **Say it again.  What the document?**
9    Q    This is -- this is -- look at Paragraph
10 29 in this document.  This is a subpoena that your
11 lawyers served on an individual named Eric
12 Lichtblau.
13   **A    Okay.**
14   Q    And Number 29 --
15   **A    Okay.  Yes.**
16   Q    Do you see it?
17   **A    Yes.  I found this.  I found this.**
18 **Anyway, Alfa means the conglomerate of entities.**
19   **This one.  Right?**
20   Q    Yes.  Right.  And I don't need you to
21 read the whole definition, but you see the
22 definition of Alfa there.  Correct?

28

1    **A    Yeah, that's correct.**
2    Q    For purposes of today's deposition, when
3 I ask you about Alfa, I'm going to be referring to
4 all the companies listed here in this definition
5 in Paragraph 29 and their predecessors.  Unless I
6 ask you a question about a specific entity, such
7 as Alfa-Bank or LetterOne.
8        Does that -- is that okay?  Does that
9 make sense?
10   **A    That make sense completely.  LetterOne is**
11 **not a part of Alfa; it's a separate entity.**
12   Q    Right.  Please go back to -- now if you
13 could turn to Document 4?
14       MR. LEWIS:  Do you mean Exhibit 4, or are
15 we going to a new document?
16       MR. LEVY:  New document.  Document Number
17 4, which is your answers to interrogatories.
18   **A    Okay.**
19   Q    And if you go to Page --
20       MR. LEVY:  Mark this Exhibit 6.
21       (Defendants' Deposition Exhibit 6 marked
22 for identification and is attached to the

29

1  transcript.)
2      Q    If you go to Page 13.
3      **A    Page 13?**
4      Q    Thirteen.
5      **A    Yes.  One three.  Right?**
6      Q    Yes.
7      **A    Okay.**
8      Q    You're going to see your answers to
9  Interrogatory Number 3.
10     **A    Yes.**
11     Q    I want to make sure that your answers to
12 Number 3 are accurate and complete as of today.
13 So I'm going to go through each one.  These are
14 publications that you're alleging.  Correct?
15     **A    Yeah.  Just for each ...**
16     Q    So the first paragraph, "In September and
17 October 2016, defendants published, and arranged
18 for Christopher Steele to publish, the contents of
19 CIR 112 to members of the print and online media,
20 including The New York Times, the Washington Post,
21 CNN, and Yahoo! News."
22     **A    Uh-huh.**

30

1      Q    When did you learn about this alleged
2  publication?
3      **A    Just a second.  The question when I was**
4  **first time aware, became aware about this**
5  **publication?**
6      Q    Yes.
7      **A    Yeah.  I was — I was aware about this**
8  **publication when and if this was published in**
9  **BuzzFeed, in January of 2017.**
10     Q    In January of 2017 you became aware of
11 the BuzzFeed publication.  Correct?
12     **A    That's correct.**
13     Q    But when did you become aware of the
14 publication you're alleging here in this first
15 paragraph?
16         MR. LEWIS:  I'm just going to caution the
17 witness about privilege.  While he can answer, if
18 it's the answer that he learned from counsel, he
19 is not to further discuss any communications with
20 counsel.
21     Q    I don't want to know about your
22 communications with counsel.  I just want to know

31

1  when you learned of this publication, or this
2  alleged publication in the first paragraph.
3      **A    So could you just clarify the question.**
4  **You know, the question was when I first**
5  **time became aware about that CIR 112.  That's**
6  **correct?  Is that correct?**
7      Q    No.
8      **A    No.**
9      Q    You're alleging --
10     **A    It wasn't.**
11     Q    You're stating here in this paragraph
12 that the defendants published and arranged for
13 Steele to publish the contents of CIR 112 in
14 September and October of 2016 to the New York
15 Times, The Washington Post, CNN, and Yahoo! News,
16 not BuzzFeed.
17     **A    Uh-huh.**
18     Q    When -- when did you learn of this
19 alleged publication?
20         MR. LEWIS:  So objection to the extent
21 the question would call for the witness to reveal
22 privileged communications with counsel.

32

1      Q    I'm not asking what the communication
2  was, just when it was.
3      **A    I think that was probably afterwards,**
4  **2017, in --**
5      Q    So --
6      **A    After January 2017, when it was first**
7  **time published in the BuzzFeed.**
8      Q    Do you know when in 2017 you learned of
9  these alleged publications in the first paragraph?
10     **A    No.  So first of all, again, you know,**
11 **I just would like to, you know, repeat that, you**
12 **know, I am not a lawyer so I don't understand**
13 **exactly what the meaning of the words "published."**
14 **Because as far as I remember, it was published**
15 **just in -- from my, you know, kind of -- kind of**
16 **simple understanding, it was published in BuzzFeed**
17 **in January 2017.**
18 **So, but it was a lot of information**
19 **afterwards regarding Mr. Steele and his effort to**
20 **distribute this information before publication in**
21 **BuzzFeed.**
22 **So probably I became aware about that**

33

1 afterwards. I don't remember exactly the timing
2 of that.
3     Q    But you're sure it was 2017?
4     A    Probably, yes. You know, I don't
5 remember exactly whether it 2017 or later on. But
6 it was a lot of media report regarding the story,
7 regarding the whole story of the so-called Trump
8 dossier, Mr. Steele dossier.
9         So probably, you know, I don't remember
10 when exactly that the publication took place.
11 But, you know, I became aware about the whole this
12 story, which run in the publication BuzzFeed later
13 on, so it's probably 2017.
14    Q    And how did you learn about the alleged
15 publication in the first paragraph?
16        MR. LEWIS: Okay. And objection, in part
17 that it calls for the witness to reveal privileged
18 communications.
19    A    Yeah, I don't -- I don't remember exactly
20 when did I get this information. I don't remember
21 exactly. But it seems to me it was publicly known
22 that Mr. Steele made a lot of efforts to publish

34

1 this information before publishing in BuzzFeed.
2     Q    Let's go to the second paragraph. In
3 October -- you said in October of 2016 -- October
4 of 2016 -- I'm sorry. Did somebody say something?
5         The second paragraph says, "In October
6 2016, Steele gave an interview" --
7     A    Okay.
8     Q    -- "(as arranged by or at the direction
9 of defendants) to David Corn, a writer for Mother
10 Jones magazine, in which Steele published to Corn
11 the contents of CIR 112."
12        When did you learn of this alleged
13 publication?
14    A    Yeah, that's -- that's exactly the same
15 answer as I gave you in the previous question. I
16 don't know exactly. And I don't know what was the
17 source of this information. But as far as I
18 understand, it was public information which was
19 distributed later on.
20    Q    So you learned about this from the media
21 in 2017?
22        MR. LEWIS: Objection to form. I don't

35

1 know what the definition of "this" is.
2     Q    Did you learn about --
3     A    I don't remember.
4     Q    Mr. Fridman, did you learn about this
5 alleged publication from the media in 2017?
6     A    I don't remember exactly where did I get
7 this information. Maybe lawyer told me. Maybe
8 from -- from some media.
9     Q    Let's look at the third paragraph. "In
10 November 2016, defendants organized a meeting in
11 Great Britain between Steele and David Kramer, in
12 which Steele published the contents of CIR 112 to
13 Kramer, and defendants subsequently published the
14 contents of CIR 112 to Kramer for redelivery and
15 further publication to John McCain."
16        When did you learn of that alleged
17 publication, Mr. Fridman?
18    A    I would like to repeat the same answer.
19 I do not recall exactly where did I get this
20 information. Maybe, you know, from lawyer
21 sources, maybe from media, because media made a
22 lot of information about the whole story. So I

36

1 don't remember.
2     Q    Let's go to the next paragraph.
3     A    Okay.
4     Q    "In 2016, upon information and belief,
5 defendants published the contents of CIR 112 to
6 their clients, including Perkins Coie, LLP, the
7 Democratic national committee, the campaign of
8 Hillary Clinton, and/or HFACC, Inc."
9        When did you learn of that publication,
10 that alleged publication?
11    A    My answer is the same. I don't remember
12 exactly when did and where I did -- where I got
13 this information from. And it's probably either
14 from kind of public sources or from conversation
15 with my lawyers.
16    Q    Okay. Let's go to the next paragraph.
17 "In publishing the contents of CIR 112, defendants
18 knew or reasonably should have known that the
19 above-referenced individuals and entities (or
20 others to whom they published CIR 112) would
21 further disseminate and publish the contents of
22 CIR 112 to others."

37

1        When and how did you learn of that
2   alleged publication?
3        A   Again, I just do not want to interpret it
4   legal, from legal standpoint, you know, meanings
5   of term "publishing."
6            So I just like to repeat my previous
7   answer.
8        Q   Let's go to the next paragraph.  "On
9   January 10, 2017, BuzzFeed, Inc., which had
10  received a copy of CIR 112, published the contents
11  of CIR 112 on the internet, along with an article
12  entitled, 'These reports allege Trump has deep
13  ties to Russia.'  Upon information and belief,
14  BuzzFeed received the dossier from defendants or
15  somebody who obtained it from defendants."
16           When did you learn about this
17  publication, this alleged publication?
18       A   Yeah.  That --
19           MR. LEWIS:  Objection.  Objection to
20  form.
21           There are two sentences that you've read
22  to him, and your question can be interpreted in a

38

1   number of different ways.
2        Q   When did you learn about the alleged
3   publication in the first sentence?
4        A   This -- this publication was distributed
5   widely, almost immediately, so I don't remember
6   exactly the date.  But that was probably happen,
7   you know, be -- you know, in a couple of days
8   after publication.
9        Q   So within two days of January 10, 2017,
10  you learned about the alleged publication in the
11  first sentence here?
12       A   Yes.
13       Q   And did you learn about that -- how did
14  you learn about that alleged publication in the
15  first sentence here?
16       A   As far as I could recall it, I read it in
17  internet.
18       Q   You read it yourself?
19       A   Yeah.
20       Q   Did somebody bring it to your attention?
21       A   Yeah, it seems to me that was immediately
22  information that my personal name and Alfa's name

39

1   was mentioned in that dossier.  So I -- I didn't
2   read the whole dossier; I just read the piece
3   which was, you know, dedicated to us.
4        Q   Before you first went online to look at
5   that memorandum and the dossier, did somebody tell
6   you that this memorandum was online?
7        A   Yeah, probably somebody told me.
8   Probably somebody told me.  Because I'm not -- I
9   am not reading BuzzFeed on a regular basis.  So
10  probably somebody told us.
11       Q   Do you recall who that was?
12       A   No, I don't remember.
13       Q   In the second sentence here --
14       A   But that was --
15       Q   Go ahead.
16       A   That was a big news, so everybody knew
17  that.
18       Q   In the second sentence here, "Upon
19  information and belief, BuzzFeed received the
20  dossier from defendants or somebody who obtained
21  it from defendants."
22           When did you learn of that allegation?

40

1        A   I just would like to repeat the answer
2   which I gave you previously.
3        Q   Can you repeat it for the record, please?
4        A   Yeah.  Yes.  I don't remember exactly
5   when I got information, received information that
6   BuzzFeed received this dossier from defendants or
7   somebody who obtained it from defendants.  But
8   either it was certain publication in media later
9   on or it was in a conversation with my lawyer.
10  But that's -- that's information, you know, I
11  received later.
12       Q   Are there any other publications you are
13  challenging in this lawsuit?
14           MR. LEWIS:  Objection to form.
15       A   No.  No, as far as I know.
16       Q   Other than the alleged publication by
17  BuzzFeed, did any of the other alleged
18  publications in response to Interrogatory 3 reach
19  the public?
20           MR. LEWIS:  Objection.  "Reach the
21  public" is ambiguous.
22       Q   You may answer the question.

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

41

1        MR. LEWIS:  I would ask you to reframe
2 it, Josh, because, you know, "the public" is
3 ambiguous in your question.
4        Does it mean members of the public, any
5 members of the public?  Does it mean on the media?
6 It can mean different things.  So I would ask you
7 to clarify the question.
8    A    Yeah, what do you mean, other -- other
9 publication with the same -- with the same
10 substance?
11    Q    You've stated that the BuzzFeed
12 publication went on to the internet.  Correct?
13    A    Yes.
14    Q    Did any of these other publications that
15 you have alleged in response to Interrogatory 3
16 lead to material that was published online?
17    A    As far as I understand, it was thousands
18 of publication later on, with this kind of
19 comments.  And then it says in discussion
20 regarding this information, which contained in the
21 CIR 112, after it was published in -- in BuzzFeed.
22 So --

---

42

1    Q    Before -- yeah.  Before --
2    A    Yeah.
3    Q    -- there was the CIR 112 publication in
4 BuzzFeed, are you aware of any other publications
5 of CIR 112 on the internet?
6    A    No, I was not aware about that before.
7    Q    And so the only alleged publication that
8 you've listed in response to Interrogatory 3 that
9 went to the internet was the alleged publication
10 to BuzzFeed.  Correct?
11    A    That the first publication regarding --
12 regarding this content of CIR 112, the first
13 publication was in BuzzFeed.
14    Q    Right.  And you don't, for example --
15    A    As far as I --
16    Q    -- have any --
17    A    The first, you know, kind of, you know,
18 widely spreaded publication.  I don't know
19 regarding the other.
20    Q    You have no knowledge that there was
21 widely spread information from the other
22 publications.  Correct?

---

43

1    A    I didn't know that before publication in
2 BuzzFeed.
3    Q    It's only the BuzzFeed publication that
4 was widely spread that you have knowledge of.
5 Correct?
6    A    No; that was the first one.
7        MR. LEWIS:  Objection.
8    A    It's not only.  It was --
9    Q    You --
10    A    It was probably a lot of.
11    Q    You -- do you, for example, know if David
12 Corn put online anything in CIR 112?
13    A    No, I haven't read David Corn.  I don't
14 know.  I didn't know this information.  I didn't
15 know this information before publication in CIR
16 112 in BuzzFeed.
17    Q    Okay.  After any of these publications,
18 did you take any action to try to counter the
19 information in CIR 112, other than filing
20 lawsuits?
21    A    Yeah, I just -- I just, you know, kind of
22 refresh my memory regarding Mr. Govorun

---

44

1 employment, and just got information from
2 Alfa-Bank what was the first date of his -- of his
3 hiring.  Because he was relatively kind of
4 insignificant manager in -- in Alfa-Bank.
5        So I just -- just clarify what was the
6 date of his -- his contract, beginning of his
7 contract.  And that's the only thing which I've
8 done.
9        And, also, I spoke with lawyers
10 definitely.
11    Q    Did you reach out to any members of the
12 media about CIR 112 after it was published?
13    A    Oh, yeah.  We actually -- we actually
14 spoke with the BuzzFeed, you know, chief editor,
15 it seems to me, and his -- his colleague.
16    Q    Who -- did you, personally, speak with
17 the chief editor?
18    A    No, not -- I mean, we spoke by -- by
19 phone.
20    Q    You and he spoke by phone?
21    A    Yeah.  Me and my colleague from -- from
22 LetterOne, who was actually in charge for media

---

45

1 relationship. So we -- we just tried to convince
2 to him that information which they publish is
3 completely wrong.
4     Q   Is the LetterOne individual Stuart
5 Bruseth?
6     A   That's correct.
7     Q   What did you tell BuzzFeed?
8     A   Sorry. So what I told that it's
9 completely wrong information which contains a
10 lot -- a lot of fake facts, and therefore their
11 obligation as a kind of responsible media just to
12 correct this information or withdraw this
13 information completely.
14     Q   Did BuzzFeed correct the information that
15 you told them was false?
16     A   No. As far as I know, they didn't change
17 anything.
18     Q   And when they didn't change anything, did
19 you follow up with BuzzFeed?
20     A   It seems to me we got two conversation
21 with them. The first conversation we just, you
22 know, explain our kind of position and explain

46

1 that we completely disagree with what was
2 published in BuzzFeed.
3         And the second one, it was kind of just a
4 kind of followup of the first one. And they
5 actually arguing with our proposal to withdraw the
6 whole misinformation, our -- incompletely correct,
7 the whole article. And finally, as far as I
8 understand from interaction between Mr. Bruseth
9 and them, that they decided not to do what we
10 asked for.
11     Q   Did anyone else on behalf of yourself or
12 any of the companies in which you have an
13 ownership interest speak with BuzzFeed at your
14 direction?
15     A   As far as I know, nobody except this, you
16 know, conversations.
17     Q   Why did you ask Stuart Bruseth to be the
18 person to contact BuzzFeed with you?
19     A   Because that's -- that's his professional
20 duty. He is the guy who is in charge of public
21 relations and the relationship with media in
22 LetterOne. And for him, that would be quite

47

1 natural, to -- to contact them.
2     Q   Can you turn to Exhibit 103, please.
3     A   103?
4     Q   Sorry. Document. Document 103, and
5 we'll call it Exhibit 7.
6         (Defendants' Deposition Exhibit 7 marked
7 for identification and is attached to the
8 transcript.)
9     A   Okay. Document 103.
10         This is called Opus 2?
11     Q   Pardon me?
12     A   103, that's Opus 2 International.
13     Q   Right.
14     A   Is that correct?
15     Q   Correct. This is a transcript excerpt
16 from your UK trial Aven V Orbis, where Mr. Aven
17 testified.
18         And if you look at Page 14 of that
19 transcript, at Line 5. Tell me when you're there.
20     A   Uh-huh. Yeah.
21     Q   It says -- this is a question from the
22 lawyer asking Mr. Aven, "This is one of your

48

1 documents that you have disclosed in this case.
2 It's an e-mail just after the -- at the time of
3 the BuzzFeed publication from somebody called
4 Stuart Bruseth, who is director of communications
5 at LetterOne. Yes?"
6         And Mr. Aven says, "Yeah."
7         Do you see that?
8     A   Yes.
9     Q   What is the e-mail to Stuart Bruseth that
10 you disclosed to the -- to the lawyers for
11 BuzzFeed -- I'm sorry, for Orbis at the UK trial?
12     MR. LEWIS: Objection. Form.
13     This is Mr. Aven's testimony?
14     MR. LEVY: Yeah.
15     A   Yeah, that's correct. That's -- that's
16 what I would like to say. I don't know what --
17 what kind of e-mail Mr. Aven means in his answer.
18 But you probably should get the chance to ask
19 Mr. Aven when he will be deposed.
20     Q   So you don't know.
21     A   I don't know.
22     Q   Okay. When BuzzFeed published CIR 112 in

Transcript of Mikhail Fridman
Conducted on November 17, 2020

49

1  January of 2017, did you contact Richard Burt?
2      A   No, as far as I could recall it.
3      Q   Did you contact anyone from BGR after
4  BuzzFeed published CIR 112?
5      A   No.  No.
6      Q   Did you contact --
7      A   No.
8      Q   -- any other PR representative after
9  BuzzFeed published CIR 112?
10     A   No.
11     Q   Did you or anyone from your companies, or
12 any of your business partners suing the defendants
13 in this case, issue any statements about CIR 112
14 to the media?
15     A   I could just say on behalf of myself, I
16 don't remember that I am publishing a statement
17 regarding that.
18     Q   What about your companies; did they
19 publish a statement?
20         MR. LEWIS:  Objection to form, "your
21 companies."
22     Q   Did Alfa publish a statement?

50

1      A   I don't remember, frankly speaking.  You
2  should -- you should ask them.
3      Q   Did you hold a board meeting at LetterOne
4  or Alfa about CIR 112?
5          MR. LEWIS:  Objection to form.  "Hold a
6  board meeting"?
7      Q   Did -- was there an Alfa board meeting
8  where you were present that discussed CIR 112
9  after it was published?
10     A   Yeah, actually, first of all, we do not
11 have company, we don't have any, you know,
12 particular board with the name Alfa.  You know, we
13 have Alfa-Bank, Alfa Capital.  We have plenty of
14 different companies.  And I don't recall that we
15 have any board with this specific situation in the
16 agenda of the board, like discussion about CIR
17 112.
18         I think in many occasion in different
19 board of different entities, including LetterOne,
20 and Alfa-Bank, we -- we briefly touched this
21 topic.  Because definitely that topic was
22 pretty -- pretty visible and quite -- quite

51

1  important for the image of Alfa-Bank and for my
2  personal image, so on and so forth, and for
3  LetterOne.  So we mentioned that many times.
4          But I don't recollect any kind of
5  particular specific discussion about CIR 112 in
6  the boards of entity relate to Alfa or LetterOne.
7      Q   At which entity's board meetings was CIR
8  112 discussed?
9      A   I think a lot of board meetings where I
10 present.  In almost each board, in that time
11 especially, of any Alfa entity or LetterOne, that
12 topic was mentioned.
13     Q   So it was mentioned in an Alfa-Bank board
14 meeting?
15     A   Yeah, as -- in the context.  I would not
16 say -- again, that was not, like, specific item in
17 the agenda.  But in the context, of course, you
18 know, people were very concerned regarding that.
19     Q   Were there minutes from those board
20 meetings where CIR 112 was discussed?
21     A   I don't think so.  I don't remember.  I
22 could not recall this type of minutes.

52

1          But definitely that was, like, you know,
2  discussion.
3      Q   Were there e-mails, memoranda discussing
4  the or reflecting the Alfa-Bank board discussions
5  of CIR 112?
6      A   I could not recall.
7          MR. LEWIS:  Objection to form.  That he's
8  aware of.
9          Your question is he aware of e-mails --
10         MR. LEVY:  Yes.
11         MR. LEWIS:  -- to -- in the context of
12 your question.
13     Q   Please answer the question.
14     A   I don't know.  I don't know just exactly
15 whether it was mention in certain e-mails or not.
16 Who knows.
17     Q   Were there LetterOne board meetings where
18 CIR 112 was discussed?
19         MR. LEWIS:  Objection.
20     Q   That you're aware of?
21         MR. LEWIS:  My objection, Mr. Levy, is
22 that is engaged immediately, and conversations

53

1 that took place after that were part of the
2 attorney-client conversations.
3     So I'm going to direct Mr. Fridman not to
4 answer any questions about communications that
5 were, you know, with counsel or were for the
6 purpose of communicating with counsel.
7   Q    Were there LetterOne board meetings that
8 discussed CIR 112 before you engaged litigation
9 counsel?
10   A    I could not recall.  Probably -- look,
11 that was very important topic, of course, for
12 image and personal reputation of me personally, my
13 partners, and also, of course, LetterOne.
14     So that was a lot of discussion in
15 LetterOne board, especially from point of view of
16 our public relations strategy.  You know, what
17 kind of damage we got from that publication, what
18 should we do, and so on.
19     That's -- that's definitely was one of
20 the important kind of topic.  And, of course, I
21 have personal discussion with my lawyers.
22   Q    Are there minutes from the LetterOne

54

1 board meetings where CIR 112 was discussed?
2   A    I don't know.  I don't know.
3   Q    Are there e-mails or memoranda that
4 discuss or reflect the LetterOne board meeting
5 discussions of CIR 112, that you're aware of?
6   A    Yeah, I don't know, frankly speaking.  I
7 am not aware about that.
8   Q    What was decided at the board meetings
9 regarding CIR 112?
10     MR. LEWIS:  Objection.  Assumes -- the
11 question makes assumptions that are not in
12 evidence that -- it assumes that LetterOne, an
13 entity makes decisions about the defamation.
14   A    That's -- that's fair comment.  It seems
15 to me, of course, despite that it was the topic
16 which was important for LetterOne and for Alfa,
17 but it was definitely my personal decision to
18 approach the court with -- with claim for
19 defamatory statement.
20   Q    Were any other decisions made by the
21 board of any of these entities where you have an
22 ownership interest with regard to CIR 112?

55

1   A    As far as I know, no -- no one of our
2 entity made any decision regarding them.
3   Q    Did you, Alfa, LetterOne, Mr. Aven, or
4 Mr. Khan reach out to the Russian government and
5 ask the Russian government to clarify the record
6 on CIR 112?
7   A    No.  I could not -- just answer on behalf
8 of myself.  But from my side I would like to say
9 that I am not approach anybody in Russian
10 government on that topic.
11   Q    Did you contact anyone else to help you
12 clarify the record about what was said in CIR 112?
13     MR. LEWIS:  Objection to form.  "Anyone
14 else to clarify the record"?  I don't understand
15 what that means.
16   A    Yeah, what do you mean?  What do you
17 mean?  Whether it is translate from English to
18 Russian, or what?  My knowledge of English is not
19 perfect, but it's enough to read the article.
20   Q    You contacted Stuart Bruseth to help you
21 correct the record.  Yes?
22     MR. LEWIS:  Objection.  Asked and

56

1 answered, referring to the discussion with
2 BuzzFeed's editor.
3   Q    Did you --
4   A    No.  I --
5   Q    -- contact anyone else, Mr. Fridman, to
6 help you correct the public record on what was
7 said in CIR 112?
8   A    No, nobody else.  You know, we have just
9 a couple of telephone conversation with the
10 BuzzFeed representatives.  And when, actually, I
11 made the decision to challenge this publication in
12 the court.
13   Q    And in 2016 and 2017 you had the means to
14 tell your version of the events to the public.
15     Correct?
16   A    Sorry.  It was some kind of echo.  This
17 is -- could you repeat it again?
18   Q    In 2016 and 2017, did you have the means
19 to tell your version of events to the public?
20     MR. LEWIS:  Objection to form.  I don't
21 know what "means to tell" is intended to convey.
22   A    So exactly what do you mean, means to

57

1 tell? Means whether I want -- could you just
2 rephrase your question.
3    Q    You have PAR people you pay. Correct?
4    A    No. I don't pay personally any PR
5 people.
6    Q    The entities in which you have an
7 ownership interest have PR personnel on the
8 payroll. Correct? Like Stuart Bruseth?
9    A    That's correct.
10   Q    Those entities put out press releases.
11       Correct?
12   A    Say it again?
13   Q    Those entities and those professionals
14 issue press releases. Correct?
15   A    You mean generally or on particular
16 topic?
17   Q    Generally.
18   A    Generally, yes.
19   Q    So you have PR vendors and the ability to
20 talk to the media and issue press releases.
21       Correct?
22       MR. LEWIS: Objection. Asked and

58

1 answered. He has already -- he has told you he
2 doesn't personally have any PR vendors.
3    A    Not -- not me personal. The LetterOne
4 and Alfa-Bank or any other entity which have
5 relation, related to Alfa Group, would have a
6 chance to issue press releases.
7    Q    And you talked to the media --
8    A    And I --
9    Q    -- from time to time on your own.
10       Correct?
11       MR. LEWIS: Objection to form. When?
12       Is it ever?
13   Q    Mr. Fridman, you talk to the media on
14 your own from time to time. Correct?
15   A    That's correct.
16   Q    And you have the ability, if you want to,
17 to call up a reporter on an editor or a news
18 producer and tell them what you think and what you
19 know. Correct?
20   A    In theory, yes. But I am not doing that
21 normally.
22   Q    But you've done this in the past.

59

1       Correct?
2    A    No.
3       MR. LEWIS: Objection.
4    Q    You have not talked to the media on your
5 own in the past?
6    A    No; I am talking on the media on my own,
7 but I'm primarily talking not as a kind of
8 capacity of Mikhail Fridman, but as my capacity of
9 member of the board, co-founder, shareholders of
10 either Alfa Group or LetterOne.
11       So in my capacity as a businessman,
12 primarily.
13   Q    Whether it's in your capacity as a
14 businessman or an individual, you have the ability
15 to speak with members of the media, and you've
16 done so. Correct?
17   A    Yeah. In -- in theory, yes.
18       MR. LEWIS: Objection to form. What does
19 "ability" mean?
20   A    Yeah, again, what does an ability?
21 Whether I could contact certain journalist? Of
22 course, I am familiar with a certain journalist, I

60

1 could call them, and they probably will respond to
2 my request to have a meeting with them.
3    Q    Right. Please turn to Document Number 6.
4    A    Okay.
5       MR. LEVY: Mark this Exhibit 8, please.
6       (Defendants' Deposition Exhibit 8 marked
7 for identification and is attached to the
8 transcript.)
9    Q    Can you turn to --
10   A    I'm sorry. Exhibit 8.
11       MR. GILLESPIE: No. It's Document Number
12 6.
13       THE WITNESS: Document Number 6. Oh,
14 yeah, yeah. A, B, C, D, E.
15   A    So this is the plaintiffs' second
16 supplemental response, you mean. Right?
17   Q    Yes. These are plaintiffs' second
18 supplemental responses and objections to
19 defendants' first set of interrogatories.
20       Can you turn to Page 11, please.
21   A    Eleven. Okay. Okay.
22   Q    You'll see your response to Interrogatory

Transcript of Mikhail Fridman
Conducted on November 17, 2020

16 (61 to 64)

61

1  Number 20?
2     A  Uh-huh. Yes.
3     Q  And here it says that you are seeking,
4  quote, "presumed damages and general damages for
5  harm to your reputation and for emotional harm in
6  amounts to be proven at trial, but more than
7  $75,000, together with interest and the costs and
8  disbursements of this action, plus reasonable
9  attorneys' fees."
10    Is that it?
11    A  That's correct here.
12    Q  Is there anything else you're seeking?
13    A  No, as far as I understand.
14    Q  And if you look at the last sentence of
15 your response, it looks like you're breaking that
16 down into three categories. Damage -- quote,
17 "damage to your reputation, affect on your
18 personal relationships, and emotional stress."
19    A  Yes.
20    Q  Is that correct?
21    A  Yes.
22    Q  Is there any other category of harm that

62

1  the alleged defamation caused you?
2     A  Say it again, your question?
3        MR. LEWIS: Objection. That's being
4  alleged in the lawsuit?
5        MR. LEVY: Yes.
6        MR. LEWIS: I think the response to the
7  interrogatory speaks for itself.
8     Q  Is this complete, Mr. Fridman, this last
9  sentence?
10    A  Yeah, I hope so. Yeah.
11    Q  Did you also say that the defamatory
12 information affected how people viewed, regarded,
13 or treated you? The bottom of Page 11.
14    A  Just one second. Information affected
15 how people viewed, regarded. Yes, that's fine.
16    Q  Who are those people?
17    A  That -- it's a very wide circle of people
18 who read this information and, you know, who could
19 believe that this information was truthful.
20    Q  What relationships, what personal
21 relationships of yours, were affected?
22    A  Actually, you know, the -- first of

63

1  all -- first of all, you know, that was affected
2  my -- my, you know, my relatives. My parents, for
3  instance, and my -- my kids, my daughters. All of
4  them were very concerned about that because that's
5  very serious allegation.
6        My mom, who is right now 80 years old,
7  she called me in that time, I remember it very
8  well. And told that, Look, so what's going on?
9  Did you really intervene into American election,
10 and so on?
11       I said no. But, of course, she was very
12 worried. And I'm worried because she was worried.
13    Q  Anyone else?
14    A  My daughters, a lot of my friends called
15 me. But, of course, you know, probably millions
16 of people. You didn't call me, because you
17 don't -- they don't know me personally.
18    Q  Which friends called you?
19    A  What do you mean? You need name of my
20 friends?
21    Q  Anyone you're claiming whose relationship
22 changed because of this, we want the names of the

64

1  people, yes.
2     A  I don't know what it change. It's --
3  it's not a -- it's not a kind of very visible.
4  But probably -- and probably -- I hope they do not
5  believe in that.
6        But, you know, my close friends probably
7  don't believe in that. But I think that a lot of
8  people who could believe what was published there.
9     Q  Do you have names of any of those people?
10    A  So you mean name of those who -- who
11 started to believe this information is objective?
12 I think it's millions of people like that. I
13 could mention the name of my -- of those who I
14 know personally, they called me. And I don't know
15 whether it change their relationship to me or not.
16 Because that's -- that's, you know, kind of their
17 own personal decision. I hope not.
18       And by the way, I hope that if the
19 outcome, which I rely on, would be a positive for
20 that litigation, at least maybe will have a kind
21 of confirmation that -- that that information
22 which was published was completely, complete lie.

65

1    Q    Well, you're trying to claim compensation
2  because relationships have changed.  Tell me the
3  relationships that changed because of this alleged
4  defamation.
5    A    Yeah.  That was a lot of changes.  But
6  first of all, there was a huge emotional damage,
7  as I said.  Right?  It was a lot of example when
8  the people decided to actually to withdraw from
9  our certain project, in charity, for instance, in
10  philanthropy.  Because of that.
11    Q    Who are those people?
12    A    Just to make one example.  I don't know
13  whether you're -- a matter of just or not, you
14  probably heard the name Quincy Jones.
15        You know this name?
16    Q    That's one person.  Who else?
17    A    No.  But that's quite -- quite
18  interesting case.  Because we signed a contract
19  with him --
20    Q    Mr. Fridman, I need you to answer my
21  question.
22        My question is, who else?

66

1    A    We have the same problem with the -- with
2  the Kennedy Center in -- in Washington.  And we
3  became sponsor of -- I don't know exactly the name
4  of those who in charge for that.  But that people
5  decided not to be in relationship with us because
6  of that publication.
7    Q    Anyone else?
8    A    Again, you know, we have a couple of
9  situation business area connected with this.
10    Q    Who?
11    A    So that -- sorry?
12    Q    Who?
13    A    For instance, we have been rejected by
14  CFIUS, U.S. watchdog for foreign investment,
15  despite previously, before this publication, we've
16  been approved by CFIUS to invest in U.S. tech
17  company.  And afterwards, after the publication
18  took place, our application for investment, for
19  other investment, was rejected.
20        So, and we definitely connected the whole
21  this changes of position of CFIUS with regards to
22  our investment with this publication.

67

1    Q    Anyone else?
2    A    I could not recall everybody, but it's a
3  lot of example like that.  I could not just
4  mention particular name.  But just I think that's
5  couple of example is quite enough for understand,
6  who are -- for describing the -- the seriousness
7  of that -- of the impact of that publication.
8    Q    Are your parents still alive?
9    A    Yes.  God bless them, they are still
10  alive.
11    Q    What are their names?
12    A    My mother's name is Evgenia Rothstein.
13    Q    How do you spell Rothstein?
14    A    R-O-T-S-H-T -- I don't know.  That's
15  probably -- I don't know in the English.  But of
16  course I know in Russian.  But R-O-T-S-H-T-E-I-N.
17    Q    And what's your father's name?
18    A    The same as myself, Fridman.  It's Marat
19  Fridman.
20    Q    Marat.
21    A    Marat, yeah.
22    Q    Do they live together?

68

1    A    Sorry?  Yeah, they together.  Yeah.
2    Q    Can you provide me with an address?  Can
3  you provide me with their address, please?
4        MR. LEWIS:  Objection.  This is
5  intrusive, it's harassing.  It's not necessary.
6  But if you want to take it up with me separately
7  outside of the deposition, we can do that.
8        MR. LEVY:  Sure.
9    Q    Mr. Fridman, are you claiming
10  compensation for the alleged defamatory statements
11  affecting your relationship with your parents in
12  this lawsuit?
13    A    No, I'm -- as far as I understand, we are
14  claiming this compensation for defamatory
15  statement for moral damage and emotional damage
16  and damage of our -- of my reputation and so on.
17  That's all together, not just particular for
18  certain, you know, relationship with my -- my
19  parents.
20    Q    Yeah.  And I'm just trying to clarify.
21  This is not my client's lawsuit or mine, it's
22  and so if you are trying to seek

69

1  compensation for an altered relationship, my
2  clients are going to have to have the right to
3  take discovery from those people.  And if you're
4  not going to claim damage from the relationship
5  with your parents, we won't explore it.  But if
6  you are, we have that right.
7      A   Please.
8          MR. LEWIS:  Objection.
9      A   You could explore it.
10     Q   We can serve them with a subpoena.
11         MR. LEWIS:  Well, if you want to request
12 addresses of relatives --
13         MR. LEVY:  Yes.
14         MR. LEWIS: -- you can direct that to me
15 personally.
16         But he's not going to testify as to his
17 parents' addresses in this deposition.
18     A   If you -- if you're -- if you really wish
19 to bring to subpoena my 80 years old parents, you
20 could -- you could probably try to do that.  I'm
21 not sure they could able to do that.  But anyway,
22 you know ...

70

1      Q   Do you have Quincy Jones' contact
2  information?
3      A   Sorry?
4      Q   Do you have Quincy Jones' contact
5  information?
6      A   I am not in contact with Quincy Jones
7  personally.  I don't have his -- his personal
8  data.
9      Q   Did you -- did you not have a
10 relationship with him before the BuzzFeed
11 publication came out in January of 2017?
12     A   Not me, personally.  Not me, personally.
13     Q   So how did that relationship change once
14 CIR 112 went online?
15     A   That's what I told you.  We are
16 sponsoring the very kind of prominent jazz
17 competition between young musicians, called
18 LetterOne Young Jazz Race.  And it's every year
19 participate hundreds of young jazz musician in
20 Europe and the U.S.
21         And this -- and we need a jury, the jury
22 who will make a decision regarding who would be

71

1  the winner of that race.  And we have definitely
2  managers who in charge for that.
3          And we sign an agreement with Mr. Quincy
4  Jones, who is the legendary name in jazz world,
5  about his, you know, participation in this jury.
6  And of course his name and his professional skills
7  will help a lot and will make this race even more
8  attractive in eye of young musicians.  And he
9  signed this agreement, as far as I could recall
10 it.  And when, after this publication, he decided
11 to withdraw from that competition.
12         And, of course, he mentioned firmly, as
13 far as I heard from those who was in contact with
14 him, that he rejected because he afraid to damage
15 his reputation.  He did not know us personally too
16 well, and subsequently he did not know whether
17 it's true or -- or fake or lie which was published
18 in CIR 112.
19         And therefore he decided it would be
20 better for him and for his reputation not to be
21 associated anyhow with -- with me personally
22 because it was our company, and so on and so

72

1  forth.
2      Q   Who was the agreement between?
3      A   I don't know exactly details of this
4  agreement.  But I think if you wish we probably --
5  I don't know.  You could approach our lawyers, and
6  they probably could help you with the detail of
7  that information.  Okay?
8          Sorry, Mr. Levy?
9          MR. LEWIS:  He seems to be frozen on my
10 screen.
11         (Discussion off the record; technical
12 difficulty.)
13         MR. LEWIS:  Could I suggest that since we
14 have gone off, we take a bathroom break now, five
15 to ten minutes?
16         THE WITNESS:  Okay.
17         (A recess was taken.)
18 BY MR. LEVY:
19     Q   Can you please turn to Document 12.
20     A   Twelve.  Okay.
21     Q   This should be an e-mail from Alan Lewis
22 to me and others on October 2, 2020.

73

1    A    Okay.
2    Q    So I just want to clarify.  This e-mail
3 indicates that plaintiffs will not be seeking
4 special damages based on financial losses, and
5 therefore there are no damages documents to
6 produce.
7        Is that correct?
8    A    Yeah, that's -- e-mail from my lawyer, I
9 trust him very much, so I think he's right.
10   Q    Okay.  You had raised the alleged
11 rejection of a business opportunity by CFIUS.  And
12 I just want to ask you if you are claiming damages
13 in this lawsuit for any lost business from that
14 alleged action by CFIUS.
15   A    No.  But that probably should be claim
16 not from my side, but rather from the company.
17       Is that correct?
18   Q    The company is not a plaintiff in this
19 lawsuit, is it?
20   A    Yes, probably, yes.  So probably the
21 company should, you know, undertake certain legal
22 step, if necessary.

74

1    Q    Okay.  But you --
2    A    You --
3    Q    You, personally, are not claiming
4 financial loss.  Correct?
5    A    As far as I understand, no.
6    Q    So you're not claiming that this harm
7 from CFIUS is part of this claim for you.
8        Correct?
9    A    That's correct.
10   Q    I think when we broke inadvertently you
11 were telling me about the Kennedy Center.
12       Can you tell me who at the Kennedy Center
13 contacted you?  I just need a name.
14   A    Again, you know what?  I was not in
15 personal contact with the Kennedy Center.  I was
16 in the Kennedy Center, you know, once upon a time.
17 And they agreed that we will finance renovation of
18 Israeli -- so-called Israeli room there.  And as
19 LetterOne, I mean.
20       And LetterOne made a kind of competition
21 among the modern Israeli, you know, kind of -- and
22 painters and designers, to make a design -- and

75

1 architect, to make the best design for -- for the
2 Israeli room in Kennedy Center in Washington.
3        And when, after this BuzzFeed
4 publication, Kennedy Center decided not to, let's
5 say, continue, you know, this relationship.  So
6 effectively finally that was not done.  Which was
7 a pity for me as Israeli citizen, by the way.
8        So -- so I was not in the contact with
9 the -- personally with the Kennedy Center.  So,
10 but, again, if you approaching Mr. Alan Lewis and
11 my lawyers, they probably could provide you enough
12 details for getting more information on that
13 regard.
14   Q    But you have no personal knowledge of who
15 contacted you from the Kennedy Center?
16   A    No, I don't remember.
17       MR. LEWIS:  Objection to form.  He's
18 testified to his knowledge.
19   Q    Are there any names of any other friends
20 of yours whose relationships are different because
21 of the publication you're alleging in this
22 lawsuit?

76

1    A    I could not mention any particular name,
2 because my friends, of course, when I explained to
3 them and told them that it's completely fake
4 information, they at least verbally said, Okay, we
5 understand.
6        I don't know whether it change their mind
7 about me or not.  It's very difficult to measure
8 that.  Right?  But I'm sure that people are so --
9 you know, it's definitely a lot of people who
10 called me and ask about that.  But -- but I could
11 not guarantee, or I could not any -- get any
12 evidence where they have changed relationship to
13 me, because that's personal things, which very
14 difficult to make objective measuring on that.
15       But I'm sure that those who didn't know
16 me and don't know me, I mean, millions of people
17 in Russia and other countries, and U.S., they have
18 changed relation to me, if any.  If they have any
19 relation.
20   Q    Do you have names of any of those people?
21   A    No.
22   Q    Did your relationship with your daughters

77

1  change?  You had raised that before.
2      A    No, I didn't say that my relationship
3  with my daughter change.  What I said, that —
4  that was affected strongly, all this information.
5  And, of course, it was a lot of, let's say, moral
6  disappointment regarding that.
7          You know, probably it's quite natural if
8  your daughter would listen that you intervene in
9  Russian election or British election illegally or
10 bribing president of some country, probably it
11 will not too pleasant for her.  Right?
12     Q    What did you tell her?
13     A    I told her exactly the same.  Don't
14 believe in that.  That story, it is a full — full
15 completely lie what was published there.
16     Q    And you said that to both of your
17 daughters?
18     A    Sorry?
19     Q    You said that to both of your daughters?
20     A    I have actually four daughters.
21     Q    Four daughters.  Pardon me.
22     A    Yeah.  No problem.

78

1      Q    Let's clarify then, which daughters —
2      A    And one son.
3      Q    Which daughters approached you,
4  Mr. Fridman, after the document was published by
5  BuzzFeed?
6      A    My daughter Larisa and my daughter
7  Katerina were elder daughters.  They already
8  adult.  So they understood, you know, kind of —
9  kind of seriousness of the problem.
10     Q    And you told them that what was in CIR
11 112 was false?
12     A    Exactly.
13     Q    And did they believe you, after you told
14 them?
15     A    I think so.
16     Q    And similarly with your parents, did you
17 tell your parents that what was in CIR 112 was
18 false?
19     A    Exactly.
20     Q    And they believed you?
21     A    Yeah, I think so.
22     Q    And your relationship with your parents

79

1  and your daughters is good today?
2      A    So far so good.
3      Q    When these different people reached out
4  to you, whether it was your parents or your
5  daughters or Quincy Jones, did you experience any
6  emotional stress?
7      A    Of course.  Of course.  Because — no.  I
8  mean, because my mother, she is worried about me
9  all her life.  But in that situation she is
10 worried enormously.
11     Q    Do you get depressed?
12     A    Get what?  Pressed?
13     Q    Depressed?
14         MR. GILLESPIE:  Depressed.
15     Q    Did you go into —
16     A    Oh, depressed.  Sorry.  Sorry.  No, I
17 would not say that I was in depression.  But, of
18 course, it was very unpleasant.
19     Q    Did you cry?
20     A    And first of all — cry?  No, I'm not
21 cry, as far as I could recall it.
22     Q    Did you get —

80

1      A    But it was really — no, I was not happy
2  to.  I was really, really, disappointed.
3      Q    Did you lose sleep?
4      A    I was really — sleep?  No.  Actually,
5  the most of my concern was the kind of health of
6  my parents.  Because —
7      Q    Did you have to see a therapist,
8  Mr. Fridman?
9      A    Did you after seen parents?
10     Q    Yes.  Therapist, a psychologist, because
11 of the publication?
12     A    Ah, therapist.  Sorry.  No.  No.  No.
13 No.
14     Q    Were you having trouble in bed, sir?
15     A    Trouble in bed?
16     Q    Yes.
17     A    You mean — you mean my intimate life?
18         What do you mean?
19     Q    Yes.
20         MR. LEWIS:  Objection.  Harassing,
21 intrusive.
22     A    I don't — I don't think — I don't think

81

1  it's a right question for the discussion.
2      Q    Did you have trouble in your
3  relationships with people close to you intimately?
4      A    I think it's too personal --
5           MR. LEWIS:  Objection.
6      A    -- to discuss it.
7           MR. LEWIS:  Intimately?
8      Q    Did you have -- did you have a lack of
9  confidence?
10     A    No, I have a lot of concern and -- and
11 worries about how it will impact, you know, my
12 personal life, my business, you know, business
13 with other people.  I have a lot of, you know,
14 definitely concern about this.
15     Q    Did you seek any medical treatment?
16     A    No.  Specifically not because of that.
17     Q    Were you --
18     A    God bless.
19     Q    Were you embarrassed to go out in public?
20     A    Embarrass from -- sorry.  Say again.
21          Embarrass?
22     Q    Were you embarrassed to go out in public?

82

1      A    That was not very pleasant feeling, when
2  immediately after publication that was clear that
3  a lot of people read about it.  And if I'm going
4  to certain public place, you know, people knowing
5  me were actually, you know, started to whisper
6  into each other something, whatever.  That was
7  clear it was -- I became a subject of, let's say,
8  public interest, you know.  And then that was, of
9  course, not very pleasant feeling.  I don't like
10 to be in the spotlight.
11     Q    You don't like to be in the spotlight.
12     A    No, I don't like to be too much in
13 spotlight.
14     Q    Were you able to go to work after the
15 document was published?
16     A    Yes.  I actually -- of course it was not
17 pleasant, but I actually, I have a feeling of my
18 responsibility for what I am doing.  So I -- I
19 definitely go for work.
20          And maybe -- by the way, maybe you're
21 right.  Maybe a couple of nights which I slept
22 badly.

83

1      Q    A couple of nights?
2      A    But nevertheless --
3      Q    Right?
4      A    I don't remember.  Few nights maybe.  But
5  because I thought about what would be implications
6  of that publication.
7      Q    A few nights' sleep?
8      A    Sorry?
9      Q    A few nights' sleep?  I just want to --
10 it went from none to two to three.  I'm trying to
11 figure out how many nights' sleep you lost.
12     A    I don't remember precisely.  Probably
13 two, three, four, I don't know, when I decided
14 that we need to --
15     Q    Now we're up to four.  Two, three, four,
16 this is getting better.
17          Because the number, Mr. Fridman?
18     A    Is it -- is it mean -- is it make any
19 particular difference is two or four?
20     Q    It's your lawsuit.  You tell me the
21 answer.  I just want facts.
22     A    Okay.  Let's say four.

84

1      Q    Did any of these three statements in CIR
2  112 cause you emotional stress in any other way?
3      A    I already mention that, you know, kind of
4  all possible way for emotional stress.
5      Q    Anything else with regard to emotional
6  stress?
7      A    No.  That's enough.
8      Q    And was it the BuzzFeed publication that
9  caused this emotional stress?
10     A    Yes.
11     Q    Did any of the other publications you're
12 alleging cause you emotional stress?
13          MR. LEWIS:  Objection to form.  You're --
14 you're referring to the preinternet publication of
15 the defamatory statements?  Are you referring to
16 some other publication?
17     Q    There were other publications that you
18 alleged in your responses to interrogatories.  And
19 I'm asking if any of those publications caused you
20 emotional stress.
21     A    Oh, yeah.  Look, actually, that was the
22 topic, which was extremely, you know, I would say,

Transcript of Mikhail Fridman
Conducted on November 17, 2020

22 (85 to 88)

85

1 hot, hot topic. It was very popular. It was
2 plenty of discussion regarding that dossier in
3 many media sources afterwards, after the first
4 publication in BuzzFeed. And of course --
5   Q   After the --
6   A   After.
7   Q   Right. Only after. Correct?
8   A   Yeah.
9       MR. LEWIS: Objection. Form. He didn't
10 learn of the publication until BuzzFeed, as he's
11 testified already.
12      MR. LEVY: He can answer the question.
13  A   Yeah, but again, you know, I don't
14 exactly understand legal substance of meaning
15 "publication."
16      What I understand from, like, a social
17 point of view, the publication means something
18 which is appear in media sources, that you could
19 read.
20  Q   Did your emotional stress span into 2017?
21  A   Yes.
22  Q   How long did it last?

86

1   A   It still lasting.
2   Q   How so?
3   A   No, because when you open any internet
4 sources regarding me, you could find, you know,
5 this mentioning of that -- of that dossier.
6       And, of course, it's -- it's for -- I'm
7 sure that any -- any, let's say, journalist or any
8 other person who contacted me on the business
9 purpose or any other purpose, he probably, you
10 know, had this information, have this information
11 inevitably, from my standpoint.
12      Even assuming that he didn't ask me about
13 this, the way kind of have in their mind that
14 somebody -- maybe not -- somebody may be wrong
15 with this guy. And who knows, maybe some sanction
16 will be imposed against this guy, or whatever.
17      So that -- that all this kind of
18 suggestion inevitably could get into the mind of
19 those who reading this information. And therefore
20 that's damaging emotionally to me still until now,
21 I would say.
22  Q   Did these three statements harm your

87

1 reputation in any other way, other than what you
2 described today?
3   A   No, I don't think so.
4   Q   If you go to Exhibit 8, these are the
5 second supplemental responses to your
6 interrogatories.
7   A   It's Document Number 12?
8   Q   It's Exhibit 8. Exhibit 8. The document
9 number is Number 6, but it's Exhibit 8.
10  A   Six?
11  Q   Yes. Number 6 in your notebook.
12  A   Okay. Exhibit 8.
13      MR. GILLESPIE: No. Number 6.
14      THE WITNESS: Number 6. Yeah. Exhibit
15 8.
16  A   Interrogatory number? Sorry. Just one
17 second. You know, this is -- the plaintiffs'
18 second supplement. Is it correct?
19  Q   That's correct.
20  A   What's the page? Could you tell me the
21 page, because I could not find this Exhibit 8.
22  Q   Yeah. Although, hold on. I think this

88

1 may be the wrong document.
2       Turn to the -- I'm sorry. Turn to the --
3       MR. LEVY: Andrew, what's the document
4 number for the Rule 26(a) disclosures? The
5 revised disclosures?
6       MR. SHARP: Nine.
7   A   So Document Number 9?
8   Q   Number 9.
9   A   Sorry. And the -- and the --
10      MR. LEVY: This is Exhibit 9, please.
11      THE WITNESS: Exhibit 8?
12      (Defendants' Deposition Exhibit 9 marked
13 for identification and is attached to the
14 transcript.)
15      MR. LEVY: This is Exhibit 9. It's
16 document number -- this is the -- this is
17 plaintiffs' revised initial disclosures.
18  A   Okay.
19  Q   And in it you state that Ed Rogers and
20 Richard Burt have knowledge of the harm that
21 the --
22      (Discussion off the record; technical

89

1  difficulty.)

2      Q    So if you look at Page 10 and 11?

3      A    Ten. Okay. Okay.

4      Q    At the bottom of Page 10 it lists Ed

5  Rogers.

6      A    Correct.

7      Q    Do you see that? And it says, Mr. Rogers

8  has knowledge concerning the damages caused by

9  defendants' publication of the defamatory

10 statements at issue.

11     A    I have a different -- different wording

12 there. "Upon information and belief, Mr. Rogers

13 has knowledge concerning the falsity of the

14 defamatory allegations."

15         Is it correct?

16     Q    Yeah. Keep going.

17     A    "Upon information and belief, Ambassador

18 Burt has knowledge concerning the falsity of the

19 defamatory allegation contained in CIR 112 and

20 damages caused by defendants' publication of the

21 defamatory statements at issue."

22     Q    Right.

90

1      A    Okay.

2      Q    So you also mentioned today that you

3  included your parents, two of your daughters,

4  Quincy Jones, as people who also have -- may have

5  knowledge of the damages caused to you.

6          Why did you not include them in this

7  response?

8          MR. LEWIS: Objection. This is a

9  document, you know, prepared by counsel. His

10 testimony about damages stands on its own.

11     Q    Is there any --

12     A    I mention it --

13     Q    Go ahead.

14     A    As I mention, you didn't ask me. And

15 that's impossible to provide all list of people

16 who know about that. That's probably, you know,

17 kind of millions of people know. And from them,

18 dozens and hundreds of people who I know

19 personally.

20     Q    Today --

21     A    So I -- I didn't mention all -- all

22 possible people who -- who was aware about this

91

1  damage. You didn't ask me about that, as far as I

2  could recall.

3      Q    Well, give me the names of somebody

4  who -- who's told you that their relationship with

5  you is different because of this publication that

6  you're alleging, other than what you've told me

7  today?

8      A    I already told you that it's a lot of my

9  friends who ask me about this publication. And I

10 could mention their name, if you wish. But I

11 could not be guarantee -- I could not guarantee

12 that necessarily has changed where kind of

13 relation to me because of that publication. At

14 least they didn't tell me that explicitly.

15     Q    Can you give me any names --

16     A    But maybe -- do you need any names?

17 Okay. Are you ready to write it? Yeah.

18     Q    Go ahead.

19     A    It's Borus -- Borus Kiperman. It's --

20 it's Dmitri Azara. It's Dmitri Fridman.

21         If you -- are you writing down?

22     Q    Yeah. What's the first name of

92

1  Mr. Fridman?

2      A    Dmitri. Like Dmitri. D-M-I-T-R-I.

3      Q    What did Borus Kiperman tell you about

4  the publication of CIR 112?

5      A    You know, it's -- I don't remember

6  exactly because it was already, like, four years

7  ago. But the general substance of the question

8  was, So what's going on? Did you -- have you seen

9  this publication? Is it true? Is it -- is it

10 impact your -- your personally, is it -- will it

11 impact your -- your business, your life, so on and

12 so forth.

13     Q    And what did you tell him?

14     A    I told them truth, I told them that it's

15 not -- it's completely fake, hundred percent. I

16 told them that I do not know how it will impact my

17 business, I don't know how it will impact my

18 personal life, because I don't know. Because I

19 could --

20     Q    Did he believe you?

21     A    I don't know. I hope so.

22     Q    Who is Borus Kiperman?

93

1    A    He is friend of mine for many years.  He
2  is a businessman.
3    Q    Is he still your friend?
4    A    I hope so.
5    Q    Have you done business with him in the
6  past?
7    A    Many, many years ago.  We are
8  primarily -- primarily social friends.
9    Q    When is the last time you did business
10  with him?
11    A    Sorry?  When is the last -- probably,
12  like, ten years ago.
13    Q    Okay.  Dmitri Azara.
14        Is that right?
15    A    Yes.  Correct.
16    Q    Is he a friend of yours?
17    A    Again, I hope so.
18    Q    And when he told you about CIR 112, did
19  you tell him it was false?
20    A    Exactly.
21    Q    And did he believe you?
22    A    I -- I don't know.  But I hope that he

94

1  believes me.
2    Q    Are you still friends with him?
3    A    I hope so.  I don't know exactly what's
4  his relation to me.
5    Q    Is -- is he someone with whom you did
6  business?
7    A    No.
8    Q    Dmitri Fridman.
9    A    Yes.
10    Q    Is he someone with whom you did business?
11    A    No.
12    Q    He's a friend of yours?
13    A    Yes.  I hope so.
14    Q    You told him that CIR 112 was false?
15    A    Exactly.
16    Q    Did he believe you?
17    A    I don't know.
18    Q    Are you still friends?
19    A    I hope so, but I -- I don't know for
20  sure.
21    Q    Okay.  I'm going to have you turn to what
22  we've marked as Exhibit 4.  This is the

95

1  supplemental -- first supplemental response to
2  interrogatories.
3    A    Exhibit --
4        MR. GILLESPIE:  What document is that?
5        We don't have the exhibit numbers.
6    A    Could you just mention the documents
7  number, Mr. Levy, if possible.
8    Q    Number 5 in your notebook.
9    A    Okay.  And what page, probably, would be
10  the best way.
11    Q    If you can turn to where it responds to
12  Interrogatory Number 2.
13    A    Okay.  I found it.
14    Q    Okay.  And you're looking at this first
15  alleged defamatory statement, "Russia/US
16  Presidential Election:  Kremlin-Alfa Group
17  Cooperation."
18        Do you see that statement?
19    A    That's right.
20    Q    Does this statement include your name in
21  it?
22    A    No.

96

1    Q    In the document you're looking at, you
2  said this statement, quote, "Suggests that
3  plaintiffs and Alfa cooperated with a
4  Kremlin-orchestrated illegal campaign to interfere
5  with the 2016 U.S. Presidential election."
6        Correct?
7    A    That's correct.
8    Q    Does this statement or anything else in
9  CIR 112 mention Donald Trump?
10    A    No.
11    Q    Does anything in CIR 112 or this
12  statement mention the Trump campaign?
13    A    Yes.  This mention Russian/US
14  presidential election.  It means president
15  campaign.  Is it correct?
16    Q    You tell me.
17        Do you see the words "Trump campaign"
18  there?
19    A    No, it was not Trump's campaign.  That
20  was U.S. presidential election.
21    Q    Okay.  Does this statement mention the
22  Kremlin-orchestrated illegal campaign?

97

1    A    Yes.
2    Q    You see those words in that statement?
3    A    No.
4        MR. LEWIS:  Objection to form.  You
5    didn't ask him if it literally has those words.
6    You asked him if it had that meaning.  At least
7    that's how I understood your question.
8        MR. LEVY:  I did not ask that question.
9    A    That's --
10    Q    I asked whether the statement includes
11    the words "a Kremlin-orchestrated illegal
12    campaign"?
13    A    No, that's not include this words.
14    Q    Does this statement state that you were
15    interfering with the 2016 U.S. presidential
16    election?
17        MR. LEWIS:  Objection to form, "does it
18    state."  That could be understood to mean does it
19    literally state that or does it mean that.  So
20    it's ambiguous.
21    Q    Does it state that?  Does it literally
22    state that?

98

1        MR. LEWIS:  I think don't the literal
2    words stand for themselves?  I mean, if you like,
3    you can ask him to read the words.  But a
4    succession of questions about what the words say
5    doesn't seem like it serves much of a purpose.
6    But that's up to you.
7    Q    Mr. Fridman, how did this statement
8    concern you, if it doesn't mention you at all?
9    A    It doesn't mention me, me personally.  I
10    mean, this -- I mean, title of the articles.  But
11    the whole substance of CIR 112 is completely kind
12    of related to me personally and to -- to my
13    partners, Number 1.
14        Number 2, for those who have any
15    experience in doing business in Russia, Alfa Group
16    of course closely associated with me personally
17    and with my partners.
18    Q    And even though you see yourself as
19    closely associated with Alfa, and here synonymous
20    with Alfa, you are not producing documents --
21        MR. LEWIS:  Objection to form.  He does
22    not say --

99

1        MR. LEVY:  Please let me finish the
2    question.
3        MR. LEWIS:  He has not said -- he has not
4    said he sees himself synonymous with Alfa.
5    A    No.
6    Q    You're not producing documents from Alfa,
7    are you?
8    A    I am not producing documents on behalf of
9    Alfa, no.
10    Q    Did you produce any documents from Alfa
11    in your UK lawsuit against Orbis?
12    A    No.  I think that Alfa's documents should
13    be produced by Alfa entity, depending on what kind
14    of entity and subsequent documents.
15    Q    Did you rely on any Alfa documents in
16    your UK lawsuit?
17        MR. LEWIS:  Objection to form.  Rely.
18    A    I don't --
19        MR. LEWIS:  If you are asking what
20    documents are in evidence, doesn't the evidentiary
21    record speak for it was?
22    A    Yeah, what do you mean "rely"?  It means

100

1    what the documents were Alfa was used for -- for
2    litigation in the UK?  Or what do you mean?
3    Q    Did you use any of the documents from
4    Alfa to help your case?
5    A    Not me, personally.  It's probably our
6    lawyers, my lawyers use certain documents from
7    Alfa.  I don't remember exactly.  But probably
8    yes.
9    Q    Can you turn to Document Number 77.
10    A    Seventy-seven.  Seventy-seven.  Uh-huh.
11    It's here.
12        Okay.  It's ownership structure, you
13    mean?
14    Q    Yes.  It is a document entitled Ownership
15    Structure.
16        MR. LEVY:  And we'll mark it Exhibit 10
17    for the deposition.
18        (Defendants' Deposition Exhibit 10 marked
19    for identification and is attached to the
20    transcript.)
21    A    Sorry.  What does it mean, Exhibit 10?
22    We have to number all of the documents in

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

101

1  order as they are introduced for the deposition.
2  **A   Sorry.  That's not for me.  That's not**
3  **for me information.  Uh-huh.**
4  Q   It is, but we're going to make this as
5  easy as possible for you by referring to both the
6  exhibit numbers and the numbers in your notebook.
7  Okay, sir?
8  **A   Okay.  Okay.  Thank you so much.  You're**
9  **very kind.**
10  Q   You're welcome.
11  So in this document it says, Alfa-Bank
12  Ownership Structure.  Correct?  And it says --
13  **A   Yes.**
14  Q   It says Alfa-Banking Group has seven
15  beneficial owners, and you are one of them.
16  Is that right?
17  **A   Yes, that's right.**
18  Q   It says you own 32.86 percent?
19  **A   Yeah, probably.  I don't remember to the**
20  **last digit.  But probably, yes.**
21  Q   That's roughly correct?
22  **A   Roughly correct.**

---

102

1  Q   It says German Khan owns 20.96 percent.
2  Is that roughly correct?
3  **A   As far as I could recall it, yes.**
4  Q   And it says Petr Aven owns 12.4 percent.
5  Is that roughly correct?
6  **A   Yes, probably is.**
7  Q   So if you add up the collective ownership
8  of the three of you, that's over 66 percent of the
9  Alfa Banking Group.  Correct?
10  **A   Something like that, probably.**
11  Q   Are you familiar with the October 31,
12  2016, Slate article and the October 2018 New
13  Yorker article about the Alfa server communicating
14  with the Trump server?
15  **A   Yes.**
16  Q   Are you sure it was this top line of CIR
17  112, and not previously published statements that
18  caused people to view or treat you differently?
19  **A   I think that was also one of the kind of**
20  **information which -- which was very worrying for**
21  **me and probably people could interpret that's**
22  **wrong way.**

---

103

1  Q   So the Slate article could have caused
2  them to see or treat you differently?
3  **A   Say again?**
4  MR. LEWIS:  Objection.  Objection.  Calls
5  for speculation.  "Could have."
6  Q   Have you sued Slate or the New Yorker for
7  defamation?
8  **A   You mean probably New York Times, because**
9  **New Yorker did not publish in that time, in 2016,**
10  **any articles, as far as I could recall it.  New**
11  **York Times probably published certain articles.**
12  Q   There's a New Yorker story from 2018
13  about the Alfa server.
14  Are you familiar with that?
15  **A   Oh, yes.  Yeah.  Yeah.  That was -- that**
16  **was later on.  No, we did not sue, we did not sue**
17  **them.  We did not sue them.  But -- but we**
18  **undertaken certain measure to understand who was**
19  **behind the whole story.**
20  Q   Okay.  But you haven't sued Slate or the
21  New Yorker for defamation.  Correct?
22  **A   No.  No.**

---

104

1  Q   And are you sure it was this top line in
2  CIR 112 that harmed you, and not media about
3  Richard Burt writing portions of Trump's foreign
4  policy speech?
5  **A   Absolutely.  I think that CIR 112 was**
6  **directly address this issue to me.  Mr. Richard**
7  **Burt activity was not known for me at all.  I**
8  **mean, apart from his relationship with -- with**
9  **LetterOne or Alfa Group.  So I think that**
10  **publication regarding Richard Burt could not --**
11  **could not harm me.**
12  Q   You know that the fact of Richard Burt
13  writing parts of Trump's foreign policy speech
14  were published in the media in 2016.  Correct?
15  **A   I did not know about that.**
16  Q   But other people might have, if they had
17  seen it.  Right?
18  **A   Say it again?  Other people might?**
19  Q   I'll withdraw the question.
20  **A   Other people -- okay.**
21  Q   Would you go back to the same document
22  you were looking at earlier, the supplemental

105

1 responses to objections. Sorry, the -- your
2 supplemental responses and objections to
3 Interrogatory Number 2, where you're talking here
4 about the second alleged defamatory statement.
5 This is, Significant favors continued to be done
6 in both directions --
7     A   Okay.  What --
8          MR. LEWIS:  Can you just give us the
9 document numbers.  That's --
10    A   It's Number 5?
11         MR. LEWIS:  -- how we have them
12 organized.
13         MR. LEVY:  Give us one minute here.
14         Sorry.
15    A   It's Document Number 5 probably.  Right?
16         MR. LEWIS:  Mr. Fridman, we're going to
17 stop because Mr. Levy is frozen, has technical
18 problem.
19         (Discussion off the record; technical
20 difficulty.)
21 BY MR. LEVY:
22    Q   In any event, I'm going to read back this

106

1 full quote to you from the place I began before I
2 was interrupted.
3     A   Okay.
4          MR. LEWIS:  Can you just tell us which
5 document number and what page you're reading from?
6          MR. LEVY:  This is the supplemental
7 responses and objections.  It is Document Number
8 5, for Mr. Fridman's reference.
9     A   Okay.  And response to --
10         MR. LEWIS:  And the page you're about to
11 read from?
12         THE WITNESS:  It is Page Number 2
13 probably.  Right?
14         MR. LEVY:  It's the response --
15         MR. LEWIS:  Let Mr. Levy tell us what
16 page.
17         THE WITNESS:  Yeah.
18         MR. LEVY:  Hold on one second, and I will
19 tell you the page.
20         Page 2, as the witness said.
21    A   Okay.
22    Q   So here you state, quote, "For the

107

1 purposes of this lawsuit, plaintiffs' claim treats
2 the allegation of corruption and bribery,
3 exchanging political favors for economic/business
4 favors as an allegation of conduct during 2016."
5          Does this statement that begins,
6 "Significant favors" --
7          MR. LEWIS:  I'm sorry.  I'm not seeing on
8 the Document Number 5.  Where you are reading
9 from?
10         THE WITNESS:  No, that's in Document
11 Number 5, Page 2, last paragraph.  Is it correct?
12 Second defamatory statement.
13         MR. LEVY:  Correct.
14         THE WITNESS:  Is it correct?
15         MR. LEVY:  Correct.  You've got it,
16 Mr. Fridman.
17    A   Correct.
18    Q   So does this statement in CIR 112 that
19 begins "significant favors," does it include the
20 words "corruption" or "bribery"?
21    A   No.
22    Q   Can you do a favor for somebody without

108

1 requesting that favor?
2     A   Say it again?  What can I do a favor
3 without requesting this favors?
4     Q   Can you do a favor for somebody on your
5 own, without that person asking you for a favor?
6     A   How it relate to our case?  You know, I
7 mean, in my life generally when I making a favor
8 for somebody who is not asking, I'm doing charity
9 for the -- you know, for thousands -- dozens of
10 thousands of people they are not asking me about
11 that, but I am just doing that because I believe
12 they will be better for it.
13    Q   Is the word "exchanged" in this sentence?
14         MR. LEWIS:  Objection.  Form.  The words
15 of CIR 112 will speak for themselves.  Okay?  The
16 words are the words.
17    Q   Do you agree that you are not challenging
18 the falsity of this second alleged defamatory
19 statement for the time period prior to 2016?
20    A   I give you challenge what?  Defamatory --
21 say it again, please.
22    Q   Is it true that you are not challenging

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

109

1  the falsity of this statement for the time
2  period --
3      A    Okay.
4      Q    -- prior to 2016?
5          MR. LEWIS:  Objection.
6      A    Yeah.
7          MR. LEWIS:  After the word "challenging"
8  should be "in this lawsuit."  I think that's what
9  you mean to ask.
10     Q    In this lawsuit.  In this lawsuit.
11     A    No, I didn't -- I didn't challenge
12 that -- that statement before 2016 because --
13 because -- so you mean -- you are asking whether
14 we are approaching to the litigation before 2016,
15 or whether -- whether the effect of exchange of
16 favors take place, took place before 2016?  Or
17 what?  What are you asking for?
18     Q    What I'm asking is, are you challenging
19 the falsity of this statement in this lawsuit --
20     A    Okay.
21     Q    -- as it applies to facts before 2016?
22     A    I understand yes, so we are -- we are

---

110

1  challenging generally the facts of any -- any kind
2  of favors from us to Mr. Putin and from Mr. Putin
3  to us in any period of time.
4      Q    Can you turn to Document Number 10, which
5  are your responses to the requests for admissions.
6      A    Document Number 10?
7      Q    Yes.
8          MR. LEVY:  And we are going to mark this
9  Exhibit 11.
10         (Defendants' Deposition Exhibit 11 marked
11 for identification and is attached to the
12 transcript.)
13     A    What page?  Sorry.
14     Q    It's -- it's your -- it's the 21st
15 request for admission.
16     A    Okay.
17     Q    And it says, "To the extent a response is
18 required, plaintiff denies that the statement, if
19 modified temporally to be limited to allegations
20 about conduct preceding January 1, 2016, is
21 challenged in this defamation action."
22         Is that an accurate statement?

---

111

1      A    Yeah, that's -- look, that's -- that's --
2  again, that's probably I just repeating that all
3  the time, I not a lawyer, so I could not kind of
4  clarify why necessary to made this kind of -- you
5  know, kind of modification for temporary limited.
6  But I understand this for pure legal matters.
7          But as a matter of fact, I -- I actually
8  denying any mutual favors between me, personally,
9  or any company related to -- to myself and my
10 partners and Mr. Putin for any period of time.
11     Q    So you are -- for purposes of this
12 lawsuit --
13     A    Yes.
14     Q    -- you are not claiming that this
15 statement as applied to events before 2016 defamed
16 you.
17     A    Yes, that's -- I understand from this
18 response.
19     Q    And are you conceding that this statement
20 beginning "significant favors," as applied to
21 events before 2016, are true?
22     A    No.  That's what I said right now.

---

112

1  That's never been true.  But just as far as I
2  understand for the purpose of this legal -- legal
3  claims, we just concentrated on certain period of
4  time since January 1st, 2016.
5      Q    You're claiming that this statement about
6  favors harmed you, personally.  Correct?
7      A    That's fine.  That's correct.
8      Q    And are you sure it was this statement
9  about favors that harmed you, and not the
10 previously published statements in the media that
11 have harmed you?
12     A    Mr. Levy, again, I think what -- what do
13 you mean, in a previously published statement?
14     Q    Well, you acknowledge that prior to
15 January of 2017 there were books and articles
16 discussing your involvement in corruption and
17 bribery.  Right?
18     A    Maybe, yes.  I don't remember.  But
19 probably it was certain publication.
20     Q    And you're sure it wasn't those books and
21 articles that harmed you?
22     A    I think that the -- I mean, I don't think

---

Transcript of Mikhail Fridman

29 (113 to 116)

Conducted on November 17, 2020

113

1  it was books or so.  At least it was not very
2  serious publication.  I would like to say that, of
3  course, that seriousness of allegation made in --
4  in Mr. Steele dossier, I think that was by far
5  more, you know, strong and actually dangerous for
6  my reputation, rather than other previous one.
7  And by the way --
8      Q    So in February of 2016 when the
9  Department of Justice sent out a press release
10  about VimpelCom's $795 million settlement of
11  bribery charges in Uzbekistan, are you sure that
12  wasn't what harmed you?
13      A    That was not about -- definitely I don't
14  think it was -- it was personal harm for me.
15  Because that was -- that was regarding one of the
16  company where I was and I am the board member.
17  And we possess minority stake in that company.
18  And that's a public company.
19          And it was not at all any kind of claim
20  or -- or kind of mentioning of wrongdoing
21  regarding me, personally, or any other, by the
22  way, member of the board.  That were purely --

114

1      Q    Are you sure it wasn't the February 2016
2  Financial Times story about this settlement that
3  said that Mikhail Fridman controlled VimpelCom?
4      A    Yeah, I don't remember that story.  But
5  as a matter of fact, that was very clear
6  conclusion from our relationship with the
7  Department of Justice that were -- that was pure
8  irresponsibility of certain managers in level of
9  Uzbekistan --
10      Q    And --
11      A    -- with whom I -- I didn't have any
12  personal contact with them.
13      Q    Are you sure it wasn't the allegations of
14  the Norex lawsuit that harmed you?
15      A    Of course that was a certain allegation.
16  Norex, as far as I could recall it, lost.  But I
17  never, ever had any personal contact with this
18  company.  I don't know who is -- who is -- you
19  know, who is the guy who was -- you know, claim
20  were -- so, you know, made their claims.
21          But as far as I remember, they lost the
22  lawsuit.

115

1      Q    Are you sure it wasn't the allegations
2  that Alfa intimidated and bribed judges in
3  connection with Chernogorneft that harmed you?
4      A    Sorry.  Say it again.  The connection
5  with what?
6      Q    Are you sure it wasn't the allegations in
7  the media that Alfa intimidated and bribed judges
8  in connection with Chernogorneft that harmed you?
9      A    Chernogorneft?  No, you probably
10  mentioned the wrong -- the wrong name.  Probably
11  Chernogorneft.
12          Again, that was a legal dispute with
13  the -- with the BP in that moment.  And we won all
14  court cases in Russia and elsewhere.  And I don't
15  think it any how damage my reputation.
16      Q    So the allegations that appeared in the
17  December 2, 1999, Economist article called Rules
18  of War didn't harm you?
19      A    I don't remember that article.
20          MR. LEVY:  Can you pull up Document
21  Number 13.
22      A    Document Number 13.  Okay.  Rules of War.

116

1          MR. LEVY:  Make this Defendants' Exhibit
2  13.
3          MR. LEWIS:  Are you up to Exhibit 13?
4          MR. LEVY:  No.  This is Document 13.
5  It's Exhibit 12.
6      (Defendants' Deposition Exhibit 12 marked
7  for identification and is attached to the
8  transcript.)
9      A    Frankly, I could not find in that article
10  my name.
11      Q    You do see that it included allegations
12  of intimidation and bribery of judges.  Right?
13      A    Yeah, I haven't read -- I don't remember.
14  Maybe I read at that time, but I haven't read
15  right now.  But probably you right.
16      Q    And are you sure it wasn't the April 11,
17  2016, bne IntelliNews story that harmed you?  This
18  is Document 24.
19          MR. LEVY:  We can make it Exhibit 13.
20      (Defendants' Deposition Exhibit 13 marked
21  for identification and is attached to the
22  transcript.)

117

1    A    And just for your knowledge, in that
2 article you mentioned Rules of War, my name was
3 not mention at all.  I didn't find my name.  How
4 could it harm my personal reputation, if it didn't
5 even mention me?
6    Q    Aren't you arguing here in this lawsuit
7 that the statement beginning "significant favors"
8 defamed you, even though it doesn't mention your
9 name?
10       MR. LEWIS: Objection.
11    A    No.  I -- I --
12       MR. LEWIS: Objection. Form. He's
13 already, you know, answered this question by
14 explaining that his name is in report 112.
15    Q    And the statement says Alfa, and not
16 Fridman.
17    A    Yeah.  Yeah.
18    Q    Can you look at Document 24.
19    A    Okay.  Yes.
20    Q    And in this document, the story says,
21 quote, But a straw poll of Moscow analysts
22 uniformly guffawed upon hearing of Fridman's

118

1 elevation to a figurehead for good Russian
2 corporate governance on the global stage.  Fridman
3 is no Mary Poppins, a leading Moscow-based
4 strategist tells bne IntelliNews, end of quote.
5       That didn't harm you?
6    A    Probably somehow harm --
7       MR. LEWIS: Objection to form.  Are you
8 asking him whether he knows whether this had any
9 harmful impact when it was written, or are you
10 asking him whether the harm that he described
11 after BuzzFeed's publication he thinks is
12 attributable to this article?
13    A    Yeah, so that's -- let -- let's just
14 verify for my understanding.
15       Whether it was harmful for me to read
16 what this article?  For sure, yes.  Whether it was
17 serious harm for me?  Answer is probably no.
18 Because it was not comparable with the harm I got
19 from CIR 112, for the obvious reason.  Look for --
20    Q    And will you agree that there were
21 Western mainstream media articles about you and
22 TNK Alfa suggesting impropriety before any

119

1 publication of CIR 112 occurred?
2    A    No, it was a -- certain amount of
3 publication, but I would say despite all this
4 publication, our relationship with BP and TNK-BP
5 as a joint venture was extremely successful from
6 both sides.  On both sides.
7    Q    Can you turn to Document 102.
8    A    Sorry?  Document?
9    Q    Turn to Document 102.
10       MR. LEVY: And mark it Exhibit 14.
11       (Defendants' Deposition Exhibit 14 marked
12 for identification and is attached to the
13 transcript.)
14    Q    This is your transcript from your
15 testimony at the UK trial against Orbis.
16       Turn to Day 1, Page 132.
17    A    One or two?  This Opus 2 International.
18 That's correct?
19    Q    Yes.  If you can turn to Day 1, Page 132.
20    A    132.
21    Q    You will see little page numbers in the
22 minuscript.  It's 132.

120

1    A    132.  Yes, I found it.
2    Q    And it says:
3       "QUESTION: But there have also been
4 Western mainstream media articles about you and
5 TNK Alfa suggesting impropriety, haven't there?
6       "ANSWER: Yeah.
7       "QUESTION: Yes?
8       "ANSWER:  Okay, probably yes."
9       Was that your testimony?
10    A    I hope.  I think so, yeah.
11    Q    And are you sure it wasn't the July 2016
12 announcement of Alfa-Bank's sponsorship of the
13 2018 FIFA World Cup that harmed you?
14    A    Please repeat it again.  The announcement
15 that we will become a sponsorship of World Cup
16 harm me?  Why it would harm me?
17    Q    Do you recall that in 2016 FIFA was under
18 criminal investigation in the United States?
19    A    No.  What kind of criminal investigation?
20    Q    And did you know that, of course, the
21 2018 World Cup was going to take place in Russia.
22       Yes?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

31 (121 to 124)

121

1    A    Oh, yeah.  This I know.

2    Q    And in July of 2016 weren't -- wasn't
3    Alfa the first company to come forward as a
4    regional sponsor for Europe?

5    A    Probably yes.  That was not my personal
6    decision.  That was -- Alfa, you mean Alfa-Bank
7    probably.  You just, you mentioning Alfa.  It's a
8    completely different entity with the name Alfa.
9    It's actually Alfa-Bank, which is separate from --
10   Alfa we calling group of consortium of companies,
11   which is not formally connected to each others.

12        Alfa-Bank probably was the sponsor, as
13   far as I could recall it.

14   Q    It was Alfa-Bank.  It was Alfa-Bank.

15   A    Yes.

16   Q    Yes.

17   A    Okay.  Okay.  So what was the question?

18   Q    The Russian government must have
19   appreciated that sponsorship.  Yes?

20   A    We do not care about Russian government.

21        MR. LEWIS:  Objection.  Calls for
22   speculation.

122

1    A    Yes, we do not care about government
2    reaction for that.  Because that -- as far as I
3    understand, Alfa-Bank logic, that was a purely
4    commercial decision.

5        It was huge, huge advertisement for
6    Alfa-Bank, you know, locally and internationally,
7    because of huge events which took place in Moscow
8    at that time.

9    Q    Please go back to Document Number 5,
10   which is Exhibit 4.

11   A    Document Number 5.  Okay.

12   Q    And go -- and this is the --

13   A    Page?

14   Q    I think it's Page 3.

15   A    Page 3.  Okay.

16   Q    This is the Govorun statement that you
17   were alleging defamed you.  Correct?

18   A    Right.

19   Q    Does the second sentence of this
20   statement mention you?

21   A    Yeah.

22   Q    The second sentence, beginning, "Given

123

1    that"?

2    A    Yeah.  During the 1990s, Govorun --

3    Q    No.  That's the first sentence,
4    Mr. Fridman.  The second sentence, Given.  It
5    begins, "Given that."

6    A    "Given that and the continuing
7    sensitivity of the Putin-Alfa relationship and
8    need for" --

9    Q    Does that sentence have your name in it?

10   A    No.

11        MR. LEWIS:  Hold on.

12        Objection to form.

13   Q    How does this statement defame you?

14   A    No.  Because the first sentence in the
15   same statement mention us, namely me and Mr. Aven.
16   And Putin-Alfa in that regards means that Putin
17   relation with me, personally, and Mr. Aven.

18   Q    Haven't Alfa and its owners been accused
19   for decades for paying bribes in the 1990s?

20   A    How Alfa in 19 -- so we to pay bribes?

21   Q    Yes.

22   A    Just because --

124

1        MR. LEWIS:  Objection to the word
2    "accused."  It's not clear what that means.
3    Accused by anybody?

4    A    Yeah, that's -- that's -- that's my
5    question.

6        Are you asking is anybody accuse us if we
7    are paying bribes, or what?

8    Q    Has anyone in the media or in any
9    government made accusations or allegations that
10   Alfa or any of your co-owners paid bribes in the
11   1990s?

12   A    I -- I would like to say that it's a lot
13   of gutter press in Russia, which made very
14   different type of allegation.  Not -- I don't
15   remember whether it was paying bribes among that
16   allegation.  But I could assume that it could
17   happen.  I just don't remember that.

18        Because that was a kind of very trivial
19   way of competitive kind of -- you know,
20   competition between the companies, just to accuse
21   each other in wrongdoings.  And it was not just
22   paying bribes.  We have been accused of much more

125

1   serious crimes in gutter press, I mean.
2         I do not remember and I could not recall
3   any accusation from the -- from the government
4   representatives or from any other officials in
5   Russia or elsewhere that accusing us in paying
6   bribes in '90s or later on.
7   Q   Are you familiar with the October 2000
8   New York Times article called The Autumn of the
9   Oligarchs, that John Lloyd wrote?
10   A   I don't remember this article, frankly
11  speaking.
12   Q   Can you turn to Document Number 14.
13   A   Okay.
14        MR. LEVY:  We'll mark this Exhibit 15.
15        A/V TECHNICIAN:  Could you repeat that
16  document number.
17        MR. LEVY:  Document 14.  It's going to be
18  marked Exhibit 15.
19        A/V TECHNICIAN:  Thank you.
20        (Defendants' Deposition Exhibit 15 marked
21  for identification and is attached to the
22  transcript.)

126

1   A   Okay.
2   Q   This article quotes you about, quote, the
3   Yeltsin days, unquote.
4   A   Okay.
5   Q   And it has, quote, "Business was young in
6   Yeltsin's days."
7        MR. LEWIS:  Can you tell us what page
8   you're reading from in this article?
9   A   What number of page?
10        MR. LEVY:  Can you put the article on the
11  screen, please.
12   Q   It's Page 3.
13   A   Page 3.  Okay.
14   Q   The bottom of the page there's a
15  paragraph that begins, "Mikhail Fridman and Petr
16  Aven."
17   A   Yes.
18   Q   At the end of the paragraph it says,
19  "Fridman agreed with him.  Business was young in
20  Yeltsin's days.  And I think it was right that it
21  wasn't prosecuted.  It was completely informal.
22  It was protection from the law.  It was never

127

1   written down, but we all understood it."
2         Do you recall telling Mr. Lloyd of the
3   New York Times that, and do you recall this
4   article being in the public?
5         MR. LEWIS:  Objection.  Compound
6   question.  But it's two questions.
7   Q   Do you recall this article being in the
8   public?
9   A   Yeah, I don't remember that article.  I
10  don't remember this interview that took place
11  probably too many years ago.  But that's fine.
12        So what?
13   Q   Hasn't the Western press also reported in
14  the Financial Times in April of 2016 about your
15  bribing local police in the 1990s?
16   A   I don't recall it, frankly.
17        MR. LEVY:  Can you bring up Document 23,
18  and mark that Exhibit 16.
19        (Defendants' Deposition Exhibit 16 marked
20  for identification and is attached to the
21  transcript.)
22   Q   This is an October 1, 2016, Lunch with FT

128

1   article.
2   A   Okay.  So what the page number?
3   Q   This is a profile on you, sir, isn't it?
4   A   Yeah, that's -- that's Lunch with FT.
5        You mean this one, right?  Mikhail
6   Fridman.
7   Q   Yes, that one.  That's right.
8   A   Okay.
9   Q   And can you turn to Page 6.
10   A   Okay.
11   Q   The reporter asked you, "I asked Fridman
12  whether he ever looks back at the Russia of the
13  1990s" -- I'm sorry, this isn't Page 6.  This is a
14  different page.
15        But it says, "I asked Fridman whether he
16  ever looks back at the Russia of the 1990s, when
17  many lost their fortunes and some their lives, and
18  wonders how he survived.  Alfa" --
19   A   What -- what is the page?
20        Oh, yeah, I found.  That's the Page
21  Number 5, is the second paragraph.
22   Q   Yes.  So --

---

129

1    A   Okay.

2    Q   The second paragraph it says, "I asked
3  Fridman whether he ever looks back at the Russia
4  of the 1990s, when many lost their fortunes and
5  some their lives, and wonders how he survived.
6  Alfa enlisted the local police.  They had no money
7  so we would buy them furniture, he says."

8       Do you recall telling the reporter that?

9       MR. LEWIS:  Objection to form.  You --
10  part of it is in quotations, part of it isn't, and
11  your question was, Did you tell the reporter that.

12   Q   Do you recall telling a reporter they had
13  no money, so we would buy them furniture?

14   A   But -- but probably I told that.  But it
15  doesn't mean that we paid the bribes.  We just
16  made a sponsorship.  We just made a kind of
17  sponsorship for police to -- to buy them
18  furniture, things like that.

19   Q   Okay.

20   A   But that was not a bribe.  I didn't pay
21  it to police officer for that.  We just became
22  kind of sponsor for them.  Because it was a very

---

130

1  difficult time in Russia, and we didn't have money
2  for furniture or for anything.  And so that was a
3  kind of gift for the police station, let's say,
4  near us.

5       And we just rely on their support.  That
6  was our duty, frankly speaking, to guard us, to
7  certain extent.  Because that was risky time and
8  quite dangerous time in Russia in that time.  But
9  it --

10   Q   Turn the page --

11   A   -- but it was not at all any kind of
12  bribe.

13   Q   Turn to Page 6 of this article, please.

14   A   Okay.

15   Q   Here a statement from the Financial
16  Times, quote, "I asked Fridman whether it was true
17  that Alfa exploited Russia's ramshackle legal
18  system to win favorable judgments against its
19  partners."

20   A   Where is that?  In Page Number 6?

21   Q   Page Number 6, the third paragraph.

22   A   "Later Alfa was embroiled in a" --

---

131

1       MR. GILLESPIE:  Next paragraph.

2    A   Yes.  Ah, okay.  Yes.

3    Q   Doesn't this article suggest that you
4  bribed Russian judges during your dispute with BP?

5    A   No, I don't agree, I replied in that
6  time.  And I still don't agree with this
7  assessment.

8    Q   That's your quote.  But wasn't the
9  reporter suggesting otherwise --

10   A   He is agree with --

11       MR. LEWIS:  Objection to form.  The
12  reporter's question is the reporter's question as
13  it appears in the article.

14   A   Yeah.

15       MR. LEWIS:  What else he was suggesting
16  besides what's written, we object to.  Calls for
17  speculation.

18   Q   Have any of the companies where you have
19  an ownership interest of more than 5 percent been
20  accused of breaking the law?

21   A   As far as I don't know -- as far as I
22  know, we -- we didn't break the law.

---

132

1    Q   But have you -- have any of those
2  companies been accused of breaking the law?

3       MR. LEWIS:  Objection to form.

4  "Accused," very -- too general.  What does that
5  mean?

6    A   What you mean?  You just mention
7  VimpelCom, which was accused of wrong-doings in
8  Uzbekistan, and we settled this legal dispute with
9  Department of Justice.  So they probably one of --
10  one of the example.

11   Q   Right.  Are there other examples?

12   A   I don't remember.  I could not recall
13  examples like that.  But, of course, it was a lot
14  of litigation with the tax authority regarding
15  paying tax, you know, which is normal for business
16  practice I would say in each country, by the way.

17   Q   Is a bribery accusation normal?

18   A   No.

19       MR. LEWIS:  Objection.  Argumentative.

20   A   Bribery accusation probably not normal.
21  But I could not recall any bribery accusation
22  against any Alfa-related companies.

133

1    Q    Other than VimpelCom?
2    A    No, I could not recall it.
3    Q    Have you ever been arrested?
4    A    Me? No.
5    Q    Have you ever been the subject of a
6 criminal investigation?
7         MR. LEWIS:  Objection.  Calls for
8 speculation.
9    Q    Have you ever been told that you were the
10 subject of a criminal investigation?
11   A    I have right now actually investigation
12 in Spain, which is ongoing.  And I -- and I
13 actually kind of participated in that process
14 right now.
15   Q    In that investigation, what is the
16 allegation of a legal violation in that case?
17        MR. LEWIS:  Objection to form.  I'm not
18 sure that there is an allegation.  There is an
19 investigation.
20   Q    What is the government of Spain telling
21 you they are investigating?
22   A    They are investigating, actually, the

134

1 bankruptcy of the Spanish company, as far as I
2 understand.  And frankly, if you asking me, I
3 don't understand why we actually asking about any
4 of my role in that situation.  Because that's
5 completely baseless, from my stand, and
6 groundless.
7    Q    What is the law, if any, the
8 investigators are telling you they're
9 investigating?
10   A    They didn't tell me any particular law
11 which they believe I violated.  They just -- I
12 mean, they just asked me, you know, number of
13 question regarding my role in the bankruptcy of
14 that company.
15   Q    Is it --
16   A    And my role -- and my role was equal to
17 zero.
18   Q    Is it a bribery investigation?
19   A    No, it's not a bribery investigation.
20   Q    What legal violations are they looking
21 into?
22   A    They are looking for what -- what was the

135

1 sources of bankruptcy of that -- of that company.
2 And, you know, that -- they -- we -- I mean, the
3 guy who was run this company, and he who was the
4 owner of the company, he accused me that I'm
5 somehow orchestrated the bankruptcy of that
6 company.
7         But the problem with this guy, that he
8 was sentenced by -- by a court in the UK, and the
9 Netherlands, many -- a few times already as a
10 complete liar and crook, actually.  And it seems
11 to me he just tried to find somebody who is in
12 charge for bankruptcy of his company, because he
13 effectively cheated a lot of shareholders of the
14 company and so on.
15        And the simplest way for him, probably,
16 was just to try to accuse Russian oligarchs, as he
17 is describing me, greedy Russian oligarchs, who
18 was somehow interested to bankrupt that company.
19 But the fact I have no connection at all and no
20 relation to that company.
21        And this guy I met socially a couple of
22 times.  I haven't seen him even in my office,

136

1 never in my life.
2    Q    Have you provided testimony to the
3 Spanish investigations?
4    A    Right.  Yes.
5    Q    Did you produce documents to the Spanish
6 investigators?
7    A    Yeah.  Not me, personally, but -- but,
8 you know, my lawyers.  I hired lawyers there, and
9 they provide subsequent documents.
10   Q    Have you been told that you're a subject
11 of any other criminal investigation at any time?
12   A    No.  No.  No.  That's the first.
13   Q    Has any law enforcement -- has any law
14 enforcement agency ever asked you for information
15 about a criminal investigation, outside of the
16 Spanish one you just discussed?
17   A    No.
18   Q    Did the special counsel in the United
19 States, Robert Mueller, ask you for information?
20   A    No.
21   Q    Have you suffered any other harm from
22 these three alleged defamatory statements that you

137
1  have not told me about yet today?
2     A   Say it again?  And by the way, we don't
3  need any more of this -- this -- this pages.
4  Right?  So you could -- because I haven't seen --
5     Q   Yes.
6     A   Okay.
7          MR. LEVY:  If the technician could take
8  it off the screen.
9     A   I would like to have the privilege to see
10 you personal.  Okay?
11    Q   Thank you.
12         Mr. Fridman, did you suffer any other
13 harm from the three alleged defamatory statements
14 that you have not told me about today?
15    A   No, probably.
16    Q   Is it true that your net worth has
17 increased substantially since the publication of
18 CIR 112?
19    A   No, that's not true, probably.  I don't
20 know.  But it's a crisis right now.  I think that
21 all -- all wealth of each -- you know, almost each
22 businessman not actually grow too much.  It is a

138
1  serious crisis.
2     Q   Can you look at Number 84, Document
3  Number 84.
4          MR. LEWIS:  If we can take a break in the
5  next five minutes or so?
6          MR. LEVY:  No problem.
7          THE WITNESS:  Yes.
8          MR. LEVY:  I have five more minutes of
9  questions --
10         MR. LEWIS:  Perfect.
11         THE WITNESS:  Okay.
12         MR. LEVY:  -- before the break.
13         THE WITNESS:  Okay.
14         MR. LEVY:  Could you mark this Document
15 17.  And if the technician -- and forgive me,
16 Mr. Fridman.  If we could put this on the screen.
17         A/V TECHNICIAN:  Stand by.
18         (Defendants' Deposition Exhibit 17 marked
19 for identification and is attached to the
20 transcript.)
21    A   So it is a break or --
22    Q   No.

139
1     A   No break?
2     Q   No break.  Sorry.
3     A   Sorry.
4     Q   We're putting this document on the
5  screen.
6     A   Okay.  Okay.  What's the number of the
7  document?
8     Q   It's Number 84 --
9     A   Okay.
10    Q   -- in your notebook.
11         And this is a picture of you.  It's a
12 very handsome picture.
13    A   Uh-huh.
14    A   This is from --
15    A   Thank you.
16    Q   -- Forbes magazine.
17         This indicates your net worth as of
18 November 16, '20, at $15.1 billion, with a B.
19         Is that correct?
20         MR. LEWIS:  Objection.  If you could just
21 clarify where this document came from?
22         That is, are you telling us it comes from

140
1  Forbes yesterday?
2     Q   Did you see the -- you could see the URL
3  at the bottom of the page, which tells you
4  precisely from the web where the document comes.
5          Do you see that, Mr. Fridman?
6     A   Okay.  Yes.  Yes.  Yes.
7     Q   And so Page 1 is Forbes' presentation of
8  your real-time net worth as of yesterday.
9     A   I think they know my real-time net worth
10 much better than myself.  Because I don't know
11 what is my real net worth.  And I am sure --
12 I'm -- I'm assuming that they don't know either.
13    Q   Can you go to the next page.
14    A   I'm assuming -- okay.
15    Q   And turn to the next page.
16         You'll see on this page, Page 3, at the
17 bottom it says March 2016.
18         And according to Forbes, your net worth
19 was $13.3 billion in March of 2016.
20    A   Okay.
21    Q   Go to the next page, please.
22         By the way, does that sound roughly

141
1 accurate for your net worth in 2016?
2    A   I think the whole this figures is
3 completely inaccurate.  I don't know how they
4 calculating that, frankly speaking.  I don't know,
5 so I would not tell whether it's more or less
6 that -- you know, I definitely, I will say, pretty
7 kind of wealthy person.
8        But it's hard for me to say accurately
9 what is kind of my worth for the time being here.
10 And I think this whole assessment is based on the
11 very kind of superficial assumption.  And I'm
12 quite doubtful that it's very accurate
13 representation of my worth.
14    Q   Well, the page that's on the screen right
15 now talks about March 2017 and says that as of
16 that date, that month and year, your net worth is
17 14 -- was $14.4 billion.  Correct?
18    A   Yeah, that's -- that's correct, that it's
19 written here in this page.
20    Q   So based on this document --
21    A   I could -- I could not confirm that it's
22 objective assessment of -- of net worth.

142
1    Q   Has your net worth increased since 2016?
2    A   I don't think so.
3    Q   What's your net worth --
4    A   I don't think so.
5        I don't know.  It's hard for me to say,
6 frankly, I mean, look, you know, we're -- that's
7 very kind of superficial assessment of the -- of
8 the worth, my guess.
9    Q   Did --
10    A   And you know, for instance, one of the --
11 of the assets we have as LetterOne is actually oil
12 company.  You know the oil price dropped down
13 from, let's say, $80 or, you know, to $40.  Right
14 now.
15        I don't know whether the fact that it
16 is -- devaluation of the oil commodity price, oil
17 price, first of all, is it included in assessment
18 or not?  I don't know.  So for me hard to comment
19 that.
20    Q   Are you still a billionaire?
21    A   Probably yes.  I don't know.  But I'm not
22 care too much about my personal worth.

143
1    Q   Did you communicate to Forbes that this
2 information was incorrect?
3    A   No.  I'm not care too much what the
4 information kind of regarding my net worth
5 publishing in media.  Media likes to do that.
6        MR. LEVY:  We can take a break, Alan.
7        MR. LEWIS:  Thank you.
8        (A recess was taken.)
9 BY MR. LEVY:
10    Q   Mr. Fridman, you have produced in this
11 case a portion of a deposition transcript from
12 your deposition in the CPI case.
13        Are you familiar with that case?
14    A   Yeah, I remember that case.
15    Q   Have you been deposed in any other case?
16    A   You mention already this GPA case in
17 London this year.
18    Q   You testified at trial there.  Correct?
19    A   Yeah.
20    Q   Have you testified at trial in any other
21 case?
22    A   Probably yes.  It was certain claim

144
1 against Mr. Berezovsky many, many years ago,
2 probably like 15 years ago or so.
3    Q   Which court was that in?
4    A   It's High Court in London.
5    Q   What was the name of that case?
6    A   That was -- that was case of -- against
7 Mr. Berezovsky.  I don't know what was the name of
8 that case, but ...
9    Q   Was it a criminal case or a civil case?
10    A   No.  That was -- I know he accused us --
11 he accused me, personally, that in one TV show in
12 Russia, which I participated, I mentioned that
13 he -- he frightening me, he actually tried
14 frightening me.  And he actually approached the
15 High Court, and he sued me for that, for that.
16 Probably it was --
17    Q   Do you have the transcript?  Do you have
18 the transcript from that trial testimony?
19    A   No.  No.
20    Q   Have you testified in any other trial?
21    A   No.
22    Q   Have you been deposed in any other case?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

37 (145 to 148)

145

1    A    No, as far as I could recall it.
2    Q    If you could turn to Document Number 9.
3  This is plaintiff's revised initial disclosures.
4  Go to Page 11.
5         MR. LEVY:  And we can mark this Exhibit
6  18.
7         (Defendants' Deposition Exhibit 18 marked
8  for identification and is attached to the
9  transcript.)
10    A    Document Number 9.  Page 11.  Right?
11    Q    Yes.
12    A    Okay.
13    Q    Here it says, regarding Rule
14  26(a)(1)(A)(ii), quote, "Plaintiffs have limited
15  documents that will be used to support their
16  claims which are generally located and are being
17  preserved in London, England, by representatives
18  for plaintiffs.  These materials relate primarily
19  to falsity of the defamatory allegations."
20         What documents are referenced here?
21    A    I don't know.
22    Q    Do you know what documents you're using

146

1  to show falsity in this case?
2    A    That's, you know, as far as I understand,
3  we are using a number of documents.  It's three
4  big books of documents.  So I don't know
5  particularly what kind of documents you are
6  talking about.
7    Q    What documents are you using?  Not the
8  documents we've given you.  When you say "three
9  books of documents," you're talking about the
10  documents we gave you.  Correct?
11    A    That's -- that's correct.
12    Q    Right.  What documents are you using,
13  sir, to show falsity?
14    A    I, frankly, don't know exactly, because
15  that's -- that's a -- as far as I understand,
16  professional duty of my lawyers.
17    Q    Did you receive a request to preserve
18  documents from your counsel in this matter?
19    A    Yes.
20    Q    When did you receive that?
21    A    I don't remember exactly.
22    Q    What years?

147

1    A    Probably 2018 or '17.  I don't remember
2  exactly.  I think it's -- it's somehow in the same
3  time as we submitted -- submitted documents for
4  litigation.
5    Q    Who issued the document-preservation memo
6  to you?
7    A    Mr. Alan Lewis, as far as I could recall
8  it.
9    Q    Did you take any action to preserve the
10  documents?
11    A    I -- I never ever actually trying to, you
12  know, delete the documents.  So, you know, I
13  didn't make any special -- special action.  But
14  just not deleting any of the documents.
15    Q    What are your e-mail addresses?
16    A    You asking about my personal e-mail?
17    Q    All of the e-mail addresses you use.
18    A    I'm using three e-mail addresses.  One
19  from Alfa-Bank.  And --
20    Q    What is that address?
21    A    Sorry?
22    Q    What is that e-mail address?

148

1    A    I -- you know, I could read it for you,
2  if you --
3         MR. LEWIS:  Objection.  I don't think we
4  need to put it on the record.  You have the e-mail
5  address.  It's the same e-mail address that we've
6  provided you with.
7         MR. LEVY:  I'm just going to confirm this
8  to make sure that we have the e-mail addresses.
9    Q    We have one e-mail address that's
10  MFridman@Alfa-Bank.RU.
11         Is that correct?
12    A    Looks like, yes.
13    Q    We have another e-mail address that's
14  FridmanMM@Gmail.com.
15         Is that correct?
16    A    Yes.
17    Q    We have MFridman@LetterOne.com.
18         Is that correct?
19    A    That's correct.
20    Q    Are there any other e-mails that --
21  e-mail addresses that you use?
22    A    No.

Transcript of Mikhail Fridman

Conducted on November 17, 2020

149

1    Q    There's also -- well, let me ask you.  Do
2  you regularly use all three of those e-mail
3  addresses?
4    A    Yeah.
5    Q    You regularly send e-mail and you
6  regularly receive e-mail from those accounts?
7    A    That's correct.
8    Q    Is one of those e-mail addresses your
9  primary e-mail account?
10   A    No.
11   Q    Did you produce your e-mails from those
12 accounts to us?
13   A    Sorry.  Did -- did I produce any e-mail
14 from your account?  Not -- not me, personally.
15   Q    Why not?
16   A    No.  Because I ask my assistant to -- to
17 provide all necessary information which was
18 requested by my lawyers.
19   Q    Who is your assistant?
20   A    I have one assistant here in London, and
21 I have two assistant in Moscow.
22   Q    What is the assistant whom you asked to

150

1  gather the e-mail?  What is that person's name?
2    A    I think this Ms. Nicole Zairova.
3    Q    And what is her e-mail address?
4    A    Frankly, I don't remember.  But I could
5  check.
6    Q    You have other assistants who e-mail on
7  your behalf?
8    A    No.
9    Q    There is an e-mail address
10 MFOffice@Alfa-Bank.RU.
11       Is that --
12   A    That's correct.
13   Q    Whose e-mail address is that?
14   A    This is the e-mail, as far as I
15 understand, of my assistant in Moscow.
16   Q    Nicole?
17   A    No.
18   Q    Who is this assistant?
19   A    I have two assistant actually in Moscow,
20 where just working.  They -- they are the -- one
21 other day and changing with each other.
22       So I have one assistant is Anna Varisova,

151

1  and the other assistant is Tatyana Bablieska.
2    Q    And do you employ Anna and Tatyana, or
3  does a company --
4        MR. LEWIS:  Objection to form.  You.  Are
5  you asking him --
6        MR. LEVY:  I'm clarifying it, Alan.
7    Q    Did --
8    A    No.  They are working for Alfa-Bank.
9    Q    They are Alfa-Bank employees?
10   A    Yes.
11   Q    Is that true of all the other assistants
12 you've named today?
13   A    Say it again.  That --
14   Q    You named another assistant Nicole, I
15 believe.
16   A    Yes.  Nicole Zairova.  Right.  She is the
17 assistant here in LetterOne.
18   Q    She is a LetterOne employee?
19   A    That's correct.
20   Q    Okay.  You know that we've asked for your
21 e-mails in this case.  Correct?
22   A    Yes.

152

1    Q    And we've asked for your e-mails at
2  MFridman@Alfa-Bank.RU.
3        Have you produced those e-mails, your
4  e-mails from that account?
5        MR. LEWIS:  Objection to form, Josh.  You
6  know that this is the subject of a pending legal
7  dispute.
8    Q    What device or devices do you use to read
9  and send e-mails from your Alfa LetterOne
10 accounts?
11   A    What kind of advice I got from --
12   Q    No.  What kind of device.
13   A    Ah, device.  Sorry.  You know, primarily
14 I have a computer and I have a -- my mobile phone
15 and all those possible way.
16   Q    You just picked up that phone.  Right?
17 That's in your possession, that phone?
18   A    Right.  That's -- that's my phone.
19   Q    Can you access that phone any time you
20 want?
21   A    Yes.  Primarily, yes.
22   Q    Can you check e-mails on that phone

153

1  whenever you'd like?
2      A   Yes.
3      Q   Similarly with your own computer, you can
4  check e-mails on your computer whenever you'd
5  like?
6      A   That's correct.
7      Q   Do you need permission from anyone to
8  check an e-mail on your phone or your computer?
9      A   For the time being, no.
10     Q   Are you claiming that you can't access
11 those e-mails, your phone, your computer, without
12 Alfa or LetterOne's permission?
13         MR. LEWIS:  Objection to the word
14 "can't."  I mean, are you asking whether he's
15 physically capable of checking it or is there --
16 is it a broader question than that?
17     Q   Can you access --
18     A   Yes.
19     Q   -- your e-mail without the company's
20 permission?
21     A   I have -- I have the physical access to
22 my e-mail permanently without any permission.

154

1  Currently.
2      Q   And at the same time can you ask your
3  assistant employed by Alfa or LetterOne to send
4  e-mails on your behalf?
5      A   No, not really.  I'm trying to do it
6  myself, if I wish.
7      Q   Okay.  Are you claiming that these
8  e-mails, your phone, and the documents in your
9  computer are under the control of Alfa or
10 LetterOne?
11     A   As far as I understand, legal status of
12 my e-mails, that e-mails in Alfa-Bank belongs to
13 Alfa-Bank.  My e-mails in LetterOne belongs to
14 LetterOne.  And my personal e-mails belongs to me
15 personally.
16     Q   Did you instruct Alfa or LetterOne not to
17 make these documents available to you for this
18 litigation?
19     A   No, not at all.
20     Q   Did you make any efforts to obtain these
21 documents from Alfa or LetterOne for your lawsuit?
22     A   As far as I understand, my lawyers

155

1  approached Alfa-Bank legal department, or lawyers,
2  and asked them about that.
3      Q   Was there any other effort made?
4      A   I don't know.
5      Q   Did you, personally, make any effort?
6      A   No.
7      Q   Who told you that you could not obtain
8  your documents from Alfa or LetterOne for this
9  lawsuit?
10         MR. LEWIS:  Objection to the extent --
11     A   My lawyer.
12         MR. LEWIS:  -- that it calls --
13         Mr. Fridman, don't answer that question,
14 to the extent that it would call upon you to
15 disclose your communications with me or with
16 counsel.
17         THE WITNESS:  Okay.
18     Q   Did someone tell you that you could not
19 obtain your documents from Alfa or LetterOne from
20 this lawsuit, yes or no?
21     A   Yes.
22     Q   When was that communication made to you?

156

1      A   I don't remember.  It probably a year
2  ago.  I don't remember exactly.
3      Q   And I don't want to hear about a
4  privileged communication.  But if you can tell me
5  a nonprivileged communication, was there a reason
6  given as to why you could not access or obtain
7  your documents from Alfa or LetterOne for this
8  lawsuit?
9          MR. LEWIS:  Objection to form.  He hasn't
10 testified to any nonprivileged communication.
11     A   As far as I understand, since we
12 submitted claim to the court, Alfa-Bank and
13 LetterOne invited their legal counsel, and just
14 to, let's say, kind of because they are interested
15 party in that particular litigation, and therefore
16 they actually following advice as well lawyers
17 with regards to how we should proceed with --
18 regarding any request from my side.  And that's --
19 as far as I understand, our lawyers approach their
20 lawyers with this, with this request.
21     Q   Is it fair to say that people in the
22 United States often assume that Russian oligarchs

Transcript of Mikhail Fridman
Conducted on November 17, 2020

40 (157 to 160)

157

1  are working with the Russian government?
2      MR. LEWIS:  Calls for speculation.
3  "People in the United States"?  Any people?
4      A   Yeah.  Any people?  What you mean?  There
5  was a lot of publications on that topic.  It's
6  probably kind of certain theory and, you know,
7  kind of on that -- on that regard.
8      Q   You've seen those understandings
9  expressed in the Western media?
10     A   No.  I have seen quite -- quite sizable
11 amount of articles with this kind of type of
12 cliché that all Russian oligarchs effectively, you
13 know, kind of tightly connected with the Russian
14 authority.
15     Q   And do you also see in the Western media
16 a perception that Putin's Russia is a kleptocracy?
17     A   Yeah, I've read that type of allegations
18 as well.
19     Q   Do you see in the Western news media a
20 perception that Russian oligarchs have a close
21 relationship with the Kremlin?
22     A   Yes, I've seen it.

158

1      Q   And do you see perception in the Western
2  media that Russian oligarchs came into much of
3  their money dishonestly?
4      A   Yes, I have read this type of article
5  also.
6      Q   And does the Western media consider you
7  to be a Russian oligarch?
8      MR. LEWIS:  Objection.
9      A   Ask --
10     MR. LEWIS:  To the Western media, all of
11 the Western media?
12     Q   Are you a Russian oligarch?
13     A   I mean, certainly definitely kind of
14 portraying me as Russian oligarch.
15     Q   Are you a Russian oligarch?
16     A   I don't think so, by the way.
17     Q   Is German Khan a Russian oligarch?
18     A   No, I don't think.
19     Q   Is Petr Aven a Russian oligarch?
20     A   No, I don't think.
21     Q   Can you turn to Document 11, which we're
22 going to call Exhibit 19.

159

1          (Defendants' Deposition Exhibit 19 marked
2  for identification and is attached to the
3  transcript.)
4      Q   This is your UK witness statement.  This
5  is the statement you made in Aven V Orbis.
6      A   Okay.
7      Q   If you turn to Page -- I'm sorry, to
8  Paragraph 36?
9      A   Okay.
10     Q   It says -- this is your witness
11 statement.  And in it you say, "It is already
12 difficult for Russian businessmen operating in the
13 West to avoid false and malicious allegations of
14 corruption and other wrongdoing, and it is
15 important for me to ensure that they are
16 corrected."
17         Is that accurate?
18     A   Yes.
19     Q   Does that perception make it harder for
20 you to do business in the West?
21     A   I think so.
22     Q   Have you, Alfa, LetterOne or your

160

1  partners taken steps to influence the perception
2  of you in the West?
3      A   I think so.
4      Q   And has part of that effort included your
5  meeting with journalists and sitting for
6  interviews with them?
7      A   Yeah.  And this litigation is also part
8  of this efforts.
9      Q   Would you agree that your name is often
10 mentioned in the news in the West?
11     A   No, I don't think it's too often
12 mentioned in the news.
13     Q   Is it fair to say that over the course of
14 your career you've appeared in over a thousand
15 news media publications, including --
16     A   No, I don't think -- I don't think it's
17 thousand of media publications, especially in the
18 West.  Maybe it's dozen.
19     Q   One dozen?
20     A   Dozens.  Maybe a couple of dozens.
21     Q   Dozens.
22     Q   Roughly how many media interviews did you

161

1  give in 2016?
2      A   Sorry?
3      Q   In 2016 --
4      A   Okay.
5      Q   -- roughly how many media interviews did
6  you give?
7      A   I don't remember.  But just a few.
8  Probably couple of interview.
9      I am actually not a big -- big fan of
10 making interview.
11     Q   You appeared in several prominent Western
12 news stories in 2016.  Correct?
13         MR. LEWIS: Objection.  Form.
14 "Prominent"?
15     Q   What kind of --
16         MR. LEWIS: What's "prominent"?
17     A   What do you mean "prominent"?  It's
18 like -- like scandal story, like -- like a server
19 relation, connect, connection, or what?  What kind
20 of stories you mean?
21     Q   You've appeared in Financial Times
22 profiles in 2016.  Correct?

162

1      A   Yeah.  Yeah, as far as I recall, it was
2  2016.  Probably yes.  Yes.
3      Q   And you've appeared in other Western
4  media as the subject of a profile in 2016.
5      Correct?
6      A   I don't remember too many publication.
7  But anyway, maybe couple of more publication like
8  that.
9      Q   And there was press about you prior to
10 the publication of CIR 112 in the West.  Right?
11     A   Yeah, there was certain publication, as
12 you mentioned.  Like, you know, profile and maybe
13 some other publication.
14     Q   And that press included allegations about
15 how you and Alfa made your money improperly and
16 with the help of the Kremlin.
17     Isn't that right?
18     A   I don't recall that.
19     Q   Can you turn to Document Number -- sorry,
20 103.
21     A   103.
22     Q   Yes.  Yes.

163

1          MR. LEVY:  I believe this is Exhibit 19.
2  Is that right?  Is that what we're up to?
3      A   Yes.
4          A/V TECHNICIAN:  I have us up to Exhibit
5  20.
6          MR. LEVY:  All right.  Make this Exhibit
7  20.
8          (Defendants' Deposition Exhibit 20 marked
9  for identification and is attached to the
10 transcript.)
11     Q   This is Day 2 of testimony, at Pages 13
12 and 14.
13     A   Okay.
14     Q   Aven V Orbis case in the UK?
15     A   Uh-huh.
16     Q   And here, Page 13, it says, quote,
17 Question -- this is from the lawyer.  "But now you
18 would agree with me, would you not, that there has
19 been and had been before this memorandum was
20 released by BuzzFeed, a very large amount of
21 publicity about you in the mainstream media in the
22 West over the years.  Yes?"

164

1          You answered, "True."
2          Then the lawyer asked, "Again" --
3      A   Yes.
4      Q   -- "some of that contains very serious
5  allegations against you and Alfa and about how you
6  made your money, doesn't it?"
7          And you said, Yes, unfortunately -- I'm
8  sorry, you said, "Unfortunately, you're right."
9          And then the lawyer asks you, "And some
10 of it accuses you of making large amounts of
11 money, huge amounts of money, improperly, with the
12 knowing assistance of successive Russian
13 governments.  That's one of the charges that has
14 been leveled against you?"
15         "ANSWER:  Probably yes."
16     A   Okay.
17     Q   Is that testimony accurate?
18     A   Yes.
19     Q   And we've already talked about some of
20 the press about you in 2016 today.  Correct?
21     A   As far as I understand, that my answer
22 was not necessarily regarding 2016 publication.

165

1  It was more broadly.  Generally about publication.
2      Okay?
3      Q   Well, sir --
4      A   That's why I ask and I don't recall
5  particular 2016 certain publication.  But
6  generally you're right.
7      Q   Please turn to Document 22.
8          MR. LEVY:  We will mark this as Exhibit
9  21.
10         (Defendants' Deposition Exhibit 21 marked
11 for identification and is attached to the
12 transcript.)
13     A   Twenty-two.  Okay.
14     Q   This is the February 18, 2016, Financial
15 Times story about the VimpelCom bribery
16 settlement.  And in that story --
17     A   Okay.
18     Q   And in that story it says, quote,
19 VimpelCom is Controlled by Russian Oligarch
20 Mikhail Fridman, unquote.
21         Do you see that?
22     A   No.  But probably --

166

1          MR. GILLESPIE:  Turn the page.
2      A   Page -- turn the page.  Oh, control of
3  Russian -- yeah.  Okay.  So?
4      Q   So I then want you to turn to Document
5  Number 23, which we've called Exhibit 16 today.
6      A   Okay.
7      Q   And this is the April 1, 2016, Financial
8  Times profile on you called Lunch with the FT:
9  Mikhail Fridman.
10     A   Right.
11     Q   "The combative oligarch talks about
12 battles with BP and the moral duty of rich
13 Russians."
14     A   Okay.
15     Q   Do you recall sitting for that interview?
16     A   Yes, I remember that interview.
17     Q   Who arranged for that interview?
18     A   I don't remember who arranged it.  It was
19 probably a request from FT.
20     Q   Did the FT approach you directly about
21 it?
22     A   No.  I think -- I don't know.  Maybe

167

1  Stuart Bruseth who was, as I mentioned him as the
2  head of our PR department, he probably was
3  approached by FT, but ...
4      Q   Did you prepare for this interview with
5  FT?
6      A   No.  No.  I mean, I tried to be as much
7  sincere as possible.
8      Q   As you're trying to be today.
9      A   Exactly.
10     Q   And did you meet with PR representatives
11 before having this interview with the FT?
12     A   No.
13     Q   And you met with lawyers before you had
14 this deposition today?
15         MR. LEWIS:  Objection.
16     A   Oh, yeah.  I spoke, definitely spoke with
17 my lawyers.  Because that's very professional
18 matter, litigation.  I should be well prepared for
19 it.  I am not a lawyer.  With a journalist, I
20 primarily speaking as a just human being.
21     Q   Did you meet with any consultants of any
22 kind before you met with the FT in April of 2016?

168

1      A   No.  No.  No.
2      Q   This wasn't the first time that the FT
3  wrote a profile on you.  Correct?
4      A   I could not -- in that particular form,
5  that's probably yes.  But it was a probably some
6  other articles in FT regarding, you know --
7  somehow related to me, let's say.
8      Q   Can you pull up Document 82.
9      A   Eighty-two?
10         MR. LEVY:  This is going to be Exhibit
11 22.
12         (Defendants' Deposition Exhibit 22 marked
13 for identification and is attached to the
14 transcript.)
15     A   Eighty-two.  Okay.
16     Q   This is another Lunch with FT profile
17 that was done on you in the Financial Times in
18 2003.  Right?
19     A   Oh, I don't remember that, frankly
20 speaking.
21     Q   Looking over it now, do you remember it?
22     A   Yes, it's very small screen.  Could you

Transcript of Mikhail Fridman
Conducted on November 17, 2020

43 (169 to 172)

169

1  just translate it to the screen, because it's very
2  small.  It's not possible to read it.
3          MR. LEVY:  Please put this exhibit on the
4  screen.
5          A/V TECHNICIAN:  Yes, sir.  Stand by.
6          MR. LEVY:  If you can enlarge that.
7          Thank you.
8      A    Okay.
9      Q    It says Lunch with the FT:  Mikhail
10 Fridman --
11     A    Okay.
12     Q    -- by Robert Cottrell, Financial Times.
13          Do you recall sitting for that interview?
14     A    No, I don't remember, frankly.
15     Q    Okay.  Do you recall the 2015 Financial
16 Times profile on you where the headline read,
17 "Profile, Mikhail Fridman:  From rugs to riches"?
18     A    Seriously, I don't remember that, no.
19 Sometimes it's -- you know, it's happened.  Yeah,
20 you see that took place in 17 years ago.  I don't
21 remember that.
22     Q    Okay.  Well, this one is in 2015.

170

1          MR. LEVY:  Can you pull up Document 78,
2  please, and make it Exhibit 23.
3      A    Seventy-eight?
4          (Defendants' Deposition Exhibit 23 marked
5  for identification and is attached to the
6  transcript.)
7      A    Oh, so very small.
8      Q    Do you recall this document, this news
9  article?
10     A    Seventy-eight?
11         MR. GILLESPIE:  Yes.  Not page.  Number
12 78.
13     A    No.  From rugs to riches.
14          Okay.  Could you just, yes, increase a
15 bit.
16     Q    Do you recall this article?
17     A    No, frankly.  But it's not about
18 interview.  That was a kind of, just a type of
19 profile of myself, as far as I understand.
20     Q    And if you -- if you want an interview
21 with the Financial Times, if you want to speak
22 with the Financial Times, you can arrange that

171

1  yourself.  Right?
2      A    Probably, yes.  If I -- no, depending of
3  topics.  But probably if I have something really
4  interesting, they probably could reply positive on
5  my request to have a meeting with me.
6          MR. LEVY:  Can you pull up Document 68
7  and make that Exhibit 24.
8          (Defendants' Deposition Exhibit 24 marked
9  for identification and is attached to the
10 transcript.)
11         MR. LEVY:  And put it on the screen,
12 please.
13     A    Document 68.  Okay.  Yes.  The Alpha
14 Oligarchs.  Right?
15     Q    Right.
16         MR. LEVY:  Can you blow that up, please,
17 on the screen so it's a little bit more legible.
18         Thank you.
19     Q    So this is another March 5, 2015, profile
20 of you in the Financial Times.  Correct?
21     A    Yeah.
22     Q    Did you reach out to the Financial Times

172

1  and ask for a correction when they called you an
2  oligarch?
3      A    No.
4      Q    I want you to go back to what is Document
5  23 in Exhibit 16.  This is the April 1, 2016,
6  Lunch with the FT article.
7      A    Okay.  Document 23?
8      Q    Document 23, yes.
9      A    Okay.
10     Q    This is the article with the big portrait
11 of you on the front page.  Correct?
12     A    Say it again?
13     Q    Do you see the portrait of you in this
14 article?
15     A    Yes.  Yes.
16     Q    Yes.
17     A    Yes.  Unfortunately, yes.  It's not very
18 handsome.  Right?
19     Q    The -- the FT is a newspaper with which
20 you've had many communications over the years.
21         Isn't that right?
22     A    No.

173
1     Q    If you look at this article, it says that
2   the reporter had covered your, quote, War with BP
3   over their jointly-held Russian oil producer
4   TNK-BP, end of quote.  And said it was, quote,
5   "One of the most spectacular corporate battles of
6   the past decade."
7          Did this reporter interview you during
8   the course of your alleged conflict with BP?
9     A    I just -- could -- what -- what is --
10         MR. GILLESPIE:  Page 2.
11         THE WITNESS:  Page 2.
12         MR. GILLESPIE:  Second paragraph, "As a
13  reporter."
14         THE WITNESS:  "As a reporter" ...
15    A    Okay.  So that's -- that's reporter
16  description of the -- our relationship with BP.
17         Is that correct?
18    Q    This reporter is Guy Chazan.
19         Do you know him?
20    A    I don't recall.  But probably, yes.  If I
21  met him and get lunch, got lunch with him,
22  probably I know him.

174
1     Q    Do you recall him interviewing you during
2   the course of your alleged conflict with BP?
3     A    No, I don't remember.  I don't recall it.
4     Q    What was that period of time?
5     A    It was -- you know, we have a joint
6   venture since 2003 until 2013.  So those ten years
7   are very close cooperation with BP.
8     Q    This article that you're looking at now
9   also says that you delivered a speech called How I
10  Became an Oligarch.
11         Is that correct?
12    A    No.  I didn't make that speech, it seems
13  to me.
14    Q    You didn't make that speech?
15    A    No; I made the speech.  I don't know what
16  kind of speech he means.  But frankly, I not
17  making a speech very often.
18         But I never -- I could not recall that
19  speeches which was entitled like how I made -- how
20  I became an oligarch.  I don't remember this type
21  of speeches.
22    Q    Did you or a representative ask the FT to

175
1   correct that statement?
2     A    No, I don't remember.
3         MR. LEWIS:  Objection to form.  You're
4   asking about the title that was put upon his
5   speech, How I Began an Oligarch?
6     Q    I'm asking if you or a representative
7   asked the FT to correct the statement in this
8   article that you had delivered a speech called How
9   I Became an Oligarch.
10    A    And where in this article where they
11  mention the speeches?  Could you just show me?
12         MR. GILLESPIE:  It's in the next
13  paragraph.  Second paragraph on Page 2.  "I was
14  prepared for a touch of menace."
15         THE WITNESS:  Uh-huh.
16         MR. GILLESPIE:  Do you see that?
17    A    How I Became an Oligarch.  No, I didn't
18  approach FT with regards to that mentioning of
19  that lecture.  But I may have made lecture
20  entitled How I Became an Oligarch.
21    Q    And you've not sued anyone simply for
22  calling you an oligarch.  Correct?

176
1     A    No, I didn't sue anybody for that.
2   Because that's too broad meaning of that word
3   in -- using for the -- for the media.
4     Q    And you're a Russian billionaire.
5     A    I'm Russian businessman.  I am -- I would
6   say I am international businessman with a lot of
7   activity in Russia and elsewhere, by the way.
8     Q    This reporter also asked you about your
9   relationship with Putin and the Kremlin.  Correct?
10    A    Probably, yes.  I don't remember what --
11  what did he ask for.
12    Q    And this isn't the first reporter to ask
13  you about your relationship with Putin and the
14  Kremlin, is it?
15    A    Yeah, that's -- that's quite -- quite
16  usual question.
17    Q    The article quotes you as saying, quote,
18  We never wanted to challenge authority, unquote,
19  Fridman says.  It also --
20    A    What's the page?  Sorry.  What is the
21  page?
22         MR. GILLESPIE:  It's on Page 5.  It's the

Transcript of Mikhail Fridman
Conducted on November 17, 2020

177

1  third paragraph.
2        THE WITNESS:  Okay.
3        MR. GILLESPIE:  He also avoided politics.
4        THE WITNESS:  Yes.
5    Q   It says:  He avoids outright criticism of
6  Putin.  And then it says, quote, The conversation
7  turns to Ukraine.  But for the first time in our
8  two-hour conversation he -- being you, Fridman --
9  clams up.  As head --
10       MR. GILLESPIE:  Where is this?
11   Q   Quote, As head of a big company I don't
12 have the right to comment on the situation, end of
13 quote, he said.
14   A   What?  What is the page?
15       MR. LEVY:  You can put it on the screen.
16       MR. GILLESPIE:  It's Page 7, bottom of
17 Page 7.
18       THE WITNESS:  Uh-huh.  Yes.
19   A   The last paragraph on the Page 7.  Okay.
20 Okay.
21       So what was the question?
22   Q   Tell me all the times when you've

178

1  criticized Vladimir Putin in public.
2    A   Sorry?  Tell -- tell me what?
3    Q   Tell me when you have criticized Vladimir
4  Putin in public.
5    A   No, I didn't.
6    Q   Have you criticized Vladimir Putin in
7  public?
8    A   I don't -- I could not recall that.
9    Q   Have you criticized Vladimir Putin about
10 the Crimea?
11   A   No, I don't remember it.
12   Q   Have you criticized Vladimir Putin about
13 the murder of Alexei Navalny or Sergei Skripal?
14   A   Fortunately, he did not murder it, as far
15 as I know.
16   Q   Have you criticized him -- have you
17 criticized Vladimir Putin about Russian
18 interference in the 2016 U.S. presidential
19 election?
20   A   No.
21       MR. LEWIS:  Just objection to form.
22 You -- Mr. Levy, you began by saying, you know,

179

1  criticized in public.  You were asking him about
2  his public statements.
3        You've dropped the "in public" from the
4  succession of questions that followed.  But I
5  understand them all to be asking him about whether
6  he has said the things that are the subject of
7  your questions in public.
8    Q   Have you criticized Vladimir Putin in
9  public about Russian interference in the 2016 U.S.
10 presidential election?
11   A   No, I didn't.
12   Q   Have you criticized Vladimir Putin in
13 private about Russian interference in the 2016
14 presidential election?
15       MR. LEWIS:  Objection to form.  To
16 anybody?
17   A   My private life is my private life.
18       MR. LEWIS:  To everybody?  Come on.
19   Q   Have you spoken with Vladimir Putin and
20 told him that you're critical of Russian
21 interference in the 2016 U.S. presidential
22 election?

180

1    A   No, I didn't.
2    Q   Have you and Vladimir Putin discussed the
3  U.S. presidential election of 2016?
4    A   Never.
5    Q   Have you criticized Vladimir Putin in
6  public for the war in Chechnya?
7    A   I didn't.
8    Q   Haven't you, in fact, criticized other
9  oligarchs like Gusinsky, who have criticized the
10 Kremlin or Putin in public?
11   A   No, I didn't.
12   Q   You're careful not to criticize the
13 Putin -- I'm sorry.  You're careful not to
14 criticize the Kremlin and Putin, aren't you?
15       MR. LEWIS:  Objection.  Argumentative.
16   A   I'm trying not to criticize anybody
17 publicly.
18   Q   Haven't you publicly likened any Russian
19 businessman's relationship with Putin as one with
20 a hippo, meaning you don't want to get between the
21 hippo and the water?
22   A   No.  That was on one of -- that's not, by

181

1 the way, personally about Mr. Putin.  That was a
2 question, as far as I could recall it.  You know,
3 more or less the same as you asking, that, have
4 you managed to be politically neutral and
5 throughout your life and this whole period of time
6 in -- in public lecture in Moscow.
7        And I answer that -- I answer just that,
8 you know, the most dangerous animal in Africa is
9 actually a hippo.  Because -- and that most people
10 killing by him have been killed not because it's a
11 kind of prize for them, but because the hippo is
12 actually not a predator.  But because if people
13 appears between hippo and the water, hippo
14 immediately attack, attacking one.  Because he
15 believes that it's dangerous for him if somebody,
16 you know, preventing him to reach the water.
17        And I said we should not be between hippo
18 and the water as a businesspeople.  And I not
19 mention -- I not mean for personal President
20 Putin.
21        What I said, I mean that I think that
22 businesspeople should not be between a political

182

1 power and some political goals, you know, where
2 trying to reach.
3        So what I would like to say to the
4 people, that I shouldn't be kind of involve in any
5 political fight or whatever, which I very strictly
6 follow all of my life.
7    Q    And Putin is a political power.  Correct?
8        MR. LEWIS:  Objection.
9    A    Of course.  Putin is the president of the
10 country, so he's definitely represent political
11 power.
12    Q    Can you turn to Document 24.
13        MR. LEVY:  We are going to mark this
14 Exhibit 25.
15    A    Twenty-four.  Okay.
16        (Defendants' Deposition Exhibit 25 marked
17 for identification and is attached to the
18 transcript.)
19    Q    This is an April 11, 2016, bne
20 IntelliNews profile on you.  Correct?
21    A    I don't know what this is the edition,
22 bne IntelliNews.  It is actual some kind of gutter

183

1 press, it seems to me.  Right?
2    Q    Does it say, "Profile:  Mikhail Fridman -
3 the Teflon oligarch new to Londongrad"?
4    A    Okay.  So what?
5    Q    This is in English?
6    A    Probably, yes.
7    Q    And do you recall if bne IntelliNews
8 interviewed you?
9    A    Sorry?  Say again?
10    Q    Do you recall -- do you recall if bne
11 IntelliNews interviewed you?
12    A    No, I don't remember that.  I don't have
13 any interview with them.
14        MR. LEVY:  Can we put up Document 25,
15 please.  Or if you could just turn to it, we don't
16 need to have it up on the screen.
17    A    Yes.
18        MR. LEVY:  Make this Exhibit 26.
19        (Defendants' Deposition Exhibit 26 marked
20 for identification and is attached to the
21 transcript.)
22    A    Yes.

184

1    Q    This is an op-ed that you published in
2 Real Clear Politics on April 29, 2016.  Correct?
3    A    Yes.
4    Q    Do you recall drafting that op-ed?
5    A    Yeah.
6    Q    And here you analyze the political
7 situation in the United States and around the
8 world, and offered your views.  Correct?
9    A    True.
10    Q    In this op-ed you discuss the U.S.
11 presidential election.  Correct?
12    A    No, I am not discussing that.  Just
13 mention as a matter of fact.
14    Q    In this article you said, quote -- sorry.
15 In this op-ed that you drafted you said --
16        MR. LEVY:  Can you give us a page,
17 please, of the article?
18        MR. LEVY:  He can put it up if you'd
19 like.
20        MR. LEWIS:  I don't need you to put it
21 up.  I have it up.  I just want to know where in
22 the article you're looking.

Transcript of Mikhail Fridman
Conducted on November 17, 2020

47 (185 to 188)

185

1      MR. LEVY:  I don't have the exact page.
2      MR. LEWIS:  Oh, okay.
3    **A    Yeah, I mention U.S. election just in**
4  **one -- in one phrase it seems to me.**
5    Q    You said, quote, "The United States of
6  America, which was built on the principles of free
7  markets and openness, is rallying to presidential
8  candidates who are either propagating socialist
9  views or arguing for isolationism."
10      To which presidential candidates are you
11 referring to here?
12   **A    As far as I understand, that's -- that I**
13 **mean Mr. Bernie Sanders, who from my standpoint is**
14 **expressing very socialist approach to the economy.**
15      **And arguing for isolationism, that's**
16 **probably to Mr. Donald Trump, who actually urged**
17 **to build a kind of wall with the Mexico and, you**
18 **know, forbid -- forbid entrance for representative**
19 **of many countries, and so on.**
20      **So that -- that was -- but that was the**
21 **only phrase it seems to me I mention United States**
22 **in America -- United States of America elections.**

186

1    Q    Why did you choose to place this op-ed in
2  Real Clear Politics?
3    **A    That was not my decision.  That was**
4  **actually -- I wrote this op-ed in Russian, by the**
5  **way.  It was published in Forbes magazine in**
6  **Russian, I can recall it.  It was suggestion it**
7  **seems to me from our PR people that it should be**
8  **translated and published in English.**
9    Q    Do you know which PR people?
10   **A    If I could recall, it's probably Stuart**
11 **Bruseth was in charge for that.**
12   Q    Anyone else?
13   **A    No, I don't remember.**
14   Q    In this op-ed you alluded to some of the
15 constraints of the former Soviet Union.  Correct?
16   **A    Yeah, we are --**
17      MR. LEWIS:  You can't identify for us --
18      MR. LEVY:  I'm asking him a question,
19 Alan.
20   **A    What type of pages?  So, yeah, I'm --**
21   Q    You don't criticize Vladimir Putin in
22 this op-ed, do you?

187

1    A    No, I don't criticize him.
2    Q    Can you turn to Document 33.
3      MR. LEVY:  Which we'll call Exhibit 27.
4      (Defendants' Deposition Exhibit 27 marked
5  for identification and is attached to the
6  transcript.)
7    **A    Thirty-three.  Right?**
8      MR. GILLESPIE:  Three-three.
9      THE WITNESS:  Okay.
10   **A    Okay.**
11   Q    This is a July 14, 2016, Bloomberg story,
12 where it quotes you from an interview of you in a
13 profile on you, Aven, and Khan, called "Russian
14 oil billionaires' next big investment - American
15 health care."
16      Do you recall being interviewed for this
17 story?
18   **A    Yeah, I -- yeah, I don't remember that**
19 **particular story, but I remember that we met, it**
20 **seems to me, with a journalist from Bloomberg.**
21 **And they asked a lot of questions, different type.**
22 **And very probably was, as outcome of that meeting,**

188

1  there was couple of publication on that topic.
2    Q    Did you consult with Stuart Bruseth prior
3  to that interview?
4    **A    I don't remember exactly, but probably**
5  **yes.  That was -- yeah, we just, let's say, ride**
6  **to London.  And it was kind of a nice thing to be**
7  **introduced to the, you know, media society, let's**
8  **say.**
9    Q    Did you consult with anyone else prior to
10 that interview?
11   **A    I could not recall it, no.**
12   Q    Did you speak with anyone from BGR?
13   **A    No, I don't remember.**
14   Q    Did you speak with Richard Burt?
15   **A    No, I don't -- no.**
16   Q    Did Bloomberg reach out to you, or did
17 you and Bruseth reach out to Bloomberg?
18   **A    I don't know, frankly speaking.  I don't**
19 **know.**
20   Q    Do you recall discussing the political
21 situation in the United States with these
22 reporters?

189

1    A    No, I don't remember.
2    Q    In this article it says, quote -- and
3 this is a quote from you.  Quote, Our Russian
4 background is a disadvantage as businessmen at the
5 moment, given the political tensions, but this
6 sentiment is changing, end of quote, said Fridman.
7        How did you know the sentiment is
8 changing?
9    A    I at that time hoped in a better
10 direction.  Unfortunately, I was wrong.  It's
11 rather changed in a -- in a worse direction.
12   Q    Do you see --
13   A    Because I -- I actually suppose that, you
14 know, that's the rule of the business is quite
15 universal for everybody.  And I think it would be,
16 you know, better understanding that the Russian
17 businessman is the same type of businessman as
18 anybody else.
19   Q    This story talks about --
20   A    Sorry?
21   Q    No.  Go ahead.  I didn't want to
22 interrupt.

190

1    A    No.  But -- but that's actually probably
2 was the meaning of this quote.  I don't remember
3 that quote.  But from what I listen from you, I
4 probably meant exactly what I said.  That, of
5 course, it's certain cliché about Russian
6 oligarchs, so-called.  And, you know, that, of
7 course, not very helpful for doing a business,
8 especially in the West.
9        But I suggested -- I supposed at that
10 time that steadily the situation will change, will
11 change in a better direction.
12   Q    This article says that you and your
13 partners are known for your, quote, mastery,
14 unquote, of, quote, administrative resources --
15 the aggressive use of connections, courts and cops
16 to achieve commercial aims, end of quote.
17        Is that accurate?
18   A    Is my quote?
19   Q    That's what --
20        MR. LEWIS:  Objection.  Objection to
21 form.
22        It's a statement that what he's known

191

1 for?  You're asking him to tell you what he's
2 known for in general?
3        MR. LEVY:  I'm asking if that's accurate.
4        MR. LEWIS:  It's a statement about what
5 he is known for by unspecified authors.
6        MR. LEVY:  I understand, Alan.  Alan, the
7 statement, as you would say, speaks for itself.
8        If Mr. Fridman would tell me whether that
9 statement is accurate, I'd like an answer.
10   A    Could you just tell me where is this
11 statement?  What's the page?
12        MR. LEVY:  Andrew, do you have the page
13 number?
14        MR. SHARP:  I'm looking for it here.
15        It's Page 3.  It's Page 2 and 3.  I'm
16 going to --
17   A    Page 2 and 3.
18   Q    Page 2 --
19   A    Page 2.
20   Q    -- has Clinton, Trump.  And then under
21 that heading there's a paragraph.  And in the
22 paragraph it says, "So he and his partners, who

192

1 are both decried and admired for their mastery of
2 what is known as administrative resources -- the
3 aggressive use of connections, courts and cops to
4 achieve commercial aims -- have brought on board
5 people with ties to both candidates for
6 president."
7        What I want to know --
8    A    I could not --
9        MR. GILLESPIE:  We could not see this
10 anywhere.
11   A    Oh, yeah.  Yeah.
12   Q    What I want to know from you is whether
13 it's accurate that you are both admired and
14 decried for your mastery of aggressive use of
15 connections, courts and cops to achieve commercial
16 aims.
17   A    Yeah, that's -- I don't agree with this
18 assessment.  That's not my quote.  And there is no
19 quotes here.  It's just -- that's the statement
20 from the journalist, as far as I understand.
21        As -- am I correct?
22   Q    It is a statement from a journalist who

193

1  interviewed you.  And I am asking you if it's
2  correct.  And that's my question.
3      **A    I -- I disagree with this statement at**
4  **all.**
5      Q    This story talks about how you are going
6  to use Richard Burt to help you make inroads in
7  the United States.
8          Is that correct?
9      **A    Where?**
10     Q    The next paragraph.
11     **A    Uh-huh.**
12     Q    "Advisors to LetterOne's board include
13 Richard Burt."
14     **A    Yes.  We mention Richard Burt as**
15 **advisors.**
16     Q    Right.  And you were using Richard Burt
17 to help you make inroads in the U.S. as LetterOne
18 was trying to make investments in the United
19 States.
20         Is that correct?
21         MR. GILLESPIE:  It doesn't say that.  It
22 doesn't say that.

194

1      **A    No.**
2      Q    I am asking if that's true as a factual
3  matter.
4      **A    No, that's not -- not about this, this**
5  **paragraph, as far as I understand.**
6      Q    Mr. Fridman, if you could just look at
7  me.  I'm just asking you a question about what
8  actually happened.
9          Did you retain Richard Burt to help you
10 and your company LetterOne make inroads in the
11 United States?
12     **A    No.  By the way, we hired Richard Burt**
13 **much earlier rather than LetterOne was**
14 **established.  We hired BGR -- I'm saying we.  We,**
15 **Alfa-Bank hired BGR as advisor probably 20 years**
16 **ago.  That was much way before we decided to -- to**
17 **founded LetterOne.**
18         **So that was not an idea not necessarily**
19 **for an investment in the U.S.  We sincerely**
20 **believe that it is important for us to -- to kind**
21 **of to, you know, kind of to be known for, you**
22 **know, businessmen in the U.S., and for those who**

195

1  **would like to do the business in Russia, and so**
2  **on.**
3      Q    When did you start working with Richard
4  Burt?
5      **A    It was probably, like, 20 years ago.**
6      Q    What was he doing for you then?
7      **A    He used to be in that time senior**
8  **representative of BGR in -- in relation with our**
9  **contract with BGR.**
10     Q    And what was he doing for you in 2016?
11     **A    You know, our relation has developed**
12 **since we first time been acquainted.**
13         **And he became a member of the board of**
14 **LetterOne.  And he definitely was a very**
15 **knowledgeable and respectful person regarding**
16 **international politics.  Not only about in the**
17 **U.S., more generally.**
18         **He is former investor in the Germany and**
19 **so on.  So he was really quite unique person from**
20 **point of view of knowledge of international**
21 **affairs, business, and so on.**
22     Q    Between 20 years ago and 2016, did

196

1  Mr. Burt continue to work with you?
2      **A    Yes.  Not with me personally, but with**
3  **Alfa-Bank and later on with LetterOne.**
4      Q    But you've met him?
5      **A    Yeah, of course I met him many times.**
6      Q    Can you turn to Document 32, please?
7          MR. LEVY:  We're going to make this
8  Exhibit 28.
9          (Defendants' Deposition Exhibit 28 marked
10 for identification and is attached to the
11 transcript.)
12     **A    Twenty -- 32?**
13     Q    Thirty-two.
14     **A    Okay.  Billionaire Fridman Redefines Face**
15 **Control for Huge Russian Rave.**
16     Q    Thirty-two should be an Alfa-Bank press
17 release.
18     **A    No.  I have it --**
19         MR. LEWIS:  No.
20     **A    Thirty-two is what exactly I read to you.**
21         MR. LEVY:  Andrew, what document is the
22 Alfa-Bank press release on FIFA?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

197

1        MR. SHARP:  Thirty-five.
2    Q    Thirty-five.  My apologies.
3    A    Okay.  No problem at all.
4    Q    Do you recall this press release?
5    A    No.
6    Q    So you didn't approve it?
7    A    No, at all.
8    Q    Do you recall agreeing to have Alfa-Bank
9  sponsor the World Cup in 2018?
10    A    Sorry?  I -- I -- I was not participant
11  of this discussion.
12        By the way, if I could recall it, I was,
13  frankly speaking, not very supportive of that
14  idea.
15    Q    In 2016 did LetterOne invest $200 million
16  in Uber?
17    A    Probably yes, something like that.
18    Q    In 2016 did LetterOne invest $50 million
19  in FreedomPop, another U.S. company?
20    A    Yes.
21    Q    In 2016 did LetterOne seek to invest $3
22  billion in healthcare beginning in the United

198

1  States?
2    A    No, we are not invested in the
3  healthcare.  We just invested in our partner
4  company -- I mean our partner, private equity
5  company called Pamplona.
6    Q    Which was in the healthcare industry, or
7  is the healthcare industry?
8    A    No.  That -- they were private equity.
9  We were investing in a lot of different project,
10  including healthcare.
11    Q    In the United States.
12    A    Including United States.  And not only in
13  the United States.
14        It's a private equity company.  So we
15  gave -- we invested money there.  And they
16  invested, you know, a number of --
17    Q    Do you recall discussing -- do you recall
18  discussing these investments in Uber, FreedomPop,
19  and healthcare with the Financial Times in 2016?
20    A    No, I don't remember.  But probably you
21  asking about that, and I just mentioned it.
22    Q    Can you look at Document 38.

199

1        MR. LEVY:  We're going to mark this as
2  Exhibit 29.
3        (Defendants' Deposition Exhibit 29 marked
4  for identification and is attached to the
5  transcript.)
6    A    Okay.
7    Q    This is the August 30, 2016, Financial
8  Times article, Mikhail Fridman Pumps $50 million
9  into FreedomPop.
10    A    Okay.
11    Q    Do you recall being interviewed for that
12  story?
13    A    No.
14    Q    Do you recall if the Financial Times
15  approached you or if you approached it?
16    A    No.  I don't remember this.
17    Q    You --
18    A    I'm sure that was not an interview.  I
19  think that was just a kind of article regarding
20  that investment.
21    Q    And you see that when the Financial Times
22  writes up these investments made by LetterOne, it

200

1  makes you the face of them.  Correct?
2        MR. LEWIS:  Objection to form.  Financial
3  Times?  I mean, like every Financial Times
4  article?
5        MR. LEVY:  This article.
6    Q    This article --
7    A    Yeah.
8    Q    -- made you the face of the LetterOne
9  investments described in --
10    A    You mean my photo?  You mean my photo on
11  the first page?
12    Q    Yeah.
13    A    Yes.
14    Q    FT readers know who you are.  Right?
15        MR. LEWIS:  Objection.  "Readers"?
16    Q    People read the Financial Times.
17  Correct?
18    A    Some of them probably know who I am.
19    Q    They know you from the past Financial
20  Times profiles that we've discussed today.
21  Correct?
22    A    I don't know where I did get -- where

201

1  they could get this information.  From few
2  articles which was published in Financial Times,
3  some of their readers probably could know me.
4      Q    The Lunch with the FT profiles, they've
5  read those.  Right?
6      A    I don't know what -- what kind of
7  articles they read.
8      Q    The Financial Times and its readers know
9  you to be the founder of Alfa and LetterOne.
10       Correct?
11       MR. LEWIS:  Objection.  Is your question
12 about what -- what was written in the Financial
13 Times?
14       I mean, that's a different question than
15 what people who read the articles know.
16      A    Some of them who probably interesting --
17 interested with the Russian business should --
18 should -- could remember me.  But probably not all
19 of them.  I'm sure that -- I'm reading the
20 articles in Financial Times and immediately forget
21 all -- all name mentioned that articles.
22      Q    In 2016, what did Stuart Bruseth do for

202

1  you?
2      A    He used to work, and he still working in
3  LetterOne as a head of PR, media relationship.
4      Q    In 2016 how much did you or LetterOne pay
5  Mr. Bruseth?
6      MR. LEWIS:  Objection.  What --
7      A    I didn't pay -- I didn't pay him
8  personally.  LetterOne, you should ask for
9  LetterOne.
10      Q    Do you know how much LetterOne
11 compensated him in 2016?
12      A    No.
13      Q    How much did LetterOne or you or Alfa
14 compensate Richard Burt in 2016?
15      A    I don't know at all.  Me, personally, I
16 didn't pay to Mr. Burt.
17      Q    Did you, Alfa, or LetterOne retain the
18 services of Teneo in 2016?
19      A    I don't remember.  Not -- not me,
20 personally, for sure.  But LetterOne or Alfa, I
21 don't know.
22      Q    Are the companies now using Teneo?  And

203

1  by "the companies" I mean Alfa and LetterOne.
2      A    I -- I don't know.  LetterOne had a
3  certain contract with Teneo, primarily for
4  consultants.  I know -- VimpelCom, by the way --
5  I'm sorry, Veon had a long-term relationship with
6  Teneo.  So probably we are using Letter -- or,
7  sorry, Teneo for certain consultants.
8      Q    Is there a lead person at Teneo working
9  for you in --
10      A    Sorry?
11      Q    Is there a lead person --
12      A    No.  You're asking -- working for you,
13 asking about me, personally?  Nobody working for
14 me, personally.
15      Q    For Alfa or LetterOne?
16      A    No.  As far as I could recall it, no.
17      Q    Were you working with Akin Gump in 2016?
18      A    Again, when you asking "you," you mean me
19 Mikhail Fridman or Alfa-Bank or LetterOne or
20 any --
21      Q    Let's start with you, sir.
22       Were you working with --

204

1      A    No.
2      Q    Were you working with --
3      A    I don't remember.  I don't -- I don't
4  remember that.  I don't remember in -- that Akin
5  Gump work for me, personally in any litigation.  I
6  could not recall it.
7       I know that Akin Gump surely used to work
8  for -- for Veon and for VimpelCom many times in
9  many kind of legal cases.
10      Q    Does --
11      A    I don't know whether it was in two
12 thousand -- maybe it was 2016, maybe before, maybe
13 later, maybe some other companies.
14       We have plenty of different companies,
15 big companies.  We have permanent ongoing number
16 of different litigation on a business purpose and
17 so on.  So I don't know whether we using Akin
18 Gump.  We probably could use Akin Gump.
19      Q    Who is the lead attorney at Akin Gump
20 working with you today?
21      A    I don't know.  I don't have any idea.
22      Q    Do you know how much you paid or your

205

1  companies paid out Akin Gump in 2016?
2        MR. LEWIS:  Objection.
3    A   I have no idea at all.
4    Q   Did you, Alfa, or LetterOne use Edelman
5  in 2016?
6    A   What?
7    Q   Did you --
8    A   Edelman?
9    Q   Edelman, E-D-E-L-M-A-N?
10   A   Edelman.  Edelman.  That's a kind of PR
11  agency, right, it seems to me.
12   Q   Correct.
13   A   Me, personally, definitely not.  I don't
14  remember.  Maybe some of our company somehow used
15  worked with Edelman.  It seems to me Genesis, our
16  philanthropy, you know, kind of initiatives, used
17  to work with Edelman certain period of time.
18        You know, again, Edelman, it's big
19  company in that -- in that, let's say, area, in
20  public relations.  And we have a plenty of company
21  which permanently working with a certain
22  consultant in PR.  So I don't know exactly.

206

1    Q   Did you work with Stan Polovets in 2016?
2        And I'm asking about you.
3    A   Oh, yeah.
4    Q   Yeah.
5    A   No.  Me, personally?
6    Q   You, Alfa, or LetterOne.
7    A   No.  In two thousand -- you know, Stan
8  Polovets is head of Genesis Prize Foundations,
9  so-called.  So he is our partner and co-founder.
10  And then he is a CEO of this Genesis Prize
11  Foundation.
12        So I am -- I am probably the largest
13  sponsor of this Genesis Prize Foundation.  If
14  it's -- if it's possible to describe our
15  relationship as a -- he is working for -- not for
16  me, personally.  He is working for Genesis Prize
17  Foundation.  And of course I know Mr. Polovets
18  pretty well.
19   Q   How much did the foundation pay him in
20  2016?
21   A   I do not remember.
22   Q   What about Hill+Knowlton; did you work

207

1  with them in 2016?
2    A   Me, personally, no.
3        And regarding that other entity which we
4  talking about, I would like just to repeat the
5  same answer.  I -- probably -- maybe yes, maybe
6  no.
7        I -- Hill+Knowlton is a big company.  So
8  it's a kind of decent chance that we're working
9  with some of that company, maybe not.  We
10  definitely used to work with Hill+Knowlton I
11  remember probably ten years ago or 15 years ago.
12   Q   And what about Dmitry Vozianov, who had
13  been the vice-president of Altimo; did you ever
14  work with him?
15   A   Me, personally?  No.
16   Q   Did he ever do press relations for Alfa?
17   A   I could not recall it.
18        I know this guy.  He used to work in
19  certain period of time in -- in Altimo.  Shortly,
20  let's say.  And haven't -- I haven't seen him
21  probably like, I don't know, six, seven years.
22   Q   And you worked with RIM for your Russian

208

1  media relations.
2        Is that correct?
3    A   Me, personally?
4    Q   You, Alfa, either one.
5    A   RIM?  I haven't -- I haven't heard this
6  name of the company.  RIM?
7    Q   You don't know them?
8    A   No.
9    Q   Okay.
10        MR. LEVY:  It's 1:03.  And Alan had said
11  we should take a break at 1:00 for --
12        THE WITNESS:  Okay.
13        MR. LEVY:  So we'll do that right now and
14  go off the record.
15        (A recess was taken.)
16  BY MR. LEVY:
17   Q   Mr. Fridman, you mentioned Dmitri
18  Fridman.
19        Is he a relative of yours?
20   A   No.
21   Q   Does he have business connections to
22  Alfa?

209

1    A    No.
2    Q    Does he have business connections to
3  Mr. Aven?
4    A    No.
5    Q    Does he have business connections to
6  Mr. Khan?
7    A    No.
8    Q    You also mentioned Dmitri Azarov.
9       Is that correct?
10   A    Yeah.
11   Q    Is that A-S --
12   A    Azarov.
13   Q    Can you spell that?
14   A    A-Z-A-R-O-V.
15   Q    And does Mr. Azarov have business
16 connections to Alfa?
17   A    No.  You already asked that, but I said
18 to you no.
19   Q    Okay.
20       MR. LEVY:  Can you turn to Document 53.
21       We'll call this Exhibit 30.
22       (Defendants' Deposition Exhibit 30 and

210

1  Exhibit 31 marked for identification and are
2  attached to the transcript.)
3    Q    This is a document that your lawyers
4  produced to us.  It looks to be at the bottom an
5  e-mail from your Gmail account on October 1, 2016.
6       Is that correct?
7    A    That's correct.
8    Q    And then at the top is an e-mail from
9  Cameron Barr to you.  Correct?
10   A    Yes.
11   Q    Same date?
12   A    Yes.
13   Q    And do you recall sending the e-mail at
14 the bottom of the page?
15   A    Yeah, I remember the kind of the
16 circumstances regarding that.  I don't remember
17 particular that mail, but I remember, you know,
18 the story behind it.
19   Q    Why did you decide to reach out to
20 Cameron Barr, who is listed as the managing editor
21 of the Washington Post?
22   A    Because in that time it was a lot of

211

1  request from media with regards to this so-called
2  server story, if you aware about that.  Right?
3    Q    And why did you reach out to Mr. Barr
4  specifically at The Washington Post, as opposed to
5  somebody else at The Washington Post?
6    A    I don't know Mr. Barr personally, but he
7  is, as far as I understand, person who is in
8  charge for, you know, kind of publishing, you
9  know, articles, you know, the main person who is
10 in charge.
11       And I understand at that time that
12 certain articles was prepared in Washington Post
13 regarding this so-called server story.  And
14 therefore, it was my, you know, kind of approach
15 to him to avoid any ambiguity or wrong information
16 that story.
17   Q    Who gave you or how did you come by
18 Mr. Barr's e-mail address?
19   A    I don't remember, you know.  It's
20 probably not a state secret to find his e-mail
21 address.  But -- but I don't remember who -- who
22 personally gave me this address.

212

1    Q    Was anyone at Alfa working with you on
2  reaching out to Mr. Barr?
3    A    No.  In Alfa, I don't remember.  I
4  couldn't recall.  Maybe Stuart Bruseth, you know,
5  who was our kind of head of our media relationship
6  and PR relation, public relation, he probably
7  could --
8    Q    He was at LetterOne.  Correct?
9    A    Right.
10   Q    So if he's at LetterOne, why is he
11 helping you respond about Alfa-Bank?
12   A    No.  Because, actually, that's not
13 regarding only to Alfa.  That's, as far as I
14 understand, touching the legal interest and, you
15 know, reputational issue for all company related
16 to me, personally.
17       And, you know, and then the server story
18 was definitely kind of very dangerous story, and
19 potentially very damaging for any business.
20 Because that was kind of allegation that we have
21 some, let's say, illegal hidden channel of
22 communication with Mr. Trump.

213

1        So therefore, you know, he is -- he -- as
2    far as I remember, he was asked by journalist,
3    actually, at that time from many edition to --
4    just to make a comment.
5        And that's why it's primarily through his
6    desk, let's say, because -- because, you know,
7    there was a lot of pressure to provide information
8    about that from our side.
9    Q    When you reached out to The Washington
10 Post, did you consult with Mr. Aven or Mr. Khan?
11   A    No.
12   Q    Did you consult with BGR?
13   A    No.
14   Q    Did you consult with Richard Burt?
15   A    No.
16   Q    Mr. Barr wasn't one of the reporters
17 working on the story, was he?
18   A    I could not recall precisely, but
19 probably yes.  Or was he chief editor or the
20 journalist?
21   Q    He's listed here as managing editor.  And
22 I wanted to know if he was one of the reporters

214

1    who was reaching out to Mr. Bruseth or anyone else
2    at Alfa for comment.
3    A    No.  I don't -- I don't know.  I don't
4    remember who namely approached Mr. Bruseth from
5    Washington Post.  But as far as I understand,
6    Mr. Barr was the -- you know, pretty senior guy
7    who was kind of authorized to -- to resolve that
8    issue, if necessary.
9    Q    Why did you send this e-mail from your
10 Gmail account?
11   A    Frankly, I don't know.
12   Q    At the end of the e-mail to Mr. Barr you
13 stated, quote, If there was an opportunity to be
14 able to talk to you off the record, I would very
15 much like the opportunity to speak with you, end
16 of quote.
17       Did you wind up speaking off the record
18 with Barr or anyone else at The Washington Post?
19   A    I was in a kind of conference, telephone
20 conversation with couple of journalist.  Not just,
21 by the way, from Washington Post.  It seems to me
22 I also had a telephone conversation on that regard

215

1    with The New York Times, more or less at the same
2    time.
3        Yeah, that was 1st of October.  Exactly.
4    I have -- I have a conversation, as far as I could
5    recall it, in the end of conversation with -- with
6    some journalist -- it seems to me from New York
7    Times on the same topic.
8    Q    Did you e-mail The New York Times?
9    A    Sorry? I don't remember.  I don't
10 remember.
11   Q    Do you recall receiving an e-mail from
12 The New York Times?
13   A    No, I don't remember.  It seems to me
14 not.  It seems to me not.  It seems to me that was
15 just a telephone conversation, and we tried to
16 convince them that their story is a fake story.
17 Because --
18   Q    Who at the New York Times did you speak
19 to?
20   A    I don't remember.  I -- probably the
21 journalist who was -- who written that article in
22 that time.

216

1        And again, as I said, that was a kind
2    of -- hard kind of the calls.  You know, because a
3    lot of edition tried to call to Mr. Bruseth, you
4    know, and some to other, other people, just to --
5    to ask a question regarding our relationship with
6    Alfa-Bank relationship, my personal relationship,
7    Petr Aven's relationship with Donald Trump and so
8    on.
9        So that was really kind of big, big one
10 at that time.
11   Q    At the time of this e-mail, had you hired
12 Mandiant to investigate any connection between the
13 Alfa server and the Trump server, or Mandiant?
14       MR. LEWIS:  Objection.  You asked whether
15 he hired Mandiant.  Are you asking whether Alfa
16 or --
17       THE WITNESS:  Yeah, yeah.
18   Q    Whether Alfa, LetterOne, you in your
19 business capacity, hired Mandiant.
20   A    No.  I didn't -- I didn't hire Mandiant
21 in my personal capacity at all.  Either Alfa --
22 probably Alfa should hire.  Because Alfa was the

Transcript of Mikhail Fridman
Conducted on November 17, 2020

55 (217 to 220)

217

1 entity mentioned in that, let's say, illegal
2 connection or strange connection, let's say,
3 between the servers, hired Mandiant.
4        I don't remember exactly what was the
5 date of hiring them.  Probably it was a bit
6 earlier than the 1st of October.  That was
7 probably was in September, according to my
8 recollection of memory.
9     Q    At the time of this e-mail, Mandiant
10 hadn't confirmed the absence of a connection
11 between the Alfa server and a Trump server.
12        Correct?
13     A    So — oh, yeah, Mandiant already
14 mentioned there. So this probably was before we
15 hired them.  I mean, Alfa-Bank hired them.
16     Q    Mandiant had not concluded the
17 investigation at this time.  Correct?
18     A    Mr. Levy, I don't remember exactly the
19 date of — probably not.  Or probably — so they
20 made certain conclusion, but not the final one.
21     Q    At this time your testimony seems a
22 little unclear.  Let me ask you again.

218

1        At the time of this e-mail, had Mandiant
2 found that there was no connection between the
3 Alfa server and a Trump server?
4     A    It seems to me yes.  Yes.  That was
5 mention in this e-mail.  Right?
6     Q    Well, it says -- it says that you have
7 appointed Mandiant.
8     A    Right.
9     Q    And it says, If you have any more data or
10 information that could help in this endeavor,
11 please share it as a matter of urgency with
12 Mandiant.
13        You're looking for more information here
14 to help Mandiant with its investigation.  Correct?
15     A    Yeah.  Probably yeah.  Yes.
16     Q    Which seems to indicate that Mandiant had
17 not yet concluded its investigation at this time.
18        Correct?
19     A    Reading this e-mail, looks like you're
20 right.  So that was just the -- you know, where
21 kind of investigation lasted in that times.
22     Q    Okay.  Can you turn to Document 54.

219

1        MR. LEVY:  And we'll going to call this
2 Exhibit 32.
3     A    Fifty-four.
4        MR. LEVY:  For the record, if it wasn't
5 clear, 53 was Exhibit 31.
6        (Defendants' Deposition Exhibit 32 marked
7 for identification and is attached to the
8 transcript.)
9     Q    And this is Bates-numbered PDDC 8307.
10 This is a document that your lawyers produced to
11 us.
12        This is a continuation of the e-mail
13 thread we had just looked at.  Correct?
14     A    Yeah.
15     Q    And do you see this e-mail from Stuart
16 Bruseth, to you, on October 1, 2016, at the top of
17 the page?
18     A    Yeah.
19     Q    Do you recall receiving that e-mail from
20 Mr. Bruseth?
21     A    No.
22     Q    Do you --

220

1     A    No.
2     Q    Do you see that he says, "Dear Mikhail.
3 Please tell him that you are very happy for him to
4 use your comments in his story.  And that you are
5 available and would be delighted to talk to him,
6 or Martin Baron, off the record any time."
7        Do you know who Martin Baron is?
8     A    No.
9     Q    Do you typically get advice from Stuart
10 Bruseth about how to respond to media e-mails?
11     A    Yeah.  You know, because he is actually
12 professional media guy.  So that's his job.
13     Q    That's part of what --
14     A    Pardon me.
15     Q    That's part of what you pay him to do.
16     A    Yeah.
17     Q    Do you generally follow his advice?
18     A    In — yes, you know.  Kind of mostly,
19 yes.
20     Q    And he is one of a number of people who
21 can help you with media relations.  Correct?
22     A    He probably -- in LetterOne he is

221

1  probably only one.
2      Q    But you have considerable resources --
3  you have considerable resources to help yourself
4  with media relations.  Correct?
5      A    What do you mean, "considerable
6  resources"?  You mean —
7      Q    You have a lot of money to help you hire
8  people to help you respond to the media.
9      A    Yeah.  Probably if you understanding
10 meaning work resources just mine, you are right.
11         But I never, ever in my life kind of
12 hired personally any kind of -- any professional
13 for helping me in media resources, in media
14 relationship.
15     Q    Can you turn to Document 102.
16     A    Okay.
17     Q    I don't believe this is in the record
18 yet.  This is more of your testimony from the UK
19 Aven V Orbis, designated as Exhibit 33.
20         (Defendants' Deposition Exhibit 33 marked
21 for identification and is attached to the
22 transcript.)

222

1      Q    And if you could turn to Day 2 at Page
2  14.
3      A    Fourteen.  Okay.
4         MR. LEWIS:  There are two 14s.  Day 1 and
5  Day 2 are part of the same document.
6         MR. LEVY:  Day 2, Page 14.
7      A    Sorry, the Page 14 or Page 214?
8      Q    Page 14, one four.  On Day 2.
9      A    One —
10        MR. GILLESPIE:  It's towards the -- it's
11 the penultimate page, Mikhail.  Go to the -- yeah,
12 I think you've got it.
13        THE WITNESS:  It's here.  Right?
14        MR. GILLESPIE:  Yeah.
15     Q    It says, question from the lawyer to you,
16 "And you had considerable resources to enable you
17 to do that, including professional expertise of
18 the sort that's being offered here.  Yes?"
19        And you answered, "Yeah."
20        And then you were asked, "I don't want to
21 go through it all, which shows that this is a
22 familiar path for you to tread using

223

1  communications experts to deal with the media to
2  respond and rebut, if appropriate, your own
3  comments with the benefit of professional advice."
4         And you answered, "Right."
5         "QUESTION:  Yes?
6         "ANSWER:  Correct.
7         "QUESTION:  Something you take a lot of
8  care about?
9         "ANSWER:  Yeah."
10        Is that testimony of yours accurate?
11     A    Yes.
12     Q    Did you wind up speaking with Martin
13 Baron off the record?
14     A    Did you what?
15     Q    Did you wind up speaking with Martin
16 Baron off the record?
17     A    "Wind up," what does mean, "wind up"?
18        MR. LEWIS:  Did you eventually.
19     A    Oh, yeah, I don't remember with whom I
20 spoke.  I don't remember exactly.
21     Q    Do you know Martin Baron as the executive
22 editor of the Washington Post?

224

1      A    Yeah, I don't know him personally.  So I
2  spoke with certain people probably Washington Post
3  in that time.  I don't remember exactly who was
4  the -- the person I spoke -- I spoke with.
5      Q    So you might have spoken with him; you
6  just don't recall.
7      A    Yes.  I probably spoken my life only
8  once.
9      Q    Can you turn to Document 55.
10        MR. LEVY:  Which we'll call Exhibit 34.
11        (Defendants' Deposition Exhibit 34 marked
12 for identification and is attached to the
13 transcript.)
14     A    Fifty-five?
15     Q    Five five.
16     A    Okay.
17     Q    This is another e-mail that your lawyers
18 produced to us.  It's Bates-numbered PDDC 8313.
19     A    Yeah.
20     Q    Do you recall --
21     A    Yeah.
22     Q    -- receiving this e-mail from Mr. Barr in

225

1 which he --
2    A    No, I don't remember.  Yeah, but that's
3 exactly, you know, you know, kind of it's
4 continuation of the -- of the -- of the previous
5 exchange of e-mails.  Right?
6    Q    Right.  And Mr. Barr in this e-mail said,
7 quote, Martin Baron would appreciate it if you
8 would call him.  And then -- unquote.  And then
9 Mr. Barr provided you with Mr. Baron's phone
10 number.
11    A    Uh-huh.
12    Q    Had you already known who Mr. Baron was
13 before Stuart Bruseth sent this e-mail to you?
14    A    No.
15    Q    Did you meet in person with anyone at The
16 Washington Post regarding the Alfa server matter?
17    A    No.
18    Q    Do you recall receiving this e-mail?
19    A    Frankly, I don't remember that.  But, you
20 know, I remember that I had a conversation with a
21 journalist in that time.
22    Q    Can you turn to Document 40.

226

1          MR. LEVY:  We're going to call this
2 Exhibit 35.
3          (Defendants' Deposition Exhibit 35 marked
4 for identification and is attached to the
5 transcript.)
6    A    Forty.  Okay.
7    Q    And turn to Page 5.
8    A    Uh-huh.
9    Q    This is the October 31, 2016, Slate
10 article about the Alfa server.
11          And in this article it included a quote
12 from you that had run in a 2003 Financial Times
13 story in which you said, quote, "Of course we
14 benefitted from events in the country over the
15 past ten years.  Of course we understand that the
16 distribution of state property was not very
17 objective.  I don't want to lie and play this
18 game.  To say one can be completely clean and
19 transparent is not realistic."
20          Do you recall telling the Financial Times
21 that?
22    A    No, frankly speaking.

227

1    Q    2003, the year this Financial Times story
2 ran, was the same year that Alfa and BP
3 consummated the TNK-BP deal.  Correct?
4    A    Yeah.
5    Q    Vladimir Putin had to approve that deal.
6          Correct?
7    A    No; he was witnesses of signing of -- of
8 this deal.  Because he was in the state visit here
9 in London.  And he and Prime Minister Blair, both
10 of them participated in the signing ceremony.
11    Q    Had you supported Putin's candidacy for
12 presidency?
13    A    Me, personally?  I didn't participate in
14 the election.  I didn't vote; so, therefore, I am
15 not actually somehow supporting that.
16    Q    Before 2003 had Alfa supported Putin's
17 presidency?
18    A    I mean, look, I -- what -- are you asking
19 Alfa?  What -- what do you mean?  How could a
20 business entity support, you know, kind of certain
21 president?  Publicly not.
22    Q    Did Alfa fund his campaign prior to 2003?

228

1    A    Never.
2    Q    Did they help fund his campaign prior to
3 2003?
4    A    No.
5    Q    Did they help give any money to political
6 parties that supported --
7    A    No.
8    Q    -- Vladimir Putin?
9    A    No.  No.
10    Q    Can you turn to Document 15, please.
11          MR. LEVY:  And make that Exhibit 36.
12          (Defendants' Deposition Exhibit 36 marked
13 for identification and is attached to the
14 transcript.)
15    A    Fifteen.  Okay.
16    Q    This is an August 31, 2003, article in
17 Institutional Investor called The Evolving
18 Oligarch.
19          And on Page 6 of this article, at the
20 very top of the page, it says, "Like most
21 oligarchs, however, Fridman is a heavy contributor
22 to the United Russia Party, the political entity

229

1  most closely linked to Putin who remains" --
2      A    That is --
3      Q    -- "highly popular and heavily favored to
4  win a second term."
5          Is that accurate?
6      A    That is -- no.  That's completely
7  inaccurate.
8      Q    Did you --
9      A    We never, ever contributed any money to
10 United Russia.
11     Q    Did you contact the Institutional
12 Investor and ask for a correction?
13     A    I could not -- I -- probably not.
14     Q    Were you a heavy contributor to Nashi,
15 N-A-S-H-I, a Kremlin youth political organization?
16     A    Never ever.
17     Q    Can you turn to Document Number 17.
18     A    Yes.  Okay.
19     Q    This is an August 2, 2017, Stratfor
20 report?
21     A    Right.
22          MR. LEVY:  We're going to mark this

230

1  Exhibit 37.
2          (Defendants' Deposition Exhibit 37 marked
3  for identification and is attached to the
4  transcript.)
5      Q    And if you go to Page 17.
6      A    Okay.
7      Q    At the very top of that page it says,
8  "Alfa Group offers heavy financial support for the
9  Nashi (Ours!) youth political organization."
10         Is that correct?
11     A    No.  That's completely wrong.
12     Q    Your TNK-BP deal was the largest direct
13 foreign investment in Russia since the sale of
14 Alaska.
15         Is that correct?
16     A    I don't know.  Maybe.  One of the
17 largest, definitely.
18     Q    And as you noted, there was a signing
19 ceremony in London to consummate the TNK-BP deal.
20         Correct?
21     A    It was state visit of President Putin
22 to -- to the UK.  And one of the, you know, kind

231

1  of event during that visit, which was side, was
2  TNK-BP deal.
3      Q    Both Tony Blair, the Prime Minister of
4  the UK at the time, and Vladimir Putin were
5  present for the signing ceremony of your business
6  acquisition.  Correct?
7      A    No.
8          MR. LEWIS:  Objection to, "your business
9  acquisition."  But --
10     A    It's not my -- it's not my acquisition.
11 You know, that was a, first of all, merger between
12 BP asset and TNK asset.
13     Q    Were Tony Blair and Vladimir Putin
14 present at the signing ceremony for that merger?
15     A    Yeah.  I just told you this.
16     Q    Were you there?
17     A    Yeah.
18     Q    Was Mr. Aven present?
19     A    No.  No.
20     Q    Was Mr. Khan present?
21     A    No.
22     Q    Were the Western press in attendance?

232

1      A    Western press was there, right.
2      Q    And when President Putin came to London
3  for that state visit, was that at the invitation
4  of Tony Blair?
5      A    I really don't know.  It seems to me
6  state visit is invitation from the Queen.
7      Q    Are you aware of any other business
8  merger in which the UK Prime Minister and the
9  Russian President or the Head of State for Russia
10 appeared at a joint press conference to announce
11 the business deal?
12     A    I don't know really, actually.  That was
13 a time of, let's say, honeymoon between Mr. -- Mr.
14 Putin and Mr. Blair.  They had been very friendly
15 and very close to each other.  And it was a good
16 reason to appear for the journalists.
17     Q    Ten years later --
18     A    So I think --
19     Q    Ten years later --
20     A    Okay.
21     Q    -- in 2013 you sold TNK-BP back to
22 Russia.  Correct?

233

1    A   No.  Back to -- we sold TNK-BP -- we sold
2 our shares in TNK-BP to Rosneft, actually, to
3 state-run company.
4    Q   Which is effectively Russia.  Correct?
5    A   No.
6    Q   Does Russia --
7    A   That's a -- that's a -- that's a joint
8 stock company, so that's a shareholders company.
9 So that majority of shares owned by Russia, but
10 minority of shares owned by private individuals
11 or, you know, entities.
12   Q   When you sold TNK --
13   A   For instance, BP owned -- BP owned 20
14 percent of Rosneft, just for your understanding.
15   Q   Right.  And Russia owned the majority.
16   A   Yes, that's correct.
17   Q   When you sold TNK-BP to Rosneft, did
18 members of the Western press and the Western
19 business community question your relationship with
20 the Kremlin?
21   A   That's -- that's question from time to
22 time always arised.  And I don't remember exactly.

234

1 But probably it was certain situation regarding
2 our relationship with the Kremlin.
3    Q   In 2013 did you use some of the proceeds
4 from the sale of your shares in TNK-BP to help
5 form LetterOne?
6    A   Yes.  Certainly part of proceeds.
7    Q   Did you create LetterOne in no small part
8 to invest in the United States?
9    A   Say it again, please?
10   Q   Did you create LetterOne in part to
11 invest in the United States?
12   A   We invested -- we created LetterOne with
13 the idea to invest in, you know, any opportunity.
14   Q   Including United States?
15   A   Doesn't -- including United States
16 possibly.
17   Q   Have you made efforts to improve your
18 image in the Western press to help improve your
19 investment opportunities in the West?
20   A   Yeah, we tried to do our best to explain
21 our business philosophy and who we are.
22   Q   And isn't there also a perception in the

235

1 Western media that your investment in the West is
2 permitted by Vladimir Putin because you're
3 promoting Russian interests here?
4    A   I don't know what is the perception of
5 Western media.  It's too broad topics to say.
6        But I think for those journalists who
7 knows me personally and activity of Alfa,
8 LetterOne, it's not at all.  They are not given
9 for us as a kind of -- you know, those who caring
10 for us the interest of Mr. Putin or Russia.
11       We are private businesspeople.  And we
12 are, first of all, trying to -- kind of to, you
13 know, fulfill our own, you know, kind of business
14 plans.
15   Q   And if you turn to -- back to Document
16 40, which is Exhibit 35, this is the Slate
17 article.  And you turn to Page 5 in that Slate
18 article.
19   A   Okay.
20   Q   In the second-to-last-paragraph it says,
21 quote, "According to a former U.S. official, Putin
22 tolerates this condition because Alfa advances

236

1 Russian interests.  It promotes itself as an
2 avatar for Russian prowess."
3    A   Sorry.  Sorry.  I could not find it.
4    Q   The second-to-last paragraph on Page 5,
5 the second-to-last sentence of that paragraph.
6 The third line.  It says what I just read to you.
7    A   No.  Just one second.  The second
8 paragraph from the -- from the bottom is,
9 "Spectrum accounted for" --
10   Q   No.  On Page 5.  On Page 5, sir.  If
11 you --
12   A   That's the Page 5.  For me that's the
13 Page 5.  Is Page 5 of 15.
14       MR. SHARP:  It may be on Page 10 of the
15 printout that you have.
16       THE WITNESS:  Okay.  Let me just -- other
17 iteration.  Right?
18       MR. SHARP:  Yeah.
19   A   Okay.  The Page 10, interest to
20 promote -- "Fridman and Aven have significant
21 business interests to promote in the West."
22   Q   Right.

Transcript of Mikhail Fridman
Conducted on November 17, 2020

60 (237 to 240)

237

1    A    Yes.
2    Q    The sentence I'm focusing on here --
3    A    **"According to former U.S. official, Putin**
4 **tolerates this condition because Alfa advances**
5 **Russian interest, it promotes itself as an avatar**
6 **of Russian prowess."**
7    Q    Right.
8    A    **Uh-huh.**
9    Q    Is that something you had heard from
10 other U.S. officials before?
11   A    **No.  I could not recollect that I**
12 **personally listen that.  But that's a kind of**
13 **perception which is quite widely spreaded**
14 **sometimes.  Not about Alfa, but more generally**
15 **about any Russian entity.**
16   Q    Alfa submitted a statement to Slate for
17 what would become its October 31, 2016, story.
18       Correct?
19   A    **Submitted what?  Submitted?**
20   Q    A statement.
21   A    **A statement.  I don't -- I don't**
22 **remember.  Maybe yes.**

238

1    Q    Did you employ BGR to respond to Slate's
2 reporter before or after the story was published?
3        MR. LEWIS:  When you say "you," do you
4 mean Alfa?
5    A    **Yeah.  Yeah, again, if you're saying me,**
6 **you mean me in my personal capacity?**
7    Q    It's all the same, you and Alfa.  You're
8 responding to this --
9    A    **No.**
10   Q    -- article on behalf of Alfa.
11   A    **No.**
12   Q    Did Alfa --
13   A    **I don't -- no, on behalf of Alfa I am not**
14 **the person who authorized to make this type of**
15 **contract or whatever.**
16   Q    You're contacting --
17   A    **You have --**
18   Q    You're contacting The Washington Post to
19 correct a story about Alfa-Bank.  Correct?
20       MR. LEWIS:  Objection.
21   A    **Yeah, that's true.**
22       MR. LEWIS:  Asked and answered.

239

1    Q    And if you could go to Document 81.
2        MR. LEVY:  We'll going to call this
3 Exhibit 38.
4    A    **Eighty-one?**
5    Q    Correct.
6        (Defendants' Deposition Exhibit 38 marked
7 for identification and is attached to the
8 transcript.)
9    A    **Okay.**
10   Q    At the bottom of this e-mail, this is an
11 e-mail from Jeff Birnbaum at BGR?
12   A    **Okay.**
13   Q    To Franklin Foer.
14   A    **Okay.**
15   Q    Do you know who Jeff Birnbaum is?
16   A    **Yeah, I know who is Jeff Birnbaum.  He is**
17 **working for BGR, as far as I remember.**
18   Q    And was BGR working with Alfa or
19 LetterOne at this time, October 28, 2016?
20   A    **Probably yes.  I think so.**
21   Q    And here was Birnbaum sending a statement
22 to the reporter at Slate on behalf of Alfa or

240

1 LetterOne?
2    A    **You mean this mail?**
3    Q    Yes.
4    A    **Yes, he sent this mail probably on behalf**
5 **of Alfa-Bank.  Because that's the type and title**
6 **like response from Alfa-Bank.**
7    Q    At this time was Alfa-Bank retaining BGR?
8    A    **I don't remember.  I don't know.**
9    Q    Was Letter --
10   A    **I'm not in charge -- I'm not in charge in**
11 **Alfa-Bank for contact with BGR.**
12   Q    Do you have knowledge of a contract
13 between BGR and Alfa-Bank in 2016?
14   A    **I -- I just -- I could -- I know -- I**
15 **knew definitely that its contract probably exist.**
16 **Because, as I already mention to you, we establish**
17 **this contract probably like in beginning of 2000s.**
18       **So therefore -- and they still -- and I**
19 **know that BGR was involved with couple of program**
20 **with Alfa-Bank.  So therefore, it's probably**
21 **existed in that time.**
22   Q    Did you authorize --

241

1          MR. LEWIS:  Mr. Levy, just for a moment.
2   I'm noticing that there is no Bates number on this
3   document.  Can you tell me if it was produced?
4          MR. LEVY:  We can send you a version with
5   a Bates number.  This was produced to us by BGR.
6   The Bates number may not have shown up on the
7   e-mail.  This is something we've already shared
8   with plaintiffs' counsel.
9     Q    The e-mail that Mr. Birnbaum says makes
10  statements about you by name.  Correct?
11    A    I haven't read it, so just ...
12    Q    It says, "Neither Alfa-Bank nor its
13  principals, including Mikhail Fridman and Petr
14  Aven, have or have had any contact with Mr. Trump
15  or his organization."
16         Do you see that?
17    A    Yes.
18    Q    Then there's a sentence below it that
19  mentions you by name.  Correct?
20    A    Yes.
21    Q    Did you authorize Mr. Birnbaum to make a
22  statement about you by name?

242

1     A    I -- I, personally, did not authorize
2   him.  But I anticipate that probably I authorized
3   subsequent people in Alfa-Bank who was in charge
4   of that to -- to provide for him that information.
5     Q    Do you know how much LetterOne was paying
6   BGR in 2016?
7     A    No.  I don't have any idea.  In 2016, by
8   the way, it seems to me that was already not a
9   contract with Alfa-Bank, but the contract was with
10  the LetterOne, my guess.
11    Q    Can you look at Document 72.
12         MR. LEVY:  We're going to call this
13  Exhibit 39.
14         (Defendants' Deposition Exhibit 39 marked
15  for identification and is attached to the
16  transcript.)
17    A    Seventy-two.  Right?
18    Q    It's one page.
19    A    Okay.  Yes.
20    Q    This is a lobbying disclosure from the
21  Lobbying Disclosure Act database that the United
22  States Senate holds online.

243

1          And you'll see that for 2016, it
2   indicates that BGR was paid by LetterOne $110,000
3   in each of the four quarters for 2016.
4          Do you see that?
5     A    Right.
6          MR. LEWIS:  Mr. Levy, was this produced?
7   I don't see a Bates number on this.
8          MR. LEVY:  This is from the web.  This is
9   from the internet.  This is publicly available.
10    A    Yeah.
11    Q    Is that consistent with your
12  understanding of what LetterOne paid BGR in 2016,
13  $440,000?
14    A    I -- I have no idea how much LetterOne
15  paid to BGR.
16    Q    Can you turn to Document 41.
17         MR. LEVY:  We're going to call this
18  Exhibit 40.
19         (Defendants' Deposition Exhibit 40 marked
20  for identification and is attached to the
21  transcript.)
22    A    Forty-one?  Okay.

244

1     Q    This is a November 2, 2016, Fortune
2   magazine story by Geoffrey Smith, G-E-O-F-F-R-E-Y.
3   And it's called Meet the Russian Bank With Ties to
4   Donald Trump.
5          Were you aware of this story?
6     A    Frankly speaking, no.
7     Q    You see that this story talked about Alfa
8   and the Trump organization possibly communicating.
9          Right?
10    A    Right.
11    Q    Did you, Alfa, or any representative from
12  Alfa, LetterOne, speak with Fortune magazine or
13  Mr. Smith for this story?
14    A    I don't recall this fact.  I didn't speak
15  with Fortune magazine on this story.
16    Q    This story says, quote, But Alfa's
17  success owes at least as much to its political
18  clout in Moscow as to its business acumen, end of
19  quote.
20         It also says, quote, Over the years Alfa
21  has come out on top in bitter power struggles even
22  with people closely linked to Vladimir Putin.  It

245

1  defended its telecoms empire against Leonid
2  Reiman, Putin's communication minister, who
3  ultimately left the government after a string of
4  disclosures about his links to an offshore
5  company, end of quote.
6        Is that true?
7    A   Uh-huh.
8    Q   Is that statement I read to you true?
9        MR. LEWIS: Objection. Compound
10 question. There are many statements in there.
11   A   Yes, I think that a lot of statement in
12 this -- in this sentence. The truth is actually
13 we have been in litigation with a company which
14 was associated with the Minister Reiman. The
15 company called Megaphone is one of the telecom
16 operator in Russia. That's true.
17       I don't know regarding closeness of
18 Mr. Reiman to Mr. Putin. I don't -- I could
19 not -- he was minister in the government, but it's
20 hard for me to make a assessment how close he was
21 or he is to President Putin. And -- and that's
22 it.

246

1    Q   Did Vladimir Putin dismiss Minister
2  Reiman in May of 2008?
3    A   I think in that time he was dismissed by
4  the President Medvedev.
5    Q   Was he dismissed as a consequence of your
6  battle with Reiman?
7    A   I don't know.
8    Q   Did anyone in the Russian government
9  oppose your pursuit of that litigation?
10   A   No.
11   Q   Did you suffer any consequences from
12 filing that litigation?
13   A   No.
14   Q   Did you have anything to do with the
15 dismissal of Mr. Reiman?
16   A   Did you what?
17   Q   Did you --
18   A   No.
19   Q   Did you have any fear in taking on a
20 Russian government minister?
21   A   No. We are not -- we are not suing him.
22 We are suing -- actually the company, one of the

247

1  company which was associate with Mr. Reiman, you
2  know, allegedly, suing us. That was not our
3  initiative to suing Mr. Reiman.
4        The company which was by rumors
5  associated with Mr. Reiman tried suing us because
6  we bought the shares of the -- of the -- this
7  telecom operator Megaphone. And they claim that
8  we do not -- we didn't have right to buy this
9  shares. And that was the -- the litigation in
10 Switzerland.
11       So we did not initiate this litigation.
12 We have been actually not a claimant, we've been
13 defendant in time -- in that litigation.
14       And finally, we just won this litigation,
15 and that's it.
16   Q   Before the litigation was filed, did you
17 have an active dispute with this company that was
18 owned in part by Minister Reiman?
19   A   No, we didn't have any dispute.
20       As I said, you know, we bought the shares
21 of the telecom operator. And that other company,
22 which also was the shareholder of the same

248

1  company, they claim that we did not have right to
2  buy this shares, because we had a option to buy
3  that shares. And therefore, they came to the
4  litigation to the Switzerland.
5    Q   Did you provide a statement to Fortune
6  magazine or did Alfa provide a statement to
7  Fortune magazine in response to this article?
8    A   No. No.
9    Q   Did you or Alfa or LetterOne sue Fortune
10 magazine for defamation --
11   A   No.
12   Q   -- over this article?
13   A   No.
14   Q   We've gone over stories today from 2016
15 in Bloomberg, the Financial Times, Politico,
16 Slate, and Fortune magazine --
17   A   Uh-huh.
18   Q   -- all raising questions about your
19 relationship with the Kremlin and Putin.
20       Is that correct?
21   A   Yeah. In different form, yes.
22   Q   And you've been fielding similar

Transcript of Mikhail Fridman
Conducted on November 17, 2020

63 (249 to 252)

249

1  questions for years from Western media.  Correct?
2      A    From time to time.
3      Q    And do you field certain -- do you field
4  the same kinds of questions from U.S. government
5  officials from time to time?
6      A    No, I have -- I don't remember.  I could
7  not recall any question from government officials
8  regarding, you know, my personal or our corporate
9  relationship with Mr. Putin.
10     Q    Would you agree that many in the West
11  understand that Russian oligarchs are corrupt
12  because Putin is corrupt?
13     A    It's very general question.
14         I think, you know, a lot of people,
15  general public I would say, probably got a feeling
16  that Russian business general corrupted, without
17  having any particular perception regarding
18  particular name of the companies or way of
19  corruption and so on.  Generally, you know, bad
20  image of Russian business with regards to
21  corruption in the country.
22     Q    Mr. Bruseth is one of these people that

250

1  LetterOne has hired that you and Alfa use to help
2  with that perception.  Correct?
3         MR. LEWIS:  Objection.  To help with the
4  perception that Russian businessmen in general are
5  corrupt?
6      A    Yeah.  Yes.
7      Q    You.
8      A    Yes, we did -- we did not hire him for
9  trying to protect the image of Russian business as
10  a whole.
11     Q    But for you and for Alfa and LetterOne.
12         Yes?
13     A    For LetterOne primarily, yes.
14     Q    But he's also communicating with The
15  Washington Post about an article regarding
16  Alfa-Bank and you.  Correct?
17     A    Yeah.  Because, you know -- yeah, I'm
18  actually one of the individuals in both companies.
19  Therefore inevitably, you know, he protecting my
20  personal -- he is not protecting my personal
21  image; he is protecting the image of LetterOne.
22         But any damage for my personal image

251

1  could definitely impact image of LetterOne.
2      Q    Did you also hire BGR -- and again, you,
3  Alfa, LetterOne, did any of you hire BGR to help
4  with the Western media's perception of you, Alfa,
5  or LetterOne?
6      A    I think -- I think that the initial goal
7  for hiring BGR was just to develop, you know,
8  different program with the American
9  businesspeople, with American, you know, kind
10  of -- generally with the -- between Russia and the
11  American business -- businessman in general and
12  between the people.
13         As you probably aware, we -- we are
14  sponsoring program which called Alfa Fellowship.
15  It's quite popular program for, you know, kind of
16  dozens of American professionals to spend year or
17  so in Russia.
18         So but also, of course, one of the reason
19  was just to -- to improve our image and profile
20  and to make aware regarding our business
21  philosophy, you know, principles, beliefs, and so
22  on.

252

1      Q    Did BGR help you set up Alfa Fellowship?
2      A    Yes.  BGR played very active role since
3  the beginning in, you know, kind of establishing
4  this problem.
5      Q    Who at BGR helped you set up the Alfa
6  Fellowship?
7      A    Rick Burt as a -- as a former ambassador.
8  And then Ed Rogers.  So I think, you know, all
9  these principal people from BGR was very -- they
10  were very helpful to us.
11     Q    Did you establish the Alfa Fellowship in
12  2004?
13     A    I don't remember exactly, but something
14  like that.  In the beginning of 2000s.
15     Q    Since then has it provided fellowships to
16  over 200 people?
17     A    Yes.
18     Q    Does that include a Washington Post
19  reporter?
20     A    I don't know.
21     Q    Can you turn to Document 65.
22         MR. LEVY:  We're going to call it Exhibit

Transcript of Mikhail Fridman
Conducted on November 17, 2020

253
1  41.
2      A    Sixty-five.  Okay.
3          (Defendants' Deposition Exhibit 41 marked
4  for identification and is attached to the
5  transcript.)
6      Q    I'm sorry, 66.
7          MR. LEVY:  We'll call 66 Exhibit 42.
8          (Defendants' Deposition Exhibit 42 marked
9  for identification and is attached to the
10 transcript.)
11     A    Okay.  Alfa Fellowship Program.
12     Q    You see this does have Bates numbers at
13 the bottom of it, CV 003 to 006.
14         And do you recall this Alfa Fellowship
15 publicity that was released with your photos under
16 the heading Message From the Benefactors?
17         Do you see your photo on the second page?
18         It's Bates Number CV 004.
19     A    Yeah, I have seen my photo and Mr. Aven
20 photo and the other pages photo together with the
21 members of this Alfa Fellowship program.
22         Right.

254
1      Q    Do you recall -- that's right.
2      A    Yes.
3      Q    Do you recall delivering the keynote
4  address in Washington, DC, to mark the anniversary
5  of the Alfa Fellowship program?
6      A    I -- I participated couple of times in a
7  kind of alumni event of Alfa Fellowship Program.
8  And on that event I made kind of, you know, short
9  speeches just to welcome, welcome them.
10     Q    Can you pull up Document 67.
11         MR. LEVY:  We'll call this Exhibit 43.
12         (Defendants' Deposition Exhibit 43 marked
13 for identification and is attached to the
14 transcript.)
15     A    Okay.
16     Q    Do you recall this press release?
17     A    No.
18     Q    It talks about you making a keynote
19 address.
20         Is that accurate?
21     A    I hope.  I think so.
22     Q    Does the Alfa Fellowship Program ever use

255
1  the premises of the Russian Embassy or the
2  Rossotrudnichestvo?
3      A    What?
4      Q    Let me ask it in two parts.
5          Does the Alfa Fellowship Program ever use
6  the premises of the Russian Embassy in Washington,
7  DC?
8      A    I don't -- I don't think so.  I don't
9  remember at all.
10     Q    Did you ever attend an Alfa Fellowship
11 event at the Russian Embassy in Washington, DC?
12     A    I don't remember.
13     Q    You've been to Washington, DC.  Correct?
14     A    Yeah, I been many times in Washington,
15 DC.  But I don't remember that we -- we made any
16 event of Alfa Fellowship in Russian Embassy.
17     Q    Do you know if the Alfa Fellowship
18 Program has used the premises of the
19 Rossotrudnichestvo?  R-O-S-S-O --
20     A    No.
21     Q    -- T-R-U-D-N-I-C-H --
22     A    I -- I understand.  I never, ever heard

256
1  about that.
2          As far as I could recall it, we made this
3  reception of alumni in the restaurant.
4      Q    You said that you had been working with
5  BGR for 20 years.
6          Is that right?  I want to get this right.
7      A    Yeah, something around 20 years.
8      Q    Do you know how much money Alfa-Bank has
9  paid BGR in that 20-year time period?
10     A    No.
11     Q    Is it fair to say that between 2004 and
12 2012, Alfa-Bank paid BGR $2 million to lobby on
13 its behalf?
14     A    Two million?
15     Q    Yes.
16     A    No.  It's probably too much.  No.  For
17 lobbying?  For what lobbying?  What kind of
18 lobbying?
19     Q    Can you turn to Document 44.
20         MR. LEVY:  We'll call this Exhibit 44.
21         (Defendants' Deposition Exhibit 44 marked
22 for identification and is attached to the

Transcript of Mikhail Fridman
Conducted on November 17, 2020

65 (257 to 260)

257

1   transcript.)
2       A   You mean within a period of time?
3   Forty-four?  I don't know how much money we paid.
4   Forty-four.  No, it's not here.
5       Q   Go to Page 4 of this document.  This is a
6   Jackson Press --
7           MR. GILLESPIE:  Forty-four.
8       Q   This a Jackson Press story from October
9   2, 2019.
10          And on Page 4, in the middle of the page,
11  right next to Haley Barbour's picture --
12      A   On the Page 4.  Okay.
13      Q   Yeah.  Right next to Haley Barbour's
14  picture it says, "Moscow-based Alfa-Bank also paid
15  BGR $2 million during that time to lobby on its
16  behalf."  And it refers above to the period 2004
17  to 2012, during Barbour's Mississippi sabbatical.
18          Does that number sound right to you?
19      A   Look, I could not comment regarding it
20  now.  But you mean that was in eight years we paid
21  $2 million effectively like 200,000 per year or
22  $250,000 per year.

258

1       Q   Right.
2       A   Maybe yes.  I don't know.  Maybe yes.  I
3   definitely did not know and don't know what kind
4   of -- what particular amount of money we paid to
5   them.
6       Q   Have you been pleased with the service
7   that BGR has rendered for Alfa-Bank?
8       A   I think yes.  I mean, it's not just from
9   my opinion about that.  It's opinion of the
10  Alfa-Bank, first of all, important.  Right?  But I
11  think that all together, you know, that was okay.
12      Q   And BGR has other clients as well.
13          Right?
14      A   Probably, yes.  I don't know.
15      Q   Those clients include among others
16  Pfizer, Raytheon, Johnson & Johnson, Chevron, the
17  Republic of India, the American Healthcare
18  Association.
19          Is that right?
20      A   I don't know.  Good luck for them, you
21  know, if they have so reliable clients.  That's
22  great.

259

1       Q   Is it true that BGR is one of the most
2   powerful and influential lobbying firms in
3   Washington, DC?
4       A   I don't really know.  You should know
5   better than me.
6       Q   Were you paying -- well, I'm not the one
7   paying them.  Alfa-Bank is.  And I just want to
8   know what you all are paying $2 million for over a
9   span of eight years.
10          MR. LEWIS:  Objection.  Asked and
11  answered.
12      A   What you're saying, you're saying that
13  the most powerful and most influential entity in
14  Washington for lobbying.  And I am not living in
15  Washington.  It's hard for me to make a judgment
16  the most powerful or the worst powerful.  Because
17  you should know that better because you are the
18  local one.  Right?
19      Q   I asked if it was one of the -- I'm
20  asking if it was one of the most influential
21  lobbying firms in Washington, DC.
22          MR. LEWIS:  Asked and answered.  He says

260

1   he doesn't know.
2       Q   You have a lot of choice when it comes to
3   a lobbying firm.
4           Isn't that correct?
5       A   I don't know how lobbying firm wishes to
6   work with the -- with the Russian entity, you
7   know.
8       Q   How much were you paying BGR in 2017 and
9   2018?
10      A   I don't know.  You just mentioned the
11  documents where it mentioned we paying like 440 --
12  I mean LetterOne paying $440,000 per year.
13  Probably you are right.  I don't know.
14      Q   Do you know that Daniel Hoffman is on
15  BGR's advisory board?
16      A   Yeah, I know who is he.
17      Q   Can you look at Document 80.
18          MR. LEVY:  This is Exhibit 45.
19          (Defendants' Deposition Exhibit 45 marked
20  for identification and is attached to the
21  transcript.)
22      A   Okay.

261

1    Q    And this is from BGR's website.  And it
2  shows --
3    A    Uh-huh.
4    Q    -- that Daniel Hoffman is an advisory
5  board of BGR -- is on the advisory board of BGR.
6      Correct?
7    A    Yes.
8    Q    Did you pay him to publish op-eds about
9  Christopher Steele's memoranda known as the
10 dossier?
11   A    Me?  I didn't pay to him at all.
12   Q    Did Alfa or LetterOne pay BGR or Daniel
13 Hoffman to publish op-eds about the dossier?
14   A    I don't know about regarding Daniel
15 Hoffman.  I know that LetterOne, as far as you
16 know, paying certain, you know, kind of fees on a
17 regular basis to BGR.
18   Q    Can you turn to Document 56, please.
19      MR. LEVY:  And we'll mark this Exhibit
20 46.
21      (Defendants' Deposition Exhibit 46 marked
22 for identification and is attached to the

263

1      Did you direct him not to disclose that
2  position for purposes of these op-eds?
3    A    I didn't have any personal contact with
4  him, so I definitely could not anyhow direct him.
5    Q    Do you know if Alfa or LetterOne directed
6  him not to disclose his position on the BGR
7  advisory board to the Wall Street Journal and the
8  Washington Times when submitting these op-eds?
9    A    I -- I don't know regarding any contact
10 of either Alfa or -- or LetterOne with
11 Mr. Hoffman.  So I'm quite doubtful that anybody
12 directed him to not disclose his position in BGR.
13      But I don't know.
14      MR. LEWIS:  Can we take a break shortly?
15      MR. LEVY:  We can take a break right now.
16      (A recess was taken.)
17 BY MR. LEVY:
18   Q    Mr. Fridman, can you look at Document 57,
19 please.
20      MR. LEVY:  We'll call this Exhibit 47.
21      (Defendants' Deposition Exhibit 47 marked
22 for identification and is attached to the

262

1  transcript.)
2    A    Fifty-six?
3    Q    Yes.  Fifty-six is a composite of op-eds
4  publicly available, all from Daniel Hoffman.
5      One is January 28, 2018, Wall Street
6  Journal.  The headline of this opinion commentary
7  piece is The Steele Dossier Fits the Kremlin
8  Playbook.
9    A    Uh-huh.
10   Q    Next one is from May 7, 2020, Washington
11 Times.  And this is a piece by Daniel Hoffman.
12 Headline is Lessons Learned from the Steele
13 Dossier Fiasco.
14   A    Uh-huh.
15   Q    And third is a Daniel Hoffman piece in
16 the Washington Times from July 30, 2020.  And this
17 opinion piece is entitled Steele's Failings Go Far
18 Beyond Dodgy Dossier.
19   A    Okay.
20   Q    In the description of Daniel Hoffman in
21 each of these op-eds, it does not disclose that
22 he's on the advisory board of BGR.

264

1  transcript.)
2    A    Yes.
3    Q    This is a document from the Kennedy
4  Center's website.  It says at the top, The Kennedy
5  Center.  And then it says, The Corporate Fund
6  Board.  It names the chairman and then it has a
7  number of vice chairs.
8    A    Right.
9    Q    Do you see your name included?
10      MR. GILLESPIE:  Right-hand column, third
11 down.
12      THE WITNESS:  In the first -- first
13 column?
14      MR. GILLESPIE:  Right-hand column, third
15 line.
16   A    Right.  Third line.
17   Q    Fourth line.
18   A    Yes.  Yes.  Yes.
19   Q    Are you still a vice-chair of the Kennedy
20 Center Corporate Fund Board?
21   A    No, it seems to me.
22   Q    You're not?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

265

1      A   It seems to me not.  Because I don't know
2   exactly.  But it seems to me this relationship, as
3   I already mentioned to you, was stopped.
4      Q   The Kennedy Center has not taken your
5   name off of its website, has it?
6      A   I don't know.  Is it from -- from
7   website, from the today's website --
8      Q   Yes.
9      A   -- or from the old one?
10     Q   It's from this week.
11     A   Yes.  Maybe.  I don't know what was the
12  rule of that.  Maybe that was like once upon a
13  time I contributed certain money that I already
14  became a kind of vice-chairman for the permanent
15  time.
16     Q   Have you received any written
17  communication from the Kennedy Center indicating
18  that you're no longer a vice-chair of its
19  corporate fund board?
20     A   No, I haven't.  I was not in the personal
21  contact with the Kennedy Center, as I mentioned to
22  you.

266

1      Q   How long were you on that board?
2      A   Sorry?
3      Q   How long were you on that board?  How
4   long --
5      A   How long.
6      Q   -- did you serve on the Corporate Fund
7   Board of the Kennedy Center?
8      A   That probably since, you know, I think
9   2015 or two thousand -- end of two thousand -- I
10  don't -- I don't remember exactly the timing.  But
11  as I already said to you, that was connected with
12  the program for innovation and refurbishment of
13  the -- redesign of the so-called Israeli room in
14  Kennedy Center.
15     Q   Do you see that other members of the
16  Corporate Fund Board, other vice-chairs, include
17  people like David Rubenstein at Carlyle; Mary --
18     A   Right.
19     Q   -- Barra at General Motors, GM; and Henry
20  Kravis at KKR?
21     A   Right.  Right.
22     Q   In 2016 did your Genesis Foundation award

267

1   its prize to Itzhak Perlman?
2      A   That's correct.  It's not my personal
3   Genesis Foundation.  It's the Genesis Foundation
4   made a prize together with the Office of Prime
5   Minister of Israel and Jewish agency and with the
6   Speaker of Israeli Knesset, and so on.
7          So that's the kind of prize of the, you
8   know, the -- let's say State of Israel and
9   people -- Jewish people, let's say.  So we just
10  funded this prize, but not -- we are not deciding
11  who is the winner.
12     Q   The Israeli Prime Minister in 2016 was
13  Bibi Netanyahu?
14     A   Right.
15     Q   Did you ask the Jerusalem Post to publish
16  your remarks from that 2016 event as an op-ed?
17     A   No, I did not ask them.  I just made the
18  speeches there.  And probably they just published
19  it because of, you know, that was big around
20  there.
21     Q   Can you look at Document Number 31.
22         MR. LEVY:  And we'll mark this as Exhibit

268

1   48.
2          (Defendants' Deposition Exhibit 48 marked
3   for identification and is attached to the
4   transcript.)
5      A   Thirty-one.  Okay.
6      Q   Is this -- is this your remarks that were
7   published in the Jerusalem Post on June 23, 2016?
8      A   Looks like.  Probably, yes.
9      Q   And at the bottom it says that you are
10  the founder of the Genesis prize?
11     A   That's correct.
12     Q   The Jerusalem Post is a newspaper whose
13  articles are in English.  Correct?
14     A   Yes.
15     Q   Are you familiar with the very big
16  readership in the United States that the Jerusalem
17  Post enjoys?
18     A   No, frankly.
19     Q   Did you know that the Jerusalem Post's
20  online readership is 9.6 percent from Israel and
21  50.3 percent from the United States?
22     A   No, I don't know the statistics.

269

1    Q    You're listed on the Jerusalem Post as a
2 contributor author.
3         Is that correct?
4    A    I a couple of times wrote the articles
5 which was published in Jerusalem Post.  I don't
6 know what kind of status they gave me.  But, you
7 know, I'm not the kind of in connection with the
8 Jerusalem Post on a regular basis.  Probably a
9 couple of my articles was published there.
10   Q    Did you found the Genesis Philanthropy
11 Group in 2007?
12   A    Yes.
13   Q    In 2016 were you a trustee of the Genesis
14 Philanthropy Group?
15   A    Yeah, I'm co-founder.  I don't know what
16 legal status.  But probably trustee, yeah.
17 Because I am contributing money on annual basis to
18 Genesis Philanthropy Group.
19   Q    Does the Genesis Philanthropy Group
20 annually award a million dollar prize, and that's
21 called the Genesis Prize?
22   A    No.  That's two separate entity.  Genesis

270

1 Philanthropy Group; primarily doing a lot of
2 different program for the Russian-speaking Jews
3 worldwide.  And not just for Russian-speaking
4 Jews.  But initially from the Russian-speaking
5 Jews; but right now for other Jewish societies in
6 many countries.
7         And -- and the Genesis Prize is a
8 separate entity, with a separate foundation, let's
9 say.  Which is providing the once-per-year kind of
10 prize for the most outstanding Jew in the world,
11 it's called like, you know, Jewish Nobel Prize.
12   Q    Is that entity that awards the million
13 dollar prize the Genesis Foundation?
14   A    No.  It is separate entity.  They not
15 connected to each other.
16   Q    What is --
17   A    The same --
18   Q    What is the entity that awards the
19 million dollar prize?
20   A    Genesis Prize Foundation, GPF.
21   Q    Okay.
22   A    Genesis Prize Foundation.

271

1    Q    Okay.
2    A    Okay?
3    Q    And its recipients have included people
4 like Robert Kraft in 2019, Natalie Portman in
5 2018, Michael Douglas in 2015, Michael Bloomberg
6 in 2014?
7    A    That's correct.
8    Q    And Bibi Netanyahu has appeared at
9 Genesis ceremonies for photo ops with recipients.
10        Correct?
11   A    For making a speeches, for congratulating
12 recipients.
13   Q    He makes a speech?
14   A    He make his speech every year, annually.
15   Q    And the press is there?
16   A    Of course.  You know, it's Prime
17 Minister, so the press must be there.
18   Q    And so Bibi Netanyahu gets to stand next
19 to Michael Douglas or Itzhak Perlman and takes a
20 picture?
21   A    Yes.
22   Q    And you're there too sometimes, with the

272

1 photo ops?
2    A    No, I'm not making the -- to the scene
3 for making the prize.  I just a couple of times
4 made the speeches on behalf of founders.  But
5 normally that's, you know -- I try to -- to be a
6 bit more humble.
7    Q    When you make your speeches, the press
8 are present.  Correct?
9    A    Yes.
10   Q    In 2016 were you and German Khan on the
11 supervisory board of the Babi Yar Holocaust
12 Memorial Center?
13   A    Correct.
14   Q    Do you regularly contribute to the
15 European Jewish Fund?
16   A    From time to time, yeah.
17   Q    Have you been supporting the Lifeline
18 Charity Fund for ten years?
19   A    Lifetime?
20   Q    The Lifeline Charity Fund.
21   A    Oh, Lifeline.  It's a completely
22 different.  It's actually -- because previously

Transcript of Mikhail Fridman
Conducted on November 17, 2020

69 (273 to 276)

273

1 that was the Jewish philanthropy. Lifeline is
2 actually the philanthropy group for, you know --
3 for healing kids in Russia, primarily.
4     Q    And you've contributed to that for ten
5 years?
6     A    Not -- not me, personally.  I think that
7 as a Alfa-Bank contributed that.  But I -- I to
8 certain extent was -- was the person who initiated
9 this fund.
10    Q    Okay.  Since 2013 have you been standing
11 up -- well, sorry.  Strike that.
12        In 2013 did you create Alfa Endo?
13    A    No.  That's -- Alfa Endo, as far as I
14 could recall, that was a part of Lifeline, this
15 charity and foundation.
16    Q    Does it have an affiliation with Alfa?
17    A    No.  No.  But that actually called Alfa
18 Endo because that was subsidized by Alfa-Bank, as
19 far as I could recall it.
20    Q    Okay.  So in 2013 did Alfa begin
21 subsidizing Alfa Endo?
22    A    Yeah, as far as I could recall, yes.

274

1     Q    And Alfa Endo is set up to help support
2 child care in Russia, child healthcare?
3     A    Yeah, that's endocrinology.  It's
4 primarily for those who suffering from certain
5 disease connected with endocrinology.
6     Q    Did Alfa contribute $100 million to Alfa
7 Endo?
8     A    No.  100 million?  No.  No.
9     Q    Can you --
10    A    That's probably contribute certain
11 hundred -- couple of hundred thousand dollars,
12 maybe million.
13        MR. LEVY: Can you bring up Document
14 Number 69, and we'll call this Exhibit 49.
15        (Defendants' Deposition Exhibit 49 marked
16 for identification and is attached to the
17 transcript.)
18    A    Sixty-nine.  Okay.
19    Q    This is a document from Valdai Partners,
20 V-A-L-D-A-I.
21    A    Okay.
22    Q    Alfa is sponsor of the Valdai Partners.

275

1     Q    Correct?
2     A    I don't remember, frankly speaking.  But
3 Alfa-Bank you mean?
4     Q    Alfa-Bank.
5     A    Maybe yes.  Alfa-Bank is sponsor of
6 dozens of different events in the country.  It's
7 a -- probably third largest Russian bank right
8 now.  So that's a lot of sponsorship.
9     Q    And does -- tell me, is Valdai like a
10 Russian Davos, where people from the Russian
11 business community and others come together and
12 talk about global trends?
13    A    No.  No.  It's not -- it's like the
14 Russian type of -- of, let's say, Munich
15 Conference for International Affairs.
16    Q    Okay.  And --
17    A    That's -- that's a -- that's a conference
18 dedicated to international affairs primarily.
19    Q    Is Valdai private or is it
20 government-run?
21    A    No.  That's -- that's seems to be certain
22 thinks tank which is kind of initiated and running

276

1 this Valdai forum.
2     Q    If you turn to Page 3, there's a
3 description of Valdai.
4     A    Page 3?
5     Q    On my version it's Page 3.
6     A    Yeah.  Yeah.  Yeah.  Okay.
7     Q    It says that Alfa-Bank donated U.S. $100
8 million --
9        MR. LEWIS: Can you just help us to
10 identify where in the document you're reading
11 from?
12        MR. LEVY: Can the technician please put
13 the document on the screen.  This is Document
14 Number 69, Exhibit 49?
15    A    That's probably mistake.
16    Q    Hold on, Mr. --
17        MR. LEWIS: Let's just wait for the
18 question.  Let's wait for the --
19        MR. LEVY: Scroll down, please.  Stop.
20 Go up a little bit.  All right.  Stop there.
21    Q    So here in the middle of the page it
22 says, Donating U.S. $100 million to support a

277

1 healthcare program for Russian children called
2 Alfa Endo.
3     A   No.  That's probably a mistake.  We
4 never, ever -- I mean, as Alfa-Bank, as far as I
5 could recall it, we never, ever contribute so huge
6 amount of money.
7          Maybe it was a kind of general commitment
8 for I presume long period of time to contribute up
9 to $100 million.  I don't know.  But it's -- it's
10 definitely not the fact.  They never, you know,
11 committed to -- and it seems to be that's a
12 mistake.  I don't know who wrote this
13 introduction, but my guess that's just mistake.
14    Q   Did you or anyone from Alfa or LetterOne
15 or any of its or your representatives ever reach
16 out to the Valdai Partners to say this is
17 incorrect?
18        MR. LEWIS:  Objection.  To his knowledge?
19    Q   To your knowledge.
20        MR. LEWIS:  Are you asking him to
21 speculate about what a lot of other people might
22 have done?

278

1     Q   What you know.  What you know.
2     A   No, I don't know about that approach.
3 And me, personally, didn't do that.  But -- but I
4 think that is just kind of mistake.
5     Q   How much money has Alfa contributed to
6 Alfa Endo?
7     A   I don't know.  But again, as I said,
8 that's probably could be kind of scale million
9 dollars per year or something like that.
10    Q   Okay.  Do you know that Vladimir Putin's
11 daughter worked on an Alfa Endo project?
12    A   According to my best knowledge, he never,
13 ever -- she never, ever worked for this project.
14 There were a lot of rumors in that case.  And that
15 seems to be certain speculation in the media.  But
16 as far as I know, she never been in any capacity
17 did to in this project.
18    Q   Can you turn to Document Number 26,
19 please.
20        MR. LEVY:  Take this document down,
21 please, from the screen.
22    A   Twenty-six.  Okay.

279

1     Q   This is a --
2         MR. LEVY:  We're going to call this
3 document Exhibit 50.
4         (Defendants' Deposition Exhibit 50 marked
5 for identification and is attached to the
6 transcript.)
7     Q   This is a November 10, 2015, Reuters
8 story.  The headline reads, Putin's Older
9 Daughter:  A Specialist in Biomedical Science.
10        And on the second page of the story it
11 says, quote, "Maria is a Ph.D. candidate."
12        And here it's Maria Putin, Putin's
13 daughter.  Yes?
14    A   Maybe.  I -- I am not familiar with her.
15 I haven't seen her.
16    Q   "Maria is a Ph.D. candidate at the
17 Endocrinology Research Center in Moscow."
18    A   Okay.
19    Q   "Which runs a charity project, Alfa Endo,
20 that helps children affected by endocrine
21 ailments.  The project's website includes a
22 presentation by Maria."

280

1         Do you -- do you understand this to be
2 true?
3     A   I never -- I never heard that she used to
4 work for Alfa Endo.  Never, ever.
5     Q   Do you know if anyone from Alfa Endo or
6 Alfa-Bank ever sent a correction or a statement to
7 Reuters about this story?
8     A   I don't know anybody who did it.  But as
9 far as I know, she -- she is not working for --
10 for Alfa Endo, and did not work for Alfa Endo.
11 And I don't know her -- I never seen
12 her -- I even do not have any kind of perception
13 how she looks like, frankly speaking.  I don't
14 know where they get this information that she is
15 working for Alfa Endo.
16    Q   Is it true that Alfa-Bank has sponsored a
17 scholarship program called Alfa Chance for the
18 last 20 years?
19    A   Yes.
20    Q   Since 2003 when you consummated the deal
21 with BP for TNK-BP, you received a number of
22 awards.  Correct?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

281

1     **A    No.  What kind of awards you mean?**
2     Q    If you go to Document 4, which is your
3  answer to interrogatories.  I believe it's Exhibit
4  6, for the record.
5          And you turn to your Answer to
6  Interrogatory 17, you've listed a number of
7  awards.
8     **A    Yeah.**
9     Q    Are those all accurate?
10    **A    I would not call it -- it's -- yeah,**
11 **that's probably accurate.  But that's not the kind**
12 **of award.  That's the kind of title.  Like,**
13 **because award, I mean, like -- like, you know,**
14 **like making -- say award, you know.**
15         **But that's a kind of title made by -- by**
16 **Russian newspapers.  And does not -- not too much**
17 **work was in, like, 30 years of my business career.**
18 **It's, like, just --**
19    Q    You didn't include that qualification in
20 your answers to interrogators, did you,
21 Mr. Fridman?
22    **A    Sorry?**

282

1     Q    You didn't include that qualification of
2  your answer in response to Interrogatory 17, did
3  you?
4     **A    Yeah, maybe yes.  Maybe I didn't include**
5  **that.  Because, anyway, it was certain kind of**
6  **sign of recognition, which is pleasant anyway.**
7  **But --**
8     Q    One of the awards you listed is the
9  Golden Plate Award.
10         Did President Clinton present that award
11 to you in 2003?
12    **A    That's correct.  Right.**
13    Q    Do you recall that some of the other
14 recipients in 2003 were people like Bob Dylan and
15 Justice Scalia?
16    **A    Yeah, I remember it was a big ceremony,**
17 **and I had a pleasure to get this award from hands**
18 **of Mr. Clinton.**
19    Q    Those are people who are internationally
20 known.  Right?
21    **A    I know Bob Dylan.  I don't know the other**
22 **guy you mentioned.  What's his name?**

283

1     Q    Justice Scalia.
2          What about Shimon Peres?
3     **A    Oh, I know who was Shimon Peres.**
4     Q    Sure.  Plácido Domingo?
5     **A    Plácido Domingo of course I know.**
6     Q    These are internationally known people.
7          Yes?
8     **A    Correct.**
9     Q    So are you.  Correct?
10    **A    Sorry?**
11    Q    As are you.
12    **A    I am not internationally known person,**
13 **fortunately or unfortunately.**
14    Q    You've used the media to help you in
15 business, haven't you?
16         MR. LEWIS:  Objection.  Argumentative.
17    Q    Have you used --
18         MR. LEWIS:  That's not really a question.
19         MR. LEVY:  It was a question.
20    Q    Have you used the media to help you in
21 business?
22    **A    I'm using media to -- actually to provide**

284

1  **my kind of view and kind of my business**
2  **philosophy, my principle, my beliefs, my business**
3  **approach.  And I hope that helpful -- good helpful**
4  **for my business.**
5     Q    It's part of your business strategy to
6  use the media, is it not?
7     **A    Not -- no.  No, I'm not very -- I'm not**
8  **very --**
9          MR. LEWIS:  Objection to form.  He has
10 explained why, in response to your previous
11 question, what his use of the media.
12    **A    I'm not very often try to contact with**
13 **media.  I do that on a certain regular basis from**
14 **time to time because I think it is important to be**
15 **transparent and to inform media with regards to**
16 **what we are doing in our business.**
17         **But I have not -- I would not call that**
18 **we are, you know, permanently using media for, you**
19 **know, doing our business.**
20    Q    When you were fighting for control of
21 Megaphone, did you use the media to expose
22 Minister Reiman's control of the company?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

72 (285 to 288)

285

1     A   What do you mean?  I, personally, did not
2 meet with any media on that topic, never.
3     Q   Did Alfa use the media to try to expose
4 Minister Reiman's control of the company?
5     A   You know, saying Alfa, what you are
6 saying?  It was not Alfa-Bank who was in
7 litigation with Mr. Reiman; it was other entity.
8 It's completely different.  Which was kind of
9 owned by us, called Altimo, as far as I could
10 recall it.  I don't know.
11         We probably was -- that is the case was
12 very kind of visible and very kind of loud because
13 it was the name of the minister mentioned in the
14 materials of that case.  So that was a lot of
15 attention of media to that -- to that case.
16    Q   What was your ownership in Altimo at the
17 time?
18    A   I don't remember exactly the number of
19 shares.  But probably something similar to my
20 ownership in Alfa-Bank, probably from 30 to 40
21 percent.
22    Q   Can you turn to Document 42, please.

286

1         MR. LEVY:  We'll mark this as Exhibit 51.
2         (Defendants' Deposition Exhibit 51 marked
3 for identification and is attached to the
4 transcript.)
5    A   Okay.
6    Q   And if you go to Page 5 of the document?
7    A   Sure.
8    Q   There's a May 10, 2017, profile on you
9 published in the bne IntelliNews.  And in the
10 second full paragraph on Page 5, the first
11 sentence, it says, "Fridman's strategy was to
12 embarrass Reiman into backing off by exposing his
13 control of the company."
14         Is that correct?
15    A   No.  Look.  Journalists very often, you
16 know, kind of making a mixture between strategy of
17 our entity and my personal strategy.  It just
18 could be very different.  Right?
19         And, you know, that was a company which
20 was the side of the litigation.  You know, of
21 course I was aware about that, but I didn't have
22 any particular strategy.

287

1    Q   Did you send a correction to bne
2 IntelliNews?
3    A   No.  Frankly, I never -- what is the
4 edition?  I never heard about this edition, bne
5 IntelliNews.
6    Q   You've had meetings with U.S. government
7 officials over the years.  Correct?
8    A   Yes.
9    Q   Do you use those meetings with government
10 officials in the United States to help educate
11 them about your relationship with the Kremlin and
12 Vladimir Putin in part?
13    A   No.  No.  That was not my job.
14    Q   Are U.S. government officials -- sorry,
15 there is an echo.
16         Are U.S. government officials generally
17 skeptical of Russian businessmen?
18    A   I don't know.  But looks like they are
19 quite skeptical.
20    Q   Do U.S. government officials suspect that
21 successful Russian businessmen have a close
22 relationship with Vladimir Putin?

288

1         MR. LEWIS:  Objection.  The question is
2 so vague, you know, it's about U.S. government
3 officials as a group as to what they think.  So
4 objection to the form of that question on that
5 ground.
6    A   I think they are different -- different
7 people have different view regarding Russian
8 businesspeople.  And I think those who have a
9 personal knowledge about Russian business, they
10 have a different opinion about kind of particular
11 business, you know, person, business group or
12 whatever.  So I would not just mix it up in one
13 assessment.
14    Q   Have you found, in your experience
15 meeting with U.S. government officials over the
16 last ten-plus years, that some of them have a
17 perception that Russian businessmen have a close
18 relationship with Vladimir Putin?
19    A   Some of them definitely has this, this
20 perception.
21    Q   And --
22    A   I -- but I think not necessarily about

Transcript of Mikhail Fridman
Conducted on November 17, 2020

289

1  us.  Because the fact they met me probably means
2  that they did not anticipate that we have so close
3  relationship with Mr. Putin.
4      Q   Do your meetings with those U.S.
5  government officials help with that perception as
6  it is applied to you and your companies?
7          MR. LEWIS: Objection.  It calls --
8      A   I don't think so.
9          MR. LEWIS: -- for speculation.
10         It calls upon him to say what the
11 perception is of others for him.  It's a question
12 about what's in their minds.
13     A   I hope so.  I hope this is not the case.
14 I hope the meeting with this government official
15 help them to have a more objective view regarding
16 Alfa or LetterOne and me, personally.  And, you
17 know, just to be more kind of knowledgeable
18 regarding what we are doing in the business.
19     Q   There's a virtue of you meeting in person
20 with those government officials to you as opposed
21 to picking up the phone or sending a letter.
22         Correct?

290

1      A   No.  I think actually it's much -- much
2  more, let's say, practical and much more useful to
3  meet in person, if possible.
4      Q   And you've had meetings at the White
5  House?
6      A   Yeah, probably was in the last, as you
7  mentioned, ten-plus, probably 15 or more years.  I
8  have couple of meetings with -- in the White House
9  with a certain kind of statesman.
10     Q   Who was the certain kind of statesman?
11     A   I remember we met once upon a time
12 with -- let's see, this financial advisor of
13 President Bush.  Larry Summers.  That was, you
14 know, many years ago.
15     Q   Larry Summers was the advisor to
16 President Obama.  Correct?
17     A   President Obama.  Sorry.  President
18 Obama.
19     Q   Did you meet with any --
20     A   So we met --
21     Q   -- other White House officials?
22     A   I don't remember exactly with whom we

291

1  met.  That was a kind of, you know, meeting by the
2  way mostly arranged by BGR, that was a part of
3  kind of these activities, they arrange this
4  meeting.  And we just went there to introduce Alfa
5  and LetterOne and us personally.  And just to
6  answer certain question, so ...
7      Q   Who at Letter -- I'm sorry.  Who at BGR
8  helped you with those White House meetings?
9      A   That was, you know, kind of old kind of
10 principal members of BGR.  It's -- it's Ed Rogers,
11 it's Rick Burt, it's Walter -- what's his name?  I
12 forget.  But anyway, yeah, all principal partners
13 of BGR.
14     Q   Did you have meetings at the White House
15 in May of 2010, May of 2011, and May of 2012?
16     A   I don't remember, frankly speaking.
17 Probably.  We have a -- during this three --
18 during this three on an annual basis.
19         We just normally went to Washington for
20 few days, and just to have a kind of number of
21 meeting like, you know, seven, eight, ten meeting
22 in different -- with different people just to try

292

1  to build, you know, kind of our image and, you
2  know, explain what we are doing, so on.
3      Q   Can you turn to Document 71.
4          MR. LEVY: I'm going to call this Exhibit
5  52.
6          (Defendants' Deposition Exhibit 52 marked
7  for identification and is attached to the
8  transcript.)
9      A   Okay.
10     Q   These are -- these are publicly available
11 documents.  They're called W-A-V, period, files.
12 WAV files.  And they state who has visited the
13 White House at a particular time.
14         Do you see your name on each of these
15 pages, indicating that you visited the White House
16 in May of 2010, May of 2011, and May of 2012?
17     A   Yeah.  Yeah.
18     Q   And --
19     A   Yeah.  Aven, Burt, Fridman, and the last
20 one.
21     Q   Stephen Rademaker?
22     A   Rademaker, yes.  That's one of the member

Transcript of Mikhail Fridman
Conducted on November 17, 2020

293

1  of the BGR group, as far as I could recall it.
2      Q    In May of 2010 with whom did you meet at
3  the White House?  It says David Lipton and Groslyn
4  Burton.
5          Do you recall meeting with them?
6      A   Yeah.  We met with probably -- we met few
7  times probably with David Lipton.
8      Q    What did you discuss?
9      A   I think, you know, he asked about --
10 we -- we told what we are doing.  He ask about
11 banking sector.  He ask about other sector of
12 Russian economy.  So primarily, you know, as you
13 know, we are active in different businesses, oil
14 and gas, telecoms, banks, insurance, retails.  So
15 it's a lot of businesses we are invested in
16 Russia.
17         So therefore it was a lot of topic for
18 discussion with economic advisor like David
19 Lipton.
20     Q    Why did you set up this meeting?
21     A   I think it is important to -- for us as a
22 businesspeople, because we always believe that we

294

1  are not just Russian investor; we are always
2  believe that we would like to invest worldwide.
3  And therefore, it would be important to have a
4  right perception about, you know, who we are.
5          Right?
6          Because as you already mention, a lot of
7  people, and American administration, could be
8  preoccupied with a certain prejudice regarding
9  Alfa -- sorry, regarding Russian, Russian
10 businessmen.  And especially so-called oligarchs.
11         And because we are part of that group, we
12 are part of the big Russian businesspeople, so it
13 is important for us to explain, you know, our
14 position with regards to, you know, our approach
15 to business.
16         And we always try to explain that we are
17 focused primarily on the private sector, on
18 market, sector of market, you know, economy, and
19 we stick to, let's say, fair competition and rule
20 of the game, so on and so forth.
21         And we hope that it will be helpful for
22 us for our investment in the future.  Not

295

1  necessarily only in the U.S., but more general.
2      Q    And then is that the same purpose you had
3  for meeting with White House officials in 2011 and
4  2012?
5      A   Yes.  Exactly the same.
6      Q    You've also had meetings at the
7  Department of State for the United States
8  government.  Correct?
9      A   Probably, yeah.
10     Q    Do you recall when those meetings
11 occurred, the years?
12     A   No.  I think because we've been in
13 Washington probably like ten or 12 time, it's not
14 just the three times we've been there.  We've been
15 many times in Washington.  And we are on the
16 regular -- as I said, on the regular basis.
17         So we met with certain representative of
18 department of the state kind of on the regular
19 basis probably.
20     Q    Do you recall what the purpose of those
21 meetings were?  Was it the same as the White House
22 meeting?

296

1      A   That was -- that was the same type of
2  meetings.  Just to introduce Alfa, what we are
3  doing, what's going on in certain sector of
4  Russian economy, so on so forth.
5      Q    Did you have State Department meetings
6  between 2010 and 2016?
7      A   Probably yes.  Probably yes.  As I said,
8  we made this trip to Washington on regular basis.
9      Q    Did you travel to Washington in 2016?
10     A   I don't -- I don't recall it.  2016?  I
11 don't remember.  Maybe yes.
12     Q    What about 2015?
13     A   I could check it with my schedule.  But
14 I'm not sure.  So we did it almost every year
15 until probably --
16     Q    Where do you keep your schedule?
17     A   Sorry?
18     Q    Where do you keep your schedule?
19     A   In my computer.
20     Q    Is that something you can produce to us?
21     A   Sorry?
22     Q    Can you produce your schedule to us?

Transcript of Mikhail Fridman
Conducted on November 17, 2020

75 (297 to 300)

297

1    A    I don't know.

2        MR. LEWIS:  Objection.  I think you're

3    asking him about his Alfa e-mail and computer,

4    which is a subject, as you know, of a pending

5    motion.

6        THE WITNESS:  Yeah.

7        MR. LEWIS:  May I ask, you described the

8    document which is Document 71 as a White House

9    document.  I'm not questioning that, but I don't

10   see it on the document.

11       If you could, please, if that's here, if

12   you could point to it or otherwise provide some

13   indication besides, you know, that this is a White

14   House document.

15       MR. LEVY:  We can certainly provide the

16   link to you.

17       MR. LEWIS:  Thank you.

18   BY MR. LEVY:

19   Q    You've had meetings on what we call the

20   Hill.  You've had meetings with the house and the

21   Senate in Washington, DC?

22   A    Yeah.  Yeah.

298

1    Q    You've met with -- you've met with

2    Senators.  Correct?

3    A    Yes.

4    Q    You've met with Congressmen.  Correct?

5    A    Yes.

6    Q    Did you meet with any Senate or House

7    members in 2016?

8    A    Again, I don't remember whether I been in

9    Washington in 2016.  If so, we probably met with

10   the Congressmen and Senators.

11   Q    Do you know if any of Alfa or LetterOne's

12   representatives met with members of the House or

13   the Senate in 2016?

14   A    You mean -- what do you mean saying

15   representatives?  Do you mean BGR, or whom?

16   Q    Yeah, BGR, Richard Burt, Ed Rogers.

17   A    I think this guys meeting with the

18   Senators and Congressmen on daily basis, as far as

19   I understand.

20   Q    That's part of --

21   A    Not necessary -- not necessarily on

22   behalf of Alfa, but because that's their job.

299

1    Q    And that's part of why you pay them.

2    Right?  They're in communication with some of

3    these Washington government officials on a regular

4    basis.  Correct?

5    A    Yeah, we are paying them primarily for

6    advising us how to build our, you know, profile

7    properly, and how to develop certain programs, as

8    Alfa Fellowship you mentioned and some other

9    programs.  So, yeah.

10   Q    In 2012 do you recall meeting with U.S.

11   lawmakers?

12   A    Tell me what kind of meetings you talking

13   about.  I try to do my best to recall it.

14   Q    Were you having in-person meetings with a

15   Senator or a Congressman in Washington, DC, in the

16   year --

17   A    Yeah, if -- I just like to repeat.  If it

18   was 2012, because we did it almost on an annual

19   basis, but not every year.  So some probably year

20   we missed this, this kind of journey.  But if it

21   had been 2012, and as far as I understand from

22   your information, that was the case.  So we

300

1    probably met with the different people, including

2    Senators and Congressmen.

3    Q    And do you recall meeting with Senators

4    and Congressmen about WTO accession for Russia?

5    A    That was a lot of discussion on that

6    topic.  But, you know -- you know, a lot of people

7    ask us about, you know, what is our position

8    regarding WTO.  And we try to explain what is our

9    position regarding WTO entrance from point of view

10   of our own business.

11   Q    And you explained that the WTO accession

12   for Russia was something that the U.S. government

13   should support.  Correct?

14   A    No.  No.  I would not say this.  We told

15   that more particular things like, you know, our

16   position was always, like, we believed that

17   generally for the Russian business it would be

18   challenging, but longer term that would be useful,

19   at least for our own business.  Because we believe

20   it would create the fair competition environment

21   for Russian, for Russian companies.

22   Q    Do you recall the topic of the Magnitsky

301

1 Act coming up in these conversations with Senators
2 and Congressmen in 2012?
3      A   No, really, I don't remember that topic.
4      Q   Do you recall opposing the Magnitsky Act
5 in these meetings?
6      A   No, I don't remember.
7      Q   Can you turn to Document Number 88.
8          MR. LEVY:  We're going to call this
9 Exhibit 53.
10         (Defendants' Deposition Exhibit 53 marked
11 for identification and is attached to the
12 transcript.)
13     Q   This is a June 29, 2012, Wall Street
14 Journal article called Q&A:  Russia's Mikhail
15 Fridman.
16     A   Uh-huh.
17     Q   If you go to Page 6 of this article, the
18 Wall Street Journal asks you --
19     A   Yes.
20     Q   -- at the bottom of the page, What was
21 your message to U.S. legislators when you were in
22 Washington in May.  And you replied --

302

1      A   What's the page?  Sorry.
2      Q   Page 6 at the bottom.
3      A   Six.  Okay.
4      Q   The Wall Street Journal asked you, What
5 was your message to U.S. legislators when you were
6 in Washington in May.
7      A   Uh-huh.
8      Q   Mr. Fridman, quote, We support Russia's
9 WTO accession.  We think it's the right decision,
10 end of quote.
11     A   Yes.
12     Q   It then says, quote, We were asked about
13 the Magnitsky Act.  We said we think it isn't
14 quite the right approach because it involves
15 specific bureaucrats.  But the broader problem is
16 corruption, end of quote.
17     A   Okay.
18     Q   And then it says, It shouldn't be linked
19 to WTO accession, quote, We think they are
20 different things, end of quote.
21     A   Yeah.  Okay.
22     Q   Does this refresh your recollection about

303

1 your communications with Senators and Congressmen
2 about the Magnitsky Act and your opposition to --
3      A   Yeah, I'm not sure -- I'm not sure that
4 was a question -- that was a topic for discussion
5 with the Congressmen and Senators.  But maybe yes.
6 You know, okay.  You know, I would -- I'm ready to
7 kind of to support this view I expressed in this
8 answer.
9      Q   You were asked -- answering a question,
10 What was your message to U.S. legislators.
11     Correct?
12     A   Yeah.  Yes.
13     Q   Did you -- did you seek to print a
14 correction with the Wall Street Journal here?
15     A   No.  I think maybe that's true.  I just
16 don't remember whether we discuss Magnitsky Act
17 during this visit or not.  That was, like, eight
18 years ago.  Maybe it was important topic for
19 discussion.
20     Q   If you turn to Document 74.
21         MR. LEVY:  We're going to call this
22 Exhibit 54.

304

1          (Defendants' Deposition Exhibit 54 marked
2 for identification and is attached to the
3 transcript.)
4      Q   And before you look at that document,
5 Mr. Fridman, was it your understanding in 2012
6 that the Kremlin opposed the Magnitsky Act?
7      A   Yeah, I know that Kremlin was quite
8 strongly against this.
9      Q   And was it your understanding in 2012
10 that the Kremlin wanted the WTO accession?
11     A   I -- I don't know what was the Kremlin
12 position with regards to that.
13     Q   Back to Document 74, which is Exhibit 54.
14     These are publicly available lobbying
15 reports that BGR submitted.  And if you look at
16 Pages 5 and 6, you see this is a lobbying report
17 from BGR Government Affairs.  The client's name is
18 LetterOne, S.A.
19     A   Okay.
20     Q   And in the index it says that the
21 specific lobbying issues include strategic
22 guidance and counsel on developing relationships

Transcript of Mikhail Fridman
Conducted on November 17, 2020

305

1 with the United States government officials.
2          Is that accurate for the year 2016?
3     A   Tell me what's the page?  U.S. Russian
4 and WTO negotiations.
5     Q   I am reading from what I think is the
6 penultimate page of the document, the
7 second-to-last page.
8     A   The second-to-last page.  Okay.
9     Q   At the top it says Specific Lobbying
10 Issues.  And then it says, "Strategic guidance and
11 council on developing relationships with U.S.
12 government officials."
13          MR. LEWIS:  Sorry.  This is in 74?
14          MR. LEVY:  This is in 2016, in Document
15 74.
16          MR. LEWIS:  No.  The document number.
17          MR. LEVY:  Document 74, Exhibit 54.
18          MR. LEWIS:  I'm sorry.  I just don't see
19 where you're reading from.
20     A   Yes, I couldn't find it either.  The
21 second last page from the -- from the end.
22 Strategic guidance.  Ah.  And counsel on

306

1 developing relationship with United States
2 government officials.  Okay.
3     Q   Yes.
4     A   Yeah, I found it.  It's in a -- in a --
5 it's a -- it's a Paragraph Number 16.  Right?
6     Q   Yes.
7     A   Specific lobbying issue.
8     Q   Yes.
9     A   Okay.
10     Q   That's accurate, to your knowledge?
11     A   Yeah, that's -- you know, it seems to me
12 it's a bit more narrow description.  It's more
13 broadly.  But -- but fine.
14     Q   This document also lists Ed Rogers as one
15 of your lobbyists.
16          How often do you communicate with Ed
17 Rogers?
18     A   Personally, not very often.
19     Q   When you communicate with Ed Rogers, how
20 do you communicate?
21     A   I think, you know, he is from --
22 sometimes we have kind of here in LetterOne we

307

1 have meetings on reputational issues, especially
2 after all this story with the servers and -- and
3 Trump this year.  And he participated --
4 participating in that -- in that meetings.
5     Q   In 2016 how often would you communicate
6 with Ed Rogers?
7     A   No, not very often.  During --
8     Q   During 2016?
9     A   No.  The same.  I normally, you know, met
10 with him once per year, when we went to -- to
11 Washington and spent a couple of days there.
12     Q   How often would you communicate with
13 Richard Burt in 2015 and 2016?
14     A   Probably the same.  The same density.
15     Q   You had meetings over the years with the
16 U.S. Treasury Department as well.  Correct?
17     A   Yeah.  As I said, you know, we met
18 different, you know, representative of America --
19 of administration and -- and of legislative power
20 and so on.
21     Q   When you have meetings with U.S.
22 government officials at the White House, is there

308

1 a memo about what's said at those meetings?
2     A   No.
3     Q   When you meet with other U.S. government
4 officials, are you familiar with memoranda written
5 about those meetings?
6     A   You mean memoranda written by us or
7 memoranda written by them?
8     Q   Written by anybody at Alfa or LetterOne,
9 including you.
10     A   No.  I never, ever heard of any
11 memoranda.  I didn't read any memoranda for that
12 type of meetings.
13     Q   Did anyone at BGR ever type up memoranda
14 about your meetings with U.S. government
15 officials?
16     A   I could not remember that.  They probably
17 make a kind of briefing to us who, who we meet
18 with, you know, what kind of interest environment,
19 what kind of particular business activity could be
20 interested, what kind of introduction we should do
21 regarding our business and so on.  But primarily I
22 don't -- I could not recall any written

309

1  memorandum.
2      Q   After your meetings with U.S. government
3  officials, do you report to the board of your
4  companies or does BGR report to the board of your
5  companies on those U.S. meetings?
6      A   **We didn't make any formal report to the**
7  **board, you know.  We just, you know -- we just use**
8  **it for more better -- for better understanding of,**
9  **you know, how it works.  Because U.S. is important**
10 **country, is effectively superpower.  So that's**
11 **important to understand what is actually the view**
12 **of the U.S. officials regarding business in**
13 **Russia, regarding businessmen, Russian**
14 **businessmen.**
15     Q   Can you recall any of the people at the
16 State Department with whom you've met?
17     A   **Oh, we met I think with a few people**
18 **there.**
19     Q   Names?
20     A   **You know, we met with -- we met with the**
21 **ex-ambassadors in Russia, there was many of them.**
22 **And we met with Victoria Nuland.  We met with some**

310

1  **other people.  So we have a number of different**
2  **meetings.**
3      Q   Who was the former U.S. ambassador to
4  Russia with whom you met?
5      A   **Oh, we met -- not necessarily in State**
6  **Department.  But generally we met with Mike**
7  **McFaul, with John Tefft, with Bill Burns.  You**
8  **know, with many, many people.**
9      Q   Did you meet with them while they were
10 the U.S. ambassador or after they were the U.S.
11 ambassador?
12     A   **Who was?  So we met them, all of them**
13 **when they been U.S. ambassador, U.S. ambassador in**
14 **Moscow.  Few times, quite regularly.  I mean, from**
15 **time to time we wanted to keep, you know,**
16 **connection with the U.S. ambassador in Moscow**
17 **because we believe it's useful for -- you know,**
18 **for our business purpose.**
19     **And -- and, of course, we retain certain**
20 **relationship as well.  And when we get the chance**
21 **to meet with them in the U.S. soil, we probably**
22 **try to do that.  But Alex Vershbow, who was**

311

1  ambassador to Russia, we met.
2      **So it was all of them as ambassador, we**
3  **try to build, you know, pretty kind of good**
4  **relationship.**
5      Q   Did you meet with the U.S. ambassador to
6  Russia in 2016?
7      A   **Who was in that time?**
8      Q   I'm asking you.
9      MR. LEWIS:  2016?
10     MR. LEVY:  I don't know who just spoke,
11 but let the witness testify, please.
12     A   **I -- I don't remember who was 2016.  John**
13 **Tefft was probably.  I don't know.  But as I said,**
14 **you know, with the American ambassador in Russia,**
15 **we met, let's say, quite regularly.**
16     Q   Did you meet with John Tefft in Moscow or
17 Washington, DC, or both in 2016?
18     A   **Oh, in 2016?  I don't remember.  I don't**
19 **remember exactly.  But if he was ambassador, we**
20 **definitely met him in Moscow.**
21     Q   Did you meet with Victoria Nuland in
22 2016?

312

1      A   **Again, I don't remember exactly the date.**
2  **But we met with her a few times.**
3      Q   When did you first come into contact with
4  Victoria Nuland?
5      A   **I don't remember.  But -- I don't**
6  **remember exactly.  But --**
7      Q   Who introduced you to her?
8      A   **I have no idea.  I don't remember that.**
9  **But probably it was in one of that type of visit**
10 **to the United States that was arrange the meeting**
11 **with her, we met with her.**
12     Q   Has she ever had a commercial
13 relationship with Alfa or LetterOne?
14     A   **No.**
15     Q   Do you trust her judgment?
16     MR. LEWIS:  Objection.  Judgment in
17 general, on all things?  Anything in particular?
18     Q   Would you answer the question --
19     A   **Yes.**
20     Q   -- Mr. Fridman.
21     A   **Yes.  What kind of judgment you mean?**
22     Q   On U.S./Russian relations.

Transcript of Mikhail Fridman
Conducted on November 17, 2020

79 (313 to 316)

313

1     A   She is professional.  I think she is
2   pretty well aware about U.S./Russian relations.
3   That was her job, as far as I understand.
4     Q   Can you turn to Document 52.
5        MR. LEVY:  And we'll call this Exhibit
6   55.
7        (Defendants' Deposition Exhibit 55 marked
8   for identification and is attached to the
9   transcript.)
10    A   Fifty-two.
11    Q   This is PDDC 8303, a document that your
12  lawyers produced to us.  It's an e-mail from
13  Victoria Nuland to you, March 5, 2015, following
14  up on an e-mail you sent her on the same day.
15       Do you recall sending this e-mail to her?
16    A   Yeah.
17    Q   Do you recall receiving the e-mail from
18  her in reply?
19    A   Let me just read this e-mail.
20       Okay.  Yeah.  Yeah.  I -- I don't
21  remember the e-mail, but I understood, you know,
22  what was the topic of this e-mail.

314

1     Q   Do you see that she signed her e-mail,
2   Best, comma, t, lower case T?
3     A   I don't know.
4     Q   What does that T refer to?
5     A   I don't really know what does it mean, T.
6     Q   Had you been in contact with Ms. Nuland
7   before this e-mail exchange?
8     A   Yes.  As I said, we met few times in
9   Washington.
10    Q   How many times had you communicated or
11  met with her before this e-mail exchange?
12    A   I don't remember.  By the way, it seems
13  to me she was the part of ran preparation session,
14  which ran preparation established for two times
15  per year in Russia, in Moscow, in Washington.  And
16  we participate in that.
17       Actually, probably knew her since this
18  ran preparation meetings.  That probably was way
19  before she became, you know, kind of important --
20  important person in State Department.
21    Q   Have you e-mailed her before this e-mail
22  on March 5, 2015?

315

1     A   I don't -- I don't remember.
2     Q   Did you use your Gmail account for this
3   e-mail?
4     A   As far as I understand, yes.  Looking for
5   address.
6     Q   Have you met her in person?
7     A   Yes.
8     Q   In this e-mail exchange you stated,
9   quote, I firmly believe that the problems in
10  political relations between the two countries
11  should not interfere with the cooperation in the
12  humanitarian sphere, in the sphere of science,
13  should not be an obstacle to investment of
14  independent private Russian business into Western
15  economy and Western to Russia.  Had you
16  communicated -- end of quote.
17       Had you communicated with Nuland in the
18  past about political relations?
19    A   I don't remember that, you know.  She is
20  primarily asked me, as far as I could recall it,
21  regarding, you know, condition of the business;
22  you know -- you know, situation in business.  But

316

1   primarily topic was focused on -- on a business
2   issues.
3     Q   After this e-mail exchange, did you speak
4   with her about political relations?
5     A   No.  We met once upon a time, later on in
6   2017, it seems to me.  And that was already
7   afterwards this dossier publications.
8     Q   Did you discuss political relations with
9   other U.S. government officials?
10    A   I don't --
11       MR. LEWIS:  Objection to the form.  I
12  don't agree that this e-mail discusses political
13  relations.  It makes a reference to political
14  relations to say that whatever they might be to
15  advocate for certain things that the e-mail
16  advocates for.
17       So to characterize this as discussing,
18  you know, political relations, I don't think is
19  faithful to the meaning of the document, which
20  speaks for itself.
21       MR. LEVY:  Alan, I didn't ask him to
22  characterize the e-mail.  I asked if he discussed

317

1  political relations with other government
2  officials from the United States.
3         MR. LEWIS:  But when you say --
4         MR. LEVY:  I prefer you not testify for
5  the witness.
6         MR. LEWIS:  The inference was that he
7  discussed political relations with Victoria
8  Nuland.
9         MR. LEVY:  Alan, if you are going to make
10 an objection, make an objection.  But I just need
11 to move on here.
12    Q    Mr. Fridman, did you discuss political
13 relations with U.S. government officials other
14 than Tori Nuland?
15    A    I didn't discuss political relation, at
16 least according to my personal recollection.  I
17 probably --
18    Q    Did you discuss political relations with
19 Russian government officials?
20    A    Sorry?
21    Q    Did you discuss political relations with
22 Russian government officials?

318

1    A    No.  No.
2    Q    Did you communicate again with Ms. Nuland
3  in 2015 or 2016?
4    A    But I already told you.  You asked me
5  already that we met with her few times.  I don't
6  remember exactly the date, but probably it was
7  2015 or 2016 when -- during our regular trip to
8  the U.S., annual trip.
9    Q    How -- are you serving on the
10 International Advisory Board of the Council on
11 Foreign Relations?
12    A    Yeah.
13    Q    Were you serving on the International
14 Advisory Board of the Council on Foreign Relations
15 in 2016?
16    A    That seems to me kind of permanent
17 position.  So once you have been kind of -- kind
18 of involved there, you know, approved there as a
19 member of advisory board, you will be there
20 until -- until your life, let's say.
21    Q    When were you approved to be a member of
22 the board?

319

1    A    Probably, you know, like probably ten or
2  more years ago.
3    Q    In 2003 did you establish the Russian and
4  Russian-American relations lecture series at the
5  Council on Foreign Relations?
6    A    Say it again?  What?  What as --
7    Q    In 2003 did you establish --
8    A    Yes.
9    Q    -- the Russia and Russian-American
10 relations lecture series at the Council on Foreign
11 Relations?
12    A    Yeah.  As far as I could recall, if they
13 ask us to help them to invite some prominent
14 Russian speakers to Washington.  And because, you
15 know, I have honor to be there, member of advisory
16 board, so I help them to arrange this type of
17 lecture.
18         That was not my lecture.  That was the
19 lecture of some Russian politician by invitation
20 of council for foreign relation.
21         MR. LEWIS:  Josh, can we take a short
22 break within the next five or ten minutes?

320

1         MR. LEVY:  Let's take one right now.
2         (A recess was taken.)
3  BY MR. LEVY:
4    Q    Mr. Fridman, the Valdai discussion club
5  is a Moscow-based think tank.
6         Is that correct?
7    A    What?  How do you call, what?
8    Q    Valdai, V-A-L-D-A-I, the Valdai
9  discussion group.
10   A    Yeah.
11   Q    That's a Moscow-based think tank?
12   A    Valdai is the name of the club which is
13 normally taking part in the -- in Volga region.
14 But think tank arranged that.  That's Moscow
15 based, it seems to me.
16   Q    And are you familiar with the fact that
17 in the Western press it's described as being
18 closely linked with Vladimir Putin, and Vladimir
19 Putin's favorite platform?
20   A    You know, in the Western press everything
21 in Russia is described as close to Mr. Putin, as
22 far as I understand.

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

321

1    Q    Has Vladimir Putin appeared at the club's
2  annual conference every year since its founding in
3  2004?
4    **A    Frankly, I don't know.  I never, ever**
5  **been in that meetings of that club.  I never -- I**
6  **never been a member of that club.**
7    Q    Isn't it the case that for a businessman
8  to succeed as you have in Russia, you need to have
9  close communications with the Russian government?
10   **A    What do you mean, say in "close**
11 **communications"?**
12   Q    Look at Document 102, which is Exhibit
13 14.
14        This is your trial transcript testimony
15 from Aven V Orbis in the UK.  Can you turn to Page
16 107 of Day 1?
17   **A    107.  Okay.**
18   Q    You'll see it says -- and this is you
19 testifying -- "You know, it's a bit different
20 from, let's say, practice here in the UK.  In
21 Russia, with control of the government over
22 day-to-day business activity, it's much tighter.

---

322

1  So to have just normal cooperation, to just -- to
2  have a normal regime of doing business, you should
3  have certain channel for providing your view.
4  That was one of the duties of Mr. Aven."
5        Is that testimony accurate?
6    **A    Yes.**
7    Q    In 2016, did you associate with the
8  Russian business elite?
9    **A    Probably yes.**
10   Q    In 2016 did you associate with Russian
11 politicians at high levels of government?
12   **A    Not at all.**
13   Q    In 2016 were Vladislav Surkov and
14 Alexander Abramov working at the Kremlin advising
15 Vladimir Putin?
16   **A    Yes.**
17   Q    And prior to that didn't they both work
18 for Alfa?
19   **A    Yeah, they work for Alfa in end of '90s.**
20        **So that was 16 years later.**
21   Q    They worked -- they worked with you at
22 Alfa?

---

323

1    **A    Wait.  Wait.  Wait.  They work for**
2  **Alfa-Bank in the last -- last period was probably**
3  **1999.  So that was -- by the way, they left Alfa**
4  **even before Mr. Putin became president.**
5    Q    So you've known them a long time.
6    **A    I knew them since, you know -- look.**
7  **Alfa is a big company.  They have probably**
8  **altogether 500,000 employees.  And it's a lot of**
9  **people who used to work in Alfa.  But two of them**
10 **of course I knew, both of them.  And they used to**
11 **work not very long period of time, couple of years**
12 **of Alfa-Bank.  And both left and used to work in**
13 **Kremlin administration, president administration.**
14   Q    Surkov joined Alfa in 1995.  Correct?
15   **A    No.  In 1996 probably.**
16   Q    Was he the director of Alfa-Bank?
17   **A    No.  He was head of kind of government**
18 **relations department of Alfa-Bank.**
19   Q    Okay.  And was Surkov the deputy chairman
20 of Alfa's board?
21   **A    No.  No.**
22   Q    Prior to forming Alfa, did you study with

---

324

1  Surkov, Alexei Kuzmichev, and Khan at university,
2  specifically the Institute for Steel and Alloys?
3    **A    Yeah, we -- you know, Mr. Surkov was the**
4  **student of the same university, but he did not**
5  **finish this university.  So we started to get a --**
6  **you know, we been in different -- in different**
7  **department of the university, let's say.  But we**
8  **started together 1981, in 1982.  This is then.**
9    Q    And after you were all in school
10 together, did you stay in touch with Mr. Surkov?
11   **A    Not really, actually, because I -- I, you**
12 **know, restore relationship with him in '90s**
13 **already.**
14   Q    So by the time you were in the mid '90s,
15 you had reestablished the relationship with him
16 when he was working at Alfa.  Correct?
17   **A    No; when he was working in the other**
18 **companies, and when I invited him to work in Alfa.**
19   Q    Okay.  And from 2013 through two
20 thousand -- sorry, from 2013 to 2020, am I correct
21 that Surkov served as a personal advisor to
22 Vladimir Putin?

---

Transcript of Mikhail Fridman
Conducted on November 17, 2020

325

1    A   No, I don't think so.  He was actually
2  like -- there was official title, advisor, not
3  personal advisor.
4    Q   Okay.
5    A   That's a kind of -- that's a certain
6  group of advisors.  It's like in the U.S., you
7  know, advisors for certain type of policy.  He was
8  advisor for relationship with the former Soviet
9  Union countries.
10   Q   And he advised President Putin on those
11 matters.
12   A   I don't know.  Probably yes.
13   Q   Can you pull up Document 19.
14     MR. LEVY:  We'll call this Exhibit 56.
15     (Defendants' Deposition Exhibit 56 marked
16 for identification and is attached to the
17 transcript.)
18   A   Nineteen?
19     MR. GILLESPIE:  One nine.
20   A   Okay.
21     MR. LEVY:  And if you could put it on the
22 screen, please.

326

1      A/V TECHNICIAN:  Yes.  Stand by.
2    A   Okay.
3      MR. LEVY:  Can you scroll down, please.
4  Keep going, please.  Keep going.  Keep going.
5  Stop.
6    Q   Mr. Fridman, who are the people in this
7  picture?
8    A   Even this -- on the top of the page?
9    Q   Yes.
10   A   That Mr. Surkov and Mr. Putin.
11   Q   And does it look like Mr. Putin is
12 leaning over and saying something to Mr. Surkov?
13   A   Yes.
14     MR. GILLESPIE:  Stupid question.
15     MR. LEVY:  I'd like the counsel to
16 refrain from criticizing any questions in this
17 deposition.  I find it highly unprofessional.
18   A   Okay.
19   Q   When is the last time you or anyone at
20 Alfa communicated with Surkov?
21   A   I -- I'm not very often seeing him,
22 probably at once per couple of, you know, like

327

1  once, twice per year or three times per year,
2  occasionally in certain meetings and so on.
3    Q   Would that include the years 2013 through
4  2016?
5    A   Yeah, probably.  But he is busy person,
6  so I met him from times to times.  And I'm busy
7  person.  So it's not very regular.
8      But normally that's on certain occasion;
9  like, you know -- you know, certain kind of
10 reception or whatever.
11   Q   Did anyone else from Alfa speak with
12 Surkov between 2013 and 2016?
13   A   I don't know.  You know, maybe.
14   Q   Can you pull up Document 88.
15     (A discussion was held off the record.)
16   A   Eighty-eight.  Okay.
17     MR. LEVY:  I'm sorry, not 88.
18     Andrew, what is the document number for
19 the e-mail, the Surkov e-mail?
20     MR. SHARP:  That's not in the documents
21 that we sent because the translation didn't come
22 in until last night.

328

1      MR. LEVY:  All right.  We're going to
2  introduce a new document called Exhibit 57.  This
3  is a Russian e-mail and an English translation of
4  it that we've received last night.  We found the
5  Russian e-mail online.
6      Andrew, can you -- can the technician
7  first take this document down off the screen.
8      A/V TECHNICIAN:  Yes, sir.  I'm pulling
9  the new exhibit up right now.
10     MR. LEWIS:  Can you e-mail the document
11 and the translation to us?
12     MR. LEVY:  Yes.  Yes we can.
13     Andrew, can you do that, please?
14     MR. SHARP:  I will.
15     MR. LEVY:  Thank you.
16     (Defendants' Deposition Exhibit 57 marked
17 for identification and is attached to the
18 transcript.)
19   Q   Mr. Fridman, this looks to be an October
20 14, 2014, e-mail in Russian that you had sent to
21 Vladislav Surkov.
22     Is that correct?

329

1      A   Maybe.  Maybe, yes.  2014, six years ago.
2          MR. LEVY:  I'm going to ask the court
3   reporter to put up the English translation.
4          Is that scrolling down in this document,
5   Andrew?
6          MR. SHARP:  Yes.
7          MR. LEVY:  Okay.
8      Q   Here, according to the English
9   translation of this e-mail, it says -- it has you
10  saying, Mr. Fridman, quote, Good afternoon.  Not
11  in the city.  I can call you.  Breaks down all the
12  time.  Call.  Dinner at 20 to 30, question mark.
13  We transfer the reserve to 20 to 30."
14         Is that your e-mail address, Mr. Fridman?
15     A   What's the address here?  I couldn't see
16  it.  It just -- office, probably address of -- of
17  my assistant.  And read assistant to Mr. Fridman.
18     Q   Okay.  And do you occasionally send
19  personal e-mails from your Alfa-Bank assistant's
20  e-mail address?
21     A   I'm not necessarily think that this
22  personal e-mails.  That's maybe kind of type of

330

1   business e-mails or business meetings that we
2   have.
3      Q   What would you discuss those two or three
4   times a year with Mr. Surkov while he was advising
5   President Putin?
6      A   We primarily speaking with Vlad, you
7   know, about business, about situation in the
8   country, you know.  He is very knowledgeable, very
9   well-connected person.  So that's interesting for
10  me to listen his view on certain issues.  And so
11  on.  So that's -- that's useful.  He is a kind of
12  important statesman.
13     Q   Did you discuss with him what was going
14  on at Alfa?
15     A   Not -- not too much.  He's not --
16  sometimes he's asking what's going on in banks,
17  what's going on in other businesses.  And, you
18  know, I am telling him.
19     Q   In 2013 did you discuss with him the
20  TNK-BP negotiations?
21     A   I don't remember what we discuss in 2014.
22  2014 October --

331

1      Q   2013.
2      A   -- is probably --
3      Q   Mr. Fridman, 2013?
4      A   '13?  But this e-mail -- but that's the
5   date of this e-mail is 2014.  You mean in 2013 --
6      Q   Yes.
7      A   -- did we discuss with him TNK-BP?
8          I don't remember.  Maybe.
9      Q   In 2016 did you discuss the U.S.
10  presidential election with Vladislav --
11     A   I don't think so.  I don't think so.  He
12  is not any how responsible for foreign policy.
13  That's not his subject of his interest.  He is
14  primarily responsible for certain relationship
15  with the -- with the former Soviet Union
16  countries.  And before hands he was in charge for
17  some internal politics and so on.
18     Q   Do you know if Surkov had an active
19  role --
20         (Discussion off the record; technical
21  difficulty.)
22     Q   Did Surkov have an active role in shaping

332

1   Nashi, N-A-S-H-I, the Russian youth organization?
2      A   Yeah.  Yes.  Yeah, that was a kind of
3   attributed to him, this initiative, in the media
4   at least.
5      Q   Did Mr. Surkov advise you or direct you
6   or Alfa to make certain contributions to
7   charitable organizations?
8      A   Never, ever.  We never discuss with him
9   any kind of, you know, contribution to certain
10  political movement, or political parties.
11     Q   Can you turn to Document 17, which we
12  earlier marked Exhibit 37.
13     A   Seventeen.  Okay.
14     Q   Yes.  This is the Stratfor 2007 report.
15     A   Okay.
16     Q   On Page 17 it says, "Many of Alfa's
17  charitable organizations and donations also come
18  in direct response to Surkov's diktats."
19         Is that correct?
20     A   Sorry.  Tell me 17, what's the paragraph?
21     Q   Page 17, I don't know the paragraph is.
22     A   What -- what the first word of the

333

1  paragraph?
2      Q   It's not a -- sorry, the technician has
3  the Exhibit 17 up. It's Page 17 of Exhibit 37.
4          A/V TECHNICIAN: Apologies.
5      A   Oh, sorry. 37?
6      Q   No. For you, Mr. Fridman, it's Number
7  17. And it's page --
8      A   What the page?
9      Q   Page 17 of Number 17, which is Exhibit
10 37.
11     A   Okay. What the paragraph started, from
12 what words?
13     Q   I don't know. But I'll read you the
14 quote, and you just tell me whether this is
15 accurate or not. "Many of Alfa's charitable
16 organizations and donations also come in direct
17 response to Surkov's diktats."
18         Is that correct?
19         MR. LEWIS: Yeah. So this quoted portion
20 of what you read is in the third full paragraph
21 that begins with, "The Nashi movement." And it's
22 in that paragraph.

334

1      A   Yes. Okay.
2          Yes, I found. It is the last sentence of
3  this paragraph. "Many of Alfa's charitable
4  organization and donations also come in direct
5  response to Mr. Surkov's diktats."
6          It is completely wrong at all.
7  Mr. Surkov never, ever asked me, or as far as I
8  know, any Alfa entity, to donate any money to
9  certain, you know, charitable organizations or so
10 on. Never, ever.
11     Q   Would Surkov tell you what to do in order
12 to stay on the Kremlin's good side?
13     A   What to do in order to what?
14     Q   Stay on the Kremlin's good side.
15     A   No. Look, you know, he's -- he's doing
16 what he is doing in his job. I am doing what I am
17 doing. And we in the business, we have our own
18 view what should we do to stay in a constructive
19 relationship with the Russian authority.
20     Q   You look at Page 16 of the same document.
21 It says, quote, "Surkov tells Fridman precisely
22 what he needs to do to stay off of the Kremlin's

335

1  hit list or to secure Kremlin assistance in a
2  business battle, and Fridman complies completely."
3          Is that true?
4      A   No. That's a kind of -- very kind of,
5  you know, big fantasy of those who wrote this,
6  this memo or what it is, survey.
7      Q   Did you ever communicate with Stratfor to
8  let them know that this was incorrect?
9      A   No. I don't know who is that. I don't
10 know what is the organization Stratfor.
11     Q   Did any of Alfa or your representatives
12 communicate with Stratfor to let them know this
13 was incorrect?
14     A   I don't know, really. And I don't think
15 so.
16     Q   Have you been serving as a member of the
17 public chamber of Russia since 2005?
18     A   Yeah; very shortly. One year, seems to
19 be.
20     Q   One year you were on the public chamber
21 in 2005 and then no longer?
22     A   No.

336

1      Q   Were you in the public chamber in 2015
2  and 2016?
3      A   No.
4      Q   Did Surkov help you obtain a $2 billion
5  letter of credit from state-owned VEB in 2008?
6      A   No. Surkov? No.
7      Q   Did anyone else --
8      A   What kind of --
9      Q   Did anyone else -- what's that?
10     A   I don't -- I don't remember that to be
11 endorsed from VEB. For what purpose we want this
12 money?
13         MR. LEVY: Can the technician take the
14 document off the screen, please.
15         A/V TECHNICIAN: Sure.
16     Q   Was Putin the chair of VEB in 2008?
17     A   VEB? I don't -- I don't know. He
18 probably was. According to my knowledge, VEB is a
19 state-run agency. And the head of the government
20 automatically became a chairman. If Mr. Putin in
21 that time was the head of the -- this chairman of
22 the government, he -- he automatically should be

Transcript of Mikhail Fridman
Conducted on November 17, 2020

85 (337 to 340)

337

1  chairman of VEB.
2      Q    And weren't you granted a $2 billion
3  letter of credit from VEB in 2008?
4      A    $2 billion?
5      Q    Pardon me?
6      A    No, I don't remember $2 billion of letter
7  of credit. I think you probably --
8      Q    Can you --
9      A    You probably mean that that was during
10 the crisis of 2008. And VEB provided and created
11 facility for the company for repayment of the debt
12 to foreign banks. And we have just been part of
13 that program, and part of -- and with many other
14 big Russian entities.
15          Because if you recall it, it was a huge,
16 huge, fall down of the market in 2008 because of
17 Lehman Brothers situation. And therefore, it was
18 event of default for many Russian companies.
19          And the government established a special
20 type of program for -- you know, for big Russian
21 entity, who was obliged to pay back immediately
22 loan to the foreign banks. Because foreign banks,

338

1  because of fall down of the market, that
2  three-year kind of margin calls. So effective
3  they demanded immediate payback.
4          And it was government-approved program
5  for many Russian companies for financing repayment
6  of the debt. Even -- and we made very short
7  borrowing from VEB to pay back the debt. And when
8  within months we pay back money to VEB.
9          But that was not specifically for Alfa or
10 for whoever. That was a kind of pretty massive
11 program for many Russian companies.
12     Q    At the time of this letter of credit,
13 Deutsche Bank was close to seizing 44 percent of
14 VimpelCom. This was your 44 percent stake in
15 VimpelCom. Correct?
16     A    Maybe, yeah, it is correct. That was --
17 that was collateralized by the loan of Deutsche
18 Bank. And that is exactly what I am saying, what
19 I am talking about.
20     Q    Right. And that --
21     A    So there was a sharp decline in the stock
22 price because of Lehman. The stock price went

339

1  down probably like 30 percent, 40 percent, I don't
2  remember.
3      Q    Right. Lehman collapsed in September of
4  2008. Correct?
5      A    Yes. That was immediately the market
6  collapse, and therefore the stock price went down
7  for like -- I don't remember exactly, but huge,
8  huge portion.
9      Q    And in October of 2008, you received the
10 letter of credit. Correct?
11     A    Yeah, in parallel, in parallel with many
12 other Russian companies. Because all the Russian
13 company made an asset-based financing in the
14 Western bank. And because of diminution of the
15 assets, very sharp, effectively that was event of
16 default, and the foreign banks demanded to pay
17 back immediately the loan. So therefore
18 subsequently that was huge necessity to pay back.
19 And government, you know, they funded the program
20 for -- you know, for supporting these companies.
21     Q    And that saved your 44 percent. Correct?
22     A    Yeah, that's -- that's -- that's allow us

340

1  to pay back the debt. And when we just in few,
2  let's say, probably six month or so pay back this,
3  this loan to VEB.
4      Q    Was Alexander Abramov one of Surkov's
5  deputies at Alfa?
6      A    Yeah.
7      Q    Was Abramov deputy chairman of Alfa's
8  board from 1997 to 1999?
9      A    No, I don't remember that. He probably
10 was deputy executive board, but not the board.
11     Q    Okay. Thank you for that clarification.
12          Has Abramov been in the Russian
13 government for over the last 20 years?
14     A    Sorry. Say again?
15     Q    As Abramov been -- Abramov been serving
16 in the Russian government for over the last 20
17 years?
18     A    No. He is actually used to work in the
19 president administration within probably last 15
20 or 16 years. So he left Alfa-Bank in 1999. And
21 since then he used to work in -- in -- in
22 president administration.

341

1    Q    So he's worked in the Russian government
2 since 1999.
3    A    Yeah.  It's not completely Russian
4 government.  It is a bit different.  But anyway,
5 that's -- that's a bit different, let's say,
6 branches, you know.  But Russian authority, let's
7 say.
8    Q    Okay.  Has he been advising Vladimir
9 Putin since 2004?
10   A    I don't -- yeah, probably he was kind of
11 advisor.  As I said to you, that a certain group
12 of advisor.  Probably like 15 people who are
13 advising on different matters.  It's official
14 position in the Kremlin administration.
15   Q    His bio on the Kremlin website says that
16 he was an aide to Vladimir Putin in 2004 and then
17 became an advisor to Vladimir Putin in 2012.
18        Do you have any reason to believe that's
19 incorrect?
20   A    No.  Probably it's correct.  Yeah, they
21 have a special group of advisor, a special group
22 of aides.  But it's -- actually, it's just a title

342

1 for the -- you know, for -- for people who are
2 serving for president administration.
3    Q    Have you stayed in touch with Abramov?
4    A    Not really.  Not very often.
5    Q    Have you met him while he's been an aide
6 to Vladimir Putin?
7    A    He probably -- you know, I don't --
8 certainly met from time to time.  But probably
9 even less often rather than this Mr. Surkov.
10   Q    How many times a year do you see him?
11   A    Last ten years, you know -- I haven't
12 seen him long time, practically speaking.  But
13 during his -- during his stay in administration,
14 probably once per year.
15   Q    Do you discuss Alfa business with him?
16   A    You know, look.  He ask about the
17 business.  I ask about, you know, kind of certain
18 things, what's going on in politics, certain, you
19 know, changes so on, which is very important topic
20 for discussion.
21   Q    Did you discuss the TNK-BP negotiations
22 with him?

343

1    A    No.  He's very distant from oil and gas
2 and things like that.
3    Q    Did you meet with him in 2015 or 2016?
4    A    I don't remember.  When did he leave
5 the -- the present position?  Probably 2016 he
6 left already.  Right?
7    Q    Did you discuss the U.S. presidential
8 election with Abramov in 2016?
9    A    No.  Not at all.
10   Q    The Kremlin website bio for Mr. Abramov
11 says that he was still serving the Russian
12 government as an advisor to Putin in 2016.
13        Is the Kremlin's website incorrect on
14 that point?
15   A    I -- I think they are correct.  I just
16 don't remember that.
17   Q    In 2016 was Mikhail Fradkov the head of
18 the SVR?
19   A    Yes.  Probably, yes.
20   Q    What is the SVR?
21   A    Service for external intelligence.
22   Q    It's the Russian foreign intelligence

344

1 service.  Correct?
2    A    That's correct.
3    Q    It's the old KGM Main Directorate 1.
4        Correct?
5    A    Yeah.  I don't know.  I am not very
6 familiar with the structure of KGM.
7    Q    It's the part of the Russian intelligence
8 service that recruits foreign assets, isn't it?
9    A    Sorry, the part of recruit foreign --
10 what is recruit foreign assets?
11   Q    It's the part of the Russian foreign
12 intelligence service that recruits other people to
13 give information to the Russian government.
14        Correct?
15   A    Yes.  Probably.  Yes.
16   Q    It works with human sources of
17 intelligence.  Correct?
18   A    I'm not professional intelligence.  But
19 whatever they wrote in the book, that's true.
20   Q    Fradkov was Petr Aven's deputy minister
21 of foreign economic relations in 1992.  Correct?
22   A    I don't know.  You should ask Mr. Aven.

345

1     Q    We will.
2          When did you first meet Fradkov?
3     A    I never met -- no.  I met him once when
4 he was the prime minister.
5     Q    In 2004 did you and Mr. Aven back Fradkov
6 to become the Russian prime minister?
7     A    No.  We don't have any chance to -- to
8 support him or, you know, or back him.  Nobody ask
9 us.
10    Q    You didn't suggest to Vladimir Putin that
11 Mr. Fradkov should become the prime minister in
12 2004?
13    A    No.  I don't think it would be the kind
14 of advice Mr. Putin will like to listen.
15    Q    In 2004 Mr. Fradkov became the prime
16 minister of Russia.  Correct?
17    A    Yes.
18    Q    And in 2007 Vladimir Putin appointed him
19 to become the head of the SVR.  Correct?
20    A    I don't remember, but I rely on your
21 preciseness of your information.
22    Q    And from 2007 through 2016 Mr. Fradkov

346

1 remained the head of the SVR.
2          Is that right?
3     A    Okay.  I hope you are right.
4     Q    What does that say about Mr. Fradkov's
5 relationship with Vladimir Putin?
6     A    I don't have anything about their
7 relationship whatsoever.
8     Q    Do you know --
9     A    I don't know.  I did not know, and I
10 don't know at all.
11    Q    If the head of the SVR continues in that
12 position for nine years, during that nine-year
13 period, wouldn't he have a strong relationship
14 with the president of Russia?
15    A    I do not have any idea about that,
16 frankly speaking, what kind of relationship they
17 had in that time.  Probably they should have
18 pretty constructive working relationship.
19    Q    And Mr. Fradkov would have briefed
20 President Putin regularly during that time period.
21 Correct?
22          MR. LEWIS:  Objection.  Speculation.

347

1     A    Why you ask -- why you asking me about
2 relationship between the head of Russian
3 intelligence and president?  I am not state
4 service man.  I'm never, ever used to work in the
5 government.  Why you asking me about that?  I
6 don't know about that, anything.
7     Q    So you can't -- can you confirm or deny
8 whether you work with the Russian intelligence
9 service?
10    A    Me?  I'm never, ever used to work in
11 Russian intelligence service.  And I strictly deny
12 this assumption.
13    Q    What percentage of your success do you
14 attribute to the Russian intelligence service?
15    A    Zero.
16    Q    Have you ever met one on one with
17 Vladimir Putin since May 2000 --
18    A    No.  No.
19         MR. LEVY:  Can you turn to your witness
20 statement in Aven V Orbis.  This is Document 11 in
21 your notebook.  And we have designated it ...
22         COURT REPORTER:  It's Exhibit 19.

348

1          MR. LEVY:  Thank you very much.
2     A    What's the --
3     Q    Can you go to Paragraph 10, please.
4     A    Ten.  Okay.
5     Q    I'm sorry.  Can you turn to Document
6 Number 49.
7     A    Forty-nine.  Okay.  Okay.
8          MR. LEVY:  And I don't think we have
9 created an exhibit for this yet.  This is Exhibit
10 58.  This is -- no, this is document -- oh, it's
11 57.  Thank you.  And this is Document 49.
12         (Defendants' Deposition Exhibit 58 marked
13 for identification and is attached to the
14 transcript.)
15    Q    This is an excerpt from your CPI
16 deposition.
17    A    Okay.
18    Q    If you go to Page 444.
19    A    Four -- 444.  Okay.
20    Q    Okay.  You testified, "According to my
21 schedule you have seen this.  I have met with
22 Putin.  I have met with Voloshin and other people.

349

1  So it will be stupid to tell you that I have no
2  links with Kremlin.  I have:
3       Was that testimony true?
4       Is it true today?
5    A  Yes, I met with him, but not one-on-one.
6    Q  Did you produce a schedule -- you met
7  with him, but not one-on-one.
8    A  Right.
9    Q  Did you meet with Voloshin one-on-one?
10   A  Yes.  When he was a head of president
11 administration, probably.
12   Q  Did Mr. Voloshin function as Mr. Putin's
13 chief of staff?
14   A  Yes.  Until 2003, probably.
15   Q  Did Mr. Vaino function as Mr. Putin's
16 chief of staff in 2016?  V-A-I-N-O?
17   A  No.  It seems to me it was the other head
18 of administration.  Probably Mr. Ivanov was the
19 head of president administration at that time.
20   Q  Did you meet with him in 2016?
21   A  No.
22   Q  Did you produce a schedule to the

350

1  defendants in the CPI case?
2    A  I don't remember.
3    Q  It says here that you did.  It says,
4  "According to my schedule you have seen this."
5    A  Maybe.  I don't remember that.
6    Q  Can you produce your schedule in this
7  case?
8    A  I don't know.  That's -- that's a matter
9  of legal issue, as far as I understand.  Because
10 my schedule belongs to my e-mail of Alfa-Bank.
11   Q  How many times have you attended a
12 meeting with Vladimir Putin since the year 2000
13 where you were not the only person present?
14   A  I think it was twice per year in average,
15 something like that.
16   Q  Twice per year for the last 20 years?
17   A  Probably -- yeah, probably yes.
18   Q  If I told you that in your witness
19 statement that you submitted to the UK you said a
20 few dozen times, is that correct?
21   A  Yeah.  But twice per year, I mean, that's
22 exactly a few dozen times.

351

1    Q  A few dozen times is 36 times.  Right?
2    A  A few dozen?  No.  A few dozen.  Dozen
3  means ten.  Right?  Few dozen is --
4    Q  Twelve.  It's 12.
5    A  Twelve.  Few dozen means, I don't know
6  from 36 to 48 for, I don't know, few dozen.
7    Q  So 36 to 48 times since May of 2000
8  you've met with Vladimir Putin and other people.
9       In these meetings would other prominent
10 Russian figures be present, like the prime
11 minister of Russia, or the head of the Russian
12 central bank?
13   A  Yes.
14   Q  What was discussed --
15   A  Normally, yes.
16   Q  What was discussed --
17   A  Normally, yes.
18   Q  Okay.  What was discussed at these
19 meetings where Putin was present?
20   A  That was normally discussing regarding
21 legislation, I mean economical legislation,
22 primarily.  Certain tax issue, certain business

352

1  issue, in certain kind of industries.
2       You know, general view, president often
3  just making his own, you know, explanation of
4  what's going on, some political friends, let's
5  say, foreign policy challenges and things like
6  that.  But more introductory.  So we are normally
7  listen what he's saying, and from time to time,
8  you know, few people from us, from our group,
9  making certain kind of presentation for certain
10 topics.
11   Q  Did you attend these meetings in 2015 and
12 2016?
13   A  Yes.  Probably yes.
14   Q  Did you attend these meetings 2017, 2018,
15 2019, 2020?
16   A  I think so.
17   Q  Is a photo op part of these meetings?
18   A  No, not really.  Not photo op.  Just
19 normally certain proposal from the business
20 community which president listening.  And normally
21 he make a kind of, let's say, assignment to -- to
22 where either to the government or to the, you

Transcript of Mikhail Fridman
Conducted on November 17, 2020

353

1  know, other staff, ministers or whatever.  And
2  then kind of follow up on a more working level
3  between -- because we are normally meeting -- that
4  meeting is a kind of Russian union of business --
5  entrepreneur and -- and businessmen and
6  entrepreneurs.  So --
7     Q    Mr. Fridman, can you turn to Document 11,
8  that's Exhibit 19.  This is your UK witness
9  statement.
10    A    Okay.
11    Q    In Aven V Orbis.
12    A    Yes.
13    Q    If you go to Paragraph 10, you're talking
14 about these meetings.  And you say, quote, "There
15 is a photo opportunity at the start where the
16 media is permitted to take photographs."
17         Is that a true statement?
18    A    Yes.
19    Q    Did the media photograph you with
20 Vladimir Putin and the other attendees from 2017
21 through 2020?
22    A    I don't know.  I don't -- I didn't make

354

1  any photo.  But probably shoot these certain
2  photographs.
3     Q    In 2017, 2018, 2019, 2020, did anyone
4  from the Russian government ask you specifically
5  not to appear in a photo op?
6     A    No.  No.
7     Q    Did you attend this meeting in 2016, or
8  one of these meetings in 2016?
9     A    Probably yes.
10    Q    If you look at the same document, sir,
11 you'll see Paragraph 27.  It says --
12    A    Okay.
13    Q    It says, "The only one I attended that
14 year was on 19 December, 2016, at 15:30 local
15 time."
16    A    Correct.  That's -- that's I check my
17 schedule.  Probably.  Okay.
18    Q    Yeah.  How -- you checked your schedule
19 to figure that out?
20    A    Sorry?
21    Q    Did you check your schedule to figure out
22 that precise date and time?

355

1     A    Probably yes.
2     Q    Is there other documentation that you're
3  aware of that would have reflected that date and
4  time of that meeting?
5     A    No.  I don't know any other
6  documentation.
7     Q    Did you participate in these meetings and
8  photo ops from 2000 through 2015?
9     A    Probably yes.  I don't -- I don't
10 remember exactly, but should be like that.
11    Q    Do you understand the public to see it as
12 an honor to attend these meetings with Vladimir
13 Putin?
14    A    I think it's important for the business
15 community because that's a kind of sign of your
16 kind of, let's say, importance for the -- for the
17 business, for the economy of Russia, if you
18 invited for that type of meetings.
19    Q    And if he were to see you as an
20 embarrassment, he would not want you in a photo op
21 with him, would he?
22         MR. LEWIS:  Objection.  Asking this

356

1  witness to testify about what somebody else would
2  want calls for speculation.  It's not a proper --
3     A    I don't know.  But if -- so your question
4  whether if he would have embarrassment with my
5  behavior, he probably would not invite me.  Was it
6  the question?  I don't know.  But probably that's
7  normal reaction for -- for that.
8     Q    And if it were bad for business for you
9  to meet with Vladimir Putin at these meetings, you
10 wouldn't attend, would you?
11    A    No.  If I was invited for that meeting, I
12 probably -- it would be impolite not to attend
13 this meeting.  It's president of the country.
14         Right?
15    Q    Does that meeting with Vladimir Putin and
16 these other individuals help you in your business?
17    A    Not really.  Not really.  It's just a
18 matter of, let's say, of recognition of importance
19 of Alfa as a kind of sizable player in the Russian
20 market.
21    Q    Does it help you personally?
22    A    No, I don't think it's for my personal

Transcript of Mikhail Fridman
Conducted on November 17, 2020

357

1  benefit.  It's primarily for the benefit of the
2  business.
3      Q    Does it help Mr. Aven or Mr. Khan?
4      A    On a personal capacity?  No, I don't
5  think so.
6      Q    In a business capacity?
7      A    In a business -- first of all, you should
8  ask them, you will get a chance to ask them.
9          But I think if they participate in that
10 meeting, it's of course could be helpful to them
11 in their business activity.
12     Q    In addition to these meetings with
13 Vladimir Putin that you've discussed today, have
14 you also attended RSPP Bureau of Management
15 meetings with Russia's president?
16     A    Yeah.  But that's exactly the type of
17 meeting I am talking about.
18     Q    That's the Russian Union of
19 Industrialists and Entrepreneurs?
20     A    Correct.
21     Q    And you attended those meetings when both
22 Yeltsin and Putin were president.  Correct?

358

1      A    No; just only since Putin became a
2  president.  I attended couple of meeting with the
3  President Yeltsin, but in that time that was not,
4  like, a formal entity, which is, like, union of
5  the Russian businesspeople.
6          I was just invited because of, you know,
7  we being one of the already kind of pretty big
8  business group in that time.
9      Q    Did the business community select you to
10 the RSPP's Bureau of Management?
11     A    Yes.
12     Q    How often are those elections held?
13     A    Once per three years, seems to me.
14     Q    When was the last one held?
15     A    I don't remember.  But I already was
16 selected, like, six or seven -- six or seven times
17 in row.
18     Q    And you continue to be on the RSPP Bureau
19 of Management.  Correct?
20     A    That's correct.
21     Q    Did Putin's chief of staff and the prime
22 minister also attend these meetings with you?

359

1      A    Yes.
2      Q    Did you discuss the TNK-BP joint venture
3  at these meetings?
4      A    No.  We have got separate meetings with
5  the -- with the Lord Browne and couple of other
6  people with Mr. Putin.
7      Q    Okay.  So -- so you did speak with
8  Mr. Putin about the TNK-BP meetings -- BP
9  negotiations; those were just different meetings
10 with Mr. Putin.  Correct?
11     A    No.  We -- what kind of negotiations you
12 mean?
13     Q    Look at Paragraph 15 of the same
14 document.
15          It says, quote, "I was involved in
16 meetings with President Putin on a few occasions,
17 during the period" --
18     A    Yes.
19     Q    -- "of my involvement with the TNK-BP
20 venture to discuss specific" --
21     A    Exactly.
22     Q    -- "issues to do with the joint venture."

360

1      A    Correct.
2      Q    Is that accurate?
3      A    Yes, that's accurate.
4      Q    Did you and Lord Browne meet together
5  with Vladimir Putin?
6      A    Yes.
7      Q    And you discussed the --
8      A    And also --
9      Q    You discussed --
10         MR. LEWIS:  He's not finished with his
11 answer.  I think he was going to answer the rest
12 of the question.
13     A    That was not just two of us.  That was
14 also Mr. Dudley who was a CEO of TNK-BP, and
15 Mr. Vekselberg was deputy CEO of TNK-BP.  So it
16 was four of us.  And we met, like, probably two
17 times with Mr. Putin.
18     Q    Is Alfa-Bank Russia's largest private
19 commercial bank today?
20     A    Yes.
21     Q    How long has that been the case?
22     A    How long we've been largest private bank?

361

1    Q    Yes.
2    A    Probably since beginning -- since the end
3 of '90s.
4    Q    And that's when, end of '90s, 1999, or
5 earlier?
6    A    Probably 1998.
7    Q    1998.  And the next year, December 1999,
8 Vladimir Putin became President of Russia.
9         Correct?
10   A    What year Putin became the president, in
11 2000.
12   Q    In 2000.  He became prime minister in
13 '99?
14   A    He became a prime minister in end of '99,
15 and when he was elected as president in March of
16 2000.
17   Q    So during this time while Vladimir
18 Putin's been president, you, your partners, and
19 Alfa have prospered.  Correct?
20   A    We've been pretty successful even before
21 Mr. Putin was the president.  So we -- and not
22 just, by the way, in banking business.  In many

362

1 other businesses.
2    Q    But unlike you, the other original
3 oligarchs have not prospered under Vladimir Putin.
4         Correct?
5    A    You -- who namely you talking about?
6    Q    Berezovsky.
7    A    Because Mr. Berezovsky was political
8 broker, not a businessman.
9    Q    So he didn't prosper.  Correct?
10   A    He didn't prosper --
11   Q    Gusinsky?
12   A    -- he didn't prosper.
13        Exactly the same story.  It was a lot of
14 people in Russia who tried to play political
15 games.  We never, ever -- you never, ever even try
16 to do that.
17   Q    Right.  If you look at Document 102,
18 which I don't know which exhibit -- it's Exhibit
19 14.  This is your trial transcript from Aven V
20 Orbis.
21   A    102?
22   Q    Document 102.

363

1    A    Is Opus, Opus 2.  Right?
2    Q    Opus 2, Day 1 of your testimony, Page 153
3 to 154.
4    A    Okay.
5    Q    It says:
6         "QUESTION:  It would be fair to say that
7 you and Alfa Group prospered after 2000 under the
8 Putin regime?
9         "ANSWER:  Yes, we prospered but -- okay,
10 prospered.
11        "QUESTION:  This wasn't true of other
12 oligarchs, was it, in the Yeltsin group of seven,
13 but who became vocal opponents of the regime?
14        "ANSWER:  Yes."
15        Is that true?
16   A    Yes.
17   Q    There's no Semi Bank Rinchine today, is
18 there?
19   A    Say it again, please?
20   Q    There is no Semi Bank Rinchine today.
21 S --
22   A    No.

364

1    Q    How do you pronounce it?  I don't know
2 Russian.  Please pronounce the words.
3    A    No.  It's fine.  It's fine.  It's Semi
4 Bank Rinchine.
5         MR. LEVY:  That's spelled -- for the
6 court reporter, that's S-E-M-I B-A-N-K --
7         THE WITNESS:  Correct.  Correct.
8         MR. LEVY:  -- R-I-N --
9         THE WITNESS:  I understood.
10        MR. LEVY:  -- C-H --
11        THE WITNESS:  I understood.
12        MR. LEVY:  -- I-N-E.
13   A    I understand.  I get it.  No worries.
14        Now go ahead.
15        So there is no -- I mean, that was a kind
16 of just nickname for the group of kind of big,
17 relatively big Russian businessmen at that time.
18   Q    You were one of them.  Right?
19   A    Yes.
20   Q    And --
21   A    There have been --
22   Q    And you got together with them at one

365

1  point to help save Boris Yeltsin from political
2  ruin at the hands of the communists.  Correct?
3      A    No, I didn't make any support to
4  Mr. Yeltsin.
5      Q    You and Mr. Aven were both part of this
6  group.  Right?
7      A    Yeah, we've been part of that group.  But
8  as I told you already, we never, ever tried to
9  play any political role.
10     Q    And it was the two of you and these five
11 other oligarchs.  Correct?
12         MR. LEWIS: Objection.  He testified he
13 doesn't believe himself to be an oligarch.
14         MR. LEVY:  Except when he has testified
15 that he does.
16     Q    But go ahead.
17     A    Just could you repeat again?  Two of
18 you --
19     Q    There were five oligarchs with you in
20 this group.  Correct?
21     A    No.  There was much more.  That was just
22 nickname, like seven.  But it was much more.  This

366

1  was broader group.  It probably was ten people or
2  whatever.
3      Q    Right.
4      A    It is a historical -- it's historical
5  nickname for the Russian history.
6      Q    An historical nickname for the Russian
7  oligarchs.  Correct?
8      A    It was historical nickname for the group
9  of influential people around the Czar, during the
10 Czar time.
11     Q    And for that group of people, communism
12 was going to be bad for business.  Correct?
13         MR. LEWIS: Objection.  This is
14 argumentative.  Communism is bad for business, I
15 think we would all agree.
16     Q    And you supported Yeltsin at the time
17 because you didn't want the communists to get him
18 out of power.  Correct?
19     A    I'm not supported Yeltsin in a meaning of
20 political support.
21         I, personally, kind of was in favor of
22 market economy capitalism, liberal -- liberal kind

367

1  of ways.  But, you know, I didn't make any kind of
2  financial contribution or so for -- for Yeltsin
3  support.
4      Q    The -- look at Document 49.
5          MR. LEVY:  Andrew, is that the CPI
6  deposition transcript?
7      A    Forty-nine?
8      Q    Forty-nine.  And that's Exhibit 57.
9          But look at Document 49, Page 149.
10     A    Forty-nine.  Page?
11     Q    Look at 148 first.  Sorry.
12     A    148.
13     Q    Yes.  You recall testifying in the CPI
14 case.  Correct?
15         MR. LEWIS: This starts in the 300s.
16     A    Yes.  Correct, 313, 314.
17         MR. LEVY:  Andrew, do we have 148 of the
18 CPI deposition transcript?
19         MR. SHARP:  Yes.  Sorry.  They're --
20 plaintiffs produced two parts to this deposition.
21 So the second -- the first part is Document 105.
22     Q    Let's turn to that Document 105.

368

1          MR. LEVY:  And if we haven't entered it
2  into the record already, we're going to call it
3  Exhibit 58.
4          MR. LEWIS:  Sorry, but as part of this
5  Document 49 I don't see a page number like that.
6  It starts in the 300s.
7      A    So what is the page?
8      Q    It's Page 148.
9          MR. LEVY:  Andrew, is it Document 105?
10         MR. SHARP:  I'm confirming.
11         MR. LEVY:  Okay.
12     A    148.  Okay.
13         MR. LEWIS:  It's not in 49.  So we're
14 waiting for them to tell us which document.
15         MR. LEVY:  Alan, we've said it's not
16 Document 49.  It's 105.
17         MR. SHARP:  It's Document 105.
18         MR. LEWIS:  Okay.  Thank you.
19 BY MR. LEVY:
20     Q    Page 148, Mr. Fridman, the lawyer asks
21 you, "Did you participate in underwriting
22 Yeltsin's re-election campaign in 1996?"

369

1        And you answered yes.
2        MR. LEWIS:  Can you just -- can you just
3   let me get there.  Page 148?
4     **A    Okay.**
5     Q    Yes.  148.
6     **A    Yes.**
7     Q    Is that --
8     **A    So -- so what I answer, as far as I**
9   **understand, I think yes according to law, the**
10  **elected law, the election law, I mean.  We can**
11  **provide some financial support to Yeltsin**
12  **campaign.**
13       **So we probably contributed certain amount**
14  **of money to -- to election campaign, but not to**
15  **Mr. Yeltsin.**
16    Q    Okay.  On Page 149, the next page, your
17  testimony says, "We support Yeltsin because it was
18  a very simple choice for us between Yeltsin and
19  communists."
20       Is that accurate?
21    **A    Yes.**
22    Q    This Group of Seven, as it's known,

370

1   created the Loans for Shares Program.  Correct?
2     **A    No.  No.  The Group of Seven, the Loans**
3   **for Shares was created by the government.**
4     Q    Did the Group of Seven suggest the
5   program to the government?
6     **A    Not the Group of Seven.  That's a certain**
7   **particular person from -- from the business**
8   **community was kind of initiated that program.**
9     Q    Did you participate in that program?
10    **A    No.**
11    Q    Didn't Lord Browne write in his memoir
12  that you told him you participated in the Loan for
13  Shares Program?
14    **A    I never, ever told to Mr. Browne that I**
15  **participate in this program.  I never participated**
16  **in that program.  TNK was bought later on in a**
17  **kind of open tender for huge amount of money.**
18    Q    He offered to buy 10 percent of Sidanko,
19  which had been acquired through the Loans for
20  Share Program.  Correct?
21    **A    We didn't buy shares of Sidanko.  We**
22  **didn't own any shares of Sidanko.**

371

1     Q    Can you turn to Document 85.
2        MR. LEVY:  And we'll mark this as Exhibit
3   59.
4        (Defendants' Deposition Exhibit 59 marked
5   for identification and is attached to the
6   transcript.)
7     **A    Eighty-five.**
8     Q    Yes.
9     **A    Okay.**
10    Q    This was an excerpt from Beyond Business,
11  which is Lord Browne's memoir.
12    **A    Okay.**
13    Q    Are you familiar with this book, sir?
14    **A    Yeah.  Yeah, I haven't read it, but I --**
15  **you know, I -- you know, I have seen this**
16  **booklets' say.**
17    Q    And in it, at the page you have before
18  you, it says, quote --
19       MR. LEWIS:  What page is that?
20       MR. LEVY:  It's the -- I think there's
21  only one page in there.
22       MR. LEWIS:  There are two pages.

372

1        MR. LEVY:  It's the second.
2        MR. LEWIS:  141 and 142.
3        MR. LEVY:  It's the second page, I
4   believe.
5     **A    Yes.**
6     Q    It says, "Fridman explained to me what
7   had happened."  And this is Lord Browne's memoir,
8   so he is writing in the first person.
9        Quote, "There had been a private
10  arrangement between Fridman and Potanin in 1995
11  around a Loan for Shares scheme."
12    **A    Yes.**
13    Q    "I had failed to realize how many things
14  in Moscow rested on that event.  Fridman had put
15  up $40 million towards the purchase of Sidanko and
16  had got one-third of the company in return."
17       Is that true?
18    **A    Not -- I mean, that's true, but it's not**
19  **exactly the detail here.**
20       **So we didn't participate in this Loan for**
21  **Shares auction.  Mr. Potanin won this auction.**
22  **And but he needs money.  He didn't have money now.**

373

1  And we gave him $40 million.
2      And he promise in exchange, when he buy
3  out the shares of Sidanko, to give us back
4  one-third of his shares. But afterwards he
5  decided not to fulfill his obligation and
6  effectively return back money to us.
7    Q   And in 1996 --
8    A   That's it.
9    Q   -- you were on the board of Sidanko.
10     Correct?
11   A   Yes. Like, he bought -- when he -- when
12 he won this Loan for Shares auction, because we
13 provide the money for him, he invited us to the
14 board, to the board of Sidanko.
15     But when afterwards, very short period of
16 time, he pay us back this money, and effectively
17 we left the company. And he did not just sell us
18 shares. He own all the -- all the company.
19   Q   Isn't it true that eight days after you
20 were cross-examined about Lord Browne's statements
21 at your UK trial of Aven V Orbis, news broke that
22 Lord Browne stepped down as chairman of the

374

1  advisory board at LetterOne?
2    A   I don't -- no. First of all, Lord Browne
3  is still, you know, chair -- chairman of our
4  LetterOne energy division, business unit. So I
5  don't understand what kind of stepping down you
6  mentioned.
7    Q   On March 25, 2020, Intelligence Online
8  stated that he had stepped down from the advisory
9  board at LetterOne.
10   A   He actually -- he had -- he haven't -- he
11 haven't been in the advisory board. He was and he
12 is a chairman of LetterOne Energy, our kind of
13 business unit. So he is like executive chairman,
14 in executive position.
15   Q   Oleg Govorun also worked for the Russian
16 government, didn't he?
17   A   Who? Oleg Govorun?
18   Q   Yes.
19   A   Yes. As far as I remember, yes.
20   Q   In 2016 he was the head of Donbas,
21 Abkhazia, and South Ossetia for the Russian
22 government. Correct?

375

1    A   I don't know.
2    Q   Wasn't it the case that he and Vladislav
3  Surkov were close?
4    A   I don't know.
5    Q   It was reported that Govorun was
6  considered the man of Surkov.
7      Is that correct?
8    A   I don't know.
9    Q   Both Govorun and Surkov were at Alfa
10 before they both served in the Russian government.
11     Isn't that right?
12   A   Yeah. Maybe yes because he used to work,
13 as far as I could recall, in the department with
14 Mr. Surkov.
15   Q   Govorun reported to Surkov at Alfa.
16     Correct?
17   A   That's correct.
18   Q   From 1997 to 1998?
19   A   Yeah, he is -- he, as far as I could
20 recall, he very shortly used to work in Alfa-Bank.
21   Q   Surkov was the first deputy chairman of
22 Alfa-Bank from '97 to '98?

376

1    A   As I said to you, he was first deputy
2  chairman of executive board of Alfa-Bank, not of
3  the board. Not of the board of directors.
4    Q   And Govorun was Alfa-Bank vice-president
5  during that time and reported to Surkov. Yes?
6    A   Probably yes.
7    Q   Did both men, Govorun and Surkov, both
8  enter the Russian government and remain close
9  there?
10     MR. LEWIS: Objection. Calls for
11 speculation.
12   Q   If you know.
13   A   I don't know.
14   Q   Was it the case that when Surkov lost a
15 turf battle with Vyacheslav Volodin, Govorun was
16 dismissed from his position in the Russian
17 government as head of the domestic --
18   A   I have no idea. I have no idea about --
19   Q   Mr. Fridman, you need to let me finish
20 this question. I'm going to repeat it.
21   A   Okay.
22   Q   Wasn't it the case that when Surkov lost

377

1  a turf battle with Vyacheslav Volodin -- pardon my
2  pronunciation --
3      A   No problem.
4      Q   -- Govorun was dismissed from his
5  position as head of the Domestic Policy
6  Administration for the Kremlin?
7          MR. LEWIS: Objection.  Assumes facts not
8  in evidence, calls for speculation.
9      A   I -- I already said I have no idea
10 regarding that.
11     Q   All right.  At this time we can stop our
12 questions for the time being.
13         MR. LEWIS: Okay.  Thank you.
14         MR. LEVY: Reserving time.
15         MR. LEWIS: Let's take a ten-minute
16 break.  Maybe let's take a 15-minute break.  I may
17 have ten minutes' worth of questions.
18         MR. LEVY: Okay.  And we'll reserve time
19 to ask questions if we need to after that.
20         MR. LEWIS: Okay.
21         (A recess was taken.)
22 BY MR. LEVY:

378

1      Q   Mr. Fridman, we talked earlier about the
2  October 31, 2016, Slate story on the Alfa server.
3  This was Document 40, and Exhibit 35.
4      A   Forty.  Okay.
5          MR. GILLESPIE: Document 40.
6          MR. LEWIS: I'm sorry, which document?
7          MR. LEVY: Number 40, Exhibit 35.
8      A   Okay.
9      Q   After this story was published in October
10 of 2016, did you task --
11     A   Uh-huh.
12     Q   Did you or Alfa task BGR to reach out to
13 Glenn Simpson and Fusion GPS?
14     A   No, as far as I could recall.
15     Q   Did LetterOne task BGR to reach out to
16 Glenn Simpson and Fusion GPS?
17     A   I don't know.
18     Q   Did you, Alfa, or LetterOne task BGR with
19 reaching out to Glenn Simpson?
20     A   I have no idea.  I didn't ask, for sure.
21 I don't know regarding Alfa or LetterOne.
22     Q   Did you know that BGR reached out to

379

1  Mr. Simpson and asked him --
2      A   I don't know.
3      Q   -- what he knew about the Alfa server in
4  2016?
5      A   I don't know about this.
6      Q   When did you first become aware of Glenn
7  Simpson?
8      A   When it was publication of dossier.
9  Because that was mention since the beginning that
10 dossier was provided -- was written by Mr. Steele
11 and provided by Mr. Glenn Simpson and Fusion by
12 the order of DNC, it seems to me.  Right?
13     Q   Did you know of him --
14         (Discussion off the record; technical
15 difficulty.)
16     Q   Let me repeat the question.
17     A   Yeah.
18     Q   Did you know of him earlier than that
19 when he was writing for the Wall Street Journal?
20     A   Not -- not really.
21     Q   Were you familiar with his bylines and
22 articles covering your disputes with Megaphone and

380

1  the IPOC situation?
2      A   No.  I mean, you know, it was a certain
3  articles in the Wall Street Journal about that.
4  But I didn't mention who was the author of this
5  article.
6      Q   Okay.
7          MR. LEVY: Nothing further.  Reserving
8  time for additional questions after plaintiffs'
9  attorneys have an opportunity to ask you
10 questions.
11         THE WITNESS: Okay.  Thank you.
12     EXAMINATION BY COUNSEL FOR PLAINTIFFS
13 BY MR. LEWIS:
14     Q   Thank you.  Mr. Fridman, just a few
15 questions.
16     A   Right.
17     Q   So, of course, I'm Alan Lewis.  And for
18 the record, I'm your lawyer.
19         Is that right?
20     A   That's correct.
21     Q   So you were shown a 2016 article from the
22 Financial Times -- it's Document 23 -- which

Transcript of Mikhail Fridman

Conducted on November 17, 2020

96 (381 to 384)

---

381

1  referenced a 2010 lecture. And the document is
2  entitled How I Became an Oligarch.
3          Do you remember looking at that article
4  today?
5      A   Yeah.
6      Q   Okay. Is the title that's written on
7  that article, How I Became an Oligarch, is that a
8  title that you gave to the lecture?
9      A   Yeah, that's -- that's exactly the point
10 which I already mentioned to Mr. Levy. I never,
11 ever made a lecture with the title, How I Became
12 an Oligarch. You know, that was a --
13     Q   Did you give it a different -- go on.
14     A   Yeah, as far as I could recall it, that
15 was a lecture which I made in Lviv, in my native
16 city, actually, where I came from, where my
17 parents live and so on.
18          And so I was there, and I made a lecture
19 over the topic how to become -- not about me, but
20 how to become a successful entrepreneur, or
21 something like that. That was the kind of title
22 of my lecture. I don't know why it was retitle,

---

382

1  rephrase in how I became an oligarch. That's I
2  don't know.
3      Q   Mr. Fridman, at any time before BuzzFeed
4  published the dossier in January of 2017, at any
5  time before that had you ever heard of an
6  allegation against you according to which in the
7  1990s Govorun delivered cash for you to Vladimir
8  Putin?
9      A   No. That was the first time this kind of
10 fantasy arised, you know? I never, ever heard,
11 even in the -- a lot of this gutter press, which
12 was publish a lot of dirty things about us, that
13 was never mention about Mr. Govorun role for
14 participating or bribing Mr. Putin. That was
15 completely new creation.
16     Q   Mr. Fridman, during 2016 did you become
17 aware that there were media reports of allegations
18 of attempted efforts by Russia to influence the
19 outcome of the U.S. presidential election?
20     A   During 2016, as far as I could recall it,
21 that was number of publication in the
22 international medias and American medias and, you

---

383

1  know, elsewhere, regarding certain suspicion that
2  Russia tried to impact result of American
3  election.
4      Q   After hearing those allegations in the
5  media in 2016, did you ever publicly express a
6  viewpoint regarding this question of whether
7  Russia attempted to influence the 2016 U.S.
8  election?
9          MR. LEVY: Objection.
10     Q   Go ahead and answer. Did you ever
11 hear --
12     A   No. No, as far as I could recall it, I
13 never made any public statement on that topic.
14     Q   Okay. Mr. Fridman, prior to the
15 publication of the dossier, did you ever take a
16 public position on whether the so-called Russian
17 oligarchs were beholden to Putin in some way?
18     A   No, I don't recall that I made any public
19 statement on that regard.
20     Q   Mr. Fridman, would it be fair to say that
21 Vladimir Putin, as the President of Russia, is the
22 subject of a lot of media reporting?

---

384

1      A   Yes. A lot of interest of media to
2  Mr. Putin.
3      Q   So, Mr. Fridman, have you ever done
4  anything publicly to try to shape how the public
5  views Vladimir Putin?
6      A   Me?
7      Q   Yes.
8      A   No.
9      Q   Have you --
10     A   No. I am trying not to make any public
11 comments on a political topic, and especially on
12 Mr. Putin.
13         MR. LEWIS: I have no further questions.
14 Thank you.
15         EXAMINATION BY COUNSEL FOR DEFENDANTS
16 BY MR. LEVY:
17     Q   Mr. Fridman, when you were having this
18 dispute over Megaphone, did you recall Dmitry
19 Vozianov reaching out to the Wall Street Journal?
20     A   Me? No.
21     Q   Do you recall --
22     A   No.

---

Transcript of Mikhail Fridman
Conducted on November 17, 2020

---

385

1    Q   Do you recall which Alfa or Altimo
2 representatives were in contact with the Wall
3 Street Journal about Megaphone?
4    **A**   **I don't really know.**
5    Q   Do you recall --
6    **A**   **I don't know.**
7    Q   -- who was doing Altimo or Alfa's press
8 at the time?
9    **A**   **No, I don't remember who was in charge**
10 **for press relation for the -- for public relations**
11 **and for the media relations.  I don't remember who**
12 **name.**
13      MR. LEWIS:  Objection to the questions so
14 far are not responsive to the very few questions
15 that I asked.  So I would ask that any additional
16 questions be responsive to the questions that I
17 just asked.
18    Q   I'd just like you to answer one last
19 question.
20      You know Dmitry Vozianov.  Correct?
21    **A**   **Yes.**
22      MR. LEVY:  Nothing further.

---

386

1      MR. LEWIS:  Nothing further from us.
2      Thank you, everyone.
3      (Off the record at 5:17 p.m. EST.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

---

387

1      ACKNOWLEDGMENT OF DEPONENT
2     I, MIKHAIL FRIDMAN, do hereby acknowledge
3 that I have read and examined the foregoing
4 testimony, and the same is a true, correct and
5 complete transcription of the testimony given by
6 me, and any corrections appear on the attached
7 Errata sheet signed by me.
8
9 _____  _____
10   (DATE)        (SIGNATURE)
11
12
13
14
15
16
17
18
19
20
21
22

---

388

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2   I, Debra A. Whitehead, the officer before whom the
3 foregoing proceedings were taken, do hereby certify
4 that the foregoing transcript is a true and correct
5 record of the proceedings; that said proceedings
6 were taken by me stenographically and thereafter
7 reduced to typewriting under my supervision; that
8 reading and signing was not requested; and that I am
9 neither counsel for, related to, nor employed by any
10 of the parties to this case and have no interest,
11 financial or otherwise, in its outcome.
12   IN WITNESS WHEREOF, I have hereunto set my hand and
13 affixed my notarial seal this 30th day of November,
14 2020.
15
16 My commission expires:
17 October 31, 2023
18
19 _____
20 ----------------------------
21 E-NOTARY PUBLIC IN AND FOR THE
22 COMMONWEALTH OF VIRGINIA

---

**A**

a)(1)(a)(ii
145:14

a-s
209:11

a-z-a-r-o-v
209:14

ability
57:19, 58:16,
59:14, 59:19,
59:20

abkhazia
374:21

able
69:21, 82:14,
214:14

above
257:16

above-referenced
36:19

abramov
322:14, 340:4,
340:7, 340:12,
340:15, 342:3,
343:8, 343:10

absence
217:10

absolutely
104:5

access
152:19, 153:10,
153:17, 153:21,
156:6

accession
300:4, 300:11,
302:9, 302:19,
304:10

according
24:8, 140:18,
217:7, 235:21,
237:3, 278:12,
317:16, 329:8,
336:18, 348:20,
350:4, 369:9,
382:6

account
149:9, 149:14,

152:4, 210:5,
214:10, 315:2

accounted
236:9

accounts
149:6, 149:12,
152:10

accurate
24:14, 25:8,
29:12, 110:22,
141:1, 141:12,
159:17, 164:17,
190:17, 191:3,
191:9, 192:13,
223:10, 229:5,
254:20, 281:9,
281:11, 305:2,
306:10, 322:5,
333:15, 360:2,
360:3, 369:20

accurately
141:8

accusation
125:3, 132:17,
132:20, 132:21

accusations
124:9

accuse
124:6, 124:20,
135:16

accused
123:18, 124:2,
124:3, 124:22,
131:20, 132:2,
132:4, 132:7,
135:4, 144:10,
144:11

accuses
164:10

accusing
125:5

achieve
190:16, 192:4,
192:15

acknowledge
112:14, 387:2

acknowledgment
387:1

acquainted
195:12

acquired
370:19

acquisition
231:6, 231:9,
231:10

act
10:12, 242:21,
301:1, 301:4,
302:13, 303:2,
303:16, 304:6

action
5:21, 21:9,
43:18, 61:8,
73:14, 110:21,
147:9, 147:13

active
247:17, 252:2,
293:13, 331:18,
331:22

activities
291:3

activity
104:7, 176:7,
235:7, 308:19,
321:22, 357:11

actual
15:22, 182:22

actually
23:13, 44:13,
44:22, 46:5,
50:10, 56:10,
62:22, 65:8,
77:20, 80:4,
82:5, 82:16,
82:17, 84:21,
111:7, 113:5,
121:9, 133:11,
133:13, 133:22,
134:3, 135:10,
137:22, 142:11,
144:13, 144:14,
147:11, 150:19,
156:16, 161:9,
181:9, 181:12,
185:16, 186:4,
189:13, 190:1,

acquainted
194:8, 212:12,
213:3, 220:11,
227:15, 232:12,
233:2, 245:12,
246:22, 247:12,
250:18, 272:22,
273:2, 273:17,
283:22, 290:1,
309:11, 314:17,
324:11, 325:1,
340:18, 341:22,
374:10, 381:16

acumen
244:18

add
102:7

addition
357:12

additional
380:8, 385:15

address
68:2, 68:3,
104:6, 147:20,
147:22, 148:5,
148:9, 148:13,
150:3, 150:9,
150:13, 211:18,
211:21, 211:22,
254:4, 254:19,
315:5, 329:14,
329:15, 329:16,
329:20

addresses
69:12, 69:17,
147:15, 147:17,
147:18, 148:8,
148:21, 149:3,
149:8

administration
294:7, 307:19,
323:13, 340:19,
340:22, 341:14,
342:2, 342:13,
349:11, 349:18,
349:19, 377:6

administrative
190:14, 192:2

admired
192:1, 192:13

Transcript of Mikhail Fridman
Conducted on November 17, 2020                    99

**admission**
6:19, 110:15
**admissions**
110:5
**adult**
78:8
**advances**
235:22, 237:4
**advertisement**
122:5
**advice**
24:9, 152:11,
156:16, 220:9,
220:17, 223:3,
345:14
**advise**
332:5
**advised**
325:10
**advising**
299:6, 322:14,
330:4, 341:8,
341:13
**advisor**
194:15, 290:12,
290:15, 293:18,
324:21, 325:2,
325:3, 325:8,
341:11, 341:12,
341:17, 341:21,
343:12
**advisors**
193:12, 193:15,
325:6, 325:7
**advisory**
260:15, 261:4,
261:5, 262:22,
263:7, 318:10,
318:14, 318:19,
319:15, 374:1,
374:8, 374:11
**advocate**
316:15
**advocates**
316:16
**affairs**
195:21, 275:15,
275:18, 304:17

**affect**
61:17
**affected**
62:12, 62:14,
62:21, 63:1,
77:4, 279:20
**affecting**
68:11
**affiliation**
273:16
**affixed**
388:13
**afraid**
71:14
**africa**
181:8
**after**
32:6, 38:8,
41:21, 43:17,
44:12, 48:2,
49:3, 49:8,
50:9, 53:1,
66:17, 71:10,
75:3, 78:4,
78:13, 80:9,
82:2, 82:14,
85:3, 85:5,
85:6, 85:7,
109:7, 118:11,
238:2, 245:3,
307:2, 309:2,
310:10, 316:3,
324:9, 363:7,
373:19, 377:19,
378:9, 380:8,
383:4
**afternoon**
14:6, 14:7,
329:10
**afterwards**
32:3, 32:19,
33:1, 66:17,
85:3, 316:7,
373:4, 373:15
**again**
25:21, 27:8,
32:10, 37:3,
51:16, 56:17,

57:12, 59:20,
62:2, 66:8,
74:14, 75:10,
81:20, 85:13,
93:17, 103:3,
104:18, 108:2,
108:21, 111:2,
112:12, 115:4,
115:12, 120:14,
137:2, 151:13,
164:2, 172:12,
183:9, 203:18,
205:18, 216:1,
217:22, 234:9,
238:5, 251:2,
278:7, 298:8,
312:1, 318:2,
319:6, 340:14,
363:19, 365:17
**against**
86:16, 99:11,
119:15, 130:18,
132:22, 144:1,
144:6, 164:5,
164:14, 245:1,
304:8, 382:6
**agency**
136:14, 205:11,
267:5, 336:19
**agenda**
50:16, 51:17
**aggressive**
190:15, 192:3,
192:14
**aglionby**
8:12
**ago**
92:7, 93:7,
93:12, 127:11,
144:1, 144:2,
156:2, 169:20,
194:16, 195:5,
195:22, 207:11,
290:14, 303:18,
319:2, 329:1
**agree**
108:17, 118:20,
131:5, 131:6,

131:10, 160:9,
163:18, 192:17,
249:10, 316:12,
366:15
**agreed**
74:17, 126:19
**agreeing**
197:8
**agreement**
71:3, 71:9,
72:2, 72:4
**ah**
80:12, 131:2,
152:13, 305:22
**ahead**
39:15, 90:13,
91:18, 189:21,
364:14, 365:16,
383:10
**aide**
341:16, 342:5
**aides**
341:22
**ailments**
279:21
**aims**
190:16, 192:4,
192:16
**akin**
203:17, 204:4,
204:7, 204:17,
204:18, 204:19,
205:1
**al**
6:8, 7:9, 7:20,
8:5, 9:18
**alan**
3:3, 24:2,
24:20, 72:21,
75:10, 143:6,
147:7, 151:13,
186:19, 191:6,
208:10, 316:21,
317:9, 368:15,
380:17
**alaska**
230:14
**alex**
310:22

alexander
322:14, 340:4
alexei
178:13, 324:1
alfa's
38:22, 99:12,
244:16, 323:20,
332:16, 333:15,
334:3, 340:7,
385:7
alfa-bank
9:7, 28:7,
44:2, 44:4,
50:13, 50:20,
51:1, 51:13,
52:4, 58:4,
101:11, 121:6,
121:9, 121:12,
121:14, 122:3,
122:6, 147:19,
151:8, 151:9,
154:12, 154:13,
155:1, 156:12,
194:15, 196:3,
196:16, 196:22,
197:8, 203:19,
212:11, 216:6,
217:15, 238:19,
240:5, 240:6,
240:7, 240:11,
240:13, 240:20,
241:12, 242:3,
242:9, 250:16,
256:8, 256:12,
257:14, 258:7,
258:10, 259:7,
273:7, 273:18,
275:3, 275:4,
275:5, 276:7,
277:4, 280:6,
280:16, 285:6,
285:20, 323:2,
323:12, 323:16,
323:18, 329:19,
340:20, 350:10,
360:18, 375:20,
375:22, 376:2,
376:4

alfa-bank's
120:12
alfa-banking
101:14
alfa-related
132:22
alive
67:8, 67:10
all
15:11, 17:3,
21:7, 23:13,
25:2, 26:21,
28:4, 32:10,
50:10, 63:1,
63:3, 65:6,
68:17, 77:4,
79:9, 79:20,
84:4, 86:17,
90:15, 90:21,
98:8, 100:22,
104:7, 111:2,
113:19, 115:13,
117:3, 119:3,
127:1, 130:11,
135:19, 137:21,
142:17, 147:17,
149:2, 149:17,
151:11, 152:15,
154:19, 157:12,
158:10, 163:6,
177:22, 179:5,
182:6, 193:4,
197:3, 197:7,
201:18, 201:21,
202:15, 205:3,
212:15, 216:21,
222:21, 231:11,
235:8, 235:12,
238:7, 248:18,
252:8, 255:9,
258:10, 258:11,
259:8, 261:11,
262:4, 276:20,
281:9, 291:12,
307:2, 310:12,
311:2, 312:17,
322:12, 324:9,
328:1, 329:11,

334:6, 339:12,
343:9, 346:10,
357:7, 366:15,
373:18, 374:2,
377:11
allegation
39:22, 63:5,
89:19, 107:2,
107:4, 113:3,
114:15, 124:14,
124:16, 133:16,
133:18, 212:20,
382:6
allegations
89:14, 110:19,
114:13, 115:1,
115:6, 115:16,
116:11, 124:9,
145:19, 157:17,
159:13, 162:14,
164:5, 382:17,
383:4
allege
21:8, 37:12
alleged
21:11, 23:9,
30:1, 31:2,
31:19, 32:9,
33:14, 34:12,
35:5, 35:16,
36:10, 37:2,
37:17, 38:2,
38:10, 38:14,
40:16, 40:17,
41:15, 42:7,
42:9, 62:1,
62:4, 65:3,
68:10, 73:10,
73:14, 84:18,
95:15, 105:4,
108:18, 136:22,
137:13, 173:8,
174:2
allegedly
247:2
alleging
20:2, 21:18,
21:22, 22:5,

22:9, 25:17,
25:19, 29:14,
30:14, 31:9,
75:21, 84:12,
91:6, 122:17
allow
339:22
alloys
324:2
alluded
186:14
almost
38:5, 51:10,
137:21, 296:14,
299:18
along
37:11
alpha
8:14, 171:13
already
58:1, 78:7,
84:3, 85:11,
91:8, 92:6,
117:13, 135:9,
143:16, 159:11,
164:19, 209:17,
217:13, 225:12,
240:16, 241:7,
242:8, 265:3,
265:13, 266:11,
294:6, 316:6,
318:4, 318:5,
324:13, 343:6,
358:7, 358:15,
365:8, 368:2,
377:9, 381:10
also
4:2, 16:19,
44:9, 53:13,
62:11, 90:2,
90:4, 102:19,
120:3, 127:13,
149:1, 157:15,
158:5, 160:7,
174:9, 176:8,
176:19, 177:3,
209:8, 214:22,
234:22, 244:20,

247:22, 250:14,
251:2, 251:18,
257:14, 295:6,
306:14, 332:17,
333:16, 334:4,
357:14, 358:22,
360:8, 360:14,
374:15
**altered**
69:1
**although**
87:22
**altimo**
207:13, 207:19,
285:9, 285:16,
385:1, 385:7
**altogether**
323:8
**alumni**
254:7, 256:3
**always**
233:22, 293:22,
294:1, 294:16,
300:16
**ambassador**
89:17, 252:7,
310:3, 310:10,
310:11, 310:13,
310:16, 311:1,
311:2, 311:5,
311:14, 311:19
**ambiguity**
211:15
**ambiguous**
40:21, 41:3,
97:20
**amended**
5:10, 5:11,
18:21, 19:11,
25:11
**america**
185:6, 185:22,
307:18
**american**
9:5, 63:9,
187:14, 251:8,
251:9, 251:11,
251:16, 258:17,

294:7, 311:14,
382:22, 383:2
**among**
74:21, 124:15,
258:15
**amount**
21:9, 119:2,
157:11, 163:20,
258:4, 277:6,
369:13, 370:17
**amounts**
22:18, 61:6,
164:10, 164:11
**analysts**
117:21
**analyze**
184:6
**andrew**
4:4, 88:3,
191:12, 196:21,
327:18, 328:6,
328:13, 329:5,
367:5, 367:17,
368:9
**animal**
181:8
**ann**
2:5
**anna**
150:22, 151:2
**anniversary**
11:6, 254:4
**announce**
232:10
**announcement**
120:12, 120:14
**annual**
269:17, 291:18,
299:18, 318:8,
321:2
**annually**
269:20, 271:14
**another**
148:13, 151:14,
168:16, 171:19,
197:19, 224:17
**answer**
14:20, 14:21,

15:4, 17:3,
26:8, 30:17,
30:18, 34:15,
35:18, 36:11,
37:7, 40:1,
40:22, 48:17,
52:13, 53:4,
55:7, 65:20,
83:21, 85:12,
118:17, 120:6,
120:8, 155:13,
164:15, 164:21,
181:7, 191:9,
207:5, 223:6,
223:9, 281:3,
281:5, 282:2,
291:6, 303:8,
312:18, 360:11,
363:9, 363:14,
369:8, 383:10,
385:18
**answered**
26:14, 56:1,
58:1, 117:13,
164:1, 222:19,
223:4, 238:22,
259:11, 259:22,
369:1
**answering**
17:5, 303:9
**answers**
28:17, 29:8,
29:11, 281:20
**anticipate**
242:2, 289:2
**anybody**
15:17, 15:20,
55:9, 124:3,
124:6, 176:1,
179:16, 180:16,
189:18, 263:11,
280:8, 308:8
**anyhow**
71:21, 263:4
**anyone**
17:4, 17:7,
46:11, 49:3,
49:11, 55:11,

55:13, 56:5,
63:13, 63:21,
66:7, 67:1,
124:8, 153:7,
175:21, 186:12,
188:9, 188:12,
212:1, 214:1,
214:18, 225:15,
246:8, 277:14,
280:5, 308:13,
326:19, 327:11,
336:7, 336:9,
354:3
**anything**
16:5, 16:17,
17:4, 43:12,
45:17, 45:18,
61:12, 84:5,
96:8, 96:11,
130:2, 246:14,
312:17, 346:6,
347:6, 384:4
**anyway**
27:18, 69:21,
162:7, 282:5,
282:6, 291:12,
341:4
**anywhere**
192:10
**apart**
104:8
**apologies**
197:2, 333:4
**apparently**
22:12
**appear**
85:18, 232:16,
354:5, 387:6
**appeared**
115:16, 160:14,
161:11, 161:21,
162:3, 232:10,
271:8, 321:1
**appears**
131:13, 181:13
**application**
66:18
**applied**
111:15, 111:20,

289:6
**applies**
21:12, 109:21
**appointed**
218:7, 345:18
**appreciate**
225:7
**appreciated**
121:19
**approach**
54:18, 55:9,
72:5, 156:19,
166:20, 175:18,
185:14, 211:14,
278:2, 284:3,
294:14, 302:14
**approached**
78:3, 144:14,
155:1, 167:3,
199:15, 214:4
**approaching**
75:10, 109:14
**appropriate**
223:2
**approve**
197:6, 227:5
**approved**
66:16, 318:18,
318:21
**april**
116:16, 127:14,
166:7, 167:22,
172:5, 182:19,
184:2
**architect**
75:1
**area**
66:9, 205:19
**aren't**
117:6, 180:14
**arguing**
46:5, 117:6,
185:9, 185:15
**argumentative**
132:19, 180:15,
283:16, 366:14
**aris**
12:9

**arised**
233:22, 382:10
**around**
16:11, 184:7,
256:7, 267:19,
366:9, 372:11
**arrange**
170:22, 291:3,
312:10, 319:16
**arranged**
29:17, 31:12,
34:8, 166:17,
166:18, 291:2,
320:14
**arrangement**
372:10
**arrested**
133:3
**article**
6:20, 7:3,
7:10, 7:12, 8:6,
8:9, 8:11, 8:13,
8:16, 8:20, 9:3,
9:7, 9:10, 10:3,
10:6, 10:14,
11:3, 11:8,
11:13, 11:18,
12:3, 12:7,
12:11, 12:16,
37:11, 46:7,
55:19, 102:12,
102:13, 103:1,
115:17, 115:19,
116:9, 117:2,
118:12, 118:16,
125:8, 125:10,
126:2, 126:8,
126:10, 127:4,
127:7, 127:9,
128:1, 130:13,
131:3, 131:13,
158:4, 170:9,
170:16, 172:6,
172:10, 172:14,
173:1, 174:8,
175:8, 175:10,
176:17, 184:14,
184:17, 184:22,

189:2, 190:12,
199:8, 199:19,
200:4, 200:5,
200:6, 215:21,
226:10, 226:11,
228:16, 228:19,
235:17, 235:18,
238:10, 248:7,
248:12, 250:15,
301:14, 301:17,
380:5, 380:21,
381:3, 381:7
**articles**
98:10, 103:10,
103:11, 112:15,
112:21, 118:21,
120:4, 157:11,
168:6, 201:2,
201:7, 201:15,
201:20, 201:21,
211:9, 211:12,
268:13, 269:4,
269:9, 379:22,
380:3
**asked**
26:13, 46:10,
55:22, 57:22,
97:6, 97:10,
128:11, 128:15,
129:2, 130:16,
134:12, 136:14,
149:22, 151:20,
152:1, 155:2,
164:2, 175:7,
176:8, 187:21,
209:17, 213:2,
216:14, 222:20,
238:22, 259:10,
259:19, 259:22,
293:9, 302:4,
302:12, 303:9,
315:20, 316:22,
318:4, 334:7,
379:1, 385:15,
385:17
**asking**
14:10, 24:11,
32:1, 47:22,

84:19, 99:19,
108:5, 108:8,
108:10, 109:13,
109:17, 109:18,
118:8, 118:10,
124:6, 134:2,
134:3, 147:16,
151:5, 153:14,
175:4, 175:6,
179:1, 179:5,
181:3, 186:18,
191:1, 191:3,
193:1, 194:2,
194:7, 198:21,
203:12, 203:13,
203:18, 206:2,
216:15, 227:18,
259:20, 277:20,
297:3, 311:8,
330:16, 347:1,
347:5, 355:22
**asks**
21:7, 164:9,
301:18, 368:20
**assessment**
131:7, 141:10,
141:22, 142:7,
142:17, 192:18,
245:20, 288:13
**asset**
231:12
**asset-based**
339:13
**assets**
142:11, 339:15,
344:8, 344:10
**assignment**
352:21
**assistance**
164:12, 335:1
**assistant**
149:16, 149:19,
149:20, 149:21,
149:22, 150:15,
150:18, 150:19,
150:22, 151:1,
151:14, 151:17,
154:3, 329:17

assistant's
329:19
assistants
150:6, 151:11
associate
247:1, 322:7,
322:10
associated
71:21, 98:16,
98:19, 245:14,
247:5
associates
11:9
association
258:18
assume
124:16, 156:22
assumes
54:10, 54:12,
377:7
assuming
86:12, 140:12,
140:14
assumption
141:11, 347:12
assumptions
54:11
attached
5:8, 18:2,
19:8, 19:18,
20:8, 27:5,
28:22, 47:7,
60:7, 88:13,
100:19, 110:11,
116:7, 116:21,
119:12, 125:21,
127:20, 138:19,
145:8, 159:2,
163:9, 165:11,
168:13, 170:5,
171:9, 182:17,
183:20, 187:5,
196:10, 199:4,
210:2, 219:7,
221:21, 224:12,
226:4, 228:13,
230:3, 239:7,
242:15, 243:20,

253:4, 253:9,
254:13, 256:22,
260:20, 261:22,
263:22, 268:3,
274:16, 279:5,
286:3, 292:7,
301:11, 304:2,
313:8, 325:16,
328:17, 348:13,
371:5, 387:6
attack
181:14
attacking
181:14
attempted
382:18, 383:7
attend
255:10, 352:11,
352:14, 354:7,
355:12, 356:10,
356:12, 358:22
attendance
231:22
attended
350:11, 354:13,
357:14, 357:21,
358:2
attendees
353:20
attention
38:20, 285:15
attorney
204:19
attorney-client
53:2
attorneys
61:9, 380:9
attractive
71:8
attributable
118:12
attribute
347:14
attributed
332:3
auction
372:21, 373:12
august
199:7, 228:16,

229:19
austin
4:3
author
12:17, 269:2,
380:4
authority
132:14, 157:14,
176:18, 334:19,
341:6
authorize
240:22, 241:21,
242:1
authorized
214:7, 238:14,
242:2
authors
191:5
automatically
336:20, 336:22
autumn
7:10, 125:8
available
154:17, 220:5,
243:9, 262:4,
292:10, 304:14
avatar
236:2, 237:5
aven
1:5, 6:7, 7:8,
7:20, 8:4, 9:17,
11:5, 22:17,
47:16, 47:22,
48:6, 48:17,
48:19, 55:3,
102:4, 123:15,
123:17, 126:16,
158:19, 159:5,
163:14, 187:13,
209:3, 213:10,
221:19, 231:18,
236:20, 241:14,
253:19, 292:19,
321:15, 322:4,
344:22, 345:5,
347:20, 353:11,
357:3, 362:19,
365:5, 373:21

aven's
48:13, 216:7,
344:20
average
350:14
avoid
159:13, 211:15
avoided
177:3
avoids
177:5
award
266:22, 269:20,
281:12, 281:13,
281:14, 282:9,
282:10, 282:17
awards
270:12, 270:18,
280:22, 281:1,
281:7, 282:8
aware
30:4, 30:7,
30:10, 30:13,
31:5, 32:22,
33:11, 42:4,
42:6, 52:8,
52:9, 52:20,
54:5, 54:7,
90:22, 211:2,
232:7, 244:5,
251:13, 251:20,
286:21, 313:2,
355:3, 379:6,
382:17
azara
91:20, 93:13
azarov
209:8, 209:12,
209:15

**B**

b-a-n-k
364:6
babi
272:11
bablieska
151:1
back
25:10, 28:12,

104:21, 105:22,
122:9, 128:12,
128:16, 129:3,
172:4, 232:21,
233:1, 235:15,
304:13, 337:21,
338:7, 338:8,
339:17, 339:18,
340:1, 340:2,
345:5, 345:8,
373:3, 373:6,
373:16
**background**
10:9, 189:4
**backing**
286:12
**bad**
249:19, 356:8,
366:12, 366:14
**badly**
82:22
**bag**
22:16
**bank**
6:15, 9:9,
10:15, 10:19,
244:3, 275:7,
338:13, 338:18,
339:14, 351:12,
360:19, 360:22,
363:17, 363:20,
364:4
**banking**
102:9, 293:11,
361:22
**bankrupt**
135:18
**bankruptcy**
134:1, 134:13,
135:1, 135:5,
135:12
**banks**
293:14, 330:16,
337:12, 337:22,
339:16
**barbour's**
257:11, 257:13,
257:17

**baron**
220:6, 220:7,
223:13, 223:16,
223:21, 225:7,
225:12
**baron's**
225:9
**barr**
9:19, 210:9,
210:20, 211:3,
211:6, 212:2,
213:16, 214:6,
214:12, 214:18,
224:22, 225:6,
225:9
**barr's**
211:18
**barra**
266:19
**based**
73:4, 141:10,
141:20, 320:15
**baseless**
134:5
**basis**
39:9, 261:17,
269:8, 269:17,
284:13, 291:18,
295:16, 295:19,
296:8, 298:18,
299:4, 299:19
**bates**
241:2, 241:5,
241:6, 243:7,
253:12, 253:18
**bates-numbered**
219:9, 224:18
**bathroom**
72:14
**battle**
246:6, 335:2,
376:15, 377:1
**battles**
166:12, 173:5
**bean**
1:8, 14:9
**became**
30:4, 30:10,

31:5, 32:22,
33:11, 66:3,
82:7, 129:21,
174:10, 174:20,
175:9, 175:17,
175:20, 195:13,
265:14, 314:19,
323:4, 336:20,
341:17, 345:15,
358:1, 361:8,
361:10, 361:12,
361:14, 363:13,
381:2, 381:7,
381:11, 382:1
**become**
30:13, 120:15,
237:17, 345:6,
345:11, 345:19,
379:6, 381:19,
381:20, 382:16
**bed**
80:14, 80:15
**been**
14:3, 14:16,
22:15, 66:13,
66:16, 112:1,
120:3, 123:18,
124:22, 131:19,
132:2, 133:3,
133:5, 133:9,
136:10, 143:15,
144:22, 163:19,
164:14, 181:10,
195:12, 207:13,
232:14, 245:13,
247:12, 248:22,
255:13, 255:14,
256:4, 258:6,
272:17, 273:10,
278:16, 295:12,
295:14, 298:8,
299:21, 310:13,
314:6, 318:17,
321:5, 321:6,
324:6, 335:16,
337:12, 340:12,
340:15, 341:8,
342:5, 360:21,

360:22, 361:18,
361:20, 364:21,
365:7, 370:19,
372:9, 374:11
**before**
2:5, 14:16,
18:12, 26:4,
32:20, 34:1,
39:4, 42:1,
42:6, 43:1,
43:15, 53:8,
66:15, 70:10,
77:1, 106:1,
109:12, 109:14,
109:16, 109:21,
111:15, 111:21,
118:22, 138:12,
163:19, 167:11,
167:13, 167:22,
194:16, 204:12,
217:14, 225:13,
227:16, 237:10,
238:2, 247:16,
304:4, 314:7,
314:11, 314:19,
314:21, 323:4,
331:16, 361:20,
371:17, 375:10,
382:3, 382:5,
388:2
**began**
106:1, 175:5,
178:22
**begin**
17:19, 273:20
**beginning**
44:6, 111:20,
117:7, 122:22,
197:22, 240:17,
252:3, 252:14,
361:2, 379:9
**begins**
107:5, 107:19,
123:5, 126:15,
333:21
**behalf**
3:2, 3:12,
46:11, 49:15,

55:7, 99:8,
150:7, 154:4,
238:10, 238:13,
239:22, 240:4,
256:13, 257:16,
272:4, 298:22
**behavior**
356:5
**behind**
103:19, 210:18
**beholden**
383:17
**being**
24:14, 62:3,
127:4, 127:7,
141:9, 145:16,
153:9, 167:20,
177:8, 187:16,
199:11, 222:18,
320:17, 358:7,
377:12
**belief**
36:4, 37:13,
39:19, 89:12,
89:17
**beliefs**
251:21, 284:2
**believe**
62:19, 64:5,
64:7, 64:8,
64:11, 77:14,
78:13, 92:20,
93:21, 94:16,
108:11, 134:11,
151:15, 163:1,
194:20, 221:17,
281:3, 293:22,
294:2, 300:19,
310:17, 315:9,
341:18, 365:13,
372:4
**believed**
78:20, 300:16
**believes**
94:1, 181:15
**belongs**
154:12, 154:13,
154:14, 350:10

**below**
241:18
**benefactors**
253:16
**beneficial**
101:15
**benefit**
223:3, 357:1
**benefitted**
226:14
**berezovsky**
144:1, 144:7,
362:6, 362:7
**bernie**
185:13
**besides**
17:7, 131:16,
297:13
**best**
15:7, 75:1,
95:10, 234:20,
278:12, 299:13,
314:2
**better**
11:19, 71:20,
83:16, 108:12,
140:10, 189:9,
189:16, 190:11,
259:5, 259:17,
309:8
**between**
22:22, 35:11,
46:8, 70:17,
72:2, 111:8,
124:20, 180:20,
181:13, 181:17,
181:22, 195:22,
216:12, 217:3,
217:11, 218:2,
231:11, 232:13,
240:13, 251:10,
251:12, 256:11,
286:16, 296:6,
315:10, 327:12,
347:2, 353:3,
369:18, 372:10
**beyond**
13:6, 262:18,

371:10
**bgr**
11:12, 49:3,
188:12, 194:14,
194:15, 195:8,
195:9, 213:12,
238:1, 239:11,
239:17, 239:18,
240:7, 240:11,
240:13, 240:19,
241:5, 242:6,
243:2, 243:12,
243:15, 251:2,
251:3, 251:7,
252:1, 252:2,
252:5, 252:9,
256:5, 256:9,
256:12, 257:15,
258:7, 258:12,
259:1, 260:8,
261:5, 261:12,
261:17, 262:22,
263:6, 263:12,
291:2, 291:7,
291:10, 291:13,
293:1, 298:15,
298:16, 304:15,
304:17, 308:13,
309:4, 378:12,
378:15, 378:18,
378:22
**bgr's**
260:15, 261:1
**bibi**
267:13, 271:8,
271:18
**big**
9:4, 16:19,
39:16, 146:4,
161:9, 172:10,
177:11, 187:14,
204:15, 205:18,
207:7, 216:9,
267:19, 268:15,
282:16, 294:12,
323:7, 335:5,
337:14, 337:20,
358:7, 364:16,

364:17
**bill**
310:7
**billion**
139:18, 140:19,
141:17, 197:22,
336:4, 337:2,
337:4, 337:6
**billionaire**
142:20, 176:4,
196:14
**billionaires**
9:4, 187:14
**bio**
341:15, 343:10
**biomedical**
12:5, 279:9
**birnbaum**
239:11, 239:15,
239:16, 239:21,
241:9, 241:21
**bit**
170:15, 171:17,
217:5, 272:6,
276:20, 306:12,
321:19, 341:4,
341:5
**bitter**
244:21
**blair**
227:9, 231:3,
231:13, 232:4,
232:14
**bless**
67:9, 81:18
**bloomberg**
187:11, 187:20,
188:16, 188:17,
248:15, 271:5
**blow**
171:16
**bne**
116:17, 118:4,
182:19, 182:22,
183:7, 183:10,
286:9, 287:1,
287:4
**board**
11:17, 50:3,

50:6, 50:7,
50:12, 50:15,
50:16, 50:19,
51:7, 51:9,
51:10, 51:13,
51:19, 52:4,
52:17, 53:7,
53:15, 54:1,
54:4, 54:8,
54:21, 59:9,
113:16, 113:22,
192:4, 193:12,
195:13, 260:15,
261:5, 262:22,
263:7, 264:6,
264:20, 265:19,
266:1, 266:3,
266:7, 266:16,
272:11, 309:3,
309:4, 309:7,
318:10, 318:14,
318:19, 318:22,
319:16, 323:20,
340:8, 340:10,
373:9, 373:14,
374:1, 374:9,
374:11, 376:2,
376:3
**boards**
51:6
**bob**
282:14, 282:21
**body**
14:21, 15:1,
15:2
**book**
344:19, 371:13
**booklets**
371:16
**books**
16:19, 18:7,
112:15, 112:20,
113:1, 146:4,
146:9
**boris**
365:1
**borrowing**
338:7

**borus**
91:19, 92:3,
92:22
**both**
22:6, 77:16,
77:19, 101:5,
105:6, 119:6,
192:1, 192:5,
192:13, 227:9,
231:3, 250:18,
311:17, 322:17,
323:10, 323:12,
357:21, 365:5,
375:9, 375:10,
376:7
**bottom**
62:13, 89:4,
126:14, 140:3,
140:17, 177:16,
210:4, 210:14,
236:8, 239:10,
253:13, 268:9,
301:20, 302:2
**bought**
247:6, 247:20,
370:16, 373:11
**boy**
24:21
**bp**
115:13, 119:4,
131:4, 166:12,
173:2, 173:8,
173:16, 174:2,
174:7, 227:2,
231:12, 233:13,
280:21, 359:8
**branches**
341:6
**break**
14:12, 16:21,
72:14, 131:22,
138:4, 138:12,
138:21, 139:1,
139:2, 143:6,
208:11, 263:14,
263:15, 319:22,
377:16
**breaking**
61:15, 131:20,

132:2
**breaks**
329:11
**bribe**
129:20, 130:12
**bribed**
115:2, 115:7,
131:4
**bribery**
107:2, 107:20,
112:17, 113:11,
116:12, 132:17,
132:20, 132:21,
134:18, 134:19,
165:15
**bribes**
123:19, 123:20,
124:7, 124:10,
124:15, 124:22,
125:6, 129:15
**bribing**
77:10, 127:15,
382:14
**briefed**
346:19
**briefing**
308:17
**briefly**
50:20
**bring**
38:20, 69:19,
127:17, 274:13
**britain**
35:11
**british**
77:9
**broad**
176:2, 235:5
**broader**
153:16, 302:15,
366:1
**broadly**
165:1, 306:13
**broke**
74:10, 373:21
**broker**
362:8
**brothers**
337:17

**brought**
192:4
**browne**
13:7, 359:5,
360:4, 370:11,
370:14, 373:22,
374:2
**browne's**
371:11, 372:7,
373:20
**bruseth**
45:5, 46:8,
46:17, 48:4,
48:9, 55:20,
57:8, 167:1,
186:11, 188:2,
188:17, 201:22,
202:5, 212:4,
214:1, 214:4,
216:3, 219:16,
219:20, 220:10,
225:13, 249:22
**build**
185:1, 292:1,
299:6, 311:3
**built**
185:6
**bureau**
357:14, 358:10,
358:18
**bureaucrats**
302:15
**burns**
310:7
**burt**
49:1, 88:20,
89:18, 104:3,
104:7, 104:10,
104:12, 188:14,
193:6, 193:13,
193:14, 193:16,
194:9, 194:12,
195:4, 196:1,
202:14, 202:16,
213:14, 252:7,
291:11, 292:19,
298:16, 307:13
**burton**
293:4

**bush**
290:13
**businesses**
293:13, 293:15,
330:17, 362:1
**businessman**
59:11, 59:14,
93:2, 137:22,
176:5, 176:6,
189:17, 251:11,
321:7, 362:8
**businessman's**
180:19
**businessmen**
159:12, 189:4,
194:22, 250:4,
287:17, 287:21,
288:17, 294:10,
309:13, 309:14,
353:5, 364:17
**businesspeople**
181:18, 181:22,
235:11, 251:9,
288:8, 293:22,
294:12, 358:5
**busy**
327:5, 327:6
**buy**
129:7, 129:13,
129:17, 247:8,
248:2, 370:18,
370:21, 373:2
**buzzfeed**
30:9, 30:11,
31:16, 32:7,
32:16, 32:21,
33:12, 34:1,
37:9, 37:14,
39:9, 39:19,
40:6, 40:17,
41:11, 41:21,
42:4, 42:10,
42:13, 43:2,
43:3, 43:16,
44:14, 45:7,
45:14, 45:19,
46:2, 46:13,
46:18, 48:3,

48:11, 48:22,
49:4, 49:9,
56:10, 70:10,
75:3, 78:5,
84:8, 85:4,
85:10, 163:20,
382:3
**buzzfeed's**
56:2, 118:11
**bylines**
379:21

---
**C**
---

**c-h**
364:10
**calculating**
141:4
**call**
16:21, 31:21,
47:5, 58:17,
60:1, 63:16,
155:14, 158:22,
187:3, 209:21,
216:3, 219:1,
224:10, 225:8,
226:1, 239:2,
242:12, 243:17,
252:22, 253:7,
254:11, 256:20,
263:20, 274:14,
279:2, 281:10,
284:17, 292:4,
297:19, 301:8,
303:21, 313:5,
320:7, 325:14,
329:11, 329:12,
368:2
**called**
47:10, 48:3,
63:7, 63:14,
63:18, 64:14,
70:17, 76:10,
115:17, 125:8,
166:5, 166:8,
172:1, 174:9,
175:8, 187:13,
198:5, 228:17,
244:3, 245:15,

251:14, 269:21,
270:11, 273:17,
277:1, 280:17,
285:9, 292:11,
301:14, 328:2
**calling**
121:10, 175:22
**calls**
33:17, 103:4,
121:21, 131:16,
133:7, 155:12,
157:2, 216:2,
289:7, 289:10,
338:2, 356:2,
376:10, 377:8
**came**
70:11, 139:21,
158:2, 232:2,
248:3, 381:16
**cameron**
210:9, 210:20
**campaign**
36:7, 96:4,
96:12, 96:15,
96:17, 96:19,
96:22, 97:12,
227:22, 228:2,
368:22, 369:12,
369:14
**can't**
153:10, 153:14,
186:17, 347:7
**candidacy**
227:11
**candidate**
279:11, 279:16
**candidates**
185:8, 185:10,
192:5
**capable**
153:15
**capacity**
59:8, 59:11,
59:13, 216:19,
216:21, 238:6,
278:16, 357:4,
357:6
**capital**
50:13

**capitalism**
366:22
**care**
9:6, 121:20,
122:1, 142:22,
143:3, 187:15,
223:8, 274:2
**career**
160:14, 281:17
**careful**
180:12, 180:13
**caring**
235:9
**carlyle**
266:17
**carrier**
22:17
**carter**
3:7
**case**
8:7, 48:1,
49:13, 65:18,
100:4, 108:6,
133:16, 143:11,
143:12, 143:13,
143:14, 143:15,
143:16, 143:21,
144:5, 144:6,
144:8, 144:9,
144:22, 146:1,
151:21, 163:14,
278:14, 285:11,
285:14, 285:15,
289:13, 299:22,
314:2, 321:7,
350:1, 350:7,
360:21, 367:14,
375:2, 376:14,
376:22, 388:10
**cases**
115:14, 204:9
**cash**
22:18, 382:7
**categories**
61:16
**category**
61:22
**cause**
84:2, 84:12

caused
62:1, 84:9,
84:19, 89:8,
89:20, 90:5,
102:18, 103:1
caution
30:16
celebrate
11:5
cellphone
16:8
center
11:16, 66:2,
74:11, 74:12,
74:15, 74:16,
75:2, 75:4,
75:9, 75:15,
264:5, 264:20,
265:4, 265:17,
265:21, 266:7,
266:14, 272:12,
279:17
center's
264:4
central
351:12
ceo
206:10, 360:14,
360:15
ceremonies
271:9
ceremony
227:10, 230:19,
231:5, 231:14,
282:16
certain
26:1, 40:8,
52:15, 59:21,
59:22, 65:9,
68:18, 73:21,
82:4, 100:6,
103:11, 103:18,
112:3, 112:19,
114:8, 114:15,
119:2, 130:7,
143:22, 157:6,
162:11, 165:5,
190:5, 203:3,

203:7, 205:17,
205:21, 207:19,
211:12, 217:20,
224:2, 227:20,
234:1, 249:3,
261:16, 265:13,
273:8, 274:4,
274:10, 275:21,
278:15, 282:5,
284:13, 290:9,
290:10, 291:6,
294:8, 295:17,
296:3, 299:7,
310:19, 316:15,
322:3, 325:5,
325:7, 327:2,
327:8, 327:9,
330:10, 331:14,
332:6, 332:9,
334:9, 341:11,
342:17, 342:18,
351:22, 352:1,
352:9, 352:19,
354:1, 369:13,
370:6, 380:2,
383:1
certainly
158:13, 234:6,
297:15, 342:8
certificate
388:1
certify
388:3
cfius
66:14, 66:16,
66:21, 73:11,
73:14, 74:7
chair
336:16, 374:3
chairman
12:8, 264:6,
323:19, 336:20,
336:21, 337:1,
340:7, 373:22,
374:3, 374:12,
374:13, 375:21,
376:2
chairs
264:7

challenge
56:11, 108:20,
109:11, 176:18
challenged
110:21
challenges
26:15, 352:5
challenging
24:6, 24:9,
26:5, 26:10,
40:13, 108:17,
108:22, 109:7,
109:18, 110:1,
300:18
chamber
335:17, 335:20,
336:1
chance
48:18, 58:6,
207:8, 280:17,
310:20, 345:7,
357:8
change
45:16, 45:18,
64:2, 64:15,
70:13, 76:6,
77:1, 77:3,
190:10, 190:11
changed
63:22, 65:2,
65:3, 76:12,
76:18, 91:12,
189:11
changes
65:5, 66:21,
342:19
changing
150:21, 189:6,
189:8
channel
212:21, 322:3
characterize
316:17, 316:22
charge
44:22, 46:20,
66:4, 71:2,
135:12, 186:11,
211:8, 211:10,

240:10, 242:3,
331:16, 385:9
charges
113:11, 164:13
charitable
332:7, 332:17,
333:15, 334:3,
334:9
charity
65:9, 108:8,
272:18, 272:20,
273:15, 279:19
chazan
7:14, 8:14,
173:18
cheated
135:13
chechnya
180:6
check
150:5, 152:22,
153:4, 153:8,
296:13, 354:16,
354:21
checked
354:18
checking
17:9, 153:15
chernogorneft
115:3, 115:8,
115:9, 115:11
chevron
258:16
chief
44:14, 44:17,
213:19, 349:13,
349:16, 358:21
child
274:2
children
277:1, 279:20
choice
260:2, 369:18
choose
186:1
christopher
29:18, 261:9
cir
19:22, 21:20,

Transcript of Mikhail Fridman
Conducted on November 17, 2020                         109

22:4, 22:13,
23:6, 23:11,
23:16, 24:6,
29:19, 31:5,
31:13, 34:11,
35:12, 35:14,
36:5, 36:17,
36:20, 36:22,
37:10, 37:11,
41:21, 42:3,
42:5, 42:12,
43:12, 43:15,
43:19, 44:12,
48:22, 49:4,
49:9, 49:13,
50:4, 50:8,
50:16, 51:5,
51:7, 51:20,
52:5, 52:18,
53:8, 54:1,
54:5, 54:9,
54:22, 55:6,
55:12, 56:7,
70:14, 71:18,
78:10, 78:17,
84:1, 89:19,
92:4, 93:18,
94:14, 96:9,
96:11, 98:11,
102:16, 104:2,
104:5, 107:18,
108:15, 118:19,
119:1, 137:18,
162:10
**circle**
62:17
**circumstances**
210:16
**citizen**
75:7
**city**
329:11, 381:16
**civil**
5:21, 144:9
**claim**
24:3, 26:3,
54:18, 65:1,
69:4, 73:15,

74:7, 107:1,
113:19, 114:19,
143:22, 156:12,
247:7, 248:1
**claimant**
247:12
**claiming**
23:12, 63:21,
68:9, 68:14,
73:12, 74:3,
74:6, 111:14,
112:5, 153:10,
154:7
**claims**
23:21, 112:3,
114:20, 145:16
**clams**
177:9
**clarification**
340:11
**clarify**
31:3, 41:7,
44:5, 55:5,
55:12, 55:14,
68:20, 73:2,
78:1, 111:4,
139:21
**clarifying**
151:6
**clattenburg**
3:14
**clean**
226:18
**clear**
26:15, 82:2,
82:7, 114:5,
124:2, 184:2,
186:2, 219:5
**cliché**
157:12, 190:5
**client's**
68:21, 304:17
**clients**
36:6, 69:2,
258:12, 258:15,
258:21
**clinton**
36:8, 191:20,

282:10, 282:18
**close**
64:6, 81:3,
157:20, 174:7,
232:15, 245:20,
287:21, 288:17,
289:2, 320:21,
321:9, 321:10,
338:13, 375:3,
376:8
**closely**
98:16, 98:19,
229:1, 244:22,
320:18
**closeness**
245:17
**clout**
244:18
**club**
11:21, 320:4,
320:12, 321:5,
321:6
**club's**
321:1
**cnn**
29:21, 31:15
**co-founder**
59:9, 206:9,
269:15
**co-owners**
124:10
**coie**
36:6
**collapse**
339:6
**collapsed**
339:3
**collateralized**
338:17
**colleague**
44:15, 44:21
**colleagues**
24:2
**collective**
102:7
**columbia**
1:2
**column**
264:10, 264:13,

264:14
**com**
148:14, 148:17
**combative**
166:11
**come**
16:1, 121:3,
179:18, 211:17,
244:21, 275:11,
312:3, 327:21,
332:17, 333:16,
334:4
**comes**
139:22, 140:4,
260:2
**coming**
301:1
**comma**
314:2
**comment**
54:14, 142:18,
177:12, 213:4,
214:2, 257:19
**commentary**
262:6
**comments**
41:19, 220:4,
223:3, 384:11
**commercial**
122:4, 190:16,
192:4, 192:15,
312:12, 360:19
**commission**
388:16
**commitment**
277:7
**committed**
277:11
**committee**
36:7
**commodity**
142:16
**commonwealth**
2:6, 388:22
**communicate**
17:7, 143:1,
306:16, 306:19,
306:20, 307:5,

307:12, 318:2,
335:7, 335:12
**communicated**
314:10, 315:16,
315:17, 326:20
**communicating**
10:4, 53:6,
102:13, 244:8,
250:14
**communication**
32:1, 155:22,
156:4, 156:5,
156:10, 212:22,
245:2, 265:17,
299:2
**communications**
17:10, 30:19,
30:22, 31:22,
33:18, 48:4,
53:4, 155:15,
172:20, 223:1,
303:1, 321:9,
321:11
**communism**
366:11, 366:14
**communists**
365:2, 366:17,
369:19
**community**
233:19, 275:11,
352:20, 355:15,
358:9, 370:8
**companies**
28:4, 46:12,
49:11, 49:18,
49:21, 50:14,
121:10, 124:20,
131:18, 132:2,
132:22, 202:22,
203:1, 204:13,
204:14, 204:15,
205:1, 249:18,
250:18, 289:6,
300:21, 309:4,
309:5, 324:18,
337:18, 338:5,
338:11, 339:12,
339:20

**company**
5:12, 19:22,
50:11, 66:17,
71:22, 73:16,
73:18, 73:21,
111:9, 113:16,
113:17, 113:18,
114:18, 121:3,
134:1, 134:14,
135:1, 135:3,
135:4, 135:6,
135:12, 135:14,
135:18, 135:20,
142:12, 151:3,
177:11, 194:10,
197:19, 198:4,
198:5, 198:14,
205:14, 205:19,
205:20, 207:7,
207:9, 208:6,
212:15, 233:3,
233:8, 245:5,
245:13, 245:15,
246:22, 247:1,
247:4, 247:17,
247:21, 248:1,
284:22, 285:4,
286:13, 286:19,
323:7, 337:11,
339:13, 372:16,
373:17, 373:18
**company's**
153:19
**comparable**
118:18
**compensate**
202:14
**compensated**
202:11
**compensation**
65:1, 68:10,
68:14, 69:1
**competition**
70:17, 71:11,
74:20, 124:20,
294:19, 300:20
**competitive**
124:19

**complaint**
5:11, 19:11,
25:11
**complete**
29:12, 62:8,
64:22, 135:10,
387:5
**completely**
28:10, 45:3,
45:9, 45:13,
46:1, 64:22,
76:3, 77:15,
92:15, 98:11,
121:8, 126:21,
134:5, 141:3,
226:18, 229:6,
230:11, 272:21,
285:8, 334:6,
335:2, 341:3,
382:15
**complies**
335:2
**composite**
262:3
**compound**
127:5, 245:9
**computer**
16:6, 152:14,
153:3, 153:4,
153:8, 153:11,
154:9, 296:19,
297:3
**conceding**
111:19
**concentrate**
26:3
**concentrated**
112:3
**concern**
80:5, 81:10,
81:14, 98:8
**concerned**
51:18, 63:4
**concerning**
21:8, 89:8,
89:13, 89:18
**concluded**
217:16, 218:17

**conclusion**
114:6, 217:20
**condition**
235:22, 237:4,
315:21
**conduct**
107:4, 110:20
**conducted**
1:14, 2:1
**conference**
214:19, 232:10,
275:15, 275:17,
321:2
**confidence**
81:9
**confirm**
141:21, 148:7,
347:7
**confirmation**
64:21
**confirmed**
217:10
**confirming**
21:17, 368:10
**conflict**
173:8, 174:2
**conglomerate**
27:18
**congratulating**
271:11
**congressman**
299:15
**congressmen**
298:4, 298:10,
298:18, 300:2,
300:4, 301:2,
303:1, 303:5
**connect**
161:19
**connected**
66:9, 66:20,
121:11, 157:13,
266:11, 270:15,
274:5
**connection**
115:3, 115:4,
115:8, 135:19,
161:19, 216:12,

217:2, 217:10,
218:2, 269:7,
310:16
**connections**
190:15, 192:3,
192:15, 208:21,
209:2, 209:5,
209:16
**consequence**
246:5
**consequences**
246:11
**consider**
158:6
**considerable**
221:2, 221:3,
221:5, 222:16
**considered**
375:6
**consistent**
243:11
**consortium**
121:10
**constraints**
186:15
**constructive**
334:18, 346:18
**consult**
188:2, 188:9,
213:10, 213:12,
213:14
**consultant**
205:22
**consultants**
167:21, 203:4,
203:7
**consummate**
230:19
**consummated**
227:3, 280:20
**contact**
22:22, 46:18,
47:1, 49:1,
49:3, 49:6,
55:11, 56:5,
59:21, 70:1,
70:4, 70:6,
71:13, 74:15,

75:8, 114:12,
114:17, 229:11,
240:11, 241:14,
263:3, 263:9,
265:21, 284:12,
312:3, 314:6,
385:2
**contacted**
55:20, 74:13,
75:15, 86:8
**contacting**
238:16, 238:18
**contain**
23:18
**contained**
41:20, 89:19
**contains**
45:9, 164:4
**content**
42:12
**contents**
29:18, 31:13,
34:11, 35:12,
35:14, 36:5,
36:17, 36:21,
37:10
**context**
51:15, 51:17,
52:11
**continuation**
219:12, 225:4
**continue**
22:6, 75:5,
196:1, 358:18
**continued**
105:5
**continues**
346:11
**continuing**
22:20, 123:6
**contract**
44:6, 44:7,
65:18, 195:9,
203:3, 238:15,
240:12, 240:15,
240:17, 242:9
**contribute**
272:14, 274:6,

274:10, 277:5,
277:8
**contributed**
229:9, 265:13,
273:4, 273:7,
278:5, 369:13
**contributing**
269:17
**contribution**
332:9, 367:2
**contributions**
332:6
**contributor**
228:21, 229:14,
269:2
**control**
154:9, 166:2,
196:15, 284:20,
284:22, 285:4,
286:13, 321:21
**controlled**
114:3, 165:19
**conversation**
36:14, 40:9,
45:20, 45:21,
56:9, 177:6,
177:8, 214:20,
214:22, 215:4,
215:5, 215:15,
225:20
**conversations**
24:12, 46:16,
52:22, 53:2,
301:1
**convey**
56:21
**convince**
45:1, 215:16
**cooperated**
96:3
**cooperation**
21:21, 95:17,
174:7, 315:11,
322:1
**cops**
190:15, 192:3,
192:15
**copy**
37:10

**corcoran**
7:6, 8:19
**corn**
34:9, 34:10,
43:12, 43:13
**corporate**
11:16, 118:2,
173:5, 249:8,
264:5, 264:20,
265:19, 266:6,
266:16
**corrected**
159:16
**correction**
172:1, 229:12,
280:6, 287:1,
303:14
**corrections**
387:6
**corrupt**
249:11, 249:12,
250:5
**corrupted**
249:16
**corruption**
8:7, 107:2,
107:20, 112:16,
159:14, 249:19,
249:21, 302:16
**costello**
4:3
**costs**
61:7
**cottrell**
8:10, 169:12
**couldn't**
212:4, 305:20,
329:15
**council**
305:11, 318:10,
318:14, 319:5,
319:10, 319:20
**counsel**
4:6, 14:4,
15:15, 30:18,
30:20, 30:22,
31:22, 53:5,
53:6, 53:9,

90:9, 136:18,
146:18, 155:16,
156:13, 241:8,
304:22, 305:22,
326:15, 380:12,
384:15, 388:9
**counter**
43:18
**countries**
76:17, 185:19,
270:6, 315:10,
325:9, 331:16
**country**
77:10, 132:16,
182:10, 226:14,
249:21, 275:6,
309:10, 330:8,
356:13
**couple**
38:7, 56:9,
66:8, 67:5,
82:21, 83:1,
135:21, 160:20,
161:8, 162:7,
188:1, 214:20,
240:19, 254:6,
269:4, 269:9,
272:3, 274:11,
290:8, 307:11,
323:11, 326:22,
358:2, 359:5
**course**
51:17, 53:11,
53:13, 53:20,
54:15, 59:22,
63:11, 63:15,
67:16, 71:6,
71:12, 76:2,
77:5, 79:7,
79:18, 82:9,
82:16, 85:4,
86:6, 98:16,
113:3, 114:15,
120:20, 132:13,
160:13, 173:8,
174:2, 182:9,
190:5, 190:7,
196:5, 206:17,

226:13, 226:15,
251:18, 271:16,
283:5, 286:21,
310:19, 323:10,
357:10, 380:17
**court**
1:1, 54:18,
56:12, 115:14,
135:8, 144:3,
144:4, 144:15,
156:12, 329:2,
347:22, 364:6
**courts**
190:15, 192:3,
192:15
**covered**
173:2
**covering**
379:22
**cpi**
143:12, 348:15,
350:1, 367:5,
367:13, 367:18
**create**
234:7, 234:10,
273:12, 300:20
**created**
234:12, 337:10,
348:9, 370:1,
370:3
**creation**
382:15
**credit**
336:5, 337:3,
337:7, 338:12,
339:10
**crimea**
178:10
**crimes**
125:1
**criminal**
120:18, 120:19,
133:6, 133:10,
136:11, 136:15,
144:9
**crisis**
137:20, 138:1,
337:10

**critical**
179:20
**criticism**
177:5
**criticize**
180:12, 180:14,
180:16, 186:21,
187:1
**criticized**
178:1, 178:3,
178:6, 178:9,
178:12, 178:16,
178:17, 179:1,
179:8, 179:12,
180:5, 180:8,
180:9
**criticizing**
326:16
**crook**
135:10
**cross-examined**
373:20
**cry**
79:19, 79:20,
79:21
**cup**
9:8, 120:13,
120:15, 120:21,
197:9
**currently**
154:1
**cv**
253:13, 253:18
**czar**
366:9, 366:10

### D

**d-m-i-t-r-i**
92:2
**daily**
298:18
**damage**
53:17, 61:16,
61:17, 65:6,
68:15, 68:16,
69:4, 71:14,
91:1, 115:15,
250:22

**damages**
61:4, 73:4,
73:5, 73:12,
89:8, 89:20,
90:5, 90:10
**damaging**
86:20, 212:19
**dangerous**
113:5, 130:8,
181:8, 181:15,
212:18
**daniel**
11:12, 260:14,
261:4, 261:12,
261:14, 262:4,
262:11, 262:15,
262:20
**data**
70:8, 218:9
**database**
10:12, 242:21
**date**
38:6, 44:2,
44:6, 141:16,
210:11, 217:5,
217:19, 312:1,
318:6, 331:5,
354:22, 355:3,
387:10
**daughter**
12:4, 77:3,
77:8, 78:6,
278:11, 279:9,
279:13
**daughters**
63:3, 63:14,
76:22, 77:17,
77:19, 77:20,
77:21, 78:1,
78:3, 78:7,
79:1, 79:5, 90:3
**david**
34:9, 35:11,
43:11, 43:13,
266:17, 293:3,
293:7, 293:18
**davos**
275:10

Transcript of Mikhail Fridman
Conducted on November 17, 2020                                    113

**day**
6:8, 7:9, 8:5,
9:18, 119:16,
119:19, 150:21,
163:11, 222:1,
222:4, 222:5,
222:6, 222:8,
313:14, 321:16,
363:2, 388:13
**day-to-day**
321:22
**days**
38:7, 38:9,
126:3, 126:6,
126:20, 291:20,
307:11, 373:19
**dc**
3:17, 254:4,
255:7, 255:11,
255:13, 255:15,
259:3, 259:21,
297:21, 299:15,
311:17
**deal**
223:1, 227:3,
227:5, 227:8,
230:12, 230:19,
231:2, 232:11,
280:20
**dear**
220:2
**debra**
1:22, 2:5,
388:2
**debt**
337:11, 338:6,
338:7, 340:1
**decade**
173:6
**decades**
123:19
**december**
115:17, 354:14,
361:7
**decent**
207:8
**decide**
210:19

**decided**
24:3, 46:9,
54:8, 65:8,
66:5, 71:10,
71:19, 75:4,
83:13, 194:16,
373:5
**deciding**
267:10
**decision**
54:17, 55:2,
56:11, 64:17,
70:22, 121:6,
122:4, 186:3,
302:9
**decisions**
54:13, 54:20
**decline**
338:21
**decried**
192:1, 192:14
**dedicated**
39:3, 275:18
**deep**
37:12
**defamation**
21:9, 54:13,
62:1, 65:4,
103:7, 103:21,
110:21, 248:10
**defamatory**
21:11, 21:18,
22:14, 23:10,
23:20, 24:3,
24:7, 24:10,
26:9, 26:11,
54:19, 62:11,
68:10, 68:14,
84:15, 89:9,
89:14, 89:19,
89:21, 95:15,
105:4, 107:12,
108:18, 108:20,
136:22, 137:13,
145:19
**defame**
123:13
**defamed**
20:3, 21:14,

21:22, 22:5,
22:10, 23:3,
23:7, 23:12,
25:17, 25:20,
111:15, 117:8,
122:17
**default**
337:18, 339:16
**defendant**
247:13
**defendants**
1:10, 3:12,
5:9, 5:16, 6:2,
6:4, 6:11, 6:19,
7:2, 8:2, 9:2,
10:2, 11:2,
12:2, 13:2,
14:4, 14:9,
17:22, 18:1,
19:7, 19:17,
20:7, 20:12,
21:10, 27:4,
28:21, 29:17,
31:12, 34:9,
35:10, 35:13,
36:5, 36:17,
37:14, 37:15,
39:20, 39:21,
40:6, 40:7,
47:6, 49:12,
60:6, 60:19,
88:12, 89:9,
89:20, 100:18,
110:10, 116:1,
116:6, 116:20,
119:11, 125:20,
127:19, 138:18,
145:7, 159:1,
163:8, 165:10,
168:12, 170:4,
171:8, 182:16,
183:19, 187:4,
196:9, 199:3,
209:22, 219:6,
221:20, 224:11,
226:3, 228:12,
230:2, 239:6,
242:14, 243:19,

253:3, 253:8,
254:12, 256:21,
260:19, 261:21,
263:21, 268:2,
274:15, 279:4,
286:2, 292:6,
301:10, 304:1,
313:7, 325:15,
328:16, 348:12,
350:1, 371:4,
384:15
**defended**
245:1
**definitely**
25:22, 44:10,
50:21, 52:1,
53:19, 54:17,
66:20, 71:1,
76:9, 81:14,
82:19, 113:13,
141:6, 158:13,
167:16, 182:10,
195:14, 205:13,
207:10, 212:18,
230:17, 240:15,
251:1, 258:3,
263:4, 277:10,
288:19, 311:20
**definition**
27:21, 27:22,
28:4, 35:1
**delete**
147:12
**deleting**
147:14
**delighted**
220:5
**deliver**
22:17
**delivered**
174:9, 175:8,
382:7
**delivering**
254:3
**demanded**
338:3, 339:16
**democratic**
36:7

Transcript of Mikhail Fridman
Conducted on November 17, 2020

114

deniability
22:22
denies
110:18
density
307:14
deny
347:7, 347:11
denying
111:8
department
113:9, 114:7,
132:9, 155:1,
167:2, 295:7,
295:18, 296:5,
307:16, 309:16,
310:6, 314:20,
323:18, 324:7,
375:13
depending
99:13, 171:2
deponent
387:1
deposed
14:16, 48:19,
143:15, 144:22
deposition
1:13, 2:1, 5:9,
5:10, 6:2, 7:2,
8:2, 9:2, 10:2,
11:2, 12:2,
12:21, 13:2,
13:4, 14:19,
15:10, 17:14,
18:1, 18:4,
18:22, 19:7,
19:17, 20:7,
27:4, 28:2,
28:21, 47:6,
60:6, 68:7,
69:17, 88:12,
100:17, 100:18,
101:1, 110:10,
116:6, 116:20,
119:11, 125:20,
127:19, 138:18,
143:11, 143:12,
145:7, 159:1,

163:8, 165:10,
167:14, 168:12,
170:4, 171:8,
182:16, 183:19,
187:4, 196:9,
199:3, 209:22,
219:6, 221:20,
224:11, 226:3,
228:12, 230:2,
239:6, 242:14,
243:19, 253:3,
253:8, 254:12,
256:21, 260:19,
261:21, 263:21,
268:2, 274:15,
279:4, 286:2,
292:6, 301:10,
304:1, 313:7,
325:15, 326:17,
328:16, 348:12,
348:16, 367:6,
367:18, 367:20,
371:4
depressed
79:11, 79:13,
79:14, 79:16
depression
79:17
deputies
340:5
deputy
22:19, 323:19,
340:7, 340:10,
344:20, 360:15,
375:21, 376:1
describe
206:14
described
87:2, 118:10,
200:9, 297:7,
320:17, 320:21
describing
67:6, 135:17
description
173:16, 262:20,
276:3, 306:12
design
74:22, 75:1

designated
221:19, 347:21
designation
17:18
designers
74:22
desk
213:6
despite
54:15, 66:15,
119:3
detail
72:6, 372:19
details
72:3, 75:12
deutsche
338:13, 338:17
devaluation
142:16
develop
251:7, 299:7
developed
195:11
developing
304:22, 305:11,
306:1
device
152:8, 152:12,
152:13
devices
152:8
diagram
6:16
difference
83:19
different
38:1, 41:6,
50:14, 50:18,
50:19, 75:20,
79:3, 89:11,
91:5, 121:8,
124:14, 128:14,
187:21, 198:9,
201:14, 204:14,
204:16, 248:21,
251:8, 270:2,
272:22, 275:6,
285:8, 286:18,

288:6, 288:7,
288:10, 291:22,
293:13, 300:1,
302:20, 307:18,
310:1, 321:19,
324:6, 341:4,
341:5, 341:13,
359:9, 381:13
differently
102:18, 103:2
difficult
76:7, 76:14,
130:1, 159:12
difficulty
24:19, 72:12,
89:1, 105:20,
331:21, 379:15
digit
101:20
diktats
332:16, 333:17,
334:5
diminution
339:14
dinner
329:12
direct
53:3, 69:14,
230:12, 263:1,
263:4, 332:5,
332:18, 333:16,
334:4
directed
263:5, 263:12
direction
34:8, 46:14,
189:10, 189:11,
190:11
directions
22:7, 105:6
directly
104:6, 166:20
director
48:4, 323:16
directorate
344:3
directors
376:3

Transcript of Mikhail Fridman
Conducted on November 17, 2020                                    115

dirty
382:12
disadvantage
189:4
disagree
46:1, 193:3
disappointed
80:2
disappointment
77:6
disbursements
61:8
disclose
155:15, 262:21,
263:1, 263:6,
263:12
disclosed
48:1, 48:10
disclosure
10:11, 242:20,
242:21
disclosures
6:14, 7:18,
88:4, 88:5,
88:17, 145:3,
245:4
discovery
69:3
discuss
30:19, 54:4,
81:6, 184:10,
293:8, 303:16,
316:8, 317:12,
317:15, 317:18,
317:21, 330:3,
330:13, 330:19,
330:21, 331:7,
331:9, 332:8,
342:15, 342:21,
343:7, 359:2,
359:20
discussed
50:8, 51:8,
51:20, 52:18,
53:8, 54:1,
136:16, 180:2,
200:20, 316:22,
317:7, 351:14,

351:16, 351:18,
357:13, 360:7,
360:9
discusses
316:12
discussing
52:3, 112:16,
184:12, 188:20,
198:17, 198:18,
316:17, 351:20
discussion
11:21, 24:18,
41:19, 50:16,
51:5, 52:2,
53:14, 53:21,
56:1, 72:11,
81:1, 85:2,
88:22, 105:19,
197:11, 293:18,
300:5, 303:4,
303:19, 320:4,
320:9, 327:15,
331:20, 342:20,
379:14
discussions
52:4, 54:5
disease
274:5
dishonestly
158:3
dismiss
246:1
dismissal
246:15
dismissed
246:3, 246:5,
376:16, 377:4
dispute
115:12, 131:4,
132:8, 152:7,
247:17, 247:19,
384:18
disputes
379:22
disseminate
36:21
distant
343:1

distribute
32:20
distributed
34:19, 38:4
distribution
226:16
district
1:1, 1:2
division
374:4
dmitri
91:20, 92:2,
93:13, 94:8,
208:17, 209:8
dmitry
207:12, 384:18,
385:20
dnc
379:12
document-preserv-
ation
147:5
documentation
355:2, 355:6
documents
16:9, 16:15,
17:12, 17:15,
48:1, 73:5,
95:6, 98:20,
99:6, 99:8,
99:10, 99:12,
99:14, 99:15,
99:20, 100:1,
100:3, 100:6,
100:22, 136:5,
136:9, 145:15,
145:20, 145:22,
146:3, 146:4,
146:5, 146:7,
146:8, 146:9,
146:10, 146:12,
146:18, 147:3,
147:10, 147:12,
147:14, 154:8,
154:17, 154:21,
155:8, 155:19,
156:7, 260:11,
292:11, 327:20

dodgy
262:18
doing
58:20, 82:18,
98:15, 108:8,
108:11, 190:7,
195:6, 195:10,
270:1, 284:16,
284:19, 289:18,
292:2, 293:10,
296:3, 322:2,
334:15, 334:16,
334:17, 385:7
dollar
269:20, 270:13,
270:19
dollars
274:11, 278:9
domestic
376:17, 377:5
domingo
283:4, 283:5
donald
10:15, 96:9,
185:16, 216:7,
244:4
donate
334:8
donated
276:7
donating
276:22
donations
332:17, 333:16,
334:4
donbas
374:20
done
22:6, 44:8,
58:22, 59:16,
75:6, 93:5,
105:5, 168:17,
277:22, 384:3
dossier
11:14, 33:8,
37:14, 39:1,
39:2, 39:5,
39:20, 40:6,

85:2, 86:5,
113:4, 261:10,
261:13, 262:7,
262:13, 262:18,
316:7, 379:8,
379:10, 382:4,
383:15
**doubtful**
141:12, 263:11
**douglas**
271:5, 271:19
**down**
61:16, 91:21,
127:1, 142:12,
264:11, 276:19,
278:20, 326:3,
328:7, 329:4,
329:11, 337:16,
338:1, 339:1,
339:6, 373:22,
374:5, 374:8
**dozen**
160:18, 160:19,
350:20, 350:22,
351:1, 351:2,
351:3, 351:5,
351:6
**dozens**
90:18, 108:9,
160:20, 160:21,
251:16, 275:6
**drafted**
184:15
**drafting**
184:4
**driver**
22:16
**dropped**
142:12, 179:3
**dudley**
360:14
**duly**
14:3
**dunn**
3:4
**during**
16:21, 22:14,
107:4, 123:2,

131:4, 173:7,
174:1, 231:1,
257:15, 257:17,
291:17, 291:18,
303:17, 307:7,
307:8, 318:7,
337:9, 342:13,
346:12, 346:20,
359:17, 361:17,
366:9, 376:5,
382:16, 382:20
**duties**
322:4
**duty**
46:20, 130:6,
146:16, 166:12
**dylan**
282:14, 282:21

### E

**e-d-e-l-m-a-n**
205:9
**e-mail**
9:13, 9:14,
9:15, 9:19,
10:10, 12:14,
17:9, 48:2,
48:9, 48:17,
72:21, 73:2,
73:8, 147:15,
147:16, 147:17,
147:18, 147:22,
148:4, 148:5,
148:8, 148:9,
148:13, 148:21,
149:2, 149:5,
149:6, 149:8,
149:9, 149:13,
150:1, 150:3,
150:6, 150:9,
150:13, 150:14,
153:8, 153:19,
153:22, 210:5,
210:8, 210:13,
211:18, 211:20,
214:9, 214:12,
215:8, 215:11,
216:11, 217:9,

218:1, 218:5,
218:19, 219:12,
219:15, 219:19,
224:17, 224:22,
225:6, 225:13,
225:18, 239:10,
239:11, 241:7,
241:9, 297:3,
313:12, 313:14,
313:15, 313:17,
313:19, 313:21,
313:22, 314:1,
314:7, 314:11,
314:21, 315:3,
315:8, 316:3,
316:12, 316:15,
316:22, 327:19,
328:3, 328:5,
328:10, 328:20,
329:9, 329:14,
329:20, 331:4,
331:5, 350:10
**e-mailed**
314:21
**e-mails**
52:3, 52:9,
52:15, 54:3,
148:20, 149:11,
151:21, 152:1,
152:3, 152:4,
152:9, 152:22,
153:4, 153:11,
154:4, 154:8,
154:12, 154:13,
154:14, 220:10,
225:5, 329:19,
329:22, 330:1
**e-notary**
2:6, 388:21
**each**
21:10, 29:13,
29:15, 51:10,
82:6, 121:11,
124:21, 132:16,
137:21, 150:21,
232:15, 243:3,
262:21, 270:15,
292:14

**earlier**
104:22, 194:13,
217:6, 332:12,
361:5, 378:1,
379:18
**ease**
17:13
**easy**
101:5
**echo**
56:16, 287:15
**economic**
107:3, 293:18,
344:21
**economical**
351:21
**economist**
115:17
**economy**
8:21, 185:14,
293:12, 294:18,
296:4, 315:15,
355:17, 366:22
**ed**
88:19, 89:4,
252:8, 291:10,
298:16, 306:14,
306:16, 306:19,
307:6
**edelman**
205:4, 205:8,
205:9, 205:10,
205:15, 205:17,
205:18
**edition**
182:21, 213:3,
216:3, 287:4
**editor**
44:14, 44:17,
56:2, 58:17,
210:20, 213:19,
213:21, 223:22
**educate**
287:10
**effect**
109:15
**effective**
338:2

effectively
75:6, 135:13,
157:12, 233:4,
257:21, 309:10,
339:15, 373:6,
373:16
effort
32:19, 155:3,
155:5, 160:4
efforts
33:22, 154:20,
160:8, 234:17,
382:18
eight
257:20, 259:9,
291:21, 303:17,
373:19
eighty-eight
327:16
eighty-five
371:7
eighty-one
239:4
eighty-two
168:9, 168:15
either
36:13, 40:8,
59:10, 140:12,
185:8, 208:4,
216:21, 263:10,
305:20, 352:22
elder
78:7
elected
361:15, 369:10
election
21:20, 63:9,
77:9, 95:16,
96:5, 96:14,
96:20, 97:16,
178:19, 179:10,
179:14, 179:22,
180:3, 184:11,
185:3, 227:14,
331:10, 343:8,
369:10, 369:14,
382:19, 383:3,
383:8

elections
185:22, 358:12
elevation
118:1
eleven
60:21
elite
322:8
else
15:17, 15:20,
17:5, 17:7,
46:11, 55:11,
55:14, 56:5,
56:8, 61:12,
63:13, 65:16,
65:22, 66:7,
67:1, 84:5,
96:8, 131:15,
186:12, 188:9,
189:18, 211:5,
214:1, 214:18,
327:11, 336:7,
336:9, 356:1
elsewhere
115:14, 125:5,
176:7, 383:1
embarrass
81:20, 81:21,
286:12
embarrassed
81:19, 81:22
embarrassment
355:20, 356:4
embassy
255:1, 255:6,
255:11, 255:16
embroiled
130:22
emotional
61:5, 61:18,
65:6, 68:15,
79:6, 84:2,
84:4, 84:5,
84:9, 84:12,
84:20, 85:20
emotionally
86:20
empire
245:1

employ
151:2, 238:1
employed
154:3, 388:9
employee
151:18
employees
151:9, 323:8
employment
44:1
enable
222:16
end
118:4, 126:18,
173:4, 177:12,
189:6, 190:16,
214:12, 214:15,
215:5, 244:18,
245:5, 266:9,
302:10, 302:16,
302:20, 305:21,
315:16, 322:19,
361:2, 361:4,
361:14
endeavor
218:10
endo
273:12, 273:13,
273:18, 273:21,
274:1, 274:7,
277:2, 278:6,
278:11, 279:19,
280:4, 280:5,
280:10, 280:15
endocrine
279:20
endocrinology
274:3, 274:5,
279:17
endorsed
336:11
energy
374:4, 374:12
enforcement
136:13, 136:14
engaged
52:22, 53:8
england
145:17

english
55:17, 55:18,
67:15, 183:5,
186:8, 268:13,
328:3, 329:3,
329:8
enjoys
268:17
enlarge
169:6
enlisted
129:6
enormously
79:10
enough
55:19, 67:5,
75:11, 84:7
ensure
159:15
enter
376:8
entered
368:1
entities
27:18, 36:19,
50:19, 54:21,
57:6, 57:10,
57:13, 233:11,
337:14
entitled
37:12, 100:14,
174:19, 175:20,
262:17, 381:2
entity
28:6, 28:11,
51:6, 51:11,
54:13, 55:2,
58:4, 99:13,
99:14, 121:8,
207:3, 217:1,
227:20, 228:22,
237:15, 259:13,
260:6, 269:22,
270:8, 270:12,
270:14, 270:18,
285:7, 286:17,
334:8, 337:21,
358:4

entity's
51:7
entrance
185:18, 300:9
entrepreneur
353:5, 381:20
entrepreneurs
353:6, 357:19
entrusted
23:1
environment
300:20, 308:18
equal
134:16
equity
198:4, 198:8,
198:14
eric
5:18, 27:11
errata
387:7
especially
51:11, 53:15,
160:17, 190:8,
294:10, 307:1,
384:11
esq
4:5
esquire
3:3, 3:4, 3:5,
3:6, 3:13, 3:14
est
1:16, 386:3
establish
26:17, 240:16,
252:11, 319:3,
319:7
established
26:16, 194:14,
314:14, 337:19
establishing
252:3
et
6:8, 7:9, 7:20,
8:5, 9:18
europe
70:20, 121:4
european
9:9, 272:15

even
71:7, 86:12,
98:18, 117:5,
117:8, 135:22,
244:21, 280:12,
323:4, 326:8,
338:6, 342:9,
361:20, 362:15,
382:11
event
105:22, 231:1,
254:7, 254:8,
255:11, 255:16,
267:16, 337:18,
339:15, 372:14
events
56:14, 56:19,
111:15, 111:21,
122:7, 226:14,
275:6
eventually
223:18
ever
58:12, 114:17,
128:12, 128:16,
129:3, 133:3,
133:5, 133:9,
136:14, 147:11,
207:13, 207:16,
221:11, 229:9,
229:16, 254:22,
255:5, 255:10,
255:22, 277:4,
277:5, 277:15,
278:13, 280:4,
280:6, 308:10,
308:13, 312:12,
321:4, 332:8,
334:7, 334:10,
335:7, 347:4,
347:10, 347:16,
362:15, 365:8,
370:14, 381:11,
382:5, 382:10,
383:5, 383:10,
383:15, 384:3
every
70:18, 200:3,

271:14, 296:14,
299:19, 321:2
everybody
17:13, 39:16,
67:2, 179:18,
189:15
everyone
386:2
everything
320:20
evgenia
67:12
evidence
54:12, 76:12,
99:20, 377:8
evidentiary
99:20
evolving
10:6, 228:17
ex-ambassadors
309:21
exact
185:1
exactly
32:13, 33:1,
33:5, 33:10,
33:19, 33:21,
34:14, 34:16,
35:6, 35:19,
36:12, 38:6,
40:4, 52:14,
56:22, 66:3,
72:3, 77:13,
78:12, 78:19,
85:14, 92:6,
93:20, 94:3,
94:15, 100:7,
146:14, 146:21,
147:2, 156:2,
167:9, 188:4,
190:4, 196:20,
205:22, 215:3,
217:4, 217:18,
223:20, 224:3,
225:3, 233:22,
252:13, 265:2,
266:10, 285:18,
290:22, 295:5,

311:19, 312:1,
312:6, 318:6,
338:18, 339:7,
350:22, 355:10,
357:16, 359:21,
362:13, 372:19,
381:9
examination
5:2, 14:4,
380:12, 384:15
examined
387:3
example
42:14, 43:11,
65:7, 65:12,
67:3, 67:5,
132:10
examples
132:11, 132:13
except
46:15, 365:14
excerpt
6:6, 7:7, 8:3,
9:16, 12:20,
13:3, 13:6,
47:15, 348:15,
371:10
exchange
109:15, 225:5,
314:7, 314:11,
315:8, 316:3,
373:2
exchanged
108:13
exchanging
107:3
executive
223:21, 340:10,
374:13, 374:14,
376:2
exist
240:15
existed
240:21
experience
79:5, 98:15,
288:14
expertise
222:17

**experts**
223:1
**expires**
388:16
**explain**
21:11, 23:14,
45:22, 234:20,
292:2, 294:13,
294:16, 300:8
**explained**
76:2, 284:10,
300:11, 372:6
**explaining**
117:14
**explanation**
352:3
**explicitly**
91:14
**exploited**
130:17
**explore**
69:5, 69:9
**expose**
284:21, 285:3
**exposing**
286:12
**express**
383:5
**expressed**
157:9, 303:7
**expressing**
185:14
**extent**
31:20, 110:17,
130:7, 155:10,
155:14, 273:8
**external**
343:21
**extremely**
84:22, 119:5
**eye**
71:8

**F**

**face**
196:14, 200:1,
200:8
**facility**
337:11

**fact**
104:12, 111:7,
114:5, 135:19,
142:15, 180:8,
184:13, 244:14,
277:10, 289:1,
320:16
**facts**
45:10, 83:21,
109:21, 110:1,
377:7
**factual**
194:2
**failed**
372:13
**failings**
262:17
**fair**
54:14, 156:21,
160:13, 256:11,
294:19, 300:20,
363:6, 383:20
**faithful**
316:19
**fake**
23:21, 45:10,
71:17, 76:3,
92:15, 215:16
**fall**
337:16, 338:1
**false**
23:18, 26:6,
26:8, 45:15,
78:11, 78:18,
93:19, 94:14,
159:13
**falsity**
89:13, 89:18,
108:18, 109:1,
109:19, 145:19,
146:1, 146:13
**familiar**
59:22, 102:11,
103:14, 125:7,
143:13, 222:22,
268:15, 279:14,
308:4, 320:16,
344:6, 371:13,

379:21
**fan**
161:9
**fantasy**
335:5, 382:10
**far**
24:1, 26:12,
32:14, 34:17,
38:16, 40:15,
41:17, 42:15,
45:16, 46:7,
46:15, 49:2,
55:1, 61:13,
68:13, 71:9,
71:13, 74:5,
79:2, 79:21,
91:1, 102:3,
103:10, 112:1,
113:4, 114:16,
114:21, 121:13,
122:2, 131:21,
134:1, 145:1,
146:2, 146:15,
147:7, 150:14,
154:11, 154:22,
156:11, 156:19,
162:1, 164:21,
170:19, 178:14,
181:2, 185:12,
192:20, 194:5,
203:16, 211:7,
212:13, 213:2,
214:5, 215:4,
239:17, 256:2,
261:15, 262:17,
273:13, 273:19,
273:22, 277:4,
278:16, 280:9,
285:9, 293:1,
298:18, 299:21,
313:3, 315:4,
315:20, 319:12,
320:22, 334:7,
350:9, 369:8,
374:19, 375:13,
375:19, 378:14,
381:14, 382:20,
383:12, 385:14

**father's**
67:17
**favor**
107:22, 108:1,
108:2, 108:4,
108:5, 108:7,
366:21
**favorable**
130:18
**favored**
229:3
**favorite**
320:19
**favors**
22:6, 105:5,
107:3, 107:4,
107:6, 107:19,
108:3, 109:16,
110:2, 111:8,
111:20, 112:6,
112:9, 117:7
**fear**
246:19
**february**
113:8, 114:1,
165:14
**feeling**
82:1, 82:9,
82:17, 249:15
**fees**
61:9, 261:16
**fellowship**
10:17, 10:19,
11:6, 251:14,
252:1, 252:6,
252:11, 253:11,
253:14, 253:21,
254:5, 254:7,
254:22, 255:5,
255:10, 255:16,
255:17, 299:8
**fellowships**
252:15
**few**
83:4, 83:7,
83:9, 135:9,
161:7, 201:1,
291:20, 293:6,

**309:17, 310:14, 312:2, 314:8, 318:5, 340:1, 350:20, 350:22, 351:1, 351:2, 351:3, 351:5, 351:6, 352:8, 359:16, 380:14, 385:14**

**fiasco**
262:13

**field**
249:3

**fielding**
248:22

**fifa**
9:8, 120:13, 120:17, 196:22

**fifteen**
228:15

**fifty-five**
224:14

**fifty-four**
219:3

**fifty-six**
262:2, 262:3

**fifty-two**
313:10

**fight**
182:5

**fighting**
284:20

**figure**
83:11, 354:19, 354:21

**figurehead**
118:1

**figures**
141:2, 351:10

**fildes**
9:12

**filed**
19:12, 247:16

**files**
292:11, 292:12

**filing**
43:19, 246:12

**final**
217:20

**finally**
46:7, 75:6, 247:14

**finance**
74:17

**financial**
73:4, 74:4, 114:2, 127:14, 130:15, 161:21, 165:14, 166:7, 168:17, 169:12, 169:15, 170:21, 170:22, 171:20, 171:22, 198:19, 199:7, 199:14, 199:21, 200:2, 200:3, 200:16, 200:19, 201:2, 201:8, 201:12, 201:20, 226:12, 226:20, 227:1, 230:8, 248:15, 290:12, 367:2, 369:11, 380:22, 388:11**

**financing**
338:5, 339:13

**find**
18:7, 86:4, 87:21, 116:9, 117:3, 135:11, 211:20, 236:3, 305:20, 326:17

**fine**
18:19, 62:15, 112:7, 127:11, 306:13, 364:3

**fined**
8:6

**finish**
99:1, 324:5, 376:19

**finished**
360:10

**firestone**
3:15, 4:4

**firm**
260:3, 260:5

**firmly**
71:12, 315:9

**firms**
259:2, 259:21

**first**
5:16, 6:4, 6:11, 20:12, 21:19, 23:13, 29:16, 30:4, 30:14, 31:2, 31:4, 32:6, 32:9, 32:10, 33:15, 38:3, 38:11, 38:15, 39:4, 42:11, 42:12, 42:17, 43:6, 44:2, 45:21, 46:4, 50:10, 60:19, 62:22, 63:1, 65:6, 79:20, 85:3, 91:22, 95:1, 95:14, 121:3, 123:3, 123:14, 136:12, 142:17, 168:2, 176:12, 177:7, 195:12, 200:11, 231:11, 235:12, 258:10, 264:12, 286:10, 312:3, 328:7, 332:22, 345:2, 357:7, 367:11, 367:21, 372:8, 374:2, 375:21, 376:1, 379:6, 382:9**

**fits**
11:14, 262:7

**five**
72:14, 138:5, 138:8, 224:15, 319:22, 365:10, 365:19

**focused**
294:17, 316:1

**focusing**
237:2

**foer**
10:5, 239:13

**follow**
45:19, 182:6, 220:17, 353:2

**followed**
179:4

**following**
156:16, 313:13

**follows**
14:3

**followup**
46:4

**forbes**
7:15, 139:16, 140:1, 140:7, 140:18, 143:1, 186:5

**forbid**
185:18

**foregoing**
387:3, 388:3, 388:4

**foreign**
66:14, 104:3, 104:13, 230:13, 318:11, 318:14, 319:5, 319:10, 319:20, 331:12, 337:12, 337:22, 339:16, 343:22, 344:8, 344:9, 344:10, 344:11, 344:21, 352:5

**forget**
201:20, 291:12

**forgive**
138:15

**form**
16:10, 23:8, 24:16, 34:22, 37:20, 40:14, 48:12, 49:20, 50:5, 52:7, 55:13, 56:20, 58:11, 59:18, 75:17, 84:13, 85:9, 97:4,

97:17, 98:21,
99:17, 108:14,
117:12, 118:7,
123:12, 129:9,
131:11, 132:3,
133:17, 151:4,
152:5, 156:9,
161:13, 168:4,
175:3, 178:21,
179:15, 190:21,
200:2, 234:5,
248:21, 284:9,
288:4, 316:11

**formal**
309:6, 358:4

**formally**
121:11

**former**
186:15, 195:18,
235:21, 237:3,
252:7, 310:3,
325:8, 331:15

**forming**
323:22

**forms**
17:10

**forth**
51:2, 72:1,
92:12, 294:20,
296:4

**fortunately**
178:14, 283:13

**fortune**
244:1, 244:12,
244:15, 248:5,
248:7, 248:9,
248:16

**fortunes**
128:17, 129:4

**forty**
226:6, 378:4

**forty-four**
257:3, 257:4,
257:7

**forty-nine**
348:7, 367:7,
367:8, 367:10

**forty-one**
243:22

**forum**
276:1

**forward**
121:3

**found**
18:20, 27:17,
95:13, 120:1,
128:20, 218:2,
269:10, 288:14,
306:4, 328:4,
334:2

**foundation**
206:11, 206:13,
206:17, 206:19,
266:22, 267:3,
270:8, 270:13,
270:20, 270:22,
273:15

**foundations**
206:8

**founded**
194:17

**founder**
201:9, 268:10

**founders**
272:4

**founding**
321:2

**four**
77:20, 77:21,
83:13, 83:15,
83:19, 83:22,
92:6, 222:8,
243:3, 348:19,
360:16

**fourteen**
222:3

**fourth**
25:17, 264:17

**fradkov**
343:17, 344:20,
345:2, 345:5,
345:11, 345:15,
345:22, 346:19

**fradkov's**
346:4

**franklin**
239:13

**frankly**
50:1, 54:6,
116:9, 125:10,
127:16, 130:6,
134:2, 141:4,
142:6, 146:14,
150:4, 168:19,
169:14, 170:17,
174:16, 188:18,
197:13, 214:11,
225:19, 226:22,
244:6, 268:18,
275:2, 280:13,
287:3, 291:16,
321:4, 346:16

**free**
185:6

**freedompop**
9:11, 197:19,
198:18, 199:9

**fridman's**
6:17, 106:8,
117:22, 286:11

**fridmanmm@gmail**
148:14

**friend**
93:1, 93:3,
93:16, 94:12

**friendly**
232:14

**friends**
63:14, 63:18,
63:20, 64:6,
75:19, 76:2,
91:9, 93:8,
94:2, 94:18,
352:4

**frightening**
144:13, 144:14

**front**
16:6, 172:11

**froze**
24:20, 24:21

**frozen**
72:9, 105:17

**ft**
7:13, 8:10,
127:22, 128:4,

**frankly**
166:8, 166:19,
166:20, 167:3,
167:5, 167:11,
167:22, 168:2,
168:6, 168:16,
169:9, 172:6,
172:19, 174:22,
175:7, 175:18,
200:14, 201:4

**fulfill**
235:13, 373:5

**full**
77:14, 106:1,
286:10, 333:20

**function**
349:12, 349:15

**fund**
11:17, 227:22,
228:2, 264:5,
264:20, 265:19,
266:6, 266:16,
272:15, 272:18,
272:20, 273:9

**funded**
267:10, 339:19

**furniture**
129:7, 129:13,
129:18, 130:2

**further**
30:19, 35:15,
36:21, 380:7,
384:13, 385:22,
386:1

**fusion**
1:8, 378:13,
378:16, 379:11

**future**
294:22

**G**

**g-e-o-f-f-r-e-y**
244:2

**game**
226:18, 294:20

**games**
362:15

**gas**
293:14, 343:1

gather
150:1
gave
34:6, 34:15,
40:2, 146:10,
198:15, 211:17,
211:22, 269:6,
373:1, 381:8
general
4:5, 61:4,
92:7, 132:4,
191:2, 249:13,
249:15, 249:16,
250:4, 251:11,
266:19, 277:7,
295:1, 312:17,
352:2
generally
57:15, 57:17,
57:18, 108:7,
110:1, 145:16,
165:1, 165:6,
195:17, 220:17,
237:14, 249:19,
251:10, 287:16,
300:17, 310:6
genesis
205:15, 206:8,
206:10, 206:13,
206:16, 266:22,
267:3, 268:10,
269:10, 269:13,
269:18, 269:19,
269:21, 269:22,
270:7, 270:13,
270:20, 270:22,
271:9
geoffrey
244:2
german
1:5, 102:1,
158:17, 272:10
germany
195:18
getting
75:12, 83:16
ghost
15:21

gift
130:3
gillespie
4:5, 15:1,
15:13, 18:8,
18:14, 18:17,
24:20, 60:11,
79:14, 87:13,
95:4, 131:1,
166:1, 170:11,
173:10, 173:12,
175:12, 175:16,
176:22, 177:3,
177:10, 177:16,
187:8, 192:9,
193:21, 222:10,
222:14, 257:7,
264:10, 264:14,
325:19, 326:14,
378:5
give
17:17, 91:3,
91:15, 105:8,
105:13, 108:20,
161:1, 161:6,
184:16, 228:5,
344:13, 373:3,
381:13
given
22:20, 122:22,
123:4, 123:5,
123:6, 146:8,
156:6, 189:5,
235:8, 387:5
glenn
1:9, 14:9,
378:13, 378:16,
378:19, 379:6,
379:11
global
8:20, 118:2,
275:12
gm
266:19
gmail
210:5, 214:10,
315:2
go
19:5, 19:14,

28:12, 28:19,
29:2, 29:13,
34:2, 36:2,
36:16, 37:8,
39:15, 79:15,
81:19, 81:22,
82:14, 82:19,
87:4, 90:13,
91:18, 104:21,
122:9, 122:12,
140:13, 140:21,
145:4, 172:4,
189:21, 208:14,
222:11, 222:21,
230:5, 239:1,
257:5, 262:17,
276:20, 281:2,
286:6, 301:17,
348:3, 348:18,
353:13, 364:14,
365:16, 381:13,
383:10
goal
251:6
goals
182:1
god
67:9, 81:18
going
21:16, 26:18,
28:3, 28:15,
29:8, 29:13,
30:16, 53:3,
63:8, 69:2,
69:4, 69:16,
82:3, 89:16,
92:8, 94:21,
101:4, 105:16,
105:22, 110:8,
120:21, 125:17,
148:7, 158:22,
168:10, 182:13,
191:16, 193:5,
196:7, 199:1,
219:1, 226:1,
229:22, 239:2,
242:12, 243:17,
252:22, 279:2,

292:4, 296:3,
301:8, 303:21,
317:9, 326:4,
328:1, 329:2,
330:13, 330:16,
330:17, 342:18,
352:4, 360:11,
366:12, 368:2,
376:20
golden
282:9
gone
72:14, 248:14
good
14:6, 14:7,
16:4, 79:1,
79:2, 118:1,
232:15, 258:20,
284:3, 311:3,
329:10, 334:12,
334:14
governance
118:2
government
22:15, 55:4,
55:5, 55:10,
121:18, 121:20,
122:1, 124:9,
125:3, 133:20,
157:1, 245:3,
245:19, 246:8,
246:20, 249:4,
249:7, 287:6,
287:9, 287:14,
287:16, 287:20,
288:2, 288:15,
289:5, 289:14,
289:20, 295:8,
299:3, 300:12,
304:17, 305:1,
305:12, 306:2,
307:22, 308:3,
308:14, 309:2,
316:9, 317:1,
317:13, 317:19,
317:22, 321:9,
321:21, 322:11,
323:17, 336:19,

336:22, 337:19,
339:19, 340:13,
340:16, 341:1,
341:4, 343:12,
344:13, 347:5,
352:22, 354:4,
370:3, 370:5,
374:16, 374:22,
375:10, 376:8,
376:17
**government-appro-
ved**
338:4
**government-run**
275:20
**governments**
164:13
**govorun**
22:15, 23:2,
43:22, 122:16,
123:2, 374:15,
374:17, 375:5,
375:9, 375:15,
376:4, 376:7,
376:15, 377:4,
382:7, 382:13
**gpa**
143:16
**gpf**
270:20
**gps**
1:9, 378:13,
378:16
**granted**
337:2
**great**
35:11, 258:22
**greedy**
135:17
**grey**
12:5
**groslyn**
293:3
**ground**
26:18, 288:5
**groundless**
134:6
**group**
11:12, 12:9,

21:21, 22:16,
58:5, 59:10,
95:16, 98:15,
101:14, 102:9,
104:9, 121:10,
230:8, 269:11,
269:14, 269:18,
269:19, 270:1,
273:2, 288:3,
288:11, 293:1,
294:11, 320:9,
325:6, 341:11,
341:21, 352:8,
358:8, 363:7,
363:12, 364:16,
365:6, 365:7,
365:20, 366:1,
366:8, 366:11,
369:22, 370:2,
370:4, 370:6
**grow**
137:22
**guarantee**
76:11, 91:11
**guard**
130:6
**guess**
142:8, 242:10,
277:13
**guffawed**
117:22
**guidance**
304:22, 305:10,
305:22
**gump**
203:17, 204:5,
204:7, 204:18,
204:19, 205:1
**gusinsky**
180:9, 362:11
**gutter**
124:13, 125:1,
182:22, 382:11
**guy**
46:20, 86:15,
86:16, 114:19,
135:3, 135:7,
135:21, 173:18,

207:18, 214:6,
220:12, 282:22
**guys**
298:17

---
**H**

---
**haley**
257:11, 257:13
**hand**
388:12
**hands**
282:17, 331:16,
365:2
**handsome**
139:12, 172:18
**happen**
38:6, 124:17
**happened**
169:19, 194:8,
372:7
**happy**
80:1, 220:3
**harassing**
68:5, 80:20
**hard**
141:8, 142:5,
142:18, 216:2,
245:20, 259:15
**harder**
159:19
**harm**
61:5, 61:22,
74:6, 86:22,
88:20, 104:11,
113:14, 115:18,
117:4, 118:5,
118:6, 118:10,
118:17, 118:18,
120:16, 136:21,
137:13
**harmed**
104:2, 112:6,
112:9, 112:11,
112:21, 113:12,
114:14, 115:3,
115:8, 116:17,
120:13
**harmful**
118:9, 118:15

**head**
22:15, 167:2,
177:9, 177:11,
202:3, 206:8,
212:5, 232:9,
323:17, 336:19,
336:21, 343:17,
345:19, 346:1,
346:11, 347:2,
349:10, 349:17,
349:19, 351:11,
374:20, 376:17,
377:5
**heading**
191:21, 253:16
**headline**
169:16, 262:6,
262:12, 279:8
**healing**
273:3
**health**
9:5, 80:5,
187:15
**healthcare**
197:22, 198:3,
198:6, 198:7,
198:10, 198:19,
258:17, 274:2,
277:1
**hear**
24:22, 156:3,
383:11
**heard**
65:14, 71:13,
208:5, 237:9,
255:22, 280:3,
287:4, 308:10,
382:5, 382:10
**hearing**
117:22, 383:4
**heavily**
229:3
**heavy**
228:21, 229:14,
230:8
**held**
327:15, 358:12,
358:14

**help**
17:5, 55:11,
55:20, 56:6,
71:7, 72:6,
100:4, 162:16,
193:6, 193:17,
194:9, 218:10,
218:14, 220:21,
221:3, 221:7,
221:8, 228:2,
228:5, 234:4,
234:18, 250:1,
250:3, 251:3,
252:1, 274:1,
276:9, 283:14,
283:20, 287:10,
289:5, 289:15,
319:13, 319:16,
336:4, 356:16,
356:21, 357:3,
365:1
**helped**
252:5, 291:8
**helpful**
190:7, 252:10,
284:3, 294:21,
357:10
**helping**
212:11, 221:13
**helps**
279:20
**henry**
266:19
**here**
14:7, 19:2,
21:13, 28:4,
30:14, 31:11,
38:11, 38:15,
39:13, 39:18,
61:3, 61:11,
98:19, 100:11,
105:3, 105:13,
106:22, 117:6,
130:15, 141:9,
141:19, 145:13,
145:20, 149:20,
151:17, 163:16,
184:6, 185:11,

191:14, 192:19,
213:21, 218:13,
222:13, 222:18,
227:8, 235:3,
237:2, 239:21,
257:4, 276:21,
279:12, 297:11,
303:14, 306:22,
317:11, 321:20,
329:8, 329:15,
350:3, 372:19
**hereby**
387:2, 388:3
**hereunto**
388:12
**hfacc**
36:8
**hidden**
12:16, 212:21
**high**
144:4, 144:15,
322:11
**highly**
229:3, 326:17
**hill**
297:20
**hill+knowlton**
206:22, 207:7,
207:10
**hillary**
36:8
**himself**
99:4, 365:13
**hippo**
180:20, 180:21,
181:9, 181:11,
181:13, 181:17
**hire**
216:20, 216:22,
221:7, 250:8,
251:2, 251:3
**hired**
136:8, 194:12,
194:14, 194:15,
216:11, 216:15,
216:19, 217:3,
217:15, 221:12,
250:1

**hiring**
44:3, 217:5,
251:7
**historical**
366:4, 366:6,
366:8
**history**
366:5
**hit**
335:1
**hoffman**
11:12, 11:15,
260:14, 261:4,
261:13, 261:15,
262:4, 262:11,
262:15, 262:20,
263:11
**hold**
23:16, 50:3,
50:5, 87:22,
106:18, 123:11,
276:16
**holding**
15:9
**holdings**
10:12
**holds**
242:22
**holocaust**
272:11
**honeymoon**
232:13
**honor**
319:15, 355:12
**hope**
19:4, 62:10,
64:4, 64:17,
64:18, 92:21,
93:4, 93:17,
93:22, 94:3,
94:13, 94:19,
120:10, 254:21,
284:3, 289:13,
289:14, 294:21,
346:3
**hoped**
189:9
**hopefully**
17:13

**hot**
85:1
**house**
12:10, 290:5,
290:8, 290:21,
291:8, 291:14,
292:13, 292:15,
293:3, 295:3,
295:21, 297:8,
297:14, 297:20,
298:6, 298:12,
307:22
**however**
15:11, 228:21
**huge**
65:6, 122:5,
122:7, 164:11,
196:15, 277:5,
337:15, 337:16,
339:7, 339:8,
339:18, 370:17
**human**
167:20, 344:16
**humanitarian**
315:12
**humble**
272:6
**hundred**
92:15, 274:11
**hundreds**
70:19, 90:18

**I**

**i-n-e**
364:12
**idea**
194:18, 197:14,
204:21, 205:3,
234:13, 242:7,
243:14, 312:8,
346:15, 376:18,
377:9, 378:20
**identification**
18:2, 19:8,
19:18, 20:8,
27:5, 28:22,
47:7, 60:7,
88:13, 100:19,

110:11, 116:7,
116:21, 119:12,
125:21, 127:20,
138:19, 145:8,
159:2, 163:9,
165:11, 168:13,
170:5, 171:9,
182:17, 183:20,
187:5, 196:10,
199:4, 210:1,
219:7, 221:21,
224:12, 226:4,
228:13, 230:3,
239:7, 242:15,
243:20, 253:4,
253:9, 254:13,
256:22, 260:20,
261:22, 263:22,
268:3, 274:16,
279:5, 286:3,
292:7, 301:11,
304:2, 313:8,
325:16, 328:17,
348:13, 371:5
**identify**
21:7, 186:17,
276:10
**illegal**
96:4, 96:22,
97:11, 212:21,
217:1
**illegally**
77:9
**illicit**
22:18
**image**
51:1, 51:2,
53:12, 234:18,
249:20, 250:9,
250:21, 250:22,
251:1, 251:19,
292:1
**immediate**
338:3
**immediately**
38:5, 38:21,
52:22, 82:2,
181:14, 201:20,

337:21, 339:5,
339:17
**impact**
67:7, 81:11,
92:10, 92:11,
92:16, 92:17,
118:9, 251:1,
383:2
**implications**
83:5
**impolite**
356:12
**importance**
355:16, 356:18
**important**
51:1, 53:11,
53:20, 54:16,
159:15, 194:20,
258:10, 284:14,
293:21, 294:3,
294:13, 303:18,
309:9, 309:11,
314:19, 314:20,
330:12, 342:19,
355:14
**imposed**
86:16
**impossible**
90:15
**improperly**
162:15, 164:11
**impropriety**
118:22, 120:5
**improve**
234:17, 234:18,
251:19
**in-person**
299:14
**inaccurate**
141:3, 229:7
**inadvertently**
74:10
**inc**
36:8, 37:9
**include**
90:6, 95:20,
97:13, 107:19,
193:12, 252:18,

258:15, 266:16,
281:19, 282:1,
282:4, 304:21,
327:3
**included**
90:3, 116:11,
142:17, 160:4,
162:14, 226:11,
264:9, 271:3
**includes**
17:9, 97:10,
279:21
**including**
29:20, 36:6,
50:19, 160:15,
198:10, 198:12,
222:17, 234:14,
234:15, 241:13,
300:1, 308:9
**incompletely**
46:6
**incorrect**
143:2, 277:17,
335:8, 335:13,
341:19, 343:13
**increase**
170:14
**increased**
137:17, 142:1
**independent**
315:14
**index**
304:20
**india**
258:17
**indicate**
218:16
**indicates**
73:3, 139:17,
243:2
**indicating**
265:17, 292:15
**indication**
297:13
**indigo**
8:21
**indirect**
23:1

**individual**
27:11, 45:4,
59:14
**individuals**
36:19, 233:10,
250:18, 356:16
**industrialists**
357:19
**industries**
352:1
**industry**
198:6, 198:7
**inevitably**
86:11, 86:18,
250:19
**inference**
317:6
**influence**
160:1, 382:18,
383:7
**influential**
259:2, 259:13,
259:20, 366:9
**inform**
284:15
**informal**
126:21
**information**
5:19, 10:20,
23:16, 23:18,
23:21, 32:18,
32:20, 33:20,
34:1, 34:17,
34:18, 35:7,
35:20, 35:22,
36:4, 36:13,
37:13, 38:22,
39:19, 40:5,
40:10, 41:20,
42:21, 43:14,
43:15, 43:19,
44:1, 45:2,
45:9, 45:12,
45:13, 45:14,
62:12, 62:14,
62:18, 62:19,
64:11, 64:21,
70:2, 70:5,

72:7, 75:12,
76:4, 77:4,
86:10, 86:19,
89:12, 89:17,
101:3, 102:20,
136:14, 136:19,
143:2, 143:4,
149:17, 201:1,
211:15, 213:7,
218:10, 218:13,
242:4, 280:14,
299:22, 344:13,
345:21
**initial**
6:13, 7:17,
88:17, 145:3,
251:6
**initially**
270:4
**initiate**
247:11
**initiated**
273:8, 275:22,
370:8
**initiative**
247:3, 332:3
**initiatives**
205:16
**innovation**
266:12
**inroads**
193:6, 193:17,
194:10
**insignificant**
44:4
**inspection**
5:20
**instability**
8:20
**instance**
63:3, 65:9,
66:13, 142:10,
233:13
**institute**
324:2
**institutional**
228:17, 229:11
**instruct**
154:16

**insurance**
293:14
**intelligence**
5:12, 19:22,
343:21, 343:22,
344:7, 344:12,
344:17, 344:18,
347:3, 347:8,
347:11, 347:14,
374:7
**intellinews**
116:17, 118:4,
182:20, 182:22,
183:7, 183:11,
286:9, 287:2,
287:5
**intended**
56:21
**interaction**
46:8
**interest**
46:13, 54:22,
57:7, 61:7,
82:8, 131:19,
212:14, 235:10,
236:19, 237:5,
308:18, 331:13,
384:1, 388:10
**interested**
135:18, 156:14,
201:17, 308:20
**interesting**
65:18, 171:4,
201:16, 330:9
**interests**
235:3, 236:1,
236:21
**interfere**
96:4, 315:11
**interference**
178:18, 179:9,
179:13, 179:21
**interfering**
97:15
**internal**
331:17
**international**
6:7, 7:8, 8:4,

9:17, 47:12,
119:17, 176:6,
195:16, 195:20,
275:15, 275:18,
318:10, 318:13,
382:22
**internationally**
122:6, 282:19,
283:6, 283:12
**internet**
37:11, 38:17,
41:12, 42:5,
42:9, 86:3,
243:9
**interpret**
23:15, 37:3,
102:21
**interpreted**
37:22
**interrogatories**
5:17, 6:5,
6:12, 20:13,
28:17, 60:19,
84:18, 87:6,
95:2, 281:3
**interrogators**
281:20
**interrogatory**
21:6, 25:8,
29:9, 40:18,
41:15, 42:8,
60:22, 62:7,
87:16, 95:12,
105:3, 281:6,
282:2
**interrupt**
189:22
**interrupted**
106:2
**intervene**
63:9, 77:8
**interview**
34:6, 127:10,
161:8, 161:10,
166:15, 166:16,
166:17, 167:4,
167:11, 169:13,
170:18, 170:20,

173:7, 183:13,
187:12, 188:3,
188:10, 199:18
**interviewed**
183:8, 183:11,
187:16, 193:1,
199:11
**interviewing**
174:1
**interviews**
160:6, 160:22,
161:5
**intimate**
80:17
**intimately**
81:3, 81:7
**intimidated**
115:2, 115:7
**intimidation**
116:12
**introduce**
291:4, 296:2,
328:2
**introduced**
101:1, 188:7,
312:7
**introduction**
277:13, 308:20
**introductory**
352:6
**intrusive**
68:5, 80:21
**invented**
12:18
**invest**
66:16, 197:15,
197:18, 197:21,
234:8, 234:11,
234:13, 294:2
**invested**
198:2, 198:3,
198:15, 198:16,
234:12, 293:15
**investigate**
216:12
**investigating**
133:21, 133:22,
134:9

investigation
10:9, 120:18,
120:19, 133:6,
133:10, 133:11,
133:15, 133:19,
134:18, 134:19,
136:11, 136:15,
217:17, 218:14,
218:17, 218:21
investigations
136:3
investigators
134:8, 136:6
investing
198:9
investment
9:5, 66:14,
66:18, 66:19,
66:22, 187:14,
194:19, 199:20,
230:13, 234:19,
235:1, 294:22,
315:13
investments
193:18, 198:18,
199:22, 200:9
investor
195:18, 228:17,
229:12, 294:1
invitation
232:3, 232:6,
319:19
invite
319:13, 356:5
invited
156:13, 324:18,
355:18, 356:11,
358:6, 373:13
involve
182:4
involved
240:19, 318:18,
359:15
involvement
112:16, 359:19
involves
302:14
ipoc
380:1

irresponsibility
114:8
isolationism
185:9, 185:15
israel
267:5, 267:8,
268:20
israeli
74:18, 74:21,
75:2, 75:7,
266:13, 267:6,
267:12
issue
49:13, 57:14,
57:20, 58:6,
89:10, 89:21,
104:6, 212:15,
214:8, 306:7,
350:9, 351:22,
352:1
issued
147:5
issues
304:21, 305:10,
307:1, 316:2,
330:10, 359:22
item
51:16
iteration
236:17
itself
62:7, 191:7,
236:1, 237:5,
316:20
itzhak
267:1, 271:19
ivanov
349:18

**J**

jackson
257:6, 257:8
january
30:9, 30:10,
32:6, 32:17,
37:9, 38:9,
49:1, 70:11,
110:20, 112:4,

112:15, 262:5,
382:4
jazz
70:16, 70:18,
70:19, 71:4
jeff
239:11, 239:15,
239:16
jerusalem
267:15, 268:7,
268:12, 268:16,
268:19, 269:1,
269:5, 269:8
jew
270:10
jewish
11:18, 267:5,
267:9, 270:5,
270:11, 272:15,
273:1
jews
270:2, 270:4,
270:5
job
1:20, 220:12,
287:13, 298:22,
313:3, 334:16
john
3:6, 35:15,
125:9, 310:7,
311:12, 311:16
johnson
258:16
joined
323:14
joint
119:5, 174:5,
232:10, 233:7,
359:2, 359:22
jointly-held
173:3
jones
34:10, 65:14,
70:1, 70:4,
70:6, 71:4,
79:5, 90:4
josh
14:8, 16:10,

26:14, 41:2,
152:5, 319:21
joshua
3:13
journal
262:6, 263:7,
301:14, 301:18,
302:4, 303:14,
379:19, 380:3,
384:19, 385:3
journalist
59:21, 59:22,
86:7, 167:19,
187:20, 192:20,
192:22, 213:2,
213:20, 214:20,
215:6, 215:21,
225:21
journalists
160:5, 232:16,
235:6, 286:15
journey
299:20
judges
115:2, 115:7,
116:12, 131:4
judgment
259:15, 312:15,
312:16, 312:21
judgments
130:18
judin
11:11
july
120:11, 121:2,
187:11, 262:16
june
268:7, 301:13
jury
70:21, 71:5
justice
113:9, 114:7,
132:9, 282:15,
283:1

**K**

katerina
78:7

keep
89:16, 296:16,
296:18, 310:15,
326:4
kennedy
11:16, 66:2,
74:11, 74:12,
74:15, 74:16,
75:2, 75:4,
75:9, 75:15,
264:3, 264:4,
264:19, 265:4,
265:17, 265:21,
266:7, 266:14
keynote
254:3, 254:18
kgm
344:3, 344:6
khan
1:5, 55:4,
102:1, 158:17,
187:13, 209:6,
213:10, 231:20,
272:10, 324:1,
357:3
kids
63:3, 273:3
killed
181:10
killing
181:10
kinds
249:4
kiperman
91:19, 92:3,
92:22
kkr
266:20
kleptocracy
157:16
knesset
267:6
knew
36:18, 39:16,
240:15, 314:17,
323:6, 323:10,
379:3
knowing
82:4, 164:12

knowledge
42:20, 43:4,
55:18, 75:14,
75:18, 88:20,
89:8, 89:13,
89:18, 90:5,
117:1, 195:20,
240:12, 277:18,
277:19, 278:12,
288:9, 306:10,
336:18
knowledgeable
195:15, 289:17,
330:8
known
33:21, 36:18,
104:7, 190:13,
190:22, 191:2,
191:5, 192:2,
194:21, 225:12,
261:9, 282:20,
283:6, 283:12,
323:5, 369:22
knows
52:16, 86:15,
118:8, 235:7
kraft
271:4
kramer
35:11, 35:13,
35:14
kravis
266:20
kremlin
11:14, 157:21,
162:16, 176:9,
176:14, 180:10,
180:14, 229:15,
233:20, 234:2,
248:19, 262:7,
287:11, 304:6,
304:7, 304:10,
304:11, 322:14,
323:13, 335:1,
341:14, 341:15,
343:10, 349:2,
377:6
kremlin's
334:12, 334:14,

334:22, 343:13
kremlin-alfa
21:21, 95:16
kremlin-orchestr-
ated
96:4, 96:22,
97:11
kuzmichev
324:1

## L

lack
81:8
ladd
11:11
language
14:21, 15:1,
15:2
large
22:17, 163:20,
164:10
largest
206:12, 230:12,
230:17, 275:7,
360:18, 360:22
larisa
78:6
larry
290:13, 290:15
last
61:14, 62:8,
85:22, 93:9,
93:11, 101:20,
107:11, 177:19,
280:18, 288:16,
290:6, 292:19,
305:21, 323:2,
326:19, 327:22,
328:4, 334:2,
340:13, 340:16,
340:19, 342:11,
350:16, 358:14,
385:18
lasted
218:21
lasting
86:1
lastly
22:12

later
33:5, 33:12,
34:19, 40:8,
40:11, 41:18,
103:16, 125:6,
130:22, 196:3,
204:13, 232:17,
232:19, 316:5,
322:20, 370:16
law
126:22, 131:20,
131:22, 132:2,
134:7, 134:10,
136:13, 369:9,
369:10
lawmakers
299:11
lawsuit
14:10, 19:12,
19:21, 20:2,
23:9, 23:12,
26:15, 40:13,
62:4, 68:12,
68:21, 73:13,
73:19, 75:22,
83:20, 99:11,
99:16, 107:1,
109:8, 109:10,
109:19, 111:12,
114:14, 114:22,
117:6, 154:21,
155:9, 155:20,
156:8
lawsuits
43:20
lawyer
23:14, 24:9,
24:12, 26:2,
32:12, 35:7,
35:20, 40:9,
47:22, 73:8,
111:3, 155:11,
163:17, 164:2,
164:9, 167:19,
222:15, 368:20,
380:18
lawyers
24:1, 24:2,

27:11, 36:15,
44:9, 48:10,
53:21, 72:5,
75:11, 100:6,
136:8, 146:16,
149:18, 154:22,
155:1, 156:16,
156:19, 156:20,
167:13, 167:17,
210:3, 219:10,
224:17, 313:12
**lead**
41:16, 203:8,
203:11, 204:19
**leaders**
11:4
**leading**
118:3
**leaning**
326:12
**learn**
30:1, 31:18,
33:14, 34:12,
35:2, 35:4,
35:16, 36:9,
37:1, 37:16,
38:2, 38:13,
38:14, 39:22,
85:10
**learned**
30:18, 31:1,
32:8, 34:20,
38:10, 262:12
**least**
64:20, 76:4,
91:14, 97:6,
113:1, 244:17,
300:19, 317:16,
332:4
**leave**
343:4
**lecture**
175:19, 181:6,
319:4, 319:10,
319:17, 319:18,
319:19, 381:1,
381:8, 381:11,
381:15, 381:18,

381:22
**ledyard**
3:7
**left**
245:3, 323:3,
323:12, 340:20,
343:6, 373:17
**legal**
22:8, 23:17,
26:1, 37:4,
73:21, 85:14,
111:6, 112:2,
115:12, 130:17,
132:8, 133:16,
134:20, 152:6,
154:11, 155:1,
156:13, 204:9,
212:14, 269:16,
350:9
**legendary**
71:4
**legible**
171:17
**legislation**
351:21
**legislative**
307:19
**legislators**
301:21, 302:5,
303:10
**lehman**
337:17, 338:22,
339:3
**leonid**
245:1
**less**
141:5, 181:3,
215:1, 342:9
**lessons**
262:12
**let's**
34:2, 35:9,
36:2, 36:16,
37:8, 75:4,
77:5, 78:1,
82:7, 83:22,
86:7, 118:13,
130:3, 142:13,

156:14, 168:7,
188:5, 188:7,
203:21, 205:19,
207:20, 212:21,
213:6, 217:1,
217:2, 232:13,
267:8, 267:9,
270:8, 275:14,
276:17, 276:18,
290:2, 290:12,
294:19, 311:15,
318:20, 320:1,
321:20, 324:7,
340:2, 341:5,
341:6, 352:4,
352:21, 355:16,
356:18, 367:22,
377:15, 377:16
**letter**
203:6, 240:9,
289:21, 291:7,
336:5, 337:3,
337:6, 338:12,
339:10
**letterone's**
153:12, 193:12,
298:11
**level**
114:8, 353:2
**leveled**
164:14
**levels**
322:11
**liar**
135:10
**liberal**
366:22
**lichtblau**
5:18, 27:12
**lie**
64:22, 71:17,
77:15, 226:17
**life**
79:9, 80:17,
81:12, 92:11,
92:18, 108:7,
136:1, 179:17,
181:5, 182:6,

221:11, 224:7,
318:20
**lifeline**
272:17, 272:20,
272:21, 273:1,
273:14
**lifetime**
272:19
**likely**
14:18
**likened**
180:18
**likes**
143:5
**limited**
110:19, 111:5,
145:14
**line**
47:19, 102:16,
104:1, 236:6,
264:15, 264:16,
264:17
**link**
297:16
**linked**
229:1, 244:22,
302:18, 320:18
**links**
245:4, 349:2
**lipton**
293:3, 293:7,
293:19
**list**
12:10, 90:15,
335:1
**listed**
21:13, 28:4,
42:8, 210:20,
213:21, 269:1,
281:6, 282:8
**listen**
77:8, 190:3,
237:12, 330:10,
345:14, 352:7
**listening**
352:20
**lists**
89:4, 306:14

literal
98:1
literally
97:5, 97:19,
97:21
litigation
53:8, 64:20,
100:2, 109:14,
132:14, 147:4,
154:18, 156:15,
160:7, 167:18,
204:5, 204:16,
245:13, 246:9,
246:12, 247:9,
247:11, 247:13,
247:14, 247:16,
248:4, 285:7,
286:20
little
119:21, 171:17,
217:22, 276:20
live
67:22, 381:17
lives
128:17, 129:5
living
259:14
llc
1:8, 14:10
lloyd
7:11, 125:9,
127:2
llp
3:7, 3:15, 4:4,
36:6
loan
337:22, 338:17,
339:17, 340:3,
370:12, 372:11,
372:20, 373:12
loans
370:1, 370:2,
370:19
lobby
256:12, 257:15
lobbying
10:11, 12:13,
242:20, 242:21,

256:17, 256:18,
259:2, 259:14,
259:21, 260:3,
260:5, 304:14,
304:16, 304:21,
305:9, 306:7
lobbyists
11:9, 306:15
local
127:15, 129:6,
259:18, 354:14
locally
122:6
located
145:16
logic
122:3
london
143:17, 144:4,
145:17, 149:20,
188:6, 227:9,
230:19, 232:2
londongrad
7:5, 8:18,
183:3
long
85:22, 266:1,
266:3, 266:4,
266:5, 277:8,
323:5, 323:11,
342:12, 360:21,
360:22
long-term
203:5
longer
25:19, 26:5,
26:10, 265:18,
300:18, 335:21
look
17:1, 17:4,
27:9, 35:9,
39:4, 47:18,
53:10, 61:14,
63:8, 84:21,
89:2, 111:1,
117:18, 118:19,
138:2, 142:6,
173:1, 194:6,

198:22, 227:18,
242:11, 257:19,
260:17, 263:18,
267:21, 286:15,
304:4, 304:15,
321:12, 323:6,
326:11, 334:15,
334:20, 342:16,
354:10, 359:13,
362:17, 367:4,
367:9, 367:11
looked
219:13
looking
16:5, 16:8,
16:11, 16:14,
16:20, 95:14,
96:1, 104:22,
134:20, 134:22,
168:21, 174:8,
184:22, 191:14,
218:13, 315:4,
381:3
looks
20:18, 25:16,
61:15, 128:12,
128:16, 129:3,
148:12, 210:4,
218:19, 268:8,
280:13, 287:18,
328:19
lord
359:5, 360:4,
370:11, 371:11,
372:7, 373:20,
373:22, 374:2
lose
80:3
loss
74:4
losses
73:4
lost
73:13, 83:11,
114:16, 114:21,
128:17, 129:4,
376:14, 376:22
lot
23:18, 32:18,

33:6, 33:22,
35:22, 43:10,
45:10, 51:9,
53:14, 63:14,
64:7, 65:5,
65:7, 67:3,
71:7, 76:9,
77:5, 81:10,
81:13, 82:3,
91:8, 124:12,
132:13, 135:13,
157:5, 176:6,
187:21, 198:9,
210:22, 213:7,
216:3, 221:7,
223:7, 245:11,
249:14, 260:2,
270:1, 275:8,
277:21, 278:14,
285:14, 293:15,
293:17, 294:6,
300:5, 300:6,
323:8, 362:13,
382:11, 382:12,
383:22, 384:1
loud
285:12
low
23:1
lower
314:2
luck
258:20
lunch
7:12, 7:13,
8:9, 127:22,
128:4, 166:8,
168:16, 169:9,
172:6, 173:21,
201:4
lviv
381:15

---
                    M
---
made
26:14, 33:22,
35:21, 54:20,
55:2, 56:11,

74:20, 111:4,
113:3, 114:20,
124:9, 124:13,
129:16, 155:3,
155:22, 159:5,
162:15, 164:6,
174:15, 174:19,
175:19, 199:22,
200:8, 217:20,
234:17, 254:8,
255:15, 256:2,
267:4, 267:17,
272:4, 281:15,
296:8, 338:6,
339:13, 381:11,
381:15, 381:18,
383:13, 383:18
**magazine**
34:10, 139:16,
186:5, 244:2,
244:12, 244:15,
248:6, 248:7,
248:10, 248:16
**magnitsky**
300:22, 301:4,
302:13, 303:2,
303:16, 304:6
**mail**
210:17, 240:2,
240:4
**main**
211:9, 344:3
**mainstream**
118:21, 120:4,
163:21
**maintaining**
26:19
**majority**
233:9, 233:15
**make**
16:13, 21:17,
24:13, 28:9,
28:10, 29:11,
65:12, 70:22,
71:7, 74:22,
75:1, 76:14,
83:18, 101:4,
116:1, 116:19,

147:13, 148:8,
154:17, 154:20,
155:5, 159:19,
163:6, 170:2,
171:7, 174:12,
174:14, 183:18,
193:6, 193:17,
193:18, 194:10,
196:7, 213:4,
228:11, 238:14,
241:21, 245:20,
251:20, 259:15,
271:14, 272:7,
308:17, 309:6,
317:9, 317:10,
332:6, 352:21,
353:22, 365:3,
367:1, 384:10
**makes**
54:11, 54:13,
200:1, 241:9,
271:13, 316:13
**making**
108:7, 161:10,
164:10, 174:17,
254:18, 271:11,
272:2, 272:3,
281:14, 286:16,
352:3, 352:9
**malicious**
159:13
**man**
347:4, 375:6
**managed**
181:4
**management**
357:14, 358:10,
358:19
**manager**
44:4
**managers**
71:2, 114:8
**managing**
210:20, 213:21
**mandiant**
216:12, 216:13,
216:15, 216:19,
216:20, 217:3,

217:9, 217:13,
217:16, 218:1,
218:7, 218:12,
218:14, 218:16
**many**
23:21, 50:18,
51:3, 83:11,
85:3, 93:1,
93:7, 127:11,
128:17, 129:4,
135:9, 144:1,
160:22, 161:5,
162:6, 172:20,
185:19, 196:5,
204:8, 204:9,
213:3, 245:10,
249:10, 255:14,
270:6, 290:14,
295:15, 309:21,
310:8, 314:10,
332:16, 333:15,
334:3, 337:13,
337:18, 338:5,
338:11, 339:11,
342:10, 350:11,
361:22, 372:13
**marat**
67:18, 67:20,
67:21
**march**
140:17, 140:19,
141:15, 171:19,
313:13, 314:22,
361:15, 374:7
**margin**
338:2
**maria**
279:11, 279:12,
279:16, 279:22
**mark**
17:21, 19:6,
19:16, 20:6,
27:3, 28:20,
60:5, 100:16,
110:8, 119:10,
125:14, 127:18,
138:14, 145:5,
165:8, 182:13,

199:1, 229:22,
254:4, 261:19,
267:22, 286:1,
329:12, 371:2
**marked**
18:1, 19:7,
19:17, 20:7,
27:4, 28:21,
47:6, 60:6,
88:12, 94:22,
100:18, 110:10,
116:6, 116:20,
119:11, 125:18,
125:20, 127:19,
138:18, 145:7,
159:1, 163:8,
165:10, 168:12,
170:4, 171:8,
182:16, 183:19,
187:4, 196:9,
199:3, 210:1,
219:6, 221:20,
224:11, 226:3,
228:12, 230:2,
239:6, 242:14,
243:19, 253:3,
253:8, 254:12,
256:21, 260:19,
261:21, 263:21,
268:2, 274:15,
279:4, 286:2,
292:6, 301:10,
304:1, 313:7,
325:15, 328:16,
332:12, 348:12,
371:4
**market**
294:18, 337:16,
338:1, 339:5,
356:20, 366:22
**markets**
185:7
**martin**
220:6, 220:7,
223:12, 223:15,
223:21, 225:7
**mary**
118:3, 266:17

**massive**
338:10
**mastery**
190:13, 192:1,
192:14
**material**
41:16
**materials**
16:14, 16:18,
16:19, 145:18,
285:14
**matter**
65:13, 111:7,
114:5, 146:18,
167:18, 184:13,
194:3, 218:11,
225:16, 350:8,
356:18
**matters**
111:6, 325:11,
341:13
**matthew**
3:4
**maybe**
15:21, 35:7,
35:20, 35:21,
64:20, 82:20,
82:21, 83:4,
86:14, 86:15,
91:16, 112:18,
116:14, 160:18,
160:20, 162:7,
162:12, 166:22,
204:12, 204:13,
205:14, 207:5,
207:9, 212:4,
230:16, 237:22,
258:2, 265:11,
265:12, 274:12,
275:5, 277:7,
279:14, 282:4,
296:11, 303:5,
303:15, 303:18,
327:13, 329:1,
329:22, 331:8,
338:16, 350:5,
375:12, 377:16
**mayor**
22:19

**mccain**
35:15
**mcfaul**
310:7
**mean**
23:8, 28:14,
41:4, 41:5,
41:6, 41:8,
44:18, 55:16,
55:17, 56:22,
57:15, 59:19,
60:16, 63:19,
64:10, 74:19,
76:16, 79:8,
80:17, 80:18,
83:18, 97:18,
97:19, 98:2,
98:10, 99:22,
100:2, 100:13,
100:21, 103:8,
104:8, 108:7,
109:9, 109:13,
112:13, 112:22,
121:6, 125:1,
128:5, 129:15,
132:5, 132:6,
134:12, 135:2,
142:6, 153:14,
157:4, 158:13,
161:17, 161:20,
167:6, 181:19,
181:21, 185:13,
198:4, 200:3,
200:10, 201:14,
203:1, 203:18,
217:15, 221:5,
221:6, 223:17,
227:18, 227:19,
238:4, 238:6,
240:2, 257:2,
257:20, 258:8,
260:12, 275:3,
277:4, 281:1,
281:13, 285:1,
298:14, 298:15,
308:6, 310:14,
312:21, 314:5,
321:10, 331:5,

337:9, 350:21,
351:21, 359:12,
364:15, 369:10,
372:18, 380:2
**meaning**
21:11, 32:13,
85:14, 97:6,
176:2, 180:20,
190:2, 221:10,
316:19, 366:19
**meanings**
37:4
**means**
27:18, 48:17,
55:15, 56:13,
56:18, 56:21,
56:22, 57:1,
85:17, 96:14,
99:22, 123:16,
124:2, 174:16,
289:1, 351:3,
351:5
**meant**
190:4
**measure**
76:7, 103:18
**measuring**
76:14
**media**
29:19, 33:6,
34:20, 35:5,
35:8, 35:21,
40:8, 41:5,
44:12, 44:22,
45:11, 46:21,
49:14, 57:20,
58:7, 58:13,
59:4, 59:6,
59:15, 85:3,
85:18, 104:2,
104:14, 112:10,
115:7, 118:21,
120:4, 124:8,
143:5, 157:9,
157:15, 157:19,
158:2, 158:6,
158:10, 158:11,
160:15, 160:17,

160:22, 161:5,
162:4, 163:21,
176:3, 188:7,
202:3, 208:1,
211:1, 212:5,
220:10, 220:12,
220:21, 221:4,
221:8, 221:13,
223:1, 235:1,
235:5, 249:1,
278:15, 283:14,
283:20, 283:22,
284:6, 284:11,
284:13, 284:15,
284:18, 284:21,
285:2, 285:3,
285:15, 332:3,
353:16, 353:19,
382:17, 383:5,
383:22, 384:1,
385:11
**media's**
251:4
**medias**
382:22
**medical**
81:15
**medvedev**
246:4
**meet**
10:14, 14:13,
14:15, 167:10,
167:21, 225:15,
244:3, 285:2,
290:3, 290:19,
293:2, 298:6,
308:3, 308:17,
310:9, 310:21,
311:5, 311:16,
311:21, 343:3,
345:2, 349:9,
349:20, 356:9,
360:4
**meeting**
35:10, 50:3,
50:6, 50:7,
51:14, 54:4,
60:2, 160:5,

171:5, 187:22,
288:15, 289:14,
289:19, 291:1,
291:4, 291:21,
293:5, 293:20,
295:3, 295:22,
298:17, 299:10,
300:3, 312:10,
350:12, 353:3,
353:4, 354:7,
355:4, 356:11,
356:13, 356:15,
357:10, 357:17,
358:2
**meetings**
51:7, 51:9,
51:20, 52:17,
53:7, 54:1,
54:8, 287:6,
287:9, 289:4,
290:4, 290:8,
291:8, 291:14,
295:6, 295:10,
295:21, 296:2,
296:5, 297:19,
297:20, 299:12,
299:14, 301:5,
307:1, 307:4,
307:15, 307:21,
308:1, 308:5,
308:12, 308:14,
309:2, 309:5,
310:2, 314:18,
321:5, 327:2,
330:1, 351:9,
351:19, 352:11,
352:14, 352:17,
353:14, 354:8,
355:7, 355:12,
355:18, 356:9,
357:12, 357:15,
357:21, 358:22,
359:3, 359:4,
359:8, 359:9,
359:16
**megaphone**
245:15, 247:7,
284:21, 379:22,

384:18, 385:3
**member**
59:9, 113:16,
113:22, 195:13,
292:22, 318:19,
318:21, 319:15,
321:6, 335:16
**members**
11:17, 29:19,
41:4, 41:5,
44:11, 59:15,
233:18, 253:21,
266:15, 291:10,
298:7, 298:12
**memo**
147:5, 308:1,
335:6
**memoir**
370:11, 371:11,
372:7
**memoranda**
52:3, 54:3,
261:9, 308:4,
308:6, 308:7,
308:11, 308:13
**memorandum**
39:5, 39:6,
163:19, 309:1
**memorial**
272:12
**memory**
43:22, 217:8
**men**
376:7
**menace**
175:14
**mention**
52:15, 64:13,
67:4, 76:1,
84:3, 90:12,
90:14, 90:21,
91:10, 95:6,
96:9, 96:12,
96:13, 96:21,
98:8, 98:9,
117:3, 117:5,
117:8, 122:20,
123:15, 132:6,

143:16, 175:11,
181:19, 184:13,
185:3, 185:21,
193:14, 218:5,
240:16, 294:6,
379:9, 380:4,
382:13
**mentioned**
39:1, 51:3,
51:12, 51:13,
71:12, 90:2,
115:10, 117:2,
144:12, 160:10,
160:12, 162:12,
167:1, 198:21,
201:21, 208:17,
209:8, 217:1,
217:14, 260:10,
260:11, 265:3,
265:21, 282:22,
285:13, 290:7,
299:8, 374:6,
381:10
**mentioning**
86:5, 113:20,
121:7, 175:18
**mentions**
241:19
**meredith**
3:5
**merger**
231:11, 231:14,
232:8
**message**
253:16, 301:21,
302:5, 303:10
**messages**
17:10
**met**
135:21, 167:13,
167:22, 173:21,
187:19, 196:4,
196:5, 289:1,
290:11, 290:20,
291:1, 293:6,
295:17, 298:1,
298:4, 298:9,
298:12, 300:1,

307:9, 307:17,
309:16, 309:17,
309:20, 309:22,
310:4, 310:5,
310:6, 310:12,
311:1, 311:15,
311:20, 312:2,
312:11, 314:8,
314:11, 315:6,
316:5, 318:5,
327:6, 342:5,
342:8, 345:3,
347:16, 348:21,
348:22, 349:5,
349:6, 351:8,
360:16
**mexico**
185:17
**mfoffice@alfa-ba-
nk**
150:10
**mfridman@alfa-ba-
nk**
148:10, 152:2
**mfridman@lettero-
ne**
148:17
**michael**
18:15, 271:5,
271:19
**mid**
324:14
**middle**
257:10, 276:21
**might**
104:16, 104:18,
224:5, 277:21,
316:14
**mike**
310:6
**mikhail**
1:4, 1:13, 2:1,
5:2, 6:17, 7:4,
7:14, 7:15,
7:19, 8:10,
8:11, 8:13,
8:17, 9:10,
10:8, 11:4,

Transcript of Mikhail Fridman
Conducted on November 17, 2020

134

12:8, 12:12,
12:21, 13:4,
14:2, 59:8,
114:3, 126:15,
128:5, 165:20,
166:9, 169:9,
169:17, 183:2,
199:8, 203:19,
220:2, 222:11,
241:13, 301:14,
343:17, 387:2
**milburn**
3:7
**million**
113:10, 197:15,
197:18, 199:8,
256:12, 256:14,
257:15, 257:21,
259:8, 269:20,
270:12, 270:19,
274:6, 274:8,
274:12, 276:8,
276:22, 277:9,
278:8, 372:15,
373:1
**millions**
63:15, 64:12,
76:16, 90:17
**mind**
76:6, 86:13,
86:18
**minds**
289:12
**mine**
68:21, 93:1,
221:10
**minister**
227:9, 231:3,
232:8, 245:2,
245:14, 245:19,
246:1, 246:20,
247:18, 267:5,
267:12, 271:17,
284:22, 285:4,
285:13, 344:20,
345:4, 345:6,
345:11, 345:16,
351:11, 358:22,

361:12, 361:14
**ministers**
353:1
**minority**
113:17, 233:10
**minuscript**
119:22
**minute**
105:13, 377:16
**minutes**
51:19, 51:22,
53:22, 72:15,
138:5, 138:8,
319:22, 377:17
**mischaracterizes**
26:7
**misinformation**
46:6
**missed**
299:20
**mississippi**
11:8, 257:17
**mistake**
276:15, 277:3,
277:12, 277:13,
278:4
**mix**
288:12
**mixture**
286:16
**mobile**
152:14
**modern**
74:21
**modification**
111:5
**modified**
110:19
**mom**
63:6
**moment**
115:13, 189:5,
241:1
**money**
129:6, 129:13,
130:1, 158:3,
162:15, 164:6,
164:11, 198:15,

221:7, 228:5,
229:9, 256:8,
257:3, 258:4,
265:13, 269:17,
277:6, 278:5,
334:8, 336:12,
338:8, 369:14,
370:17, 372:22,
373:6, 373:13,
373:16
**month**
141:16, 340:2
**months**
338:8
**moral**
68:15, 77:5,
166:12
**more**
61:6, 71:7,
75:12, 113:5,
124:22, 131:19,
137:3, 138:8,
141:5, 162:7,
165:1, 171:17,
181:3, 195:17,
215:1, 218:9,
218:13, 221:18,
237:14, 272:6,
289:15, 289:17,
290:2, 290:7,
295:1, 300:15,
306:12, 309:8,
319:2, 352:6,
353:2, 365:21,
365:22
**morning**
14:6
**moscow**
117:21, 122:7,
149:21, 150:15,
150:19, 181:6,
244:18, 279:17,
310:14, 310:16,
311:16, 311:20,
314:15, 320:14,
372:14
**moscow-based**
118:3, 257:14,

320:5, 320:11
**most**
80:5, 173:5,
181:8, 181:9,
228:20, 229:1,
259:1, 259:13,
259:16, 259:20,
270:10
**mostly**
220:18, 291:2
**mother**
34:9, 79:8
**mother's**
67:12
**motion**
297:5
**motors**
266:19
**move**
317:11
**movement**
332:10, 333:21
**much**
22:22, 73:9,
82:12, 98:5,
101:8, 124:22,
137:22, 140:10,
142:22, 143:3,
158:2, 167:6,
194:13, 194:16,
202:4, 202:10,
202:13, 204:22,
206:19, 214:15,
242:5, 243:14,
244:17, 256:8,
256:16, 257:3,
260:8, 278:5,
281:16, 290:1,
290:2, 321:22,
330:15, 348:1,
365:21, 365:22
**mueller**
136:19
**munich**
275:14
**murder**
178:13, 178:14
**muse**
3:15, 4:4

musician
70:19
musicians
70:17, 71:8
must
121:18, 271:17
mutual
111:8
myself
49:15, 55:8,
67:18, 111:9,
140:10, 154:6,
170:19

### N

n-a-s-h-i
229:15, 332:1
name
14:8, 38:22,
50:12, 63:19,
64:10, 64:13,
65:14, 65:15,
66:3, 67:4,
67:12, 67:17,
71:4, 71:6,
74:13, 76:1,
91:10, 91:22,
95:20, 115:10,
116:10, 117:2,
117:3, 117:9,
117:14, 121:8,
123:9, 144:5,
144:7, 150:1,
160:9, 201:21,
208:6, 241:10,
241:19, 241:22,
249:18, 264:9,
265:5, 282:22,
285:13, 291:11,
292:14, 304:17,
320:12, 385:12
named
27:11, 151:12,
151:14
namely
123:15, 214:4,
362:5
names
63:22, 64:9,

67:11, 75:19,
76:20, 91:3,
91:15, 91:16,
264:6, 309:19
narrow
306:12
nashi
229:14, 230:9,
332:1, 333:21
natalie
271:4
national
36:7
native
381:15
natural
47:1, 77:7
nature
26:11
navalny
178:13
near
130:4
necessarily
91:12, 164:22,
194:18, 288:22,
295:1, 298:21,
310:5, 329:21
necessary
68:5, 73:22,
111:4, 149:17,
214:8, 298:21
necessity
339:18
need
14:11, 22:21,
27:20, 63:19,
65:20, 70:21,
74:13, 83:14,
91:16, 123:8,
137:3, 148:4,
153:7, 183:16,
184:20, 317:10,
321:8, 376:19,
377:19
needs
334:22, 372:22
negotiations
305:4, 330:20,

342:21, 359:9,
359:11
neither
241:12, 388:9
net
137:16, 139:17,
140:8, 140:9,
140:11, 140:18,
141:1, 141:16,
141:22, 142:1,
142:3, 143:4
netanyahu
267:13, 271:8,
271:18
netherlands
135:9
neutral
181:4
never
112:1, 114:17,
126:22, 136:1,
147:11, 174:18,
176:18, 180:4,
221:11, 228:1,
229:9, 229:16,
255:22, 277:4,
277:5, 277:10,
278:12, 278:13,
278:16, 280:3,
280:4, 280:11,
285:2, 287:3,
287:4, 308:10,
321:4, 321:5,
321:6, 332:8,
334:7, 334:10,
345:3, 347:4,
347:10, 362:15,
365:8, 370:14,
370:15, 381:10,
382:10, 382:13,
383:13
nevertheless
83:2
new
3:9, 7:5, 8:18,
12:18, 28:15,
28:16, 29:20,
31:14, 102:12,

103:6, 103:8,
103:9, 103:10,
103:12, 103:21,
125:8, 127:3,
183:3, 215:1,
215:6, 215:8,
215:12, 215:18,
328:2, 328:9,
382:15
news
29:21, 31:15,
39:16, 58:17,
157:19, 160:10,
160:12, 160:15,
161:12, 170:8,
373:21
newspaper
172:19, 268:12
newspapers
281:16
next
9:4, 18:14,
22:3, 22:13,
36:2, 36:16,
37:8, 131:1,
138:5, 140:13,
140:15, 140:21,
175:12, 187:14,
193:10, 257:11,
257:13, 262:10,
271:18, 319:22,
361:7, 369:16
nice
14:13, 14:15,
188:6
nickname
364:16, 365:22,
366:5, 366:6,
366:8
nicole
150:2, 150:16,
151:14, 151:16
night
327:22, 328:4
nights
82:21, 83:1,
83:4, 83:7,
83:9, 83:11

Transcript of Mikhail Fridman
Conducted on November 17, 2020

136

nine
88:6, 325:19,
346:12
nine-year
346:12
nineteen
325:18
nobel
270:11
nobody
46:15, 56:8,
203:13, 345:8
none
83:10
nonprivileged
156:5, 156:10
norex
114:14, 114:16
normal
132:15, 132:17,
132:20, 322:1,
322:2, 356:7
normally
58:21, 272:5,
291:19, 307:9,
320:13, 327:8,
351:15, 351:17,
351:20, 352:6,
352:19, 352:20,
353:3
notarial
388:13
notary
388:1
note
15:11, 16:9
notebook
87:11, 95:8,
101:6, 139:10,
347:21
noted
230:18
notes
16:14
nothing
380:7, 385:22,
386:1
notice
2:5, 5:10,

18:4, 18:21,
19:3
noticing
241:2
november
1:15, 35:10,
139:18, 244:1,
279:7, 388:13
nuland
12:14, 309:22,
311:21, 312:4,
313:13, 314:6,
315:17, 317:8,
317:14, 318:2
numbered
17:14
numbers
95:5, 101:6,
105:9, 119:21,
253:12
nw
3:16

**O**

obama
290:16, 290:17,
290:18
object
131:16
objections
5:15, 6:4,
6:10, 6:18,
20:12, 60:18,
105:1, 105:2,
106:7
objective
64:11, 76:14,
141:22, 226:17,
289:15
objects
5:20
obligation
45:11, 373:5
obliged
337:21
obstacle
315:13
obtain
154:20, 155:7,

155:19, 156:6,
336:4
obtained
37:15, 39:20,
40:7
obvious
118:19
occasion
50:18, 327:8
occasionally
327:2, 329:18
occasions
359:16
occurred
119:1, 295:11
october
29:17, 31:14,
34:3, 34:5,
72:22, 102:11,
102:12, 125:7,
127:22, 210:5,
215:3, 217:6,
219:16, 226:9,
237:17, 239:19,
257:8, 328:19,
330:22, 339:9,
378:2, 378:9,
388:17
offered
184:8, 222:18,
370:18
offers
230:8
office
135:22, 267:4,
329:16
officer
129:21, 388:2
official
9:9, 235:21,
237:3, 289:14,
325:2, 341:13
officials
125:4, 237:10,
249:5, 249:7,
287:7, 287:10,
287:14, 287:16,
287:20, 288:3,

288:15, 289:5,
289:20, 290:21,
295:3, 299:3,
305:1, 305:12,
306:2, 307:22,
308:4, 308:15,
309:3, 309:12,
316:9, 317:2,
317:13, 317:19,
317:22
offshore
245:4
often
156:22, 160:9,
160:11, 174:17,
284:12, 286:15,
306:16, 306:18,
307:5, 307:7,
307:12, 326:21,
342:4, 342:9,
352:2, 358:12
oh
18:19, 24:21,
44:13, 60:13,
79:16, 84:21,
103:15, 121:1,
128:20, 166:2,
167:16, 168:19,
170:7, 185:2,
192:11, 206:3,
217:13, 223:19,
272:21, 283:3,
309:17, 310:5,
311:18, 333:5,
348:10
oil
7:13, 9:3,
142:11, 142:12,
142:16, 173:3,
187:14, 293:13,
343:1
old
63:6, 69:19,
265:9, 291:9,
344:3
older
12:3, 279:8
oleg
374:15, 374:17

Transcript of Mikhail Fridman
Conducted on November 17, 2020

137

oligarch
7:5, 8:14,
8:18, 10:7,
158:7, 158:12,
158:14, 158:15,
158:17, 158:19,
165:19, 166:11,
172:2, 174:10,
174:20, 175:5,
175:9, 175:17,
175:20, 175:22,
183:3, 228:18,
365:13, 381:2,
381:7, 381:12,
382:1
oligarchs
7:11, 125:9,
135:16, 135:17,
156:22, 157:12,
157:20, 158:2,
171:14, 180:9,
190:6, 228:21,
249:11, 294:10,
362:3, 363:12,
365:11, 365:19,
366:7, 383:17
once
70:13, 74:16,
224:8, 265:12,
290:11, 307:10,
316:5, 318:17,
326:22, 327:1,
342:14, 345:3,
358:13
once-per-year
270:9
one
15:12, 18:18,
25:12, 27:7,
27:19, 29:5,
29:13, 43:6,
46:3, 46:4,
47:22, 53:19,
55:1, 62:14,
65:12, 65:16,
78:2, 87:16,
101:15, 102:19,
105:13, 106:18,

113:6, 113:15,
119:17, 128:5,
128:7, 132:9,
132:10, 136:16,
142:10, 144:11,
147:18, 148:9,
149:8, 149:20,
150:20, 150:22,
160:19, 164:13,
169:22, 173:5,
180:19, 180:22,
181:14, 185:4,
208:4, 213:16,
213:22, 216:9,
217:20, 220:20,
221:1, 222:8,
222:9, 226:18,
230:16, 230:22,
236:7, 242:18,
245:15, 246:22,
249:22, 250:18,
251:18, 259:1,
259:6, 259:18,
259:19, 259:20,
262:5, 262:10,
265:9, 282:8,
288:12, 292:20,
292:22, 306:14,
312:9, 320:1,
322:4, 325:19,
335:18, 335:20,
340:4, 347:16,
354:8, 354:13,
358:7, 358:14,
364:18, 364:22,
371:21, 385:18
one-on-one
349:5, 349:7,
349:9
one-third
372:16, 373:4
ones
22:7, 22:8
ongoing
133:12, 204:15
online
29:19, 39:4,
39:6, 41:16,

43:12, 70:14,
242:22, 268:20,
328:5, 374:7
only
24:5, 42:7,
43:3, 43:8,
44:7, 85:7,
185:21, 195:16,
198:12, 212:13,
221:1, 224:7,
295:1, 350:13,
354:13, 358:1,
371:21
op
352:17, 352:18,
354:5, 355:20
op-ed
184:1, 184:4,
184:10, 184:15,
186:1, 186:4,
186:14, 186:22,
267:16
op-eds
261:8, 261:13,
262:3, 262:21,
263:2, 263:8
open
86:3, 370:17
openness
185:7
operating
159:12
operator
245:16, 247:7,
247:21
opinion
258:9, 262:6,
262:17, 288:10
opponents
363:13
opportunities
234:19
opportunity
73:11, 214:13,
214:15, 234:13,
353:15, 380:9
oppose
246:9

opposed
211:4, 289:20,
304:6
opposing
301:4
opposition
303:2
ops
271:9, 272:1,
355:8
option
248:2
opus
6:7, 7:8, 8:4,
9:17, 47:10,
47:12, 119:17,
363:1, 363:2
oral
14:21
orbis
6:8, 7:9, 7:20,
8:5, 9:18,
47:16, 48:11,
99:11, 119:15,
159:5, 163:14,
221:19, 321:15,
347:20, 353:11,
362:20, 373:21
orchestrated
135:5
order
101:1, 334:11,
334:13, 379:12
organization
229:15, 230:9,
241:15, 244:8,
332:1, 334:4,
335:10
organizations
332:7, 332:17,
333:16, 334:9
organized
35:10, 105:12
original
362:2
ossetia
374:21
others
26:17, 36:20,

36:22, 72:22,
121:11, 258:15,
275:11, 289:11
**otherwise**
131:9, 297:12,
388:11
**out**
44:11, 55:4,
57:10, 70:11,
79:3, 81:19,
81:22, 83:11,
113:9, 171:22,
188:16, 188:17,
205:1, 210:19,
211:3, 212:2,
213:9, 214:1,
244:21, 277:16,
354:19, 354:21,
366:18, 373:3,
378:12, 378:15,
378:19, 378:22,
384:19
**outcome**
64:19, 187:22,
382:19, 388:11
**outright**
177:5
**outside**
68:7, 136:15
**outstanding**
270:10
**over**
26:18, 102:8,
160:13, 160:14,
163:22, 168:21,
172:20, 173:3,
226:14, 244:20,
248:12, 248:14,
252:16, 259:8,
287:7, 288:15,
307:15, 321:21,
326:12, 340:13,
340:16, 381:19,
384:18
**owes**
244:17
**own**
58:9, 58:14,

59:5, 59:6,
64:17, 90:10,
101:18, 108:5,
153:3, 223:2,
235:13, 300:10,
300:19, 334:17,
352:3, 370:22,
373:18
**owned**
233:9, 233:10,
233:13, 233:15,
247:18, 285:9
**owner**
135:4
**owners**
101:15, 123:18
**ownership**
6:15, 46:13,
54:22, 57:7,
100:12, 100:14,
101:12, 102:7,
131:19, 285:16,
285:20
**owns**
102:1, 102:4

**P**

**pads**
16:9
**pages**
1:21, 137:3,
163:11, 186:20,
253:20, 292:15,
304:16, 371:22
**paid**
124:10, 129:15,
204:22, 205:1,
243:2, 243:12,
243:15, 256:9,
256:12, 257:3,
257:14, 257:20,
258:4
**painters**
74:22
**pamplona**
198:5
**pandemic**
15:10

**papers**
16:9, 16:11
**par**
57:3
**paragraph**
25:14, 25:16,
26:20, 27:9,
28:5, 29:16,
30:15, 31:2,
31:11, 32:9,
33:15, 34:2,
34:5, 35:9,
36:2, 36:16,
37:8, 107:11,
126:15, 126:18,
128:21, 129:2,
130:21, 131:1,
159:8, 173:12,
175:13, 177:1,
177:19, 191:21,
191:22, 193:10,
194:5, 236:4,
236:5, 236:8,
286:10, 306:5,
332:20, 332:21,
333:1, 333:11,
333:20, 333:22,
334:3, 348:3,
353:13, 354:11,
359:13
**parallel**
339:11
**pardon**
15:20, 47:11,
77:21, 220:14,
337:5, 377:1
**parents**
63:2, 67:8,
68:11, 68:19,
69:5, 69:17,
69:19, 78:16,
78:17, 78:22,
79:4, 80:6,
80:9, 90:3,
381:17
**part**
28:11, 33:16,
53:1, 74:7,

129:10, 160:4,
160:7, 220:13,
220:15, 222:5,
234:6, 234:7,
234:10, 247:18,
273:14, 284:5,
287:12, 291:2,
294:11, 294:12,
298:20, 299:1,
314:13, 320:13,
337:12, 337:13,
344:7, 344:9,
344:11, 352:17,
365:5, 365:7,
367:21, 368:4
**participant**
197:10
**participate**
70:19, 227:13,
314:16, 355:7,
357:9, 368:21,
370:9, 370:15,
372:20
**participated**
133:13, 144:12,
227:10, 254:6,
307:3, 370:12,
370:15
**participating**
307:4, 382:14
**participation**
71:5
**particular**
24:4, 50:12,
51:5, 57:15,
67:4, 68:17,
76:1, 83:19,
134:10, 156:15,
165:5, 168:4,
187:19, 210:17,
249:17, 249:18,
258:4, 286:22,
288:10, 292:13,
300:15, 308:19,
312:17, 370:7
**particularly**
146:5
**parties**
228:6, 332:10,

388:10
**partner**
198:3, 198:4,
206:9
**partners**
49:12, 53:13,
98:13, 98:17,
111:10, 130:19,
160:1, 190:13,
191:22, 274:19,
274:22, 277:16,
291:12, 361:18
**parts**
104:13, 255:4,
367:20
**party**
156:15, 228:22
**past**
58:22, 59:5,
93:6, 173:6,
200:19, 226:15,
315:18
**path**
222:22
**pay**
57:3, 57:4,
123:20, 129:20,
202:4, 202:7,
202:16, 206:19,
220:15, 261:8,
261:11, 261:12,
299:1, 337:21,
338:7, 338:8,
339:16, 339:18,
340:1, 340:2,
373:16
**payback**
338:3
**paying**
123:19, 124:7,
124:15, 124:22,
125:5, 132:15,
242:5, 259:6,
259:7, 259:8,
260:8, 260:11,
260:12, 261:16,
299:5
**payroll**
57:8

**pddc**
219:9, 224:18,
313:11
**penalty**
20:20, 24:14
**pending**
152:6, 297:4
**penultimate**
222:11, 305:6
**people**
16:1, 51:18,
57:3, 57:5,
62:12, 62:15,
62:16, 62:17,
63:16, 64:1,
64:8, 64:9,
64:12, 65:8,
65:11, 66:4,
69:3, 76:8,
76:9, 76:16,
76:20, 79:3,
81:3, 81:13,
82:3, 82:4,
90:4, 90:15,
90:17, 90:18,
90:22, 102:18,
102:21, 104:16,
104:18, 104:20,
108:10, 156:21,
157:3, 157:4,
181:9, 181:12,
182:4, 186:7,
186:9, 192:5,
200:16, 201:15,
216:4, 220:20,
221:8, 224:2,
242:3, 244:22,
249:14, 249:22,
251:12, 252:9,
252:16, 266:17,
267:9, 271:3,
275:10, 277:21,
282:14, 282:19,
283:6, 288:7,
291:22, 294:7,
300:1, 300:6,
309:15, 309:17,
310:1, 310:8,

323:9, 326:6,
341:12, 342:1,
344:12, 348:22,
351:8, 352:8,
359:6, 362:14,
366:1, 366:9,
366:11
**percent**
92:15, 101:18,
102:1, 102:4,
102:8, 131:19,
233:14, 268:20,
268:21, 285:21,
338:13, 338:14,
339:1, 339:21,
370:18
**percentage**
347:13
**perception**
157:16, 157:20,
158:1, 159:19,
160:1, 234:22,
235:4, 237:13,
249:17, 250:2,
250:4, 251:4,
280:12, 288:17,
288:20, 289:5,
289:11, 294:4
**peres**
283:2, 283:3
**perfect**
55:19, 138:10
**period**
108:19, 109:2,
110:3, 111:10,
112:3, 174:4,
181:5, 205:17,
207:19, 256:9,
257:2, 257:16,
277:8, 292:11,
323:2, 323:11,
346:13, 346:20,
359:17, 373:15
**perjury**
20:20, 24:14
**perkins**
36:6
**perlman**
267:1, 271:19

**permanent**
204:15, 265:14,
318:16
**permanently**
153:22, 205:21,
284:18
**permission**
153:7, 153:12,
153:20, 153:22
**permit**
5:20
**permitted**
235:2, 353:16
**person**
15:12, 46:18,
65:16, 86:8,
108:5, 141:7,
195:15, 195:19,
203:8, 203:11,
211:7, 211:9,
224:4, 225:15,
238:14, 273:8,
283:12, 288:11,
289:19, 290:3,
314:20, 315:6,
327:5, 327:7,
330:9, 350:13,
370:7, 372:8
**person's**
150:1
**personal**
38:22, 51:2,
53:12, 53:21,
54:17, 58:3,
61:18, 62:20,
64:17, 70:7,
74:15, 75:14,
76:13, 81:4,
81:12, 92:18,
113:14, 114:12,
114:17, 117:4,
121:5, 137:10,
142:22, 147:16,
154:14, 181:19,
216:6, 216:21,
238:6, 249:8,
250:20, 250:22,
263:3, 265:20,

267:2, 286:17,
288:9, 317:16,
324:21, 325:3,
329:19, 329:22,
356:22, 357:4
**personally**
44:16, 53:12,
57:4, 58:2,
63:17, 64:14,
69:15, 70:7,
70:12, 71:15,
71:21, 74:3,
75:9, 90:19,
92:10, 98:9,
98:12, 98:16,
100:5, 111:8,
112:6, 113:21,
123:17, 136:7,
144:11, 149:14,
154:15, 155:5,
181:1, 196:2,
202:8, 202:15,
202:20, 203:13,
203:14, 204:5,
205:13, 206:5,
206:16, 207:2,
207:15, 208:3,
211:6, 211:22,
212:16, 221:12,
224:1, 227:13,
235:7, 237:12,
242:1, 273:6,
278:3, 285:1,
289:16, 291:5,
306:18, 356:21,
366:21
**personnel**
57:7
**petersburg**
22:19
**petr**
1:4, 11:5,
102:4, 126:15,
158:19, 216:7,
241:13, 344:20
**pfizer**
258:16
**ph**
279:11, 279:16

**philanthropy**
65:10, 205:16,
269:10, 269:14,
269:18, 269:19,
270:1, 273:1,
273:2
**philosophy**
234:21, 251:21,
284:2
**phone**
16:19, 17:1,
44:19, 44:20,
152:14, 152:16,
152:17, 152:18,
152:19, 152:22,
153:8, 153:11,
154:8, 225:9,
289:21
**photo**
200:10, 253:17,
253:19, 253:20,
271:9, 272:1,
352:17, 352:18,
353:15, 354:1,
354:5, 355:8,
355:20
**photograph**
353:19
**photographs**
353:16, 354:2
**photos**
253:15
**phrase**
185:4, 185:21
**physical**
153:21
**physically**
153:15
**picked**
152:16
**picking**
289:21
**picture**
139:11, 139:12,
257:11, 257:14,
271:20, 326:7
**piece**
39:2, 262:7,

262:11, 262:15,
262:17
**piper**
12:6
**pity**
75:7
**place**
33:10, 53:1,
66:18, 82:4,
106:1, 109:16,
120:21, 122:7,
127:10, 169:20,
186:1
**plaintiff**
6:17, 73:18,
110:18
**plaintiff's**
145:3
**plaintiffs**
1:6, 3:2, 5:14,
6:3, 6:9, 6:13,
7:17, 60:15,
60:17, 73:3,
87:17, 88:17,
96:3, 107:1,
145:14, 145:18,
241:8, 367:20,
380:8, 380:12
**plans**
235:14
**plate**
282:9
**platform**
320:19
**plausible**
22:21
**play**
226:17, 362:14,
365:9
**playbook**
11:15, 262:8
**played**
252:2
**player**
356:19
**pleasant**
77:11, 82:1,
82:9, 82:17,

282:6
**please**
14:12, 15:4,
16:2, 17:3,
17:6, 17:21,
19:5, 19:14,
20:5, 25:10,
25:14, 27:1,
27:3, 28:12,
40:3, 47:2,
52:13, 60:3,
60:5, 60:20,
68:3, 69:7,
72:19, 88:10,
99:1, 108:21,
120:14, 122:9,
126:11, 130:13,
140:21, 165:7,
169:3, 170:2,
171:12, 171:16,
183:15, 184:17,
196:6, 218:11,
220:3, 228:10,
234:9, 261:18,
263:19, 276:12,
276:19, 278:19,
278:21, 285:22,
297:11, 311:11,
325:22, 326:3,
326:4, 328:13,
336:14, 348:3,
363:19, 364:2
**pleased**
258:6
**pleasure**
282:17
**plenty**
50:13, 85:2,
204:14, 205:20
**plus**
61:8
**plácido**
283:4, 283:5
**point**
23:17, 53:15,
85:17, 195:20,
297:12, 300:9,
343:14, 365:1,

381:9
**pointed**
23:20
**points**
23:19
**police**
127:15, 129:6,
129:17, 129:21,
130:3
**policy**
104:4, 104:13,
325:7, 331:12,
352:5, 377:5
**political**
22:7, 107:3,
181:22, 182:1,
182:5, 182:7,
182:10, 184:6,
188:20, 189:5,
228:5, 228:22,
229:15, 230:9,
244:17, 315:10,
315:18, 316:4,
316:8, 316:12,
316:13, 316:18,
317:1, 317:7,
317:12, 317:15,
317:18, 317:21,
332:10, 352:4,
362:7, 362:14,
365:1, 365:9,
366:20, 384:11
**politically**
181:4
**politician**
319:19
**politicians**
322:11
**politico**
248:15
**politics**
177:3, 184:2,
186:2, 195:16,
331:17, 342:18
**poll**
117:21
**polovets**
206:1, 206:8,

206:17
**pomeranstev**
12:19
**poppins**
118:3
**popular**
85:1, 229:3,
251:15
**portion**
143:11, 333:19,
339:8
**portions**
104:3
**portman**
271:4
**portrait**
172:10, 172:13
**portraying**
158:14
**position**
45:22, 66:21,
263:2, 263:6,
263:12, 294:14,
300:7, 300:9,
300:16, 304:12,
318:17, 341:14,
343:5, 346:12,
374:14, 376:16,
377:5, 383:16
**positive**
64:19, 171:4
**possess**
113:17
**possession**
152:17
**possible**
84:4, 90:22,
95:7, 101:5,
152:15, 167:7,
169:2, 206:14,
290:3
**possibly**
234:16, 244:8
**post**
29:20, 31:15,
210:21, 211:4,
211:5, 211:12,
213:10, 214:5,

214:18, 214:21,
223:22, 224:2,
225:16, 238:18,
250:15, 252:18,
267:15, 268:7,
268:12, 268:17,
269:1, 269:5,
269:8
**post's**
268:19
**potanin**
372:10, 372:21
**potentially**
212:19
**power**
182:1, 182:7,
182:11, 244:21,
307:19, 366:18
**powerful**
259:2, 259:13,
259:16
**pr**
49:8, 57:4,
57:7, 57:19,
58:2, 167:2,
167:10, 186:7,
186:9, 202:3,
205:10, 205:22,
212:6
**practical**
290:2
**practically**
342:12
**practice**
132:16, 321:20
**pre-prepared**
16:14
**preceding**
110:20
**precise**
354:22
**precisely**
83:12, 140:4,
213:18, 334:21
**preciseness**
345:21
**predator**
181:12

**predecessors**
28:5
**prefer**
317:4
**preinternet**
84:14
**prejudice**
294:8
**preliminary**
6:14, 7:18
**premises**
5:21, 255:1,
255:6, 255:18
**preoccupied**
294:8
**preparation**
314:13, 314:14,
314:18
**prepare**
167:4
**prepared**
90:9, 167:18,
175:14, 211:12
**present**
4:2, 14:20,
50:8, 51:10,
231:5, 231:14,
231:18, 231:20,
272:8, 282:10,
343:5, 350:13,
351:10, 351:19
**presentation**
140:7, 279:22,
352:9
**preserve**
146:17, 147:9
**preserved**
145:17
**presidency**
227:12, 227:17
**president**
22:18, 77:10,
96:14, 181:19,
182:9, 192:6,
227:21, 230:21,
232:2, 232:9,
245:21, 246:4,
282:10, 290:13,

290:16, 290:17,
323:4, 323:13,
325:10, 330:5,
340:19, 340:22,
342:2, 346:14,
346:20, 347:3,
349:10, 349:19,
352:2, 352:20,
356:13, 357:15,
357:22, 358:2,
358:3, 359:16,
361:8, 361:10,
361:15, 361:18,
361:21, 383:21
**presidential**
21:20, 95:16,
96:5, 96:14,
96:20, 97:15,
178:18, 179:10,
179:14, 179:21,
180:3, 184:11,
185:7, 185:10,
331:10, 343:7,
382:19
**press**
57:10, 57:14,
57:20, 58:6,
113:9, 124:13,
125:1, 127:13,
162:9, 162:14,
164:20, 183:1,
196:16, 196:22,
197:4, 207:16,
231:22, 232:1,
232:10, 233:18,
234:18, 254:16,
257:6, 257:8,
271:15, 271:17,
272:7, 320:17,
320:20, 382:11,
385:7, 385:10
**pressed**
79:12
**pressure**
213:7
**presume**
277:8
**presumed**
61:4

**pretty**
50:22, 141:6,
206:18, 214:6,
311:3, 313:2,
338:10, 346:18,
358:7, 361:20
**preventing**
181:16
**previous**
34:15, 37:6,
113:6, 225:4,
284:10
**previously**
40:2, 66:15,
102:17, 112:10,
112:13, 272:22
**price**
142:12, 142:16,
142:17, 338:22,
339:6
**primarily**
22:7, 59:7,
59:12, 93:8,
145:18, 152:13,
152:21, 167:20,
203:3, 213:5,
250:13, 270:1,
273:3, 274:4,
275:18, 293:12,
294:17, 299:5,
308:21, 315:20,
316:1, 330:6,
331:14, 351:22,
357:1
**primary**
149:9
**prime**
227:9, 231:3,
232:8, 267:4,
267:12, 271:16,
345:4, 345:6,
345:11, 345:15,
351:10, 358:21,
361:12, 361:14
**principal**
252:9, 291:10,
291:12
**principals**
241:13

**principle**
284:2
**principles**
185:6, 251:21
**print**
29:19, 303:13
**printout**
10:18, 11:21,
236:15
**prior**
108:19, 109:4,
112:14, 162:9,
188:2, 188:9,
227:22, 228:2,
322:17, 323:22,
383:14
**private**
179:13, 179:17,
198:4, 198:8,
198:14, 233:10,
235:11, 275:19,
294:17, 315:14,
360:18, 360:22,
372:9
**privilege**
30:17, 137:9
**privileged**
31:22, 33:17,
156:4
**prize**
181:11, 206:8,
206:10, 206:13,
206:16, 267:1,
267:4, 267:7,
267:10, 268:10,
269:20, 269:21,
270:7, 270:10,
270:11, 270:13,
270:19, 270:20,
270:22, 272:3
**problem**
66:1, 77:22,
78:9, 105:18,
135:7, 138:6,
197:3, 252:4,
302:15, 377:3
**problems**
315:9

**procedure**
24:10
**proceed**
156:17
**proceedings**
388:3, 388:5
**proceeds**
234:3, 234:6
**process**
133:13
**produce**
5:19, 73:6,
99:10, 136:5,
149:11, 149:13,
296:20, 296:22,
349:6, 349:22,
350:6
**produced**
99:13, 143:10,
152:3, 210:4,
219:10, 224:18,
241:3, 241:5,
243:6, 313:12,
367:20
**producer**
58:18, 173:3
**producing**
98:20, 99:6,
99:8
**professional**
46:19, 71:6,
146:16, 167:17,
220:12, 221:12,
222:17, 223:3,
313:1, 344:18
**professionals**
57:13, 251:16
**proficient**
26:2
**profile**
7:3, 7:15,
8:16, 11:12,
12:7, 23:2,
128:3, 162:4,
162:12, 166:8,
168:3, 168:16,
169:16, 169:17,
170:19, 171:19,

182:20, 183:2,
187:13, 251:19,
286:8, 299:6
**profiles**
161:22, 200:20,
201:4
**program**
10:17, 10:19,
11:7, 240:19,
251:8, 251:14,
251:15, 253:11,
253:21, 254:5,
254:7, 254:22,
255:5, 255:18,
266:12, 270:2,
277:1, 280:17,
337:13, 337:20,
338:4, 338:11,
339:19, 370:1,
370:5, 370:8,
370:9, 370:13,
370:15, 370:16,
370:20
**programs**
299:7, 299:9
**project**
65:9, 198:9,
278:11, 278:13,
278:17, 279:19
**project's**
279:21
**prominent**
70:16, 161:11,
161:14, 161:16,
161:17, 319:13,
351:9
**promise**
373:2
**promote**
236:20, 236:21
**promotes**
236:1, 237:5
**promoting**
235:3
**pronounce**
364:1, 364:2
**pronunciation**
377:2

**propagating**
185:8
**proper**
356:2
**properly**
299:7
**property**
226:16
**proposal**
46:5, 352:19
**prosecuted**
126:21
**prosper**
362:9, 362:10,
362:12
**prospered**
361:19, 362:3,
363:7, 363:9,
363:10
**protect**
250:9
**protecting**
250:19, 250:20,
250:21
**protection**
126:22
**proven**
61:6
**provide**
68:2, 68:3,
75:11, 90:15,
136:9, 149:17,
213:7, 242:4,
248:5, 248:6,
283:22, 297:12,
297:15, 369:11,
373:13
**provided**
136:2, 148:6,
225:9, 252:15,
337:10, 379:10,
379:11
**providing**
270:9, 322:3
**prowess**
236:2, 237:6
**psychologist**
80:10

**public**
2:6, 34:18,
36:14, 40:19,
40:21, 41:2,
41:4, 41:5,
46:20, 53:16,
56:6, 56:14,
56:19, 81:19,
81:22, 82:4,
82:8, 113:18,
127:4, 127:8,
178:1, 178:4,
178:7, 179:1,
179:2, 179:3,
179:7, 179:9,
180:6, 180:10,
181:6, 205:20,
212:6, 249:15,
335:17, 335:20,
336:1, 355:11,
383:13, 383:16,
383:18, 384:4,
384:10, 385:10,
388:1, 388:21
**publication**
30:2, 30:5,
30:8, 30:11,
30:14, 31:1,
31:2, 31:19,
32:20, 33:10,
33:12, 33:15,
34:13, 35:5,
35:15, 35:17,
36:9, 36:10,
37:2, 37:17,
38:3, 38:4,
38:8, 38:10,
38:14, 40:8,
40:16, 41:9,
41:12, 41:18,
42:3, 42:7,
42:9, 42:11,
42:13, 42:18,
43:1, 43:3,
43:15, 48:3,
53:17, 56:11,
66:6, 66:15,
66:17, 66:22,

67:7, 70:11,
71:10, 75:4,
75:21, 80:11,
82:2, 83:6,
84:8, 84:14,
84:16, 85:4,
85:10, 85:15,
85:17, 89:9,
89:20, 91:5,
91:9, 91:13,
92:4, 92:9,
104:10, 112:19,
113:2, 118:11,
119:1, 119:3,
119:4, 137:17,
162:6, 162:7,
162:10, 162:11,
162:13, 164:22,
165:1, 165:5,
188:1, 379:8,
382:21, 383:15
**publications**
29:14, 32:9,
40:12, 40:18,
41:14, 42:4,
42:22, 43:17,
84:11, 84:17,
84:19, 157:5,
160:15, 160:17,
316:7
**publicity**
163:21, 253:15
**publicly**
33:21, 180:17,
180:18, 227:21,
243:9, 262:4,
292:10, 304:14,
383:5, 384:4
**publish**
29:18, 31:13,
33:22, 36:21,
45:2, 49:19,
49:22, 103:9,
261:8, 261:13,
267:15, 382:12
**published**
29:17, 30:8,
31:12, 32:7,

| | | | |
|---|---|---|---|
| 32:13, 32:14, 32:16, 34:10, 35:12, 35:13, 36:5, 36:20, 37:10, 41:16, 41:21, 44:12, 46:2, 48:22, 49:4, 49:9, 50:9, 64:8, 64:22, 71:17, 77:15, 78:4, 82:15, 102:17, 103:11, 104:14, 112:10, 112:13, 184:1, 186:5, 186:8, 201:2, 238:2, 267:18, 268:7, 269:5, 269:9, 286:9, 378:9, 382:4 | 111:11, 263:2 | 41:3, 41:7, 47:21, 52:9, 52:12, 52:13, 54:11, 57:2, 62:2, 65:21, 65:22, 81:1, 85:12, 92:7, 97:7, 97:8, 99:2, 104:19, 117:13, 120:3, 120:7, 121:17, 124:5, 127:6, 129:11, 131:12, 134:13, 153:16, 155:13, 163:17, 176:16, 177:21, 181:2, 186:18, 193:2, 194:7, 201:11, 201:14, 216:5, 222:15, 223:5, 223:7, 233:19, 233:21, 245:10, 249:7, 249:13, 276:18, 283:18, 283:19, 284:11, 288:1, 288:4, 289:11, 291:6, 303:4, 303:9, 312:18, 326:14, 329:12, 356:3, 356:6, 360:12, 363:6, 363:11, 376:20, 379:16, 383:6, 385:19 | 380:15, 384:13, 385:13, 385:14, 385:16 |
| | **pursuant** 2:5, 19:2 | | **quincy** 65:14, 70:1, 70:4, 70:6, 71:3, 79:5, 90:4 |
| | **pursuit** 246:9 | | **quite** 46:22, 50:22, 65:17, 67:5, 77:7, 130:8, 141:12, 157:10, 176:15, 189:14, 195:19, 237:13, 251:15, 263:11, 287:19, 302:14, 304:7, 310:14, 311:15 |
| | **put** 43:12, 57:10, 126:10, 138:16, 148:4, 169:3, 171:11, 175:4, 177:15, 183:14, 184:18, 184:20, 276:12, 325:21, 329:3, 372:14 | | |
| | **putin's** 12:3, 157:16, 227:11, 227:16, 245:2, 278:10, 279:8, 279:12, 320:19, 349:12, 349:15, 358:21, 361:18 | | **quotations** 129:10 |
| **publishing** 34:1, 36:17, 37:5, 49:16, 143:5, 211:8 | | | **quote** 22:5, 61:4, 61:16, 96:2, 106:1, 106:22, 117:21, 118:4, 126:2, 126:5, 130:16, 131:8, 145:14, 163:16, 165:18, 173:2, 173:4, 176:17, 177:6, 177:11, 177:13, 184:14, 185:5, 189:2, 189:3, 189:6, 190:2, 190:3, 190:13, 190:14, 190:16, 190:18, 192:18, 214:13, 214:16, 225:7, 226:11, 226:13, 235:21, 244:16, 244:19, 244:20, 245:5, 279:11, 302:8, 302:10, 302:12, 302:16, 302:19, 302:20, 315:9, 315:16, 329:10, 333:14, |
| **pull** 115:20, 168:8, 170:1, 171:6, 254:10, 325:13, 327:14 | | | |
| | **putin-alfa** 22:21, 123:7, 123:16 | | |
| **pulling** 328:8 | **putinism** 12:17 | | |
| | **putting** 139:4 | | |
| **pumps** 9:11, 199:8 | | | |
| | **Q** | | |
| **purchase** 372:15 | **q&a** 12:11, 301:14 | | |
| **pure** 23:17, 111:6, 114:7 | **qualification** 281:19, 282:1 | | |
| | **quarters** 243:3 | | |
| **purely** 113:22, 122:3 | **queen** 232:6 | **questioning** 297:9 | |
| **purpose** 26:1, 53:6, 86:9, 98:5, 112:2, 204:16, 295:2, 295:20, 310:18, 336:11 | **query** 10:11 | **questions** 14:11, 14:20, 17:3, 17:5, 53:4, 98:4, 127:6, 138:9, 179:4, 179:7, 187:21, 248:18, 249:1, 249:4, 326:16, 377:12, 377:17, 377:19, 380:8, 380:10, | |
| | **question** 15:4, 24:17, 25:4, 25:5, 28:6, 30:3, 31:3, 31:4, 31:21, 34:15, 37:22, 40:22, | | |
| **purposes** 28:2, 107:1, | | | |

334:21, 353:14,
359:15, 371:18,
372:9
**quoted**
333:19
**quotes**
126:2, 176:17,
187:12, 192:19

## R

**r-i-n**
364:8
**r-o-s-s-o**
255:19
**r-o-t-s-h-t**
67:14
**r-o-t-s-h-t-e-i-n**
67:16
**race**
70:18, 71:1,
71:7
**rachel**
3:14
**rademaker**
292:21, 292:22
**raised**
73:10, 77:1
**raising**
248:18
**rallying**
185:7
**ramshackle**
130:17
**ran**
227:2, 314:13,
314:14, 314:18
**rather**
73:16, 113:6,
189:11, 194:13,
342:9
**rave**
196:15
**raytheon**
258:16
**re-election**
368:22
**reach**
40:18, 40:20,

44:11, 55:4,
171:22, 181:16,
182:2, 188:16,
188:17, 210:19,
211:3, 277:15,
378:12, 378:15
**reached**
79:3, 213:9,
378:22
**reaching**
212:2, 214:1,
378:19, 384:19
**reaction**
122:2, 356:7
**read**
27:21, 37:21,
38:16, 38:18,
39:2, 43:13,
55:19, 62:18,
82:3, 85:19,
98:3, 105:22,
106:11, 116:13,
116:14, 118:15,
148:1, 152:8,
157:17, 158:4,
169:2, 169:16,
196:20, 200:16,
201:5, 201:7,
201:15, 236:6,
241:11, 245:8,
308:11, 313:19,
329:17, 333:13,
333:20, 371:14,
387:3
**readers**
200:14, 200:15,
201:3, 201:8
**readership**
268:16, 268:20
**reading**
39:9, 86:19,
106:5, 107:8,
126:8, 201:19,
218:19, 276:10,
305:5, 305:19,
388:8
**reads**
279:8

**ready**
91:17, 303:6
**real**
140:11, 184:2,
186:2
**real-time**
140:8, 140:9
**realclearpolitics**
8:22
**realistic**
226:19
**reality**
22:16
**realize**
372:13
**really**
63:9, 69:18,
80:1, 80:2,
80:4, 154:5,
171:3, 195:19,
216:9, 232:5,
232:12, 259:4,
283:18, 301:3,
314:5, 324:11,
335:14, 342:4,
352:18, 356:17,
379:20, 385:4
**reason**
118:19, 156:5,
232:16, 251:18,
341:18
**reasonable**
61:8
**reasonably**
36:18
**rebut**
223:2
**receive**
146:17, 146:20,
149:6
**received**
37:10, 37:14,
39:19, 40:5,
40:6, 40:11,
265:16, 280:21,
328:4, 339:9
**receiving**
215:11, 219:19,

224:22, 225:18,
313:17
**reception**
256:3, 327:10
**recess**
72:17, 143:8,
208:15, 263:16,
320:2, 377:21
**recipients**
271:3, 271:9,
271:12, 282:14
**recognition**
282:6, 356:18
**recollect**
51:4, 237:11
**recollection**
217:8, 302:22,
317:16
**recommended**
26:3
**record**
15:9, 16:2,
17:1, 17:6,
24:18, 40:3,
55:5, 55:12,
55:14, 55:21,
56:6, 72:11,
88:22, 99:21,
105:19, 148:4,
208:14, 214:14,
214:17, 219:4,
220:6, 221:17,
223:13, 223:16,
281:4, 327:15,
331:20, 368:2,
379:14, 380:18,
386:3, 388:5
**recruit**
344:9, 344:10
**recruits**
344:8, 344:12
**redefines**
196:14
**redelivery**
35:14
**redesign**
266:13
**reduced**
388:7

reestablished
324:15
refer
17:16, 17:17,
19:21, 314:4
reference
106:8, 316:13
referenced
145:20, 381:1
referring
28:3, 56:1,
84:14, 84:15,
101:5, 185:11
refers
257:16
reflect
54:4
reflected
355:3
reflecting
52:4
refrain
326:16
reframe
41:1
refresh
43:22, 302:22
refurbishment
266:12
regard
54:22, 75:13,
84:5, 157:7,
214:22, 383:19
regarded
62:12, 62:15
regarding
32:19, 33:6,
33:7, 41:20,
42:11, 42:12,
42:19, 43:22,
49:17, 51:18,
54:9, 55:2,
70:22, 77:6,
85:2, 86:4,
104:10, 113:15,
113:21, 132:14,
134:13, 143:4,
145:13, 156:18,

164:22, 168:6,
195:15, 199:19,
207:3, 210:16,
211:13, 212:13,
216:5, 225:16,
234:1, 245:17,
249:8, 249:17,
250:15, 251:20,
257:19, 261:14,
263:9, 288:7,
289:15, 289:18,
294:8, 294:9,
300:8, 300:9,
308:21, 309:12,
309:13, 315:21,
351:20, 377:10,
378:21, 383:1,
383:6
regards
66:21, 123:16,
156:17, 175:18,
211:1, 249:20,
284:15, 294:14,
304:12
regime
322:2, 363:8,
363:13
region
320:13
regional
121:4
regular
39:9, 261:17,
269:8, 284:13,
295:16, 295:18,
296:8, 299:3,
318:7, 327:7
regularly
149:2, 149:5,
149:6, 272:14,
310:14, 311:15,
346:20
reiman
245:2, 245:14,
245:18, 246:2,
246:6, 246:15,
247:1, 247:3,
247:5, 247:18,

285:7, 286:12
reiman's
284:22, 285:4
rejected
66:13, 66:19,
71:14
rejection
73:11
relate
51:6, 108:6,
145:18
related
58:5, 98:12,
111:9, 168:7,
212:15, 388:9
relation
58:5, 76:18,
76:19, 91:13,
94:4, 123:17,
135:20, 161:19,
195:8, 195:11,
212:6, 317:15,
319:20, 385:10
relations
22:15, 46:21,
53:16, 205:20,
207:16, 208:1,
220:21, 221:4,
312:22, 313:2,
315:10, 315:18,
316:4, 316:8,
316:13, 316:14,
316:18, 317:1,
317:7, 317:13,
317:18, 317:21,
318:11, 318:14,
319:4, 319:5,
319:10, 319:11,
323:18, 344:21,
385:10, 385:11
relationship
22:21, 45:1,
46:21, 63:21,
64:15, 66:5,
68:11, 68:18,
69:1, 69:4,
70:10, 70:13,
75:5, 76:12,

76:22, 77:2,
78:22, 91:4,
104:8, 114:6,
119:4, 123:7,
157:21, 173:16,
176:9, 176:13,
180:19, 202:3,
203:5, 206:15,
212:5, 216:5,
216:6, 216:7,
221:14, 233:19,
234:2, 248:19,
249:9, 265:2,
287:11, 287:22,
288:18, 289:3,
306:1, 310:20,
311:4, 312:13,
324:12, 324:15,
325:8, 331:14,
334:19, 346:5,
346:7, 346:13,
346:16, 346:18,
347:2
relationships
61:18, 62:20,
62:21, 65:2,
65:3, 75:20,
81:3, 304:22,
305:11
relative
208:19
relatively
23:1, 44:3,
364:17
relatives
63:2, 69:12
release
113:9, 196:17,
196:22, 197:4,
254:16
released
163:20, 253:15
releases
57:10, 57:14,
57:20, 58:6
reliable
258:21
rely
64:19, 99:15,

99:17, 99:22,
130:5, 345:20
**remain**
376:8
**remained**
346:1
**remains**
229:1
**remarks**
267:16, 268:6
**remote**
17:14
**remotely**
15:10
**rendered**
258:7
**renovation**
74:17
**repayment**
337:11, 338:5
**repeat**
25:6, 25:21,
32:11, 35:18,
37:6, 40:1,
40:3, 56:17,
120:14, 125:15,
207:4, 299:17,
365:17, 376:20,
379:16
**repeating**
111:2
**rephrase**
57:2, 382:1
**replied**
131:5, 301:22
**reply**
171:4, 313:18
**report**
5:12, 19:22,
33:6, 117:14,
229:20, 304:16,
309:3, 309:4,
309:6, 332:14
**reported**
1:22, 127:13,
375:5, 375:15,
376:5
**reporter**
58:17, 128:11,

129:8, 129:11,
129:12, 131:9,
173:2, 173:7,
173:13, 173:14,
173:15, 173:18,
176:8, 176:12,
238:2, 239:22,
252:19, 329:3,
347:22, 364:6,
388:1
**reporter's**
131:12
**reporters**
188:22, 213:16,
213:22
**reporting**
212:11, 383:22
**reports**
12:13, 37:12,
304:15, 382:17
**represent**
14:9, 182:10
**representation**
141:13
**representative**
49:8, 174:22,
175:6, 185:18,
195:8, 244:11,
295:17, 307:18
**representatives**
56:10, 125:4,
145:17, 167:10,
277:15, 298:12,
298:15, 335:11,
385:2
**republic**
258:17
**reputation**
53:12, 61:5,
61:17, 68:16,
71:15, 71:20,
87:1, 113:6,
115:15, 117:4
**reputational**
212:15, 307:1
**request**
60:2, 69:11,
110:15, 146:17,

156:18, 156:20,
166:19, 171:5,
211:1
**requested**
149:18, 388:8
**requesting**
108:1, 108:3
**requests**
6:19, 110:5
**required**
110:18
**research**
279:17
**reserve**
329:13, 377:18
**reserving**
377:14, 380:7
**resolve**
214:7
**resources**
190:14, 192:2,
221:2, 221:3,
221:6, 221:10,
221:13, 222:16
**respectful**
195:15
**respond**
60:1, 212:11,
220:10, 221:8,
223:2, 238:1
**responding**
238:8
**responds**
95:11
**response**
21:6, 24:13,
25:7, 40:18,
41:15, 42:8,
60:16, 60:22,
61:15, 62:6,
90:7, 95:1,
106:9, 106:14,
110:17, 111:18,
240:6, 248:7,
282:2, 284:10,
332:18, 333:17,
334:5
**responses**
5:15, 6:3,

6:10, 6:18,
20:11, 20:19,
60:18, 84:18,
87:5, 105:1,
105:2, 106:7,
110:5
**responsibility**
82:18
**responsible**
45:11, 331:12,
331:14
**responsive**
385:14, 385:16
**rest**
360:11
**restaurant**
256:3
**rested**
372:14
**restore**
324:12
**result**
383:2
**retails**
293:14
**retain**
194:9, 202:17,
310:19
**retaining**
240:7
**retitle**
381:22
**return**
372:16, 373:6
**reuters**
279:7, 280:7
**reveal**
31:21, 33:17
**revised**
6:13, 7:17,
88:5, 88:17,
145:3
**reznik**
9:6
**rich**
166:12
**richard**
49:1, 88:20,

104:3, 104:6,
104:10, 104:12,
188:14, 193:6,
193:13, 193:14,
193:16, 194:9,
194:12, 195:3,
202:14, 213:14,
298:16, 307:13
**riches**
8:12, 169:17,
170:13
**rick**
252:7, 291:11
**ride**
188:5
**right-hand**
264:10, 264:14
**rim**
207:22, 208:5,
208:6
**rinchine**
363:17, 363:20,
364:4
**rises**
8:22
**risky**
130:7
**rjl**
1:7
**robert**
136:19, 169:12,
271:4
**rogers**
88:19, 89:5,
89:7, 89:12,
252:8, 291:10,
298:16, 306:14,
306:17, 306:19,
307:6
**role**
134:4, 134:13,
134:16, 252:2,
331:19, 331:22,
365:9, 382:13
**room**
15:13, 15:17,
16:1, 16:2,
74:18, 75:2,

266:13
**rooms**
15:11
**rosneft**
233:2, 233:14,
233:17
**rossotrudnichest-vo**
255:2, 255:19
**rothstein**
67:12, 67:13
**roughly**
101:21, 101:22,
102:2, 102:5,
140:22, 160:22,
161:5
**row**
358:17
**rspp**
357:14, 358:18
**rspp's**
358:10
**ru**
148:10, 150:10,
152:2
**rubenstein**
266:17
**rugs**
8:12, 169:17,
170:13
**ruin**
365:2
**rule**
88:4, 145:13,
189:14, 265:12,
294:19
**rules**
6:20, 115:17,
115:22, 117:2
**rumors**
247:4, 278:14
**run**
33:12, 135:3,
226:12
**running**
275:22
**runs**
279:19

**russia**
9:8, 10:4,
10:14, 12:18,
37:13, 76:17,
95:15, 98:15,
115:14, 120:21,
124:13, 125:5,
128:12, 128:16,
129:3, 130:1,
130:8, 144:12,
157:16, 176:7,
195:1, 228:22,
229:10, 230:13,
232:9, 232:22,
233:4, 233:6,
233:9, 233:15,
235:10, 245:16,
251:10, 251:17,
273:3, 274:2,
293:16, 300:4,
300:12, 309:13,
309:21, 310:4,
311:1, 311:6,
311:14, 314:15,
315:15, 319:9,
320:21, 321:8,
321:21, 335:17,
345:16, 346:14,
351:11, 355:17,
361:8, 362:14,
382:18, 383:2,
383:7, 383:21
**russia's**
12:11, 130:17,
301:14, 302:8,
357:15, 360:18
**russian-american**
319:4, 319:9
**russian-speaking**
270:2, 270:3,
270:4
**russians**
166:13

| S |
| --- |

**s**
125:6, 128:13,
322:19, 324:12,

324:14, 361:3,
361:4
**s-e-m-i**
364:6
**sabbatical**
257:17
**said**
34:3, 55:12,
56:7, 63:11,
65:7, 76:4,
77:3, 77:16,
77:19, 96:2,
99:3, 99:4,
106:20, 111:22,
114:3, 164:7,
164:8, 173:4,
177:13, 179:6,
181:17, 181:21,
184:14, 184:15,
185:5, 189:6,
190:4, 208:10,
209:17, 216:1,
225:6, 226:13,
247:20, 256:4,
266:11, 278:7,
295:16, 296:7,
302:13, 307:17,
308:1, 311:13,
314:8, 341:11,
350:19, 368:15,
376:1, 377:9,
388:5
**saint**
22:19
**sale**
230:13, 234:4
**same**
26:18, 34:14,
35:18, 36:11,
41:9, 66:1,
67:18, 77:13,
104:21, 123:15,
147:2, 148:5,
154:2, 181:3,
189:17, 207:5,
210:11, 215:1,
215:7, 222:5,
227:2, 238:7,

247:22, 249:4,
270:17, 295:2,
295:5, 295:21,
296:1, 307:9,
307:14, 313:14,
324:4, 334:20,
354:10, 359:13,
362:13, 387:4
**sanction**
86:15
**sanders**
185:13
**save**
365:1
**saved**
339:21
**say**
27:8, 34:4,
48:16, 49:15,
51:16, 55:8,
57:12, 62:2,
62:11, 75:5,
77:2, 77:5,
79:17, 81:20,
82:7, 83:22,
84:22, 86:7,
86:21, 98:4,
98:22, 103:3,
104:18, 108:2,
108:21, 113:2,
115:4, 119:3,
124:12, 130:3,
132:16, 137:2,
141:6, 141:8,
142:5, 142:13,
146:8, 151:13,
156:14, 156:21,
159:11, 160:13,
168:7, 172:12,
176:6, 182:3,
183:2, 183:9,
188:5, 188:8,
191:7, 193:21,
193:22, 205:19,
207:20, 212:21,
213:6, 217:1,
217:2, 226:18,
232:13, 234:9,

235:5, 238:3,
249:15, 256:11,
267:8, 267:9,
270:9, 275:14,
277:16, 281:14,
289:10, 290:2,
294:19, 300:14,
311:15, 316:14,
317:3, 318:20,
319:6, 321:10,
321:20, 324:7,
340:2, 340:14,
341:5, 341:7,
346:4, 352:5,
352:21, 353:14,
355:16, 356:18,
363:6, 363:19,
371:16, 383:20
**saying**
23:3, 176:17,
178:22, 194:14,
238:5, 259:12,
285:5, 285:6,
298:14, 326:12,
329:10, 338:18,
352:7
**says**
18:21, 34:5,
41:19, 47:21,
48:6, 61:3,
89:7, 101:11,
101:12, 101:14,
101:18, 102:1,
102:4, 110:17,
117:15, 117:20,
120:2, 126:18,
128:15, 129:2,
129:7, 140:17,
141:15, 145:13,
159:10, 163:16,
165:18, 169:9,
173:1, 174:9,
176:19, 177:5,
177:6, 189:2,
190:12, 191:22,
218:6, 218:9,
220:2, 222:15,
228:20, 230:7,

235:20, 236:6,
241:9, 241:12,
244:16, 244:20,
257:14, 259:22,
264:4, 264:5,
268:9, 276:7,
276:22, 279:11,
286:11, 293:3,
302:12, 302:18,
304:20, 305:9,
305:10, 321:18,
329:9, 332:16,
334:21, 341:15,
343:11, 350:3,
354:11, 354:13,
359:15, 363:5,
369:17, 371:18,
372:6
**sazonov**
9:6
**scale**
278:8
**scalia**
282:15, 283:1
**scandal**
161:18
**scannell**
8:8
**scene**
272:2
**schedule**
296:13, 296:16,
296:18, 296:22,
348:21, 349:6,
349:22, 350:4,
350:6, 350:10,
354:17, 354:18,
354:21
**scheme**
372:11
**scholarship**
280:17
**school**
324:9
**science**
12:5, 279:9,
315:12
**screen**
24:20, 24:21,

72:10, 126:11,
137:8, 138:16,
139:5, 141:14,
168:22, 169:1,
169:4, 171:11,
171:17, 177:15,
183:16, 276:13,
278:21, 325:22,
328:7, 336:14
**screens**
16:6
**scroll**
276:19, 326:3
**scrolling**
329:4
**seal**
388:13
**second**
6:9, 22:3,
22:4, 25:12,
27:7, 30:3,
34:2, 34:5,
39:13, 39:18,
46:3, 60:15,
60:17, 62:14,
87:5, 87:17,
87:18, 105:4,
106:18, 107:12,
108:18, 122:19,
122:22, 123:4,
128:21, 129:2,
173:12, 175:13,
229:4, 236:7,
253:17, 279:10,
286:10, 305:21,
367:21, 372:1,
372:3
**second-to-last**
236:4, 236:5,
305:7, 305:8
**second-to-last-p-**
**aragraph**
235:20
**secret**
211:20
**sector**
293:11, 294:17,
294:18, 296:3

Transcript of Mikhail Fridman
Conducted on November 17, 2020

150

secure
335:1
see
18:5, 18:6,
18:21, 27:16,
27:21, 29:8,
48:7, 60:22,
80:7, 89:7,
95:18, 96:17,
97:2, 98:18,
103:2, 116:11,
119:21, 137:9,
140:2, 140:5,
140:16, 157:15,
157:19, 158:1,
165:21, 169:20,
172:13, 175:16,
189:12, 192:9,
199:21, 219:15,
220:2, 241:16,
243:1, 243:4,
243:7, 244:7,
253:12, 253:17,
264:9, 266:15,
290:12, 292:14,
297:10, 304:16,
305:18, 314:1,
321:18, 329:15,
342:10, 354:11,
355:11, 355:19,
368:5
seeing
107:7, 326:21
seek
68:22, 81:15,
197:21, 303:13
seeking
61:3, 61:12,
73:3
seem
25:4, 98:5
seems
33:21, 38:21,
44:15, 45:20,
54:14, 72:9,
135:10, 174:12,
183:1, 185:4,
185:21, 186:7,

187:20, 205:11,
205:15, 214:21,
215:6, 215:13,
215:14, 217:21,
218:4, 218:16,
232:5, 242:8,
264:21, 265:1,
265:2, 275:21,
277:11, 278:15,
306:11, 314:12,
316:6, 318:16,
320:15, 335:18,
349:17, 358:13,
379:12
seen
18:12, 80:9,
92:8, 104:17,
135:22, 137:4,
157:8, 157:10,
157:22, 207:20,
253:19, 279:15,
280:11, 342:12,
348:21, 350:4,
371:15
sees
99:4
seizing
338:13
select
358:9
selected
358:16
sell
373:17
semi
363:17, 363:20,
364:3
senate
242:22, 297:21,
298:6, 298:13
senator
299:15
senators
298:2, 298:10,
298:18, 300:2,
300:3, 301:1,
303:1, 303:5
send
149:5, 152:9,

154:3, 214:9,
241:4, 287:1,
329:18
sending
210:13, 239:21,
289:21, 313:15
senior
195:7, 214:6
sense
28:9, 28:10
sensitivity
22:20, 123:7
sent
16:15, 17:12,
113:9, 225:13,
240:4, 280:6,
313:14, 327:21,
328:20
sentence
21:19, 22:3,
22:4, 38:3,
38:11, 38:15,
39:13, 39:18,
61:14, 62:9,
108:13, 122:19,
122:22, 123:3,
123:4, 123:9,
123:14, 236:5,
237:2, 241:18,
245:12, 286:11,
334:2
sentenced
135:8
sentences
24:4, 24:5,
24:6, 24:8,
37:21
sentiment
189:6, 189:7
separate
15:11, 28:11,
121:9, 269:22,
270:8, 270:14,
359:4
separately
68:6
september
29:16, 31:14,

217:7, 339:3
sergei
178:13
series
319:4, 319:10
serious
63:5, 113:2,
118:17, 125:1,
138:1, 164:4
seriously
169:18
seriousness
67:6, 78:9,
113:3
serve
69:10, 266:6
served
27:11, 324:21,
375:10
server
10:3, 102:13,
102:14, 103:13,
161:18, 211:2,
211:13, 212:17,
216:13, 217:11,
218:3, 225:16,
226:10, 378:2,
379:3
servers
217:3, 307:2
serves
98:5
service
258:6, 343:21,
344:1, 344:8,
344:12, 347:4,
347:9, 347:11,
347:14
services
202:18
serving
318:9, 318:13,
335:16, 340:15,
342:2, 343:11
session
314:13
set
5:16, 6:5,

6:11, 20:12,
60:19, 252:1,
252:5, 274:1,
293:20, 388:12
**settled**
132:8
**settlement**
113:10, 114:2,
165:16
**seven**
101:14, 207:21,
291:21, 358:16,
363:12, 365:22,
369:22, 370:2,
370:4, 370:6
**seventeen**
332:13
**seventy-eight**
170:3, 170:10
**seventy-seven**
100:10
**seventy-two**
242:17
**several**
161:11
**shape**
384:4
**shaping**
331:22
**share**
218:11, 370:20
**shared**
241:7
**shareholder**
247:22
**shareholders**
59:9, 135:13,
233:8
**shares**
233:2, 233:9,
233:10, 234:4,
247:6, 247:9,
247:20, 248:2,
248:3, 285:19,
370:1, 370:3,
370:13, 370:21,
370:22, 372:11,
372:21, 373:3,

373:4, 373:12,
373:18
**sharp**
4:4, 88:6,
191:14, 197:1,
236:14, 236:18,
327:20, 328:14,
329:6, 338:21,
339:15, 367:19,
368:10, 368:17
**sheet**
387:7
**shimon**
283:2, 283:3
**shoot**
354:1
**short**
254:8, 319:21,
338:6, 373:15
**shorthand**
388:1
**shortly**
207:19, 263:14,
335:18, 375:20
**should**
18:7, 36:18,
48:18, 50:2,
53:18, 72:21,
73:15, 73:21,
99:12, 109:8,
156:17, 167:18,
181:17, 181:22,
186:7, 196:16,
201:17, 201:18,
202:8, 208:11,
216:22, 259:4,
259:17, 300:13,
308:20, 315:11,
315:13, 322:2,
334:18, 336:22,
344:22, 345:11,
346:17, 355:10,
357:7
**shouldn't**
182:4, 302:18
**show**
144:11, 146:1,
146:13, 175:11

**shown**
241:6, 380:21
**shows**
222:21, 261:2
**sidanko**
370:18, 370:21,
370:22, 372:15,
373:3, 373:9,
373:14
**side**
55:8, 73:16,
156:18, 213:8,
231:1, 286:20,
334:12, 334:14
**sides**
119:6
**sign**
71:3, 282:6,
355:15
**signature**
21:1, 21:2,
387:10
**signature-mnty8**
388:18
**signed**
65:18, 71:9,
314:1, 387:7
**significant**
22:6, 105:5,
107:6, 107:19,
111:20, 117:7,
236:20
**signing**
227:7, 227:10,
230:18, 231:5,
231:14, 388:8
**similar**
248:22, 285:19
**similarly**
78:16, 153:3
**simple**
32:16, 369:18
**simplest**
135:15
**simply**
175:21
**simpson**
1:9, 14:9,

378:13, 378:16,
378:19, 379:1,
379:7, 379:11
**since**
72:13, 112:4,
137:17, 142:1,
156:11, 174:6,
195:12, 230:13,
252:2, 252:15,
266:8, 273:10,
280:20, 314:17,
321:2, 323:6,
335:17, 340:21,
341:2, 341:9,
347:17, 350:12,
351:7, 358:1,
361:2, 379:9
**sincere**
167:7
**sincerely**
194:19
**sir**
21:1, 80:14,
101:7, 128:3,
146:13, 165:3,
169:5, 203:21,
236:10, 328:8,
354:10, 371:13
**sitting**
160:5, 166:15,
169:13
**situation**
50:15, 66:9,
79:9, 134:4,
177:12, 184:7,
188:21, 190:10,
234:1, 315:22,
330:7, 337:17,
380:1
**six**
87:10, 207:21,
302:3, 329:1,
340:2, 358:16
**sixty-five**
253:2
**sixty-nine**
274:18
**sizable**
157:10, 356:19

**skeptical**
287:17, 287:19
**skills**
71:6
**skripal**
178:13
**slate**
102:12, 103:1,
103:6, 103:20,
226:9, 235:16,
235:17, 237:16,
239:22, 248:16,
378:2
**slate's**
238:1
**sleep**
80:3, 80:4,
83:7, 83:9,
83:11
**slept**
82:21
**small**
168:22, 169:2,
170:7, 234:7
**smith**
10:16, 244:2,
244:13
**so-called**
33:7, 74:18,
190:6, 206:9,
211:1, 211:13,
266:13, 294:10,
383:16
**social**
85:16, 93:8
**socialist**
185:8, 185:14
**socially**
135:21
**societies**
270:5
**society**
188:7
**soil**
310:21
**sold**
232:21, 233:1,
233:12, 233:17

**some**
35:8, 56:16,
77:10, 84:16,
86:15, 128:17,
129:5, 162:13,
164:4, 164:9,
164:19, 168:5,
182:1, 182:22,
186:14, 200:18,
201:3, 201:16,
204:13, 205:14,
207:9, 212:21,
215:6, 216:4,
234:3, 282:13,
288:16, 288:19,
297:12, 299:2,
299:8, 299:19,
309:22, 319:13,
319:19, 331:17,
352:4, 369:11,
383:17
**somebody**
34:4, 37:15,
38:20, 39:5,
39:7, 39:8,
39:10, 39:20,
40:7, 48:3,
86:14, 91:3,
107:22, 108:4,
108:8, 135:11,
181:15, 211:5,
356:1
**somehow**
118:6, 135:5,
135:18, 147:2,
168:7, 205:14,
227:15
**someone**
94:5, 94:10,
155:18
**something**
34:4, 82:6,
85:17, 102:10,
171:3, 197:17,
223:7, 237:9,
241:7, 252:13,
256:7, 278:9,
285:19, 296:20,

300:12, 326:12,
350:15, 381:21
**sometimes**
169:19, 237:14,
271:22, 306:22,
330:16
**son**
78:2
**sorry**
15:21, 27:7,
34:4, 45:8,
47:4, 48:11,
56:16, 60:10,
66:11, 68:1,
70:3, 72:8,
77:18, 79:16,
80:12, 81:20,
83:8, 87:16,
88:2, 88:9,
93:11, 100:21,
101:2, 105:1,
105:14, 107:7,
110:13, 115:4,
119:8, 128:13,
139:2, 139:3,
147:21, 149:13,
152:13, 159:7,
161:2, 162:19,
164:8, 176:20,
178:2, 180:13,
183:9, 184:14,
189:20, 197:10,
203:5, 203:7,
203:10, 215:9,
222:7, 236:3,
253:6, 266:2,
273:11, 281:22,
283:10, 287:14,
290:17, 291:7,
294:9, 296:17,
296:21, 302:1,
305:13, 305:18,
317:20, 324:20,
327:17, 332:20,
333:2, 333:5,
340:14, 344:9,
348:5, 354:20,
367:11, 367:19,

**368:4, 378:6**
**sort**
222:18
**sound**
140:22, 257:18
**source**
34:17
**sources**
35:21, 36:14,
85:3, 85:18,
86:4, 135:1,
344:16
**south**
374:21
**soviet**
186:15, 325:8,
331:15
**spain**
133:12, 133:20
**span**
85:20, 259:9
**spanish**
134:1, 136:3,
136:5, 136:16
**speak**
44:16, 46:13,
59:15, 99:21,
108:15, 170:21,
188:12, 188:14,
214:15, 215:18,
244:12, 244:14,
316:3, 327:11,
359:7
**speaker**
267:6
**speakers**
319:14
**speaking**
50:1, 54:6,
125:11, 130:6,
141:4, 167:20,
168:20, 188:18,
197:13, 214:17,
223:12, 223:15,
226:22, 244:6,
275:2, 280:13,
291:16, 330:6,
342:12, 346:16

speaks
62:7, 191:7,
316:20
special
73:4, 136:18,
147:13, 337:19,
341:21
specialist
12:4, 279:9
specific
21:7, 28:6,
50:15, 51:5,
51:16, 302:15,
304:21, 305:9,
306:7, 359:20
specifically
81:16, 211:4,
324:2, 338:9,
354:4
spectacular
173:5
spectrum
236:9
speculate
277:21
speculation
103:5, 121:22,
131:17, 133:8,
157:2, 278:15,
289:9, 346:22,
356:2, 376:11,
377:8
speech
104:4, 104:13,
174:9, 174:12,
174:14, 174:15,
174:16, 174:17,
175:5, 175:8,
271:13, 271:14
speeches
174:19, 174:21,
175:11, 254:9,
267:18, 271:11,
272:4, 272:7
spell
67:13, 209:13
spelled
364:5

spelman
3:5
spend
251:16
spent
307:11
sphere
315:12
spoke
44:9, 44:14,
44:18, 44:20,
167:16, 223:20,
224:2, 224:4,
311:10
spoken
179:19, 224:5,
224:7
sponsor
66:3, 121:4,
121:12, 129:22,
197:9, 206:13,
274:22, 275:5
sponsored
280:16
sponsoring
70:16, 251:14
sponsorship
120:12, 120:15,
121:19, 129:16,
129:17, 275:8
spotlight
82:10, 82:11,
82:13
spread
42:21, 43:4
spreaded
42:18, 237:13
spreads
8:21
st
110:14
staff
349:13, 349:16,
353:1, 358:21
stage
118:2
stake
113:17, 338:14

stan
206:1, 206:7
stand
98:2, 134:5,
138:17, 169:5,
271:18, 326:1
standing
273:10
standpoint
37:4, 86:11,
185:13
stands
90:10
start
195:3, 203:21,
353:15
started
64:11, 82:5,
324:5, 324:8,
333:11
starts
367:15, 368:6
state
22:14, 88:19,
97:14, 97:18,
97:19, 97:21,
97:22, 106:22,
211:20, 226:16,
227:8, 230:21,
232:3, 232:6,
232:9, 267:8,
292:12, 295:7,
295:18, 296:5,
309:16, 310:5,
314:20, 347:3
state-owned
336:5
state-run
233:3, 336:19
stated
41:11, 214:13,
315:8, 374:8
statement
6:14, 7:18,
7:19, 21:12,
22:4, 22:10,
22:13, 23:3,
23:6, 23:11,

24:3, 24:10,
25:3, 25:17,
25:20, 26:1,
26:4, 26:11,
26:20, 49:16,
49:19, 49:22,
54:19, 68:15,
95:15, 95:18,
95:20, 96:2,
96:8, 96:12,
96:21, 97:2,
97:10, 97:14,
98:7, 105:4,
107:5, 107:12,
107:18, 108:19,
109:1, 109:12,
109:19, 110:18,
110:22, 111:15,
111:19, 112:5,
112:8, 112:13,
117:7, 117:15,
122:16, 122:20,
123:13, 123:15,
130:15, 159:4,
159:5, 159:11,
175:1, 175:7,
190:22, 191:4,
191:7, 191:9,
191:11, 192:19,
192:22, 193:3,
237:16, 237:20,
237:21, 239:21,
241:22, 245:8,
245:11, 248:5,
248:6, 280:6,
347:20, 350:19,
353:9, 353:17,
383:13, 383:19
statements
20:3, 21:8,
21:10, 21:13,
21:18, 23:20,
26:16, 49:13,
68:10, 84:1,
84:15, 86:22,
89:10, 89:21,
102:17, 112:10,
136:22, 137:13,

Transcript of Mikhail Fridman
Conducted on November 17, 2020                    154

179:2, 241:10,
245:10, 373:20
**states**
1:1, 120:18,
136:19, 156:22,
157:3, 184:7,
185:5, 185:21,
185:22, 188:21,
193:7, 193:19,
194:11, 198:1,
198:11, 198:12,
198:13, 234:8,
234:11, 234:14,
234:15, 242:22,
268:16, 268:21,
287:10, 295:7,
305:1, 306:1,
312:10, 317:2
**statesman**
290:9, 290:10,
330:12
**stating**
31:11
**station**
130:3
**statistics**
268:22
**status**
154:11, 269:6,
269:16
**stay**
324:10, 334:12,
334:14, 334:18,
334:22, 342:13
**stayed**
342:3
**steadily**
190:10
**steel**
324:2
**steele**
11:13, 29:18,
31:13, 32:19,
33:8, 33:22,
34:6, 34:10,
35:11, 35:12,
113:4, 262:7,
262:12, 379:10

**steele's**
261:9, 262:17
**stenographically**
388:6
**step**
73:22
**stephen**
4:5, 15:13,
292:21
**stepped**
373:22, 374:8
**stepping**
374:5
**steps**
160:1
**stick**
294:19
**still**
67:8, 67:9,
86:1, 86:20,
93:3, 94:2,
94:18, 131:6,
142:20, 202:2,
240:18, 264:19,
343:11, 374:3
**stock**
233:8, 338:21,
338:22, 339:6
**stop**
105:17, 276:19,
276:20, 326:5,
377:11
**stopped**
265:3
**stories**
161:12, 161:20,
248:14
**story**
33:6, 33:7,
33:12, 35:22,
77:14, 103:12,
103:19, 114:2,
114:4, 116:17,
117:20, 161:18,
165:15, 165:16,
165:18, 187:11,
187:17, 187:19,
189:19, 193:5,

199:12, 210:18,
211:2, 211:13,
211:16, 212:17,
212:18, 213:17,
215:16, 220:4,
226:13, 227:1,
237:17, 238:2,
238:19, 244:2,
244:5, 244:7,
244:13, 244:15,
244:16, 257:8,
279:8, 279:10,
280:7, 307:2,
362:13, 378:2,
378:9
**strange**
217:2
**strategic**
304:21, 305:10,
305:22
**strategist**
118:4
**strategy**
53:16, 284:5,
286:11, 286:16,
286:17, 286:22
**stratfor**
10:8, 229:19,
332:14, 335:7,
335:10, 335:12
**straw**
117:21
**street**
3:8, 3:16,
262:5, 263:7,
301:13, 301:18,
302:4, 303:14,
379:19, 380:3,
384:19, 385:3
**stress**
61:18, 79:6,
84:2, 84:4,
84:6, 84:9,
84:12, 84:20,
85:20
**strictly**
182:5, 347:11
**strike**
273:11

**string**
9:13, 9:14,
9:15, 10:10,
245:3
**strong**
113:5, 346:13
**strongly**
77:4, 304:8
**structure**
6:15, 100:12,
100:15, 101:12,
344:6
**struggle**
11:19
**struggles**
244:21
**stuart**
45:4, 46:17,
48:4, 48:9,
55:20, 57:8,
167:1, 186:10,
188:2, 201:22,
212:4, 219:15,
220:9, 225:13
**student**
324:4
**study**
323:22
**stupid**
326:14, 349:1
**subject**
82:7, 133:5,
133:10, 136:10,
152:6, 162:4,
179:6, 297:4,
331:13, 383:22
**submitted**
147:3, 156:12,
237:16, 237:19,
304:15, 350:19
**submitting**
263:8
**subpoena**
5:18, 27:10,
69:10, 69:19
**subsequent**
99:14, 136:9,
242:3

Transcript of Mikhail Fridman
Conducted on November 17, 2020

155

**subsequently**
35:13, 71:16,
339:18
**subsidized**
273:18
**subsidizing**
273:21
**substance**
41:10, 85:14,
92:7, 98:11
**substantially**
137:17
**substituted**
26:8
**succeed**
321:8
**success**
244:17, 347:13
**successful**
119:5, 287:21,
361:20, 381:20
**succession**
98:4, 179:4
**successive**
164:12
**sue**
103:16, 103:17,
176:1, 248:9
**sued**
103:6, 103:20,
144:15, 175:21
**suffer**
137:12, 246:11
**suffered**
136:21
**suffering**
274:4
**suggest**
72:13, 131:3,
345:10, 370:4
**suggested**
190:9
**suggesting**
118:22, 120:5,
131:9, 131:15
**suggestion**
86:18, 186:6
**suggests**
96:2

**suing**
49:12, 246:21,
246:22, 247:2,
247:3, 247:5
**suite**
3:16
**summers**
290:13, 290:15
**superficial**
141:11, 142:7
**superpower**
309:10
**supervision**
388:7
**supervisory**
272:11
**supplement**
87:18
**supplemental**
5:14, 6:9,
20:11, 60:16,
60:18, 87:5,
95:1, 104:22,
105:2, 106:6
**support**
130:5, 145:15,
227:20, 230:8,
274:1, 276:22,
300:13, 302:8,
303:7, 345:8,
365:3, 366:20,
367:3, 369:11,
369:17
**supported**
227:11, 227:16,
228:6, 366:16,
366:19
**supporting**
227:15, 272:17,
339:20
**supportive**
197:13
**suppose**
189:13
**supposed**
190:9
**sure**
16:12, 16:13,

21:17, 24:13,
29:11, 33:3,
68:8, 69:21,
76:8, 76:15,
86:7, 94:20,
102:16, 104:1,
112:8, 112:20,
113:11, 114:1,
114:13, 115:1,
115:6, 116:16,
118:16, 120:11,
133:18, 140:11,
148:8, 199:18,
201:19, 202:20,
283:4, 286:7,
296:14, 303:3,
336:15, 378:20
**surely**
204:7
**surkov**
12:18, 322:13,
323:14, 323:19,
324:1, 324:3,
324:10, 324:21,
326:10, 326:12,
326:20, 327:12,
327:19, 328:21,
330:4, 331:18,
331:22, 332:5,
334:7, 334:11,
334:21, 336:4,
336:6, 342:9,
375:3, 375:6,
375:9, 375:14,
375:15, 375:21,
376:5, 376:7,
376:14, 376:22
**surkov's**
332:18, 333:17,
334:5, 340:4
**survey**
335:6
**survived**
128:18, 129:5
**suspect**
287:20
**suspicion**
383:1

**svr**
343:18, 343:20,
345:19, 346:1,
346:11
**switzerland**
247:10, 248:4
**sworn**
14:3
**synonymous**
98:19, 99:4
**system**
130:18

**T**

**t-r-u-d-n-i-c-h**
255:21
**tab**
18:15, 18:16
**take**
14:11, 43:18,
68:6, 69:3,
72:14, 109:16,
120:21, 137:7,
138:4, 143:6,
147:9, 208:11,
223:7, 263:14,
263:15, 278:20,
319:21, 320:1,
328:7, 336:13,
353:16, 377:15,
377:16, 383:15
**taken**
72:17, 143:8,
160:1, 208:15,
263:16, 265:4,
320:2, 377:21,
388:3, 388:6
**takes**
271:19
**taking**
246:19, 320:13
**talk**
26:4, 57:20,
58:13, 214:14,
220:5, 275:12
**talked**
58:7, 59:4,
164:19, 244:7,

378:1
**talking**
59:6, 59:7,
105:3, 146:6,
146:9, 207:4,
299:12, 338:19,
353:13, 357:17,
362:5
**talks**
141:15, 166:11,
189:19, 193:5,
254:18
**tank**
275:22, 320:5,
320:11, 320:14
**task**
378:10, 378:12,
378:15, 378:18
**tatyana**
151:1, 151:2
**tax**
132:14, 132:15,
351:22
**tech**
66:16
**technical**
24:18, 72:11,
88:22, 105:17,
105:19, 331:20,
379:14
**technician**
4:3, 125:15,
125:19, 137:7,
138:15, 138:17,
163:4, 169:5,
276:12, 326:1,
328:6, 328:8,
333:2, 333:4,
336:13, 336:15
**tefft**
310:7, 311:13,
311:16
**teflon**
7:4, 8:17,
183:3
**telecom**
245:15, 247:7,
247:21

**telecoms**
245:1, 293:14
**telephone**
56:9, 214:19,
214:22, 215:15
**tell**
39:5, 45:7,
47:19, 56:14,
56:19, 56:21,
57:1, 58:18,
65:2, 74:12,
77:12, 78:17,
83:20, 87:20,
91:14, 92:3,
92:13, 93:19,
96:16, 106:4,
106:15, 106:19,
126:7, 129:11,
134:10, 141:5,
155:18, 156:4,
177:22, 178:2,
178:3, 191:1,
191:8, 191:10,
220:3, 241:3,
275:9, 299:12,
305:3, 332:20,
333:14, 334:11,
349:1, 368:14
**telling**
74:11, 127:2,
129:8, 129:12,
133:20, 134:8,
139:22, 226:20,
330:18
**tells**
118:4, 140:3,
334:21
**temporally**
110:19
**temporary**
111:5
**ten**
72:15, 89:3,
93:12, 174:6,
207:11, 226:15,
232:17, 232:19,
272:18, 273:4,
291:21, 295:13,

319:1, 319:22,
342:11, 348:4,
351:3, 366:1,
377:17
**ten-minute**
377:15
**ten-plus**
288:16, 290:7
**tender**
370:17
**teneo**
202:18, 202:22,
203:3, 203:6,
203:7, 203:8
**tensions**
189:5
**term**
37:5, 229:4,
300:18
**testified**
14:3, 47:17,
75:18, 85:11,
143:18, 143:20,
144:20, 156:10,
348:20, 365:12,
365:14
**testify**
69:16, 311:11,
317:4, 356:1
**testifying**
321:19, 367:13
**testimony**
48:13, 90:10,
119:15, 120:9,
136:2, 144:18,
163:11, 164:17,
217:21, 221:18,
223:10, 321:14,
322:5, 349:3,
363:2, 369:17,
387:4, 387:5
**text**
17:9
**th**
388:13
**thank**
14:13, 15:6,
15:8, 16:4,

17:3, 101:8,
125:19, 137:11,
139:15, 143:7,
169:7, 171:18,
297:17, 328:15,
340:11, 348:1,
348:11, 368:18,
377:13, 380:11,
380:14, 384:14,
386:2
**themselves**
98:2, 108:15
**theory**
58:20, 59:17,
157:6
**therapist**
80:7, 80:10,
80:12
**thereafter**
388:6
**therefore**
45:10, 71:19,
73:5, 86:19,
156:15, 211:14,
213:1, 227:14,
240:18, 240:20,
248:3, 250:19,
293:17, 294:3,
337:17, 339:6,
339:17
**thick**
11:9
**thing**
44:7, 188:6
**things**
41:6, 76:13,
129:18, 179:6,
300:15, 302:20,
312:17, 316:15,
342:18, 343:2,
352:5, 372:13,
382:12
**thinks**
118:11, 275:22
**third**
22:12, 35:9,
130:21, 177:1,
236:6, 262:15,

264:10, 264:14,
264:16, 275:7,
333:20
**third-to-the-last**
20:15
**thirteen**
29:4
**thirty-five**
197:1, 197:2
**thirty-one**
268:5
**thirty-three**
187:7
**thirty-two**
196:13, 196:16,
196:20
**thomhill**
8:15
**thought**
83:5
**thousand**
160:14, 160:17,
204:12, 206:7,
266:9, 274:11,
324:20
**thousands**
41:17, 108:9,
108:10
**thread**
219:13
**three**
16:18, 23:19,
24:4, 24:5,
24:8, 26:4,
26:15, 29:5,
61:16, 83:10,
83:13, 83:15,
84:1, 86:22,
102:8, 136:22,
137:13, 146:3,
146:8, 147:18,
149:2, 291:17,
291:18, 295:14,
327:1, 330:3,
358:13
**three-three**
187:8
**three-year**
338:2

**through**
21:16, 29:13,
213:5, 222:21,
324:19, 327:3,
345:22, 353:21,
355:8, 370:19
**throughout**
181:5
**ties**
10:15, 37:13,
192:5, 244:3
**tighter**
321:22
**tightly**
157:13
**times**
29:20, 31:15,
51:3, 103:8,
103:11, 114:2,
125:8, 127:3,
127:14, 130:16,
135:9, 135:22,
161:21, 165:15,
166:8, 168:17,
169:12, 169:16,
170:21, 170:22,
171:20, 171:22,
177:22, 196:5,
198:19, 199:8,
199:14, 199:21,
200:3, 200:16,
200:20, 201:2,
201:8, 201:13,
201:20, 204:8,
215:1, 215:7,
215:8, 215:12,
215:18, 218:21,
226:12, 226:20,
227:1, 248:15,
254:6, 255:14,
262:11, 262:16,
263:8, 269:4,
272:3, 293:7,
295:14, 295:15,
310:14, 312:2,
314:8, 314:10,
314:14, 318:5,
327:1, 327:6,

330:4, 342:10,
350:11, 350:20,
350:22, 351:1,
351:7, 358:16,
360:17, 380:22
**timing**
33:1, 266:10
**title**
98:10, 175:4,
240:5, 281:12,
281:15, 325:2,
341:22, 381:6,
381:8, 381:11,
381:21
**tnk**
118:22, 120:5,
231:12, 233:12,
370:16
**tnk-bp**
119:4, 173:4,
227:3, 230:12,
230:19, 231:2,
232:21, 233:1,
233:2, 233:17,
234:4, 280:21,
330:20, 331:7,
342:21, 359:2,
359:8, 359:19,
360:14, 360:15
**today**
14:11, 17:16,
19:2, 29:12,
79:1, 87:2,
90:2, 90:20,
91:7, 137:1,
137:14, 151:12,
164:20, 166:5,
167:8, 167:14,
200:20, 204:20,
248:14, 349:4,
357:13, 360:19,
363:17, 363:20,
381:4
**today's**
28:2, 265:7
**together**
61:7, 67:22,
68:1, 68:17,

253:20, 258:11,
267:4, 275:11,
324:8, 324:10,
360:4, 364:22
**told**
35:7, 39:7,
39:8, 39:10,
45:8, 45:15,
58:1, 63:8,
70:15, 76:3,
77:13, 78:10,
78:13, 91:4,
91:6, 91:8,
92:14, 92:16,
93:18, 94:14,
129:14, 133:9,
136:10, 137:1,
137:14, 155:7,
179:20, 231:15,
293:10, 300:14,
318:4, 350:18,
365:8, 370:12,
370:14
**tolerates**
235:22, 237:4
**tony**
231:3, 231:13,
232:4
**took**
33:10, 53:1,
66:18, 109:16,
122:7, 127:10,
169:20
**top**
21:19, 102:16,
104:1, 210:8,
219:16, 228:20,
230:7, 244:21,
264:4, 305:9,
326:8
**topic**
50:21, 51:12,
53:11, 53:20,
54:15, 55:10,
57:16, 84:22,
85:1, 157:5,
188:1, 215:7,
285:2, 293:17,

300:6, 300:22,
301:3, 303:4,
303:18, 313:22,
316:1, 342:19,
381:19, 383:13,
384:11
**topics**
171:3, 235:5,
352:10
**tori**
317:14
**touch**
175:14, 324:10,
342:3
**touched**
50:20
**touching**
212:14
**towards**
222:10, 372:15
**transcript**
5:8, 6:6, 7:7,
8:3, 9:16,
12:20, 13:3,
18:3, 19:9,
19:19, 20:9,
27:6, 29:1,
47:8, 47:15,
47:19, 60:8,
88:14, 100:20,
110:12, 116:8,
116:22, 119:13,
119:14, 125:22,
127:21, 138:20,
143:11, 144:17,
144:18, 145:9,
159:3, 163:10,
165:12, 168:14,
170:6, 171:10,
182:18, 183:21,
187:6, 196:11,
199:5, 210:2,
219:8, 221:22,
224:13, 226:5,
228:14, 230:4,
239:8, 242:16,
243:21, 253:5,
253:10, 254:14,

257:1, 260:21,
262:1, 264:1,
268:4, 274:17,
279:6, 286:4,
292:8, 301:12,
304:3, 313:9,
321:14, 325:17,
328:18, 348:14,
362:19, 367:6,
367:18, 371:6,
388:4
**transcription**
387:5
**transfer**
329:13
**translate**
55:17, 169:1
**translated**
186:8
**translation**
327:21, 328:3,
328:11, 329:3,
329:9
**transparent**
226:19, 284:15
**travel**
296:9
**tread**
222:22
**treasury**
307:16
**treat**
102:18, 103:2
**treated**
62:13
**treatment**
81:15
**treats**
107:1
**trends**
275:12
**trial**
47:16, 48:11,
61:6, 119:15,
143:18, 143:20,
144:18, 144:20,
321:14, 362:19,
373:21

**tried**
45:1, 135:11,
144:13, 167:6,
215:15, 216:3,
234:20, 247:5,
362:14, 365:8,
383:2
**trip**
296:8, 318:7,
318:8
**trivial**
124:18
**trouble**
80:14, 80:15,
81:2
**true**
20:19, 25:22,
26:20, 26:21,
71:17, 92:9,
108:22, 111:21,
112:1, 130:16,
137:16, 137:19,
151:11, 164:1,
184:9, 194:2,
238:21, 245:6,
245:8, 245:16,
259:1, 280:2,
280:16, 303:15,
335:3, 344:19,
349:3, 349:4,
353:17, 363:11,
363:15, 372:17,
372:18, 373:19,
387:4, 388:4
**trump**
10:3, 10:15,
33:7, 37:12,
96:9, 96:12,
96:17, 102:14,
185:16, 191:20,
212:22, 216:7,
216:13, 217:11,
218:3, 241:14,
244:4, 244:8,
307:3
**trump's**
11:10, 96:19,
104:3, 104:13

**trust**
73:9, 312:15
**trustee**
269:13, 269:16
**truth**
92:14, 245:12
**truthful**
62:19
**try**
15:5, 43:18,
69:20, 135:16,
272:5, 284:12,
285:3, 291:22,
294:16, 299:13,
300:8, 310:22,
311:3, 362:15,
384:4
**trying**
65:1, 68:20,
68:22, 83:10,
147:11, 154:5,
167:8, 180:16,
182:2, 193:18,
235:12, 250:9,
384:10
**tuesday**
1:15
**turf**
376:15, 377:1
**turn**
20:5, 20:15,
21:3, 25:10,
25:14, 26:22,
28:13, 47:2,
60:3, 60:9,
60:20, 72:19,
88:2, 94:21,
95:11, 100:9,
110:4, 119:7,
119:9, 119:16,
119:19, 125:12,
128:9, 130:10,
130:13, 140:15,
145:2, 158:21,
159:7, 162:19,
165:7, 166:1,
166:2, 166:4,
182:12, 183:15,

187:2, 196:6,
209:20, 218:22,
221:15, 222:1,
224:9, 225:22,
226:7, 228:10,
229:17, 235:15,
235:17, 243:16,
252:21, 256:19,
261:18, 276:2,
278:18, 281:5,
285:22, 292:3,
301:7, 303:20,
313:4, 321:15,
332:11, 347:19,
348:5, 353:7,
367:22, 371:1
**turns**
177:7
**tv**
144:11
**twelve**
72:20, 351:4,
351:5
**twenty**
196:12
**twenty-four**
182:15
**twenty-six**
278:22
**twenty-two**
165:13
**twice**
327:1, 350:14,
350:16, 350:21
**two**
37:21, 38:9,
45:20, 83:10,
83:13, 83:15,
83:19, 90:3,
119:17, 127:6,
149:21, 150:19,
204:11, 206:7,
222:4, 255:4,
256:14, 266:9,
269:22, 314:14,
315:10, 323:9,
324:19, 330:3,
360:13, 360:16,

365:10, 365:17,
367:20, 371:22
**two-hour**
177:8
**type**
51:22, 124:14,
157:11, 157:17,
158:4, 170:18,
174:20, 186:20,
187:21, 189:17,
238:14, 240:5,
275:14, 296:1,
308:12, 308:13,
312:9, 319:16,
325:7, 329:22,
337:20, 355:18,
357:16
**typewriting**
388:7
**typically**
220:9

---

**U**

---

**uber**
197:16, 198:18
**uh-huh**
19:1, 20:17,
29:22, 31:17,
47:20, 61:2,
100:10, 101:3,
139:13, 163:15,
175:15, 177:18,
193:11, 225:11,
226:8, 237:8,
245:7, 248:17,
261:3, 262:9,
262:14, 301:16,
302:7, 378:11
**uk**
47:16, 48:11,
99:11, 99:16,
100:2, 119:15,
135:8, 159:4,
163:14, 221:18,
230:22, 231:4,
232:8, 321:15,
321:20, 350:19,
353:8, 373:21

**ukraine**
177:7
**ukraine-russia**
11:10
**ultimately**
245:3
**unclear**
217:22
**under**
20:19, 24:14,
120:17, 154:9,
191:20, 253:15,
362:3, 363:7,
388:7
**understand**
14:16, 15:2,
15:3, 24:1,
32:12, 34:18,
41:17, 46:8,
55:14, 61:13,
67:5, 68:13,
74:5, 76:5,
85:14, 85:16,
103:18, 109:22,
111:6, 111:17,
112:2, 122:3,
134:2, 134:3,
146:2, 146:15,
150:15, 154:11,
154:22, 156:11,
156:19, 164:21,
170:19, 179:5,
185:12, 191:6,
192:20, 194:5,
211:7, 211:11,
212:14, 214:5,
226:15, 249:11,
255:22, 280:1,
298:19, 299:21,
309:11, 313:3,
315:4, 320:22,
350:9, 355:11,
364:13, 369:9,
374:5
**understanding**
32:16, 118:14,
189:16, 221:9,
233:14, 243:12,

304:5, 304:9,
309:8
**understandings**
157:8
**understood**
16:22, 78:8,
97:7, 97:18,
127:1, 313:21,
364:9, 364:11
**undertake**
73:21
**undertaken**
103:18
**underwriting**
368:21
**unfortunately**
164:7, 164:8,
172:17, 189:10,
283:13
**uniformly**
117:22
**union**
186:15, 325:9,
331:15, 353:4,
357:18, 358:4
**unique**
17:18, 195:19
**unit**
374:4, 374:13
**united**
1:1, 120:18,
136:18, 156:22,
157:3, 184:7,
185:5, 185:21,
185:22, 188:21,
193:7, 193:18,
194:11, 197:22,
198:11, 198:12,
198:13, 228:22,
229:10, 234:8,
234:11, 234:14,
234:15, 242:21,
268:16, 268:21,
287:10, 295:7,
305:1, 306:1,
312:10, 317:2
**universal**
189:15

university
324:1, 324:4,
324:5, 324:7
unless
28:5
unlike
362:2
unpleasant
79:18
unprofessional
326:17
unquote
22:8, 126:3,
165:20, 176:18,
190:14, 225:8
unspecified
191:5
until
85:10, 86:20,
174:6, 296:15,
318:20, 327:22,
349:14
urged
185:16
urgency
218:11
url
140:2
use
100:3, 100:6,
147:17, 148:21,
149:2, 152:8,
190:15, 192:3,
192:14, 193:6,
204:18, 205:4,
220:4, 234:3,
250:1, 254:22,
255:5, 284:6,
284:11, 284:21,
285:3, 287:9,
309:7, 315:2
useful
290:2, 300:18,
310:17, 330:11
using
145:22, 146:3,
146:7, 146:12,
147:18, 176:3,

193:16, 202:22,
203:6, 204:17,
222:22, 283:22,
284:18
usual
176:16
uzbekistan
113:11, 114:9,
132:8

**V**

v-a-i-n-o
349:16
v-a-l-d-a-i
274:20, 320:8
vague
288:2
vaino
349:15
valdai
11:21, 274:19,
274:22, 275:9,
275:19, 276:1,
276:3, 277:16,
320:4, 320:8,
320:12
varisova
150:22
veb
336:5, 336:11,
336:16, 336:17,
336:18, 337:1,
337:3, 337:10,
338:7, 338:8,
340:3
vekselberg
360:15
vendors
57:19, 58:2
venture
119:5, 174:6,
359:2, 359:20,
359:22
veon
203:5, 204:8
verbal
14:21
verbally
76:4

verified
20:18, 24:13
verify
118:14
vershbow
310:22
version
56:14, 56:19,
241:4, 276:5
vice
264:7
vice-chair
264:19, 265:18
vice-chairman
265:14
vice-chairs
266:16
vice-president
207:13, 376:4
victoria
309:22, 311:21,
312:4, 313:13,
317:7
videotaped
12:21, 13:4
view
23:17, 53:15,
85:17, 102:18,
195:20, 284:1,
288:7, 289:15,
300:9, 303:7,
309:11, 322:3,
330:10, 334:18,
352:2
viewed
62:12, 62:15
viewpoint
383:6
views
184:8, 185:9,
384:5
vimpelcom
8:6, 114:3,
132:7, 133:1,
165:15, 165:19,
203:4, 204:8,
338:14, 338:15
vimpelcom's
113:10

violated
134:11
violation
133:16
violations
134:20
virginia
2:7, 388:22
virtually
1:14, 2:2
virtue
289:19
visible
50:22, 64:3,
285:12
visit
227:8, 230:21,
231:1, 232:3,
232:6, 303:17,
312:9
visited
292:12, 292:15
visitor
12:10
vlad
330:6
vladimir
178:1, 178:3,
178:6, 178:9,
178:12, 178:17,
179:8, 179:12,
179:19, 180:2,
180:5, 186:21,
227:5, 228:8,
231:4, 231:13,
235:2, 244:22,
246:1, 278:10,
287:12, 287:22,
288:18, 320:18,
321:1, 322:15,
324:22, 341:8,
341:16, 341:17,
342:6, 345:10,
345:18, 346:5,
347:17, 350:12,
351:8, 353:20,
355:12, 356:9,
356:15, 357:13,

360:5, 361:8,
361:17, 362:3,
382:7, 383:21,
384:5
**vladislav**
12:17, 322:13,
328:21, 331:10,
375:2
**vocal**
363:13
**volga**
320:13
**volodin**
376:15, 377:1
**voloshin**
348:22, 349:9,
349:12
**volume**
12:22, 13:5,
16:18, 18:9,
27:2
**vote**
227:14
**vozianov**
207:12, 384:19,
385:20
**vyacheslav**
376:15, 377:1

**W**

**w-a-v**
292:11
**wait**
276:17, 276:18,
323:1
**waiting**
368:14
**walk**
21:16
**wall**
3:8, 185:17,
262:5, 263:7,
301:13, 301:18,
302:4, 303:14,
379:19, 380:3,
384:19, 385:2
**walsh**
3:6

**walter**
291:11
**want**
16:13, 24:12,
29:11, 30:21,
30:22, 37:3,
57:1, 58:16,
63:22, 68:6,
69:11, 73:2,
73:12, 83:9,
83:21, 152:20,
156:3, 166:4,
170:20, 170:21,
172:4, 180:20,
184:21, 189:21,
192:7, 192:12,
222:20, 226:17,
256:6, 259:7,
336:11, 355:20,
356:2, 366:17
**wanted**
176:18, 213:22,
304:10, 310:15
**war**
6:20, 115:18,
115:22, 117:2,
173:2, 180:6
**washington**
3:17, 29:20,
31:15, 66:2,
75:2, 210:21,
211:4, 211:5,
211:12, 213:9,
214:5, 214:18,
214:21, 223:22,
224:2, 225:16,
238:18, 250:15,
252:18, 254:4,
255:6, 255:11,
255:13, 255:14,
259:3, 259:14,
259:15, 259:21,
262:10, 262:16,
263:8, 291:19,
295:13, 295:15,
296:8, 296:9,
297:21, 298:9,
299:3, 299:15,

301:22, 302:6,
307:11, 311:17,
314:9, 314:15,
319:14
**watchdog**
66:14
**water**
180:21, 181:13,
181:16, 181:18
**wav**
292:12
**way**
64:18, 75:7,
82:20, 84:2,
84:4, 86:13,
87:1, 95:10,
102:22, 113:7,
113:22, 124:19,
132:16, 135:15,
137:2, 140:22,
152:15, 158:16,
176:7, 181:1,
186:5, 194:12,
194:16, 197:12,
203:4, 214:21,
242:8, 249:18,
291:2, 314:12,
314:18, 323:3,
361:22, 383:17
**ways**
38:1, 367:1
**we'll**
47:5, 100:16,
125:14, 187:3,
208:13, 209:21,
219:1, 224:10,
239:2, 253:7,
254:11, 256:20,
261:19, 263:20,
267:22, 274:14,
286:1, 313:5,
325:14, 371:2,
377:18
**we're**
21:17, 26:17,
83:15, 101:4,
105:16, 139:4,
142:6, 158:21,

163:2, 196:7,
199:1, 207:8,
226:1, 229:22,
242:12, 243:17,
252:22, 279:2,
301:8, 303:21,
328:1, 368:2,
368:13
**we've**
17:14, 66:15,
94:22, 146:8,
148:5, 151:20,
152:1, 164:19,
166:5, 200:20,
241:7, 247:12,
248:14, 295:12,
295:14, 328:4,
360:22, 361:20,
365:7, 368:15
**wealth**
137:21
**wealthy**
141:7
**web**
11:10, 140:4,
243:8
**website**
10:17, 261:1,
264:4, 265:5,
265:7, 279:21,
341:15, 343:10,
343:13
**week**
265:10
**welcome**
101:10, 254:9
**well-connected**
330:9
**went**
39:4, 41:12,
42:9, 70:14,
83:10, 291:4,
291:19, 307:10,
338:22, 339:6
**weren't**
121:2, 337:2
**west**
159:13, 159:20,

160:2, 160:10,
160:18, 162:10,
163:22, 190:8,
234:19, 235:1,
236:21, 249:10
**western**
118:21, 120:4,
127:13, 157:9,
157:15, 157:19,
158:1, 158:6,
158:10, 158:11,
161:11, 162:3,
231:22, 232:1,
233:18, 234:18,
235:1, 235:5,
249:1, 251:4,
315:14, 315:15,
320:17, 320:20,
339:14
**whatever**
82:6, 86:16,
182:5, 238:15,
288:12, 316:14,
327:10, 344:19,
353:1, 366:2
**whatsoever**
346:7
**whenever**
153:1, 153:4
**whereof**
388:12
**whether**
33:5, 52:15,
55:17, 57:1,
59:13, 59:21,
64:15, 65:13,
71:16, 76:6,
79:4, 97:10,
109:13, 109:15,
118:8, 118:10,
118:15, 118:16,
124:15, 128:12,
128:15, 129:3,
130:16, 141:5,
142:15, 153:14,
179:5, 191:8,
192:12, 204:11,
204:17, 216:14,

216:15, 216:18,
298:8, 303:16,
333:14, 347:8,
356:4, 383:6,
383:16
**whisper**
82:5
**white**
12:10, 290:4,
290:8, 290:21,
291:8, 291:14,
292:13, 292:15,
293:3, 295:3,
295:21, 297:8,
297:13, 307:22
**whitehead**
1:22, 2:5,
388:2
**whoever**
338:10
**whole**
27:21, 33:7,
33:11, 35:22,
39:2, 46:6,
46:7, 66:20,
98:11, 103:19,
141:2, 141:10,
181:5, 250:10
**wide**
62:17
**widely**
38:5, 42:18,
42:21, 43:4,
237:13
**win**
130:18, 229:4
**wind**
214:17, 223:12,
223:15, 223:17
**winner**
71:1, 267:11
**wish**
69:18, 72:4,
91:10, 154:6
**wishes**
260:5
**withdraw**
45:12, 46:5,

65:8, 71:11,
104:19
**within**
38:9, 257:2,
319:22, 338:8,
340:19
**without**
107:22, 108:3,
108:5, 153:11,
153:19, 153:22,
249:16
**witness**
7:19, 18:16,
18:18, 26:8,
26:14, 30:17,
31:21, 33:17,
60:13, 72:16,
87:14, 88:11,
106:12, 106:17,
106:20, 107:10,
107:14, 138:7,
138:11, 138:13,
155:17, 159:4,
159:10, 173:11,
173:14, 175:15,
177:2, 177:4,
177:18, 187:9,
208:12, 216:17,
222:13, 236:16,
264:12, 297:6,
311:11, 317:5,
347:19, 350:18,
353:8, 356:1,
364:7, 364:9,
364:11, 380:11,
388:12
**witnesses**
227:7
**won**
115:13, 247:14,
372:21, 373:12
**wonders**
128:18, 129:5
**word**
108:13, 109:7,
124:1, 153:13,
176:2, 332:22
**wording**
89:11

**words**
15:4, 32:13,
96:17, 97:2,
97:5, 97:11,
97:13, 98:2,
98:3, 98:4,
107:20, 108:14,
108:16, 333:12,
364:2
**work**
82:14, 82:19,
196:1, 202:2,
204:5, 204:7,
205:17, 206:1,
206:22, 207:10,
207:14, 207:18,
221:10, 260:6,
280:4, 280:10,
281:17, 322:17,
322:19, 323:1,
323:9, 323:11,
323:12, 324:18,
340:18, 340:21,
347:4, 347:8,
347:10, 375:12,
375:20
**worked**
205:15, 207:22,
278:11, 278:13,
322:21, 341:1,
374:15
**working**
150:20, 151:8,
157:1, 195:3,
202:2, 203:8,
203:12, 203:13,
203:17, 203:22,
204:2, 204:20,
205:21, 206:15,
206:16, 207:8,
212:1, 213:17,
239:17, 239:18,
256:4, 280:9,
280:15, 322:14,
324:16, 324:17,
346:18, 353:2
**works**
309:9, 344:16

world
9:8, 11:20,
71:4, 120:13,
120:15, 120:21,
184:8, 197:9,
270:10
worldview
11:19
worldwide
270:3, 294:2
worried
63:12, 79:8,
79:10
worries
81:11, 364:13
worrying
102:20
worse
189:11
worst
259:16
worth
137:16, 139:17,
140:8, 140:9,
140:11, 140:18,
141:1, 141:9,
141:13, 141:16,
141:22, 142:1,
142:3, 142:8,
142:22, 143:4,
377:17
wouldn't
346:13, 356:10
write
91:17, 370:11
writer
34:9
writes
199:22
writing
91:21, 104:3,
104:13, 372:8,
379:19
written
25:22, 118:9,
127:1, 131:16,
141:19, 201:12,
215:21, 265:16,

308:4, 308:6,
308:7, 308:8,
308:22, 379:10,
381:6
wrong
23:21, 45:3,
45:9, 86:14,
88:1, 102:22,
115:10, 189:10,
211:15, 230:11,
334:6
wrong-doings
132:7
wrongdoing
113:20, 159:14
wrongdoings
124:21
wrote
125:9, 168:3,
186:4, 269:4,
277:12, 335:5,
344:19
wto
300:4, 300:8,
300:9, 300:11,
302:9, 302:19,
304:10, 305:4

**Y**

yahoo
29:21, 31:15
yar
272:11
year
70:18, 141:16,
143:17, 156:1,
227:1, 227:2,
251:16, 256:9,
257:21, 257:22,
260:12, 271:14,
278:9, 296:14,
299:16, 299:19,
305:2, 307:3,
307:10, 314:15,
321:2, 327:1,
330:4, 335:18,
335:20, 342:10,
342:14, 350:12,

350:14, 350:16,
350:21, 354:14,
361:7, 361:10
years
63:6, 69:19,
92:6, 93:1,
93:7, 93:12,
127:11, 144:1,
144:2, 146:22,
163:22, 169:20,
172:20, 174:6,
194:15, 195:5,
195:22, 207:11,
207:21, 226:15,
232:17, 232:19,
244:20, 249:1,
256:5, 256:7,
257:20, 259:9,
272:18, 273:5,
280:18, 281:17,
287:7, 288:16,
290:7, 290:14,
295:11, 303:18,
307:15, 319:2,
322:20, 323:11,
327:3, 329:1,
340:13, 340:17,
340:20, 342:11,
346:12, 350:16,
358:13
yeltsin
126:3, 357:22,
358:3, 363:12,
365:1, 365:4,
366:16, 366:19,
367:2, 369:11,
369:15, 369:17,
369:18
yeltsin's
126:6, 126:20,
368:22
yesterday
16:16, 17:12,
140:1, 140:8
york
3:9, 29:20,
31:14, 103:8,
103:11, 125:8,

127:3, 215:1,
215:6, 215:8,
215:12, 215:18
yorker
102:13, 103:6,
103:9, 103:12,
103:21
young
70:17, 70:18,
70:19, 71:8,
126:5, 126:19
yourself
17:4, 38:18,
46:11, 98:18,
171:1, 221:3
youth
229:15, 230:9,
332:1

**Z**

zairova
150:2, 151:16
zero
134:17, 347:15

**$**

$100
274:6, 276:7,
276:22, 277:9
$110,000
243:2
$13.3
140:19
$14.4
141:17
$15.1
139:18
$2
256:12, 257:15,
257:21, 259:8,
336:4, 337:2,
337:4, 337:6
$200
197:15
$250,000
257:22
$3
197:21

**$40**
142:13, 372:15, 373:1
**$440,000**
243:13, 260:12
**$50**
9:11, 197:18, 199:8
**$75,000**
61:7
**$795**
8:7, 113:10
**$80**
142:13

---
**0**
---

**0/1/16**
9:19
**0/2/19**
11:8
**0/8/00**
7:10
**00**
208:11
**003**
253:13
**004**
253:18
**006**
253:13
**01**
1:16
**03**
8:9, 10:6, 208:10

---
**1**
---

**1**
208:10, 208:11
**1/2/16**
10:14
**1/7/14**
12:16
**10**
6:15, 12:3, 12:7, 37:9, 38:9, 89:2, 89:4, 100:16,

100:18, 100:21, 110:4, 110:6, 236:14, 236:19, 279:7, 286:8, 348:3, 353:13, 370:18
**100**
6:15, 274:8
**10005**
3:9
**101**
26:22, 27:2, 27:7
**102**
119:7, 119:9, 221:15, 321:12, 362:17, 362:21, 362:22
**103**
47:2, 47:3, 47:4, 47:9, 47:12, 162:20, 162:21
**105**
367:21, 367:22, 368:9, 368:16, 368:17
**107**
321:16, 321:17
**11**
6:17, 7:3, 8:16, 11:3, 12:3, 60:20, 62:13, 89:2, 110:9, 110:10, 116:16, 145:4, 145:10, 158:21, 182:19, 347:20, 353:7
**110**
6:17
**112**
5:13, 19:22, 21:20, 22:4, 22:5, 22:13, 23:6, 23:11, 23:16, 24:6, 29:19, 31:5,

31:13, 34:11, 35:12, 35:14, 36:5, 36:17, 36:20, 36:22, 37:10, 37:11, 41:21, 42:3, 42:5, 42:12, 43:12, 43:16, 43:19, 44:12, 48:22, 49:4, 49:9, 49:13, 50:4, 50:8, 50:17, 51:5, 51:8, 51:20, 52:5, 52:18, 53:8, 54:1, 54:5, 54:9, 54:22, 55:6, 55:12, 56:7, 70:14, 71:18, 78:11, 78:17, 84:2, 89:19, 92:4, 93:18, 94:14, 96:9, 96:11, 98:11, 102:17, 104:2, 104:5, 107:18, 108:15, 117:14, 118:19, 119:1, 137:18, 162:10
**116**
6:20, 7:3
**119**
7:7
**12**
6:20, 11:3, 12:11, 18:15, 72:19, 87:7, 116:5, 116:6, 295:13, 351:4
**12.4**
102:4
**125**
7:10
**127**
7:12
**13**
7:3, 8:9, 29:2,

29:3, 115:21, 115:22, 116:2, 116:3, 116:4, 116:19, 116:20, 163:11, 163:16, 331:4
**132**
119:16, 119:19, 119:20, 119:22, 120:1
**138**
7:15
**14**
5:3, 7:7, 9:3, 47:18, 119:10, 119:11, 125:12, 125:17, 141:17, 163:12, 187:11, 222:2, 222:4, 222:6, 222:7, 222:8, 321:13, 328:20, 362:19
**1401**
3:16
**141**
372:2
**142**
372:2
**145**
7:17
**148**
367:11, 367:12, 367:17, 368:8, 368:12, 368:20, 369:3, 369:5
**149**
367:9, 369:16
**15**
7:10, 12:3, 125:14, 125:18, 125:20, 144:2, 207:11, 228:10, 236:13, 290:7, 340:19, 341:12, 354:14, 359:13, 377:16
**153**
363:2

| | | | |
|---|---|---|---|
| **154** | 7:19, 9:7, | **20** | 336:16, 337:3, |
| 363:3 | 123:20, 158:22, | 5:14, 6:6, 7:7, | 337:10, 337:16, |
| **159** | 159:1, 163:1, | 8:3, 9:16, 25:8, | 339:4, 339:9 |
| 7:19 | 325:13, 347:22, | 61:1, 139:18, | **2010** |
| **16** | 353:8, 354:14 | 163:5, 163:7, | 291:15, 292:16, |
| 7:3, 7:7, 7:12, | **196** | 163:8, 172:5, | 293:2, 296:6, |
| 8:6, 8:16, 9:3, | 9:7 | 194:15, 195:5, | 381:1 |
| 9:7, 9:10, 9:16, | **1981** | 195:22, 233:13, | **2011** |
| 11:18, 127:18, | 324:8 | 256:5, 256:7, | 291:15, 292:16, |
| 127:19, 139:18, | **1982** | 256:9, 280:18, | 295:3 |
| 166:5, 172:5, | 324:8 | 328:20, 329:12, | **2012** |
| 195:22, 306:5, | **199** | 329:13, 340:13, | 256:12, 257:17, |
| 322:20, 334:20, | 9:10 | 340:16, 350:16 | 291:15, 292:16, |
| 340:20 | **1990** | **20.96** | 295:4, 299:10, |
| **163** | 22:14, 123:2, | 102:1 | 299:18, 299:21, |
| 8:3 | 123:19, 124:11, | **200** | 301:2, 301:13, |
| **165** | 127:15, 128:13, | 252:16 | 304:5, 304:9, |
| 8:6 | 128:16, 129:4, | **200,000** | 341:17 |
| **168** | 382:7 | 257:21 | **2013** |
| 8:9 | **1992** | **2000** | 174:6, 232:21, |
| **17** | 344:21 | 125:7, 240:17, | 234:3, 273:10, |
| 1:7, 1:15, 6:6, | **1995** | 252:14, 347:17, | 273:12, 273:20, |
| 7:15, 8:3, 12:7, | 323:14, 372:10 | 350:12, 351:7, | 324:19, 324:20, |
| 138:15, 138:18, | **1996** | 355:8, 361:11, | 327:3, 327:12, |
| 147:1, 169:20, | 323:15, 368:22, | 361:12, 361:16, | 330:19, 331:1, |
| 229:17, 230:5, | 373:7 | 363:7 | 331:3, 331:5 |
| 281:6, 282:2, | **1997** | **20005** | **2014** |
| 332:11, 332:16, | 340:8, 375:18 | 3:17 | 271:6, 328:20, |
| 332:20, 332:21, | **1998** | **2003** | 329:1, 330:21, |
| 333:3, 333:7, | 361:6, 361:7, | 168:18, 174:6, | 330:22, 331:5 |
| 333:9, 386:3 | 375:18 | 226:12, 227:1, | **2015** |
| **170** | **1999** | 227:16, 227:22, | 169:15, 169:22, |
| 8:11 | 115:17, 323:3, | 228:3, 228:16, | 171:19, 266:9, |
| **171** | 340:8, 340:20, | 280:20, 282:11, | 271:5, 279:7, |
| 8:13 | 341:2, 361:4, | 282:14, 319:3, | 296:12, 307:13, |
| **18** | 361:7 | 319:7, 349:14 | 313:13, 314:22, |
| 5:10, 7:17, | **1:-cv** | **2004** | 318:3, 318:7, |
| 8:6, 11:13, | 1:7 | 252:12, 256:11, | 336:1, 343:3, |
| 145:6, 145:7, | **1st** | 257:16, 321:3, | 352:11, 355:8 |
| 165:14 | 112:4, 215:3, | 341:9, 341:16, | **2017** |
| **182** | 217:6 | 345:5, 345:12, | 30:9, 30:10, |
| 8:16 | | 345:15 | 32:4, 32:6, |
| **183** | **2** | **2005** | 32:8, 32:17, |
| 8:20 | **2/2/99** | 335:17, 335:21 | 33:3, 33:5, |
| **187** | 6:20 | **2007** | 33:13, 34:21, |
| 9:3 | **2/5/02** | 269:11, 332:14, | 35:5, 37:9, |
| **19** | 13:3 | 345:18, 345:22 | 38:9, 49:1, |
| 5:11, 5:12, | **2/6/02** | **2008** | 56:13, 56:18, |
| | 12:20 | 246:2, 336:5, | |

70:11, 85:20,
112:15, 141:15,
229:19, 260:8,
286:8, 316:6,
352:14, 353:20,
354:3, 382:4
**2018**
9:8, 102:12,
103:12, 120:13,
120:21, 147:1,
197:9, 260:9,
262:5, 271:5,
352:14, 354:3
**2019**
257:9, 271:4,
352:15, 354:3
**202**
3:18
**2020**
1:15, 72:22,
262:10, 262:16,
324:20, 352:15,
353:21, 354:3,
374:7, 388:14
**2023**
388:17
**2041**
1:7
**21**
8:6, 110:14,
165:9, 165:10
**210**
9:13, 9:14
**212**
3:10
**214**
222:7
**219**
9:15
**22**
8:9, 165:7,
168:11, 168:12
**221**
9:16
**224**
9:19
**226**
10:3

**228**
10:6
**23**
8:11, 11:18,
127:17, 166:5,
170:2, 170:4,
172:5, 172:7,
172:8, 268:7,
380:22
**230**
10:8
**238**
3:10
**239**
10:10
**24**
8:13, 116:18,
117:18, 171:7,
171:8, 182:12
**242**
10:11
**243**
10:14
**25**
8:16, 182:14,
182:16, 183:14,
374:7
**253**
10:17, 10:19
**254**
11:3
**256**
11:8
**26**
8:20, 88:4,
145:14, 183:18,
183:19, 278:18
**260**
11:12
**261**
11:13
**263**
11:16
**268**
11:18
**27**
5:18, 9:3,
25:14, 25:16,

26:20, 187:3,
187:4, 354:11
**274**
11:21
**279**
12:3
**28**
6:3, 9:7,
11:13, 25:16,
196:8, 196:9,
239:19, 262:5
**286**
12:7
**29**
9:10, 12:11,
27:10, 27:14,
28:5, 184:2,
199:2, 199:3,
301:13
**292**
12:10

---
**3**
---

**3/2/15**
8:11
**3/5/15**
8:13, 12:14
**30**
9:10, 9:13,
199:7, 209:21,
209:22, 262:16,
281:17, 285:20,
329:12, 329:13,
339:1, 354:14,
388:13
**300**
367:15, 368:6
**301**
12:11
**304**
12:13
**31**
9:14, 10:6,
102:11, 210:1,
219:5, 226:9,
228:16, 237:17,
267:21, 378:2,
388:17

**313**
12:14, 367:16
**314**
367:16
**32**
9:15, 196:6,
196:12, 219:2,
219:6
**32.86**
101:18
**3215**
3:18
**325**
12:16
**328**
12:20
**328038**
1:20
**33**
9:16, 187:2,
221:19, 221:20
**34**
9:19, 224:10,
224:11
**348**
13:3
**35**
10:3, 226:2,
226:3, 235:16,
378:3, 378:7
**36**
10:6, 159:8,
228:11, 228:12,
351:1, 351:6,
351:7
**37**
10:8, 230:1,
230:2, 332:12,
333:3, 333:5,
333:10
**371**
13:6
**38**
10:10, 198:22,
239:3, 239:6
**380**
5:4
**384**
5:5

**388**
1:21
**39**
10:11, 242:13,
242:14

**4**

**4/1/16**
7:12
**40**
10:14, 225:22,
235:16, 243:18,
243:19, 285:20,
339:1, 378:3,
378:5, 378:7
**41**
10:17, 243:16,
253:1, 253:3
**42**
10:19, 253:7,
253:8, 285:22
**43**
11:3, 254:11,
254:12
**44**
11:8, 256:19,
256:20, 256:21,
338:13, 338:14,
339:21
**440**
260:11
**444**
348:18, 348:19
**45**
11:12, 260:18,
260:19
**46**
11:13, 261:20,
261:21
**47**
11:16, 263:20,
263:21
**48**
11:18, 268:1,
268:2, 351:6,
351:7
**49**
6:6, 11:21,

274:14, 274:15,
276:14, 348:6,
348:11, 367:4,
367:9, 368:5,
368:13, 368:16

**5**

**5**
386:3
**50**
12:3, 279:3,
279:4
**50.3**
268:21
**500,000**
323:8
**51**
12:7, 286:1,
286:2
**52**
12:10, 292:5,
292:6, 313:4
**53**
12:11, 209:20,
219:5, 301:9,
301:10
**54**
12:13, 218:22,
303:22, 304:1,
304:13, 305:17
**55**
12:14, 224:9,
313:6, 313:7
**56**
12:16, 261:18,
325:14, 325:15
**57**
12:20, 263:18,
328:2, 328:16,
348:11, 367:8
**58**
13:3, 348:10,
348:12, 368:3
**59**
13:6, 371:3,
371:4

**6**

**60**
6:9

**600**
3:16
**65**
252:21
**66**
102:8, 253:6,
253:7
**67**
254:10
**68**
171:6, 171:13
**69**
274:14, 276:14

**7**

**71**
292:3, 297:8
**72**
242:11
**74**
303:20, 304:13,
305:13, 305:15,
305:17
**77**
100:9
**78**
170:1, 170:12
**7th**
11:5

**8**

**8/2/07**
10:8
**80**
63:6, 69:19,
260:17
**81**
239:1
**82**
168:8
**8303**
313:11
**8307**
219:9
**8313**
224:18
**84**
138:2, 138:3,

139:8
**845**
3:18
**85**
371:1
**86**
7:15
**8647**
3:10
**88**
6:13, 301:7,
327:14, 327:17

**9**

**9**
1:16
**9.6**
268:20
**90**
125:6, 322:19,
324:12, 324:14,
361:3, 361:4
**97**
375:22
**98**
375:22
**99**
361:13, 361:14