# EXHIBIT G

**INDEX**

*Note: The material enclosed below is a non-exhaustive sample of published articles, books and other media concerning Plaintiffs and Alfa.*

***Terror is a Fact of Russian Competition***, Moscow News, July 22, 1994 ("'To become a millionaire in our country it is not at all necessary to have a good head and specialized knowledge,' says Aven, who is now the president of the 'Alpha Bank'. 'Often, it is enough to have active support in the government, the parliament, local power structures and law-enforcement agencies. One fine day your insignificant bank is authorized, for instance, to conduct operations with budgetary funds. Or quotas are generously allotted to a company which is in no way connected with production for the export of oil, timber and gas. In other words, you are appointed a millionaire, as someone put it very aptly.'") (G001)

***Privatization Isn't Getting Any Cleaner***, The Moscow Times, July 3, 1997 ("The terms of this [state auction] process have been encumbered with ridiculous conditions which virtually guarantee that Alpha Bank, a group with close ties to the [Kremlin] Cabinet, will win.") (G004)

***Auction of Russian Oil Firm Angers Investors***, Wash. Post, Nov. 27, 1999 ("[T]he European Bank for Reconstruction and Development issued a statement tonight calling the bankruptcy auction 'a sham' and 'wholly contrary to the concepts of fairness and transparency' … Tyumen [Oil] is jointly owned by one of Moscow's leading oligarchs, Mikhail Fridman of Alpha Bank[.]") (G005)

***Rules of War***, The Economist, Dec. 2, 1999 ("BP is furious about [Alfa-owned] TNK's tactics, and the Russian government's inability to put a stop to them … the episode has served mainly to confirm most foreign investors' suspicion that some of the best investments in Russia are in bribes and guns.") (G007)

***Putin urged to apply the Pinochet stick***, The Guardian, Mar. 30, 2000 ("Petr Aven, president of Alfa … and a key business supporter of the newly elected president, said that Mr Putin should model his regime on that of Augusto Pinochet of Chile, combining Reaganomics with dictatorial controls.") (G009)

***The Autumn of the Oligarchs***, N.Y. Times, Oct. 8, 2000 ("The accusation -- that the Alfa Group's leaders had organized drug shipments from Central Asia to Europe -- was based on a United States intelligence source, based in turn on an interview with an unnamed former K.G.B. agent. When I asked Fridman about it, he shrugged and said, 'That stuff's always around.'") (G011)

***Brains, Bare Knuckles Are Keys To Success of Firm in Rich Deal***, Wall St. J., Feb. 22, 2001 ("Mikhail Fridman founded OAO Alfa Bank in 1991 and soon after recruited Pyotr Aven, former minister of foreign economic relations, to raise Alfa's political profile. The partners were among a handful of businessmen who helped to finance Boris Yeltsin's re-election campaign in 1996. The Kremlin rewarded these men by selling them state-owned oil and metals companies at bargain-basement prices. … Alfa Group remains among the most influential in the Kremlin. President

Vladimir Putin included Alfa Group among those invited to a Kremlin gathering last month and asked them to contribute millions to a fund to help veterans of Russia's war in Chechnya.") (G023)

***The New Face of Russia's Oligopoly***, The Moscow Times, Nov. 1, 2001 ("Alfa has managed to build one of the most powerful and effective political lobbies in the country. The appointment last year of Vladislav Surkov, an active Alfa lobbyist, as the deputy head of the presidential administration paved the way for other Alfa agents to follow in different branches of power[.]") (G026)

***Power Broker in Russia's Shifting Scene***, Fin. Times, Aug. 28, 2003 ("Mr. Fridman makes no bones about the way he and his counterparts made their money. 'Of course we benefited from events in the country over the past 10 years. Of course we understand that the distribution of state property was not very objective. But we used our chance, and people are angry about it,' he says.") (G035)

***The 'Evolving Oligarch'***, Institutional Investor, Aug. 31, 2003 ("Fridman is a heavy contributor to the United Russia Party, the political entity most closely linked to Putin, who remains highly popular and heavily favored to win a second term. Fridman leaves no doubt that he will support Putin and the United Russia Party. "Under Putin the right of business to exist is no longer in question," says Fridman, who points out that threats to businesses and their owners were commonplace during the Yeltsin era.") (G036)

***As Russia Squeezes Big Business, A Tycoon Decides to Pick a Fight***, Wall St. J., Oct. 6, 2005 ("So far, Alfa has managed to avoid trouble with the Kremlin itself. Mr. Fridman has tried to insulate himself by hiring former top government officials as advisers, including Pyotr Aven, a former trade minister and an old friend of Mr. Putin who meets the president regularly.") (G048)

***Russian banker thanks Putin for help with huge Turkish mobile phone deal***, BBC Monitoring Former Soviet Union, Dec. 5, 2005 ("[Aven, captioned as president of the Alfa-Bank open joint-stock company, addressing Putin in his office] 'We paid 3.2bn dollars to buy a stake in Turkey's biggest telephone operator, Turkcell. I'd like to say thank you, because the deal would not have gone through without your own support[.]'") (G058)

***As the West Pushes Economic Sanctions Against Tehran, Russian Billionaire Dials Up Iran Telecom Play***, Fox News, June 30, 2007 ("'We should find solutions that would not violate Iran's right to use modern technologies,' Russia's President Vladimir Putin said a month ago. Some of those technologies have been aided by Alfa's banking arm, which serves as the primary financial agent for the nuclear power project. A year ago, Alfa made a huge loan – on 'privileged terms,' according to Ukraine's government – to finance a state-owned Ukrainian company's ability to build and sell aircraft to countries that include Iran.") (G060)

***Fate of TNK-BP joint venture lies in a Russian tussle***, N.Y. Times, July 7, 2008 ("People close to TNK-BP say there is strong evidence that German Khan, one of the billionaire co-owners and an executive director at TNK-BP, encouraged the official pressure as part of a campaign to weaken BP's control of the company. They pointed to signals including an unauthorized letter from Khan in April to the Russian immigration authorities asking that the number of permits for foreigners at

the company be cut drastically. … Khan declined to be interviewed but the Russian billionaire Mikhail Fridman, another partner in the venture, said the wave of action facing TNK-BP was just part of normal law enforcement[.]") (G064)

***Mikhail Fridman: Background Investigation***, Stratfor, Aug. 2, 2007 ("The Duma's International Affairs Committee often has examined the impact Alfa's behavior is having on Russia's international reputation. Duma committee reports regularly note that the 'foreign economic activities of Alfa Group are accumulating a critical mass of problems which are dangerous to the reputation of Russian business and whole economy of the country.' The Duma is a fully owned and operated tool of the Kremlin, so Fridman need not worry about the Duma causing problems unless the Kremlin wills it to be so. But it must never be forgotten that Fridman's position, similar to the position of any businessman in Russia, is wholly dependent upon the whim of the Kremlin.") (G068)

***A Statement from Alfa-Bank On Recent Media Reports About Financing In Iran***, Alfa Bank, Sep. 4, 2007 ("A recent article published on the internet web site Foxnews.com, and republished elsewhere, falsely stated that Alfa-Bank is the primary  financial agent in the development of Iran's nuclear power plant at Bushehr and erroneously suggested that Alfa-Bank, and by extension its Chairman, Mikhail Fridman, and the Alfa Group as a whole, plays a principal and central role in the development of Iran's nuclear power program and the sale of aircraft to the government of Iran.") (G095)

***A $50 Billion Bailout in Russia Favors the Rich and Connected***, N.Y. Times (Oct. 30, 2008) ("Mikhail M. Fridman, the principal partner in Alfa Group, an investment company, was granted a $2 billion letter of credit from [state bank] VEB that rescued the most valuable asset in the group's telecommunications holdings … By Friday, shares pledged as collateral for a loan from Deutsche Bank had fallen below the triggers for margin calls, and the bank could have seized the 44 percent stake in VimpelCom in what would have been a major blow to the Alfa Group. 'They were minutes away,' from losing the company, said a representative for a large European company familiar with the talks. … But on Monday, a judge in the Siberian city of Omsk had issued a surprise injunction freezing trades in VimpelCom shares owned by Altimo, Alfa telecom's subsidiary, essentially preventing Deutsche Bank from accessing its collateral even if it wanted to. The case was unrelated to the loan negotiations, but the timing was suspicious, according to the European executive. By Tuesday, the loan guarantee was in place and on Wednesday the court released the shares.") (G096)

***BP, Russian billionaires, and the Kremlin: A Power Triangle That Never Was***, The Oxford Institute for Energy Studies, Nov. 2011 ("[T]his consortium of billionaires has traditionally enjoyed excellent communication channels with the Kremlin. …[Alfa-owened] AAR could present their objections to the BP–Rosneft deal directly to Vladimir Putin and Dmitry Medvedev") (G098)

***TNK-BP Russian Partner Relishes Conflict; Taking Lessons from 'The Godfather,' Russian Billionaire Expresses Pride in 'Tough Relations With Our Partners'***, Wall St. J., Nov. 14 2011 ("Bob Dudley, who then was chief executive of TNK-BP and now runs BP, had to leave Russia in 2008 amid a rising wave of pressure on foreign executives from regulators and courts in Russia.

People close to BP blamed the problems on [Alfa-owned] AAR, in particular, Mr. Khan. Mr. Dudley at the time said he held meetings on the balcony of his downtown Moscow office to avoid eavesdropping. 'It was a nice balcony,' Mr. Khan recalls, saying he wasn't aware of eavesdropping. … 'There's nothing personal here, it's just business,' Mr. Khan says.") (G116)

*In Bid for BP's Stake of Venture, a Former Spy Becomes the Focus*, N.Y. Times, July 24, 2012, ("The former director of logistics accused one of the Russian shareholders, German Khan … of funneling hundreds of millions of dollars in bribes to Russian officials in the guise of subcontracts.") (G117)

*The Four Horsemen of Russia's Economic Apocalypse*, Forbes, Feb. 9, 2015 ("The closing of the sale of TNK-BP … marked another move by Vladimir Putin to centralize power. Rosneft Chief Executive Igor Sechin, often described as Russia's second-most-powerful man … was the central figure behind the deal.") (G119)

*Mikhail Fridman: The Alpha oligarch*, Fin. Times, Mar. 5, 2015 ("Westerners were amazed at [Alfa-owned] AAR's audacity in stymying a transaction that had been negotiated by Igor Sechin, Rosneft's powerful chairman, and blessed by Mr Putin himself. 'It was like in *Spinal Tap*, the amp that goes to 11,' says the person close to TNK-BP. But Mr Fridman's intervention did not appear to harm his standing with the Kremlin. Within months, TNK-BP had been acquired by Rosneft, and Alfa came away with $14bn in cash.") (G124)

*Russian Tycoon Fridman Should Make U.K. Feel Nervous*, The Moscow Times, Mar. 10, 2015 ("Fridman's access to top Russian officials is undisputed . . . Fridman's ties extend to the heart of the Kremlin.") (G126)

*Whitewashing Putin's Kleptocracy*, Hudson Institute, Nov. 9, 2015 ("Mr. Aven's long-standing business relations to Putin personally are no big secret in Russia. … It was Mr. Aven who made it possible for Putin to originate at least part of his corruption schemes in St. Petersburg.") (G130)

*Putin's older daughter: a specialist in biomedical science*, Reuters, Nov. 10, 2015 ("Maria [Faassen] is a PhD candidate at the Endocrinology Research Centre in Moscow, which runs a charity project, Alfa-Endo ... Alfa-Endo is funded by Alfa Bank, a large Russian bank with subsidiaries in the United States, Britain and Cyprus. … An official at the bank said: "Alfa Bank, and broadly speaking Alfa Group, act as financial sponsors for the project and that's it ... We are not aware who else is participating in the project otherwise.") (G133)

*Exclusive "No Tie" Interview with head of the Alfa Banking Holding, Petr Aven on business, childhood and friends*, Jewish Business News, Nov. 19, 2015 ("I met with Mikhail Fridman in May 1993. Although we are very different people, our union was built on a pragmatic basis: I needed the money, and he needed the ideas and useful contacts at the government.") (G135)

*Lunch with the FT: Mikhail Fridman*, Fin. Times, Apr. 1, 2016 ("Putin said he hoped Alfa and its partners would invest the proceeds from the Rosneft deal in Russia. Fridman says he is still committed to his home market, but 'the Russian economy is not in the best shape. And generally it would be inappropriate to put all our eggs in one basket.'") (G143)

***Mikhail Fridman – the Teflon oligarch new to Londongrad***, bne Intellinews, Apr. 11, 2016 ("A former Alfa executive tells bne IntelliNews that Fridman and his partners were allowed to keep the $14bn proceeds of their sale of TNK-BP offshore. 'Abramovich was allowed to keep his proceeds … and Fridman/Alfa were allowed to too,' said the former Alfa executive. 'This is probably driven by their personal relations with Putin.'") (G151)

***PROFILE: Mikhail Fridman, chairman of Alfa Group***, bne Intellinews, May 10, 2017 ("[T]he state was forced to pay through the nose for the company and Fridman was effectively allowed to exit Russia with the billions of dollars he'd earned from the deal. … Fridman has already invested $1bn of his payout into New York real estate via a friend of his there. Ironically, he has been allowed to do this despite Putin's warning to keep the money in the motherland. The fact that he could is a testament to the work that Aven has done behind the scenes to shore up Alfa political krysha, or protection in government circles.") (G155)

***Petr Aven: The Russian oligarch with eye for art, not yachts***, Fin. Times, July 15, 2017 ("Aven chooses 'Les maisonnettes rouges' (1922) by Marc Chagall. 'I bought this in an auction at Sotheby's in London in 2015 [the recorded price is 3.3m],' he says. 'It turned out I was bidding unknowingly against my business partner German Khan who had also started to collect works by Russian painters of Jewish origin. The painting is simultaneously about Russia, the Jewish attitude towards life - that of eternal movement - and of course it is also of the highest artistic quality.'") (G161)

***BP chief 'poisoned' in Russia plot, claims former colleague***, The Telegraph, Apr. 29, 2018 ("The harassment of Western staff took place on many levels. They followed people; they broke into their apartments. One was warned it wasn't safe to return to Russia. "With Dudley and a few senior managers they also started to open different court cases against them personally rather than just BP. That was the first hint to Dudley he should get out. But he wouldn't. He was stubborn. "He thought he could run the company because he had the law on his side so he stuck it out in Moscow. "This went on for several months and finally they decided to send him a better message by poisoning his food.") (G164)

***When Trump won, Putin Deployed His Oligarchs***, Politico, Apr. 18, 2019 ("Putin said he had been struggling to get messages to Trump's inner circle and urged Aven to take steps to protect his bank from additional U.S. penalties, according to special counsel Robert Mueller's report, which details the episode. Aven perceived that as an order, not a request, according to Mueller, and understood 'that there would be consequences if he did not follow through.' … According to Mueller, Aven told Burt that 'someone high in the Russian government' had expressed 'interest in establishing a communication channel between the Kremlin and the Trump transition team.' Steve Hall, who served as the CIA's chief of Russian operations during Barack Obama's second term, told POLITICO that tasking oligarchs to conduct 'hybrid wars and information operations' is par for the course for Putin. 'He's going to rely on all the tools in his toolbox to go after these important targets,' he said.") (G167)

***Oligarchs, as U.S. Arts Patrons, Present a Softer Image of Russia***, N.Y. Times, Oct. 6, 2019 ("These patrons have been quite public in their philanthropy, and there is little evidence that their

donations have been directed or coordinated by Moscow. But they all enjoy good relations with the Kremlin — a prerequisite to flourish in business in Russia — and their giving fits seamlessly with President Vladimir V. Putin's expanding efforts to use the 'soft power' of cultural diplomacy as a tool of foreign policy. … Petr Aven, for example, leads one of Russia's largest banks and has contributed financially to exhibitions on Russian art at the Tate Modern and Royal Academy of Arts in London, where he is also a trustee. … But a spokesman for Mr. Aven said 'he has not funded or contributed art to any exhibition at the behest of or in coordination with the government of Russia.'") (G172)

***Defending the United States against Russian dark money***, The Atlantic Council, Nov. 17, 2020 ("[T]he great concern is the Kremlin forcing big Russian private businessmen to work for it. On the one hand, these businessmen have a large share of their assets in the West, notably in the United States. On the other hand, they still have substantial assets in Russia. The Kremlin can beat them both in Russia by confiscating their Russian assets and in the West through Western sanctions. Therefore, Russian oligarchs are becoming ever more dependent on the Kremlin the richer they get, because the Kremlin controls their assets both in the West (indirectly) and in Russia (directly) and they have more to lose. The Mueller report offers ample evidence of Kremlin pressure on private businessmen. 'Petr Aven, a Russian national who heads Alfa-Bank … met on a quarterly basis with Putin… Aven said that he took these meetings seriously and understood that any suggestions or critiques that Putin made during these meetings were implicit directives, and that there would be consequences for Aven if he did not follow through.'") (G181)

305 of 916 DOCUMENTS

Copyright 1994 Moscow News

Moscow News

July 22, 1994

SECTION: POLITICS; No. 29

LENGTH: 2280 words

HEADLINE: Terror is a fact of Russian competition

BYLINE: Igor Baranovsky

HIGHLIGHT:
The struggle for the country's currency markets and the redivision of property has taken the lives of more than 700 businessmen in the past year and a half.

BODY:

As was expected, the decree "On urgent measures for the protection of the population from banditry and other manifestations of organized crime" has not substantially improved the position of Russian citizens, including entrepreneurs.  Criminal terror continues to gather strength. Since the year's beginning, it has claimed the lives of more than 50 businessmen in Moscow alone. Nor have murders subsided after the presidential edict.

On June 15, deputy director-general of the firm "Ural" was killed by two gunshots, one in the chest and another in the temple, on the doorstep of his company in Nizhni Kislovsky Lane. A week later, Nikolai Belousov, director-general of the Chekhov printing company, was killed in the entrance of his house. He was shot point-blank with a PM pistol. During the day in early July, unknown persons riddled two employees of the firm "Trimeks" with submachine gun bullets on Prospect Mira. Criminals recently created a bloodbath on the 13th floor of Moscow State University's chemical department hostel, where the "Alliance" company rents premises. As a result of the raid, one person was killed and two were seriously wounded.

To be sure, these crimes are not on the same level as the assassination attempt on Boris Berezovsky, chairman of the "LogoVAZ" board of directors and director-general of the "AVVA" company (though they hold the same place on the scale of human tragedies). But even these murders, which are neither the most refined nor cunning, are seldom solved. According to data from the Moscow Procurator's Office, only in 15-20 cases out of 100 do investigators manage to track offenders down. Contract killings of particularly important Russian businessmen are never solved;, the percentage of successful investigations is zero.

The investigation has been completed. Should one forget about it?

The impunity of the perpetrators of the bloodiest and loudest crimes seems to frighten Russian businessmen the most. This is why many prefer to remain anonymous when discussing this slippery subject. For example, one of Russia's biggest bankers shared an interesting idea with me.

DEPOSITION
EXHIBIT
D-122

"Ten to fifteen thousand dollars and you are gone," complained the financier. "It's simple and not expensive as the prices go now. Why don't killers demand a hundred or two hundred thousand dollars for our lives from their employers? Because they risk practically nothing: they shoot, throw away the pistol and disappear. If the militia caught them even every other time and murders were subject to show trials, then the number of people fond of shooting would decrease. In any case, the price of a businessman's life would rise sharply, for real risk would require real money. You will agree that not everyone, even very rich people, could afford to pay hundreds of thousands of dollars for a contract killer."

It looks, however, like the process is going in the opposite direction; human lives are getting cheaper. The reasons for this are the incredible ease with which criminals earn their daily bread and their practical invulnerability before the law. Let us recall the most scandalous recent murders: the shooting of Vladimir Rovensky and Ilia Medkov, presidents of the Techno-bank and DIAM bank, and of Nikolai Likhachev, chairman of the board of directors of Rosselkhozbank. None of these crimes has been successfully investigated. Another still unsolved mystery is the death of Otari Kvantrishvili.

It seems there are few chances for positive results in the investigation of the attempt on Boris Berezovsky's life. No progress has been made, with the exception of the numerous versions offered and vigorously discussed by the press. Nor have the two billion roubles allocated by AvtoVAZ to apprehend the culprits had any result.

We tried to clarify some details of the assassination attempt with Berezovsky himself. But, through his confidential aides, he refused point blank to make any comment. At present, Berezovsky is likely in a distant foreign land, avoiding any contact with the press or the investigators. Is he motivated by haughtiness, extreme preoccupation with his affairs, or fear? The most likely motive is fear.

A stone in the mouth

Law enforcement officers believe that most contract killings can not be solved because of fear.

"As a rule, future victims always know, or can at least guess who intends to eliminate them and why," says Colonel Dmitry Medvedev, head of the 10th division of the main department for combating organized crime. "However, for several reasons, foremost the fear of retaliatory action from criminal organizations, businessmen do not report such threats to the militia."

Businessmen's fear is well founded. There is still no witness protection law in Russia. If something happens to you after you have talked to the militia, nobody will be responsible. Besides, you never know what kind of law-enforcement officer will take your report. It is no secret that different people work in law enforcement agencies. And, finally, where is the guarantee that they are not informers for your rival? In 1993 alone, 671 militia members were convicted for various service crimes, including contacts with criminal organizations. One could rely on private protection organizations, more than 140 have official licenses.  But statistics are unsatisfactory here too: since the beginning of the year 65 crimes were committed against the guards of private agencies, while they themselves committed 68 crimes. So you have to think ten times before asking them for help.

"Our work is also made terribly difficult by the refined methods of mercenary killers," continues Colonel Medvedev.  "Political-criminal structures today actually 'import' professional murderers. If a person has to be removed,

say, in Moscow, a killer is ordered from Tbilisi, or even from Berlin or Vienna, and vice versa. The pistol goes in the trash can, the gloves are thrown next to it, and the killer flies home the same day.'

Medvedev believes that the cause of the majority of crimes against businessmen is the growing criminalization of Russian industrial and bank structures and the paralysis that has seized our legislative and judicial systems. This view is shared by many direct participants in the economic process.

Joining the ranks of the millionaires through violence

According to Peter Aven, a former minister of foreign trade well known in business and political circles, a symbiotic cancer composed of business, criminality and power, ie., corruption, is eating into the body of the Russian economy.

"To become a millionaire in our country it is not at all necessary to have a good head and specialized knowledge," says Aven, who is now the president of the "Alpha Bank". "Often, it is enough to have active support in the government, the parliament, local power structures and law-enforcement agencies. One fine day your insignificant bank is authorized, for instance, to conduct operations with budgetary funds. Or quotas are generously allotted to a company which is in no way connected with production for the export of oil, timber and gas. In other words, you are appointed a millionaire, as someone put it very aptly.

Nowadays, says Aven, it is not immediately clear whether you are dealing with a bandit or a businessman. These two seemingly opposed personalities can often be incorporated into one person.  Unfortunately, people are now used to criminal methods, and sometimes they are simply encouraged to use them. Where the law is silent, where there are no definite rules of ownership, where arbitration is inactive, where the law enforcement agencies display complete impotence, the mafia inevitably begins to proliferate. And the mafia uses the language of terror.

Nor is its arsenal limited to murder, intimidation and beatings; it actively uses television, the press and the servants of Themis, it engages to strike blows to the reputations of its recalcitrant competitors.

"I was also warned once that if I did not obey my competitors' rules of the game, a powerful attack would be mounted against me and my bank, first in the press," says Peter Aven. "I was shown crazy, utterly unfounded, compromising material. Only my firm determination to go to court saved the situation that time."

Hundreds of businessmen are subjected daily to criminal terror in Russia. While this continues, our honest businesses will be bound firmly, hand and foot, by the invisible fetters of fear.  Shall we wait until they also turn to crime?


LOAD-DATE: February 20, 1995


**G003**

245 cf 282 DOCUMENTS

Copyright 1997 Independent Press

The Moscow Times

July 3, 1997

SECTION: No. 1241

LENGTH: 694 words

HEADLINE: Privatization Isn't Getting Any Cleaner

BODY:

   Here we go again. The government has launched its drive for a new, cleaner, more cost-effective privatization process, but early signs suggest it will be almost as corrupt and wasteful as what has gone before.

   The hope was that privatization in 1997 would mark a turning away from the politically motivated deals of 1995 and 1996.

   The new team of "young reformers" in the Cabinet promised a more open and transparent system of selling shares in state-owned companies that would maximize income for the budget.

   This was clearly not the philosophy behind last year's shares-for-loans sales, when state-owned companies were sold at auctions to banks with close links to the government.

   Menatep, Uneximbank and Stolichny, the ubiquitous Boris Berezovsky and a few big industrial companies like LUKOIL were all handed big stakes in major companies for a fraction of their market prices.

   The justification of "reformers" for these sleazy deals in 1996 was presumably the political necessity of winning support of the business elite for President Boris Yeltsin's re-election campaign.

   Well, Yeltsin is safely back in office - and the sleazy deals persist. This week, the government announced terms of the sale of six mid-sized oil companies, which will start the next round of privatizations.

   There has been some improvement. Some of the companies are being put up for sale on the open market. But others are being sold in a devious and convoluted way that virtually ensures they will go to the same insider banks.

   The clearest case so far involves the Tyumen Oil Co., where 40 percent of shares now in state hands have been put up for auction at a so-called investment tender. The terms of this process have been encumbered with ridiculous conditions which virtually guarantee that Alpha Bank, a group with close ties to the Cabinet, will win.

   This is only the beginning. The government has plans to sell half the national telephone holding company and scores of other major companies this year. Will the same compromises be made to help the Cabinet's friends there?

   Selling the state's shares in major companies should be a very simple process.  You just explain to people what you are selling and try to find the highest bidder.

D5002623

# Auction of Russian Oil Firm Angers Investors

By David Hoffman
November 27, 1999

The bankruptcy auction of a Siberian oil company today intensified a fresh conflict over the riches of the former Soviet Union that continues to force foreign investors to the sidelines.

The oil company Chernogorneft, which sits astride the northern part of the huge Samotlor oil field in western Siberia, was sold to Tyumen Oil Co. for $176 million. Tyumen, Russia's sixth-largest oil company, already controls the southern part of the Samotlor field. The auction was held in the city of Nizhnevartovsk, about 1,600 miles east of Moscow.

The sale triggered howls of protest from the owners of Chernogorneft's parent company, Sidanco. They said the bankruptcy process was flawed and the auction unnecessary, and earlier had filed suit in New York and Russia in an attempt to stop the sale.

Among those contesting the sale are BP Amoco PLC, which invested half a billion dollars in Sidanco in 1997, and the Sputnik Fund, an investment fund run by financier Boris Jordan, which includes investments by George Soros and the Harvard Endowment.

The investors have said the Chernogorneft sale is another key test case of whether Russia will protect foreign investors. While direct foreign investment in Russia was never huge during the boom years of 1997 and 1998, it now has slowed to a trickle. One reason, analysts said, is the lack of protection for minority shareholders and foreign investors.

Russia also has some of the world's worst credit ratings after last year's default on its domestic debts. This has made it even more difficult for Russian firms, which need capital to restructure, to attract overseas loans and capital.

In London, the European Bank for Reconstruction and Development issued a statement tonight calling the bankruptcy auction "a sham" and "wholly contrary to the concepts of fairness and transparency" that "could have severe repercussions on the investment climate in Russia." Justice, the bank said, "has been perverted."

Sidanco was one of the vertically integrated oil majors carved out of the state-owned Soviet oil industry, and it was bought in 1995-96 by the Russian tycoon Vladimir Potanin and his allies through a series of controversial auctions at rock-bottom prices.

However, Sidanco now is falling apart, with key production units being bankrupted and sold off at auctions.

Sidanco's owners have accused Tyumen of foul play in the courts in making a bid for the oil production units, which Tyumen denies.

Despite the protests and lawsuits, the bankruptcy sale of Chernogorneft went ahead as scheduled, and Tyumen was announced as the winner by the Russian Federal Property Fund. The winning bid of $176 million is but a fraction of the annual value of the company's production of 125,000 barrels a day of crude oil, worth about $1.1 billion at current world oil prices.

BP Amoco, which holds 10 percent of Sidanco, called the bankruptcy process "seriously flawed" and said it was reviewing its future in Russia as a result. On Thursday BP Amoco said it believed the tender was illegal and that Chernogorneft was a viable, profit-making company.

Potanin's holding company, Interros, which owns 40 percent of Sidanco, also protested the sale today, saying it "was conducted in an atmosphere of unprecedented pressure on the court system."

Tyumen President Simon Kukes replied to the criticism by saying "it is critical for the Russian oil industry to remain . . . friendly to foreign investments." He said the oil company "is prepared to enter into a long-term strategic alliance" with BP Amoco and other investors that "would ensure that these investors do not suffer a loss from the sale of Chernogorneft." He did not offer details.

Tyumen is jointly owned by one of Moscow's leading oligarchs, Mikhail Fridman of Alpha Bank, and New York-based Access Industries Inc., which is seeking $489 million in U.S. Export-Import Bank credits.

**G006**

# Rules of war

**E** economic.com/business/1999/12/02/rules-of-war

The Economist                                                                December 2, 1999

## Russia

WOULDN'T it be clever to spend almost nothing and buy the bankrupt owner of an oilfield next door to yours? That, roughly, was the thinking at TNK, one of Russia's biggest oil companies, which has used the quirky local bankruptcy law, and some sympathetic local judges, to buy Chernogorneft, a subsidiary of Sidanco, another large (and bankrupt) Russian oil company. The move also put TNK at loggerheads with BP Amoco, a rather bigger oil company, which in 1997 had paid a juicy $571m for 10% of Sidanco.

Along with other foreign shareholders, BP is furious about TNK's tactics, and the Russian government's inability to put a stop to them. Chernogorneft, it says, was artificially bankrupted. Then, it claims, TNK squeezed out foreign debt-holders and intimidated judges and journalists, while a TNK-installed administrator plundered Chernogorneft. Its debts have soared, despite a nearly threefold increase in the oil price. On November 26th the firm, with an output last year worth $1.2 billion at today's high prices, was auctioned off for just $176m. As a result, TNK's offers of a peace deal are—at least in public—being rebuffed. "Successful marriages do not begin with a rape," comments a supporter of BP.

Other charges against TNK include that it is bankrupt itself, that its sources of funds are unclear, and that behind the scenes it is run by bandits. "Our companies don't like people who bring guns to meetings," says one western diplomat. (TNK's chief executive, Simon Kukes, says that one of the company's senior figures, German Khan, used indeed to carry a gun, but that a new rule introduced four months ago means that he no longer brings it to meetings.)

A clear case of sinister Russians taking advantage of innocent westerners? In fact, TNK's opponents do not come out of the saga too well, either. For a start, Russian bankruptcy laws do unfairly favour creditors over shareholders. "We bought the debt," argues Len Blavatnik, a Russian-born American citizen who manages a big stake in TNK. "These are hostile, but totally legitimate actions."

Naivety may have played its part too. BP charged into Russia (determined to match its arch-rival, Royal Dutch/Shell) only to fall foul of Sidanco's dodgy finances (and even dodgier management) within a few months. Having misjudged Sidanco, BP's chairman, Sir John Browne now refuses to talk to Mr Blavatnik (Harvard-educated, no less). That seems oddly prim and proper for a multinational that is used to operating in the roughest parts of the world.

And sometimes the protestations of outrage at TNK's behaviour are not completely convincing. Another of TNK's opponents, the Sputnik Fund, is headed by Boris Jordan, a flamboyant American-born Moscow financier and former associate of Vladimir Potanin, the head of Uneximbank, and former owner of Sidanco. TNK says his real motive for kicking up a fuss is to distract his own shareholders' attention from the fund's spectacular losses in Russia. Mr Jordan hotly denies this.

Moreover, the losers in this tussle soon abandon the moral high ground that they so readily assume. "If they just stuck to bribing judges, we could play that game too," says one of TNK's many rivals, revealingly, purporting to be disgusted by its alleged resort to the wicked stick of intimidation, rather than the harmless carrot of bribery.

Nonetheless, TNK now seems to be in hot water. Mr Jordan's fund last month sued Mr Blavatnik in New York. Mr Kukes (also an American citizen) may be next. Some of TNK's standard lines—that its prompt payment of taxes and wages make local judges' friendliness entirely understandable—may sound rather thin to an American court. TNK's opponents will doubtless also investigate whether there is anything to rumours of money laundering, an unwelcome topic among Russian émigrés in New York. And Sputnik is trying to block an American-government credit guarantee for the modernisation of TNK's main refinery.

Yet TNK and its shareholders, which include the Russian government, have a few cards to play too. Some say that Mr Jordan may be countersued in America on some pretext or other. Russia's energy minister has said that he may review the operating licence of BP Amoco's other prize asset, Russia Petroleum. This runs the huge Kovykta gas field in eastern Siberia, from which BP hopes to sell gas to China in the next century. If BP ends up politically isolated over Chernogorneft, it may be squeezed out of Kovykta.

For all BP's protests, a complete pull-out from Russia looks unlikely. There are signs that the firm is already negotiating, both with TNK, and, over Kovykta, with Russia's gas giant, Gazprom. Mr Kukes, who was once a gifted chemist at Amoco, speaks glowingly of his rival. "We want them to minimise their losses," he says, airing a future joint venture as a possible compromise. "John Browne was deceived and cheated...If he's a courageous man he will think about his shareholders and swallow a lot of pride."

Maybe so. But the episode has served mainly to confirm most foreign investors' suspicion that some of the best investments in Russia are in bribes and guns.

This article appeared in the Business section of the print edition under the headline "Rules of war"

# Putin urged to apply the Pinochet stick

theguardian.com/world/2000/mar/31/russia.iantraynor

Ian Traynor                                                    March 31, 2000



Vladimir Putin should resort to totalitarian methods to push through radical economic reform and redeem his promise to make Russia great again, one of Russia's most successful bankers suggests.

Petr Aven, president of Alfa, Russia's biggest and most successful private bank, and a key business supporter of the newly elected president, said that Mr Putin should model his regime on that of Augusto Pinochet of Chile, combining Reaganomics with dictatorial controls.

"The only way ahead is for fast liberal reforms, building public support for that path but also using totalitarian force to achieve that. Russia has no other choice," he said in a Guardian interview.

"I'm a supporter of Pinochet, not as a person but as a politician who produced results for his country. He was not corrupt. He supported his team of economists for 10 years. You need strength for that. I see that parallel here. There are similarities in the situation."

Mr Aven's advocacy of radical Thatcherism comes at the end of a decade of mass privatisation of Russian industry, a process which has been notoriously corrupt and has discredited the very notion of reform.

Campaigning in opposition to "thievery" of national assets, the communists did better than

expected in last weekend's presidential election that brought Mr Putin, the Kremlin's choice, to power. The communists took 30% of the vote, presenting the president with a bedrock of resistance if he follows Mr Aven's advice.

German Gref, an adviser drawing up an economic blueprint for Mr Putin and tipped to be his economics minister, said yesterday that the policies due out in mid-May would try to make the transition to a normal market system "in the shortest period possible".

The policies aimed to produce "a managed market economy" that also tried to "preserve social stability".

Mr Aven argued for a more radical approach, cutting welfare and social provision to stimulate higher economic growth. His prescriptions coincided with warnings about Mr Putin's authoritarianism from other well connected international figures.

In a book about to be published, the billionaire speculator and philanthropist George Soros says Mr Putin harbours dictatorial tendencies. He blames misapplication of the free-market gospel as one of the reasons for Russia's economic crisis.

And in an interview in the Czech press, the American foreign policy guru Henry Kissinger predicted that Russia under Mr Putin would be like Portugal under the 1932-68 dictatorship of Antonio Salazar: "With certain democratic elements but basically authoritarian".

Mr Aven is convinced that Mr Putin is the strong leader Russia needs, but is worried that his innate caution and his willingness to do deals with the communists will make him fudge and temporise.

"Nobody follows the law in this country," he said. "Pinochet tried to enforce obedience to the law and sometimes that's difficult for a country. Sometimes you need to use force. The only role of the state is to use force when needed."

Mr Aven, both of whose whose grandfathers died in Stalin's gulag, denied that he was urging a return to the repression of the Soviet era. But he said rampant criminality and corruption could not be tackled by applying the law.

"You can't always fight criminals by staying within the law. You can't always do it peacefully."

Russia's powerful regional governors would also have to toe the line, he said, and since they were certain to defend their fiefdoms ruthlessly Mr Putin would have "to use force to suppress them".

Mr Aven, a former foreign Russian trade minister, is well regarded as an economist. Mr Putin, he said, did not have an economic policy, but he had the right economic instincts and leadership qualities.

The New York Times Magazine

# The Autumn Of the Oligarchs

**By John Lloyd**

Oct. 8, 2000

See the article in its original context from October 8, 2000, Section 6, Page 88    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

Vladimir Putin, president of Russia, looked down the gorgeous hall in the Kremlin of which he was now master. Seated before him, on a muggy summer day, were some 30 men who represented the better part of Russia's capitalist class. They were known as oligarchs, from the Greek-derived ''oligarchy,'' meaning rule of the few. In the Yeltsin era of the 1990's, so much power passed into their hands that the word had fit them like a glove. Putin -- a diminutive man who had made lieutenant colonel in the K.G.B. -- was here to tell them that their rule was over.

''You built this state yourselves, to a great degree,'' he began, ''through the political or semipolitical structures under your control, so there is no point in blaming the reflection in the mirror.'' The attack was the verbal equivalent of deashibari -- a judo move designed to throw the opponent instantly -- which Putin has said is his favorite gambit. They were, in truth, already off balance. The oligarchic period had made them all very rich. But for most of them, it was an unstable, robber-baron kind of wealth that could be snatched away at any time. Not far from the gilded hall, they knew, Putin was keeping kompromat on them, material gathered by the security agencies on their rise to wealth -- piles that were, a Putin adviser said, ''meters high.''

But if he has the information and the power of the security services at his back, they have the money. Russian capitalism is a deformed and ugly beast, but the men around the table made it and own it. ''I think Putin understands that he can't just move against business,'' one of the most powerful of them, Mikhail Fridman, had said a few days before the meeting. ''It's too important now.''

**G011**

The talk around the table was not heated. There were no surprises. It was the kind of solemn, carefully orchestrated show at which Russia excels. Its outcome, however, will be as weighty for the country as any meeting Putin has convened in his short presidency. For it points up two areas of critical choice. The first is whether Russia's top businessmen can throw off a decade of corruption, strong-arm tactics, internecine feuds and cheating foreigners to emerge as credible financial and industrial leaders. The other, more immediate, questions are whether the independent media, such as they are, can be preserved -- and whether they can develop.

Since assuming the presidency, Putin has exhibited increasing impatience with dissenting media voices and the magnates who employ them, Vladimir Gusinsky and Boris Berezovsky. In June, Gusinsky was arrested and jailed briefly on charges of embezzlement. The charges were dropped, but not before the heavily indebted Gusinsky signed a deal transferring Media-Most, his conglomerate of newspaper and broadcasting properties, to Gazprom, the government-dominated energy company, for $300 million. Now he is saying he agreed to the transaction in jail, under duress, and the government is threatening new investigations.

In August, old wounds were rubbed afresh by the treatment Putin received for his handling of the Kursk tragedy. After offering a few consoling words to relatives of the victims, he ripped into the media, who were ''destroying the country and the military'' by evading taxes: ''They want to influence the masses and show the army and the political leadership of the country that we need them, that they had us hooked, that we should be afraid of them, that we should listen to them and let them plunder the country, the army and the fleet. That is their real aim. Unfortunately, we cannot order them to stop, although that would be the right thing to do.''

With Berezovsky, as with Gusinsky, he did the next best thing, which was to try to buy him out. So far, Berezovsky has resisted official arm-twisting to sell his 49 percent stake in the ORT television network, offering instead to give the shares to journalists and intellectuals. ''I will not do anything under pressure,'' he says. ''I am prepared to go to jail if necessary.''

The two media moguls, who have little popular support, serve a dual purpose for Putin. By attacking them as corrupt, the president intimidates all the other oligarchs, bringing them into line. By destroying Berezovsky and Gusinsky, he could bring the independent media under government control, all under the guise of fighting corruption. Berezovsky and Gusinsky, no fools, know this is the game that is being played, and they are shouting about it to their most receptive audience -- the West.

**G012**

Berezovsky, who played a major role in bringing Putin to power, is particularly exercised. ''The first thing Putin did was to consolidate political power,'' he said during a recent swing through the United States to rally political support. ''Next, it will be the media. When he has economic problems, then he will think he has to control oil companies, gas companies.''

Shrewdly, or perhaps in desperation, Berezovsky has sought to parry Putin's thrusts by turning the issue into a global referendum on the president himself. ''His target is to make Russia into a real, liberal democracy,'' Beresovsky says. ''But he thinks the way to do that is authoritarian. I told him, 'You try to find simple solutions to complex problems.' He doesn't understand the scale of the problems.''

Berezovsky, a ruthless businessman who was not above using his ORT network for political ends in the 1996 presidential campaign, makes an awkward messenger for democracy and freedom. But the lines have been drawn. ''Maybe I'm stupid to fight him,'' Berezovsky says, adding that it is not just democracy that's at issue. ''If he continues this way, he'll also destroy business in Russia.''

Perhaps, but his erstwhile colleagues in the business elite are betting exactly the opposite. If they behave themselves, they believe -- pay their taxes, stop meddling in politics and forswear sweetheart deals from unscrupulous politicians -- then Putin will spare them the fate of their media-owning brethren. This would allow them to consolidate their gains and emerge as pillars of a new and respectable business community. That is their hope, at any rate.

Mikhail Fridman and Pyotr Aven built and run the Alfa Group of companies. During our talk in his high-ceilinged office, Fridman directed me to a recent newspaper interview with the Russian prime minister, Mikhail Kasyanov -- once known as Misha 2 Percent for his alleged habit of demanding a commission on deals he sanctioned when he was finance minister. Kasyanov said that Yeltsin had allowed business to do much as it liked, but that those days were over. Fridman agreed with him: ''Business was young in Yeltsin's days, and I think it was right that it wasn't prosecuted. It was completely informal, this protection from the law. It was never written down, but we all understood it.''

This protection was both from the law, an uncertain commodity still in Russia, and from the new political classes who hated both the oligarchs and Yeltsin. Their weapon -- as Putin's is now -- was often kompromat. I saw one of these dossiers last year in Moscow. It purported to be the product of the Duma's security committee under the chairmanship of the Communist deputy, Viktor Ilyukhin. ''Mikhail Fridman,'' it read, ''born in 1964 in the city of Lvov, former Ukrainian Republic, a Jew. Pyotr Aven, born 1955 in Moscow, a Jew.''

**G013**

It said that Fridman had used criminals to further his business activities, that Aven had dealt in drugs, that Fridman corrupted senior police officials in Kazhakstan and that Aven was fired from his job as trade minister after an intelligence agency investigation showed ''embezzlement, damage to the economic interests of the country and criminal ties with the secret service of Israel.'' The allegation of drug running also turned up in a report published in August by the Washington-based Center for Public Integrity. The accusation -- that the Alfa Group's leaders had organized drug shipments from Central Asia to Europe -- was based on a United States intelligence source, based in turn on an interview with an unnamed former K.G.B. agent. When I asked Fridman about it, he shrugged and said, ''That stuff's always around.''

In the course of the interview, which took place about a week before the showdown with Putin, Fridman's cell phone rang. He spoke softly at first, but then became forceful and louder. ''Tell him we must have it soon,'' he told the caller. ''We're ready for it now.'' He clicked off the phone. ''That was Nemtsov.'' Boris Nemtsov, a former prime minister, is now the leader of the Union of Right Forces, an economically liberal party that receives major financial support from Fridman and Aven. That evening, the TV news would show Nemtsov saying that Putin had agreed to meet and that this should put an end to the attacks on the ''oligarchs.''

Fridman continued: ''I think the best plan would be if Putin were to declare an amnesty on everything that happened in the past. There were breaches of the law, but to open all that up again, to undo privatizations three or four years after they happened, it's crazy.''

Aven, speaking in his office down the hall, surrounded by his extraordinary collection of Russian 19th-century paintings, offered a scathing assessment of the Yeltsin period: ''Those who were closest to Yeltsin behaved as if they were running the government. Put yourself in Putin's shoes. You can't have that kind of relationship!''

Yet state power and private business have been intertwined for more than a decade. The oligarchs quickly learned that they could not guarantee their wealth and power without a network of contacts and clients in the sprawling and ever-growing presidential and government bureaucracy. In the late 1980's, Mikhail Khodorkovsky, who built up the Menatep group of companies and the oil company Yukos, traded a career in the Komsomol, the Communist youth organization, for a risky future in the emerging private sector. He took care at each stage to attract the support of the state and benefited from that closeness by winning a string of lucrative state contracts. Vladimir Potanin, chairman of a large conglomerate, Interros, followed his father, a senior trade official, into the foreign trade ministry. His connections there enabled him to land government accounts for his new bank, Oneximbank.

**G014**

Fridman, a Ukrainian Jew and very much an outsider, saw his Alfa Group take off when he recruited Aven, the first trade minister of the new Russian government. And the new kid on the block, Roman Abramovich, now probably the most powerful, wealthy and certainly the most discreet of the oligarchs, grew strong under the tutelage of Berezovsky within the Kremlin ''family.''

The apogee of oligarchic influence was reached in 1996, with their collective decision to underwrite Yeltsin's re-election campaign in return for huge slices of state property at extraordinarily low prices -- the so-called ''loans for shares'' deal. It made many of them, already rich, superrich. It made oil barons of Khodorkovsky, Berezovsky, Potanin, Abramovich and, later, Aven and Fridman.

But the party ended in August 1998, when the ruble collapsed, the economy nose-dived and living standards fell by 20 percent. After that, they could never sail their yachts into Nice harbor with a shipload of models -- as Potanin was known to do -- with the same insouciance. Russia was -- is -- near collapse; many Russians are close to hunger. For now, and for some time to come, discretion will be the watchword.

Putin came to power through Yeltsin and his ''family,'' including the court oligarchs. But though he ran with the system, he is increasingly defying it. Instead, he is building his Kremlin power base around the National Security Council. He has put an old K.G.B. friend from St. Petersburg, Sergei Ivanov, at its head: no large decisions are taken without his consultation. The most important of his three immediate deputies is Oleg Chernov, a man wholly hidden from the public gaze but credited with formidable intelligence. He is now seen as the oligarchs' nemesis.

Chernov has been entrusted with some of the most delicate work of the new presidency. He has been making contact with American business leaders, trying to rekindle an interest in Russia that was demolished in the ruble collapse. Top level sessions between selected business executives and Putin are scheduled for next month.

At the same time, Chernov has worked on those meters-high towers of files -- especially on the cash flows of the oligarchs and where their money is stashed. He has made contact with the Swiss procurator general's office, which is plowing through a huge investigation into Russian companies registered in the country -- in particular those controlled or created by Berezovsky. The National Security Council, whose top leadership is composed almost entirely of former K.G.B. officials, is the sword of Damocles above the oligarchs' heads, its files the guarantee of their continued good behavior.

The most plugged-in of the oligarchs had known for some time what the atmosphere was in the Kremlin and had resolved to make a deal to avoid a conflict they might lose.

**G015**

Vladimir Potanin, sitting on the edge of a chair in his grand office, had been better plugged in than anyone. Yet I was surprised by how shaken he seemed, how earnestly he wished for peace. He, like many of the oligarchs, had been threatened. He had received what he described as a ''racketeering letter, a discredit to the state,'' from the Russian procurator general, accusing him of paying $140 million less than fair value for one of the jewels of his empire, Norilsk Nickel, among the world's biggest nickel producers and the largest producer of palladium.

''Earlier this year,'' he told me, ''I convened a meeting of a number of my colleagues and said to them, 'We must admit we're not popular!' Someone suggested hiring an image consultancy. I said that we have to go further than that. Ordinary people who can't afford to go to visit their families in Russia see us going to St.-Tropez and calling it a business trip. We have to make sure we pay all of our personal taxes. We should be irreproachable personally.'' I asked what the outcome was. ''We didn't agree.''

But he was eager to show that he knew the game was up. ''We're like clay at the moment,'' he said. ''We've been made soft by the attacks, and now we're waiting to be molded, though, of course, we won't stay like this forever. We know, most of us, that we can't fight the central power.''

Thus, they sued for peace, and it seems they have got it. By the end of the Kremlin meeting, Putin had committed himself to the amnesty that Fridman and Potanin had called for. ''The president reiterated his position, that authorities would not review the outcome of privatizations,'' read a news release from Putin's office. ''But it is unacceptable for competing companies to use state institutions and law enforcement agencies to achieve their goals.''

But Putin has not entirely ruled out further investigating the privatizations. ''I believe it will depend on whether or not his reforms cause a strong business revival,'' says Aleksandr Tsipko, the chief political analyst at the Gorbachev Fund in Moscow. ''If they do not, I think he will take the natural resources back into state ownership, leaving the industry in private hands.''

Under this kind of pressure, the banking and energy oligarchs have been scrambling to show loyalty. Potanin told me that ''we were very much children of our times. That is how it was then. Now, we have to change. Those who cannot will have themselves to blame for anything that happens.''

One thing they cannot change is their ethnic identity. In a country where Jewishness is best kept quiet, nearly all of the oligarchs are Jewish. Most of them keep a low profile. ''People already hate us because we're in business,'' Mikhail Khodorkovsky, the sardonic

**G016**

head of Yukos oil, told the writer Chrystia Freeland. ''Why give them something else?''

To their dismay, Gusinsky has. A very public supporter of Israel and the president of the Russian branch of the World Jewish Congress, Gusinsky hasn't hesitated to blame anti-Semitism in the Kremlin for his business problems. ''He should not have done that,'' Aven says. ''Fridman gives half a million dollars a year to Jewish charities -- of his own money! But quietly. There are Jews in the Kremlin, appointed under Putin. There is anti-Semitism lower down, in the middle ranks of the security services and the government, but that has always been so.''

Since the meeting, the Kremlin has sought to capitalize on the new malleability of the oligarchs. Chernov has expressed surprise at the details they have confided. These include revelations about the finances of Prime Minister Kasyanov, who had formerly been a client of Berezovsky's and Abramovich's, and about those of the former prime minister, Viktor Chernomyrdin, said to be one of the richest men in Russia.

And business is changing, eroding the world in which the oligarchs lived for much of the 90's. Outside directors, including Western fund managers, are forcing themselves on the boards of the privatized companies. While the threat of prosecution is mostly in abeyance, the oligarchs are still being pushed hard to pay taxes -- pressure backed by figures that show, for example, that Abramovich's Sibneft paid one-third of what other oil companies paid in taxes. The push on taxes is underpinned by a new code described by Putin as ''the most important event in the country's life.'' The vast gas and electricity monopolies -- Gazprom and RAO-UES -- are now being hounded by the state. Putin pushed Chernomyrdin out of the chairmanship of Gazprom and will appoint a new chief executive soon; the company's tax payments are being investigated, as are those of RAO-UES.

If the story ended here it would be an anticlimax -- Putin told the oligarchs to shape up and they did. But it is complicated by the issue of press freedom, and we are sure to hear more from the two oligarchs who remain unreconciled -- Berezovsky and Gusinsky. Though many of the oligarchs have some media properties, only these two control big television channels as well as newspapers, magazines and publishing houses. If the Kremlin squashes them, as both have been at pains to point out, it also squashes the independent media.

Boris Berezovsky was the iconic figure of the oligarchic age. No one was closer to Yeltsin's ''family'' -- the little group composed of the former president's younger daughter, Tatyana Dyachenko, and his closest aides and drinking and bathing buddies. He had links with the leaders of the Chechen revolt and manipulated them for political and personal gain. He reshaped Russia's media. He survived two assassination attempts. When for

**G017**

some months he was deputy secretary of the National Security Council, he used his position to jet about the old Soviet Union and negotiate with the presidents and ministers of the former republics.

Yet he usually disposed of shares in his companies -- exercising only ''influence.'' Like T.S. Eliot's mystery cat, Macavity, he was at once ubiquitous and not (quite) there. Now he claims to have virtually nothing. ''I was at the Israeli Embassy,'' he said, ''and had to fill in a form in which it asked my profession. I thought of putting 'Unemployed.''' Indeed, in an interview, Berezovsky looks a changed man. Gone is his hawkish, aggressive manner. His hair has thinned noticeably, and he seems older and more humble, perhaps a bit too self-consciously.

George Soros, the American financier, tried and failed to do business with Berezovsky in the late 90's, when the Russian was at the height of his power. Berezovsky, Soros wrote in The New York Review of Books, ''could not make the transition to legitimacy; his only chance of survival was to keep people entangled in the web of illegitimate relations that he had established.'' He has failed in this, but not for want of trying. He got to know Putin and supported his bid for the presidency. He assisted Yeltsin's closest aides -- his chief of staff, Aleksandr Voloshin, and his former chief, Valentin Yumashev -- in creating Unity, a pro-Putin group that came from nothing to be the second biggest party in the Duma.

But now Berezovsky is out in the cold, having renounced his seat in the Duma and the immunity from prosecution that it brings. While he has said goodbye to the Duma, however, he has not left politics. His new manifestation is as an oppositionist-democrat -- freedom fighter, almost. He explained the switch in his customary swift, nervy and elegant manner:

''Nowadays, the president and his circle just don't understand what I'm proposing and don't understand the consequences of what they're doing. So while I don't rule out any further opportunities to convince the powers that be, I think that persuasion has to move to another level -- that is, of forming a constructive opposition to the presidential authority. The one way to have a dialogue with power in Russia is to have power yourself.'' With almost 49 percent of the ORT channel and as the one who pays the bills and salaries, his power to counter power remains immense.

The challenge posed by Vladimir Gusinsky is, in some ways, even sharper. For Gusinsky was never part of Putin's inner circle. Rather, he is an oppositionist, as he was to Yeltsin in the latter period of his presidency. He is a familiar figure in the West: a wealthy press baron who takes on an administration he dislikes. But such a figure has never existed in Russia. It is an open question whether it can now.

**G018**

Gusinsky has already been exiled once -- by Yeltsin. Putin's security services went one further, imprisoning him for four days in June. Released, he was confined to Moscow, but released again in July after Putin's tte--tte with President Clinton at the economic summit meeting in Okinawa. As soon as the order was lifted, Gusinsky took his private jet to Spain, where he remains today in his villa.

Gusinsky is not a good man among rogues. A former -- and unsuccessful -- theater director, he is volatile of temper, has a long memory for a grudge and employs a small army of ex-K.G.B. men who are notoriously tough in the service of their master. Leonid Skoptsov, main aide to Kakha Bendukidze, told me that his boss had met Gusinsky one day in the corridors of the Russian Duma, shortly after he had bought the Uralmash plant. Gusinsky asked how much he paid for it, and Bendukidze named a sum of around $1 million. ''That's nothing!'' Gusinsky said, laughing, ''I paid that for the deputy minister of finance. And it will be a better investment!''

Gusinsky was the only one of the major business figures to back a rival to Putin -- Yuri Luzhkov- right up to and through the elections in March. When Gusinsky met him in the late 1980's, Luzhkov was a middling-to-senior Moscow bureaucrat. His appetite for work, his ambition and his control of the city's housing stock propelled him to become, in 1992, a hugely powerful and popular mayor -- so powerful and popular that, by 1998, he thought himself ready to stand for the presidency of Russia, with the support of Gusinsky's media.

Until late 1999, it seemed as if he had little competition -- certainly not from the buttoned-up, former K.G.B. officer whom the Kremlin, incredibly, had made prime minister and seemed to think would succeed Yeltsin. Putin's triumph -- which owed much to an onslaught on Luzhkov from Berezovsky's ORT channel -- has left the Moscow mayor fearful and uncharacteristically humble. And not without reason: in August, the interior ministry announced an investigation into allegations of corruption on the part of 30 city hall officials, two of them senior.

But Gusinsky did not follow Luzhkov's example. His media kept up -- even stepped up -- their critical coverage of Putin and of the war in Chechnya that Putin had, as prime minister, unleashed and continues as president. Gusinsky has attracted some of the most independent-minded and talented journalists in Russia, people who say they are there because they believe in a free press and will fight for it. These include Yevgeny Kiselyev of NTV and Mikhail Berger, who edits Media-Most's main daily newspaper, Sevodnya (Today).

I went to see Berger in the paper's down-at-the-heels quarters just off Leningrad Avenue. ''Gusinsky doesn't direct us what to write,'' he said, as his senior colleagues milled

**G019**

outside his sparse office waiting for the morning editorial meeting. ''All of the editors in the group have the same mentality. We're liberals; we believe in a liberal society. That's what annoys the Kremlin.''

He told me of a meeting between several chief editors of daily newspapers and Putin earlier in the year, in the Kremlin: ''I asked him why he never consented to be interviewed for Sevodnya or on NTV. He said: 'I talk to journalists who have the same opinions as I do. When the journalists there share my point of view, then I'll give you an interview.'''

The impression I gained from Berger, of one determined to carry on pulling on the bear's tail, was deepened by talking to Igor Shenderovich. He is the main creative mind behind ''Kukly'' (''Puppets''), a weekly show on NTV that satirizes politicians and other public figures. Shenderovich calmly and humorously talked of Putin as one who ''obviously has an inferiority complex. In that he is very different from Yeltsin. Yeltsin, for all his obvious failings, felt himself to be a president. Putin does not.''

The previous episode of ''Kukly'' had shown Putin as Girolamo Savonarola, the monk who held Florence in a puritanical grip for a few years at the end of the 15th century. Eventually, he was deposed and hanged by the faction that could no longer bear his apocalyptic tirades against corruption. It was, no doubt, unfair, as was Berger's depiction of a thin-skinned politician overreacting to liberal criticism. But that goes with the turf of a democratic leader. Gusinsky's stable of journalists are issuing an implicit challenge to Putin: Can you take it? Are you a democratic leader?

If he answers in the affirmative, it will be in conflict with at least some part of his nature. I went to see Yevgeny Kiselyev, the general director of NTV, in his office in the Ostankino TV center, a little before a fire badly damaged its broadcasting tower. He told me that a high Kremlin official had called on him at the end of last year with a list of ''desires.'' He had noted them down on a piece of paper, which he produced and read. At the top of the list was the desire that ''Kukly'' drop the puppet of Vladimir Putin, then still the prime minister.

Kiselyev and his team decided they would give their visitor what he wanted. In the next episode, there was no prime minister. Instead Aleksandr Voloshin, the highest official in the Kremlin, was shown as Moses, bringing down tablets to the Israelites from a supreme being whose existence was shrouded in clouds above Mount Sinai.

But Moses-Voloshin and the Israelites have a problem. They don't know how to address the supreme being. In the end, they settle on the title ''Lord God,'' or in Russian, ''Gospod Bog,'' and then decide to shorten it to the initials G.B. As every adult viewer in Russia

recognized, G.B. is a shortening for ''gosudarstvennaya bezopasnost,'' or state security. The supreme being was the highest state security functionary of them all, the former K.G.B. colonel, Vladimir Putin.

Far more serious, for Putin and Russia, was the sinking of the Kursk attack submarine in August. The media were sharply critical of the naval authorities for lying about the date of the submarine's disappearance and the date of the request for foreign assistance, for their refusal to release the names of the crew and for the shabby treatment of the relatives of the victims. But they reserved their harshest words for the failure of Vladimir Putin, then on holiday in the Black Sea, to fly to the headquarters of the Northern Fleet to meet in timely fashion with the anxious relatives.

The oligarch-owned channels did suffer discrimination in reporting the story. Only the state-controlled channel, RTR, was allowed to cover the belated meeting, in the closed port of Vidyayevo, between the president and the relatives. In an interview with The Moscow News, a correspondent for the German television channel RTL claimed that RTR's chief, Oleg Dobrodeyev -- who was using RTL's satellite transmission facilities because RTR had none of their own on the spot -- screened out the more bitter moments and looked for shots ''where the atmosphere was more or less calm.'' It is an allegation that Arkady Mamontov, the RTR correspondent, angrily denies. ''Everything that was said into the camera was instantly transmitted,'' he says. ''I never got orders not to ask tricky questions.''

Putin's priorities are, first, to save the state from disintegration; second, to get some economic growth; and third, to draw the countries that were republics of the former Soviet Union closer to it. His economy, artificially buoyed by high oil prices, remains stubbornly unreformed; his army remains stuck in a murderous guerrilla war in Chechnya; and Russia is falling behind daily in the global struggle for economic advantage and modernization. As he wrestles with these problems, the questions of how to deepen democracy or to assure freedom for his tormentors take second place. Indeed, his thoughts are more likely to be, How do we get control of their media or, failing that, transfer control to people more likely to like us?

The Russia Putin has inherited has not yet made the transition from authoritarianism to solid democratic habit. Boris Yeltsin was too careless of institutions, too absent from the construction of the new state, to bequeath more than an anarchic market grafted on top of a decaying command economy. Putin can still return to autocracy, whip his business class into line, muzzle the media. The new political season now starting in Moscow should answer a looming question: Is the new leader of Russia capable of recognizing that some scourges are essential to democratic practice and must be tolerated? The signs are not all

**G021**

Case 1:17-cv-02041-RJL   Document 176-10   Filed 03/15/22   Page 29 of 191

that encouraging.

''Putin thinks the Russian people are not prepared for democracy,'' says one insider, who refused to be identified. ''He says, 'We need to push them toward democracy, using power.'

''I asked him, 'Don't you think this is a contradiction?'

''I don't think so,' he said.''

**G022**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB982793845691156414

# Brains, Bare Knuckles Are Keys To Success of Firm in Rich Deal

*By Jeanne Whalen Staff Reporter of The Wall Street Journal*
Feb. 22, 2001 12:01 am ET

MOSCOW -- Alfa Group, the owner of the trading firm merging with Marc Rich & Co. Investment AG, is pushing hard to westernize the empire it built with brains and bare knuckles during Russia's crony capitalism.



Photo: AP/Pool

Mikhail Fridman, chairman of Alfa Group, shakes hands with Russian President Boris Yeltsin at a meeting of business leaders in June 1998. Mr. Fridman, once a major fundraiser for Mr. Yeltsin, has used aggressive tactics to turn Alfa into a global financial player.

With its stakes in banking, oil and supermarket retailing, the powerful financial-industrial group has fared better than most conglomerates since Russia's 1998 financial crash thanks to tighter management, political clout and aggressive -- and sometimes murky -- tactics that have burned the likes of BP Amoco PLC.

Mikhail Fridman founded OAO Alfa Bank in 1991 and soon after recruited Pyotr Aven, former minister of foreign economic relations, to raise Alfa's political profile. The partners were among a handful of businessmen who helped to finance Boris Yeltsin's re-election campaign in 1996. The Kremlin rewarded these men by

selling them state-owned oil and metals companies at bargain-basement prices.

## Lean and Mean

Alfa didn't win as many prized assets as other groups, a fact that compelled it to make the most of what it got and to build other businesses from scratch. Alfa Bank, the backbone of Alfa Group, preserved its reputation after Russia's 1998 collapse by honoring commitments to creditors and depositors while most other banks were imploding.

One significant reason Alfa Bank survived the crash was that it was fortunate enough to decrease its exposure to domestic treasury bills before the state defaulted on the paper in August 1998. "When the house of cards fell, they had already taken some of their cards off the table," said Kim Iskyan, a banking analyst with Renaissance Capital in Moscow.

Alfa won many new clients afterward by aggressively trumpeting its liquidity, taking out full-page advertisements in newspapers to announce that its automated teller machines were dispensing hard currency while others around Moscow weren't operating.

Alfa Bank is now among Russia's leading banks in most areas of commercial and investment banking. It had assets of $1.34 billion (1.47 billion euros) and net income of $50 million at the end of 1999, according to audits conducted in accordance with international accounting standards.

Chief Executive Alex Knaster says he was chiefly concerned with "survival" when he joined Alfa Bank from Credit Suisse First Boston in the summer of 1998. "Now our focus is on growth and market-share gains through the quality of our service and the efficiency of operations." The bank has shelled out big money to hire specialists from abroad and doesn't scrimp on festive events to promote its image. For instance, Mr. Fridman last month hosted the bank's 10-year anniversary celebration at the Pushkin Museum of Fine Arts in Moscow.

Alfa Group has shown a darker side of its aggression in its oil-industry operations. The group has nearly doubled the output of its chief asset, Tyumen Oil , through a mixture of investment and controversial acquisitions. Tyumen won its biggest

coup in 1999 by wresting away big Siberian oil fields owned in part by BP Amoco. The U.K. company and many industry analysts said Tyumen won by manipulating a bankruptcy proceeding waged in Siberian courts. The European Bank for Reconstruction and Development called the bankruptcy a "sham." Tyumen at the time said that the bankruptcy proceedings were fully fair and legal.

Alfa Group and partner Access-Renova Industries bought Tyumen through two privatization auctions in 1997 and 1998. President Simon Kukes has since boosted the company's chain of gasoline stations to 700, acquired new oil and gas reserves through the courts and privatization auctions, and won $500 million in loan guarantees from the U.S. Export-Import Bank.

## Heavy Trading

Mr. Fridman's first venture was Alfa-Eco, a commodities-trading firm he founded in 1989 to trade oil, sugar and steel. In 1992, Alfa founded Crown Resources , using it later to trade Tyumen's oil. With an estimated $5 billion in annual-trading volume, the Swiss-based company has focused on oil markets in Europe and the Middle East. Crown estimates that the company it will create through the Marc Rich & Co. merger could accomplish $20 billion in trading volume in the next two years.

Alfa Group also runs several dozen supermarkets in Moscow under the Perekriostok brand, which earned about $85 million in revenue in 1999.

Messrs. Fridman and Aven have always been among Russia's lower-profile tycoons, shying away from public statements while other oligarchs have waged public-relations battles against each other through the media. But Alfa Group remains among the most influential in the Kremlin. President Vladimir Putin included Alfa Group among those invited to a Kremlin gathering last month and asked them to contribute millions to a fund to help veterans of Russia's war in Chechnya.

-- *Peter McKay contributed to this report.*

**Write to** Jeanne Whalen at jeanne.whalen@wsj.com

# The New Face of Russia's Oligopoly

**MT** **themoscowtimes.com/**archive/the-new-face-of-russias-oligopoly

Alla Startseva                                                            November 1, 2001



A jovial President Vladimir Putin wowed a standing room only crowd at the World Economic Forum this week, fielding questions from every direction and clearly pleasing the more than 350 business leaders in attendance.

And why not? The coy confidence with which the former KGB colonel defended his economic record most say is well-deserved. His litany of achievements (tax reform, land reform, ruble stability, reasonable inflation, etc.) have helped produce unprecedented annual economic growth of nearly 7 percent over the last two years.

Yet all is not well and much needs to be done if, as Putin put it at the forum, the average Russian will "be happy" by 2010. Indeed, 10 years after the collapse of the Soviet Union and just over three years since the devastating financial meltdown of August 1998, history seems to be repeating itself.

During the Boris Yeltsin era of "bandit capitalism," as many have called it, much of the nation's wealth ended up in the hands of a small coterie of Kremlin-connected intriguers who came to be known as oligarchs. Some of those oligarchs, like MOST-Bank and NTV founder Vladimir Gusinsky, have been forced into exile. But others, like Uneximbank founder Vladimir Potanin, Alfa Bank founder Mikhail Fridman and Roman Abramovich, Boris Berezovsky's prot?g?, not only emerged from the 1998 crisis relatively unscathed, but have actually

multiplied their wealth and expanded into a wide variety of sectors.

As in the pre-crisis years, a huge sliceof the nation's GDP is controlled by a handful of powerful industrialists that have at times appeared to violate if not the letter than certainly the spirit of the law. And like the pre-crisis years, the true extent of these industrialists' empires is literally impossible to calculate.

But under Putin, overt political activity has transformed into aggressive lobbying; corporate governance has become a topic of discussion and action; and the idea of taking enormous profits and investing them domestically instead of exporting them abroad looks appealing.

Call it the new face of Russian oligopoly.

The Holding Companies

Over the last couple of years, a handful of companies, like Alfa Group, Interros and what is now called Millhouse, have turned themselves into monster conglomerates by snapping up chunks of major enterprises in non-core sectors with the profits from their core business -- exploiting natural resources.

They still pump oil, dig up metals and bank, but now they also insure, produce turbines, build telecommunications systems, trade grain and even raise pigs. They each contribute a significant share of the nation's GDP and belong to a group of insanely wealthy individuals.

But the reason behind this shopping spree may not simply be, as some believe, greed or lust for power, but the absence of a proper banking system -- and orders from the Kremlin to invest here.

"The question is what the oligarchs are doing with their money. They could take it out of the country as they used to, but Putin has told them they would be in trouble if they do," said Al Breach, economist with Goldman Sachs.

With, apparently, a directive from above and an unwillingness to entrust cash to anyone but themselves, Alfa Group, Interros and Millhouse are gorging on new assets.

"Both in economic terms and in political terms it makes sense to invest. The question is what to invest in," Breach said.

Millhouse Capital

Technically Millhouse is only a few months old, but it is purely a child of the Yeltsin era. Last week Sibneft, Russia's No. 6 oil producer, announced that its core shareholders had shifted control of a huge amount of their assets, including 88 percent of Sibneft, to a newly registered British company called Millhouse Capital.

The news was big because it helped clarify one of the most enduring mysteries in Russian business: What exactly does Roman Abramovich, Sibneft's "core shareholder," actually own?

Overnight, Millhouse came to control not only Sibneft, which expects profits of more than $1.2 billion this year, but 50 percent of Russian Aluminum, the world's second largest aluminum company and a multibillion dollar conglomerate in itself.

The holding also includes a 26 percent stake in Russia's flagship airline, Aeroflot, electric power stations, and enterprises in the automobile, truck, bus, pulp and paper processing, insurance and banking sectors.

The lack of transparency surrounding the mysterious Abramovich and the fact that many of the new conglomerate's divisions are not public companies make it difficult to put a price tag on the new business heavyweight.

However, according to James Fenkner, Troika Dialog equity strategist, Millhouse is probably worth $5 billion and contributes about 3 percent to 4 percent of Russia's GDP.

Just like the other major holdings that survived the crisis, Millhouse was built with cash from exporting oil and metals.

Before 1998, large-scale holdings were predominately created around banks, the majority of which collapsed as a result of the ruble devaluation and debt default that August.

Sibneft itself was created in 1995-96 with help from well-connected ex-oligarch Alexander Smolensky's now-defunct SBS-Agro bank and companies affiliated with it.

There, at its birth, was also currently exiled media tycoon Boris Berezovsky. The latter's relationship with the company remains a mystery, because Sibneft denies that Berezovsky owns any stake in the company, but the former Kremlin insider has periodically said that he owns up to half of it.

In 1995, however, Berezovsky's presence was undeniable. Around that time a series of firms connected to the powerful entrepreneur snapped up Sibneft for next to nothing in a chain of loans-for-shares auctions.

Sibneft was carved out of state-run oil giant Rosneft and originally created to be the financial tap for Berezovsky-controlled ORT, a nationwide television channel.

The loans-for-shares scheme itself, under which investors lent the government money in return for the right to manage state-owned stakes in partly privatized companies, was widely criticized, as stakes often went to the very companies organizing the loan tenders for the government.

**G028**

Abramovich's involvement with Sibneft stretches back at least until 1996, when Runicom, a Swiss company whose Moscow office Abramovich headed, bought a 12.2 percent stake in Sibneft at a cash auction. Subsequently, Abramovich became head of Sibneft's Moscow office. The 35-year-old businessman once said that he controls a 44 percent stake in Sibneft, but some reports suggest a figure twice as high.

In the years to follow the company became one of the leaders in the industry, cleaning up its image and paying out a record dividend. But it horrified the investment community last month when it announced, with few details, that it had secretly sold, just before announcing a huge dividend, a 27 percent stake in the company back to the same "core shareholders" it bought the stake from last December.

Sibneft has also been pursuing acquisitions in areas totally unrelated to its core businesses, such as Omsky Bekon, the top meat processor in the country.

Last year Sibneft's shareholders snapped up about a third of the Russian aluminum industry and then merged on a 50-50 basis with Oleg Deripaska's Siberian Aluminum Group to form Russian Aluminum, or RusAl, which now controls 75 percent of the country's aluminum production. About 80 percent of RusAl's output is exported and it has a turnover of over $4 billion a year.

Despite the questionable synergy of such a wide array of companies, analysts say that such diversity is a natural stage in Russia's economic development.

"Different groups have different investment strategies. Such groups used to exist all over the world. This is just no longer a fashion in the West. You concentrate on one thing you know well," Breach said.

"Russia is not ready to adopt this model yet," he added.

The rules of the game are rather similar to all holdings, or in fact the entire Russian economy -- lending to outside corporate groups is minimal, while Russia's investment requirements are extremely high.

As a result a company capable of providing sustainable cash inflows from its mineral export arm to other group members in need of investment creates a big holding.

"Behind the creation of conglomerates such as Millhouse more than anything is the weakness of Russian banking system, Fenkner said. There is no proper way to invest and diversify."

Interros

In contrast to newcomer Millhouse, which seems to be taking a kid-in-the-candy-store

approach and snapping up everything it finds appealing, Vladimir Potanin's Interros group is nurturing the gem of its empire and cautiously liquidating its oil and gas assets and branching into machine-building and agriculture for what appears to be the long haul.

That gem is Norilsk Nickel, which in addition to having a fifth of the global nickel market controls two-thirds of the world's palladium and one-fifth of its platinum.

Interros evolved in 1992 with the creation of the International Finance Company, or MFK bank. The next year, Uneximbank was created and, with the help of Potanin's political clout, became one of the most powerful financial institutions in the country. One of the few chosen government agent banks, Unexim handled some of the most lucrative state accounts, including customs accounts, until the 1998 crisis.

The most auspicious periods in the group's history happened to coincide with Potanin's tenure as deputy prime minister from the fall of 1996 to spring of 1997.

In 1995, Potanin began the acquisition of Norilsk Nickel, first receiving a 38 percent stake as collateral for a loan in the controversial loans-for-shares scheme and then buying it out in 1997.

Earlier that year, Potanin got hold of a controlling stake in the Sidanco oil company and later, together with George Soros, bought a 25 percent stake in national telephone monopoly Svyazinvest in a deal that gave new meaning to the word controversial. Accusations of insider dealing for the Svyazinvest stake were splashed across the papers for months and Soros later called it the worst investment he had ever made.

After the crisis, Interros, which some now estimate to be worth upward of $4 billion, underwent a major transformation. Rosbank came to replace Unexim as the group's pocket bank and absorbed the former behemoth earlier this year after the restructuring of its debt. Sidanco was taken over by Alfa Group's Tyumen Oil Co. after a battle that raged for years. And Interros announced its intention to sell its interest in the multibillion-dollar Kovykta gas project.

Interros also lost interest in Svyazinvest, which Potanin once called a "tasty morsel," and has sold part of its stake to Soros. Thus, Norilsk Nickel remains Interros' main asset, and is arguably worth more than all the failed projects combined -- it accounts for the lion's share of the roughly 3 percent of Russia's GDP that Potanin controls.

Norilsk Nickel, which had been suffering from glaring mismanagement before Potanin took over, became a dream asset. While many are still bitter at Potanin's good fortune in the privatization game, few would argue that his team quickly turned the plant around. The swift streamlining of the management coincided with the ruble devaluation, and the previously loss-making Arctic Circle giant began turning a profit for the first time in 1998.

Although Norilsk is expanding and has projects as far afield as Australia, basing your empire on raw materials is always risky, so Potanin is making a foray into machine building.

"You have to have something in hi-tech, which uses intellectual added-value," he has said. Interros' high-tech holdings currently include jet-engine builder Perm Motors and Siloviye Mashiny, a consortium uniting several plants whose main product is turbines.

Balancing high-tech with low-tech, Interros last month set up an agricultural company, Agros, with a charter capital of $100 million and a working capital of $200 million, and bought a stake in major agricultural company Roskhleboprodukt with some of the $1 billion it earned selling Sidanco to Alfa and British Petroleum. Through Agros, Interros hopes to control 7 percent of the world grain market and join the world's top five grain producers down the road.

Despite spinning off some units, Interros remains diversified, retaining a few pieces of its old empire, including several mass media names, including national daily Izvestia, which was Potanin's main weapon in the 1997-98 propaganda battle over Svyazinvest, and Komsomolskaya Pravda. There is also the influential news agency Prime-TASS and the high-brow Expert business magazine. The group also owns a 34 percent stake in the Novolipetsk steel mill, as well as insurance and asset-management companies, and plans to create a banking holding with Rosbank and MFK as its core.

Potanin's strategy now looks more like that of Alfa Group, with which he tried and failed to create a union in the mid 1990s, than Millhouse's.

"Interros is completing the asset restructuring process which was started in 1998, and one of the obvious signs of this process is spinning off or selling off non-core assets," Potanin has said.

The Interros transformation may be an indication that the division of assets between rival groups, which has sent shockwaves through the country for years, is subsiding, at least in some sectors.

Alfa Group

Mikhail Fridman's Alfa Group is the slickest and nimblest of the three major financial industrial groups and it may be the mightiest.

The brokerage Renaissance Capital puts the value of Alfa near $8 billion and its increasing financial and political power is hard to overestimate.

Andrei Ryabov, a political analyst at the Moscow Carnegie Center, said that since the crisis, Alfa has managed to build one of the most powerful and effective political lobbies in the country. The appointment last year of Vladislav Surkov, an active Alfa lobbyist, as the deputy head of the presidential administration paved the way for other Alfa agents to follow in

different branches of power, he said.

Unlike Potanin and Abramovich, Fridman was considered a Kremlin outsider and before the crisis was often derided by other oligarchs for not having connections with the nomenklatura.

In the 1980s Fridman tried virtually every kind of business there was at the time. He started a courier service, an apartment rental agency, he sold Siberian wool shawls, imported Western cigarettes, perfume, computers, Xerox machines and he even bred white mice for laboratories before he hit paydirt with the creation in 1988 of the small commodities-trading firm Alfa Eko, which in a few years turned into the powerful financial-industrial consortium Alfa Group.

In 1991 Fridman founded OAO Alfa Bank, the heart of the group, and soon afterward recruited Pyotr Aven, former minister of foreign economic relations in Yegor Gaidar's first Cabinet, to raise Alfa's political profile.

Their first big-league battle ended in defeat, when they lost the battle for Sibneft to Berezovsky and his associates.

Alfa didn't win as many prized assets as other groups, a fact that compelled it to make the most of what it got and to build other businesses from scratch.

"Alfa, earlier than anyone else, comprehended the problems of Russian legislation," and acquired assets through the bankruptcy process, said Renaissance Capital economist Alexei Moiseyev.

A well-calculated financial policy, caution and thrift helped Alfa to increase its influence step by step.

Alfa Bank has always been the backbone of the group -- while other conglomerates spent most of their efforts acquiring production assets, Fridman and Aven focused on banking.

As a result, former rivals like MOST-Bank, SBS-Agro, Menatep, Inkombank, Uneximbank, Mosbiznesbank and Rossysky Kredit now stand as empty shells, but Alfa Bank not only emerged from the 1998 crash, it also bolstered its reputation by honoring commitments to creditors and depositors.

"The bank was a core business for Alfa, so they joined forces, with significant support from the government, to save the bank," said Mikhail Matovnikov, deputy head of Interfax Rating Agency.

Alfa Bank is now a leading private bank with a nationwide network and a credit portfolio of $1.3 billion and assets of $2 billion.

Its biggest asset is Tyumen Oil Co., or TNK, the No. 2 oil company in the country by reserves and No. 4 in production. Alfa got control of TNK in 1997, when the Kremlin, after Alfa helped Yeltsin's re-election campaign the previous year, sold a 40 percent stake for $810 million. Alfa, which now has a 50-50 partnership in the company with an affiliated firm, Access-Renova, watched TNK's revenues grow from $2.3 billion in 1997 to $4 billion in 2000.

Last year an 85 percent stake in the coveted Onako oil firm was sold for $1.08 billion to a little-known firm owned by TNK.

Meanwhile, Fridman nurtured Alfa Eko into one of the largest exporters of oil and importers of sugar and tea in the country and a major metals player through companies like Achinsky Alumina Plant, Zlatoustovsky Metallurgical Plant and Taganrog Pipe Plant. It also controls 8 percent of all wine imports and, after last year's scandalous deal with the Trading House of Descendants of Pyotr Smirnov, expects to soon become one of the largest vodka producers in the country.

Alfa owns Perekryostok, Moscow's top supermarket chain with expected turnover this year of $220 million from its 33 stores. The group also operates a real estate arm, Alfa Estate, and Alfa Cement, which has 25 percent of Russia's cement market.

And the group shows no signs of slowing down.

Alfa, which already has representative offices in New York and London, this week announced the creation of a subsidiary in the Netherlands to facilitate trading operations between Russia and EU countries. And last week it officially launched Alfa Insurance, which includes the East European Insurance Agency, Alfa Garantiya and Ostra Kiev.

In April, Alfa stepped into the telecoms business, buying a 43.8 percent stake in Russia's leading Internet company, Golden Telecom, for $110 million. A month later, it paid $247 million for a chunk of No. 2 mobile operator Vimpelcom and Vimpelcom-R, its regional arm.

This summer, Crown Resources USA, a newly established subsidiary of the Alfa Group's Swiss subsidiary, Trading Resources, announced it would focus on aluminum trading. Until recently, Crown Resources traded in oil and petroleum products.

"The Alfa approach is bringing in a foreign strategic investor in the hope of selling the company on. Alfa gives the political contacts and capital to some extent. You sort the company out with the help of the foreigners who bring in the expertise and the goal is to sell the company on" said Goldman Sachs' Breach.

"We are neither bankers, nor oil men, nor telecommunicationsists -- we are investors," Fridman said. "We invest in projects and withdraw from them if we believe it is the right time,

place and price. We are sure that one day we will withdraw from oil and banking assets and will possibly be investing in other assets," said Fridman.

No one doubts the size of Alfa's operation. But, like Interros and Millhouse, no one really knows exactly how much they own, either.

"It is hard to say who controls what and how," said Alexander Astapovich, deputy head of the Bureau of Economic Analysis. "The lack of transparency is the same in all big holdings."

The lack of transparency and the lack of a functioning banking system, analysts say, are causes for worry, as giant financial industrial groups like Interros, Millhouse and Alfa look poised to grab more of their already sizeable share of the national economic pie.

"These companies -- Interros, Millhouse, Alfa, etc. -- are going to be the center of the Russian economy's growth for the major part of the following decade," said Renaissance Capital's Moiseyev.

Unless, that is, history repeats itself.



FINANCIAL
TIMES

## Power broker in Russia's shifting scene.

By ARKADY OSTROVSKY AND ANDREW JACK.

724 words
28 August 2003
FTCOM
Financial Times (FT.Com)
English
(c) 2003 The Financial Times Limited. All rights reserved

Mikhail Fridman (pictured), head of the powerful Russian group Alfa, has done more than most of his rivals to establish corporate partnerships with the west. But he makes clear that operating in his country remains a highly distinctive business.

Sitting in his Moscow office, Mr Fridman - Russia's third-richest man, with an estimated wealth of $4.3bn (GBP2.7bn) according to Forbes Magazine - defends the privacy of his group and his reluctance to adopt full public disclosure of ownership.

"The rules of business are quite different to western standards," he says. "I don't want to lie and play this game. To say one can be completely clean and transparent is not realistic."

Mr Fridman is a veteran Russian oligarch, one of the original seven who bankrolled former president Boris Yeltsin's election in 1996 in return for participation in cut-price "loans for shares" privatisations. Since then some of his peers have lost their businesses and gone into self-imposed exile. Mr Fridman has bridged the transition to the new regime of President Vladimir Putin more smoothly than most, and has gone further in restructuring and selling interests in his businesses.

Mr Fridman makes no bones about the way he and his counterparts made their money. "Of course we benefited from events in the country over the past 10 years. Of course we understand that the distribution of state property was not very objective. But we used our chance, and people are angry about it," he says.

The centrepiece of his empire is the oil group TNK, which recently combined its assets with BP to create a $14bn joint venture, a flagship deal blessed and praised by Mr Putin as a sign of Russia's openness to foreign investment. Sceptics say the deal is a form of insurance policy for Mr Fridman in Russia's still politically unstable environment.

"Fridman has created a transnational company which is now outside the Kremlin's jurisdiction," says Igor Bunin, a Russian political analyst. Mr Fridman rejects this argument, insisting that business - not politics - was his only consideration.

The deal, approved this week by the Russian anti-monopoly ministry, poses significant challenges for both sides. Russia's poor environmental standards constitute one of them. Mixing Anglo-Saxon corporate culture, epitomised by BP, with Russian practices is another. Behind the affable public face of Mr Fridman, observers talk of associates, including German Khan, another important Alfa shareholder described by many as one of the country's most ruthless businessmen.

Alfa itself has been criticised for its aggressive approach, illustrated last December when it joined with Sibneft to bid for the state oil group Slavneft, depriving the government of the extra revenue that a more competitive auction might have generated.

Buying TNK at privatisation, for more than $800m, forced Alfa to raise substantial debt, helping to pioneer links between Russian companies and foreign banks. Its need to join forces at TNK with Access/Renova, another powerful Russian business group, also gave it an early taste of co-operating with those outside its own tight circle, rare in a country where a strong majority shareholder is the norm.

Its business strategy is different from those of other groups. While its peers focused on one core asset - usually oil or metals - Mr Fridman diversified, moving into growing sectors of the economy and playing the role of a venture capital fund. His talent, observers and competitors say, lies in spotting trends.

Alfa also stands out for riding the recent turbulence in Russia's own political landscape. With the transition from Mr Yeltsin to Mr Putin, many observers still see it as among the most influential lobbyists in parliament and the Kremlin, where a number of its former employees work.

In the years since Mr Putin ordered the oligarchs to keep out of politics, Mr Fridman has been cautious and discreet, observing the new rules of the game.

"Of course we lobby our interests in parliament; but we don't get involved in politics," he says. When a chairman of a commercial TV channel 25 per cent owned by Alfa asked Mr Fridman's permission to hire an outspoken Russian journalist, Mr Fridman replied: "Only if you can guarantee that there will be no telephone calls from the Kremlin."

The Financial Times Limited (AAIW/EIW)

Document FTCOM00020030829dz8s0007c

**Search Summary**

| Text | Power broker in Russia's shifting scene |
| --- | --- |
| Date | All Dates |
| Source | All Sources |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | All Languages |
| Results Found | 2 |
| Timestamp | 6 January 2020 2:05 PM |

© 2020 Factiva, Inc. All rights reserved.

# The 'evolving oligarch'

institutionalinvestor.com/article/b15135r36rgw6y/the-evolving-oligarch

Mikhail Fridman's headquarters in Moscow has the look and feel of an old-time Hollywood mogul's lair: The ceiling vaults 20 feet, colossal abstract paintings hang on the walls, designer chairs induce soothing comfort, and a broad staircase leads to a very private alcove. In this opulent setting Fridman is summarizing a few of the basic tenets behind his improbable rise from window cleaner to billionaire oligarch in barely a dozen years.

Rule No. 1: Only make investments that offer potentially huge returns. "When we began, we never thought of investing in . . ." -- here Fridman pauses, straining to locate objects of insignificance amid all this splendor -- ". . . in cups or ashtrays, for example. We looked for really big businesses, like banking and oil."

Rule No. 2: Foreign investors are welcome, but only after Russian insiders have won the most lucrative battles for assets (see box, page 126). A case in point is the recent merger of Fridman's oil company with BP, which didn't take place until the British petroleum giant had been forced to forgo several years of profits in an earlier investment in the same property.

Rule No. 3: Don't expect reforms to change Russian capitalism's robber baron mentality anytime soon. "It's not that I object to reforms, but businessmen can't wait around for the government to act," he says.

Rule No. 4: "Eventually, everything we own is for sale -- probably to foreign investors," says Fridman.

And rule No. 5: No matter how much wealth you amass, stick to business and leave politics to the professionals. Mikhail Khodorkovsky, Russia's richest oligarch, appears to have gotten himself into deep trouble by breaching that barrier (see page 9). After hinting at presidential ambitions, he and his Yukos Oil Co. recently came under criminal investigation. On the other hand, the more prudent Fridman -- a tall, burly 39-year-old with an impish grin who is Russia's third-richest man -- has emerged as President Vladimir Putin's favorite oligarch; he even got the Russian leader to show up for the June signing ceremony in London of the merger of his company, Tyumen Oil Co., or TNK, with BP.

That $6.15 billion deal, which covers oil and gas production, has made Fridman a household name in Russia. But he was already superrich from investments in oil, telecommunications, banking, food distribution and commodities trading funneled through his Alfa Group Consortium. That financial-industrial conglomerate was cobbled from the profits of a motley assortment of capitalist ventures -- from nightclubs to laboratory-animal breeding -- undertaken by Fridman as a university student and young factory engineer in the waning days of the Soviet era.

It's the kind of incredibly swift rags-to-riches story that has induced investors to become bullish on Russia once again. Memories of the devastating financial crisis are fading. In the first six months of 2003, share prices on the local bourse, the Russian Trading System stock exchange, climbed about a third. Russian corporate bond issuance reached $3.5 billion in the same period, easily topping the total for all of 2002. And, fueled by oil exports, GDP grew by 4.3 percent in 2002 and surged at a more than 7 percent annual rate in the first half of this year.

Although most of Fridman's Alfa Group investments are privately held, the publicly traded shares in the two telecoms controlled by the group -- fixed-line operator Golden Telecom and wireless operator JSC Vimpel-Communications, both with clients mainly in Moscow and St. Petersburg -- have easily outperformed the local stock market. Golden Telecom (Nasdaq symbol: GLDN) soared from a 52-week low of 10.15 last October to 30.55 in July. VimpelCom (NYSE symbol: VIP) rose from a 52-week low of 20.62 in July 2002 to 49.02 a year later.

Business oligarchs like Fridman continue to power the Russian economy -- and to hold the fate of minority shareholders in their hands. According to a December 2001 study by Brunswick UBS Warburg, a Moscow-based investment bank, eight financial-industrial groups control the 64 largest private companies in Russia. Among the prominent oligarchs cited in the study alongside Fridman and Khodorkovsky were Roman Abramovich (Russia's second-richest man, who is merging his oil operations with Khodorkovsky's), Oleg Deripaska (who owns the largest aluminum producer in the country) and Vladimir Potanin (who used part of his oil proceeds to corner Russia's nickel output). Critics contend that this concentration of wealth creates barriers to competition, makes it more difficult for new businesses to get started and offers portfolio investors very limited choices on the local equity markets. The big financial-industrial groups "aren't acting very differently from monopolies anywhere else," says Christof Ruehl, chief economist at the World Bank's Moscow office."

Both the World Bank and the International Monetary Fund are urging Moscow to press ahead with structural reforms that would diversify the economy beyond its heavy dependence on oil and other natural-resource exports. With most banks linked to the big financial-industrial groups, credit is virtually unavailable for other businesses. "Sounder financial institutions and stronger financial intermediation will be key to improving the climate for private sector activity, particularly for small and medium-size enterprises," asserted an IMF report in May. According to a World Bank study released last year, such businesses account for only 12 percent of Russia's GDP, compared with more than 50 percent in the U.S. and much of the European Union.

Defenders of the Russian capitalist model argue not only that it isn't broken but that it doesn't need fixing. Only China's economy is expanding faster, they note. Besides, say the optimists, oligarchs have moderated their hard-boiled approach to business. But skeptics remain. "With

Russia's kind of growth, it's hard to convince people that business and banking reforms are urgent," says Stephen Jennings, chief executive officer of Renaissance Capital, a leading Moscow-based investment bank.

Fridman is often cited as a paragon of the evolving oligarch. "He played some rough games earlier in his career," says Marshall Goldman, a Harvard University economics professor whose recent book, *The Piratization of Russia: Russian Reform Goes Awry*, offers a scathing vision of buccaneer capitalism. "But nowadays he looks like one of the more enlightened entrepreneurs."

Nothing better illustrates Fridman's progress from notoriety to celebrity than his dealings with his new partner, U.K. oil giant BP. Even though BP once sued Fridman for seizing valuable petroleum fields for which the British company had paid close to a half-billion dollars, this past June BP signed a deal to pay $6.15 billion -- the largest foreign investment in post-Communist Russia's history -- for half of Fridman's TNK, which controls the same oil fields. Between these two bookends is a rough-and-tumble saga about "learning to do business in Russia -- the hard way," says Robert Dudley, the BP vice president who has been named chief executive officer of the joint venture, TNK-BP.

It all began in 1997, when BP spent $471 million for a 10 percent share in Sidanco Oil Co., which owned rich deposits in western Siberia and was controlled by oligarch Potanin. Potanin plunged Sidanco deeply into debt, and Fridman, the rival oil tycoon running Alfa Group, swiftly moved to take over the Sidanco subsidiaries that held the largest petroleum fields. In 1999, Fridman had a Siberian court declare the Sidanco units bankrupt and then purchased them cheaply for his own company, TNK.

"Legally, we acted properly," says Fridman. "True, our bankruptcy laws can be contradictory -- even our judges don't always understand them."

Fridman says that BP was an unfortunate bystander in his battle with Potanin, but he insists that the British company refused to listen to his explanations and instead took legal and political action against him. Besides fighting TNK and Fridman in Russian courts, BP sought to regain the oil fields by appealing directly to Putin and then prevailing upon British Prime Minister Tony Blair to make a written plea to the Russian leader. In Washington, BP lobbyists stalled a $500 million loan that TNK was seeking from the Export-Import Bank of the United States. But all this global clout didn't mean much in Moscow or Siberia. "BP is a big, influential company in the world," says Fridman. "On the other hand, in Russia we are stronger."

So why did these bitter foes become partners? BP was driven by the need for new reserves. With oil fields in Alaska and the North Sea depleting, Russia offered the most promising venue outside the Middle East. And in Siberia, Fridman controlled some of the most

attractive fields, including the Sidanco properties. BP dropped its legal and political actions against Fridman and began exploring the possibility of going into business with him. Not wishing to be gored again, BP first tested Fridman's reliability by purchasing an additional 15 percent of shares in Sidanco in 2001. According to BP's Dudley, there were no hitches in co-managing Sidanco with TNK or getting Fridman to agree on long-term company strategy. Convinced it could work with the oligarch, BP signed the deal with TNK earlier this year, creating the third-largest oil company in Russia, with assets of about $14 billion and production of some 1.2 million barrels a day.

"Sometimes you can build mutual trust through adversity," says Dudley. Still, BP must have wondered again about its new Russian partner's trustworthiness when a few weeks later, on the eve of the June 26 signing ceremony in London that would be attended by both Blair and Putin, an awkward hitch developed. It seemed that TNK had purchased an interest in another Russian oil company, Slavneft, last December, adding about $600 million in debt to TNK's books. Apparently not informed about this extra burden, BP balked at paying the previously agreed-upon $6.75 billion for half of TNK and signed the final accord only after all-night negotiations reduced that figure to $6.15 billion. BP says that it may yet include the Slavneft stake in the joint venture but that it will insist upon some rigorous due diligence before deciding.

Though BP was paying a second time for access to the same reserves it had bought in 1997, it still got its Russian oil cheaply. According to a Renaissance Capital analysis, BP purchased TNK's reserves at about one third the price per barrel that it would have paid for oil in countries with more reliable track records. Dudley concurs: "BP believes it paid a fair price, because the risks are clearly there."

For Fridman, the deal was a no-brainer. With BP's technical and marketing prowess, he says, "the company's performance will improve, and our shares will rise many times if we decide to sell them in the future." Some analysts view Fridman as the clear winner. "He took a global operator like BP and made them play to his terms," says James Fenkner, chief strategist at Troika Dialog, a Moscow-based brokerage. Adds William Browder, chief executive officer of Hermitage Capital Management, a Moscow-based fund, "Fridman was one of the first oligarchs to figure out that his assets would become even more valuable if he brought in foreign investors."

But Fridman isn't gloating. He still has to contend with a $1.5 billion racketeering suit filed against him and his Russian partners in U.S. District Court for the Northern District of New York last year by Canada's Norex Petroleum, another minority shareholder in Sidanco's oil units. "We're demanding the return of the oil and other assets taken from us by TNK and Alfa Group," says Norex president Phil Murray. Fridman responds that Norex is hoping for an out-of-court settlement. "But we are not prepared to bargain with them, because it's a question of our reputation," he says. "They are accusing us of terrible crimes."

A smooth partnership with BP would go a long way toward enhancing Fridman's reputation. Under the agreement BP's Dudley will be in charge of the joint venture's day-to-day management, while Fridman as chairman of the board will seek to smooth out any political road bumps and arrange further acquisitions. "One of the strengths of Russian partners is that they know the landscape and what new opportunities are out there," says Dudley.

IN HIS METEORIC CAREER FRIDMAN HAS certainly demonstrated a nose for new business opportunities. Born in the Ukrainian city of Lvov, he came to Moscow in the 1980s to study metallurgical engineering. While still at university he earned money as a private window washer and as co-owner of a discotheque -- activities that were officially illegal in the Soviet Union. Later, though employed as an engineer in a state electrical-machinery factory, Fridman found time to start a private courier service, an apartment rental agency for foreigners, a company that imported cigarettes and perfumes and another that sold used computers. He even bred white mice for laboratories. Fridman says his business mentor was his grandmother, who owned a kitchenware shop back in Lvov. "When I first got started, I went to her for advice," he recalls. "She told me, 'Never have dealings with the Reds.'"

When Communism collapsed in 1991, Fridman was ready for the new, capitalist era. With the profits from his sundry businesses, he paid the required $100,000 fee to establish a bank -- Alfa Bank -- that would become the core of his Alfa Group Consortium, which has holdings in oil, telecommunications and supermarkets, among other ventures. Fridman's Alfa Group has often acted in partnership with Access/Renova Group, a New Yorkbased investment firm owned by Russian émigrés Victor Vekselberg and Len Blavatnik. Alfa and Access/Renova each owned half of TNK and now hold equal 25 percent shares in TNK-BP.

The sale of state companies to the new private sector was marred by bribery, phony loans-for-shares schemes and the hiring of private paramilitary forces to seize disputed properties. In 1995 alone more than 400 businessmen and their political associates were murdered by rivals. "It was no different from the Wild West in the U.S. 150 years ago," says Fridman.

Fridman emerged from these capitalist wars with a mega-fortune, thanks in large measure to his being part of a group of seven entrepreneurs who helped finance Boris Yeltsin's 1996 presidential election campaign. Grateful for his unexpected victory, Yeltsin allowed these men to acquire for a pittance some of the state's most valuable natural-resource and industrial enterprises. When Putin ran for president three years ago, he vowed that "oligarchs will cease to exist as a class."

But aside from Boris Berezovsky and Vladimir Gusinsky -- who were forced abroad after clashing with Putin -- the new president allowed the oligarchs free rein until recently. In fact, there are now 17 known Russian billionaires. But with parliamentary elections in December and his own reelection campaign pending next March, Putin appears to have turned up the heat on some of the oligarchs, who as a group are deeply resented by many voters.

Khodorkovsky, the Yukos oil tycoon, has been the main focus of this campaign. In early July Russian police arrested Platon Lebedev, a close Khodorkovsky associate at Yukos, and accused him of stealing state property during the 1994 privatization of a fertilizer plant. Since then police investigators have searched Yukos offices, presumably for damaging evidence against Khodorkovsky. The incidents come several months after hints by Khodorkovsky that he might someday run for president and after he announced his financial support for several political parties that oppose Putin.

Like most oligarchs, however, Fridman is a heavy contributor to the United Russia Party, the political entity most closely linked to Putin, who remains highly popular and heavily favored to win a second term. Fridman leaves no doubt that he will support Putin and the United Russia Party. "Under Putin the right of business to exist is no longer in question," says Fridman, who points out that threats to businesses and their owners were commonplace during the Yeltsin era.

Business-related murders have dropped to about a score a year. Heavily armed private security squads have almost disappeared. Nowadays, Fridman rarely deploys more than a couple of visible bodyguards and feels safe enough to indulge his passion for jazz at Moscow clubs on sudden whims (though apparently he worries enough about his family's safety to install his wife and two young daughters in Paris, where he visits them on weekends). The tycoons' new image is reflected in their clothing: Gangsta-rap leather jackets are out; Armani suits are in. Even more startling, oligarchs have become cultural philanthropists, and Fridman is among the most generous, contributing hundreds of thousands of dollars each year to the arts, especially the Bolshoi Theatre (see box at left).

Most of Fridman's philanthropy falls under the auspices of Alfa Bank, the enterprise he uses to project his more modern, sophisticated business side. With a net income of $105 million on assets of $4.12 billion at the end of last year (compared with $85 million in net income on $2.7 billion in assets in 2001), Alfa is the largest private bank in Russia. But it still holds less than 5 percent of a market dominated by state-owned Sberbank, which last year had $33 billion in assets, 40 percent of total bank deposits and 30 percent of all loans.

Alfa Bank CEO Pyotr Aven points out that the state bank can offer lower interest rates on loans than his bank because of its near-monopoly on the savings accounts of pensioners, military personnel and just about anybody living outside the major cities. "Sberbank's presence destroys the possibility of fair competition," Aven says.

Nonetheless, Alfa, which made its mark in corporate lending, is moving relentlessly into the less-profitable retail sector. "We want Alfa to be more 'sellable' -- and at the highest possible price -- should we decide to sell it someday," says Aven, who believes that if Alfa becomes a stronger universal bank, it will increase its allure to potential buyers abroad. This year it is launching 25 Alfa Express outlets in Moscow -- highly automated, minimally staffed branches

that appeal to upscale clients. But for now Alfa arouses little interest among foreign buyers. Says a Moscow representative of a large Western bank, "No private bank has a significant enough market share to make it worth buying."

Alfa currently has a B credit rating from Standard & Poor's, placing it near the top of Russia's private banks. But Alfa has inevitably been tainted by the weaknesses of the Russian banking system. According to an April report by S&P, up to 75 percent, or $43 billion, of all corporate loans by Russian banks are "problematic" and "face a high degree of risk." Moreover, the bulk of these loans were made to the oligarchs who own them. "Many private banks exist to serve their financial-industrial groups," says Ekaterina Trofimova, the S&P analyst who wrote the report. There is a near-absence of credits for small and medium-size enterprises, or SMEs, which play a much smaller role in Russia than in Eastern Europe.

Fridman acknowledges Alfa's fondness for related-company loans. And though he concedes that more SMEs would create a healthier, more balanced Russian economy, he makes no excuses for virtually ignoring smaller enterprises (they receive less than 10 percent of Alfa's commercial loans). "If we continue to loan to our group companies, it's because they are fast-growing, profitable businesses that are much safer clients," he says. He also dismisses criticism by credit rating agencies that Alfa Bank should reduce its exposure to related companies in favor of less-risky government bonds. That advice, he points out, would have been disastrous in the 1998 financial crisis, when the government defaulted on many of its debts. Thanks to holdings worth hundreds of millions of dollars in oil producer TNK, a related company, Alfa Bank was able to weather the storm and distinguish itself as one of the few banks that continued to allow withdrawals by its customers.

Over the past three years, Alfa has in fact reduced its loans to related companies to about 15 percent of its portfolio, a low share compared with other Russian private banks. "Alfa has improved in this respect more than almost any other bank," says Trofimova, "but it continues to abuse its balance sheet by taking on too much credit risk from its group companies." As a glaring example, she cites the use of Alfa Bank loans to finance Alfa Group's acquisition of a controlling 48 percent stake in Golden Telecom, a fixed-line telecom operator that targets mainly corporate clients in the major Russian cities. With a current $749 million market capitalization, Golden Telecom had $29.8 million in net income on revenues of $199 million last year, compared with a loss of $39 million from $140 million in revenues in 2001.

For Fridman, though, Golden Telecom is a fine example of the synergy between the bank and the rest of Alfa Group. "Banking isn't so profitable as our other investments, but when we make loans, we become aware of new business opportunities," he says. "That's how we got into the telecom sector." Besides Golden Telecom, Alfa has a 25 percent stake in JSC Vimpel-Communications, the second-largest cellular phone company in Russia, with a market capitalization of $2.1 billion and net income of $130 million from $768 million in revenues last year, compared with net income of $47 million from $423 million in revenues in

2001.

Rounding out Alfa Group's holdings are commodities trader Alfa-Eco Group ($13.8 million in net income in 2002) and supermarket chain Trade House Perekriostok (net income of $7.9 million in 2002 on revenues of $305 million). But all these businesses -- banking, telecoms, commodities and retail -- are dwarfed by Alfa Group's oil holdings in TNK and Sidanco, which accounted for more than 80 percent of the group's net income of $800 million last year (virtually unchanged from $797 million in 2001) on total assets of $6.84 billion, despite the huge run-up in oil prices.

Though Fridman prefers to run his varied conglomerate wearing banker's pinstripes, ensconced in Alfa Bank's elegant Moscow headquarters, the bulk of his fortune comes from the rough oil trade in the Siberian wilds. According to *Forbes* magazine, he has a personal worth of $4.3 billion, behind only Khodorkovsky and Abramovich, who agreed to merge their oil companies, Yukos and Sibneft, after the TNK-BP deal was announced.

Fridman views himself as an investor more than an oilman or a business manager. He intends to funnel most of the proceeds from any enterprise he sells back into Russia's bountiful oil and gas fields. "He needs businesses of the scale that only natural resources can provide," says Renaissance Capital's Jennings, meaning that no other businesses can provide the huge returns that Fridman insists upon.

Those are also likely to be the businesses that will continue to arouse the greatest interest among foreign investors -- and pose the biggest risks. Recently, progress has been made in improving transparency, strengthening minority shareholders' rights and ensuring better corporate governance. The quality of corporate management has improved, according to some investment bankers and fund managers. Businesses are less likely to be stripped of cash and assets without any concern for minority shareholders. But perversely, corporate scandals in the U.S. have somewhat reduced the pressure for further business reforms in Russia. Nowadays it's fashionable in Moscow to drolly point out that cases like WorldCom's Bernard Ebbers and Enron Corp.'s Kenneth Lay aren't unique to the U.S. "We still have some Siberian provinces that resemble Texas," says Timerbulat Karimov, an oil and gas analyst at Aton Capital Group, a Moscow brokerage firm. "We even have our own Kenny Boys."

Fridman couldn't agree more. "Even in Western countries businesspeople don't always follow the letter of the law," he says. "No matter how much legislation is passed here, it still is going to take years for Russian businessmen to behave in ways that foreigners consider normal."

## Fridman on BP, investing and guns

Observers of Russia's coarse capitalism tend to name Mikhail Fridman as their favorite

oligarch. "A very disciplined investor" and "a guy with an understanding of business that few people here have" are some of the more positive comments he elicits. "At least he's not linked to any awful stories of violence" goes the more grudging sort of comment. In an hourlong interview at his Moscow headquarters with *Institutional Investor* Contributing Editor Jonathan Kandell, Fridman spoke with his well-known mix of charm, candor and gallows humor about what investors can expect from Russia nowadays -- and about his own business plans.

**Institutional Investor: What has to be done in the Russian business world to change the perception abroad that investing here is still too risky for minority shareholders?**

**Fridman:** We understand the need for more transparency, international accounting standards and better corporate governance if we want access to capital markets. But the biggest problem for foreign investors is a lack of experience and understanding of the business climate here.

**Should foreigners wait until Russian insiders have divided up the spoils before investing in the country?**

It is very risky to participate in the privatization of a company at its earliest stages. This isn't like investing in U.S. Treasury notes. People have to be ready for a fight, though hopefully they can do it in the courts nowadays instead of with guns [laughter].

**BP at one point accused you of illegally seizing its oil reserves. How were you able to overcome all that bitterness and get BP to agree to a merger?**

We both had to demonstrate flexibility and a deeper understanding of the other side's motivations. Legally, we acted properly, and I think they now recognize this. As far as ethical considerations, that's another matter. From BP's point of view, our behavior was unreasonable.

**Under the merger there is an equal partnership between BP and your Tyumen Oil Co., but who has the ultimate say in case of disagreements?**

President [Vladimir] Putin asked us the same question. The answer is, we have an informal but clear understanding of each side's sphere of responsibility. Everything concerning technical issues will be in the hands of BP. Of course, our decisions will prevail in everything concerning Russian issues. The biggest potential conflict could arise in strategies abroad. For example, Tyumen wants a presence in Eastern Europe, and that might put us in competition with BP operations in those countries.

**What are your strategies for your telecommunications companies?**

We don't intend to keep anything until we die. But it is a matter of deciding when it is best to

sell. In the case of selling one half of TNK to BP, it made sense because it would improve the company's performance and value. In telecommunications it makes no sense to sell at this point because we are in the early stages of a very fast-growing market.

**Is Alfa Bank for sale as well?**

Eventually, we will sell or merge with a foreign partner. But it's premature for now because Western banks aren't very active in Russia yet, and we wouldn't get a good enough price.

**Where do you think you will make future investments?**

Energy is still the most promising business in Russia. The oil market has more or less been divided up. But we are just at the beginning stages of the natural-gas market. Sooner or later the reform of the gas market will be carried out, and we want to participate.

Views on the Russian economy seem to be polarized, with many investment banks extolling its high growth while organizations like the International Monetary Fund and World Bank warn of serious problems ahead.

That reminds me of what Tolstoy wrote in *Anna Karenina*: "Happy families are all alike; every unhappy family is unhappy in its own way." We are a country of many unhappy families, and there is no one cure for our troubles. But to really know what Russia needs, you have to live here for many years not just be a foreign expert on a short stay. Outsiders ask how we can live with so much turbulence. But we have adapted, and things are getting better. We are ready for whatever comes.

**You are only in your 30s and already a multibillionaire. Where do you want to be 20 years from now?**

My goal is to lead as interesting a life as possible. I still prefer spending time at the office to going on vacation. As long as I feel that way, I'll keep doing the same thing.

---

**Ballet school**

Becoming a major patron of the opera has always lent a patina of class to new money, no matter how outrageously that money was acquired. Jay Gould and J.P. Morgan, robber barons of America's Gilded Age, contributed heavily to New York's newborn Metropolitan Opera. Now, more than a century later, Mikhail Fridman and Russia's other maligned oligarchs are making generous donations to the Bolshoi Theatre, home to Moscow's legendary opera and ballet companies.

Representatives of a dozen private enterprises, including Fridman's Alfa Bank, each pony up $250,000 a year to sit on the Bolshoi's board of trustees. Though Fridman neither likes opera nor attends performances, he knows that such contributions can enhance his public image.

"Russia has always been proud of the Bolshoi," says Alexander Gafin, the Alfa Bank vice president who sits on the theater's board of trustees.

The injection of private philanthropy comes not a moment too soon for the Bolshoi. Built in 1856, the former cultural jewel box of czarist and Soviet Russia has deteriorated so seriously that the theater itself poses a safety threat. "If renovation is put off any longer, there will be nothing left to renovate," Tamara Nosenko, a Moscow representative of the United Nations Educational, Scientific and Cultural Organization, warned in a June press conference. The rot isn't evident from the orchestra and dress circle seats, where tuxedoed and gowned season ticket holders can gaze around at all that luxurious red velvet and gilded plaster. But with rescue efforts barely under way, a peek behind the scenes reveals a drearier reality. Stage machinery hasn't been replaced since the start of the 20th century. Paint peels from corridor walls; floors creak; musicians squint at tattered score sheets. It's easy to imagine a Phantom lurking in those dark, musty stairwells and basement chambers.

The Bolshoi was kept afloat as a cultural showcase during the Communist era, but the 1991 collapse of the Soviet regime plunged the theater into crisis. Budgets were cut, and administrators had no idea how to find new, private sources of financing. "They knew nothing of fundraising, nothing of market forces like what productions would draw audiences and how much customers should be charged," says Anatoly Iksanov, who took over as the Bolshoi's general director three years ago.

The capitalist underpinnings of the new cultural era were no mystery to Iksanov. In 1991 he was studying theater management in the U.S. on a Ford Foundation grant. Returning to Russia, he wrote a book on American fundraising techniques that gained him an invitation to head the Bolshoi. Because his budget precluded hiring a large staff to canvass widely for donations, Iksanov decided to seek the bulk of private contributions from a small number of big banks and businesses. Today 60 percent of the Bolshoi's annual budget is covered by state subsidies, and the rest comes from philanthropy, ticket sales and the rental of the theater for social and corporate galas. The state-to-private funding ratio is on a par with Western European opera houses, though the Bolshoi's $35 million annual budget is only a fraction of the expenditures at London's Royal Opera House at Covent Garden or the Met in New York.

The transition away from state control wasn't smooth for the artists. When Alexandra Dursenieva, a leading mezzo-soprano, joined the Bolshoi in 1994, the organization was ripped apart by dissension between state-coddled veterans and reform-minded newcomers. "Big-name old-timers were being pushed out," she recalls. "I performed often abroad, so I could see how far behind the Bolshoi had fallen." But lately, she adds, there is more money for musicians, singers, sets and new productions. "Famous foreign artists are invited to perform here," she says. "We are moving forward in long strides, and all those bad years seem worthwhile now."

To extend opera's reach to a broader audience, Iksanov is looking into the possibility of radio broadcasts. Well aware that Texaco (now ChevronTexaco Corp.) sponsored Metropolitan Opera broadcasts on Saturday afternoons for more than six decades, he is hoping that a similar arrangement with a big petroleum producer could benefit the Bolshoi. Fridman's recent deal to merge his oil company with BP presents such an opportunity. "Maybe through Alfa we can get BP to join our board," says the Bolshoi director, who adds that he hasn't yet broached the subject with Gafin, Fridman's representative on the Bolshoi board.

Over the past few years, the Bolshoi has rid itself of a mediocre repertoire of state-imposed operas and ballets heavily laden with Marxist ideology. But the struggle for artistic independence hasn't ended with the new age of private philanthropy. "We make it clear to trustees and other private donors that they cannot interfere in the artistic field," says Iksanov. Instead, he tries to keep them focused on their areas of expertise as business managers, bankers and lawyers: determining how spending can be cut and income targets met or how to best take advantage of the Bolshoi brand in marketing consumer products. "But there is always some big donor who will ask that his favorite opera or ballet be produced," says Iksanov, "and we have to insist that what goes on stage is up to us."

The most talked-about opera of the recently ended season was not any oligarch's first choice: Imaginatively staged and sung in its original English for the first time in Russia, *The Rake's Progress* by Igor Stravinsky told the story of a dreamy young man who unexpectedly gains a fortune but loses his moral bearings. Not the kind of allegory that's likely to enthrall Russia's new magnates. **-- J.K.**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB112856247619561303

# As Russia Squeezes Big Business, A Tycoon Decides to Pick a Fight

Mikhail Fridman Takes On

Putin's Telecom Minister;

Avoiding Another Yukos

*By Gregory L. White Staff Reporter of THE WALL STREET*
*JOURNAL*
Oct. 6, 2005 12:01 am ET

MOSCOW -- Two have fled the country. Another is in jail, his oil empire in ruins. Russian President Vladimir Putin has largely succeeded in his campaign pledge to make oligarchs -- the powerful tycoons who emerged in the chaos of post-Soviet Russia -- disappear "as a class."

Now, most of the country's super-rich are either packing up or hunkering down and trying to stay on the government's good side.



## Mikhail Fridman

Except Mikhail Fridman. Using bare-knuckles business tactics, the 41-year-old built an $8 billion empire spanning oil, telecoms, banking and retail. Now, he's picking a fight with Leonid Reiman, Russia's telecommunications minister and a longtime Putin friend.

Last fall, lawyers for units of Mr. Fridman's Alfa Group lined up Anthony Georgiou, a former Reiman partner, to provide testimony to a British Virgin Islands court that he'd paid over $1 million in bribes to Mr. Reiman. He testified that the payments happened when the future minister was a top executive at a Russian state phone company in St. Petersburg in the early 1990s. Based in part

**G049**

on allegations raised in the case, German prosecutors have opened an investigation into whether Western banks facilitated any criminal activity.

Mr. Reiman has strenuously denied any wrongdoing, and late last year accused Alfa of smearing him to prevail in a business dispute. "Alfa, because it's an old oligarchic structure, is trying to use the traditional means by which they've resolved conflicts many times over many years -- by putting pressure on officials," Mr. Reiman told reporters.

In fact, Mr. Fridman makes little pretense that this is just about clean government. He's in a vicious battle over a stake in Russia's No. 3 mobile-phone company. His lawyers are using the corruption charges to fight off a legal challenge from a Bermuda-registered investment fund that claims it owns the stake. Mr. Fridman has offered to drop the lawsuits if the other side agrees to settle.

In Russian business, where hostile takeovers often involve burly men with masks and submachine guns, toughness has long been a key to success. But Mr. Fridman, whose hardball tactics are legendary, is charting a lonely course of resistance at a time when the state is increasingly squeezing private business.

"It's our style, our strategy and we're not changing it. We do a lot of things that might seem aggressive to some people," the baby-faced Mr. Fridman says with a smile, sitting in his spartan white office in downtown Moscow.

So far, Alfa has managed to avoid trouble with the Kremlin itself. Mr. Fridman has tried to insulate himself by hiring former top government officials as advisers, including Pyotr Aven, a former trade minister and an old friend of Mr. Putin who meets the president regularly.

Mr. Fridman says he's careful to avoid anything that the Kremlin would see as a challenge to its control of national politics. That's widely believed to be what got billionaire Mikhail Khodorkovsky in trouble: He was contributing tens of millions of dollars to a broad range of political parties. He's now serving an eight-year prison sentence on fraud and tax-evasion charges. His OAO Yukos oil company was slapped with $28 billion in back-tax claims and largely nationalized last year.

Where Mr. Khodorkovsky was often openly critical of the Kremlin during his

frequent trips to the U.S., Mr. Fridman is much more careful. In January, he flew to New York to open a lecture series his bank endowed at the Council on Foreign Relations. The speaker was Russian Defense Minister Sergei Ivanov, a Putin confidante and a man frequently tipped as a potential presidential successor. Mr. Fridman introduced him as "an outstanding politician."

Alfa also has lined up some high-profile insurance. The oil company it controlled is now half-owned by BP PLC, in a deal for which Mr. Fridman made sure to get public backing from Mr. Putin and United Kingdom Prime Minister Tony Blair. In the wake of the Yukos case, which has battered business confidence and badly tarnished Mr. Putin's international reputation, Mr. Fridman says he doesn't think the Kremlin will risk another open clash with big business.



Still, these days every new back-tax claim against a company linked to Alfa spurs a

wave of speculation in the local press that Mr. Fridman is about to face the same fate as Mr. Khodorkovsky.

A devoted movie and theater buff, Mr. Fridman is also known to take a turn at the piano at Color of the Night, the Moscow jazz bar he owns. He still looks a bit like the nerdy kid from school, his brown hair untouched by grey. The self-described adrenaline junkie has a taste for adventure that extends beyond the office to annual off-road rallies through the jungles and deserts of Africa, Asia and Latin America.

## Limited Information

Public information about the Alfa Group is limited, since it's a private company owned by Mr. Fridman and two university friends. Run roughly like a giant private-equity fund, the group holds assets valued at about $20 billion, says Mr. Fridman, who adds that his stake is "more than 40%." The assets are owned by a complex web of holding companies located in discreet offshore jurisdictions like Gibraltar. Managers of the various businesses -- banking, oil, trading, retail and telecoms -- own minority stakes in the individual units, sometimes alongside outside partners.

"We're financial investors," says Mr. Fridman, who keeps an apartment in downtown Moscow and commutes regularly to Paris, where his wife and two daughters have lived since the early 1990s. "We don't consider ourselves experts in the industries we're in."

Colleagues say Mr. Fridman led the group's push in the late 1990s into the oil business, which now delivers most of the profits. Telecom has been the focus for expansion since then -- Russia has been among the world's fastest-growing wireless markets for the past several years. Mr. Fridman says he aims to cobble his stakes in the region together into a regional network and then negotiate an equity alliance with a global player like Vodafone Group PLC.

For Mr. Fridman, a Jewish kid from Lvov in what's now Ukraine, persistence has long been a business signature. As a student in Moscow in the 1980s, he says he was blocked from continuing his studies because of anti-Semitism in the Soviet education system. So he started a window-washing cooperative, becoming one of

the first to take advantage of the chance to open a private business.

After the collapse of the Soviet Union in 1991, he built his fortune trading everything from Oriental rugs to Cuban sugar to Russian crude. As the government began privatizing thousands of state companies, Mr. Fridman pushed the group into the oil business. He lined up two Russian émigré partners who helped cobble together a patchwork of formerly state-owned companies into a group they called Tyumen Oil Co., known by its Russian abbreviation TNK.

It was a heady time for Mr. Fridman and his fellow oligarchs. They'd made millions as capitalism was just taking root in the early 1990s and used their fortunes to build vast political clout. In 1996, Mr. Fridman and a handful of tycoons teamed up to finance President Boris Yeltsin's 1996 re-election campaign. Using their close connections with the Kremlin, they snapped up the country's richest assets in often-rigged privatizations and, in some cases, were awarded with top government jobs. Boris Berezovsky, for example, whose interests ran from oil to television, was named deputy secretary of Russia's powerful Security Council.

Along the way, Alfa cemented its reputation for aggressive tactics. Alfa often took advantage of gaps in the bankruptcy law that allowed small creditors to take control of debtor companies.

Officials at Norex Petroleum Ltd., a small Canadian oilfield-services company, contend Alfa went a step further in 2000, when it moved to take control of a Siberian joint-venture Norex had with a TNK unit. In a lawsuit filed in U.S. District Court in New York, Norex alleges that TNK took over with 20 machine-gun-toting guards. One executive was quoted in the lawsuit as saying that a top Alfa official vowed to "run over [the company] like a steamroller" if they resisted. Alfa says it's confident that its takeover of the company was legal but won't comment on details of the case, which hasn't yet gone to trial. Norex is seeking to recover $1.5 billion.

But even as Alfa was still throwing its weight around, twilight was setting in on the era of the oligarchs. Mr. Putin came to power in 2000 vowing to reassert Kremlin authority. Within a year, two of the most politically influential oligarchs, Vladimir Gusinsky and Mr. Berezovsky, had left the country under threat of

prosecution, leaving the bulk of their empires behind. Oil tycoon Roman Abramovich quietly began selling off his holdings and spent more and more time in London, where he bought Britain's Chelsea soccer team. Last month, state gas company OAO Gazprom announced a deal to buy the oil company he controls, OAO Sibneft, for $13.1 billion.

Sensing the winds shift, Mr. Fridman realized he needed to move fast to get a foreign partner for TNK, a move that would provide both political insurance and cash. "We knew at some point that opportunity would be gone," he says.

Tempted by Siberia's vast reserves, BP was already on the prowl for a Russian deal. But Alfa had to rebuild relations with the British giant that had soured in the late 1990s when Alfa, in a battle with another oligarch, stripped key assets out of BP's previous investment in Russia. Mr. Fridman patched things up with BP CEO John Browne. BP wound up paying $7 billion in 2003 for half of the oil company Alfa owned with two partners. "There is a toughness built into the culture of Russia," Mr. Browne said at the time. "You have to cooperate."

Mr. Fridman's timing was impeccable. Although analysts touted the BP deal as the first of many foreign investments in the oil patch, the Kremlin soon closed the door on such big deals with foreigners and geared up to attack Yukos.

But it wasn't long before Mr. Fridman got into a government-relations mess of his own. In a complex series of transactions in the summer of 2003, Alfa had bought a 25% stake in Megafon, Russia's No. 3 cellphone company. The stake had previously been owned by LV Finance, an investment firm controlled by Leonid Mayevsky, a former legislator.

Within days, a little-known Bermuda investment fund called IPOC International Growth Fund Ltd. contested the sale, claiming it was entitled to the shares under a pair of option agreements dating to 2001. IPOC went to court in Bermuda and the British Virgin Islands, where some of the Alfa companies holding the Megafon shares were registered. IPOC also launched arbitration proceedings against LV Finance in Switzerland, where the 2001 option agreements had been executed.

Lawyers for LV Finance, cooperating with Alfa's legal team, argued IPOC hadn't properly paid for the options. They also sought to convince the courts that IPOC

was in effect a criminal enterprise, thereby rendering any of its contracts illegal and voiding its claim to the Megafon shares.

In written arguments in the BVI case, Alfa lawyers asserted that an affidavit from former IPOC President Vidya Sharma showed IPOC was "simply a front for laundering the proceeds of criminal conduct in Russia for...Leonid Reiman."

Alfa lawyers argued in court papers in the BVI that IPOC was part of a complex network of companies that served to conceal Mr. Reiman's ownership of large stakes in Russian telecom companies, including Megafon. They alleged the fund got its money from corrupt dealings in Russia involving the minister.

IPOC denied the allegations and accused Alfa of paying witnesses. In fact, Alfa did pay $7 million to Mr. Georgiou, the former partner of Mr. Reiman. Alfa said the payment was to buy out most of Mr. Georgiou's Russian businesses, which he feared would suffer after his testimony.

Mr. Reiman denies any wrongdoing. Jeffrey Galmond, a Danish lawyer who has known Mr. Reiman since the late 1980s, has testified that he's the owner of IPOC and its related companies -- holdings that could be worth more than $1 billion. He says the corruption allegations are just an effort to distract from what he says is Alfa's fraudulent acquisition of the shares.

"It looks to me as an attempt simply to crush a competitor by Alfa," he told a civil proceeding in Geneva last year. "They are all over the place and there is, in my personal opinion, no limit to what they are capable of doing."

The conflict has been tense. At the Geneva hearing, the presiding arbiter complained his house was being watched and his garbage searched. He said police told him the surveillance was linked to the case, although the culprits were never caught. Acting on an IPOC complaint, Russian police are investigating possible fraud charges against Mr. Mayevsky for his role in the Megafon share sale. He briefly fled Russia to avoid arrest.

Mr. Galmond says he got the money for IPOC from a series of lucrative deals in Russian telecoms and real estate in the 1990s. In court testimony, he admits that Mr. Reiman's work "played an important part in the creation of my own success and wealth," but says that took place before Mr. Reiman became minister. Mr.

Galmond acknowledges he bought a summer house on the Danish coast in 1993 that he says he and Mr. Reiman shared, but denies any wrongdoing.

Court rulings are still pending in most of the cases. Prosecutors in Frankfurt, tipped off in part by the allegations from Alfa and LV Finance, are already investigating whether Germany's Commerzbank AG , which worked with Mr. Galmond, was involved in money laundering as a result, according to a spokesman for the prosecutor. Commerzbank denies it broke any laws, but a senior executive involved in the case resigned this summer and the bank has vowed to tighten internal oversight.

## No Signs of Concern

So far, the Kremlin is showing no sign that it's concerned about the allegations. Last year, Mr. Putin even took the unusual step of intervening to restore Mr. Reiman's ministerial job when he was about to lose it in a government reshuffle. He'd left nearly all the other appointments to his prime minister to decide.

As the grudge match dragged on, some of Alfa's other investments in Russia ran into trouble. In December, telecoms company OAO Vimpelcom, in which Alfa owns a big stake, was told it owed $160 million in unpaid taxes and fines. Vimpelcom's American depositary receipts, which trade on the New York Stock Exchange, plummeted 30% in two days. The company later got the tax claim sharply reduced and the stock has recovered. And in April, authorities slapped Alfa's main oil investment with $790 million in back-tax claims for 2001.

But unlike Yukos, which was crippled by tax assessments and saw executives jailed, tax and regulatory problems so far haven't fazed Alfa or its companies. The regulatory issues have cleared up and in August, TNK-BP said it settled the tax claims for $250 million. Auditors are still looking at company taxes for 2002 and 2003.

Mr. Fridman says the Megafon fight is worth it: He estimates Alfa's stake is now valued at about four times the $300 million he paid for it in 2003.

"We understood that there would be unhappiness on the part of certain bosses in the telecommunications ministry, but we were ready for that," Mr. Fridman says,

**G056**

adding that Alfa's legal position is "ironclad."

*—David Crawford in Berlin contributed to this article.*

**Write to** Gregory L. White at <u>greg.white@wsj.com</u>

Copyright © 2022 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.



**Russian banker thanks Putin for help with huge Turkish mobile phone deal**

BBC Monitoring Former Soviet Union ,
5 December 2005 15:41,
164 words,
English,
BBCSUP,

(c) 2005 The British Broadcasting Corporation. All Rights Reserved. No material may be reproduced except with the express permission of The British Broadcasting Corporation.

Text of report by Russian Channel One TV on 5 December

[Presenter] There has been a major foreign deal involving a Russian bank. Alfa-Grup bought a stake in a leading Turkish mobile phone operator. This was announced today by the head of Alfa-Bank, Petr Aven, at his meeting with Vladimir Putin.

[Aven, captioned as president of the Alfa-Bank open joint-stock company, addressing Putin in his office] We paid 3.2bn dollars to buy a stake in Turkey's biggest telephone operator, Turkcell. I'd like to say thank you, because the deal would not have gone through without your own support or the political support of our leadership.. It is a great success for us, and Russia's largest foreign investment.

[Putin] We discussed it with the [Turkish] prime minister when we met in Sochi.

Source: Channel One TV, Moscow, in Russian 1800 gmt 5 Dec 05

a3995a83

British Broadcasting Corporation

Document BBCSUP0020051205e1c5003ml

© 2020 Factiva Inc. All Right Reserved.

**G058**

By using this site, you agree to our **Privacy Policy** and our **Terms of Use**.

Login     Watch TV

**STORY**   •   **Published** June 30, 2007     **Last Update** January 13, 2015

# As the West Pushes Economic Sanctions Against Tehran, Russian Billionaire Dials Up Iran Telecom Play

By | **Fox News**

NEW YORK – How hard is it to pressure **Iran** into halting its program to obtain nuclear weapons? Consider the case of **Mikhail Fridman**.

Fridman, 43, is a secretive Russian billionaire who is spreading his corporate reach into Western Europe, the U.S. — and beyond. He also is a key figure in Russia's dangerous policy of selling nuclear technology to the Islamic Republic of Iran.

And now, it seems, he has been quietly trying to buy up a major stake in Iran's telecommunications industry — ignoring strenuous U.S. efforts to use financial pressure on Iran's economy and force its radical Islamist government to stop its effort to gain nuclear weapons.

Along the way, Fridman has added a star-studded cast of former British and American government officials to his corporate payroll, in advisory capacities. And, he is seeking to expand still further, using loans from Western banks and maybe even from ordinary shareholders, as he flirts with the notion of selling public shares on London's stock exchange.

Fridman is the Russian oligarch behind **Alfa Group** – a private, oil-banking-telecom conglomerate that includes Russia's largest private bank, **Alfa Bank**. He is considered one of the half-dozen richest men in Russia, and his business empire, which is waging brutal corporate battles from Moscow to Indonesia, New York and Scandinavia, has been called by the London Sunday Times "one of the most controversial business empires on the planet."

Increasingly, that controversy includes Alfa's relations with Iran.

Ties between Russia and Iran lie at the center of the crisis surrounding Iran's secretive nuclear program, which includes a massive effort at uranium enrichment, a critical source of nuclear explosives. That crisis is sure to be discussed by **President George W. Bush** and Russian

**President Vladimir Putin** in their two-day **Kennebunkport** meeting over the weekend.

Iran has been sanctioned twice by the **United Nations Security Council** for failing to halt its enrichment programs, but those sanctions have had little or no effect — and a major reason is Russia.

In addition to selling Iran a $1 billion nuclear plant that is now under construction in the province of Bushehr, Russia has become a major supplier of conventional arms and aircraft to Iran. And, since December, Russia has succeeded in watering down both sets of U.N. sanctions against Tehran – with American and British officials now back at their drawing boards drafting a third.

"We should find solutions that would not violate Iran's right to use modern technologies," Russia's President Vladimir Putin said a month ago.

Some of those technologies have been aided by Alfa's banking arm, which serves as the primary financial agent for the nuclear power project. A year ago, Alfa made a huge loan – on "privileged terms," according to Ukraine's government – to finance a state-owned Ukrainian company's ability to build and sell aircraft to countries that include Iran.

And those financial ties apparently extend further than Alfa wants the world to know.

FOX News has obtained documents that lay out a secret effort, codenamed "1979 Project", over the past nine months by Altimo, the $20 billion telecom arm of Alfa Group, to purchase a controlling share in an Iranian mobile phone company called Iraphone.

The documents show a concerted effort on the part of both buyers and sellers to keep the deal a secret, at the same time the conglomerate is trying to expand its markets — and its respectability — in the West. The paper trail shows that that the transaction was being funneled through a shell company called Amigo — an entity owned by Sky Mobile of Kyrgyzstan, which was itself purchased by Altimo last June.

Neither U.S. nor U.N. sanctions prevent foreign companies from trading with the mullahs in most industries. But Alfa's secretive and convoluted mobile-phone deal sheds light on Russian business practices that are increasingly dangerous in a world gripped by Islamic terrorism.

"We cannot overstate how cautious banks have to be when doing business with Iran — directly or indirectly," says Treasury Department spokesperson Molly Millerwise, who declined to comment on Alfa. "Iran is notoriously opaque in how it operates in the global financial system, subjecting banks to the real possibility of facilitating terrorism or proliferation-related transactions."

So cautious has Altimo been about dealing with Iran that it has never mentioned the subject.

**G060**

Nonetheless, Altimo's bid to purchase Iraphone began last September, and the documents obtained by FOX News show that Altimo was on the verge of closing the Iraphone deal in May – paying just $11 million for 49 percent of Iraphone (with 51 percent held by local Iranians, as the country's rules require).

But that is just the beginning of Altimo's Iranian expansion plan. There also are promises by Altimo in the documents to spend as much as $300 million to develop Iran's fledgling cellular-phone industry.

And finally, there is evidence of a political dimension: hints of an effort to "dilute" the minority shares of a former Iranian president, Ali Akbar Hashemi Rafsanjani, who apparently owned stock in Iraphone – and drive him from the company. Such a move could help strengthen the hand of Iran's radical president Mahmoud Ahmadinejad, who has threatened to wipe Israel "off the map."

There also are indications that the takeover effort brings Altimo close to the edge of U.S. sanctions against Iran. The documents include copies of email exchanges as recently as April between Iraphone's Iranian founder, Mohammad Mohammedi, and a top Altimo executive named Andrei Zemnitsky that discuss obtaining a loan from Iran's state-owned Bank Saderat.

Last September, the U.S. Treasury – citing Bank Saderat's extensive banking ties with Hezbollah and other terror groups – banned it from any direct or indirect access to the U.S. financial system.

Non-American financial institutions that deal with Bank Saderat, and also do banking business in the U.S., run the risk of violating the Treasury order – but only if the transactions are directly and clearly linked.

Queried by FOX News about the venture, Iraphone's Mohammedi didn't respond. An Altimo spokesman in London at first maintained that the Alfa telecom arm had no interests or dealings in Iran. But when told that FOX News had evidence about Altimo's Iranphone deal, he sent an email two hours later stating that "they [Altimo] don't wish to make any comment on this." Reached by telephone, Altimo's top executive in Kyrgyzstan, also declined to discuss it.

Whether the Iraphone deal closed on schedule last month as planned, or whether Altimo spun it off in another convoluted transaction, is uncertain. A minority partner in Iraphone, Shahrokh Zarkeshan, tells FOX News that Altimo "is not active anymore" — having sold its stake back to Mohammedi — the same Iranian businessman who sold Iraphone to Altimo in the first place.

"It [the venture] continues, but without them [Altimo]," Zarkeshan said. Asked what happened to Altimo, he laughed nervously and said "Wow — it's a very complicated question," but declined to elaborate.

But sources with knowledge of Altimo tell FOX News that the Russian telcom secretly maintains its big stake and is now ordering equipment and enlisting founder Mohammedi to lobby Iran's telecom ministry on its behalf. So why no public announcement?

"One day when the Americans and Iranians make peace, they [Altimo] will then suddenly seemingly buy into Iran – when in fact they did it years before," speculates one insider.

That day of peace is clearly not on the horizon. But even as Altimo secretly moved to purchase its stake in Iraphone, it was moving to bolster its image in the West by taking on board some stellar U.S. and British advisors.

Just days after making its first Iran move last September, in fact, Altimo announced it had formed an advisory board of prominent former government officials "to support its new global image and strategy," guide it on future purchases, and "help establish new contacts at a high level" in the west.

The board includes Britain's former foreign secretary, Lord Douglas Hurd;Britain's former ambassador to Russia, Sir Roderic Lyne; and, Peter S. Watson, who served on the National Security Council in the first Bush White House, and then chaired the U.S. International Trade Commission during the Clinton presidency.

In 2001, Watson was appointed by President George W. Bush to head up the Overseas Private Investment Corporation. A year later, he inked a multi-million dollar investment fund with Alfa Group that was described as the first such deal between a U.S. government organization and a private company in Russia.

There is no evidence that Altimo's advisory board — which meets three or four times a year in London — knows anything about the Iran venture. Watson didn't respond to repeated requests by FOX News for an interview.

With more than half its revenues now coming from outside Russia, Altimo in March also opened a "joint" headquarters in London to go with its base in Moscow. The company's website says the London headquarters is "an expression of our commitment to the internationalism and best practice approach with which we are building our business."

Altimo also is exploring a public launch on London's stock exchange, because — as its CEO told a London newspaper recently — "New York has become really difficult because of the need to conform to all these regulations." Barring such a London float, Altimo is seeking to fold its assets into a major western telecom operator.

So far, there are no takers.

**G062**

In the U.S., Altimo has the largest single stake in a publicly–traded mobile-phone company on NASDAQ, called Golden Telecom. (Altimo's shares in the company are owned by a Cyprus shell.) And Altimo now has a controlling stake in VimpelCom, the first Russian company listed on the NYSE.

Atop all that, Alfa and Altimo have been developing deep relations with a number of European banks that have differing policies toward Iran. One major Swiss bank, Credit Suisse, announced in January that it was not accepting new business in Iran, effective immediately. But last month, Altimo announced it had secured a $750 million loan from Credit Suisse in a refinancing deal that included about $100 million in new money for Altimo to fund acquisitions.

Germany's Deutsche Bank is Altimo's top lender. In March, Altimo announced it had raised $1.5 billion in a bond-issuance deal organized by Deutsche Bank. The proceeds, said Altimo at the time, would finance its expansion in Europe and Asia. A spokesman for Deutsche tells FOX News that $350 million of those bank funds were for "refinancing Altimo's own debt" — with "the rest" going to buy more shares in VimpelCom.

One internal document obtained by FOX News, however, suggested that "part" of the Deutsche Bank proceeds could be used on the Iran project.

Money — after all — is fungible. That is what makes any efforts for a total blockade of Iran's economy so difficult to achieve. And also what makes Altimo's secretive maneuvering in Iran so intriguing.

**Coronavirus**

**U.S.**

Crime

Military

Education

Terror

Immigration

Economy

Personal Freedoms

Fox News Investigates

**G063**

**The New York Times** | https://www.nytimes.com/2008/07/07/business/worldbusiness/07iht-bp.4.14305383.html

# Fate of TNK-BP joint venture lies in a Russian tussle

July 7, 2008

**MOSCOW —** The fate of one of the largest foreign investments in Russia hangs in the balance amid signs of a shifting mood at the Kremlin that may have misled investors and one of the biggest oil companies in the world.

TNK-BP, a $38 billion oil company that produces as much crude oil as Britain, recently had its offices raided by security services and its board paralyzed. Then its technical experts were barred from working and the company was hit with court cases and labor inspections.

As investors scrutinize the saga to read the runes for future projects in Russia, there are some signs that the root of the dispute may not have been at the Kremlin, but rather in the boardrooms of Russian billionaires.

TNK-BP, a highly lucrative 50-50 joint venture between BP of Britain and four Russian billionaires, began in 2003 amid much fanfare in a deal blessed by Vladimir Putin, then the president of Russia. It produces a quarter of BP's global oil output and posted a net profit of $5.7 billion last year.

TNK-BP's first five years were a success story. Former BP managers who worked at the venture talk with pride of how they improved management of oil fields using the latest technologies, cutting back on leaks and giving a lift to operating efficiency.

But the company's ownership structure, which gives management control to the foreign oil company, became an anachronism after the Kremlin initiated a drive in 2003 to get back state control of all large energy assets in Russia.

So when the Russian tax authorities began investigating TNK-BP this year, and followed up with allegations of labor code violations, a series of security service sweeps and court cases, many assumed that the Kremlin was trying to pressure the TNK-BP to accept a state partner.

A similar barrage of official pressure was unleashed in 2006 against Shell, to force it to

**G064**

sell a controlling stake in the giant Sakhalin natural gas venture to the Russian state-dominated energy champion, Gazprom.

The situation with TNK-BP this year seemed likely to be a replay, but officials, including President Dmitri Medvedev, have repeatedly said that the state does not want a stake in the company.

"Something has changed in the past few months," said a person close to BP, speaking on condition of anonymity because of the sensitivity of the case. "The government has changed. Players have moved around. Power is more dispersed."

> **Daily business updates**  The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

Asked what the Kremlin wants out of the affair, one TNK-BP manager shrugged his shoulders and said, "Nobody knows."

People close to TNK-BP say there is strong evidence that German Khan, one of the billionaire co-owners and an executive director at TNK-BP, encouraged the official pressure as part of a campaign to weaken BP's control of the company. They pointed to signals including an unauthorized letter from Khan in April to the Russian immigration authorities asking that the number of permits for foreigners at the company be cut drastically. The note contradicted instructions from TNK-BP's chief executive, Robert Dudley.

Khan declined to be interviewed but the Russian billionaire Mikhail Fridman, another partner in the venture, said the wave of action facing TNK-BP was just part of normal law enforcement, and that Khan has also been questioned by officials as part of regular checks.

The aim of the Russian shareholders, Fridman added, is simply to improve operating performance at TNK-BP and to remove a "parallel management structure" in which TNK-BP reports to BP and furthers BP interests at those of the Russians.

> **Business & Economy: Latest Updates ›**
>
> Updated March 10, 2022
>
> - Justice Dept. names director to pursue cases of Covid-19 relief fraud.

- The I.R.S. plans to hire 10,000 workers to clear a tax return backlog.

- The war in Ukraine is likely to slow global growth, the I.M.F. warns.

"The performance of TNK-BP is just awful compared with its peers," Fridman said, giving as examples the shrinking market capitalization of the company and its declining production.

Independent analysts disagree. "We believe TNK-BP Holding's results are strong, confirming its ranking as one of the most efficient oil companies in Russia," said the local brokerage Renaissance Capital in a comment this week on 2007 results.

But BP may have misjudged the shift in political mood at the Kremlin after Medvedev's inauguration in May. Medvedev pledged to end the expansion of state control that characterized the Putin era.

Top executives in London had discussed a possible asset swap with Gazprom involving the Russian partners, but they failed to spot the changing mood in Moscow or fully grasp the dangers faced by TNK-BP, industry insiders say.

Changes have also taken place at the top of BP. John Browne, who brought the company to its present size and masterminded the original TNK-BP deal, left the company and was replaced by Tony Hayward.

Fridman is critical of what he terms BP's "arrogance," and says that problems at TNK-BP arose because BP was trying to cut a deal with Gazprom behind the Russian co-owners' backs because it thought Gazprom was a "sexier" partner.

"They misjudged if they thought that Gazprom would easily push us out of business," Fridman said in an interview. "I said many times to Hayward we are not selling and nobody will push us. It is not the intention of Putin or Medvedev, despite all these rumors."

Hayward has asked Lamar McKay, an executive in the U.S. office known to be a troubleshooter, to run a round of behind-the-scenes diplomacy before a board meeting in Cyprus scheduled for Friday. But he can expect some challenges ahead.

In early June, Hayward met the top Russian official in charge of the oil industry, the former Kremlin deputy chief of staff Igor Sechin, and complained about tactics used by the Russian partners in the TNK-BP venture.

According to two senior executives with knowledge of the meeting, Sechin called in Khan and Piotr Aven, a deputy of Fridman, and gave them a public dressing-down in front of Hayward.

Hayward then flew to the St. Petersburg Economic Forum, the main annual event for foreign investors in Russia, and made some optimistic remarks about BP's future in the country.

On leaving the forum, he was presented with an ultimatum by Fridman demanding that he agree to a sharp reduction in the number of BP employees in the TNK-BP venture and to an increase in representation for Russians on the company board.

Having previously asked Hayward to present a proposal for the Russian owners to convert their TNK-BP stakes into BP shares, Fridman then took the proposal and brandished it in front of the Russian press, allegedly as proof of the British company's arrogance in dealing with Russian partners.

Meanwhile, TNK-BP insiders feel that Hayward was too quick to take the Sechin meeting at face value.

Peter Sutherland, the BP chairman, then publicly attacked the Russian partners, accusing them of corporate raiding tactics and criticizing the Kremlin for not stopping them.

But after Hayward pulled out of a big investment forum in Moscow this month, criticism against him mounted in Russia.

BP's options now seem limited. If the Kremlin sticks to its pledges of not intervening and not taking a state share in TNK-BP, and if the Russian partners refuse to back down, then BP faces potentially endless litigation and fighting in the boardroom, unless it concedes to some of the Russian demands.

Meanwhile, BP seems to be pinning its hopes on a campaign of international pressure to shame the Russian authorities into defending its interests.

"This is a struggle for the future of foreign investment in Russia," said a senior manager at TNK-BP said. "The question is: Will Russia go the same way as Venezuela?"

A version of this article appears in print on in The International Herald Tribune





## MIKHAIL FRIDMAN:
## Background Investigation

**Aug. 2, 2007**

**G068**

8/3/2007

# MIKHAIL FRIDMAN:
# Background Investigation

## Summary

Mikhail Fridman was one of the original Russian oligarchs who robbed the Russian state blind in the 1990s. He also is one of only a handful from the early days who is not dead, exiled or in prison. His friends (few) and enemies (many) describe him as slick, nimble, evolving, patient, calculating, combative, vindictive, and above all, underestimated. Fridman has repeatedly outmaneuvered far more politically and economically powerful rivals to end up on top, crushing his foes in the process. His skilled allies, impeccable business acumen, lack of a temper and utter absence of emotional attachment to his business holdings has made him rich, and will keep him so for a long time to come.

## Basic Background



Mikhail Maratovich (Misha) Fridman was born on April 21, 1964, to a Jewish family in Lviv, Ukraine. Fridman's parents were part of the middle class and belonged to the Communist Party, working as engineers in the defense manufacturing industry. In 1986, Fridman graduated with high honors from the Moscow Institute of Steel and Alloys. He currently serves as the chairman of the board of directors of the Alfa Group Consortium, chairman of the board of directors of Alfa Bank, and chairman of the board of directors of energy firm TNK-BP.

Fridman overwhelmingly prefers to keep a low profile in terms of his business, politics and personal life. That does not, however, translate into a humble life. He has any number of palatial homes across the former Soviet Union, with his Moscow flat alone believed to exceed 12,000 square feet.

Public sightings of Fridman typically occur at one of Moscow's jazz clubs, which he frequents. His more notable hobbies include gun and art collecting, in which he displays a penchant for extremely expensive art, such as pieces by Picasso.

Fridman maintains his own security group for himself and his fellow Alfa executives that in many ways acts like a small police force. Yet despite his wealth and notoriety, he seems to believe that his low profile has ensured his personal safety. Since the turbulent days of the 1990s, Fridman has steadily whittled down his personal entourage, now rarely retaining more than two or three visible bodyguards. His schedule is whimsical enough not to allow time to screen public locations, most often jazz clubs, before his arrival.

This sense of safety does not carry through to his family, however. His wife and two young daughters live in Paris, where he visits them on weekends. This sentiment of protecting his family is carried over into all of his business dealings. (None of his family is employed in his business ventures.)

Like many of Russia's oligarchs, Fridman considers himself a Jew first and a Russian a distant second. In Fridman's case, however, there is definitely a dark streak. He despises Russians and seems to take a perverse pleasure in the part he played in Russia's economic meltdown during the 1990s. He has no moral qualms about defrauding Russians, while his actions indicate that he has few problems defrauding anyone.

© 2007 Strategic Forecasting, Inc.

**G069**

STRATFOR

## Business Ethic

Fridman moves aggressively against any asset he wishes to acquire, but does so out of greed, not ego. He is perfectly willing to abandon without a thought a business track that is not working out, and he has no goal to dominate any particular sector. For example, his goal of building a cellular telecommunications empire is predicated on the ambition of gaining shares in a major global cellular telecommunications firm, not because he seeks a niche or a monopoly for its own sake. If one target proves particularly resistant to his efforts, he will simply move on. He is after the income that the assets provide, not the assets themselves. He acts on greed, not ego or a need for revenge. But if he is angered in the process of an acquisition that is not abandoned, he will be sure that the appropriate people are utterly bankrupted.

In broad terms, Russia's leading businessmen can be divided into two categories: tacticians and strategists. Men like Vladimir Potanin, Roman Abramovich and Boris Berezovsky are part of the first category. The tacticians exploit any advantage they think will benefit them in the short term. They care little about their assets except regarding the amount of money they are able to extract from them now, a mentality often taken as looting in the Russian mind. These are the oligarchs the Putin government has little patience for who have been forced either into exile (Berezovsky) or to kowtow publicly to the Kremlin to keep their corporate empires (Potanin).

Fridman and the strategists are different. Though they often use the same mix of ethically unfettered techniques as the tacticians, and in Fridman's own words are "not angels," the strategists take a longer view. For them, the goal is not short-term maximization, but long-term growth of their assets. This is not because they have any great attachment to their assets or because they believe they have a core competency. It is just that they are able to keep their eyes on a much larger prize. Most strategists want to invest their earnings in their companies so that they can then sell their assets later for a higher price.

Fridman only invests in projects that he believes hold the opportunity for massive gains. Combine that with his lack of a moral compass, and one can easily see why he has proven one of Russia's most successful oligarchs. Few investment targets are beyond the reach of the tactics he is willing to employ, and once acquired, sound management turns his targets into corporate gems.

This mindset of investing is anathema to the tacticians' use-and-abuse strategies, while it is also incongruent with much of recent Russian history. The core concepts of basic investment were at odds with the ideology of the Soviet state. Fridman's business acumen developed as a family affair, from his grandmother specifically. She owned a kitchenware shop in Lviv, Ukraine, where Fridman grew up. Her business advice was simple: "Never have dealings with the Reds." As such, Fridman has sought to remain scrupulously aloof from national political discussions and was among the first Russia oligarchs to seek a meeting of the minds with the Putin administration.

In early 2000, Putin called all the oligarchs to the Kremlin and offered them a deal: Stop stealing, pay your taxes and stay out of politics and the state will leave you alone. Fridman enthusiastically accepted the offer; former Yukos CEO Mikhail Khordokovsky did not. Fridman eventually was able to use state sponsorship to seal his oil firm's (TNK) merger with international supermajor BP in order to create TNK-BP; Khodorkovsky is broke and in prison.



Fridman's desire to maintain a lower profile than the other oligarchs extends into his views of the media. Most of the oligarchs see the media as just another arena in which to compete to shape their corporate empires and slander their opponents. Fridman prefers a quieter approach, and owns no major media outlets aside from a share in a television group that focuses on entertainment programming. This decision appears to have worked to his benefit, as the government has become increasingly controlling of all media during the past five years. Aside from an annual lavish party for new news correspondents in the swanky Moscow suburb of Rublyovka, an effort primarily meant to purchase good public relations, Fridman largely ignores the press.

Business partners describe dealings with Fridman as professional, exacting, corrupt and vile. The problem is not doing business with Fridman, but ensuring at all stages of the business that one's best interests and Fridman's best interests align as closely as possible. If they do not, Fridman will not hesitate to use his power to upend the deal. Besides that very glaring issue, most groups have said he is easy to work with.

Concepts such as honesty and transparency not only are largely lost on Fridman, he purposely shuns them. He has no desire to reveal the inner workings of his assets not simply out of greed or to shield himself from legal scrutiny, but also out of simple fear. As Fridman has noted, the last major company to promote transparency was Yukos, which now has been completely broken up and its assets forcibly reintegrated into state holdings. Such a sentiment is shared widely among Russian oligarchs.

But such fears are hardly the only reason why Fridman and the other oligarchs prefer to keep their companies closed. Oligarchic empires are created by a series of insider connections, rigged privatization auctions, fraud, theft, embezzlement, tax evasion, brutality, bribery and manipulation of the legal system. Fridman is not likely to reveal any misdeeds, nor is there a pressing need for him to do so. Fridman sees no reason publicly to list his Russian assets, preferring instead to maintain full control.

## Retaliation

While Fridman is thought to hold personal grudges against some individuals, such problems do not appear to spill over into the realm of business. In cases in which business partnerships did not develop, Fridman did not appear to take the situation personally, choosing instead to move forward and treat the opposing company as he would any other competitor. And in cases in which a business partnership eventually did arise after initial failure to develop, Fridman also did not appear to hold a grudge against the company, not hesitating to move forward with the business deal when it made financial sense.

The case of British energy firm BP illustrated this pattern. Though BP approached Fridman about a business arrangement when it first sought to enter Russia, the partnership did not develop. There is no indication that Fridman held a grudge against the company, though he did treat BP as he would have any other competition, and he moved forward with his own business plans. Fridman understood that, one way or another, the company eventually would become either a direct competitor because of industry consolidation or a partner. And once the TNK-BP partnership agreement was reached, all was just business.

It is much more dangerous for a firm to be considered a direct competitor to Fridman; in that case, the company involved would need to have a heavyweight protector able to strike a balance so Fridman would not attempt to use the typical tactics he employees against competitors. Specifically, Fridman probably would first try to have the company's domestic assets seized by using his political connections to enforce parts of contradictory laws. Fridman also could create serious legal complications for a company by challenging the



legality of any partnerships, potentially halting all business operations. Furthermore, organized criminal elements could be used to physically intimidate employees and executives, or to cause security problems at competitor facilities, including bomb threats or the detonation of small explosive devices. Such tactics are common in Russia, and often are clandestinely employed by the oligarchs.

## Future Business Plans

Fridman does not view himself as a media mogul, consumer electronics wizard, bank manager or oilman. Instead, he sees himself as an investor. Any good investor is perfectly willing to let a problematic investment go with only a moment's thought, or as he has noted himself, at "the right time, place and price. We [Alfa] are sure that one day we will withdraw from our oil and banking assets and will possibly be investing in other assets."

Fridman thus has no qualms about foreign investors coming in and purchasing Russian assets, and has no opinion about whether such developments are "good for the country." Indeed, he actually expects and desires such a development for personal reasons, and would rather it happen sooner than later. This is a sharp mindset shift from just a few years ago, when he believed foreigners should be barred until after Russian insiders could get a hold of the state's most lucrative assets, and shows his adaptability to the changing political scene. Now that the oligarchs have secured these assets, Fridman will sell anything to anyone for the right price.

Alfa has no qualms about working with foreigners, whether bringing foreigners to Russia, selling foreigners Russian assets or other ventures: It is all business to Fridman. He was among the first oligarchs to recognize that his assets could be made more valuable by bringing in both foreign staff and foreign investors. According to Goldman Sachs, "The Alfa approach to bring in a foreign strategic investor with the ultimate goal of 'welling' a company. Alfa provides the political contacts and capital to some extent. They sort the company out with the help of the foreigners, who provide the expertise, with the goal of selling the company."

Fridman therefore has many foreigners staffing senior positions in many of the firms in his empire. His goals are efficiency, growth and maximizing corporate value in the long term. This does not mean that profit is not a key concern as well, but he has a diverse and complicated array of funds transfers and offshore and onshore tax havens to ensure that he can maximize his income and minimize the government's tax take to make money available for investments or acquisitions as needed.

The key word in all of that is "price," and Fridman does not see the right price coming along for quite some time yet. Fridman believes that it will be a long time before business in Russia even tangentially resembles what Westerners would consider normal no matter what legislation the Duma adopts or what government takes office. As such, the real barrier in his mind is the reluctance of Western investors to enter Russian in a big way. He sees that his large assets will not be sold to other Russians; only foreigners have deep enough pockets to take them. So until the major financial firms see Russia as an opportunity worthy of double-digit billion dollar operations, Fridman has no expectation of shopping around for a purchaser of Alfa.

But this does not mean that Fridman is content to wait until those Western firms' risk tolerances come into sync with Russian realities. He and many other oligarchs are now beginning to send some of their capital abroad, not only for purposes of tax evasion, but to invest in building up new corporate empires beyond Russia that could prove more palatable in the medium term to non-Russian corporations. Put another way, rather than wait for the

STRATFOR

global investment giants to come around, Fridman has started taking his business in directions that will bring certain assets closer to them.

The sector that Fridman has targeted most with this strategy is telecommunications. Within Russia, Altimo -- Alfa's telecom arm -- has already secured a 25 percent stake in MegaFon and a 43.8 percent stake in Vimpelcom, Russia's two largest cellular telecommunications firms. Altimo also has acquired all of the much smaller Reservspetsmet. Abroad, Altimo holds 29.9 percent of Golden Telecom (United States), 43.5 percent of Kyivstar (Ukraine), 13 percent of Turkcell (Turkey), and all of Bakri Uzbekistan Telecom and Uzbek-Malaysian Communication (both Uzbekistan).

Ultimately, Fridman's goal is to swap his global telecommunications assets in exchange for a stake in a global operator such as Telenor or TeliaSonera. This mindset applies to Alfa as well, which he is willing to sell in pieces or as a whole.

The bottom line is that while Fridman certainly engaged in ruthless and legally questionable tactics in the 1990s, and while he certainly endeavors to keep his tax bill as artificially low as possible, and while he continues to engage in operations that most of the developed world considers corrupt at best and flat out illegal at worst, he is now perceived as a sort of paragon of the evolving Russian oligarch. By the standards of Russian oligarchs, he almost comes across as enlightened.

## Alfa Group

Fridman's first business project was related to the theater. Under Soviet rule all theater tickets were expressly reserved for Communist Party members. Absent a direct link to a Party member, the only means of getting access to many Russian cultural events was through some intermediary brave enough to seek out tickets that would not be used, a highly illegal activity in a country where capitalism was the enemy. Fridman filled that role, shifting the tickets from the party members who did not need them to the politically disadvantaged Russians who wanted them. This billionaire thus got his start as a ticket scalper.

When then-Soviet premier Mikhail Gorbachev passed a series of economic reforms relaxing the prohibitions on private business, Fridman and his classmates from the Moscow State Institute of Steel and Alloys started a co-op, arranging for courier delivery of goods and a hodgepodge of other services. In 1988, Fridman set up his own photo cooperative, Alfa Foto, and subsequently ALFA/EKO, a commodities trading firm, which gave him the capital to establish Alfa-Bank in 1991.

Somewhat surprisingly, Alfa lost its first big battle for a piece of the Soviet pie to a used car salesman named Boris Berezovsky, a man who quickly became so powerful from his corporate and political empire that he was once dubbed the godfather of the Kremlin. The Alfa-Berezovsky fight occurred over Soviet oil assets that ultimately were incorporated as Sibneft. Berezovsky later had a falling-out with Putin, and as punishment, Putin arranged for Berezovsky to be stripped of his corporate empire, including Sibneft. Friends say that Fridman still laughs about the end to that affair.

The oligarchs' strategy in the early 1990s followed two paths. First, there were auctions by which the state both planned to privatize the economy and raise money. The oligarchs would meet in secret before the auctions and divvy up assets among themselves. During the auction, only the winner who was pre-selected by the oligarchs would bid, offering only a small fraction of the true value of the asset. The rigged auctions established Russia's first



true oligarchic class, and set the stage for the robber baron kleptocracy, speeding Russia's economic collapse.

In the early days, Alfa was not particularly successful, failing to win nearly as many prized assets as the other major groups that would in time become behemoths such as Millhouse Capital or Menatep. Alfa did, however, gain smaller firms, and from those firms it began to form a proper conglomerate. Most of the early oligarchs were content to run their ill-gained assets into the ground, but Fridman's patience allowed him to take a more conservative approach that resulted in growing the companies' strength. It must be noted that from a Western point of view, Fridman still abused his firms in order to extract wealth. It was all a matter of degree, though. Most of the early oligarchs left their firms utterly depleted and worthless; Fridman was among the first actually to invest in his holdings rather than simply to plunder.

This mindset was not, however, something that should be attributed to Fridman's internal machinations, but instead to his first and -- to this date -- most critical ally, Pyotr Aven. Aven was part of the original batch of idealistic reformers in the early 1990s who believed Russia could quickly and easily transform itself into a Western-style technocratic democracy. He was the minister of foreign trade in the 1991-1992 government of Prime Minister Yegor Gaidar, the first true post-Soviet government of the Russia Federation. Aven was one of the many Soviet/Russian bureaucrats who set the terms of the rigged auctions that created the oligarchs.

After many of Alfa's initial failures, Fridman befriended Aven and brought him in as a partner. (He currently serves as president of Alfa-Bank.) Aven is the brains behind Alfa's strategies and manager of its daily operations, while Fridman serves as both the face of the operation and as the charismatic, canny negotiator who cuts the deals. Aven is the accountant and economist behind the scenes who makes everything work; Fridman the CEO and face of Alfa who provides strategic direction. Aven's immaculately calculated financial policy, caution and thrift when married to Fridman's ambition, greed and farsightedness have enabled Alfa to increase its influence step by step.

Although Fridman dislikes politics, he is no stranger to political intrigue. In 1997, the Yeltsin government appeared certain to collapse in upcoming elections. Polls indicated that the Communists held a 3:1 advantage. Yeltsin's men approached the oligarchs for loans to finance the electoral fight, and all of them complied on one condition: that Yeltsin put up large chunks of the remaining state assets as collateral on the loans.

Those loans, combined with a press terrified of a return of the Communists, resulted in a Yeltsin win, but the terms of the loans, especially the loans made by Alfa-Bank, were such that there was no way the Russian government could repay them on time. The result was a default. Some government assets automatically defaulted to the oligarchs under the terms of the loans, while others were put up for auction to pay off other shortfalls.

The oligarchs repeated strategies used early in the 1990s, divvying up the assets among themselves before the auctions began, driving the prices through the floor. From the wreckage, Alfa-Bank managed to acquire 40 percent of TNK, now the crown jewel in the Alfa empire, for $810 million. Through other maneuverings in the months that followed, Alfa Group became part of a 50-50 partnership in TNK with Access-Renova, another oligarchic holding. Today the firm is conservatively estimated to be worth $8 billion.

STRATFOR

## Alfa-Bank

Alfa-Bank always has served as the backbone of Alfa Group. While other conglomerates spent most of their efforts acquiring production assets, Fridman and Aven focused more on traditional banking as opposed to other oligarchic banks, which were merely used to finance their oligarch owners' respective empires.

This assisted Fridman's rise in two ways. First, Russian firms in the early days completely lacked any concept of good financial management. So throughout the 1990s, firms that had taken out loans from Alfa went bankrupt frequently, especially after the crash of the ruble in 1998. Alfa was able to use the defaulted loans to foreclose on the firms and bring their assets into Alfa Group, thus providing Alfa Group with a steady diet of bankrupt and desperate firms and staff. Some ruthless pruning would typically separate the valuable assets from the chaff, steadily building Alfa Group's asset list.

Second, this strategy required the bank to honor commitments to both creditors and depositors after Russia's 1998 crash, a plan of action that nearly all other oligarchs refused to consider. In order to safeguard their fortunes, the other oligarchs largely allowed their banks to fold. Thus, MOST-Bank, SBS-Agro, Menatep, Inkombank, Uneximbank, Mosbiznesbank and Rossiyskiy Kredit now stand as empty shells from a banking perspective. Alfa-Bank followed a different route. In honoring its debts and credits, Alfa-Bank lost a large sum of money, nearly bankrupting Fridman, but it did more than merely enhance Alfa-Bank's reputation. The move allowed it to emerge as one of Russia's leading private banks, one of the very few with a true nationwide network.

Sustaining Alfa-Bank also made Fridman's empire far more nimble compared to the other major surviving financial-industrial conglomerates that no longer had functioning banking arms. That difference allowed Alfa Group to experience far faster growth for the next decade. Now, Alfa Group ranks one the slickest and nimblest of Russia's three mightiest corporate factions. The other two are Mikhail Prokorov and Vladimir Potanin's Interros and Roman Abramovich's Millhouse Capital. The specific value of any of the three is impossible to determine because of the lack of transparency in all three entities.

Within a few years Fridman probably will emerge as Russia's most powerful oligarch in the financial sense. Differences of opinion between Prokorov and Potanin are prompting the two to split Interros down the middle. Prokorov wants to go international, while Potanin is preparing to sell most of his assets back to the government. Meanwhile, Abramovich largely has cashed out of his Russian investments, and now spends most of his time in London. Fridman is the only one of these major oligarchs who has a healthy, functioning bank and is not jumping ship.

Alfa Group is among the top tier of Russia's largest privately owned financial-industrial conglomerates, with interests in oil and natural gas, commodities trading, commercial and investment banking, insurance, retail trade and telecommunications. And its operations are expanding by the day.

Renaissance Capital, Russia's top portal for Western investment in Russia, considers Alfa the most aggressive conglomerate in Russia, saying "they prefer to use hostile methods to either buy assets, which usually makes acquisitions cheaper, or to sell their existing assets as a premium…. Alfa is pushing outside Russia with typical aggressions, adopting the foot-in-the door style which has served it so well as home."

Alfa Group traditionally follows one of four paths when seeking acquisitions.

© 2007 Strategic Forecasting, Inc.

 STRATFOR

8/3/2007

First, as already noted, government privatization auctions were regularly rigged either by collusion among the oligarchs, directly bribing/threatening government personnel, or both. The most recent major instance in which Alfa participated in such an event was the 2002 privatization of state oil firm Slavneft. Fridman cooperated with Abramovich to split Slavneft for a price well below market value.

Second, Alfa often becomes involved in a legal conflict with an acquisition target. This is a favored tactic of many oligarchs. Oftentimes this involves a firm in which the government distributed shares to workers in the 1990s as part of a privatization scheme. Alfa would purchase a small minority of these shares from financially desperate workers and then would sue to obtain more control. At some point during the process Alfa would send in security personnel (more commonly thought to be armed thugs) to seize control of the operation. With physical control achieved, at such point it was rather simple for Alfa to use additional litigation, typically after bribing the appropriate judges, to turn de facto control into de jure control. Alfa employed this strategy (via TNK) in 1999 when it seized control of Sidanco from BP by having Sidanco declared bankrupt, thus making BP's claim null and void under Russian law.

Third, Alfa-Bank would attempt to grant loans to an acquisition target. After the target became somewhat financially dependent on Alfa-Bank, the conglomerate or its allies would take measures to pressure the target into having trouble paying back its loan. Using a carefully selected court, Alfa-Bank would then foreclose on the asset and seize control. Alternatively, direct attacks against the asset simultaneous to aggressive purchase negotiations often has allowed Alfa to acquire assets for less than normal market value. These attacks can be of a financial, legal or physical nature. This strategy is used primarily for small-scale acquisitions; most large operations are affiliated with an oligarch, and the oligarchs all have their own bank for internal operations.

And fourth, Alfa Group regularly seeks explicit government assistance for its operations. As Fridman's power has grown, he is better able to solicit government personnel to act on his behalf, bringing the full power of the state to bear for his benefit. The ultimate example of this is Fridman's personal appeal to Putin to help arrange the marriage of TNK and the United Kingdom's BP in 2003.

The Russian government largely has stopped sizable privatization auctions, so the first strategy is rarely used now. As Fridman himself has been known to say, "people have to be ready for a fight, though hopefully they can do it in the courts nowadays instead of with guns." Videos show that such statements after typically followed by Friedman's laughter.

The second strategy also has fallen somewhat into disuse within Russia as Fridman/Alfa has become richer and more influential. That is not the case, however, in other former Soviet states where the rule of law is even weaker than it is in Russia, most notably in Ukraine and Kyrgyzstan. In these locations, the second strategy is still a primary means of expanding Alfa Group's corporate reach. Renaissance Capital therefore considers Alfa the most aggressive Russian conglomerate.

The third and fourth strategies are still used regularly. Ever since former Alfa employee Mikhail Fradkov became prime minister in 2004, the fourth strategy has become a most prominent with Alfa as it pre-empts any political blowback from the Russian leadership.

It also is this fourth strategy that makes deals with Alfa relatively positive for foreign investors. Fridman/Alfa not only know how to work the system, they also have the Kremlin connections necessary to circumvent the shortcomings of the Russian legal system and to draw upon state resources to help support and realize international deals. If Alfa is on one's

STRATFOR

side, and one is willing to turn a blind eye to some of their tactics, nearly anything can be achieved in Russia.

But regardless of the specific tactics used, one thread is common: Alfa Group is extraordinarily aggressive in going after what it wants. As a result, it comes in regular conflict with an array of other economic entities.

## Group Assets

Alfa Group's current asset list consists of:

- A 25 percent share in TNK-BP, the country's second-largest private oil company in terms of production and reserves. (This is by far Alfa Group's single-most valuable asset.)
- Full ownership of Alfa-Bank, the second-most valuable asset in the Fridman empire. Alfa-Bank serves as the nexus for most of Alfa Group's operations both in Russia and internationally. Its rather hazy and corrupt operating guidelines landed it on the European Bank for Reconstruction and Development's black list in 1999 (where it remains).
- Full ownership of Alfa-Bank Ukraine, the central point for all of Alfa Group's Ukrainian operations and a growing asset (as a bank) in its own right.
- Full ownership of Alfa Capital, a direct investment fund often used for hostile takeovers.
- Full ownership of the X5 food retail conglomerate, which has been expanding aggressively in the vein of the strategies noted above. This holding includes an 80.41 percent holding in the Pyaterochka/Perekryostok trading house and retail chain.
- Full ownership of Bank Esparto, the fifth-largest Russian bank and the first private bank of Russia. In 1999, Bank Esparto created subsidiary companies in 10 areas of Russia. It thus created the second banking network, behind Sberbank. Esparto's holdings are all registered in Gibraltar and Luxembourg, making it Alfa Group's favorite tool for tax minimization. Alfa Group uses Esparto Bank Holding and Esparto Finances Holding to shift capital out of country, and hence beyond Kremlin reach.
- Full ownership of Crown Resources, a Swiss-based trading company specializing in the sale of Russian oil and petroleum products -- and increasingly aluminum -- to Western Europe. Crown manages most of the trade of Group Esparto and its own subsidiary, Crown Trade and Finance (based in the British Virgin Islands). Officially, however, Crown Resources runs nearly all of its finances and revenues through ERC Trading, a shell company, in order to minimize formal links to Alfa Group's primarily tax evasion asset, Group Esparto.
- Full ownership of Alfa Capital Markets, an Alfa Group subsidiary that essentially has served as a money laundering and fraud vehicle that uses the United States in an attempt to round-trip capital back to Russia for use in defrauding and ultimately seizing control of the Russian cellular market. IPOC International Growth Fund launched federal racketeering lawsuits in 2006 against this subsidiary and its U.S. manager, Leonid Rozhetskin, in the U.S. District Court for the Southern District of New York.
- Full ownership of Capital Resources, a firm that specializes in the export of petroleum products such as gasoline, heating oil and crude oil, as well as aluminum.
- Full ownership of The Great Circle Fund, an emerging markets private equity fund that seeks leveraged buyout and expansion capital opportunities within the global transportation network. The fund's primary geographic focus is the countries of the former Soviet Union, Southeastern Europe and Turkey. It is formally registered in Connecticut to minimize Kremlin interference in its operations.

© 2007 Strategic Forecasting, Inc.



- o Via the Great Circle Fund, Alfa-Bank holds an undetermined (but sizable) stake in Russian Logistic Service, a network of regional logistics companies in 20 cities in Russia and Kazakhstan that provides a full range of services, including freight forwarding by truck, rail, air and sea; consolidated cargo services; and storage and handling of cargo at 11 company-operated warehouses located in Moscow, St. Petersburg, Novosibirsk, Samara, Ekaterinburg, Krasnodar, Vladivostok and Khabarovsk. This link is responsible for supporting much of Alfa Group's retail operations.
- 50 percent ownership of Patriot Capital. This is a new firm formed by Alfa-Bank and Russian state arms exporter Rosoboronexport to drum up investment for the defense industry as well as to see to the financial and operational management of certain public assets in a sector undergoing a radical shake-up.
- Full ownership of A1, an affiliate in the vodka industry.
  - o 50 percent ownership of Smirnov Trading House with Diageo (which owns Smirnoff and Captain Morgan). A1's Smirnov is the Russian version of Piotr Smirnov's Smirnoff vodka.
  - o Full ownership of Russian Technologies, one of Russia's first venture capital funds focusing on high-tech investments, such as in the fields of nanotechnology and biotechnology. This firm holds a 40 percent stake in Ukrainian High Technologies, which is quickly becoming one of Ukraine's largest broadband providers.
- Full ownership of Alfa Estate, Alfa Group's real estate arm.
- Full ownership of Alfa Cement, which controls 25 percent of Russia's cement market.
- A 25 percent stake in CTC Media, a television entertainment firm. The company broadcasts entertainment programming through its CTC Network, Domashny Network, and 25 owned-and-operated TV stations. CTC Network is one of the top national broadcasters in Russia, with an audience of around 100 million viewers. It broadcasts through more than 300 affiliate stations and cable outlets. Domashny Network targets a mostly female audience; more than 85 percent of its programming consists of Russian-produced films and TV shows.

PricewaterhouseCoopers handles most of Alfa's accounting needs when an international accountancy firm is needed. Alfa Group is among PricewaterhouseCoopers' biggest Russian clients.

## Allies and Confidants

As discussed above, by far Fridman's closest friend, true confidant and most valued business associate is Pyotr Aven. After his brief stint in Russia's first post-Soviet government, Fridman recruited Aven to head up Alfa-Bank; he is currently president of that institution. Aven is the brains behind Alfa's strategies and manager of its daily operations, while Fridman serves as the operation's face and as the canny, charismatic, though not necessarily likeable negotiator who cuts the deals.

Aven is also Alfa's link to much of the rest of Russia. While Fridman's personal connections should never be discounted, it is Aven who counts Putin as a friend. Their links go back to business agreements between his ministry post and Putin's bureau in St. Petersburg in 1992. Aven also is a close associate of presidential aid and adviser Igor Sechin. Aven personally advises state oil firm Rosneft (via Sechin) regarding what business strategies Rosneft should take, and is one of the reasons Rosneft continually outmaneuvers Gazprom despite Gazprom's ostensibly greater size and power.

Aven is not, however, clean. He is involved to the hilt in all of Fridman's business dealings, and as operational manager likely has more knowledge of any questionable or outright



8/3/2007

illegal activities than Fridman himself. The Russian corruption task force of the U.S. District Court for the District of Columbia has marked him as a player in various corrupt activities, including drug trafficking.

Through Aven's links to Putin, Fridman also has accessed another critical ally: Prime Minister Mikhail Fradkov. Fradkov, a former Alfa employee, owes allegiance to Aven. He was installed in his present post in part because of Putin's approval of the TNK-BP tie-up. (Putin long has sought to increase foreign investment in Russia.)

German Khan is the second of the "Big Three" who founded Alfa. An old college friend of Fridman's from their days at the Moscow State Institute of Steel and Alloys, he is the executive director of TNK. Khan was instrumental in the takeover of Yugraneft from Canadian firm Norex and explicitly threatened and offered bribes to Norex CEO Alex Rotzang and Yugraneft's general director, Lyudmila Kondrashina.

Khan also sits on the boards of directors of Alfa Finance Holdings and Slavneft, a state oil firm that Alfa Group acquired a 50 percent stake of in a rigged auction in 2002. A native of Kiev, Khan is very active in the negotiations between Russia and Ukraine on energy supplies. Khan despises Ukrainian politician Yulia Timoshenko for both business and personal reasons and refuses to work with her when he is in Ukraine. Khan also is extraordinarily close to Alexei Miller, the CEO of state energy giant Gazprom, Russia's largest firm. The two of them regularly travel on "Gazprom" business, and their rapport suggests Khan is working to ensure TNK ultimately ends up on Gazprom's balance sheets, but in a way that Alfa Group gains sizable payment. Khan loves hunting, and like Fridman, maintains a large collection of sporting guns as well as expensive art.

Alexei Kuzmichev is the final person Fridman considers both a business partner and a friend. He is the final of the "Big Three" Alfa founders, and he, too, met Fridman in college. He chairs the board of directors of Alfa-Eco, personally heads Russian Technologies and headed Crown Resources until the oil tanker Prestige disaster in 2002. Kuzmichev lives in the United Kingdom. Of the entire Alfa team, he is most involved in the daily business of laundering the group's money through international shell companies.

These three individuals, most notably Aven, are the only ones privy to Fridman's thoughts and plans. Others are viewed as little more than resources to be exploited.

## Lieutenants

Stratfor was unable to determine what high-level figures in Fridman's organization think of their boss from a personal or professional viewpoint. The staff's record does highlight an important detail, however. Unlike most Russian oligarchs' empires, Fridman's staff has a very low turnover. Most mid- to high-level associates have been with Fridman since before the 1998 financial crisis, suggesting a healthy respect for their employer.

The following men are the technocrats who have handled many of the details of Fridman's operations for years. They are trusted as subordinates, but none are friends or confidants of Fridman, who considers them all talented but disposable.

- Andrei Kazmin -- chairman of Alfa-Bank and Sberbank
- Oleg Sysuyev -- first deputy board chairman of Alfa-Bank, belonged to Committee 2008: Free Choice (a group of liberal politicians and activists critical of Putin) and has criticized Putin in interviews

© 2007 Strategic Forecasting, Inc.



8/3/2007

- Chris Weafer -- close adviser to Fridman and Alfa-Bank's chief strategist; wrote Alfa's report stating that Putin should remain in office past 2008, paired on Vedomosti's front page against Renaissance Capital's opposite stance on the matter
- Mikhail Sarafanov -- former deputy minister for international economic relations and current head of International Investment Bank, which owns the headquarters of Alfa-Bank in Moscow
- Mikhail Grishin -- head of the legal department of Alfa-Bank

## Business Associates (Not Friends or Confidants)

- Viktor Vekselberg is a longtime associate of Fridman. He heads Renova Group, a holding company that has partnered with Alfa on many occasions, most notably on the TNK-BP and Sual ventures. Vekselberg and Fridman are not friends or confidants, and they have been steadily splitting their interests after a decade of cooperation because many of Vekselberg's recent decisions have earned him new enemies, and Fridman feels he has enemies enough.
- Len Blavatnik, who heads Access Industries, holds substantial shares in Sual, Svyazinvest telecommunications group, and TNK-BP (all independently of Alfa Group). He became involved in the scandal between Alfa and Telekominvest, but when Fridman asked him to not support his new friends in Telekominvest, he pulled back. In 2005, Blavatnik's Access Industries planned on forming a joint venture with Telekominvest because it needed Telekominvest's clout to help it reach for a third telecom asset, Svyazinvest. But Alfa was just getting embroiled in a scandal with Telekominvest over Megafon. Following a meeting between Blavatnik and Fridman, Access Industries withdrew its bid, reportedly bowing to Fridman's "persuasion."
- Hans Bodmer, a Swiss lawyer who assisted Leonid Rozhetskin and Fridman with the Sonic Duo/Megafon acquisitions. He has pled guilty to criminal conspiracy to launder money in the United States and South Korea in connection to a scheme to bribe foreign leaders, specifically in Azerbaijan, along with Czech financier Victor Kozeny.
- Norbert Seeger is a key Alfa lawyer who enjoys excellent relations with, and does business for, the royal family of Lichtenstein. It is assumed, though not proven, that he provdes ample advice on the subject of legal cover for Alfa Group's tax evasion and money-laundering operations.

## Fridman's Entourage Outside Alfa

- Igor Pushkaryov is a close personal friend of Fridman, and Russia's construction industries' strongman in the Far East. He is a member of the Federation Council's (upper house) Budget Committee.
- Boris Nemtsov is personal adviser to Ukrainian President Viktor Yushchenko. Nemtsov was recently seen yachting with Fridman in the port of Viareggio, Italy. The two have been known to collude on the issue of Ukraine's mobile telephone market, a big target for Alfa Group.
- Vladimir Gusinsky is a former Russian oligarch/media tycoon who fled Russia after a falling out with Putin. He now lives in Israel and serves with Fridman on the Jewish Congress of Russia, one of the few NGOs Gusinsky actually has a real interest in.
- Vladimir Solovyov is a leading pro-government TV journalist and longtime friend of Fridman. Solovyov first met Fridman in college at the Moscow State Institute of Steel and Alloys in 1982.
- Marc Rich has long had ties to Fridman and Alfa Group. In 2001, Rich nearly sold his company to the Alfa division Crown Resources (now renamed ERC Trading). During the U.N. oil-for-food program in Iraq, both Rich and David Bay Chalmers of Bayoil bought oil from Alfa (via TNK and Onako) that had in turn been purchased from Iraq.

 STRATFOR

8/3/2007

U.S. investigators assert that Alfa paid illegal surcharges to the Saddam Hussein government.
- Czech-born Victor Kozeny holds Irish citizenship, but currently is in the Bahamas attempting to avoid extradition to the United States. New charges are being brought against him by Omega Advisors, which says Kozeny forced it to pay more than $500,000 to bribe the Azerbaijani government. Kozeny's Azerbaijani scam co-conspirator, Bodmer, helped set up Liechtenstein trusts for Azerbaijani officials, including then-president Heydar Alieyev's daughter, Sevil Aliyeva, and son, now-President Ilham Aliyev. Kozeny is a onetime ally of the Bush administration. Kozeny is accused of funneling money into Bush's first election campaign in order to keep him close to U.S. deals with Azerbaijan and during Bush's second campaign to prevent his extradition. He also allegedly participated in an Alfa scheme to defraud U.S. investors and companies. He is supposedly being extradited form the Bahamas to the United States to face charges of criminal conspiracy to launder money and conspiracy to violate the U.S. Foreign Corrupt Practices Act in connection with a scheme to bribe foreign leaders. He also faces international extradition warrants from the Czech Republic. The media often calls him "the pirate of Prague" and he was at one time Czech Republic's richest man. He is considered to have run some of the greatest post-Communist Czech scams in the early 1990s. In his Czech scam, Kozeny founded one of the Czech Republic's most successful mutual funds, named Harvard Capital Consulting (after the Ivy League school that he attended, but did not graduate from). Harvard Capital Consulting began running TV reruns on Czech television of "Dallas," giving the Czech public glimpses of what wealth could be like. The public had been completely disinterested in the Czech state's attempts at "coupon privatization" in which the state handed over vouchers to the public in trade for shares in companies. But once the reruns began, thousands were handing over their vouchers or coupon books to Harvard, which promised a 1,000 percent rate of return on investment. Harvard used those vouchers and coupons to purchase shares in a number of companies, strip the assets and then transfer the money to his offshore tax havens, mostly in the Bahamas. At one point, Kozeny owned one-third of the Czech economy. In his Azeribaijani scam, Kozeny tried to conduct a similar transaction. Kozeny used his connections to Chechen mobsters (who were familiar with the current Azerbaijani high-ranking officials) to gain an introduction to Ilham Aliyev. Kozeny offered his services beginning in 1994 to the government, which was considering privatizing its state-run oil company. U.S. investors gave Kozeny approximately $182 million, but when the Azerbaijani government changed its mind, Kozeny did not return the money. Instead, he put into his tax haven in the Bahamas. The largest investor defrauding in this scam was the New York hedge fund Omega Advisors. Kozeny faces 25 years in prison in the United States and similar time in the Czech Republic. He has lived with his wife and mother in the Bahamas since 1993. He was expected to be extradited to U.S. authorities in June 2005. He was taken again into custody in the Bahamas in 2006 in order be transferred to the United States, but was freed in 2007 "after paying a $300,000 bail." To say the least, the United States is furious, but he has not been handed over yet.
- Leonid Rozhetskin is a U.S. citizen who stands accused of bribing officials from U.S.-based firm Diligence to steal IPOC property in Bermuda on behalf of Fridman's M.C. Enterprise.
- Sergei Shatalov is a deputy Russian finance minister. Shatalov helped Fridman drastically reduce a recent back-tax bill from $158 million to just $17.6 million.
- Mikhail Bezeliansky is a discreet and little-known but influential businessman. He is active in Moscow's retail business through the firms Hypercenter and Mosmart, which he manages and partly owns with another former Alfa executive, Andrey Shelukhin. Bezeliansky's personal fortune is estimated at around $100 million. He was an early associate of Fridman. The two met in college in 1983, and Bezeliansky held several



8/3/2007

executive positions in the Alfa Group in the 1990s. From 1995 to 1998, he and German Khan co-chaired an affiliate of the Alfa Group that specialized in trading metals and oil. Since then, Bezeliansky has turned his attention to the retail business in Moscow (with associates who had worked with Carrefour in France and Poland), using handsome loans from Sberbank whose boss, Andrei Kazmin, is a close friend. Bezeliansky also runs the Bumizdelye firm, which holds 15 percent of the Russian market for paper and cardboard. He took control of it in 2003 under conditions described as somewhat muscular, and until last August he was the biggest shareholder in Jirkombinat in Moscow, the federation's leading producer of fat.

## The Kremlin

At present the Kremlin is not overly worried about Alfa/Fridman's ever-growing economic clout. Unlike many of the oligarchic groups Aven's predilection for investment and Fridman's talent at courting foreigners mesh nicely with Putin's goals of developing and internationalizing Russia. Add in that the Alfa team seems to have no political aspirations, and the Putin team seems willing to overlook Fridman/Aven indiscretions that are part and parcel of oligarchic life in Russia. In the Kremlin's view, Fridman and Aven are both thieves and liars, but they are among the more respectful and constructive of the bunch. Aven in particular goes to great lengths to ensure the Alfa Group in general and Fridman in particular do not step on the Kremlin's toes.

In order to discuss Fridman/Alfa's direct relations with the Kremlin, an overview is required of the power players who truly matter behind the Kremlin wall. First and foremost is Putin, who shares no personal or professional connection with Fridman. As noted before, however, Aven and Putin consider each other close friends and even confidants. While this relationship is obviously critical, it is the second-most important as regards Alfa-Kremlin relations. Russia is preparing for a leadership transition, with the next presidential elections scheduled for March 2008, thus making a different personality more important than even the president.

The two leading candidates -- which is to say, the two men that Putin is choosing between to be his successor -- are First Deputy Prime Minister's Sergei Ivanov and Dmitri Medvedev. Neither Fridman nor Aven are particularly close to either, but ironically, these are not the two people to watch.

The two men who are the powers behind Ivanov and Medvedev -- and to a great degree behind Putin himself -- are Igor Sechin and Vladislav Surkov. Surkov is by far the more powerful of the two, serving as Putin's right-hand man and the deputy head of the presidential administration. Currently, Surkov works more directly with Medvedev, but Putin has let it be known that should Ivanov be selected as president that Surkov will change sides and be the power behind the Ivanov throne.

Surkov is a bizarre personality -- quiet, reserved and completely and utterly amoral. Were it not for his determination to climb to the top of Russia's political heap, he undoubtedly would have become one of Russia's most powerful oligarchs. Half Jewish and half Chechen (his original name, changed years ago, was Islambec) Surkov has worked for the now-deceased Chechen President Dzhokhar Dudayev, the now-exiled Boris Berezovsky, and the now-imprisoned Mikhail Khodorkovsky. Surkov's actions were the critical, precipitating events that lead to the exile, imprisonment and death of these three.

Of all Russians not to trifle with, Surkov should always be at the top of the list. He is utterly ruthless and extraordinarily and pathologically opportunistic. He does not merely outmaneuver his opponents, he ensures their destruction; he will sacrifice anyone to move



**G082**

up the ladder. The only jobs he is not interested in are the presidency and the premiership; he fully realizes that his ethnic background makes such positions impossible in extremely anti-Semitic and anti-Chechen Russia.

## Fridman's Relations with the Kremlin

Fridman's relationship with Vladislav Surkov has been on-again, off-again ever since the two attended the Moscow State Institute of Steel and Alloys in 1982. In the early 1990s Surkov served for a time as the deputy chairman of Alfa-Bank, ultimately betraying Fridman in order to advance himself. Surkov already had befriended Putin during his first presidency and was going to be made head of Transnefteprodukt in trade for providing negative information about Fridman. But instead of getting Transnefteprodukt, Surkov was pulled away to run Putin's election campaign, leading him to become Putin's chief adviser soon afterward.

Fridman counts himself lucky that Surkov did not arrange for him to be exiled, arrested or killed. Surkov chose not to "throw Fridman under the bus" as he did many of his other employers, but he certainly sacrificed much of Fridman's operation in order to solidify his current position next to the Russian president.

Since Surkov's ascendance to the very center of Putin's inner circle, Fridman and Aven both have lobbied Surkov extensively to re-ignite their past associations, and with some success. But the relationship should not be thought of as collegial or friendly. It is much simpler: Surkov tells Fridman precisely what he needs to do to stay off of the Kremlin's hit list or to secure Kremlin assistance in a business battle, and Fridman complies completely.

From this "association" Patriot Capital was born under the aegis of Alfa Group to facilitate investment in the Russian defense sector. The sector is going through a radical shakeout led on the industrial side by Sergei Chemezov and his state firm, Rosoboronexport. The company has been greatly diversifying recently, and is now involved in building cars (under AvtoVAZ), producing titanium (under VSMPO-Avisma) and making drilling systems (Motovilikhinskye Zavody), and is intending to enter the warship construction and military electronics business. The company also is transforming into a larger state corporation called "Russian Technologies" that will be run by Chemezov but overseen by First Deputy Prime Minister Sergei Ivanov.

Rosoboronexport is known for its lack of management skills, which is only increasing as the company grows. This is where Alfa is stepping in. Alfa's role not only will be to drum up investment for Russia's defense industry, but also to oversee the financial and operational management of certain assets in the defense sector while Rosoboronexport undergoes its shakeout.

The alliance stunned many, since Fridman and Chemezov seemed to be coming from different worlds. Fridman made his name as one of the original oligarchs, taking assets from the state, while Chemezov is seen as a "new oligarch" serving to return the assets seized by the old oligarchs to the state. Chemezov has known Putin personally since their time together with the KGB in the late 1980s serving in East Germany. Chemezov is now one of the leaders in the United Russia party, and is solidifying his place as one of Putin's top wheeler-dealers. Surkov personally arranged for the Chemezov-Fridman tie-up. Fridman jumped at the opportunity, knowing that having both Surkov and Chemezov on his side was safest for him and Alfa. Surkov also is pushing another of his loyalists, Igor Zavyalov, as the new boss of Patriot Capital. Zavyalov served as vice president of one of Gazprom's pocket banks, Vneshtorgbank.



Alfa Group offers heavy financial support for the Nashi (Ours!) youth political organization. Nashi is one of the Kremlin's newest political tools to ensure nationwide political loyalty, and clearly represents a reaction to Ukraine's 2004 Orange Revolution in 2004, in which youth movements were a strong driver. Financial backing for the Nashi is one of the many ways in which the oligarchs, including Fridman, "pay homage" to the Kremlin sentiments.

The Nashi movement today is ultranationalist, standing against what they call fascism, which in Russian politics is an emotionally powerful and eminently flexible term. The Nashi stand against what they see as the growing Western influence within Russia, protesting Western media and businesses alike. The Nashi were responsible for the large protests against Estonia in May during which the ambassadors to Sweden and Estonia were attacked.

The Nashi movement enjoys strong though unofficial backing by Putin and his associates. Surkov has been taking an active hand in shaping the group's organization and ideology since 2005, modeling it in part after the now-defunct Soviet youth movements of the Cold War era. Many of Alfa's charitable organizations and "donations" also come in direct response to Surkov's diktats.

But the biggest sacrifice Surkov has ordered, which should become manifest during the course of the next year, is surrendering TNK to the government. When the TNK-BP tie-up was agreed to in 2003, one of the conditions was that neither party would be allowed to sell its shares for a period of five years. That restriction expires at the end of 2008, and Surkov has made it clear to Fridman that he has earned enough profit from TNK and the time is approaching for the oil firm to be surrendered to government control, specifically to Gazprom.

Putin appreciated Fridman's efforts to link Russian oil into the British economy via the TNK-BP deal, and partially as a reward, Putin appointed Mikhail Fradkov as his prime minister in 2004. In Surkov's mind, Fridman has profited enough from this arrangement, so Fridman will not be continuing in a major government role once Putin transfers power to his as-yet-unchosen successor.

The final Kremlin power broker of note is Igor Sechin, Surkov's nemesis and competitor for Putin's attention as the presidential administration's other deputy head. Sechin's background in the intelligence services makes him a far more opaque individual to pick apart, and Stratfor's attempts to date have met with few conclusive results. What we do know is that every time Surkov and Sechin have clashed in a serious way, Sechin has managed to outmaneuver his rival.

Just as Surkov is heavily involved in Gazprom, Sechin's fate is intertwined with Rosneft, Gazprom's competing state energy giant. Unlike relations between Alfa and Surkov, which are best described as servile, Sechin is a very close personal friend of Pyotr Aven and could even be considered a protector (of Aven, not Fridman). Sechin often has asked Aven to advise him about Rosneft business operations, and that advice is undoubtedly responsible for much of Rosneft's success vis-à-vis the much larger Gazprom.

Fridman is extremely concerned about the nature of his dependence upon and vulnerability to Surkov, but knows that submission is by far the safest choice for now. Fridman knows how to play the game and knows that for now it involves Surkov. In time Fridman and Aven certainly hope that Sechin ultimately overpowers and deposes Surkov as Putin's favorite, but they know better than to do anything that Surkov might perceive as a threat.



This managing of Surkov is merely the most recent manifestation of what ultimately has proven to be Fridman's most important characteristic: his adaptability.

By continually moving and morphing to the current political situation in Russia, Fridman has ensured his fortune and his life. On a number of occasions this has forced him to change his business philosophy, industrial exposure, negotiation tactics, staff and even friends. This malleability has empowered him to use Alfa to create, build and manage not just one of the most powerful and effective financial-industrial conglomerates in Russia, but also the country's most sophisticated and effective political lobbies.

This is in no way to insinuate that Fridman does not live day to day walking a very fine line. The Duma's International Affairs Committee often has examined the impact Alfa's behavior is having on Russia's international reputation. Duma committee reports regularly note that the "foreign economic activities of Alfa Group are accumulating a critical mass of problems which are dangerous to the reputation of Russian business and whole economy of the country."

The Duma is a fully owned and operated tool of the Kremlin, so Fridman need not worry about the Duma causing problems unless the Kremlin wills it to be so. But it must never be forgotten that Fridman's position, similar to the position of any businessman in Russia, is wholly dependent upon the whim of the Kremlin. Throughout the 1990s and in many ways still today, the Russian legal code is contradictory, sometimes intentionally so. Such contradictions make it literally impossible to carry on with business in the country without breaking at least some of the rules. That alone gives the Kremlin ample leverage to challenge any businessman at anytime under legal pretexts.

All security forces in Russia are controlled by the Kremlin, so long as Fridman is able to meet the minimum threshold of loyalty in order to keep the Kremlin happy, he will not face any problems from police, military, internal security or intelligence organs of the state.

## The Future Kremlin & Fridman

Fridman has done remarkably well at maintaining his low profile (relative to his wealth), but as his power has grown this has truly become possible only by maintaining close, friendly links to the Kremlin. Unfortunately for Fridman and anyone associated with him, the Kremlin is about to undergo a changing of the guard.

In March 2008 popular elections will rubber-stamp Putin's chosen successor, be that Dmitri Medvedev or Sergei Ivanov. Neither Fridman nor Aven have particularly close ties to either potential candidate, and business associates note that both are positive that Mikhail Fradkov's time in the premiership will end with the Putin presidency.

This does not mean that Alfa will be on the outs: Fridman still has his relationship with Medvedev's power broker (Surkov) and Aven remains close to Ivanov's power broker (Sechin), but there is a war brewing within the Kremlin. Surkov and Sechin hate each other and the two have been sparring indirectly, over the future direction of Russian policy and the future control of the state itself. Putin has been attempting to balance the two, but Putin himself will soon be stepping down. (Note: We do not see Putin retiring completely from public life, but his profile and influence certainly will diminish.)

Once the government transfer is completed, Stratfor expects Surkov and Sechin to begin an open battle for dominance, a battle in which every tool and ally that they can call upon will be brought into play.

© 2007 Strategic Forecasting, Inc.



The danger to Fridman is not so much that he will lose Fradkov's position or that the new order will be substantially more hostile to him and his interests; it is simply that the order is changing and that brings unpredictability. Surkov certainly thinks of Fridman as a despicable man who eventually will be laid low, albeit a despicable man who has his uses. Surkov sees Fridman as he sees Fradkov: as being disposable.

For Fridman and Alfa to thrive under the new government it will need to seek the individual who wins the power struggle and negotiate a new set of terms. This will be a benefit to anyone seeking to do business with Fridman; this is a skill set that he and Aven have perfected.

## Violence & Fridman

There are few public incidents for which conclusive evidence links Fridman directly to ordering violent action, but that is similar to the records of all of the current Russian oligarchs. All of the current oligarchs are skilled at using intermediaries and fronts to provide a veneer of businesslike legitimacy to make illegal activities appear to be the work of others.

In Fridman's case, the use of violence can be broken into three broad categories. The first is the empowerment of political violence in the hands of the state. Fridman is a large financial supporter of the Nashi youth organization, according to two leaders of the movement that Stratfor spoke with. At present it is unclear whether Fridman can leverage his financial support into calling on Nashi to take action for him, but for now Fridman is at least indirectly responsible for the rising power of that organization.

Second, Fridman is closely tied into the Muscovite Solntsevo (Solsnetskaya) Organization, one of Russia's largest and most powerful organized crime associations, via funding from Alfa. Solsnetskaya is a confederation of a half-dozen criminal groups often accused of drug-running, racketeering, money laundering and bribery. The organization is led by Sergei Mikhailov, widely considered to be one of the most dangerous and notorious gangsters in Russia.

Russian media have frequently tied many oligarchs to the Solsnetskaya organization, though a Russian prosecutor Stratfor spoke with said the evidence that Fridman and Aven are involved with the group has been officially removed from all records. Fridman and Aven have been involved with this organization since the beginning of the 1990s, when they used it for protection. As Alfa became more successful, they turned from customers to partners, and now they are in business with Solsnetskaya. Aven is believed to be heavily involved specifically in applying his business regimen to Solsnetskaya's global drug trade. Aven's direct involvement in the drug trade also has been documented in filings made in U.S. federal court. Specifically, Alfa Group is now involved in transporting drugs from Southeast Asia through Russia into Europe, laundering money of Colombian drug cartels, and bribing organs of justice in Russia in order to keep the entire operation below law enforcement's radar.

Despite Fridman's officially "clean" record so far as violence is concerned, he is believed to be at least partially responsible for many of the assassinations that plague Russian society, particularly regarding journalists. (Allegedly, such tactics are a large part of why Fridman enjoys such a clean record.) Two cases in point include the assassination of Ukrainian journalist Georgi Gongadze in Ukraine in 2000 and the 2004 murder of U.S. journalist Paul Klebnikov in Moscow. Fridman's involvement in the two murders has been alluded to by several media publications, including Radio Free Europe and Johnson's List, while also



partially corroborated by journalists and Ukrainian politicians Stratfor spoke with while preparing this report.

Gongadze was believed to be investigating links between Fridman (via Alfa Group) and Ukrainian Parliamentary Chief Oleksandr Moroz when he was killed. Supposedly, Moroz had promised Alfa many lucrative energy projects should he be elected president of Ukraine. (His bid ultimately failed.) According to witness testimony in the case, Alfa hired the local Izmailovskaya organized crime gang to murder and decapitate Gongadze in order to silence his investigations.

Klebnikov was a reporter for the Russian edition of Forbes and was investigating a number of activities of the Alfa Group when he was killed. An official within Putin's inner circle told Stratfor that before his death, Klebnikov was investigating Alfa's activities regarding IPOC, Megafon and Azerbaijani oil.

STRATFOR

8/3/2007

## Appendix: Enemies & Investigations

There are very few important people in Russia who actually profess to like Mikhail Fridman, similar to other oligarchs. Once this fact is taken into account, he has surprisingly few enemies. This document outlines major investigations of Alfa Group and Fridman, as well as details about whom Stratfor considers to be the oligarch's chief foes.

**Foes**

- Fridman's most vocal critic is Russian Technology and Communications Minister Leonid Reiman, who began openly calling himself Alfa's biggest enemy after Alfa used questionable methods to obtain a 25 percent stake in MegaFon, Reiman's cellular telecommunications firm.
- Vladimir Yevtushenkov is the oligarch in charge of Sistema. Yevtushenkov is close to Moscow Mayor Yuri Lujkov. Yevtushenkov and Fridman have a rocky relationship, since Alfa and Sistema regularly go after the same assets, especially in the telecom sector.
- Jeffrey Galmond is the Danish lawyer who is leading the legal fight for the IPOC International Growth Fund against Alfa.
- Telenor's Russian representative Goran Olsen and the Norwegian government can be counted among Fridman's foes due to their dispute with Fridman over the management and ownership of telecommunications firm VimpelCom. The Norwegian government has said publicly that it was a mistake to do business with a corrupt firm like Alfa.
- Vladimir Potanin is a committed foe as a result of the Sidanco scandal.
- Exiled Russian oligarch Boris Berezovsky has a number of disputes with Fridman.

## 1) Telecominvest vs. Alfa over MegaFon

Telecominvest is a core asset of the St. Petersburg clan of Kremlin powerbrokers. Leonid Reiman, a businessman close to Russian President Vladimir Putin and his wife, Ludmilla, was the boss of Telecominvest before being named telecommunications minister in the first Putin administration, a position he holds today.

Telecominvest owns shares of mobile telephone operator MegaFon, alongside Sweden's TeliaSonera. When Alfa purchased a packet of shares of MegaFon itself, Reiman and Alfa/Fridman came into conflict and now Reiman is probably Fridman's most vocal opponent.

A legal battle is now raging between Reiman and Fridman concerning the shareholder structure of Telecominvest. Alfa/Fridman accuses the Reiman of holding shares in the telephone company, as well as in its mobile telephone unit, of which Alfa itself reportedly bought 25 percent through offshore companies. (Another offshore fund reportedly linked to Reiman is fighting for that stake.)

The screws are also being tightened on the man at the core of the affair, Leonid Rozhetskin, a 38-year-old born in Leningrad to a Russian family that immigrated to the United States in 1979. In the wake of a lot of complicated operations involving offshore firms in Bermuda, the Virgin Islands and Panama, Rozhetskin is said to have sold 25 percent stakes in MegaFon twice over: once to an offshore firm in Bermuda named IPOC (to the alleged benefit of Reiman, which Reiman categorically denies) and once to Alfa Group, which controls another mobile phone company, VimpelCom. The maneuver, which reportedly involved nearly $300 million, triggered the ire of the St. Petersburg clan, particularly Reiman.

© 2007 Strategic Forecasting, Inc.

 STRATFOR

8/3/2007

Rozhetskin has been under investigation since December 2006 for fraud. But that did not prevent him from continuing his career with the Norilsk Nickel group, of which he remained vice president until January. Rozhetskin is currently under the protection of Vladimir Potanin, another oligarch.

The affair is political from a number of standpoints. Foreign investors operating in Russia are keeping a close eye on it because a Scandinavian group, TeliaSonera, holds a 36.5 percent stake in MegaFon, which boasts 15 million subscribers. TeliaSonera would like to float MegaFon on the stock exchange but cannot do so until the conflict is resolved.

TeliaSonera and Telecominvest are putting the squeeze on Fridman to give up his 25 percent stake in MegaFon, so far without success as Fridman believes that cellular telecommunications are to be his corporate future. Fridman already escaped the first salvo fired at him in December 2006, when the tax authorities demanded he pay $158 million in back taxes, a sum reduced to $17 million after some extremely hard bargaining.

The case in the U.S. courts, based on claims under the Racketeer Influenced and Corrupt Organizations (RICO) Act, charges that Fridman conspired with Rozhetskin to steal IPOC's interest via money laundering, bribery, wire fraud and other criminal wrongdoing. The other defendants are Alfa Capital Markets, a U.S. corporation; Alfa Telecom (now known as Altimo); and Swiss lawyer Hans Bodmer. Alfa Group Consortium is an association of various companies controlled by Fridman.

## 2) Telenor vs. Alfa over VimpelCom

Alfa Group and Telenor are the two largest shareholders in VimpelCom, a New York Stock Exchange-listed company and Russia's second-largest mobile telecommunications operator. Both companies also control Kyivstar, Ukraine's second-largest mobile operator, holding 43.5 percent and 56.5 percent respectively. In early 2005, at Alfa Group's behest, VimpelCom expanded into Ukraine by acquiring Ukrainian Radio Systems (URS), also known as WellCom, a small mobile operator with less than a 1 percent market share, as well as a Kyivstar competitor. VimpelCom's offer was in excess of what Telenor and many analysts believed was URS' actual value. Telenor blocked the acquisition on the basis that, among other things, the price was inflated, the deal was in conflict with its interests in Kyivstar and it was inconsistent with VimpelCom's charter.

Shortly thereafter, an obscure minority shareholder of VimpelCom convinced the friendly Temruksky district court of Krasnodarsky Krai to order VimpelCom to modify its voting rules to end Telenor's effective veto of the acquisition. Alfa unconvincingly denied it was behind the suit. Telenor successfully challenged the lower court judgment in the Russian Supreme Court, which upheld its right to block the VimpelCom acquisition of URS. Not satisfied with this ruling, suits were filed by an Alfa affiliate in Ukrainian courts, seeking to bar Kyivstar management from performing many of its operating responsibilities, claiming that Kyivstar's charter violated Ukrainian law and challenging Telenor's rights as majority shareholder. Continuing to defy the VimpelCom charter and its partner Telenor, Alfa Group then led an aggressive lobbying campaign to gain the support of minority shareholders for the URS acquisition.

Telenor CEO Jon Fredrik Baksaas warned shareholders that Alfa Group was "executing an aggressive, self-serving campaign to take effective control of VimpelCom." On Nov. 11, 2005, VimpelCom completed the acquisition of URS, despite the opposition of Telenor. VimpelCom's management claimed it had no choice but to move forward with the deal after shareholders approved it. However, this vote took place only after the court ordered VimpelCom to modify its voting rules to end Telenor's effective veto of the acquisition.

© 2007 Strategic Forecasting, Inc.



8/3/2007

On Jan. 12, 2006, Goran Olsen, director of Telenor's Russia office, said it was no longer possible for Telenor and Alfa Group to work together, but that Telenor intended to maintain its investment in VimpelCom. He was quoted in Russian media as saying, "The partnership with Alfa Group has deteriorated probably beyond repair." The Norwegian government, which owns 54 percent of Telenor, expressed its misgivings at Alfa's tactics. Former Norwegian Trade and Industry Minister Borge Brende explained that business partnerships should "be based on mutual trust … I do not have such trust in Alfa Group."

Tensions increased between the two Dec. 7 when Russian authorities presented a $158 million back-tax bill to VimpelCom. Fridman believes Reiman, from the MegaFon scandal, was behind that move.

### 3)  U.S. Defraudment & Azerbaijani Oil

Fridman, Bodmer, Pyotr Aven and Viktor Kozeny all have been accused not only of the defrauding of IPOC (as noted above) but also of a scheme to gain control of Azerbaijan's state oil company. In 2003, a New York grand jury indicted Bodmer, a Swiss lawyer, for allegedly conspiring to violate the Foreign Corrupt Practices Act (FCPA) in connection with the bribery of senior Azeri officials. At the United States' request, South Korea extradited Bodmer to the United States in 2004. In June of that year, the trial court dismissed the FCPA charges based on technical issues relating to extradition. In October 2004, Bodmer pleaded guilty to money laundering.

On Oct. 6, 2005, a grand jury in New York indicted Kozeny, Frederic Bourke Jr. and David Pinkerton for allegedly participating in a massive scheme to bribe senior Azeri government officials to ensure those officials would privatize the State Oil Company of Azerbaijan (SOCAR) and allow Kozeny, Bourke, Pinkerton and others to share in the anticipated profits from that privatization. The indictment charged that Kozeny, acting on his own and as an agent of Bourke, Pinkerton and others, made a series of corrupt payments and promises to pay off a senior official of the Azeri government, a senior SOCAR official and senior State Property Committee officials, employees of the agency responsible for administrating the privatization program.

The defendants also are charged with related crimes, including money laundering. Kozeny was arrested in the Bahamas and a U.S. request for his extradition is currently pending. Bourke and Pinkerton voluntarily surrendered to the FBI and have been arraigned. Three other individuals previously pleaded guilty in connection with their participation in this bribery scheme.

### 4)  U.N. Oil for Food Scandal

The United Nations, via former U.S. Federal Reserve Board Chairman Paul Volcker, has charged Alfa Group with criminal wrongdoing and cited its $2.3 million in illegal kickbacks and bribes to former Iraqi leader Saddam Hussein in the Oil for Food Program.

Mark Rich has long had ties to Mikhail Fridman and Alfa Group. In 2001, Rich nearly sold his company to an Alfa division: Zug-based Crown Resources Corp. (now called ERC Trading). Under the U.N. program both Rich and David Bay Chalmers (Bayoil) bought oil from Alfa units, according to the Middle East Economic Survey: Onako and Tyumen Oil Co., respectively.



## 5) Sidanco Dispute

Alfa Group took the leading role in two of Russia's most controversial bankruptcy cases concerning Chernogorneft, an oil production company and its parent, Sidanco. In 1998 an Alfa Group shell company, Beta-Eco, used a minor $20,000 debt combined with manipulation of court personnel to force Sidanco into bankruptcy and gain control of its assets.

Alfa Group's Tyumen Oil Group (TNK) subsequently "bought out" Beta-Eco, gaining full control of Chernogorneft for a mere $175 million despite the fact that British Petroleum earlier had paid $571 million for just a 10 percent share. The European Bank of Reconstruction and Development branded the bankruptcy as "a sham" and "wholly contrary to the concept of fairness and transparency."

Foreign investors, including British Petroleum, immediately challenged the bankruptcy and sale. British Petroleum fought back and accused the TNK shareholders of theft and bribing judges in order to rig the bankruptcy auction.

In August 2001, BP (the successor to British Petroleum) and Alfa Group announced an agreement to create TNK-BP from the assets of the disputed bankruptcy; other shareholders are still trying to recover their losses. In June 2005, former German and Austrian shareholders asked Russia's General Prosecutor to reopen the investigation of the deals that led to Chernogorneft's allegedly "artificial" bankruptcy. Another minority shareholder, Canada's Norex Petroleum, continues to pursue legal action in U.S. courts, contending that the creation of TNK-BP resulted from numerous corrupt, illegal, and predatory maneuvers by Alfa Group. These cases remain active.

## 6) Turkcell Dispute

In Oct. 2005, the International Chamber of Commerce's Arbitration court in Switzerland sided with TeliaSonera against Alfa's deal to purchase 27 percent of Turkcell from Cukurova. TeliaSonera held 37 percent of Turkcell and had contractually agreed to acquire an additional 27 percent from Cukurova to give it a controlling stake. In striking a deal with Alfa Group, TeliaSonera alleged that Cukurova breached an earlier agreement entered into in early 2005.

The timing of Alfa's move to gain a piece of Turkcell led many analysts to speculate that Alfa Group's motive was, at least in part, linked to TeliaSonera's support of Alfa's rivals in the continuing conflict over a 25 percent stake in MegaFon. TeliaSonera is continuing to pursue two arbitration claims, in Geneva and Vienna, before the International Court of Arbitration to vindicate its contractual rights pertaining to the 2005 deal. In late 2005, TeliaSonera announced that it was initiating legal action against the Alfa Group itself, alleging illegal interference over its involvement in this transaction.

## 7) The Norex Dispute

In July 2001, Alfa-controlled TNK sent armed security guards into the offices of Yugraneft, a Western Siberian oil company 60 percent owned by Canada-based Norex Petroleum. Norex's stake in Yugraneft had been frozen in June of that year by a Russian regional court in the region of Khanty Mansiysk, the same court that had allowed TNK to take control of Chernogorneft. TNK-controlled Chernogorneft, which owned a minority stake in Yugraneft, responded by calling an extraordinary general meeting of the shareholders to install its own representatives on Yugraneft's board of directors. In essence, Alfa Group used a bribed judge to provide the pretext for seizing first operational, and then legal control.



Since 2003, Norex has been fighting in British Virgin Islands, Russian and American courts to reclaim ownership of its interest in Yugraneft. Norex claims that Alfa Group improperly gained control of Yugraneft through a corrupt process that included money laundering and racketeering. Claiming it lost its 97 percent stake in Yugraneft in the takeover, Norex has been pursuing a $1.5 billion legal claim against TNK and other Alfa Group assets.

## 8)   The ASVT Dispute

Some analysts in the Russian media believe the Alfa Group is behind an effort to undermine the position of AFK Sistema in connection with its shareholding in Mobile TeleSystems (MTS), a leading Russian mobile telecommunications operator listed on the NYSE, and Sistema's bidding position in the expected privatization of Svyazinvest. Svyazinvest owns and manages 90 percent of Russia's fixed-line telecommunications network and has a minority stake in a number of Russian mobile-telephone companies. It is an asset that would nearly guarantee Fridman's undisputed entrance into global telecommunications.

ASVT, a largely unknown Russian company, recently filed suit against Sistema, regarded as a leading potential bidder for Svyazinvest. Because the claims involve stakes in MTS held by Sistema, it is crucial to Sistema. Sistema holds an overall 50.4 percent stake in MTS, which allows it to control MTS and consolidate the company's financial performance into its own accounts. Many Russian news reports link ASVT to the Alfa Group. And in fact, ASVT Deputy Director Vadim Kucharin is the former Head of Alfa Telecom.

The suit by ASVT claims that Sistema failed to meet certain obligations under a 1995 agreement. Many believe that the lawsuit is part of Alfa's strategy to maneuver itself into the privatization of Svyazinvest. Alfa had previously indicated an interest in bidding in the Svyazinvest privatization but, according to reports, needed more time to raise capital. Sistema raised $1.5 billion from an initial public offering earlier in 2005 to fund potential acquisitions, relying in large part on the cash flow from MTS.

## 9)   Prestige Oil Spill

In November 2002, the Prestige, an aging tanker loaded with Russian fuel oil split in two and sank in the Atlantic Ocean. The spill created an ecological disaster as fuel oil coated beaches along a 125-mile stretch of coastline in the Spanish fishing region of Galicia, covering birds and other wildlife in sludge. Crown Resources, a Switzerland-based commodity-trading unit of the Alfa Group, owned the cargo on the Prestige. The fuel oil was loaded onto the Prestige in St. Petersburg and was bound for Singapore, Crown said. Crown said a buyer for the oil had not been lined up.

Crown has since been disbanded in order to minimize legal ramifications.

## 10)   The Dachas Investigation

Aleksandr Khinshtein, a member of the Duma and a journalist, has uncovered a complicated web of deals that allegedly link Alfa and Mikhail Fridman to the privatization and purchase by a former high-ranking government official of two luxury dachas at a small fraction of their market value, allegedly in return for assistance in winning a government contract.

Specifically, these allegations link former Prime Minister Mikhail Kasyanov's acquisition of expensive plots of land to Roman Abramovich and Mikhail Fridman. Allegedly, Alfa Bank gave a loan of 20 million rubles ($720,000) to a front company called Amelia. Amelia then allegedly used part of that loan to bid for a villa called Sosnovka-1 at an auction for



$370,000 in January 2004. In August 2004, Amelia allegedly sold the villa to Kasyanov for almost exactly the same price it paid at the auction, even though the property had been independently appraised to be worth more than $27 million.

Fridman allegedly received advantageous terms on the purchase of his own dacha. Six days after Sosnovka-1 was auctioned off, an Alfa subsidiary won a public tender to manage Sheremetyevo International Airport. In July 2005, the Russian public prosecutor opened a criminal investigation to determine how Kasyanov, and indirectly Mikhail Fridman, became the owners of these dachas. The prosecutor insinuated that Fridman arranged bribes and kickbacks to seal the Sheremetyevo deal.

By August 2005 when the investigation was gaining steam, Kasyanov had emerged as a potential challenger to the Kremlin power struggle. Rosprirodnadzor, the Russian Federal Natural Resource Oversight Agency, found violations during the reconstruction buildings on the territory of the state dacha belonging to Kasyanov. According to Deputy Chief of Rosprirodnadzor, Oleg Mitvol, the agency would seek permission to demolish the structures.

It was not until September 2005 that Rosprirodnadzor finally began investigating whether Fridman's summer house in the village of Sosnovka was being built in accordance with existing norms and legislation. In the course of their inspection, they found that three buildings on the compound are being rebuilt and this work is being carried out in the water conservation zone. The Natural Resources Ministry said the builders did not have all the documents required.

In January 2006, the Moscow Arbitration Court annulled the auction in which Mikhail Fridman bought the state dacha in the Sosnovka 3 compound. Rosprirodnadzor successfully argued that the auction was illegal because it was not properly announced and that the representatives that took part in the auction were all employees of Alfa Bank. The Court returned the plot to state property and ordered that Veltex, the company that bought the land, be repaid 10.1 million rubles.

In February 2006, the Moscow Arbitration Court cancelled the purchase-sale contract of the real estate property owned by Kasyanov, invalidating the sale.

## 11)   The Bitel Dispute

Alfa and Sistema's battles over cellular telecommunications firms also extend into Kyrgyzstan. On Aug. 12, 2005, Russian cellular firm MTS announced it had bought a controlling 51 percent stake in Kazakh company Bitel from Alliance Capital for $150 million. Two days later, Rezervspetsmet, which is alleged to be affiliated with the Alfa Group (an allegation denied by Alfa), obtained a Supreme Court ruling that gave ownership rights in Bitel, an Alliance subsidiary, to Rezervspetsmet.

The next day dozens of armed police stormed Bitel's offices at Rezervspetsmet's behest, detaining company executives and leaving 90 percent of Kyrgyzstan's mobile phone users without network coverage for 5 hours. MTS president Vasily Sidorov told reporters that he had met with Kyrgyz President Kurmanbek Bakiyev and other government officials after the police raid. Sidorov said the president was shocked, and that he had received assurances that the government would try to figure out why the raid had happened.

If Rezervspetsmet truly is owned by Alfa, which Stratfor believes is likely, it marks a sharp escalation of the Alfa/Sistema conflict. Until this event, Alfa had not resorted to bribing law enforcement (as opposed to judiciaries) to carry out its will.



## 12)   Berezovsky Court Case

In April 2005, Berezovsky filed a lawsuit against Mikhail Fridman claiming that Fridman had libeled him during a popular Russian television show called "To Barrier" aired on NTV in 2004. The suit alleged that Fridman cast doubt over Berezovsky's reputation and claimed that Berezovsky threatened him.

On May 26, 2006, the court awarded Berezovsky £50,000 in damages over the libel case. The decision was a 10-1 split in favor of Berezovsky, stating the Fridman had failed to present convincing evidence that Berezovsky had threatened to kill him. RIA Novosti reported that the decision was also hailed a victory by a group of Russia's "new political refugees," which includes Akhmed Zakayev (Chechen militant envoy wanted in Russia on terrorism charges), Yuly Dubov (accused of fraud in Russia) and former state security colonel Alexander Litvinenko (defected in 2000).

### Companies Accused of Money Laundering & Corruption

- Alfa Capital Markets is headquartered and registered in New York City. It is fully owned by Alfa Group. It manages most Alfa investments into the United States using money it launders from Alfa's Russian operations to avoid taxes. Such funds were used to acquire Golden Telecom Inc., a publicly held American company.
- Crown Commodities is a United Kingdom-based firm that traded Russian oil on global markets via a mix of shell firms in order to avoid Russian taxes. Known shells include Crown Trade and Finance (Gibraltar), Crown AG (Switzerland), Crown Resources (United States), and Alfa-Eco (Russian Federation).
- Novey Petroleum Finance Ltd. (Cyprus) was involved in the 1997 and 1999 privatization of TNK as the vehicle which acquired the controlling interest in TNK.
- TNK-Nyagan (Russian Federation) is wholly owned by TNK and was used as TNK's vehicle in the bankruptcy of Kondpetroleum.
- TNK-Nizhnevartovsk (Russian Federation) is managed and controlled by TNK and was used as TNK's vehicle to strip assets from Chernogorneft in the bankruptcy of Chernogorneft.

### Known Shell/Slush Fund Firms

- Futura Associates Limited (United Kingdom/Panama) is owned by Spitz and was the recipient of millions of dollars of salary and bonus payments diverted through Eastmount (United States) in order to avoid U.S. tax authorities. AS Naftaco Industrial Partners Limited (Cyprus) is believed to be a vehicle by which laundered monies are paid to Russian businessmen Leonid Blavatnik and Victor Vekselberg.
- Other companies thought to be shell firms used either to bribe Russian officials or to benefit Aven and Fridman directly include: Lamport (Cyprus), Ozerla Business Corp., Redhill Properties Limited (Isle of Man, United Kingdom), Riverside Cay Limited (British Virgin Islands), Scorpio Res (Panama), Wasdale Limited (Isle of Man), Watford Limited (Isle of Man), Banstead Enterprises Limited (Isle of Man, United Kingdom), Beechville Trading Limited (Isle of Man, United Kingdom), Fullbrook Trading Limited (Isle of Man, United Kingdom), Inverforth Properties Limited Fairfax (Isle of Man, United Kingdom), Investment Limited (Cyprus), Freebow Investments (Cyprus), Aletar Co. (British Virgin Islands), and Arufa Invest & Trade (British Virgin Islands).





руc **eng**

# A Statement from Alfa-Bank On Recent Media Reports About Financing In Iran

04 Sep 2007

A recent article published on the internet web site Foxnews.com, and republished elsewhere, falsely stated that Alfa-Bank is the primary financial agent in the development of Iran's nuclear power plant at Bushehr and erroneously suggested that Alfa-Bank, and by extension its Chairman, Mikhail Fridman, and the Alfa Group as a whole, plays a principal and central role in the development of Iran's nuclear power program and the sale of aircraft to the government of Iran.

Alfa-Bank is one of the largest privately-owned banking institutions in the Russian Federation and provides a full range of financing and related services to clients in Russia and around the world. Alfa-Bank, the financial arm of Alfa Group in Russia, maintains a client relationship with Atomstroieksport — a company owned and controlled by the Russian Federation — that has a contractual relationship with the Iranian Atomic Energy Organization. Neither Alfa Group, nor any of its subsidiaries including Alfa-Bank, has any direct client relationship with any Iranian entity — public or private — that is a component of the Iranian nuclear development program.

Likewise Alfa-Bank (Ukraine), the financial arm of Alfa Group in Ukraine, has a client relationship with the Kharkov State Aviation Manufacturing Company («KASMC»), a company owned and operated by the government of Ukraine. Neither Alfa Group nor any of its subsidiaries has ever had a direct client relationship with the Iranian aviation industry.

Finally, Mikhail Fridman, the Chairman of Alfa Group, has never played any role, key or otherwise, in any transaction with the Iranian government's nuclear program or the Iranian aviation industry.

**G095**

# A $50 Billion Bailout in Russia Favors the Rich and Connected

nytimes.com/2008/10/31/business/worldbusiness/31oligarch.html

Andrew E. Kramer                                                          October 31, 2008



MOSCOW  Companies belonging to two of Russia's richest men are among the first recipients of a $50 billion bailout program. The project, like so much else here, is opaque in its details but has resulted in some of the nation's oil windfall being funneled to well-connected Kremlin insiders.

Under the plan being put in motion this week, money is channeled through the state development bank Vneshekonombank, known as VEB, whose chairman is Russia's prime minister, Vladimir V. Putin. The stated goal is to help Russian industrialists refinance loans to Western banks, with aid flowing quickest to those companies at risk of having assets seized as collateral by foreign owners.

Critics charge that the bailout is another example of the cronyism here and a lack of transparency.

In the largest loan to come to light so far, Rusal, the aluminum and mining company of the billionaire Oleg V. Deripaska, Russia's richest man, was awarded $4.5 billion to repay a syndicate of Western banks led by PNB Paribas. Without the loan, Mr. Deripaska, who is seen as a close ally of Mr. Putin, could have been compelled to surrender 25 percent of the Norilsk Nickel company, which he had put up as collateral.

Separately, Mikhail M. Fridman, the principal partner in Alfa Group, an investment company, was granted a $2 billion letter of credit from VEB that rescued the most valuable asset in the group's telecommunications holdings, VimpelCom, which is listed on the New York Stock Exchange and operates under the Beeline brand in Russia.

By Friday, shares pledged as collateral for a loan from Deutsche Bank had fallen below the triggers for margin calls, and the bank could have seized the 44 percent stake in VimpelCom in what would have been a major blow to the Alfa Group.

"They were minutes away," from losing the company, said a representative for a large European company familiar with the talks.

Mr. Fridman had called Deutsche Bank executives on Friday, after shares dropped below the trigger point, asking for additional time in a gentlemen's agreement, said the executive, who did not want to be named discussing confidential talks. Deutsche Bank agreed.

But on Monday, a judge in the Siberian city of Omsk had issued a surprise injunction freezing trades in VimpelCom shares owned by Altimo, Alfa telecom's subsidiary, essentially preventing Deutsche Bank from accessing its collateral even if it wanted to. The case was unrelated to the loan negotiations, but the timing was suspicious, according to the European executive.

By Tuesday, the loan guarantee was in place and on Wednesday the court released the shares.

By Thursday, VEB had awarded about $10 billion of the $50 billion bailout package, according to the authorities, though the recipients had not been formally identified. The Alfa Group, led by men on Russia's Forbes magazine list of the country's wealthiest individuals, may be among the larger recipients as their other businesses are in line for state bailouts, too.

A deputy prime minister, Igor I. Sechin, said energy companies including TNK-BP, partly owned by Alfa, would receive $9 billion to help refinance Western bank debt. The group owns the X5 grocery store chain, also seen as likely to win a state loan.

 

# Oxford Energy Comment

**November 2011**

## BP, Russian billionaires, and the Kremlin:
a Power Triangle that never was

---

**By Shamil Yenikeyeff[1]**

The year 2011 will go down in global corporate history as the year when one of the world's largest energy companies, BP, and the Russian state company, Rosneft, unsuccessfully attempted to form a strategic partnership on Arctic development. This failure was caused by the contractual and legal objections of the AAR consortium – BP's partners in the Russian oil company TNK–BP. In 2003–5, BP and the AAR consortium led by three billionaires with Russian connections - Mikhail Fridman, Len Blavatnik, and Viktor Vekselberg – merged their Russian oil corporate assets – TNK, Sidanko, and Onako and their subsidiaries – under the umbrella of TNK–BP.[2] This joint venture was established on a 50/50 basis, the operation of which required mutual joint decision making. The partners also signed a shareholding agreement on TNK–BP's right of first refusal in relation to potential future oil and gas projects offered to BP or AAR in Russia and Ukraine. This agreement was subsequently used by AAR to stop the BP–Rosneft deal in international courts.

Unfortunately, this was not the first time that BP had been unable to change the way it conducted its business in Russia. The first example occurred in 2007-8 when BP was reported to be keen on having Gazprom as a partner instead of AAR. This move would have transformed the TNK–BP joint venture into Gazprom–BP. This did not transpire. Second, in the spring-summer 2008, there was a turbulent 'misunderstanding' between BP and AAR, over the corporate governance and future strategy of their joint venture. This led to the removal of Robert Dudley from the helm

---

[1] Shamil Yenikeyeff is a Research Fellow at the Oxford Institute for Energy Studies and a Senior Associate Member at the Russian and Eurasian Studies Centre, St Antony's College, University of Oxford. Dr Yenikeyeff is the author of *The Battle for Russian Oil: Corporations, Regions and the State*, a forthcoming book on the politics of Russian oil from 1991 to 2011, Oxford University Press, 2012. The author is particularly grateful to Professor Jenik Radon of Columbia University and of the international law firm, Radon and Ishizumi, and to Christine Guluzian (who is completing a doctoral dissertation at Oxford on state–IOC relations in Russia and Kazakhstan) for their suggestions on the topics discussed in this paper. He is also grateful to his colleagues at the Oxford Institute for Energy Studies for their continued support and practical advice. Email: shamil.yenikeyeff@sant.ox.ac.uk
[2] See next footnote.



of TNK–BP, and an exodus of BP personnel from Russia. In January 2011 Mr. Dudley, as the new head of BP, tried to form an alliance with Rosneft which was to collapse only a few months later. In August 2011 Rosneft found another foreign partner for its Arctic operations – ExxonMobil.

One may argue that it is easy to take a retrospective view of BP's problems in Russia. However, this Comment reveals that the ever evolving politics of the Kremlin and the motives of key decision makers in Moscow and of BP's own corporate partners in Russia – the AAR consortium – have been at the heart of the testing events in BP's Russian operations.

Understanding the Russian political system can be a challenging and daunting task, since it is very different to those of Western democracies with their long histories of free elections and multi-party systems, developed civil society, and an established middle class. The weakness of these institutions in Russia results in a situation where relations between administrative and industrial elites become the main political and economic arena in the country. A super-presidential system of government has been another key characteristic of this political system, in which the survival and success of political and economic elites is based on privileged personal contacts with the chief executive.

Consequently, competition between corporate actors is focused on the level of their access to the president or prime minister. Naturally, such a system lacks an institutionalized mechanism for the succession of political power and transparent interactions between economic and political players. As a result, there is potential for inter-elite conflict, where the political and economic fortunes of financial–industrial groups can be turned overnight.

This Comment, therefore, explores BP's recent problems in Russia through one fundamental question: Why has the Kremlin always opted out of backing BP, either in its bid to have a state-controlled company (Gazprom or Rosneft) as its main partner in Russia, or in BP's corporate conflicts with the AAR consortium? The answer to this question lies in three areas:

- the Kremlin's views on the role that Russian state and private companies should play in the domestic energy sector and abroad;
- the Kremlin's preoccupation with maintaining political and economic stability within the country and ensuring the status quo between the key economic players;
- the unique character and position of the AAR consortium in Russia and abroad.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



## *TNK–BP and the Changing Times*

On 2 February 2003, BP reached the pinnacle of its involvement in the Russian oil sector when it signed an agreement to form the TNK–BP joint venture with the AAR consortium of three companies with Russian connections, Alfa Group, Access Industries, and Renova.[3] The 'corporate marriage' between BP and AAR turned TNK–BP into the third largest oil producer in Russia and catapulted the joint venture into the top ten of the world's largest private oil companies (see insert **TNK–BP**). It seemed that in BP, the AAR consortium had found an important foreign partner with highly ranked technological and management skills, as well as access to the international finance which was vital for the corporate growth of TNK–BP. At the same time, AAR may have appealed to BP as a consortium of powerful Russian entrepreneurs with excellent political connections and notable corporate assets of great potential.

However, the relationship between the parties involved in TNK–BP appeared to start becoming strained during a period of political change in Moscow. TNK–BP was established during the transition between two eras in Russia, when the era of considerable influence of Russian oligarchs in domestic political and economic affairs was coming to its end, and while an era of greater state involvement in the energy sector was already on the horizon. In February 2003, Russia's President Vladimir Putin and Britain's Prime Minister Tony Blair blessed BP's joint venture with the AAR billionaire consortium. By the end of the same year Mikhail Khodorkovsky, Russia's richest billionaire, found himself in prison facing tax evasion charges. Khodorkovsky's imprisonment dashed his hopes of repeating AAR's success on a much bigger scale – by merging his oil company Yukos with that of Roman Abramovich's Sibneft, while simultaneously offering a large stake in the newly merged Yukos–Sibneft corporation to ExxonMobil or ConocoPhillips. The Khodorkovsky affair has often been viewed as signalling not only the political demise of prominent billionaires in Russia, but also their forthcoming economic downfall.

---

[3] The formation of TNK–BP was finalized on 29 August 2003. For its 50% share in TNK–BP, AAR contributed its 100% stake in TNK Industrial Holdings Limited, a company with 100% control over TNK–BP International Limited. The latter owned 96.1 % in OAO Tyumen Oil Company (TNK) and 100% in Sborsare Management Limited, which controlled 68% in OAO Sidanco. For its 50% share in TNK–BP, BP plc contributed its 29.6% share in Sidanco, 33.4% in OAO Rusia Petroleum, 75% in BP Moscow Retail (or BP Retail Assets), and made a direct payment to AAR in cash and BP shares over three years. In 2005, TNK–BP completed a corporate restructuring programme. As a result, in December 2005, OAO TNK–BP Holding (TBH), a newly created holding company and a subsidiary of a British Virgin Islands' company, TNK–BP Limited, took over TNK–BP's key holding companies in Russia – TNK, Sidanco, and ONAKO. As part of the restructuring programme, TBH issued approximately 5% of its shares to the minority shareholders in these Russian entities. TNK–BP's equity interests in OAO NGK Slavneft, OAO Rusia Petroleum, OAO East Siberian Gas Company, the BP Retail Assets, and its Ukrainian companies were kept outside of TBH. See: TNK–BP Holding company reports.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



---

**TNK–BP**
(including its subsidiaries)

- One of the world's top ten private oil producers;
- Russia's third largest oil producer after Rosneft and Lukoil;
- 16% share in Russia's oil output;
- Production (Jan.–June 2011): 1.76 million barrels of oil equivalent per day;
- Proven reserves: 13.1 billion barrels of oil equivalent;
- Refining throughput: 761 million barrels a day;
- Annual net income: $5.2–5.8 billion in 2008–10 and $6.8 billion in January–Sept. 2011;
- Exposure to nearly all of Russia's major hydrocarbon regions, including west Siberia (Tyumen, Khanty-Mansiysk, Yamal-Nenetsk, and Novosibirsk Regions); the Volga–Urals (Orenburg and Saratov Regions), and east Siberia (Irkutsk Region).

---

Source: Company reports. It should be noted that Slavneft's performance figures are often excluded from TNK–BP's statistical data due to the fact that TNK–BP's 50 per cent ownership in Slavneft is managed independently and hence is treated as a separate entity.[4]

The demise of the politically active Russian oligarchs Khodorokovsky, Berezovsky, and Gusinsky during Vladimir Putin's first presidential term (2000–4) may have sent a false message to foreign investors about the decline of Russian billionaires' influence in Russia, implying that cooperation with them should be abandoned as soon as possible in favour of the state champions Gazprom or Rosneft. Naturally, in the course of these events any international oil company (IOC) with a big exposure in Russia would be preoccupied with the question of how to ensure its long-term success in the country's energy sector and to protect its already invested financial resources. In this context, an IOC would view Russia's state energy champions as safer business partners than a private Russian corporation. At the same time, some foreign investors assumed that in those changing political times its Russian billionaire partners would be happy to sell their energy assets to the state champions. For example, Roman Abramovich did not appear to have second thoughts when he was presented with an opportunity to sell his oil company Sibneft (originally obtained for just over $100 million) to Gazprom for $13.1 billion in September 2005.

However, in the case of the Russian share in TNK–BP, the story turned out differently from that of Abramovich's Sibneft. As highlighted later in this Comment, Gazprom would not have been allowed to buy 50 per cent in TNK–BP from AAR in any case, while Rosneft could not really have afforded it. Moreover, in BP's potential deals with Gazprom and Rosneft it was AAR that appeared to be 'calling the shots', not the state champions or the British IOC. Both AAR's unique character and its position in Russia and abroad have contributed to the fact that the billionaires' consortium did not need to fear the growing state presence in the Russian energy sector, or being forced to sell their share in TNK–BP to Gazprom or Rosneft.

---

[4] Slavneft was established in 1994 and was privatized in 2002 under the parity ownership of TNK and Sibneft (later Gazprom Neft). In 2004, AAR transferred its share of Slavneft to TNK–BP. In 2010 Slavneft produced 18.4 million tons of oil, 851.9 million cubic metres of gas, and 22.9 million tons of refined products.

4

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



## *AAR – the Potential of BP's Partner in Russia*

When BP formed an alliance with the Alfa–Access–Renova consortium in 2003, it secured the support of a powerful and unique private corporate partner for its upstream operations in Russia. AAR seemed to stand out amongst other domestic corporate groups for several reasons:

- AAR's internal corporate composition was unlike any other in Russia;
- AAR was one of the very few Russian corporate groups with control over a highly lucrative oil asset – Tyumenskaya neftyanaya kompaniya (Tyumen Oil Company) or TNK in short;
- The billionaires' consortium had traditionally enjoyed excellent communications channels with the Kremlin, while never challenging those in power;
- Top corporate executives from AAR (Alfa Bank, in particular) had often moved up to high positions in the Russian government;
- AAR sought to turn its joint venture with BP into a Western company, one which based its operations on international legal standards.

The AAR consortium has always been very different in comparison to its Russian counterparts. To begin with, AAR is owned by entrepreneurs with perhaps the most diversified investment portfolio among any Russian corporate players (see insert **AAR consortium**). The AAR partners also appear to be decidedly international in terms of their assets and country affiliations, with Len Blavatnik being a US citizen and Viktor Vekselberg becoming a Swiss resident in 2004. AAR's highly diversified portfolio and its international nature not only distinguished them from other Russian billionaires, but also ensured that their assets would not be an easy target for state intervention.

At the same time, Mikhail Fridman, Viktor Vekselberg, and Len Blavatnik have not appeared as political challengers to Vladimir Putin, unlike the other trio of billionaires – Mikhail Khodorkovsky, Boris Berezovsky, and Vladimir Gusinsky. Moreover, Peter Aven, Mikhail Fridman's key business partner in Alfa Group, has known Vladimir Putin since 1991 when Aven was Russia's Minister for External Economic Relations and Putin was Aven's counterpart in the Mayor's Office in St Petersburg. Interactions between Peter Aven and Vladimir Putin were bound to be intensive due to the key role that St Petersburg has traditionally played as Russia's gateway to European and international markets. The careers of some prominent Russian government officials have been built in the corridors of Mikhail Fridman's Alfa Bank. One example is Alfa Bank's former Deputy Board Chairman Vladislav Surkov who, since becoming the Deputy Head of Russian presidential administration in August 1999, has been widely perceived as the Kremlin's key ideologist and political manager.

5

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



### Alfa-Access-Renova (AAR) consortium

ALFA GROUP (25% in TNK–BP) is a Russian financial–industrial group established by Mikhail Fridman, German Khan, and Alexey Kuzmitchev in 1989. Alfa's main interests are in the financial sector, oil and gas, telecommunications, retail trade, and water services. Alfa Group's key assets involve one of Russia's largest banking houses, Alfa-Bank Russia, with financial subsidiaries in the Ukraine, Belarus, Kazakhstan, and the Netherlands, as well as important stakes in the telecommunication companies VimpelCom, MegaFon, Turkcell, and the Russian supermarket chains, Pyaterochka, Perekrestok, Kopeyka, and Karusel. Mikhail Fridman appears to play a leading role in the AAR consortium, having orchestrated the formation of TNK–BP in 2003.

ACCESS INDUSTRIES (12.5% in TNK–BP) was founded by an American industrialist, Len Blavatnik, in 1986. His company's interests spread across continents, including the USA, Europe, and South America and involve diversified investments in natural resources and chemicals, media and telecommunications, real estate, technology, and retail. Apart from stakes in the two Russian companies, TNK–BP and Rusal (Russian Aluminium), Access Industries has other important assets which include a large share in the world's third-largest independent chemical company, LyondellBasell and a recent purchase of the iconic Warner Music Group.

RENOVA (12.5% in TNK–BP) was established by a Russian academic turned entrepreneur, Viktor Vekselberg, in 1990. Today Renova has a diversified investment portfolio encompassing the energy sector, utilities, mining, machine building, construction, telecommunications, nanotechnologies, chemical industry, precious metals, and the financial sector. Renova is particularly active in Russia, Switzerland, Italy, South Africa, the Ukraine, Latvia, Kyrgyzstan, and Mongolia. Renova's important assets incorporate stakes in TNK–BP, UC Rusal, Integrated Energy Systems, Oerlikon, and Sulzer.

Source: Company reports, *Financial Times, Wall Street Journal*.

Employees of Renova and Access Industries have not displayed the same level of career movement between their employer and the Russian government as those from Alfa Group. Vekselberg, however, seems to enjoy good relations with the Kremlin, having been appointed Russia's presidential envoy responsible for economic modernization at Skolkovo – a Russian start-up equivalent to the USA's Silicon Valley.[5] Vekselberg's university friend Len Blavatnik, as an American citizen, has never shown much interest in Russian politics. However, he appears to have been particularly valued within the AAR consortium for his acute business sense as a Harvard Business School graduate and for his success as an American entrepreneur prior to the commercial opportunities unleashed by Gorbachev's economic reforms.[6]

Therefore, AAR appears to possess not only a strong entrepreneurial drive, a good grasp of the Russian political and economic system, and Western ways of doing

---

[5] Irina Malkova, Sergey Smirnov, 'Medvedev naznachil Veksel'berga otvetsvennym za Kremnivuyu dolinu' (Medvedev makes Vekselberg responsible for the [Russian] Silicon Valley), *Vedomosti*, 23 March 2010.

[6] In 1987, Vekselberg went into business and invited Len Blavatnik, an already successful American entrepreneur, to cash in on newly presented opportunities. In October 2011 *Forbes Magazine* named Len Blavatnik, who emigrated from the Soviet Union to the USA in 1978, as the most successful global investor of Russian origin. See: '50 Russians who conquered the world', *Forbes-Russia*, October 2011, www.forbes.ru/rating/ekonomika-package/lyudi/75416-50-russkih-zavoevavshih-mir-novyi-reiting-forbes; 'Forbes Gives 50 Reasons to Stay in Russia', *The Moscow Times*, 25 October 2011, www.themoscowtimes.com/news/article/forbes-gives-50-reasons-to-stay-in-russia/446183.html

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



business (including the use of Western contracts), but has also enjoyed excellent communication channels with the Kremlin. Therefore, it is unsurprising that the rise of Gazprom and Rosneft did not shake AAR's position in Russia. In fact, the Kremlin has always recognized AAR's unique role in the Russian oil sector. In 2003, TNK–BP was blessed by Vladimir Putin as the only Russian joint venture to be allowed to form a partnership with an IOC with a foreign stake larger than 49 per cent. Since then TNK–BP has been a showcase of what Russian billionaires could achieve if they didn't challenge those in power. The alternative scenario is also well known.

## *From TNK–BP to Gazprom–BP: Mission Impossible?*

In 2007 BP was alleged to have initiated negotiations with the Russian gas monopoly, Gazprom, over the replacement of AAR with Gazprom in the TNK–BP venture.[7] Apart from the political decline of Russian oligarchs, there seemed to be other important reasons driving BP towards a strategic partnership with Gazprom. In 2006 Gazprom was made responsible for all exports of gas from Russia's east Siberian fields, including Kovykta – one of TNK–BP's important gas assets.[8] The field is located close to Asian gas markets and contains over 2 trillion cubic metres of gas. Therefore, the successful commercial development of this field and export of its gas to Asia was impossible without Gazprom's involvement.[9] In June 2007, TNK–BP offered to sell its 63 per cent interest in the project to Gazprom for \$0.8–1 billion, with a buy back option of 25 per cent + one share.[10] However, the deal became stalled, and BP seems to have decided to seek a potential replacement of AAR with Gazprom in TNK–BP.

It was unlikely that Gazprom would have settled for less than a controlling stake in the joint venture. Therefore, the Russian gas monopoly would have needed to buy the entire AAR 50 per cent share, with an additional 1 per cent share from BP.[11]

---

[7] First reports on the apparent negotiations between BP and Gazprom over the purchase of AAR's share in TNK–BP appeared in Russian media in May 2005, see: Dmitry Butrin *et al*, 'Dolevoi priem', *Kommersant*, 30 May 2005. However, any purchase of AAR's stake was not possible until 1 January 2008 due to the existing TNK–BP shareholders' moratorium on quitting the joint venture and/or selling their 50% share. On the 2007–8 negotiations see: Alida Smith, 'Gazprom wants oil and pushes for a bite of the TNK–BP apple', *FT Alphaville*, 24 April 2008; 'BP sklonyaet Gazprom k priobreteniyu doli AAR v TNK–BP' (BP encourages Gazprom to buy AAR's share in TNK–BP), *RBK Daily*, 25 June 2008; 'Gazprom mozhet kupit' dolyu v TNK–BP', *NewsRu*, 19 June 2008, www.newsru.com/finance/10jun2008/tnkbezbp.html; John Donovan, 'BP's Russian alliance with Gazprom put on ice', *Telegraph*, 5 September 2008, www.telegraph.co.uk/money/main.jhtml?xml=/money/2008/09/05/cnbp105.xml; 'Gazprom priznal'sya v interese k TNK–BP' (Gazprom admits its interest in TNK–BP), http://lenta.ru/news/2008/06/10/tnk1/index.htm

[8] See: Jonathan Stern, *The Future of Russian Gas and Gazprom*, 152–9; James Henderson, *Non-Gazprom Gas Producers in Russia*, Oxford: Oxford Institute for Energy Studies, 2010, 151.

[9] Catherine Belton, 'TNK–BP under renewed Gazprom pressure', *Financial Times*, 23 April 2008.

[10] Henderson, *ibid*.

[11] Apart from purchasing AAR's 50% share in TNK–BP, Gazprom was also reported to be keen on securing up to 100% interest in other relevant corporate assets of BP and AAR, such as Slavneft. See: 'Khozyain nashel'sya. Gazprom prismatrivaetsya k Slavnefti', *Vedomosti*, 21 November 2005.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



Although the transformation of the joint venture TNK–BP into Gazprom–BP made sense from a gas market point of view, the scenario of Gazprom becoming a major player in the Russian oil sector was bound to be impeded by the Russian prime minister, Vladimir Putin.

It was not only that the Russian government's deputy prime minister Igor Sechin (Rosneft's Board Chairman at that time) objected to the transformation of the TNK–BP venture into a Gazprom–BP partnership,[12] but having already acquired Roman Abramovich's Sibneft (rebranded as Gazprom Neft), Gazprom's further oil acquisitions undermined the existing prominence of Rosneft in the Russian oil sector (see Chart 1). Most importantly, the Gazprom–BP deal would have undermined the existing status quo between Gazprom and Rosneft as state energy champions responsible for their specific subsectors of the energy industry: gas and oil respectively. It would also have changed the existing political and economic balance between Gazprom and Rosneft, making Gazprom the only prominent energy company in the country.

***Chart 1: 2010 Scenario of liquids production by Russia's leading oil and gas companies, mmb/d.***



Note: All figures are actual, apart from the hypothetical 2010 Gazprom–BP production, which is based on a scenario of Gazprom buying 51 per cent of TNK–BP in 2008. Estimated Gazprom–BP production represents the total volume of liquids produced by TNK–BP & affiliates (1.710 mmb/d), Gazprom (0.270 mmb/d) and its affiliate, Gazprom Neft (0.980 mmb/d) in 2010.

Source: Company reports, Bloomberg

Moreover, Gazprom's increased prominence was bound to lead to discontent among Russian oil men and independent gas producers already wary of Gazprom's monopolistic position in the gas sector. A possible Gazprom–BP partnership (with Gazprom retaining a 51 per cent controlling stake) would have increased the state

---

[12] Catherine Belton and Sylvia Pfeifer, 'Putin ally delivers connects with the west', *Financial Times*, 16 January 2011.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



share in Russian oil production to over 50 per cent. The Kremlin was well aware of the potential implications this could have had on the investment climate and perceptions of Russia in the West, as well as on morale within the ranks of Russian oil men.

Vladimir Putin has always played a good and sensible balancing act between different corporate groups and their political backers within his own entourage. Therefore, a Gazprom–BP deal would have run counter to the very construction of the domestic energy and political system which Mr Putin built as Russia's president in 2000–8 and wanted to remain stable under the interim presidency of Dmitry Medvedev.[13] In these circumstances, the Gazprom–BP joint venture was not going to gain Vladimir Putin's approval.

Another important factor hindering BP's partnership deal with Gazprom was that AAR did not appear to be interested in selling its prime asset – a 50 per cent share in TNK–BP. This highlights a significant difference between Roman Abramovich and the AAR billionaires: Abramovich always seemed keen on cashing in on his key asset, Sibneft, both in 1998 and in 2003 when Sibneft was to be merged with Yukos. AAR, on the contrary, has always hinted that TNK–BP is a long-term investment.[14]

Kovykta, the sale of which was announced in 2007, was sold by TNK–BP to Gazprom for $700 million only in 2011.

### 2007–8: the AAR–BP Corporate Clash

The fierce stand-off between AAR and BP over the development of their Russian joint venture coincided with the alleged negotiations between BP and Gazprom over the replacement of AAR with the Russian gas monopoly in TNK–BP. However, the clash between AAR and BP was not primarily caused by Gazprom's potential involvement in the joint venture, but was derived from some corporate governance issues and wider differences between the outward and inward strategies of AAR and BP. It is important to note that clashes of diverse corporate strategies within 50/50 joint ventures are not unusual, often complicating their operations.[15]

---

[13] During Vladimir Putin's first term in office the Kremlin looked at various scenarios of how to reconstruct the Russian hydrocarbon sector with greater state control and effective state capture of oil revenues. Some of these scenarios involved a merger between Gazprom and Rosneft, announced in 2004 and called off in 2005. Another unrealized idea included a potential merger between Rosneft and Surgutneftegaz. This merger was abandoned when the Yukos affair took place, with Rosneft subsequently acquiring Yukos's key asset – Yuganskneftegaz. Subsequently, Vladimir Putin settled for Rosneft and Gazprom becoming the Kremlin's two arms in their respective segments of the energy industry, with the state capturing oil revenues through increased taxation of the oil sector.

[14] See, for example: Il'ya Khrennikov, 'Viktor Vekselberg. Milliardy obyazyvayut', *Forbes-Russia,* 03 January 2007.

[15] For a thorough assessment of the challenges which joint ventures face, see: Jenik Radon, 'Negotiating and Financing Joint Venture Abroad', in N. Lacasse and L. Ferret (eds.), *Joint Ventures Abroad*, Montreal: Wilson & Lafleur Itee, 1989, 97–128.

9

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



One can assume that it would be natural for BP to attempt to increase its corporate presence in Russia, due to the country's ranking as a key non-OPEC oil producer and the world's largest gas exporter, which also controls almost 70 per cent of potential Arctic hydrocarbons.[16] From 2003 to 2008, TNK–BP benefited from BP's technical and management skills, which helped to increase the joint venture's hydrocarbon production by 30 per cent.[17] BP's apparent early strategy of focusing TNK–BP activities on Russian and CIS markets is therefore understandable.

However, in the eyes of AAR, BP appeared not only to have an upper hand in managing TNK–BP, but also seemed to treat the joint venture merely as its Russian regional subsidiary, focusing on projects within the former Soviet Union. AAR, on the contrary, wanted TNK–BP to become a global corporate player, not a regional one, with assets in the Middle East, North Africa, Latin America, Asia, and Europe. The Russian billionaires reportedly complained about BP constantly blocking their efforts to expand the joint venture's operations abroad. The most notable examples of this include AAR's unfulfilled 2003 deal to purchase four refineries from the Venezuelan national oil company PDVSA, its plans to get involved in Iraqi oil projects, and its plans to buy Yukos's former Lithuanian refinery, Mažeikių nafta, in 2006 (this was subsequently sold to Polish oil company, PKN Orlen). BP had its own reasons to rule out these deals – TNK–BP's involvement in Iraq appeared politically sensitive, while the asking price for the Lithuanian refinery seemed too high.

Nevertheless, BP's reluctance to allow expansion of TNK–BP's operations abroad began to receive bad publicity in Russia, where BP was portrayed as being afraid of international competition from TNK–BP, and was thus blocking the global aspirations of the Russian oil company with its 50 per cent foreign share.[18] One would, of course, assume that it would be against the commercial interests of BP to turn its Russian joint venture into a competitive IOC. Nevertheless, the Kremlin's stance on foreign expansion of Russian corporate entities represented an important factor strengthening AAR's argument in favour of the outward growth strategy, while undermining BP's inward focus on Russia and the CIS. On a number of occasions President Vladimir Putin encouraged Russian companies to go global by acquiring assets in other countries and continents.[19] BP's apparent resistance to TNK–BP's international reach was therefore beginning to be perceived in Russia as running against the country's national interests, and even against Vladimir Putin's Russian global corporate agenda.

---

[16] See: S. M. Yenikeyeff and T. F. Krysiek, 'The Battle for the Next Energy Frontier: The Russian Polar Expedition and the Future of Arctic Hydrocarbons', *Oxford Energy Comment*, August 2007, 2, available online: www.oxfordenergy.org/wpcms/wp-content/uploads/2011/01/Aug2007-TheBattleforthenextenergyfrontier-ShamilYenikeyeff-and-TimothyFentonKrysiek.pdf

[17] See Robert Dudley's interview, *Vedomosti*, 26 May 2008, www.vedomosti.ru/newspaper/article/149336/.

[18] See: Vera Surzhenko, Irina Reznik, 'TNK protiv BP' (TNK vs. BP), *Vedomosti*, 26 May 2008, www.vedomosti.ru/newspaper/article/149316/.

[19] See, for example, Vladimir Putin's speech at the XI St Petersburg International Economic Forum, 10 June 2007, http://archive.kremlin.ru/eng/speeches/2007/06/10/1823_type84779_133777.shtml

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



In these circumstances BP's chances of getting the Kremlin's support in its growing conflict with AAR became very bleak.

Apart from the clash of the partners' strategies, AAR seemed to have additional reasons to suspect BP of treating the joint venture as its subsidiary. Mikhail Fridman, Viktor Vekselberg, and Len Blavatnik were unhappy that BP's man, Robert Dudley, appeared to have the upper hand in running the company, in his capacity of TNK–BP's CEO. There were also concerns over the composition of the TNK–BP board of directors, on which BP had five representatives whereas AAR had only four.[20] At the same time, the practice of bringing BP's expatriate staff to TNK–BP on a temporary basis was perceived by the Russian shareholders as expensive and not particularly vital. However, in BP's opinion, the management, technical, and financial expertise of its employees would be of great benefit to the Russian joint venture.[21]

BP seemed to be unmoved by AAR's continued calls for a change in the TNK–BP strategy, and the way in which the joint venture conducted its business. Due to the fact that BP and AAR both owned a 50 per cent in TNK–BP, the conflict brewing within the joint venture started to paralyse the company's normal operations. However, even before TNK–BP was established President Putin had warned Lord Browne, then the CEO of BP, of the dangers of getting stuck in a corporate governance deadlock with the AAR consortium under a 50/50 arrangement.[22] AAR apparently felt compelled to put pressure on BP as the only way of making the IOC get the billionaires' point and change its ways. In the spring-summer 2008, the AAR consortium allegedly facilitated tax, visa, and work permit investigations into BP personnel by Russian regulatory agencies. As a result, Robert Dudley had to flee Russia in July 2008 and even tried to run TNK–BP from abroad.

Some commentators went so far as to suggest that it was the Kremlin which orchestrated the attack on BP, in order to squeeze them out of the TNK–BP venture. However, such suggestions did not take into account the fact that it was the Kremlin in the first place which had blessed the formation of the joint venture, in which the largest stake in any Russian corporate entity was to belong to a Western company. If the Kremlin really wanted additional oil assets in Russia it could do so at the expense of other domestic oil companies, not at that of a joint venture with a 50 per cent foreign stake.

Despite open calls for Vladimir Putin and Dmitry Medvedev to interfere in the AAR–BP corporate conflict, the Kremlin had no reason to do so.[23] First, as previously mentioned, in 2003 Vladimir Putin had warned BP of potential problems with the

---

[20] See: *TNK–BP Holding 2007 Annual Report*, 36–40.

[21] See: Robert Dudley's interview in *Vedomosti*.

[22] See: John Browne, *Beyond Business*, London: Weidenfeld & Nicholson, 2010, 130–51; Daniel Yergin, *The Quest: Energy, Security and the Remaking of the Modern World*, London: Allen Lane, 2011, 38.

[23] 'The Financial Times posovetovala Medevedevu vmeshat'sya v konflikt aktsionerov' (The Financial Times advises Medvedev to interfere in the shareholders' conflict), *Lenta.Ru*, 2 July 2008, http://lenta.ru/news/2008/07/02/tnk/.

11

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



50/50 joint venture arrangement.[24] Second, the Russian state had no stake in TNK–BP and therefore considered it inappropriate to interfere in the corporate conflict of the two shareholders. Finally, despite the predominantly international nature of the parties behind the TNK–BP ownership structure, it was still a Russian company from the operational point of view. Therefore, the Russian government's involvement in the AAR–BP conflict on the side of BP would have run counter to Vladimir Putin's commitment to protect the interests of big Russian businesses (private or public) in their battle to become global players.

In the end, BP and AAR opted to stop the corporate standoff by agreeing on a new shareholding arrangement, and the resignation of Robert Dudley as TNK–BP's CEO. Under the provisions of this agreement, both BP and AAR would each have four board representatives, with an additional three independent directors: Gerhard Shroeder, former German Chancellor; Alexander Shokhin, Chairman of Russia's Union of Industrialists and Entrepreneurs; and James Leng, former CEO of the international steel conglomerate Corus. The TNK–BP partners also decided that their company would start acquiring assets outside Russia and the Ukraine, and would be run by an independent CEO.

However, the peace between AAR and BP only lasted for a couple of years, until BP and Russia's state oil company Rosneft decided to form a strategic partnership for joint development of Arctic hydrocarbons.

### BP's Arctic (Or)deal

Commenting on the collapsed BP–Rosneft Arctic deal in May 2011, Russia's President Dmitry Medvedev hinted that both BP and Rosneft should have done better homework before signing their agreement some months earlier, in January 2011. According to the Stockholm Arbitration panel, BP had previously signed an international legally binding shareholding agreement with AAR, which stipulated that TNK–BP would be the primary corporate vehicle for BP's oil and gas operations in Russia. Therefore, in this context, the BP–Rosneft *strategic* Arctic deal had to be blocked on legal grounds, as breaching TNK–BP earlier contractual arrangements.[25]

There were a number of pre-existing factors which ensured that AAR would not be afraid of challenging Rosneft and its powerful governmental backer, Igor Sechin, and guaranteed that the Russian government would refrain from 'muscling out' the AAR consortium for daring to challenge the BP–Rosneft deal.

*AAR's uniqueness.*
As previously mentioned, this consortium of billionaires has traditionally enjoyed excellent communication channels with the Kremlin. This meant that AAR could present their objections to the BP–Rosneft deal directly to Vladimir Putin and Dmitry

---

[24] See Jenik Radon, op.cit.
[25] 'Stockholm court bans BP–Rosneft deal', *RIA Novosti*, 24 March 2011.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



Medvedev, while bypassing any government gatekeepers. Moreover, as acknowledged earlier, the international nature and asset diversity of the AAR consortium distinguished the billionaire partners from any other high-net worth individuals with Russian connections. Therefore, the international nature of the AAR consortium (unlike the ill-fated Yukos) made it an unlikely target for an attack by the Russian state. Had the state confronted AAR, international courts would have blocked the BP–Rosneft deal in any case, potentially causing reputational damage for the Russian government, Rosneft, and BP. It was also highly unlikely that the Kremlin would have risked political and economic stability in the country, and the existing status quo between key economic players, in the year of Russian parliamentary elections and the planned announcement of Vladimir Putin's intention to run for president in 2012.

*The probability of AAR's legal action.*
The probability of legal action by AAR against the BP–Rosneft deal was high even before it was signed in January 2011. The AAR consortium has always appeared to have wanted to establish a solid and respectable reputation in the West, and has therefore based its operations and contractual arrangements on international legal standards. Such a strategic approach has been adopted by most Russian billionaires, in order to ensure long-term protection of their investments by the international legal system. Members of the AAR consortium have never been afraid of suing large corporations in international courts. Examples of legal action by AAR members include Alfa Group's 2008 lawsuit against the Norwegian telecoms operator, Telenor; Access Industries' 2009 lawsuit against JPMorgan Chase Bank; and Viktor Vekselberg's 2010 lawsuit against the auction house Christie's.[26] Had AAR avoided legal action against BP's Arctic deal with Rosneft, it would have undermined the billionaires' adherence to international legal standards, potentially creating further problems with their other assets in the future.

*TNK–BP – a chosen company.*
The history of the Russian government's reluctance to become involved in disputes between the shareholders of TNK–BP highlights an earlier-mentioned fact that TNK–BP was chosen by Vladimir Putin as a showcase of successful partnership between the private interests of big Russian business and international investors (IOCs). Hence any direct involvement by the Kremlin on the side of either AAR or BP would appear illogical and inconsistent from a political, commercial, and legal point of view.

*Rosneft's options.*
One possible way of saving the BP–Rosneft deal was either to secure AAR participation in the Arctic partnership via TNK–BP or to buy the billionaires out. However, Rosneft ruled out TNK–BP participation in the Arctic partnership, citing

---

[26] Catherine Belton, 'Altimo division sues Telenor', *Financial Times*, 26 March 2008, www.ft.com/cms/s/0/a8f76b4e-fad6-11dc-aa46-000077b07658.html; 'Blavatnik sues JPMorgan over investment losses', *Reuters*, 22 June 2009, www.reuters.com/article/2009/06/22/blavatnik-jpmorgan-idUSN2251796720090622; Richard Eden, 'Oligarch Viktor Vekselberg sues Christie's over "fake" painting', *Daily Telegraph,* 18 July 2010, www.telegraph.co.uk/culture/art/art-news/7896460/Oligarch-Viktor-Vekselberg-sues-Christies-over-fake-painting.html.

13

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



the joint venture's lack of experience with the development of offshore projects. At the same time, Rosneft could not, on its own, afford to purchase the $30+ billion AAR stake in TNK–BP. The Russian state oil champion already had a large debt of around $23 billion which, according to the International Financial Reporting Standards, constituted 36 per cent of Rosneft's 2010 annual revenue. An acceptable debt-to-revenue rate ratio for international oil and gas companies is between 10 and 15 per cent.[27] Even in collaboration with BP, it was still questionable whether Rosneft could, or needed to, buy out the billionaires. First, AAR did not seem to be interested in selling their prime asset, despite Rosneft's and BP's reported offer of $32 billion.[28] Second, the stalled deal with BP in fact boosted Rosneft's bargaining position in its relations with other potential foreign partners, including ExxonMobil. In comparison to BP's equity swap deal, Exxon's offer of making Rosneft its partner in other upstream projects seems more attractive (see Table 1). In the context of Russian energy players looking to expand beyond the realms of Russia, ExxonMobil made an offer Rosneft could not refuse.[29]

*Table 1: BP's and Exxon's offers to Rosneft*

|  | **BP** | **ExxonMobil** |
|---|---|---|
| **Share swap:** | BP gets 9.5% of Rosneft shares. Rosneft gets 5% of BP's shares. | None |
| **Research & Development:** | Arctic Research and Design Centre for Offshore Development in St Petersburg | Arctic Research and Design Centre for Offshore Development in St Petersburg |
| **Fields and projects in Russia:** | East Prinovozemelsky Licence Blocks 1, 2, 3 in the Kara Sea | East Prinovozemelsky Licence Blocks 1, 2, 3 in the Kara Sea + Tuapse Trough Block in the Black Sea. Potential joint development of western Siberian tight oil resources. |
| **Fields and projects in other countries:** | None | Rosneft's access to Exxon's fields in North America, the Gulf of Mexico, tight oil fields in Texas (USA), and Canada + potential projects in other countries. |

Source: Rosneft's press releases of 14 January 2011 and 30 August 2011.

---

[27] Vladimir Milov, 'Zachem Rosnefti pogloshchat' TNK–BP?' (Does Rosneft need to absorb TNK–BP?), *Forbes-Russia*, 8 June 2011.

[28] Various reports suggested that AAR partners were keen on selling their share if the offered price was around $40 billion for 50% of TNK–BP. Nevertheless, it seemed highly unlikely that AAR could realistically have expected to sell its stake for this price. Arguably, BP could not have come up with this amount either on its own or together with Rosneft, due to BP's financial exposure following the environmental disaster in the Gulf of Mexico in 2010.

[29] Exxon's Arctic offer to Rosneft could also be examined in the larger context of this IOC's involvement in Sakhalin-1 project. See: Isabel Gorst, 'Moscow turns up heat on Sakhalin investors', *Financial Times*, 3 August 2007; 'Audit Chamber warns Exxon Neftegas over Sakhalin-1 spending', *RIA Novosti*, 26 October 2010; Ed Bentley, 'Exxon face Sakhalin-1 query', *The Moscow News*, 28 October 2010; Christopher Hellman, 'Rosneft Deal Shows Exxon To Be The Only Supermajor With Heft In Russia', *Forbes*, 31 August 2011; Ed Crooks, 'An embodiment of Exxon's no-nonsense culture', *Financial Times*, 2 September 2011.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



## *BP's Future in Russia*

Despite some recurring problems in Russia, BP does not necessarily have to face bleak prospects in the country's domestic oil sector. At the core of BP's future involvement and commercial success in Russia lie its relations with the AAR billionaire consortium and the Russian state. In this context, the two key questions are whether BP and AAR can salvage their seemingly strained relationship, and whether BP has some strategic advantage over other IOCs which can be of benefit to the Russian oil sector.

In terms of the future of TNK–BP, AAR and BP may find it of mutual benefit to 'reload' their relations while sticking to contractual terms, instead of selling their respective shares in the joint venture.

### *AAR*

For the AAR partners – Mikhail Fridman, Len Blavatnik, and Viktor Vekselberg – TNK–BP is bound to be a jewel in the crown of their diversified corporate portfolios. First, the cash-generating ability and potential of TNK–BP surpasses that of many of their other companies. In 2009–10 the company paid $3.5 billion per annum in dividends to its shareholders. Second, TNK–BP could be turned into an even larger corporate player on the global energy scene than it already is. The AAR billionaires have always appeared reluctant to sell their 50 per cent share in TNK–BP, thus undermining any attempts to have them replaced with Gazprom or Rosneft in the Russian joint venture partnership.

One may argue that in order to comprehend Russian billionaires, Western observers simply need to look at their own pioneers in the industry. John D. Rockefeller is remembered not for his interest in short-term start-up projects, but for his achievements in the long-term development and growth of his corporate assets. In this context, the scale of the stakes of AAR and BP is well illustrated by the shareholding composition of the partners in the TNK–BP venture (see Table 2). Mikhail Fridman, Viktor Vekselberg, and Len Blavatnik are the owners holding a majority, or a controlling, interest in their respective companies, whereas in the case of BP no shareholder has any controlling share capital. This illustrates the fact that AAR has had a long-term outlook in relation to its primary asset – TNK–BP.[30]

---

[30] This, however, does not imply that BP, which is owned by a larger number of shareholders, has short term interests in Russia. The fact that BP was willing to invest in the Arctic clearly demonstrates this IOC's long-term outlook.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



*Table 2. Key shareholders of BP and AAR (Alfa Group, Access Industries, and Renova).*

| Companies | Shareholders with over 51% | Largest shareholders |
|---|---|---|
| BP plc | None | BlackRock Inc. (5.93%) Legal & General Group plc (4.18%) |
| Alfa Group | Trio of M. Fridman, G. Khan & A. Kuzmichev | Trio of M. Fridman, G. Khan & A. Kuzmitchev (~70%) |
| Access Industries | Len Blavatnik | Len Blavatnik (~70%) |
| Renova | Viktor Vekselberg | Viktor Vekselberg (~70%) |

Source: Company reports. *Vedomosti, Kommersant*. BP's shareholding data is based on the largest holders of voting rights of the issued share capital.

Therefore, as long as AAR has not fulfilled its aspiration of turning TNK–BP from a Russia-based company into a global player, it will be unwise for the billionaires to sell their core asset. TNK–BP only made its first steps in becoming an international company in 2010-2011, when it agreed to buy BP's $1.8 billion worth of oil and gas assets in Vietnam and Venezuela as well as $1 billion worth of Amazon oil exploration blocks from Brazil's HRT Particiapoes.[31] At the time of writing, TNK–BP is also in the process of buying 50 per cent of Itera, the only Russian company operating in upstream projects (including the Caspian offshore) in gas-rich Turkmenistan.

*BP plc*
When Lord Browne, then the head of BP, signed a deal with the AAR consortium in 2003, he boosted his company's role among other IOCs considerably by securing access to new hydrocarbon resources and enlarging his company's income potential (See Insert **What is TNK–BP for BP?**).

---

[31] TNK–BP's new Vietnamese assets include: 35% in the offshore block project 06-1 (Lan Tay and Lan Do gas condensate fields), 32.7% stake in the pipeline and Nam Con Son terminal, and 33.3% Phu My 3 power station. Vietnamese assets allow TNK–BP to create an integrated corporate asset in Vietnam which includes gas production, transportation, and power generation facilities with a production capacity of 30,000 barrels of oil equivalent per day. TNK–BP's new assets in Venezuela include 16.7% of PetroMonagas SA, 40% of Petroperija SA – operator of the DZO project, and 26.7% of Boqueron SA. Venezuelan projects will yield 25,000 barrels of oil equivalent per day. In Brazil, TNK–BP bought a 45% stake in 21 oil and gas exploration blocks in the Amazon's Solimões river basin. This project would bring TNK–BP 'a net prospective and contingent resource of 789m barrels of oil equivalent'. TNK–BP could potentially buy an additional 10% share in the project and become its operator. See: Catherine Belton and Samantha Pearson, 'TNK–BP to buy $1bn stake in Amazon venture', *Financial Times*, 31 October 2011; Kirill Melnikov, 'TNK–BP proburit Braziliyu' (TNK–BP will drill in Brazil), *Kommersant*, 1 November 2011, www.kommersant.ru/doc/1807722.

16

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.



| **What is TNK–BP for BP?** |
| --- |
| • Over $16bn in dividends since 2003; |
| • Nearly 25% of BP's annual output; |
| • One fifth of BP's reserves; |
| • One tenth of BP's profits in average years. |

Source: company reports, *Financial Times*

BP's financial exposure, following the environmental disaster in the Gulf of Mexico, has compelled the IOC to raise up to $45 billion by selling out some of its assets worldwide. However, BP has not indicated any plans to pull out of Russia. On the contrary, its Russian venture has benefited by purchasing $1.8 billion worth of BP's assets in Venezuela and Vietnam. There is also a possibility that TNK–BP may buy into BP's projects in Algeria. Therefore, despite all the problems, TNK–BP still represents one of BP's prime corporate assets. Moreover, BP could still have some possible lucrative commercial opportunities in Russia, perhaps even potential involvement in the Arctic. In the future, the Russian government could amend the current rules which grant Gazprom and Rosneft a monopoly on offshore production. For example, the latest proposals of the Russian Ministry of Natural Resources seek to limit Gazprom's and Rosneft's existing monopoly to offshore exploration and production, whereas the stage of geological prospecting could be liberalized. In addition, the Ministry's experts suggest that Arctic hydrocarbons should be developed by international consortiums led by state-controlled Russian companies, instead of by partnerships established by Gazprom and Rosneft with IOCs. These changes may not appear significant, but could pave the way for greater involvement of IOCs in the Russian oil and gas sector.

BP's continued involvement in Russia is also important for the domestic oil industry, which requires Western technology not only to develop its new complex onshore and offshore resources, but also to modernize its refining sector. In this context, BP's world class technology of heat exchange and catalysis could be of benefit to the ageing Russian refineries which were predominantly built between the 1940s and the 1970s.

## *Conclusions*

It seems that the problems between BP and AAR have been primarily instigated by the evolving Russian politics, as well as by the different backgrounds, perceptions, and motives of the 'newly-wed' TNK–BP partners. It is also apparent that the Russian billionaires of the AAR consortium and BP may lose out more if they sell their stake than if they continue in the unique 50/50 joint venture. The Kremlin, which authorized the TNK–BP venture in 2003, has always appeared reluctant to get involved in corporate conflicts inside the company – which Vladimir Putin selected as a showcase of a successful partnership between Russian billionaires and a leading Western IOC. The question remains whether BP and AAR can work out their

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.

**G114**



differences and continue to develop TNK–BP into a successful international company, or whether the relationship between the partners can no longer be sustained.

BP's problems in Russia, as well as the recent upheavals in the Middle East and North Africa, have once more highlighted the fact that the importance of politics and international legal standards in the energy sector can not be underestimated, especially in emerging markets and economies in transition.

BP's most recent challenging experience in Russia has wider implications for other international oil companies. Corporate oil executives, company chief economists, geologists, bankers, and management consultants may have an excellent grasp of geological data and technical challenges, supply–demand ratios, production and investment figures, government tax regimes, corporate financial data, and management structures and skills, but their failure to comprehend political and legal risks may result in inadequate corporate decisions which could subsequently cost billions to the industry, investors, and shareholders.

International oil companies often have to take risks when they invest outside politically stable Western democracies. These risks are often unavoidable, since over 80 per cent of global energy resources are controlled by national governments directly or through their national oil and gas companies. However, unnecessary political risks can be avoided if IOCs invest time and money to secure high quality political risk advice either externally, or by setting up their own in-house teams.

Risk taking is an inherent part of the oil and gas business, and pushing for new reserves is crucial to the survival and advancement of energy companies. All the more reason, then, that those risks are calculated and strategic.

The contents of this comment are the author's sole responsibility. They do not necessarily represent the views of the Oxford Institute for Energy Studies or any of its Members.

# THE WALL STREET JOURNAL.

Business

### TNK-BP Russian Partner Relishes Conflict; Taking Lessons from 'The Godfather,' Russian Billionaire Expresses Pride in 'Tough Relations With Our Partners'

By Gregory L. White

1053 words
14 November 2011
WSJO
English

Copyright 2011 Dow Jones & Company, Inc. All Rights Reserved.

MOSCOW—For much of its eight-year history, Russian oil company TNK-BP Ltd. has seen its two shareholders at odds. BP PLC and a group of Soviet-born billionaires known as AAR have done battle in courtrooms and boardrooms from Siberia to the Caribbean.

That's a good thing, says German Khan, an AAR principal who insiders say essentially has run TNK-BP since the joint venture's BP-backed chief executive fled Russia during a row between the shareholders three years ago.

"I'm of the view that shareholder conflicts are good for companies," Mr. Khan says in a rare interview at TNK-BP's Moscow headquarters. "I've seen many conflict situations where managers started working better than in ordinary conditions."

Mr. Khan, 50 years old, has seen plenty of tension in his business career. He is one of the three founding shareholders of the Alfa Group, which grew from a window-washing cooperative in the waning days of the Soviet Union into a conglomerate with holdings in an array of sectors, including from oil, banking, retail and telecommunications.

Legendary for its often-aggressive tactics with partners, competitors and debtors, Alfa has been criticized for exemplifying Russia's bare-knuckle business environment.

But Mr. Khan—a slight, soft-spoken man who took up boxing as a child in Kiev, Ukraine, and as an adult has been said to carry a chrome-plated pistol under his sport coat—makes no apologies for Alfa's style. The group's holdings are now valued at more than $25 billion.

"We try to set rather clear and tough relations with our partners and defend our rights in the legal situations that arise," he says.

TNK-BP often has been the battlefield for such relations. Alfa is the first 'A' and the dominant partner in AAR, which also includes Len Blavatnik's Access Industries and Viktor Vekselberg's Renova Group.

Early this year, AAR asked a London court to block a $16 billion alliance that BP had negotiated with OAO Rosneft, a Russian state-controlled oil company. AAR said the deal would have violated exclusivity provisions in joint-venture agreement with BP. The court agreed, and BP was forced to scuttle the Rosneft deal. BP rival Exxon Mobil Corp. ultimately made the deal with Rosneft instead.

Arbitration proceedings are under way with AAR. They could lead to TNK-BP suing the British giant for what AAR says are billions of dollars in damages from the failed deal. BP rejects that claim as groundless. Mr. Khan declines to comment on that dispute.

In BP's previous run-in with AAR, Bob Dudley, who then was chief executive of TNK-BP and now runs BP, had to leave Russia in 2008 amid a rising wave of pressure on foreign executives from regulators and courts in Russia. People close to BP blamed the problems on AAR, in particular, Mr. Khan. Mr. Dudley at the time said he held meetings on the balcony of his downtown Moscow office to avoid eavesdropping.

"It was a nice balcony," Mr. Khan recalls, saying he wasn't aware of eavesdropping. AAR has denied a role in pressuring BP. After Mr. Dudley left Russia, BP and AAR reached a truce in which the British giant gave up much of its direct influence inside the company.

"There's nothing personal here, it's just business," Mr. Khan says.

A BP representative says "occasional shareholder disagreements have not stopped [TNK-BP's] growth, and as shareholders we are very happy with the company's performance." Mr. Dudley wasn't available for comment.

At the height of the 2008 conflict, Mr. Khan was featured in a secret U.S. diplomatic cable, in which a British colleague painted an unflattering picture of him, even noting Mr. Khan's affection for the movie "The Godfather."

"I should have it framed and hung on my office wall," Mr. Khan jokes about the cable. "By the way, it's a very instructive film."

Visibly annoyed when asked about the pistol, which also figured in the cable, Mr. Khan says, "Everyone has their childhood dreams."

Mr. Khan says he and his partners "believe in" the 50-50 structure of TNK-BP, despite the periodic disputes. He says AAR doesn't regret not selling earlier this year, when BP and Rosneft discussed a deal to salvage their proposed alliance by buying out AAR's stake in TNK-BP for about $32 billion in cash and stock.

Mr. Khan denies that he dominates company management, which is formally headed by CEO and Chairman Mikhail Fridman, Alfa's largest shareholder. Mr. Fridman has said he is a hands-off CEO.

Mr. Khan says there has been no indication that Russian authorities have given the company the cold shoulder after the Rosneft mess, as some observers had predicted. With its hybrid of foreign and local ownership, TNK-BP is a rarity in the Russian oil sector, where local companies, particularly state-owned ones, have been dominant in recent years.

But Mr. Khan says he sees the government easing the tax burden and opening more opportunities—including access to the huge reserves on the Arctic shelf—to private players to boost flagging oil production. The tightly regulated gas market also is likely to open up over time, he says. That would allow TNK-BP to become one of Russia's biggest gas producers, he says. "We're not planning to retire."

Alfa has avoided the internal tensions of other Russian companies in recent years, in which oligarchs have taken each other to court.

One of the most dramatic of such battles is under way in London, where one-time Kremlin insider Boris Berezovsky has sued his former partner, oil tycoon Roman Abramovich. The case has provided a rare window into the murky business dealings of 1990s Russia. Last week, Mr. Abramovich testified that everyone in big business needed high-level political and other protection, known as a krysha, the Russian word for "roof."

Mr. Khan takes issue with that. "We never had a krysha. We were always our own krysha."

Write to Gregory L. White at greg.white@wsj.com [mailto:greg.white@wsj.com]

Dow Jones & Company, Inc.

Document WSJO000020111114e7be00001

**Search Summary**

| Text | TNK-BP Russian Partner Relishes Conflict |
|---|---|
| Date | All Dates |
| Source | All Sources |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | All Languages |
| Results Found | 6 |
| Timestamp | 6 January 2020 4:00 PM |

© 2020 Factiva, Inc. All rights reserved.

**The New York Times** | https://nyti.ms/Ntersx

GLOBAL BUSINESS

# In Bid for BP's Stake of Venture, a Former Spy Becomes the Focus

By ANDREW E. KRAMER   JULY 24, 2012

MOSCOW — Igor I. Sechin, chief executive of Rosneft and confidant of the Russian president, Vladimir V. Putin, is the most powerful oilman you've never heard of. And Mr. Sechin, a former military spy who is awkward in front of cameras, long preferred it that way.

But he might not be able to remain in the shadows for much longer. In recent months, Mr. Sechin has struck a series of bold deals with Western oil companies to develop Siberia and Russia's Arctic waters, and he is on the prowl for more.

The man nicknamed "The Scariest Man on Earth" because of his espionage background is now at economic conferences and visiting boardrooms in New York and Berlin as he seeks to build up Rosneft, the Russian state oil company.

On Tuesday, Rosneft announced that it had begun negotiations on what would be its biggest deal ever: to buy the British oil giant BP's share of its Russian joint venture. BP estimates that its stake in the venture, TNK-BP, is worth about $30 billion.

The deal, if consummated, would help Mr. Putin and Mr. Sechin consolidate their control over Russia's valuable energy assets, the linchpin of the nation's economy, at a time when the Russian industry is facing stiff challenges to finding new sources of oil to replace aging fields. It would also cement Rosneft's position as the biggest publicly traded oil company in the world as Mr. Putin begins his third presidential term.

Rosneft already claims the largest proven oil reserves of a listed company, though other, nonpublic state companies such as Saudi Aramco have far more.

The company's production of 2.4 million barrels per day now surpasses BP's output of 2.3 million, including its portion from TNK-BP, and Exxon Mobil's level of 2.2 million. If Rosneft acquires BP's stake in TNK-BP, its daily output would rise to 3.3 million barrels per day — more than the country of Iraq and well ahead of other public companies.

"Rosneft believes that an acquisition of BP's interest in TNK-BP would be in the best interest of both Rosneft's and BP's shareholders and would lead to further development of TNK-BP," Rosneft said in a statement. Rosneft said it approached BP only after BP had announced interest from another potential buyer in June.

For its part, BP said it "welcomed today's announcement by Rosneft of its interest in commencing negotiations."

BP is also negotiating a possible sale to its Russian partners, a group of Soviet-born billionaires that include Len Blavatnik, who lives in New York, and two Russian-based partners. But BP will be hard pressed to turn down the state company's bid, in no small part because of the presence of Mr. Sechin, who was deputy prime minister until May.

Mr. Sechin declined to be interviewed. But his recent actions seem to signal a desire on the part of the Kremlin to work with Western companies to more fully develop Russia's oil and gas resources while also ensuring that the government retains control over the assets.

For BP, the Russian joint venture has provided a gusher of cash, generating $19 billion over nearly a decade. But BP and its Russian partners have clashed repeatedly over whether and how to expand. And last year, the Russian partners, including the oligarch Mikhail Fridman, successfully blocked a separate deal that BP had struck with Rosneft to explore Russia's Arctic waters.

That maneuver embarrassed Mr. Putin, who had publicly championed the BP-Rosneft alliance.

BP, oil analysts say, wants to sell its TNK-BP stake in part as a means to divorce from its partners and make a new alliance with Mr. Sechin, who is said to be an opponent of Mr. Fridman.

Any sale of BP's stake in TNK-BP is at least three months away, the period that BP must, under its shareholder agreement, negotiate on the buyout offer from its current partners. Further muddying any possible deal are allegations of fraud from a former TNK-BP employee against the company's management, which emerged Tuesday in a London court.

The former director of logistics accused one of the Russian shareholders, German Khan, who is also a manager, of funneling hundreds of millions of dollars in bribes to Russian officials in the guise of subcontracts. TNK-BP lawyers denied the allegation as wholly unsubstantiated, Bloomberg News reported.

Renaissance Capital, a Russian investment bank, suggested in a research report last week that the oil sector would be partly nationalized in Mr. Putin's third term, with state control rising to more than 50 percent from 33 percent today.

The appointment of Mr. Sechin, a longtime aide to Mr. Putin, to the chief executive position at Rosneft telegraphed the government's intentions, the report suggested.

Thane Gustafson, senior director of research for Eurasia energy at IHS, said that an acquisition of TNK-BP could help Rosneft gain valuable expertise in techniques to extract oil from shale fields, which have driven a boom in American oil and gas production but have been barely tapped in Russia.

Mr. Sechin, with one foot in the world of intelligence services and the other in business, is positioned like no other official in Russia to orchestrate a major overhaul of the oil industry — with Rosneft, as has so often been the case, the principal beneficiary. Mikhail B. Khodorkovsky, in an interview in 2005, blamed Mr. Sechin for his arrest and the dismantlement of his company, Yukos, and its absorption into Rosneft.

"There is no question that Sechin has proven himself loyal and competent," Mr. Gustafson said.

Kremlinologists say Mr. Sechin leads a faction of former military and security services veterans known as the "siloviki," or men of power, who are skeptical of close partnership with the United States. He has, though, negotiated deals with Western companies, including Exxon Mobil, to explore for oil in the Russian sector of the Arctic

G117

Ocean.

Mr. Putin hired Mr. Sechin as an aide in his office in the St. Petersburg city administration in 1993, when Mr. Putin was a deputy mayor. The two former spies have worked together since, through a succession of jobs including at the F.S.B., the successor agency to the K.G.B., where Mr. Putin was director in the late 1990s.

Over the years, Mr. Sechin has handled both delicate and personal matters for his boss. When Mr. Putin's wife, Lyudmila, was in a car accident in 1994 and had to be taken to the hospital, she told a journalist later, she called Mr. Sechin to take care of the Putins' daughter Katya because Mr. Putin was busy with work.

Mr. Sechin is a contentious figure for foreign investors, though he is said to be far more gregarious and easygoing in private than at public functions.

William F. Browder, the chief executive of Hermitage Capital and formerly the largest portfolio investor in the Russian stock market, was expelled from Russia in 2005 after advocating for greater transparency at state-controlled energy companies such as Gazprom and Surgutneftegaz.

Mr. Browder blamed Mr. Sechin for arranging this expulsion by designating him a national security threat, ineligible for a visa.

The purchase of the BP stake in TNK-BP would catapult Mr. Sechin, who served in the Angolan civil war in the Soviet military intelligence service, or the G.R.U., into the ranks of the most important figures in the world of oil, with a thumb on the scale of prices.

Generally, Western oil companies have been eager to strike deals with him despite the unpredictable nature of dealings with the Russian government. One senior Western oil company executive, who requested anonymity to preserve business relationships with the Russians, recalled a meeting where Mr. Sechin said flatly that foreigners investing in Russian oil shouldn't expect a game of cricket.

"You have to remember, this is Russia," he recalled Mr. Sechin telling him. "There are different rules."

Stanley Reed contributed reporting from London.

A version of this article appears in print on July 25, 2012, on Page B1 of the New York edition with the headline: In Bid for BP's Stake of Venture, a Former Spy Becomes the Focus.

© 2020 The New York Times Company

53,438 views  |  Jan 21, 2015, 06:49am

# The Four Horsemen Of Russia's Economic Apocalypse



**Nathan Vardi**  Forbes Staff
*Hedge Funds & Private Equity*
*Following the money trail*

🕐 **This article is more than 2 years old.**

This story appears in the February 9, 2015 issue of Forbes.  Subscribe

**IN MARCH 2013** a group of bankers and lawyers gathered in the Frankfurt offices of Deutsche Bank to monitor the transfer of nearly $28 billion in U.S. currency from an account controlled by Russia's state-owned oil giant, Rosneft , to one controlled by four billionaire Russian tycoons: Mikhail Fridman, Viktor Vekselberg, Len Blavatnik and German Khan.

The closing of the sale of TNK-BP, Russia's third-biggest oil company, 50% owned by British Petroleum and 50% by the Russian billionaires, marked another move by Vladimir Putin to centralize power. Rosneft Chief Executive Igor Sechin, often described as Russia's second-most-powerful man behind Putin and sometimes called Darth Vader, was the central figure behind the deal. He sometimes seemed to want to remind the oligarchs of their rank by tormenting them during the negotiations, arriving late to their Moscow meetings.

As if it were being played out in a James Bond thriller, a neutral location was selected for the closing: Frankfurt, Germany, continental Europe's financial capital. Shareholder representatives insisted that they be able to immediately verify, in real time, the transfer of cash and stock certificates into an escrow account controlled by the billionaires, says a person familiar with the events . Only after a screenshot was taken showing the new balance of $27,778,900,132.16 was the transaction considered final.



Mikhail Fridman

Today In: Investing                                                              ⌄

Putin was ecstatic. "This is a good big deal, which is important not only for Russia's energy sector but for the entire Russian economy," he said as the deal was being announced. Rosneft's $55 billion TNK-BP purchase transformed it into the world's biggest publicly traded oil company and cemented Sechin's position as a global energy czar, with Putin presumably pulling the strings.

**G119**

Sechin and Putin's mega-energy merger may have seemed like a "good" strategic deal for Russia — it turned Rosneft, formerly a fledgling state entity, into an oil powerhouse whose worth now hovers around $55 billion, cashing out of Russia's most oil-dependent company in the spring of 2013, with West Texas Crude selling at $92 per barrel and Western banks pumping loans into Russia, may go down as the most brilliantly timed profit-taking of the decade. It also may have set off a chain of events in global financial markets that has contributed to the collapse of Russia's currency, which plummeted 40% against the dollar in 2014. Putin's state has been thrown into recession.

In 2003 British Petroleum started working with Fridman, his other billionaire partners and their TNK oil company, creating a 50-50 joint venture called TNK-BP. It would reach $60 billion in annual revenues and pay its owners dividends in the tens of billions over a decade. In fact the cash being generated by TNK-BP helped make the four Russians some of the richest men in the world and kept BP secure as an oil power, accounting for 27% of its reserves.



German Khan

But it was a rocky partnership. The Russian billionaires felt that BP was treating TNK-BP as a foreign subsidiary, pursuing capital expenditures that would build reserves as opposed to other things like paying extra dividends. At the same time, BP's staff in Russia became embroiled in police actions, and its then Russia chief, Robert Dudley, left the country at one point and ran TNK-BP from a secret outpost after he and other BP employees could not renew their visas. Dudley is currently BP's chief executive officer.

After several other setbacks, including losing a deal to drill in the Kara Sea to Exxon Mobil in 2011, BP entered into a transaction with Sechin to sell its TNK-BP stake to Rosneft. In return BP got $12.5 billion and a 19.75% stake in Rosneft, which was important to BP because the structure allowed BP to continue including some of Rosneft's reserves on BP's books.

For BP's billionaire partners the best option was to sell their entire 50% stake to Sechin, a close Putin ally and former Russian deputy prime minister eager to build a massive national oil company. A cash buyout was key because the Russian billionaires did not want to become minority shareholders in a Sechin-controlled Rosneft. Likewise Sechin didn't want to risk diluting control through the issuance of more shares to this shrewd investor quartet. Sechin's big problem was that he didn't actually have the money to buy them out. So he borrowed about $40 billion in cash to close the deal, partly by using short-term foreign-denominated bridge loans. Banks from all over the world participated in the financings, including JPMorgan Chase, Barclays, BNP Paribas and Unicredit.

**G120**



Viktor Vekselberg

But little more than a year later, in the fall of 2014, Rosneft was suddenly in a pickle. It needed to meet payments related to the bridge loans, but by then Putin's invasion of Crimea brought on crippling economic sanctions, and Saudi Arabia's decision to take on U.S. shale producers and discipline OPEC members like Iran and other producers like Russia had pushed oil prices into a free fall. Sechin and Rosneft were effectively cut off from Western banks, and there was no easy way for Sechin to roll over $7 billion of foreign currency-denominated deal loans that were coming due in December. So Sechin got backing from Russia's central bank and orchestrated a bond sale to raise rubles.

Rosneft placed $10.8 billion worth of ruble-denominated bonds in December, carrying rates below yields on similarly dated Russian government bonds. It was a mysterious transaction with almost no disclosures to date. The Russian central bank said it would accept the bonds as collateral from Russian banks seeking to borrow at preferential rates, essentially providing commercial banks a window of liquidity. No bond buyers were ever disclosed, and it's not yet clear how much money was raised. Rosneft has yet to make significant disclosures, and now Sechin has taken the position that "the ruble bond option was not exercised."

Still the murky bond issue took market players by surprise, causing speculation that Rosneft would sell the rubles it had just raised in the open market to buy up U.S. dollars to pay back its debt. The ruble plunged to record lows in response, even while oil prices appeared to be firming up.

"There was suspicion that those rubles could go to the foreign exchange market," says Sergey Romanchuk, head of forex at Metallinvestbank in Moscow. "This trade was like a trigger because people were scared that this would be a new instrument that would be used for other companies."



Len Blavatnik

Putin's critics called the Rosneft bond issue a bailout. Sechin described the attack as a "provocation." Rosneft went on record stating that not a single ruble raised in the bond issue would be used to buy foreign currencies. Its revenues mostly come from exports denominated in foreign currencies, and in a statement Rosneft says it "generates enough cash flow in foreign currencies in order to meet its loan repayment obligations." Where were the rubles going? Rosneft would only say the proceeds would be used for "financing its project in the Russian Federation."

Few dispute Rosneft's role in roiling the already skittish global market for rubles. At 19% of Russia's $2 trillion GDP, oil is Russia's biggest cash cow, and oil exports are heavily taxed. At $100 an exported barrel, some $70 would go to the government. At $50 a barrel, about $22. Rosneft presumably hoarded foreign currency this fall to make its debt payments. Industry analysts assert that it would have likely withheld dollars from the currency market that Rosneft would normally have used to purchase rubles to meet its tax obligations. Rosneft also has a big cap-ex program in Russia funded by rubles. "They were using the proceeds of the bond issue to cover their ruble costs," says Kirill Tachennikov, an analyst at BCS Financial.

Rosneft repaid its $7 billion loan in late December. A few days later the Russian government directed Russia's big exporters to support the ruble in currency markets. Rosneft may have complied, but with about $20 billion of debt coming due in 2015 (mostly in dollars and euros) and capital expenditure plans of $20 billion, Rosneft has a $40 billion headache that worsens with every tick down in the price of oil. According to its financial statements, Rosneft has $20 billion or so in cash and is on record asking the Russian government to tap its National Wellbeing Fund for assistance. Sechin wants help from Putin, but another bond bailout would be disastrous for the ruble.

**G122**



*Screenshot of 2013 transfer by Rosneft of $27,778,900,132.16 to account controlled by four Russian billionaires (Click to enlarge)*

Russia's economy may be sinking into crisis, but flush billionaires Fridman, Khan, Vekselberg and Blavatnik have shown few signs of rushing to Mother Russia's aid with significant investments or capital expenditures despite pleas from Putin.

Fridman, 50, Russia's third-richest man, collected $5.1 billion from the TNK-BP deal. His college buddy Khan, 53, got $3.3 billion. The duo set up a Luxembourg company, LetterOne, with the TNK-BP cash and are trying to buy an oil and gas unit of a German utility for $6 billion. Says a spokesperson, "We are committed to reinvesting a significant portion of the proceeds in Russia and hope to identify attractive opportunities in the near future."

Ukraine-born Blavatnik, a U.S. citizen since 1984 and worth $18 billion, reaped $7 billion from the TNK-BP sale. His biggest assets: a stake in Houston chemicals producer LyondellBasell and Warner Music. In 2014 he celebrated his Rosneft triumph by purchasing Damien Hirst's gilded sculpture of a woolly mammoth for $14 million. Blavatnik declined to comment.

Vekselberg, 57, known for his art collection, including a new museum in St. Petersburg featuring his Fabergé eggs, is now Russia's second richest, worth $14 billion. He reaped $7 billion from the deal and used some of it to buy into Schmolz+Bickenbach, a Swiss steel company. "Most of the money Renova [Vekselberg] received from the deal was invested in Russia," insists spokesperson Andrey Shtorkh.

Putin is standing by his man Sechin, despite the 50% decline (in U.S. dollars) in Rosneft's stock price during 2014. He is a "good manager," says Putin. BP, which still owns 20% of Rosneft, is bracing itself for a fourth-quarter earnings hit and may be forced to write down its Rosneft equity.

"The TNK-BP deal has been an expensive decision [for Russia]," says Sergei Guriev, a Russian economist who fled to France in 2013. "TNK's owners did a very good deal."

 **Nathan Vardi**

I am a senior editor at Forbes who likes digging into Wall Street, hedge funds and private equity firms, looking for both the good and the bad. I also focus on the inter... **Read More**

**G123**



**FINANCIAL TIMES**

**Mikhail Fridman: The Alpha oligarch**

Guy Chazan and John Thornhill

1951 words
5 March 2015
02:02 PM
Financial Times (FT.Com)
FTCOM
English

Copyright 2015 The Financial Times Ltd. All rights reserved. Please do not cut and paste FT articles and redistribute by email or post to the web.

When **the** definitive history of Russia's oil industry is written, **the** Chief Rabbi of Moscow will warrant a special mention. Rabbi Pinchas Goldschmidt helped to reconcile two men who had been locked in one of **the** most epic corporate tussles of **the** 1990s - Lord John Browne, then chief executive of BP, and **the** Russian tycoon **Mikhail Fridman**.

**The** BP chief had stood by helplessly as Mr **Fridman** seized control of some of **the** UK major's most valuable Siberian oilfields. He retaliated by launching a noisy international campaign against Mr **Fridman**'s oil company, TNK.

As recounted by Lord Browne in his memoirs, peace only broke out after he was contacted by a friend, Labour peer Greville Janner, who had just come back from a trip to Moscow. While there, Lord Janner spoke to **the** Chief Rabbi, who told him he knew Mr **Fridman**. "[He] is better than **the** other people you were dealing with," Lord Janner said. **The** BP chief relented and started taking **the** rabbi's phone calls. They met, and within months agreed a truce.

Four years later, **the** two men's companies teamed up to create TNK-BP - a joint venture that would become **the** world's seventh-largest oil producer and one of BP's most lucrative investments.

Now they have joined forces a second time. This week, Lord Browne was named executive chairman of L1 Energy, Mr **Fridman**'s new oil and gas venture. His mission: to spend some of **the** proceeds from **the** sale of TNK-BP on energy assets around **the** world.

Yet **the** venture has had a bumpy start. This week, **the oligarch**'s Luxembourg vehicle LetterOne announced it had acquired RWE Dea, **the** oil and gas arm of Germany's RWE, for €5bn. But **the** UK government is unhappy about **the** deal, fearing Mr **Fridman** might be hit by future sanctions imposed over Russia's actions in Ukraine: such an eventuality could affect **the** operations of Dea's 12 North Sea gasfields. Mr **Fridman** promptly threatened legal action.

**The** government wrote to LetterOne on Wednesday saying it had seven days to explain why it should be allowed to retain ownership of **the** fields and why ministers should not force their sale to a third party. **The** argument has puzzled many who know Mr **Fridman**. Always careful to steer clear of politics, he has never been seen as a Kremlin crony. His business empire, centred on Alfa-Bank, Russia's largest private lender, is a world away from state-owned corporations such as Rosneft, which have flourished under President Vladimir Putin and are now being squeezed by sanctions.

Legal minefield

That point was echoed on Wednesday by Victoria Nuland, US assistant secretary of state. Asked in a Congressional hearing whether Mr **Fridman** might be a potential target for US sanctions, she said **the** measures are aimed at "Russian public government assets and entities. Mr **Fridman** runs one of **the** few remaining private companies in Russia, and, as such, has had his own strong views as a private citizen about appropriate Russian-European relations".

**The** dispute over **the** Dea fields could be **the** first of many. With **the** political chill between Moscow and **the** west intensifying, more Russian businessmen could find themselves caught in **the** crossfire. That is a big concern for **the** City of London, which long ago opened its doors to Russian money. **The** web of financial ties may be hard to unpick.

One thing is clear: if **the** UK government wants a fight with Mr **Fridman**, a man renowned for his hardball tactics, he will relish it. **The oligarch**'s career has been punctuated by fierce corporate battles, both with domestic rivals and western groups like BP and Norwegian telecoms group Telenor. His aggression, combined with a brilliant strategic vision, has helped make him one of Russia's richest men, with interests spanning banking, oil, retail and telecoms. Forbes estimates his fortune at $17.6bn.

For BP executives, **the** partnership with Mr **Fridman**, which ended when Rosneft bought TNK-BP in 2012 for $55bn, a bruising experience. But they say he was unfailingly courteous, regularly assuring his antagonists that "it's nothing personal, just business".

"With him it was like a rugby game," says one person close to TNK-BP. "You kick **the** shit out of each other on **the** pitch but then you go and have a beer afterwards."

Born into a Jewish family in Lviv, western Ukraine, in 1964, Mr **Fridman** developed a taste for enterprise as a student at Moscow's Steel and Alloys Institute. He was one of a number of traders, nicknamed fartsovshchiki ( **the** word may come from **the** English phrase "for sale"), who bought and sold consumer goods and scalped theatre tickets. He set up a window cleaning business and even bred white laboratory mice.

When **the** Soviet Union collapsed in 1991 it was this generation of small-time entrepreneurs that came to **the** fore, picking over **the** carcass of **the** Soviet economy for scraps of value.

Along with some friends, including German Khan who is still his partner, Mr **Fridman** founded Alfa Group in 1989 and Alfa-Bank two years later. **The** financial-industrial group was backed by a group of powerful shareholders, who still remain anonymous. But it is a fair bet they were linked to **the** Communist party nomenklatura, among **the** only people with access to capital at **the** time. Jovial, rumpled and unpretentious, Mr **Fridman** stood out among **the** Yeltsin-era oligarchs. He was more likely to be found at a jazz concert than in **the** dissolute nightclubs that were in vogue.

**The** tabular content relating to this article is not available to view. Apologies in advance for **the** inconvenience caused.

< > He had, however, more staying power than many of his peers. He was one of **the** seven oligarchs who helped bankroll Boris Yeltsin's re-election campaign in 1996 and exercised a huge influence over **the** Kremlin in **the** late 1990s. Yet only three of them are still in business, testament to his street smarts and lack of overt political ambition.

"We have an ideology not to be involved in politics," Mr **Fridman** said recently. "I never tried to become an important or influential person, like many other Russian businessmen. It's too risky in Russia." Trying to get a job in government was also out of **the** question, he says. "I couldn't be a minister with my Jewish roots. My mother told me it's not for you - forget about it."

Russia's 1998 financial crash swept away many of **the** first post-Soviet moguls. But Mr **Fridman** survived. Alfa-Bank distinguished itself by securing depositors' funds, paying staff and trying - wherever possible - to honour its debt obligations. Other oligarchs simply ripped off customers and creditors, knowing they would have no recourse in Russia's lawless business environment.

He could be brutal - nowhere more so than in his bare-knuckle fight with BP. One banker said at **the** time that he appeared to have a devil on one shoulder and an angel on **the** other, and would listen to whichever promised him **the** most money. "You cannot expect to play by western rules in western capital markets and by Russian rules in **the** Russian oil market and expect to retain your credibility," **the** banker says.

In 1997, Mr **Fridman**'s Alfa teamed up with Len Blavatnik's Access Industries and Viktor Vekselberg's Renova to buy TNK, a state-owned oil company. BP had also entered Russia **the** same year, paying around $500m for a 10 per cent stake in Sidanco, a Siberian oil producer.

Siberian manoeuvre

Soon, Mr **Fridman** and his partners were making a play for Sidanco's best fields. They bought up **the** debt of some of its production units, had them declared bankrupt and snapped them up on **the** cheap. By late 1999, **the** company was an empty shell. BP hit back by sending lobbyists to Washington to block a $500m US Eximbank loan to TNK. Ultimately, however, Lord Browne and his one-time nemesis were reconciled, and agreed to become partners.

In his book, Lord Browne describes Mr **Fridman** as a "superb negotiator", writing: "He would give you **the** feeling that he would rather forfeit everything than give up on a single crucial point."

In 2003, one-time enemies BP and Alfa-Access-Renova created TNK-BP, a 50:50 joint venture. For **the** first few years it seemed to be an unqualified success. But from **the** start there was friction. A secret US diplomatic cable from **the** time, later published by WikiLeaks, explained **the** antagonism: "As one BP official told us when **the** company was forming: 'We have a love-hate relationship. They love us (our money), and we hate them (their corporate governance and management styles).'"

**The** tensions surfaced in 2008. BP found itself under massive pressure as **the** shareholders argued over strategy. AAR pushed to remove Bob Dudley, TNK-BP's chief executive, accusing him of running **the** company as a BP subsidiary. TNK-BP found itself paralysed by labour inspections and audits. Peter Sutherland, BP's then-chairman, spoke darkly of "a return to **the** corporate raiding activities" of 1990s Russia. AAR denied any link to **the** wave of bureaucratic interference.

Then in July that year, Mr Dudley abruptly left Russia, blaming a campaign of "sustained harassment". Soon afterwards, BP effectively ceded control of TNK-BP to Mr **Fridman** and AAR.

But it was not **the** end of BP's run-ins with **the oligarch**. In January 2011, Mr Dudley, now head of BP, announced a $16bn share swap and Arctic exploration deal with Rosneft. AAR sued to stop **the** deal, arguing that under its agreement with BP **the** UK major was obliged to pursue all Russian oil and gas opportunities exclusively through TNK-BP.

**The** High Court in London agreed, granting AAR an injunction. In March 2011 an arbitration tribunal blocked **the** BP-Rosneft tie-up. A few months later, Rosneft did a deal on **the** same Arctic acreage with ExxonMobil instead.

Westerners were amazed at AAR's audacity in stymying a transaction that had been negotiated by Igor Sechin, Rosneft's powerful chairman, and blessed by Mr Putin himself. "It was like in Spinal Tap, **the** amp that goes to 11," says **the** person close to TNK-BP.

Rosneft's embrace

But Mr **Fridman**'s intervention did not appear to harm his standing with **the** Kremlin. Within months, TNK-BP its shareholders acquired by Rosneft, and Alfa came away with $14bn in cash. **The** group had spent about $1bn in **the** 1990s for its share of what became TNK-BP.

**G124**

BP, too, did very well out of **the** venture. It earned $19bn in dividends over TNK-BP's 10-year life and came away with $12.5bn in cash and a 20 per cent stake in Rosneft - all an initial outlay of $7.5bn. It was one of **the** most successful investments in BP's history.

Mr **Fridman**'s allies say if LetterOne's dispute with **the** UK government ever gets to court, he might be just as successful as he was against BP.

"Normally, a government would only ask a company to sell an asset if it was worried about its financial strength, or if it had concerns about market concentration," says one western executive who knows Mr **Fridman** well. "This argument about possible future sanctions - it's uncharted territory."

Anyway, he will overcome this hurdle, just as he has all others, **the** person believes. "I've no doubt he'll succeed. He's a brilliant opportunist and a great entrepreneur."

The Financial Times Limited (AAIW/EIW)

Document FTCOM00020150305eb350058y

**Search Summary**

| | |
|---|---|
| Text | Mikhail Fridman: The Alpha oligarch |
| Date | All Dates |
| Source | All Sources |
| Author | All Authors |
| Company | All Companies |
| Subject | All Subjects |
| Industry | All Industries |
| Region | All Regions |
| Language | All Languages |
| Results Found | 63 |
| Timestamp | 6 January 2020 12:27 PM |

© 2020 Factiva, Inc. All rights reserved.

# Russian Tycoon Fridman Should Make U.K. Feel Nervous

**MT** themoscowtimes.com/2015/03/10/russian-tycoon-fridman-should-make-uk-feel-nervous-a44604

Howard Amos                                                                   March 10, 2015



Mikhail Fridman

A weeklong window for Soviet-born billionaire Mikhail Fridman to persuade the British government to let him keep his North Sea energy assets closes on Wednesday.

If Russia's second-richest man fails to make his case, London is likely to block the deal on the grounds that the gas fields off the U.K. coast could be at risk from future Western sanctions — an outcome Fridman's LetterOne investment vehicle has warned could trigger a legal challenge.

Already famous for his strong-arm tactics and litigious instincts, a court battle with the British government will propel Fridman — who organized semi-legal theater ticket sales as a student and began his career with a window cleaning business — to a new level of international renown.

While Fridman's access to top Russian officials is undisputed — he studied at university with Kremlin heavyweight Vladislav Surkov — he publicly distances himself from politics, and experts have questioned London's motives in punishing him as part of sanctions aimed at the Russian government.

**G126**

"It's not conflict itself that gets me going," Fridman told the Russian edition of Forbes in a 2013 interview. "I don't like unfairness in general and I don't like unfairness in relation to myself."

## London Showdown

The conflict with the British government was provoked as Fridman looks to build a global investment operation on the back of a fortune made in Russia.

"Remaining within national borders would be a losing strategy," Fridman said in a 2013 interview published on the website of the Russian Jewish Congress.

Luxembourg-based LetterOne was established in 2013 after the sale of oil company TNK-BP to state owned Rosneft in which Alfa Group, the investment holding that is the basis of Fridman's business empire, netted almost $14 billion. LetterOne has already agreed a joint $12 billion investment with BP in an Egyptian natural gas venture.

The tussle with the British authorities arose out of LetterOne's 5 billion euro purchase of RWE Dea, the oil and gas arm of Germany's RWE. Officials in Berlin have not raised any objections to the sale, but the presence of North Sea assets in RWE Dea's portfolio has raised Westminster's hackles.

The British fields in question reportedly include up to 5 percent of Britain's gas production.

British Energy Secretary Edward Davey said in a Feb. 28 statement that he "would be minded to require the companies to arrange for a further sale to a suitable third party" because of the operational risks if LetterOne was hit by future sanctions over the Ukraine crisis.

LetterOne responded with threats of legal action and accused London of stalling on the issue.

On March 4, Davey said LetterOne had seven days to persuade the U.K. it was a worthy buyer.

## Litigious to the Core

Fridman's long career leaves few doubts over whether he might be bluffing about aggressive negotiating tactics or a willingness to resort to legal action.

Alfa Group's telecommunications arm, Altimo, was involved in legal wrangling with Norway's Telenor over control of telecoms giant VimpelCom that began in 2005 and dragged on for seven years. Cases linked to the corporate tussle — which ended in a compromise agreement — were heard in both the United States and Russia.

**G127**

But Fridman's biggest legal battle came in 2011 when he, along with partners Len Blavatnik and Viktor Vekselberg in the AAR consortium, challenged — and eventually overturned — an $8 billion Arctic oil deal between BP and state-owned Rosneft that had been publicly blessed by then-Prime Minister Vladimir Putin.

Legal squabbles between AAR and BP throughout the 2000s involved cases brought by obscure minority shareholders in Siberia — a tactic attributed to AAR but officially denied by the tycoons.

## Youthful Connections

Born in 1964 and raised in the western Ukrainian city of Lviv, Fridman — who still speaks Ukrainian — moved to Moscow and graduated from the prestigious Institute of Steel and Alloys in 1986. A star student, he also organized his classmates to snap up cut-price theater tickets to be used in barter exchanges and helped set up a popular club named after the Beatles song "Strawberry Fields."

His first taste of business was as part of a window-cleaning cooperative during the late 1980s, when Mikhail Gorbachev's perestroika relaxed restrictions on private enterprise.

Fridman set up Alfa-Eco, the founding company of today's Alfa Group, in 1989. Alfa Bank, now Russia's second-largest privately owned bank, was established the following year.

Many of Fridman's partners in these early enterprises have stayed with him throughout his career.

Kiev-born German Khan, worth $9.5 billion according to Forbes, and Mikhail Kuzmichev, worth $7.3 billion, both studied with Fridman and are co-owners of Alfa Group.

Pyotr Aven, valued at $5.1 billion by Forbes, has headed Alfa Bank since 1994.

Fridman's ties extend to the heart of the Kremlin. Surkov, who is credited with fashioning Russia's vertical system of power under Putin in the 2000s, studied with Fridman, Khan and Kuzmichev and worked at Alfa Group for several years in the 1990s before joining the presidential administration.

## Jewish Heritage

Fridman was made acutely aware of his Jewishness as a young man in Moscow.

His ethnic and religious background was the reason he was denied entry to Russia's most prestigious physics university and then, after graduating, refused a place on a master's program, Fridman said in an interview with Forbes Russia last year.

"I was terribly upset," he told Forbes, adding that the two rejections played a key role in his decision to pursue a career in business.

**G128**

Since amassing his fortune, Fridman has been known for his support of organizations promoting Jewish identity-building, including the Genesis Philanthropy Group, the European Jewish Fund and the Russian Jewish Congress. In 2012, he posed for photographs during a short pilgrimage in the Israeli desert with a group of other Russian billionaires and senior executives from Moscow.

## Rise and Rise

Despite claiming to be "no politician," Fridman has climbed rapidly, and inexorably, through the ranks of Russia's richest people.

His ability to bury the hatchet with former foes has likely helped in his success. Last week, for example, it was announced that former head of BP Lord Browne, with whom Fridman locked horns in the 1990s over Siberian oil assets, had been appointed the head of LetterOne's oil and gas arm, L1 Energy.

LetterOne says on its website that it has $29 billion of assets under its management and only targets investment of above $1 billion. In interviews, Fridman declines to answer questions about Alfa Group's value, but in 2013 he told The Wall Street Journal it could be worth up to $40 billion.

Fridman has not been out of the top ten wealthiest people in Russia since 2005, and in its most recent assessment, Forbes magazine ranked him as the second-richest person in Russia — valued at $14.6 billion and a mere $200 million poorer than the rating's leader, metals magnate Vladimir Potanin.

"Who said that it's difficult to work with us?" Fridman asked in his 2013 interview with Forbes Russia.

*Correction: This article has been amended to say that the disputed North Sea gas fields are located off the U.K. coast rather than the Scottish coast.*

Contact the author at h.amos@imedia.ru

**G129**

# Putin's older daughter: a specialist in biomedical science

reuters.com/article/us-russia-capitalism-maria/putins-older-daughter-a-specialist-in-biomedical-scienceidUSKCN0SZ1DG20151110

Stephen Grey, Elizabeth Piper

everythingNews
Updated

By Stephen Grey, Elizabeth Piper

3 Min Read

LONDON/MOSCOW (Reuters) - Vladimir Putin's elder daughter, Maria, has kept out of the spotlight even more than her sister. Reuters was unable to find any recent, confirmed photographs of Maria.

Born on Apr. 28, 1985, Maria studied biology at St. Petersburg University and medicine at Moscow State University.

According to Russian and Western media reports, she married a Dutch businessman called Jorrit Joost Faassen. Some reports claimed she lived in the Netherlands for a while, but this could not be confirmed.

Earlier this year, Putin said both his daughters were living in Moscow, but gave no further details.

Maria now uses the surname Faassen, and under that name she is pursuing a biomedical career specializing in the endocrine system, which controls the body's hormones, according to academic listings and publications.

On the website of Istina, a directory of scholars and their work at Moscow State University, she is listed as co-author of five studies published in the past two years, with titles including "The status of blood antioxidant system in patients with active acromegaly."

She is also the co-author of a book about "Idiopathic stunting" in children, published earlier this year by Lambert Academic Publishing.

Maria is a PhD candidate at the Endocrinology Research Centre in Moscow, which runs a charity project, Alfa-Endo, that helps children affected by endocrine ailments. The project's website includes a presentation by Maria.

Maria told Reuters in an email that requests for information about the center should be directed to its leadership. She did not respond to questions about when she was married or whether her father's position had affected her career.

**G130**

Alfa-Endo is funded by Alfa Bank, a large Russian bank with subsidiaries in the United States, Britain and Cyprus. The largest shareholder is Mikhail Fridman, a billionaire with interests in banking, energy and telecoms. An official at the bank said: "Alfa Bank, and broadly speaking Alfa Group, act as financial sponsors for the project and that's it ... We are not aware who else is participating in the project otherwise."

Maria's husband used to work for Gazprombank, a large lender with strong links to the elite around Putin. And until at least August this year, Jorrit Joost Faassen was listed on the website of MEF Audit, a Russian consulting group, as its deputy chairman. He no longer appears on the website and did not respond to requests for comment.

Editing By Richard Woods and Michael Williams

# Hudson Institute

# Whitewashing Putin's Kleptocracy

It takes no less of an author than Peter Pomerantsev to write an extremely insightful book like *Nothing Is True and Everything Is Possible* that reveals the surreal heart of Putin's Russia. It is much harder to say what kind of author it would take to write a book on the surrealism penetrating America and the West as a whole, but Pomerantsev's title would be a good fit if we could re-use it.

At a moment when Russia is under a richly deserved sanctions regime, when some call the present state of affairs a New Cold War, and when Putin's ambitions are called the most dangerous threat to America by several high-ranking Pentagon and U.S. military officials, it doesn't seem like the most propitious moment for an awards dinner for one of Putin's "cronies"—much less one held in Washington by a federally funded U.S. institution.

But, as the book says, *everything is possible*. And on November 3 the Woodrow Wilson International Center for Scholars, a think tank that receives U.S. government funding, will bestow the *Woodrow Wilson Award for Corporate Citizenship* to Petr Aven, the chairman of the board of directors of Russia's largest commercial bank, Alfa-Bank, and a member of the board of directors of LetterOne Group.

It is true that Mr. Aven, unlike several other Russian businessmen, is not a subject of U.S. sanctions. It is also true that, by some accident or oversight, he is not often publicly presented as a "crony" of Putin. However, it is no less true that, prior to the Wilson Center's award, Mr. Aven, unlike sanctioned Russian oligarchs, was endowed with a Russian state award by Putin personally.

A brief review of the business record of Mr. Aven's companies should be sufficient to add a

note of controversy to the decision to give an award for corporate citizenship to such a businessmen. Aven's record is marked by repeated and often acrimonious commercial or even legal disputes with partners, especially in the West. Cases such as _Norwegian Telenor Altima_ and _British BP v AAR,_ in which BP's U.S. CEO Robert Dudley was literally expelled from Russia and BP threatened to snatch homes of Russian oligarchs in London in return are the first that come to mind.

But the plan evidently is to convince us that _nothing is true,_ and the Wilson Center has engaged powerful advocates who understand that this means _everything is possible_.

The first of these is former BP CEO Lord Browne, who has apparently buried his personal knowledge of his Russian partners' being "ruthless and dishonest", as some documents submitted to court later revealed: last February he agreed to join ranks with them again. On November 3 Lord Browne will co-chair the awards dinner for Mr. Aven. In Putin's Russia, it seems, "it's nothing personal, just business."

Another co-chair of the event is no less prominent, and no less informed about the true state of play in Putin's Russia, as well as the way Mr. Aven and his friends have been operating their business in Russia: former U.S. Ambassador to Russia James F. Collins, a senior associate of the Russia and Eurasia Program at the Carnegie Endowment for International Peace.

It is hard to believe that a former Ambassador to Moscow does not know (from "WikiLeaks" at least, if from no other source) how business transpires in a country described by Spanish prosecutor Jose Grinda Gonzales as a corrupt, autocratic Kleptocracy, centered on the leadership of Putin, in which officials, oligarchs, and organized crime are bound together in the creation and maintenance of a "virtual mafia state." One supposes Ambassador Collins is going do his best to convince us that nothing is true—or at least that these things have nothing to do with Mr. Aven and his business record.

The timing of this award seem rather propitious as well. But perhaps it is just a

coincidence that Mr. Aven and LetterOne have recently initiated a charm offensive in the West in the wake of the British government's decision last spring, citing concerns for national security, to order LetterOne to sell its North Sea gas fields within six months. Though Aven's name was rarely mentioned publicly in regard to that British government order or the aforementioned business disputes, he was involved in more ways than just as a shareholder or corporate officer.

Mr. Aven's long-standing business relations to Putin personally are no big secret in Russia. The late Russian oligarch Boris Berezovsky, who once was dubbed by Paul Klebnikov as "a Godfather of Kremlin," admitted that it was Mr. Aven who introduced him to Putin. And Mr. Aven's role during the birth of Putin's kleptocracy, perfectly described by Karen Dawisha in her book *Putin's Kleptocracy: Who Owns Russia* is certainly controversial, to say the least. It was Mr. Aven, who made it possible for Putin to originate at least part of his corruption schemes in St. Petersburg, which were later unsuccessfully investigated by the Sal'ye Commission and others.

There is an abundance of other public information that ought to make one think twice before offering him anything like an *Award for Corporative Citizenship*. In normal circumstances such allegations would warrant, at a minimum, some in-depth investigation prior to the bestowal of any award.

But then again *everything is possible*. All it takes a lucrative deal involving the sale of TNK-BP to Rosneft and a slick PR campaign to whitewash a soiled reputation. The same Wilson Center that not so long ago hosted a public presentation for Karen Dawisha's aforementioned book—a book that, not incidentally, makes a number of accusations against Mr. Aven—now turns a blind eye on those accusations, as if *nothing is true*.

If a Russian plutocrat can have his record whitewashed with the help of a *federally funded U.S. institution*, please tell me what, if anything, is not possible. And if you don't accept this as evidence of the penetration of the Russian kleptocracy into the United States and the West as a whole—what Ilya Zaslavski characterizes as the *Export of Corrosion* — then please tell me what kind of evidence you would accept.

# Exclusive "No Tie" Interview with head of the Alfa Banking Holding, Petr Aven on business, childhood and friends

🔴 jewishbusinessnews.com/2015/11/19/exclusive-no-tie-interview-with-alfa-banks-president-peter-aven-on-business-childhood-and-friends/

By Kristina Subbotina

Petr Aven is an international businessman, economist, and number 20 politician at the Russian Forbes, a member of the board of directors of the LetterOne Group, and owner of the Alfa Holding Consortium along with Mikhail Fridman, German Khan, and Alexey Kuzmichev.

**FACTS**

Petr Olegovich Aven (b. March 16, 1955) heads the Alfa Banking Holding, which includes the Russia's largest private bank.

He is a member of the board of directors of the LetterOne Group. The L1 Group was established in 2013 to invest in international projects in energy, telecommunications, and technology.

In 2015, Petr Aven and Alfred Kokh published Gaidar's Revolution: The Inside Account of the Economic Transformation of Russia, drawing on their experience of the Russian government and the former first minister for the economy, Yegor Gaidar.

John Lloyd of the Financial Times called it "an illuminating study of the reformers who sought to revive Russia's post-Soviet economy."

Born in Moscow, his father, professor of computer science, Oleg Aven, was half Latvian and half Russian, and his mother was from a Jewish family. Petr Aven graduated from Moscow State University and held a Ph.D. in economics.

Subsequently, Petr was a senior researcher at the All-Union Institute for Systems Studies at the USSR Academy of Sciences and then spent time at the International Institute for Applied Systems Analysis in Laxenburg, Austria.

Aven was the Minister of Foreign Economic Relations of the Russian Federation and conducted some high-level trade and economic missions to Western capitals. In 1994, Aven met Mikhail Fridman and became an Alfa Bank shareholder, serving as a member of the Supervisory Board of the Alfa Group Consortium.

Aven, along with Stan Polovets and three fellow Russian Jewish billionaires, Mikhail Fridman, Alexander Knaster, and German Khan, founded the Genesis Philanthropy Group,

**G135**

whose purpose is to develop and enhance Jewish identity among Russian-speaking Jews worldwide.

## PARENTS. CHILDHOOD

"For the most part the only thing that fascinated and fascinates me is reading."

> • I grew up in an atmosphere of a balance between freedom and control. Mainly, my father and a Jewish grandmother raised me; they imparted to me the ability to enjoy the achievements as well as the very desire to set up and achieve my goals.

> • When I was a kid, reading books the day and night fascinated me; nothing else was exciting for me. Generally speaking, even now, nothing has changed (Petr Aven is rightfully one of the smartest business leaders in Russia—author's comm). I started to read very early and was capable of reading very fast and spoiled my eyes as a result.

> • I distinctly remember some striking moments from my childhood. For example, when Yuri Gagarin flew into space, I was six years old, and I remember the football games we went to with my father. By the way, my dad (Oleg Ivanovich Aven—professor, a corresponding member of the USSR Academy of Sciences, an eminent computer technology specialist—author's comm.) and his friends, the Soviet scientists, bosses of the major state enterprises, were the role models for me.

## PROFESSIONAL CAREER

"I had no doubt the necessity to apply the market economy model in Russia. An entire self and team confidence, European education and support of internationally known economists helped not to drive crazy."

> • I have chosen my profession independently. My father and the school wanted me to do math. I wanted something different, humanitarian – economics was a compromise — and after graduating from the best Moscow physicomathematical school, I was enrolled in the Economics Faculty of Moscow State University and later received a Ph.D.

> • The Russian government. This period of my life started with meeting Yegor Gaidar (Prime Minister of Russia from 15 June 1992 to 14 December 1992 was appointed by the First Russian President Boris Yeltsin and Petr Aven was at the Gaidar's team as the Minister of Foreign Economic Relations for the Russian Federation—author's comm.).

I worked at the Institute for System Studies of the USSR Academy in the same room with

**G136**

Yegor Gaidar. We were both from successful Soviet families, and we understood each other very well. However, Yegor in some ways had a wider horizon and better understood the life since he had used to live in Cuba and Yugoslavia.

In 1991–1992, we implemented the reform model that we had developed at the International Institute for Applied Systems Analysis in Austria.

I became the minister of foreign economic relations of the Russian Federation at the Yeltsin-Gaidar government (a blueprint for the economic transition of the Soviet Union as part of IIASA's Economic Transitions and Integration project—author's comm).

The market prices, free trade, privatization, and convertible currency were the conceptual bases of the Russian economic reform in the 90s. We felt like aliens to the Russian government since we were the scientists and had never worked for the government before.

However, we finally managed to implement the conceived economic reforms because we knew exactly what to do and we believed in ourselves. We did not care that the Soviet bureaucrats were looking at us as the absolute idiots.

We were confident because of our European education, the team approach, and the support of such internationally renowned economists as Rudi Dornbusch, who co-wrote the famous textbook on macroeconomics with Stanley Fischer. So, the misunderstanding and shock of the Soviet officials did not undermine our self-confidence.

Also, there were young, American economists, our peers and at that time not so world famous, but very smart. For example, my advisor was David Lipton, who today is the first deputy head of the International Monetary Fund (IMF), and Jeffrey Sachs, a professor at Columbia University and director of the Earth Institute.

We used to discuss what we were doing every night along with Gaidar at the dacha. Their pieces of advice and support gave much confidence. Yegor Gaidar had been burning himself at work. It is also sad to admit that many members of the Gaidar's team first row are no longer alive.

For instance, Alex Golovkov, chief of staff of the Russian Government, and Boris Fedorov, minister of finance. Tatyana Yumasheva, daughter of the first president of Russian Federation: "Dad always trusts the young. So, (he) chose the Gaidar's team to perform the economic reforms, because they were desperate, ready to take decisive action young people who can pull the country out of the crisis. They burnt themselves but built a market economy in Russia, the fruits of which we have right now."

Yeltsin was a great leader and just felt that he had better radically change absolutely everything, so Gaidar was a symbol of the scale and one-time changes. Boris Nikolayevich,

**G137**

in my opinion, liked Gaidar's determination, honesty, responsibility, willingness to do a lot at once, and the absence of any political ambitions. Gaidar dealt very well with the "storm" circumstances, but had a hard time resisting the public psychological attack; we were not ready for the political struggle.

We were well-educated and smart boys from good Moscow families, which was not enough to win the multi-pass bureaucratic games. However, at some point, we had such necessary resources to win these games with the support of the Russian President, Boris Yeltsin, and members of his closest team, Gennady Burbulis and Andrei Kozyrev.

In a retrospective assessment, it would have been better if we had built the political coalitions and attracted people from the force authorities' structures. We were not ready for this. It was a mistake. Another error was poor communication with people and the absence of an organized propaganda.

**ALFA CONSORTIUM. INTERNATIONAL BUSINESS. L1.**

"Business – is a drug."

"We are competing with ourselves."

"I think we have the best lawyers in the country. In business we forgive nothing and nobody."

• The main advantage of the partners' relationship is a formality: despite the fact that someone has kept a friendship, someone has not. It is like a family with inherent responsibility and reliability, honesty, and complete openness.

We are trying to take care of, protect, and rescue each other. Indeed, we are different people, but the basic principles and spiritual values, including the Jewish heritage, are the same. Thanks to the so-called Jewish identity, we have never had the fundamental ideological differences.

• Business is a military operation. Business is my rock, and if I do not have that, then the entire drive and a feeling of youth and energy would be wasted, and I want to be young, energetic, active, and successful. Money is only a measure of success.

• At work, I spend more time with Mikhail Fridman, but outside of work in the past ten years, I have spent more time with German Khan than with anyone else. I have never hung out with Alexei Kuzmichev. However, we are at that level of mutual understanding so that we do not need to communicate consistently; we have known each other for more than 20 years, and sometimes, we even get bored because we can easily predict the reactions and thoughts of each other.

• We are using every opportunity within the legal field to protect our interests and make money. We have the best lawyers in the country. In business we forgive nothing and nobody.

• Entrepreneurial skills: I believe that the entrepreneurial propensity is innate. Maybe I do not have this propensity (said the most successful business person in Russia – author's comm). I feel like a scientist rather than a business person or a governmental official. I was not going to do business, most likely I would be a professor.

• I went into the business in 1993. After working for the Government of the Russian Federation going back to science was boring, and also I had to make money. That is why I made a small company, came up with various debt instruments to trade, and started collecting money under this idea. Then I met guys from Alpha (together they created the Alfa Consortium from a small company – author's comm.), which had similar ideas in mind and planned to sell rupees, to buy the commercial debts of the former USSR, etc.

After several successful transactions, I met with Mikhail Fridman in May 1993. Although we are very different people, our union was built on a pragmatic basis: I needed the money, and he needed the ideas and useful contacts at the government.

We had started to spend a lot of time together to get to know each other better since the business could not exist at that time without personal relations of trust. We almost

**G139**

immediately went on vacation together and introduced our wives to each other.

By the way, our wives were both pregnant at that period, which is amazing. Now, our daughters (Daria Aven and Lora Fridman—author's comm.) are best friends, study at Yale University, and even used to live together.

Daria learns history and plans to work in the beauty business; my son Denis will receive a degree in mathematics and economics at Yale University and plans to work in the investment bank in New York a year later. Not to mention, it is nice that our children rely only on themselves since the parents' money does not play any significant role in a child's career in the United States.

> •   I have been doing mainly two things—banks and lobbying at the national and international levels. I am currently passionate about building the massive and long-term systems, which will work without the partners and my personal involvement. Therefore, we are striving to bring our business to a truly international level. Doing this is a major challenge. Russia is still a central economic area in which we operate.
>
> However, the proportion of our business in Russia is reducing toward increasing of foreign business. What exactly we are trying to do right now is to acquire the international assets and then build and manage the foreign companies in the oil and gas, telecommunications, and banking areas.
>
> For example, we just bought a bank in Austria and still are waiting for a state approval. We have banks in
> Ukraine,  Belarus,  Kazakhstan, and Amsterdam, and we plan to develop a European banking online service with a particular focus on the 7 million Russian-speaking people who live abroad.
>
> •   We hire the most professional people from all over the world, and our team is multinational. On the banking project in Austria, we have the Czechs, Poles, Russians, Hungarians and Indians. LetterOne Energy's Boss John Brown, the ex-boss of BP (one of the world's seven "supermajor" oil and gas companies – author's comm.). He is an outstanding, smart, brilliant presenter and is deeply knowledgeable on many issues. Unfortunately, Russian business, even so big as we are, face cultural challenges while expanding abroad.

There is always a kind of inferior subconscious attitude. Russian businesspeople frequently are considered as representatives of distant provinces who somehow have earned a lot of money from nowhere.

Even within the Jewish world, this fragmentation is present. Also, we feel the political pressure against Russia on our international business. Recently, we sold the British assets

**G140**

of DEA and bought instead the Norwegian assets because of the UK government's ban of the deal.

**LIFE PHILOSOPHY, CHARACTER**

"Faced with God, I would say only one thing – thank you. For everything." "But as long as my mouth has not been stuffed with clay, only gratitude will sound from it."

- The most important parts of my life are my children and self-realization.

- Happiness is the maximum realization of the potential you have been given in this life. I am blessed being able to manage different things such as businesses, books, and lectures.

- I have many things that I do not like about myself; primarily, a psychological instability called the Jewish anxiety is the most irritable. Reliability is a feature in people I value the most.

- The worst sin is cowardice. The main fear is the well-being of my children. The source of pleasure is a balance of love, work, and travel.

- I have to live on — a simple Jewish rule which gives strength. I cope with the emotions without hurrying and consistently. We have a simple rule: I would tell my younger self to fight and not give up.

**BORIS NEMTSOV. MEMORIES.**

Boris was my good and reliable friend, and he was a wonderful, sincere, smart, and honest guy with a quick reaction. He did not care about money while he was a top governmental official, which is not very typical nowadays. He was a very warm person with a great charm. We met in 1991 when I was a minister, and Boris became a governor of Nizhny Novgorod oblast. We were on the business trip in Germany together. Boris Nemtsov went by his views and got where he is right now.

**FRIENDS. HOBBIES**

• My closest friends are from childhood, from the university, and those with whom I have been working for more than 20 years. Two of my closest friends are Shalva Breus and Andrei Sokolov; with them, I can talk heart to heart.

• I like to travel, and we used to travel a lot with my wife Elena and my kids; we went to such very different places in the world as Chile, China, Japan, Argentina, and Africa. Most of all, I like the energy of New York, London, and Moscow. They are my kinds of cities.

• Also, I like to write books and articles. Year ago we issued a joint book with Alfred Kokh in memory of Yegor Gaidar, and now, I am writing a book about the 90s in Russia.

• I love the theater. The most recent play I watched was Kirill Serebrennikov's production of Nikolai Nekrasov's 'Who In Russia Lives Well'? One of my favorite movies is Cabaret, a 1972 musical film directed by Bob Fosse. I am currently reading the Two She-Bears by Meir Shalev.

Author's impression of Petr Aven

Rarely do I allow myself to express an opinion of the interviewee, but Petr Aven is an exception. Petr is the most interesting person with whom I have ever spoken. The unique combination of intellect, wisdom, and professionalism are combined with sincerity, inner warmth, emotions, and some vulnerability, which is read only in his eyes. Eyes are known to be the mirror of the soul. Indeed, his soul is very deep and complex. Notwithstanding the sadness he faces, it seems that he accepts everything the life is giving to him, finds the inner strength, and keeps going no matter what.

Now, I know with whom I personify the line of Joseph Brodsky: "Only with the grief I feel solidarity. But as long as my mouth has not been stuffed with clay, only gratitude will sound from it."

**Lunch with the FT** <span style="color:red">Oil</span>

# Lunch with the FT: Mikhail Fridman

The combative oligarch talks about battles with BP and the 'moral duty' of rich Russians

**Guy Chazan** APRIL 1, 2016



© James Ferguson

As I sit with Mikhail Fridman in Frescobaldi, an Italian restaurant in Mayfair, my eyes drift to a quote from Dante's *Divine Comedy* painted on the white ceramic tiles behind us: "The devil is not as black as he is painted."

For years, Fridman was demonised in the western press as a symbol of everything that was wrong with Russian business. He was portrayed as a ruthless tycoon who

https://www.ft.com/content/9527e2be-f5b5-11e5-96db-fc683b5e52db

Lunch with the FT: Mikhail Fridman | Financial Times

exploited Russia's corrupt politics and courts, a billionaire bully who stopped at nothing to defeat competitors and partners alike.

As a reporter in Moscow in the 1990s, I'd witnessed his rise to mogul-dom, as he began to amass a fortune currently estimated by Forbes at $14.6bn. On returning to London, I covered the ins and outs of his war with BP over their jointly-held Russian oil producer TNK-BP — one of the most spectacular corporate battles of the past decade. The company had been subjected to an onslaught of tax, labour and police inspections — all engineered, BP claimed, by Fridman and his partners as part of a furtive power-grab. TNK-BP's American boss Bob Dudley fled Russia in July 2008, after a campaign of what he called "sustained harassment".

I was prepared for a touch of menace: this is a man whose appetite for litigation is legendary and who in a 2010 lecture entitled "How I Became an Oligarch" said that, of all types of human activity, "entrepreneurship is in some sense the closest to war". But today he is soft-spoken and jovial. Having moved his base from Moscow to London to reinvent himself as a global investor, Fridman is, he says, on a mission to improve the image of his country's business elite. "It's our moral duty to become a global player, to prove a Russian can transform into an international businessman."

To that end, he has hired a clutch of oil industry bigwigs as advisers — one of them is John Browne, the erstwhile boss of BP and a former adversary. In the 1990s, Browne had watched in impotent fury as a series of legal proceedings in remote Siberian courthouses left Fridman in control of some of BP's oilfields; for years, he wouldn't take the Russian's phone calls. Now, all is forgiven. A western oilman who knows Fridman once likened doing business with him to a rugby game: "You kick the shit out of each other on the pitch but then you go and have a beer afterwards."

Frescobaldi, the venue for our lunch, is a short walk from the offices of LetterOne, Fridman's new investment vehicle. Owned by the eponymous Italian wine dynasty, it is stylish but discreet, with oak panelling, a marble floor and vines draped across the ceiling. Regulars include Tidjane Thiam, boss of Credit Suisse, and Pierre Lagrange of GLG Partners, as well as art-world types from Mayfair — there's a Hauser & Wirth gallery across the road.

**G144**

Case 1:17-cv-02041-RJL    Document 176-10    Filed 03/15/22   Page 152 of 191

Fridman says he chose it on a whim: the name evokes his beloved Tuscany, where he holidays every summer. Tieless in an elegant dark suit and blue shirt, the 51-year-old fits in among the bankers and hedge fund managers sauntering in for lunch, drawn by a wine list that includes a rare Ornellaia white for £290 a bottle. But he seems different, too: maybe it's his stocky frame and round, babyish face, or perhaps the vivid tales of 1990s Moscow — a cut-throat world that seems light years away from this polished corner of Mayfair.

Does he now regret the corporate wars with BP and other partners that earned him such opprobrium in the west? "When you're working with big companies they have their own agendas," he says. "At a certain stage, your interests are aligned, and sometimes they collide." The legal disputes did "damage our reputation", he adds, "but at the end of the day we benefited a lot as shareholders of the company."

In 2013 Fridman and his partners sold their 50 per cent stake in TNK-BP to Rosneft, Russia's state-owned energy group, for $28bn. It turned out to be a remarkably well-timed deal: crude prices have crashed and, with them, oil company valuations. But Fridman claims he doesn't really understand oil markets. "To be successful in business, you don't have to be smart, but you do have to be lucky," he says. He celebrated with a three-day pilgrimage through the Israeli desert accompanied by a group of fellow Russian Jewish billionaires and a caravan of camels.

A waiter sweeps over with menus and we go for the set lunch. Fridman chooses octopus salad, and I take the mixed salad with avocado: we both opt for the pan-fried sea bream with spinach and lemon, eschewing Frescobaldi's Tuscan wines for mineral water. I ask whether he thought of slowing down after selling out of TNK-BP — maybe buying a yacht and a football club, like Chelsea owner Roman Abramovich. He laughs. Keeping control of his weight is a "constant problem", he says, patting his belly, "so the idea of spending my time on a yacht is not good". Lying on a beach, meanwhile, is a "form of torture". "It's a kind of talent to spend money beautifully," he adds. "I don't have it."

———

**G145**

Fridman was born into a Jewish family in Lviv, Ukraine, in 1964. It was a city that always felt different to the rest of the Soviet Union, he explains: for centuries it was ruled by the Habsburgs, and from 1918 to 1939 by Poland. "The body language of the people was anti-Soviet," he says.

Coming to Moscow in the 1980s, Fridman felt like an outsider. Unofficial anti-Semitic quotas meant he was barred from the best Soviet universities, so he went to the drab Moscow Institute of Steel and Alloys instead. It was there that his entrepreneurial streak first revealed itself. He led a group of students who would queue for tickets to some of Moscow's most popular plays and then use them as hard currency, bartering them for goods in short supply and favours from officials.

In 1988, as Mikhail Gorbachev began to open up the Soviet economy, Fridman set up a window-washing business, which quickly became a success. But that made his parents anxious. When his mother discovered he was earning Rbs1,000 a month — nearly seven times his official salary as an engineer — she turned "as white as this", he says, holding up his side plate. "She said, 'You must stop this immediately, or you'll end up in prison,'" he recalls. "In her mind it was impossible to make Rbs1,000 legally."

---

**Ristorante Frescobaldi**

## 15 New Burlington Place, London, W1S 2HX

Still water £5

Set menu x 2 £58

Avocado salad

Octopus salad

Sea bream x 2

Sorbet x 2

Double espresso £5

Single espresso £4

**Total (inc service) £81**

---

Eating salad, he explains how in 1989, together with fellow students German Khan and Alexei Kuzmichev, he formed Alfa Group, which mushroomed into one of Russia's biggest conglomerates, spanning interests in telecoms, banking, retail and oil. The friends started off selling computers, perfumes, cigarettes and carpets. They soon branched into oil trading, amassing a vast fortune by buying up cheap Russian crude and selling it abroad at a mark-up. In 1991 they set up a bank, Alfa, now Russia's largest private lender.

**G146**

In 1997, Fridman teamed up with tycoons Len Blavatnik and Viktor Vekselberg to buy TNK, a struggling Siberian oil producer, for $800m. The company was bankrupt, hit by a falling oil price. "We thought it was a mistake," he says. "We overpaid." But the new owners restructured its debt and then watched as the price of crude began to rise. TNK turned into a cash machine.

As piped jazz drifts round the restaurant, I ask Fridman whether he ever looks back at the Russia of the 1990s — when many lost their fortunes and some their lives — and wonders how he survived. Pausing over his fish, he puts it down to a refusal to do deals with criminals. Others turned to mafia gangs to provide "*krysha*" — "roof" — or protection. Alfa instead enlisted the local police. "They had no money, so we would buy [them] furniture," he says.

He also avoided politics. "We never wanted to challenge authority," he says. "We always followed this philosophy — always to be loyal and friendly [to the government] but never to be too close."

The spectre of Mikhail Khodorkovsky, a fellow oilman and oligarch, inevitably lurks in the background. After dabbling in opposition politics, Khodorkovsky fell foul of Putin, lost his oil company and ended up in jail. Fridman, in contrast, says he was never tempted by power: indeed, as a Jew, he consciously avoided it. "My mother always said, 'With your name you shouldn't be in government,'" he says.

That said, one of the keys to his success was his partnership with Pyotr Aven, a former minister who retained close ties to the Kremlin and from 1994 was president of Alfa-Bank. "We needed a channel for communication with the government," he says. "We didn't know anyone, and he was this very smart guy, young, energetic and liberal." Aven was also one of Putin's old acquaintances, a link that was to prove critical to Alfa Group later on.

In 2003, when TNK merged with BP's Russian operations to form TNK-BP, Fridman and Browne signed the deal at a ceremony in London presided over by Putin and Tony Blair. At first, relations between the two partners were cordial, but it wasn't long before the clash of cultures became apparent. BP executives found Khan particularly hard to deal with. In a US cable published by WikiLeaks, a TNK-BP executive said he

**G147**

had been invited by Khan on a hunting trip and the Russian had shown up with a girlfriend, as well as six other glamorous women. At dinner, which he attended armed with a chrome-plated pistol, Khan had described *The Godfather* as a "manual for life".

The tensions steadily grew and came to a head in 2008, after it emerged that BP had been holding secret talks with the state gas company Gazprom to buy out Fridman and his partners. TNK-BP soon found itself facing a wave of intrusive inspections, while its foreign staff were stripped of their Russian visas and work permits. BP accused Fridman and his associates of orchestrating the administrative nightmare. Fridman denied having anything to do with the official harassment, which eased off after Bob Dudley left Moscow, and control of the company effectively passed to the Russians.

Later Alfa was embroiled in an equally bitter struggle with the Norwegian company Telenor over a Russian mobile company they jointly owned. A drumbeat of lawsuits in Russia, Europe and the US climaxed in 2009 when a Siberian court ordered Telenor to pay $1.7bn or face the loss of its Russian investment. Soon after, the two companies settled their differences and the court case was quietly withdrawn.

We both order a dessert of pear and mango sorbet. I ask Fridman whether it was true that Alfa exploited Russia's ramshackle legal system to win favourable judgments against its partners. "I don't agree," he replies. His partners, he says, were just as powerful: "BP as a major player has at least an equal ability to influence Russian officials, through diplomatic channels, and government-to-government."

Perhaps his boldest legal gambit came in 2011, when BP struck a megadeal with Rosneft for rights to drill for oil in the Arctic. TNK-BP's Russian investors cried foul, saying it violated the exclusivity provisions of their shareholder agreement with BP, and won an injunction in the London High Court to block the partnership.

How did Fridman feel taking on Rosneft boss Igor Sechin, one of Putin's closest allies, who had staked so much political capital on the tie-up with BP? "Of course we were worried about it," he says. "But why shouldn't we protect our rights? If you can't do that, you'll never succeed."

**G148**

Thwarted, BP ultimately decided to sell out of TNK-BP. Fridman followed suit and Rosneft ended up buying the whole company for $55bn. About $14bn of that went to Alfa Group and Fridman has been putting the proceeds to use. Last year LetterOne bought Dea, a small German oil and gas company, and his latest bet is a $200m investment in US ride-hailing company Uber.

Putin said he hoped Alfa and its partners would invest the proceeds from the Rosneft deal in Russia. Fridman says he is still committed to his home market, but "the Russian economy is not in the best shape. And generally it would be inappropriate to put all our eggs in one basket."

**When his mother discovered he was earning Rbs1,000 a month, she turned 'as white as this' he says, holding up his side plate**

That's an understatement. Russia is in recession, labouring under a stubbornly low oil price and western sanctions over Ukraine. As our coffees arrive — a double espresso for him, a single for me — I ask him about the mood in Moscow, where he spends 40 per cent of his time.

"It's a pretty tough situation for everybody," he says. He avoids outright criticism of Putin but insists that Russia "must restructure its economy, to make it more open for investment, for competition. There should be privatisation, less domination of state businesses," he says. He omits to mention that it was the sale of TNK-BP that cemented the dominance of one of those state businesses — Rosneft — over Russian oil.

The conversation turns to Ukraine — a subject I know will be sensitive for him. Fridman feels a strong connection with the land of his birth. The annexation of Crimea, the war in Donbass — all of this is, he says, a "huge tragedy . . . for both nations, Russia and Ukraine". But, for the first time in our two-hour conversation, he clams up. "As head of a big company, I don't have the right to comment on the situation," he says.

**G149**

We move on. I ask about his children. His eldest daughter recently graduated in economics at Yale, while his second is in her first year there. He has a teenage son at boarding school in Kent and his youngest daughter lives with his former partner in Moscow. Fridman says he has no intention of giving any of his children a job in Alfa Group or LetterOne. "I don't want to create a dynasty," he says.

I ask for the bill and pose one last question. Fridman's westward expansion hit a hurdle last year when the British government insisted he sell a dozen gasfields in the North Sea as part of the Dea deal. Ministers worried that he might be hit by future sanctions against Russia, and the fields would have to be shut down.

Fridman called the demand irrational and threatened legal action, yet he sold the fields anyway. I asked him why he didn't take the government to court — after all, that's what he does, all the time. "The situation is not completely finished yet," he says. "We fulfilled the demand of the British government but we are still considering what could be our approach." I ask if legal action is still an option. "No comment," he says, with a smile.

*Guy Chazan is the FT's Berlin correspondent*

*Illustration by James Ferguson*

## Letter in response to this column:

City of Lions, bulwark of Christianity for centuries / From Dr Eva C Hoffman Jedruch

Copyright The Financial Times Limited 2020. All rights reserved.

**G150**

# PROFILE: Mikhail Fridman – the teflon oligarch new to Londongrad

**intellinews.com**/profile-mikhail-fridman-the-teflon-oligarch-new-to-londongrad-94873/



A workaholic, Fridman surprised many with his recent involvement in the Alfa Future People music festival.

By Jason Corcoran in Moscow April 11, 2016

His oligarch peers from the 1990s have been incarcerated, exiled or had their assets seized, but Mikhail Fridman lives a charmed life, retaining much of his wealth without falling foul of the Kremlin. Now the Alfa Group founder has moved to London and is seemingly defying an edict to repatriate Russian wealth by splurging billions on foreign assets.

In a rare interview with the foreign press, Fridman told the *Financial Times* over lunch on April 1 that he is on a mission to improve the image of his country's business elite. "It's our moral duty to become a global player, to prove a Russian can transform into an international businessman," he said.

But a straw poll of Moscow analysts uniformly guffawed upon hearing of Fridman's elevation to a figurehead for good Russian corporate governance on the global stage. "Fridman is no Mary Poppins," a leading Moscow-based strategist tells *bne IntelliNews*. "He's clearly moved to London to run his fast-growing overseas portfolio."

Fridman, whose $15bn fortune makes him Russia's second-richest man, has been living in London for at least a year now and says he plans to spend 50% of his time there. With the

exception of Chelsea Football Club owner Roman Abramovich, all of the UK's prominent Russian exiles are firmly in the Kremlin's bad books.

Mikhail Khodorkovsky, the former Yukos owner, resides in London after spending 10 years in jail on what many considered to be trumped-up charges of tax evasion and theft. Boris Berezovsky, a former mentor-turned-critic of President Vladimir Putin, was found dead three years ago in suspicious circumstances in his Berkshire home. Banker Andrei Borodin calls the UK home now after being granted asylum upon fleeing Russia. Sergei Pugachev, once known as Putin's personal banker, made London his home up until a year ago when he fled for France. Yevgeny Chichvarkin, the Russian entrepreneur and Putin critic, also lives in London, while Vladimir Ashurkov, a former Alfa Bank executive who works for opposition leader Alexei Navalny, was granted UK asylum in 2015 after fleeing Russia.

Not so for Fridman, though that of course could change. According to the Russian edition of *Forbes* magazine, after selling his Russian oil business Fridman decided to relocate his holding company to London, and together with Alexey Kuzmichev, one of his key lieutenants, they became British tax residents last year even after Putin had requested that investors pay Russian taxes on profits they receive on holding companies registered abroad

Perhaps moving to London's Mayfair district can be civilising, but the reputation of Fridman and his Alfa Group over the past two decades is one tarnished by nasty and protracted corporate spats.

His battle with BP for control of their joint venture TNK-BP, for example, was ugly and played out in the full glare of the media. The oil producer, which was hugely profitable, was the subject of unprecedented corporate pressure in the form of police and FSB raids and tax and immigration inspections – all contrived, BP asserted, by Fridman and his partners as part of a plan to take control.

Tensions came to a boiling point in 2008 after it was reported that BP had been holding secret talks with state gas monopoly Gazprom about buying out Fridman and his partners. Staff at TNK-BP's offices on Old Arbat soon got used to raids and inspections and the foreign personnel were stripped of their visas and work permits.

TNK-BP's British boss at the time, Bob Dudley, was constantly hounded. According to a report by *The Times* newspaper, Dudley regularly swept his office for bugs and took phone calls on his balcony to avoid being recorded. Dudley eventually fled Russia in July 2008 after what he described as a campaign of "sustained harassment."

Alfa's telecommunications unit was involved in a lengthy legal battle with Norway's Telenor over control of mobile phone giant VimpelCom, which began in 2005 and dragged on for seven years. Cases linked to the corporate tussle — which ended in a compromise

agreement — were heard in US and Russian courts. Telenor announced on April 1 that it plans to sell its 33% stake.

VimpelCom, in which Alfa has a 56% stake, has also been embroiled in a corruption investigation in Uzbekistan. In February, the company agreed to pay a $795mn to settle US and Dutch claims that it had bribed officials to win contracts in the former Soviet republic.

**Aven a laugh**

The key to Fridman keeping on side of the Kremlin has been his suave partner Petr Aven, who joined Alfa in 1991 after serving as Russia's foreign minister.

Aven regularly meets with Putin at the President's Novo-Ogarevo residence and was even conferred with a state award for corporate citizenship personally by Putin in May last year. Berezovsky, who was once known as the Godfather of Kremlin, admitted that it was Aven who introduced him to Putin.

A former Alfa executive tells *bne IntelliNews* that Fridman and his partners were allowed to keep the $14bn proceeds of their sale of TNK-BP offshore. "Abramovich was allowed to keep his proceeds from the sale of SibAl and Sibneft, and Fridman/Alfa were allowed to too," said the former Alfa executive. "This is probably driven by their personal relations with Putin."

Fridman is incredibly loyal to his partners and senior cadre who have worked with him for a long time. Even those who have left Alfa companies still speak well of him. "Fridman is an unbelievably smart guy and also quite down-to-earth compared to other oligarchs," a former senior executive at an Alfa Group company who now works for a rival conglomerate, tells *bne IntelliNews.* "I was stumbling out of a store with a bottle of vodka on my way to a party. Fridman recognised me and told his driver to stop the car so he could get out and have a chat and ask me about my family."

All of Alfa's businesses are kept in silos, deal with one another at arm's length and sometimes even compete with one another. Employees at Alfa Capital had MTS as their mobile provider even though Fridman holds the largest stake in its rival VimpelCom, an employee tells *bne IntelliNews.*

Despite their education and refinement, Fridman's senior cadre come across as sharks in sharp Italian suits. In April 2013, the Irish government hired Alfa's "special situations and recovery vehicle" unit A1 to help find and seize assets in the former Soviet Union that belonged to Sean Quinn, a bankrupt billionaire who was once Ireland's richest man.

The then-Irish ambassador, Philip McDonagh, and the government representatives looked like lambs being brought to the slaughter at the press briefing in the Interfax building on

**G153**

Moscow's Tverskaya. Fridman's A1 chiefs Mikhail Khabarov and Dmitry Vozianov laughed heartily when this journalist asked the ambassador if the Irish government had selected "the nice gentlemen from Alfa" through a competitive beauty parade.

The pointed irony is that there are few private banks or institutions in Russia and the CIS that can do the complex and murky corporate work that A1 does. Alfa managed to wiggle out of the agreement with the Irish goverment after the recession proved that nobody wanted to buy commercial real estate.

**Shiny, happy Alfa people**

A confessed workaholic, Fridman surprised many with his recent involvement in organising and taking part in an electronic music festival. The event, Alfa Future People, has become an annual fixture for around 40,000 ravers on the river Volga. Fridman, 52, has even been sighted dancing and mingling with the mostly twenty-something crowds. "He was wandering around the festival without much security and nobody bothered him nor recognised him," photographer Todd Prince told *bne IntelliNews* after photographing the oligarch at last summer's event.

Fridman is a regular on the London party and arts scene, but he still travels back to Russia where he retains significant holdings in the retailer X5, VimpelCom as well as Alfa Bank, Russia's largest privately-held lender.

LetterOne, his Mayfair-based investment holding, has been busy ploughing the TNK-BP proceeds into overseas energy, telecom and technology assets like ride-sharing app Uber. The fund spent $1.6bn on E.ON's oil and gas assets in the North Sea only after the UK government forced it to sell its North Sea fields in the country because of the risk of facing Russian sanctions.

Nobody connected to Alfa or LetterOne has been sanctioned by the US or the EU, and sitting down for lunch with the *FT* may help keep Fridman off any new list.

Asked about the difference between life in Moscow and London in a November interview, Fridman made a tacit admission that he owes his success in Russia to connections to power, which doesn't apply in the UK. "They are different worlds," Fridman told *Snob* magazine. "Here [Moscow], the most important factor of your success is the ability to build relationships with the government. Well, at least these relations should be favourable or the government should not interfere. The power structure in Russia is huge – you're confronted with it everywhere."

# PROFILE: Mikhail Fridman, chairman of Alfa Group

**intellinews.com**/profile-mikhail-fridman-chairman-of-alfa-group-121087/



By Ben Aris in Berlin May 10, 2017

When the Russian oligarchs first appeared in the second half of the 1990s, Mikhail Fridman was late to the game. Fridman, who was born in 1964 to a Jewish family in Lviv, Ukraine, was not part of the Soviet elite, nor had he gone to one of the privileged universities that handed other oligarchs the government contacts they needed to enrich themselves.

Fridman – the businessman ranked the most important in Russia by *bne IntelliNews* – was therefore not in a position to tap into the rigged loans-for-shares deals in 1996/97 that allowed the Yeltsin-era oligarchs to grab control of their cash cows, Russia's biggest oil and raw materials companies.

Instead, having famously started off in business by cleaning windows, in the first decade after the collapse of the Soviet Union he doggedly built up Alfa Group, with Alfa Bank at its centre.

This was a "financial industrial group", or FIG, as they were known at the time. The fastest way to make money then was to grab control of the cash flows of a large business or government account, convert to dollars and delay paying obligations as long as possible. With inflation running into the hundreds of percent, when one was finally forced to convert the dollars back to rubles the value of the debt was so deflated you could make hundreds of millions of dollars in profit in the process.

Fridman's strength in business has always been to find competent partners and let them get on with the job of running the businesses. Most of the financial-industrial groups of the time were vertically integrated one-man shows, but Fridman set up a series of divisions, each one run by its own semi-autonomous manager to run his various trading businesses, including the Alfa Ekho commodities trading firm that provided the capital to start Alfa Bank. Today these businesses have been superseded by assets such as Russia's largest supermarket chain X5 Retail Group, and Altimo, which unites his holdings in Russia's two biggest mobile phone companies.

Atypically for an oligarch, these are low-margin, high-volume businesses that need real business skills to run. The same was true for Alfa Bank when it was set up: for the other oligarchs, banks were simply vehicles to speculate against hyper-inflation; Alfa Bank was a real bank from the off. In the 90s everyone poached staff from only two places: Mars in fast-moving consumer goods (FMCG), and Alfa in finance, as their staff were the best trained.

When Fridman finally got into the oil business he had to pay just under $1bn for 40% in an open privatisation auction for the Tyumen Oil Company (TNK) in 1997, hailed as the first real privatisation in post-Soviet history with the first realistic price.  Fridman then merged it with Britain's BP in a deal brokered with then head of BP Lord Browne.

Fridman plays the long game and is unemotional about his investments. Everything is for sale at the right price, but the only people that have the sort of money Fridman is interested in are the world's leading corporations. While he is waiting for Russia's integration with the global economy to the point where these global players will come and make strategic investments into Russian companies, he is busy building up his business as big as he can.

**Alfa rising**

Legal battles and corporate harassment have followed in the wake of many Alfa deals. Strategic forecasting company Stratfor has described him as ruthless: "Fridman has repeatedly outmaneuvered far more politically and economically powerful rivals to end up on top, crushing his foes in the process. His skilled allies, impeccable business acumen, lack of a temper, and utter absence of emotional attachment to his business holdings has made him rich, and will keep him so for a long time to come."

I first met him in the mid-90s when he was already on his way to become one of Russia's top businessmen. Now 53, he comes across as a deceptively rotund and jolly man when you interview him. He lacks the arrogance of most of the other oligarchs and used to hold a lunch party every year at his dacha in the elite Rublyovka residential suburb west of Moscow for the members of the international press corps. There we would drink Dom Perignon champagne and smoke Cohiba cigars while discussing candidly what was really going on behind the scenes in the corporate and political world.

**G156**

But there were also glimpses of the steeliness that enabled him to reach the top of the Russian business greasy pole. Fridman also loves jazz and sometimes invited the press corps to have dinner at the jazz club on Taganskaya Square to see Igor Butman, Russia's most famous contemporary jazz saxophonist. One performance coincided with a minor scandal after Alfa Bank had reneged on a debt to a Canadian bank and hurt Russia's relations with Canada.

"My lawyers said I didn't have to pay, so I didn't," was his explanation of that outcome. As a follow up question I asked Fridman if he would sell Alfa Bank, to which he replied: "Sure. If someone offered me enough money. But I would want a lot of money for Alfa Bank."

Even the flagship tie-up between TNK and BP  ended with raids on the company to drive out the British management team. In the last board meeting between the TNK-BP's Russian director German Khan and its American boss Robert Dudley in June 2008, the latter ran to the door as Khan reputedly threw his phone at Dudley's head, and headed to the airport in June 2008 after a campaign of what he called "sustained harassment".

Alfa Bank has often been used as a weapon.  While the other oligarchs used rigged government auctions to build up their portfolios, Alfa Bank made aggressive use of the bankruptcy laws to acquire assets that were then stripped of their chaff and added to the conglomerate. No one was immune to these attacks, and Fridman is afraid of no-one, particularly the Yeltsin-era oligarchs, who looked down on him a little as the junior member of their clique. In his time Fridman has taken on corporate battles and won against telecom minister and close Putin confident Leonid Reiman, early Putin-era uber-oligarch Oleg Deripaska – who lost control of Avtobank to Alfa – and, notably, Vladimir Potanin.

This conflict with Potanin came to a head over the privatisation of the state-owned fixed line telecoms holding Syvaszinvest which was being brokered by the nickel magnate. This was a mega deal – and one in which US financier George Soros later rued his $1.3bn investment for a 25% stake as "the worst deal I ever made". Initially Fridman was supposed to join Potanin as a partner in the deal, but at the last moment Potanin ousted the Alfa team. Fridman was furious.

A few years later a small, unknown company called Beta Ekho bought some debt owned by Russian oil company Sidanco, Potanin's venture into the oil business. It wasn't very much debt, but without warning Beta Ekho started bankruptcy proceedings against Sidanco – and won. Both Aven and Fridman openly and separately admitted to me they were behind the move, which they had organised out of revenge. Amazingly, BP was a shareholder in Sidanco and even after losing their investment in the Beta Ekho raid agreed to go into business with Fridman in TNK BP.

**Telecom troubles**

**G157**

If banking is a means to an end, the business Fridman has been keenest on is telecoms; his main ambition was to build up a "Vodafone for the East" as he described it to me in an interview. And as a result Alfa Group went on a shopping spree via its telecoms holding vehicle Altimo. It bought a 25% stake in MegaFon and a 43.8% stake in Vimpelcom, Russia's two largest cellular telecoms; Altimo acquired all of the much smaller Reservspetsmet; and overseas Altimo owns 29.9% of Golden Telecom (United States), 43.5% of Kyivstar (Ukraine), 13% of Turkcell (Turkey), and all of Bakri Uzbekistan Telecom and Uzbek-Malaysian Communication (both Uzbekistan).

But ultimately this effort has failed and Fridman has begun unwinding his position in most of these investments. The problems began with his partner Telenor, which owned a minority stake in Vimpelcom but a majority stake in Kyivstar. Fridman wanted to merger the two companies, but Telenor, making good money in Ukraine, didn't. Typically, Alfa went to war, freezing Kyivstar's management in an effort to starve Telenor into submission.

"It's a nightmare," Trond Moe, the head of Telenor's Ukraine business told me at the time. "If we win an injunction in a regional court then by 9am the next day there is a new case in a new regional court opened against us. Do you know how many regional courts there are in Ukraine? Over 100!"

Russia's oligarchs regularly claim their interests and rights have been abused when they are bringing cases in London, but at home they are adept at turning the judiciary into an attack weapon – especially when their adversary is a foreign company that is obliged to actually stick to the letter of the law and a court's decision.

Fridman's fight for control of Megafon was even messier and brought him into direct conflict with the Kremlin. Former Renaissance Capital founding banker Leonid Rozhetskin sold Fridman an option on a stake in Megafon of questionable validity and a war broke out between Fridman and telecoms minister Reiman, who was widely believed to own the company via a trust fund called IPOC domiciled in the British Virgin Islands.

Fridman's strategy was to embarrass Reiman into backing off by exposing his control of the company. At the time I received a call from a prominent but semi-retired journalist, who said he had stumbled across a lot of information on IPOC and its related companies. It was a hot story and the information I was handed led to a string of exposes on IPOC's dealings. As a result of these pieces I was given an interview with IPOC's official face Jeffery Galmond in a posh London hotel. Galmond, an eccentric man, danced around the hotel's steam room while accusing Fridman of planting the information as part of a black ops campaign.

Fridman ultimately won the battle and took control of the stake. Reiman was pushed out of office, and Rozhetskin vanished while lying low at his Latvian seaside house in 2008. His

remains were found in a forest 30km away in 2012 and the autopsy showed he had been bludgeoned to death.

**Steeled partnerships**

Fridman's college-day original partners Khan and Alexei Kuzmichev, who studied with him at the Moscow Institute of Steel and Alloys, remain central to the group's activities. Khan is now based in London heading up Letter One (L1, a play on the "alpha" naming theme), which is hunting for a new hydrocarbon investment projects outside of Russia. Kuzmichev used to run the commodity trading business Crown Resources but now concentrates on A1, a private equity firm and aggressive acquisition vehicle whose managers told *bne IntelliNews* in an interview: "We never lose a case, even if it means we lose money."

But the managers have been just as important. Russian-born Simon Kukes had experience of running oil companies in the West and was brought into run TNK before it was merged with BP. (The group of oligarchic owners sold their 50% in the resultant oil titan to state-owned Rosneft in 2013 for $28bn.) Alec Knaster ran Alfa Bank for many years. "Our strategy is to prepare for the next crisis," he told me in an interview in 1997 during a boom that many thought was the beginning of Russia's path to normalcy. The economy collapsed less than a year later.

Chief amongst Fridman's close associates is former minister of foreign trade Pyotr Aven, who is believed to spearhead Alfa Group's government relations and has personal ties to President Vladimir Putin and Rosneft CEO Igor Sechin. It's telling that when Sechin, probably the second most powerful man in Russia, set his eyes on TNK, the state was forced to pay through the nose for the company and Fridman was effectively allowed to exit Russia with the billions of dollars he'd earned from the deal.

Fridman has now effectively exited Russia. His share of the sale of TNK-BP to Rosneft was reported to be $14bn and Putin ominously said after the deal was concluded: "If the money was earned legally they can do what they like with it, but I recommend they reinvest it into Russia."

The Alfa Group retains many big assets in Russia, chief amongst them the bank and the X5 Retail Group, but clearly Fridman is not yet willing to sell them as no one is willing to pay the sort of money he wants for them.

But it seems all Alfa's new investments are going on outside of Russia. Fridman's wife and children have been living in Paris for years and his partner Khan has set up shop in London with L1. Fridman has already invested $1bn of his payout into New York real estate via a friend of his there.

Ironically, he has been allowed to do this despite Putin's warning to keep the money in the

**G159**

motherland. The fact that he could is a testament to the work that Aven has done behind the scenes to shore up Alfa political krysha, or protection in government circles.

Today he has a net worth of more than $13bn, according to *Forbes*. But unlike many of his peers, who made their children heirs to their empires, Fridman says he doesn't want his four children involved in Alfa Group – nor does he plan to leave them money in his will, as they should create something on their own. "I am going to transfer all my money to charity. I don't plan to transfer any money to my children," Fridman said in 2016.

*This profile is part of bne IntelliNews' special cover feature on the top business figures in Central and Eastern Europe, published in our May magazine. Our correspondents ranked business leaders in each CEE/CIS country not just on wealth but on influence. The full magazine can be viewed here. Cartoon by Vladimir Kremlev.*

# Oligarch with eye for art, not yachts

Jack, Andrew . Financial Times ; London (UK) [London (UK)]15 July 2017: 2.

🔗ProQuest document link

## FULL TEXT

**At home** Petr Aven grew up in a communal flat in Moscow. Today he is the billionaire head of Alfa-Bank with a passion for collecting Russian artwork. He gives Andrew Jack a tour of his Surrey mansion

Petr Aven looks a little uncomfortable framed by the gargantuan scale of his Surrey mansion. He is standing on the front steps of the three-storey pillared façade, approached up a long winding path from the gatehouse through the surrounding gardens.

"I would not have bought a house this big," he blurts out quickly, as if apologising. "I was raised in a communal apartment in Moscow with eight families. Each had just one room, with a shared kitchen and bathroom."

Having trained as an economist in the 1970s, Aven was picked to join the inner circle of politicians around Yegor Gaidar in 1991 to run Boris Yeltsin's first post-Soviet cabinet of pro-market reformers. He helped shape a radical and painful policy shake-up in the turbulent Russia of the early 1990s.

In alliance with his business partner Mikhail Fridman in the following years, he went on to build Alfa Group, the conglomerate that embraced banking, oil and retail. He emerged as one of the country's influential business "oligarchs" and his wealth today is estimated by Forbes to be $4.5bn.

Yet for a forthright power broker and commercial magnate who thrived in the feral capitalism of Russia and survived multiple financial and political crises, he seems accepting of the practices and tastes of his adopted part-time home in the UK. When he and his then wife bought Ingliston House near Virginia Water in 2004 their aim was to find somewhere comfortable so that their children could attend schools nearby. They acquired an empty plot, which came with plans already drawn up.

The neo-Palladian, pillared and limestone-faced design resembles other mansions in the gated community adjacent to Wentworth golf club. They left the design almost unchanged - albeit adding extensive security - since it had already been approved by the local authority. "You don't easily challenge English planning laws," says Aven with a grin.

Inside, he took the same hands-off approach to the proposed "Strawberry Hill gothic" decor by Nicky Haslam, complete with brightly coloured wallpaper and plumped-up sofas. "We didn't want to stop him. The paintings are so strong that they still work," he says, gesturing to the walls adorned with his passion: art.

Works by Larionov, Goncharova and Kandinsky are among the canvasses on display, part of his extraordinary collection of late 19th- and early 20th-century Russian art built up in parallel with his business career over the past quarter of a century.

"It comes from childhood. My father [a computer science professor] didn't buy art, but I wanted paintings around, like his friends that we used to visit," he says. "I didn't just want to buy art but to create a collection from scratch. My main satisfaction is to put things in order. I like arranging books on shelves. It gives me enormous pleasure."

His choice was shaped by opportunity. "All the major work of Soviet art is in museums, but you could find prerevolutionary art," he says. His first purchase was in 1993: a still life by Pavel Kuznetsov from the 1920s, which cost just $5,000.

Ever since, he has been tracking down works, mostly from the pre-Soviet era, in auctions, from private collections and sometimes directly from artists' descendants or others who have inherited work. "I never bought a plane or a yacht. All my money goes into art."



It is only late morning, but he offers champagne and wine, which a waiter brings into the circular entrance hall on a tray along with small snacks including smoked salmon served on blinis.

Down one of the two staircases, which wraps around the inner wall to bring visitors into a basement level, Aven has a collection of lacquered boxes. Yet he is most proud of the cupboards that line the walls: Soviet porcelain from 1917-41, made in St Petersburg in the former Imperial factory renamed Lomonosov. "It was very cheap to collect when I started," he says, stating that the collection fascinates him because he sees it as a one-off and less derivative than paintings of the period. "Russian painting was inspired by Cézanne and Matisse, but Russian porcelain was original."

Upstairs in his bathroom, he shows off a series of more intimate sketches of female nudes by Vladimir Lebedev from the 1930s, which he sees as indicative of an unexpected tolerance by the Soviet authorities towards private life and its portrayal in art at the time.

His office, up a further flight of stairs beneath the roof rafters, is brighter, more relaxed and modern, with catalogues but fewer works of art. Photographs on one table show him with human rights activist Natan Sharansky, hunting bears in remote Kamchatka with his business partner German Khan, and with Vladimir Putin. He is discreet about his own relations with the Russian president and veers the conversation away from politics. All he will say is that "Alfa had absolutely no connection with Trump". There were claims in a purported intelligence document published by BuzzFeed suggesting such a connection, an inference that is now the subject of legal action.

He is also circumspect about Boris Berezovsky, the maverick businessman and politician who was a longstanding acquaintance. Berezovsky fled Russia in 2000 after falling out with Putin and settled nearby in Virginia Water until his mysterious death in 2013. Aven says he long ago broke off contact from this "complex figure", but is finishing a book on "the time of Berezovsky" in the 1990s.

In reality Aven's office is his phone, from which he is inseparable. It rings repeatedly and buzzes still more often with texts as he moves between his house in Surrey and two others in Russia - in central Moscow and in the nearby town of Barvikha - as well as in Ukraine, where he manages Alfa-Bank's growing operations.

Outside his Surrey house, the 8.5 acres of green lawns, tended by several gardeners and framed by mauve rhododendrons, provide plenty of space for large open-air sculptures. Opposite the entrance is Lynn Chadwick's "Sitting Couple", a nod to Aven and his late wife, who spent most of her time in the UK and oversaw the garden and the couple's art collections.

At the end of a short path to the right of the entrance courtyard is a giant Soviet border guard sculpted by Aven's friend Grisha Bruskin. To the left is Louise Bourgeois's mother and daughter spiders, which he says he used to tease his children with at night.

Overlooking the gatehouse is a giant bear reared up on its hind legs. "Everyone thinks it's Russian, but it's French, by [François-Xavier] Lalanne," he says.

On one flank of the house, Henry Moore's "Reclining Figure" (see main image), bought for £19m, rests on a plinth. "I like his passion and the very unusual perception of space, like the Expressionists," he says.

To the rear is a specially commissioned work by Antony Gormley, a hunched up abstract human figure made from angular pieces of metal that could symbolise DNA. Aven got to know the artist through his work as a trustee of the Royal Academy's development trust. Thanks to this role and others he now hosts patrons and collectors to show off his art.

For a number of years, he was reluctant to loan out any of his own works at a time of insecurity over property rights and difficulties in obtaining insurance and security guarantees.

Now he has greater confidence and enthusiasm for sharing: his works have been lent to the Jewish Museum in Moscow, the Tate in London, the Museum of Modern Art in New York and recently the Royal Academy for its Russian art exhibition this year. Others will soon go to New York and Tel Aviv.

"I am lending more and more," he says. "Russian art deserves it." He hopes to be able to persuade the Victoria and Albert Museum to put on a show based around his porcelain collection. In the future, he dreams of a private



museum to house his works.

Yet he believes they would be overshadowed by other state collections if it were in Moscow, and in London he questions whether there would be sufficient interest. Instead, he is considering Riga, for which he retains an affinity because of his Latvian grandfather.

Russia has changed radically in recent years, and Aven's own personal life has shifted following his wife's death in 2015 and his subsequent remarriage, causing fresh reflection on his cultural interests.

"If I was starting again, I would have done something different," he says. "This was an all-Russian collection. Step by step it's becoming international. I'm tempted by the connections between 20th-century Italian, German and Russian art, melded by the forces of totalitarianism."

Andrew Jack is the FT's head of curated content

**Favourite thing**

Aven chooses "Les maisonnettes rouges" (1922) by Marc Chagall. "I bought this in an auction at Sotheby's in London in 2015 [the recorded price is £3.3m]," he says. "It turned out I was bidding unknowingly against my business partner German Khan who had also started to collect works by Russian painters of Jewish origin. The painting is simultaneously about Russia, the Jewish attitude towards life - that of eternal movement - and of course it is also of the highest artistic quality."

CREDIT: By Andrew Jack


# DETAILS

| | |
|---|---|
| Subject: | Art galleries &museums; Painting; Art exhibits |
| Location: | Russia |
| Publication title: | Financial Times; London (UK) |
| First page: | 2 |
| Publication year: | 2017 |
| Publication date: | Jul 15, 2017 |
| Section: | FT WEEKEND SUPPLEMENT - HOUSE &HOME |
| Publisher: | The Financial Times Limited |
| Place of publication: | London (UK) |
| Country of publication: | United Kingdom, London (UK) |
| Publication subject: | Business And Economics--Banking And Finance, Political Science |
| ISSN: | 03071766 |
| Source type: | Newspapers |
| Language of publication: | English |
| Document type: | News |



# BP chief 'poisoned' in Russia plot, claims former colleague

◆ **telegraph.co.uk**/news/2018/04/29/bp-chief-poisoned-russia-plot-claims-former-colleague/

By Robert Mendick, Adrian Gatton



The chief executive of BP was poisoned in a plot believed to have been orchestrated by the Russian security services, a former employee has told the Telegraph.

Bob Dudley, the American boss of the British oil giant, was forced to flee Moscow after blood test results indicated he was being poisoned slowly, the ex-employee has claimed.

Rumours that Mr Dudley was poisoned began to circulate in 2014, some six years after he left Russia in August 2008. At the time, Mr Dudley was a senior executive in BP, running a highly profitable joint venture called TNK-BP.

But it is claimed by a former employee that the Russian authorities wanted to oust Mr Dudley and put in place a plan to slowly poison him. Ilya Zaslavskiy, who worked for TNK-BP for four and a half years, believes only the Russian intelligence agency the FSB had the expertise to administer a toxin slowly enough to harm Mr Dudley but stop far short of killing him.

The alleged poisoning took place two years after the murder of Alexander Litvinenko, who was exposed to radioactive polonium-210 in London, and a decade before the attempted

**G164**

assassination of Sergei Skripal, who was targeted with nerve agent in Salisbury.

Five years after Mr Dudley left Moscow, TNK-BP was sold to the state-owned Rosneft. In return BP, by then being run by Mr Dudley, was paid a £12 billion lump sum and given a 12.5 per cent stake in Rosneft.

Mr Dudley shook hands on the deal at a ceremony in Russia, attended by the Russian president Vladimir Putin.

Mr Zaslavskiy said: "The whole idea was to oust Bob Dudley and about 150 western managers."

Mr Zaslavskiy, now head of research at the Free Russia Foundation, an anti-Putin think tank in Washington, and a fellow with the Chatham House policy institute in London, went on: "The harassment of Western staff took place on many levels. They followed people; they broke into their apartments. One was warned it wasn't safe to return to Russia.

"With Dudley and a few senior managers they also started to open different court cases against them personally rather than just BP. That was the first hint to Dudley he should get out. But he wouldn't. He was stubborn.

"He thought he could run the company because he had the law on his side so he stuck it out in Moscow.

"This went on for several months and finally they decided to send him a better message by poisoning his food. Obviously we could never prove who exactly poisoned him."

Mr Zaslavskiy added: "I was aware of these claims but I had it confirmed in 2016 by a former colleague who was a close adviser to Dudley. He told me that the poisoning took place in the summer of 2008. They think the poison was put in Dudley's food, maybe by somebody inside the office.

"They did extensive lab tests in Britain and it was confirmed that the poisoning had taken place  in Russia. His blood showed signs of poisoning. I have now had this confirmed by a good source close to Dudley and I have no reason to doubt it.

"The reason BP wanted to do the tests was Dudley had felt ill. I don't know the  symptoms but I do know they were sufficient for him to get very concerned. It wasn't like regular food poisoning. It wasn't just once. It was happening over weeks. Initially he couldn't figure out what was wrong with him.

"Dudley left Russia secretly and quickly after the diagnosis. He left Moscow by the back door. He left early in the morning and he left abruptly. He didn't go back to London office of BP. He went to a secret location in Europe."

**G165**

Mr Zaslavskiy suggested that the British Government should have stood up to the Kremlin at the time of the alleged poisoning. Its failure to do so effectively encouraged Moscow to attack Col Skripal in Salisbury without fear of previous reprisals.

Mr Zaslavskiy added: "This was after the poisoning of Litvinenko. I blame some of this on the British Government and MI6 for not standing up to the Russians in the first place. It is absolutely astonishing what British security services allowed the Russians to get away with back then.

"The poisoning had to be done by professionals to make sure that Dudley did not die. They just wanted to give him a message. It was definitely done by professionals who could administer this poison over weeks.

"But who definitely carried out the poisoning, I don't know. I don't know the substance. I don't know any of that. My source wasn't open to talk about this."

BP has declined to comment about the allegation and refuses to say whether Mr Dudley was or was not subjected to a poison attack.

Last week at a meeting with journalists Mr Dudley was asked what advice he would give to young executives starting out in the oil business. His response was: "Stay away from Russia" before adding: "I know there are some friends here from Russia - so - that's just a joke. I do enjoy working there. I lived there for nine years with my family."

A senior BP source said: "TNK-BP was an extremely successful business financially. It was also extremely noisy at that time. Certainly at various times life was made difficult and it was difficult to operate. But we are not going to comment whatsoever about Bob.

"Certainly pressure was put on him using regulatory means and things like that. But nobody will ever comment about these allegations of poisoning."

**G166**

# When Trump won, Putin deployed his oligarchs

P **politico.com**/story/2019/04/18/mueller-report-putin-trump-1282648



President Donald Trump and Russian President Vladimir Putin in Helsinki on July 16, 2018. The special counsel's report details ways Kremlin intermediaries tried to woo those around Trump. | Brendan Smialowski/AFP/Getty Images

After an election marred by Moscow's attempts to buoy Donald Trump's candidacy, the Russian president wanted to cash in.

In December 2016, a few weeks after Donald Trump's surprise election victory, Russian president Vladimir Putin convened what a Russian oligarch described as an "all-hands" meeting with some of his country's top businessmen. A main topic of discussion: U.S. sanctions against Russia.

One of the oligarchs present was Petr Aven, co-founder of Alfa Bank, Russia's biggest commercial bank. Aven had recently met with with Putin one on one to discuss the sanctions and what to do about them. Putin said he had been struggling to get messages to Trump's inner circle, and urged Aven to take steps to protect his bank from additional U.S. penalties, according to special counsel Robert Mueller's report, which details the episode. Aven perceived that as an order, not a request, according to Mueller, and understood "that there

would be consequences if he did not follow through."

Aven quickly understood that his mission was to contact the Trump transition team, and began an effort to contact Trump's son-in-law, Jared Kushner.

Mueller's nearly 450-page report granularly describes this and related episodes, revealing how Putin explicitly encouraged his country's wealthiest and most powerful businessmen to make contact with Trump's transition team after the election. The directives help explain the "flurry" of contact the oligarchs made with Trump's associates in the weeks following the reality TV star's unexpected victory, Mueller wrote.

Even though Mueller did not establish any conspiracy between Trump's team and Russia, the special counsel's report shows how important it was to Putin to establish a backchannel line of communication to Trump's transition team — and how receptive Trump's associates were to the overtures.

"As soon as news broke that Trump had been elected President, Russian government officials and prominent Russian businessmen began trying to make inroads into the new Administration," Mueller's team wrote in their final report.

In other words, after Trump pulled off his surprise victory in an election marred by Russia's attempts to sow discord and buoy Trump's candidacy, Putin wanted to cash in.

The attempts entailed outreaches "sanctioned at high levels of the Russian government, through business rather than political contacts." Putin's chief concern, according to Mueller, was getting the incoming Trump administration to roll back the U.S. sanctions hampering the Russian economy.

Among the oligarchs working to make inroads with Trump was Aven, the co-founder of Russia's biggest private financial institution, Alfa Bank; Kirill Dmitriev, the head of Russia's sovereign wealth fund; and Sergey Gorkov, the head of the Russian-government owned bank Vnesheconombank, or VEB.

Two of the wealthy moguls succeeded.

Dmitriev was able to get a Putin-approved U.S.-Russia "reconciliation plan" to Kushner, who passed it to Secretary of State Rex Tillerson. And Gorkov scored a meeting with Kushner during the transition period to discuss U.S.-Russia relations, according to Mueller.

Andrew Weiss, the vice president for studies at the Carnegie Endowment for International Peace, where he oversees research on Russia and Eurasia, called the details of this outreach "striking."

"It wasn't just, 'we need to build bridges for the sake of future dialogue,'" Weiss told

**G168**

POLITICO. "It was designed to head off further sanctions and, in Dmitriev's case, to create a blueprint for recasting U.S. relations with Russia."

And although Aven was rebuffed in his overtures, it was not for a lack of effort. At one point, Aven enlisted an American business associate, Richard Burt, formerly a U.S. ambassador to Germany, to help get through to Kushner.

According to Mueller, Aven told Burt that "someone high in the Russian government" had expressed "interest in establishing a communication channel between the Kremlin and the Trump transition team."

Burt apparently found Aven's request odd, but nonetheless approached Dmitri Simes, head of the Center for the National Interest, a Washington, D.C.-based think tank founded by Richard Nixon, about setting up a meeting.

But Simes demurred, according to the report, citing the heightened media scrutiny surrounding Russia's election interference.

Aven then dropped the matter. Putin didn't.

The report says the Russian president "continued to inquire about Aven's efforts to connect to the Trump Administration in several subsequent quarterly meetings."

Steve Hall, who served as the CIA's chief of Russian operations during Barack Obama's second term, told POLITICO that tasking oligarchs to conduct "hybrid wars and information operations" is par for the course for Putin.

But Hall, a public critic of Trump's attacks on the intelligence community, said it was "inconceivable" that the oligarchs were Putin's only method of infiltrating Trump's inner circle.

"He's going to rely on all the tools in his toolbox to go after these important targets," he said.

Indeed, Mueller's report includes a hefty section detailing the myriad ways Kremlin intermediaries — including fake online personas and others hiding their Moscow links — tried to woo those in and around the unlikely presidential candidate.

But the document did not address one of the most confounding mysteries that lingers from the election.

Alfa Bank, the institution Aven co-founded, had a computer server pinging a Trump Organization server during the 2016 race. The FBI reportedly investigated the pinging and said there could be an innocuous explanation, but never provided a conclusive reason for the server activity.

**G169**

Still, where Aven failed, Dmitriev seemingly triumphed, using many of the same tactics.

Dmitriev scored meetings with both Erik Prince — an informal Trump campaign and transition team adviser — and a Kushner friend named Rick Gerson. Dmitriev, who Mueller says referred to Putin as his "boss," worked with Gerson on the reconciliation proposal, implying that Putin had blessed the plan.

The offer apparently involved "jointly fighting terrorism" and "developing 'win-win' economic and investment initiatives."

The Russian machinations portray "both how real that effort was and how much high-level buy-in it had within the Kremlin," said Weiss. "And the fact that Kushner passed this along to Tillerson suggests that these policies were not a nonstarter — they had the attention of Trump's senior-most staff."

Dmitriev's intermediary to Trump's team was George Nader, a business associate who worked for the United Arab Emirates' royal court.

Nader began cooperating with Mueller's team in March 2018 and was given at least partial immunity for his testimony. Nader told Mueller that Dmitriev pressed him for an introduction to Kushner and Trump's son, Donald Trump Jr. Dmitriev, Nader said, wanted Nader to convey to the incoming Trump administration that Russia wanted "to start rebuilding the relationship in whatever is a comfortable pace for them."

According to Mueller, Nader did just that over dinner with Erik Prince in January 2017. Prince then agreed to meet with Dmitriev in the Seychelles later that month.

In an interview with the House Intelligence Committee, however, Prince characterized that meeting as an impromptu encounter during an unrelated business trip. "I didn't fly there to meet any Russian guy," he told lawmakers.

He also told Congress that he met Dmitriev by chance at the bar and talked "over a beer." According to Mueller, however, the two met in Nader's villa for 30-45 minutes the same day Prince arrived. They met again at a restaurant to discuss Russia's involvement in Libya.

And then there's Sergey Gorkov, the CEO of Russia's state-owned Vnesheconombank.

Gorkov secured a meeting with Kushner in December 2016 through Russian ambassador Sergei Kislyak, who insisted that Kushner meet "with someone who had a direct line to Putin," according to Mueller. Kushner told the special counsel that he could not remember them discussing sanctions, and investigators were apparently unable to establish the true nature of their conversation.

The meeting, however, like the others, appears to have had Putin's blessing.

**G170**

An investment bank executive who spoke with Gorkov before his trip to New York recalled Gorkov saying that the Russian president had approved of the meeting — and that he would be reporting back to Putin upon his return.

# Oligarchs, as U.S. Arts Patrons, Present a Softer Image of Russia

**nytimes.com**/2019/10/06/arts/russia-oligarchs-arts.html

Graham Bowley                                                                                     October 6, 2019



Credit...Video by Mark T. Davis

Vladimir O. Potanin, a Russian billionaire who made his fortune in banking and natural resources, has been a donor and board member of the Guggenheim Museum since 2002. More recently he gave $6.45 million to the Kennedy Center in Washington, which used some of the money to install the "Russian Lounge," a meeting space, in the performing arts complex created, in part, by Congress. His name is now inscribed on a wall there.

At the New Museum in Manhattan, another wealthy oligarch, Leonid Mikhelson, helped underwrite a 2011 exhibition through his foundation, which is dedicated to the appreciation of Russian contemporary art. Two years later, the museum named him a trustee, a position he held until last year — three years after the company he directs was placed under sanctions by the United States government.

Fort Ross, a California state historic park that commemorates a 19th-century Russian settlement in Sonoma County, was struggling in 2010 when Viktor F. Vekselberg, another oligarch, stepped in to help financially. His foundation continued as a patron until last year, when sanctions were imposed on him and his company, and the park's caretakers stopped taking his money.

Since the fall of the Soviet Union, rich Russians have emerged as influential patrons of the arts and Western cultural organizations have often been the beneficiaries. Carnegie Hall, the Metropolitan Museum of Art, the Art Institute of Chicago, the Brooklyn Academy of Music and Lincoln Center are among those who have received gifts from moneyed Russians or the companies they control over the past decade.

Though wealthy patrons have long used the arts to advance their individual tastes and social standing, much of the Russian giving is different. While the oligarchs also promote their personal preferences and support a wide range of cultural activities, they often employ philanthropy to celebrate their homeland, depicting it as an enlightened wellspring of masterworks in dance, painting, opera and the like.

These patrons have been quite public in their philanthropy, and there is little evidence that their donations have been directed or coordinated by Moscow. But they all enjoy good relations with the Kremlin — a prerequisite to flourish in business in Russia — and their giving fits seamlessly with President Vladimir V. Putin's expanding efforts to use the "soft power" of cultural diplomacy as a tool of foreign policy.

The effect, however cultivated, helps burnish the image of a nation whose aggression in Ukraine and election meddling have led it to be viewed by many as a hostile power.

"When Western publics think about Russia, Putin wants them to think about Pushkin, Tolstoy, Tchaikovsky," said Andrew Foxall, a Russia expert at the Henry Jackson Society in London. "What he does not want Western publics to think about is the actions of his regime that goes to war with its near neighbors."

The Russian giving, and the strained relations between the countries, has created something of a minefield for American cultural organizations, many of which depend on philanthropic support and embrace shared aesthetic experiences as opportunities for bridge- building. It presents them with an ethical challenge: are they putting themselves at risk, however unwittingly, of helping to promote a one-sided view of a country that the United States is officially sparring with?

Two institutions accepted large donations from an oligarch whose company had been placed under sanctions by the American government. A third took money from a company that had been similarly penalized.

In two other cases, the cultural philanthropy was endorsed by the Russian Embassy, which for years has solicited oligarchs to help it promote Russia in America.

In other instances, from California to Brooklyn, American venues have hosted performances by Russian troupes whose operations are underwritten by companies or individuals under sanctions.

**G173**

None of the transactions were illegal because the Russian donors were subject to limited sanctions that only restrict access to financial markets, not full blocking sanctions that generally freeze their American assets and bar doing business with a United States business or person. Still, experts said, accepting such donations runs counter to the spirit of United States policy designed to isolate some Russian interests.

"The whole point of sanctions is to prevent access," said Alina Polyakova, a fellow at the Brookings Institution. Yet, because of their wealth, she said, individuals under government sanctions "are still allowed into these high echelons of cultural power."

One Russian company employed culture to continue interacting with a high-powered American audience, even after it had been put under sanctions.

The company, VTB, a Russian-government-owned bank under limited sanctions since 2014, held two galas at the Kennedy Center. The first, in October 2016, a month before the American presidential election, featured a special performance by stars of the Bolshoi Ballet. The VTB logo decorated both the stage and the uniforms of the wait staff, and VTB's president, Andrey Kostin, spoke.

Among the people invited were at least two State Department officials, including Daniel Fried, a senior official responsible for sanctions policy who had already been lobbied by representatives of the bank. Mr. Fried, as the Center for Public Integrity first reported, declined the invitation.

"I was not going to the Kennedy Center for a VTB thing and be photographed with them," he said in an interview. "The optics were terrible. We are not their friends."

**G174**

Image



Members of the Bolshoi Ballet appear at a performance at the Kennedy Center in Washington that was sponsored by VTB, a Russian bank under sanctions, whose logo appears onstage. The image was posted on social media by the company that helps to promote the VTB brand.Credit...The New York Times

Several of the American arts organizations declined to comment on whether they had given Russians a platform to spin public perception of their country. The Kennedy Center defended hosting the galas underwritten by VTB, describing its role as simply a landlord. "The Kennedy Center rents to all, while providing no judgment on the content or artistic quality of said events," said a spokeswoman, Rachelle Roe.

But it also accepted a donation from VTB in 2017. The center said it had recently decided it would no longer accept money from the bank since its president, Mr. Kostin, was placed under full sanctions last year.

"The climate has changed since 2016," said Ms. Roe.

Surprisingly little attention has been paid to these Russian efforts, even as the Kremlin is accused of using more insidious methods to sway American public opinion and elections. The United States, of course, also employs cultural diplomacy through a program run out of the State Department whose preachy use of the Voice of America during the Cold War is well established. But several experts said the Russian version is more coordinated, more baldly designed to muddy the discussion at a time when that country is perceived by many to

be overly aggressive.

Michael R. Carpenter, a former National Security Council adviser to President Obama, said he had noticed years ago how the oligarchs were using cultural philanthropy to stay in contact with influential American political, diplomatic and business leaders.

"That access can be used to advance your business interests," he said, "or the Kremlin's interest."

## The cultural diplomacy of Communism

Russia's rich traditions in ballet, fine art and orchestral music did not disappear during the days of the Soviet Union. But they became quite insular.

For decades, the production of art was tightly controlled by the state. Censorship was the norm. The Bolshoi toured, of course, but some of its excursions became threadbare affairs, its programming at times chained to ideological themes.

That all changed after the fall of Communism as the wealth concentrated in a powerful set of business leaders fueled an explosion of artistic interest and outreach.

Dmitry Rybolovlev spent $2 billion in a few short years capturing works by the likes of Picasso and Leonardo.

Mr. Vekselberg, an oligarch, and Mr. Kostin, a banker, joined the boards of the Mariinsky Theater and the Bolshoi, and helped, either personally or through their companies, to send them on polished world tours.

The spending evoked an era when 19th-century Russian czars and industrialists were among the world's most extravagant arts patrons. Some of the newly rich, after forging fortunes in hardscrabble industries like natural resources, followed a patriotic impulse to recapture Russian cultural works smuggled abroad by nobles, sold by the Bolsheviks or otherwise lost after the revolution.

In 2005, Mr. Potanin's foundation helped finance an 800-year survey of Russian art, from icons to 19th-century paintings, called simply "Russia!" at the Guggenheim. Mr. Putin spoke at the opening.

"Such events," Mr. Putin said, "are the best and most eloquent way to understand a country that possesses huge humanistic and spiritual potential, a country such as Russia."

More recently, Mr. Mikhelson, whose company, Novatek, is under limited sanctions, has staged exhibitions of contemporary art, often focusing on Russian artists, through his V-A-C Foundation.

**G176**

Helen Weaver, a spokeswoman for Mr. Mikhelson's foundation, said: "The foundation's work is always about building bridges and fostering understanding through culture."

Several experts on Russia said that the spending by oligarchs can resemble bouquets to Mr. Putin who is known to smile on efforts to project the national interest abroad.

"That is what you do if you don't want to do something dirtier," said Anders Aslund, an analyst at the Atlantic Council. "You are a patron of culture if you are trying to escape tougher demands from the Kremlin."

A spokeswoman for VTB, the bank under limited sanctions, said in a statement "that the state or its representatives do not influence VTB's decisions to sponsor museums, theaters, artistic groups. If we get any requests from state representatives, we review them according to standard procedure."

But the Russian government has made clear, as it said in a 2016 statement of principles, that "'soft power' has become an integral part of efforts to achieve foreign policy objectives." The following year, the Foreign Ministry created a working group of advisers, including government officials and corporate executives, "to coordinate steps to strengthen Russian-American cultural ties, preserve and develop Russian-associated memorial sites and heritage sites in the United States, and implement relevant future projects," according to a document provided to The New York Times by the Russian government.

Its efforts include the commemoration of a Russian site, Fort Elizabeth, on the island of Kauai, to mark the 200th anniversary of a Russian presence in Hawaii.

Some of the philanthropy was driven by the former Russian ambassador to the United States, Sergey I. Kislyak. A master networker in Washington, Mr. Kislyak helped arrange Mr. Potanin's gift to the Kennedy Center, solicited help for Fort Ross and spurred an American philanthropist, Susan Carmel, to create an institute at American University that promotes Russian culture and history.

The ambassador later became entangled in the controversy over Russian meddling in American affairs. He returned to Moscow in 2017. The embassy he left behind declined to comment further on questions The New York Times posed about Russia's pursuit of cultural diplomacy.

"If the purpose of your article is 'to investigate,' rather than to promote Russian-American cultural ties, I'm afraid we cannot provide you further assistance," said Nikolay Lakhonin, the embassy spokesman.

Michael McFaul, the American ambassador to Russia from 2012 to 2014, recalled how Mr. Kislyak once told him that he had employed Russian culture as a tool to "get deeper into the

fabric of society" in the United States. Mr. McFaul said he made limited efforts to do the same in Russia, once helping to bring through the Chicago Symphony, but never with the kind of resources the oligarchs offered.

"I remember joking with Kislyak when I saw him in Washington that he was able to convince these major business people to make serious investments," he said.

Several oligarchs, or the companies they control, help underwrite the operations of the Mariinsky Theater, which coordinates cultural activities for several troupes that regularly tour in the West, including the world famous Mariinsky Orchestra. The organization is led by Valery Gergiev, the master conductor and ally of Mr. Putin, who, as head of state, has met regularly with the Mariinsky board.

The oligarchs resist the idea that their spending advances a national agenda.

Petr Aven, for example, leads one of Russia's largest banks and has contributed financially to exhibitions on Russian art at the Tate Modern and Royal Academy of Arts in London, where he is also a trustee. The companies he helps direct have also helped underwrite exhibitions at museums like the Guggenheim.

But a spokesman for Mr. Aven said "he has not funded or contributed art to any exhibition at the behest of or in coordination with the government of Russia."

## One oligarch's efforts in the United States

Along the Pacific Coast, a two-hour drive north of San Francisco, visitors to Fort Ross find a 3,400-acre California state park that was once the southernmost Russian settlement in North America.

The park recreates the 19th-century lifestyle of the Russians who scratched out an existence by farming and fur-trading long before California became a state. Visitors tour the stockade, the Russian Orthodox chapel and a windmill like the one used by the settlers. The signs are in English and Russian, and overhead the flag of the Russian company that once ran the settlement often flies.

Some exhibits note the contributions of the Alaskans who joined the settlement as well as the indigenous Kashaya. But when schoolchildren visit, they sometimes dress as Russian settlers, marching with muskets across the park, shouting in Russian, "Levoy. Levoy. Levoy."

Left. Left. Left.

"We are working hard not to focus just on the Russian era," said Sarah Sweedler, who runs the Fort Ross Conservancy, a nonprofit that helps operate the site, "but Russia is the reason for the park, after all."

**G178**

It's certainly the reason Mr. Vekselberg, the oligarch, stepped up at Mr. Kislyak's request to create a private foundation, funded by his company, to help the park. The Russian president at the time, Dmitri Medvedev, attended the signing of the funding agreement with Mr. Vekselberg and Gov. Arnold Schwarzenegger in California.

Over the next eight years, the foundation donated more than $1.5 million to the park, paying for projects like the hiring of a bilingual tour guide.

"The contribution is modest," said Ms. Sweedler, "and the influence they wield on the program is nonexistent."

Last year, though, Ms. Sweedler said the conservancy read a Justice Department memo on sanctions and stopped taking the money. Mr. Vekselberg and his company, Renova Group, had been among the entities slapped with sanctions by the United States Treasury, which cited "a key role in advancing Russia's malign activities," including its occupation of Crimea, aggression in eastern Ukraine, support of President Bashar al-Assad in Syria, "attempting to subvert Western democracies, and malicious cyber activities."

Some sanctions are based on behavior, but many companies or individuals, like Mr. Vekselberg, were punished largely because they are viewed as influential supporters of Mr. Putin who benefit from the actions of his regime.

Mr. Vekselberg, who is fighting the sanctions, declined to be interviewed.

Ms. Sweedler views the Russian investment in Fort Ross as a harmless cultural interaction, an important counterpoint to saber-rattling. Others see something more deliberate.

"For me it did raise alarm bells," said Mr. Carpenter, the Russian specialist in the Obama administration. "Fort Ross was part of a soft power operation."

Mr. Carpenter said the outpost was important enough to Russia that Sergey Lavrov, the Russian foreign minister, urged the Americans to turn it into a national park.

Anatoly I. Antonov, the current Russian ambassador to the United States, was exuberant in his appreciation of Fort Ross after a tour last year. "It feels like in some Washington buildings, the air is spoiled with anti-Russian sentiment," he said. "The air is different here. And people are different, too."

It is far from the only cultural initiative that Mr. Vekselberg, 62, launched after making his fortune during the rough and tumble privatization of Russia's aluminum and oil industries in the 1990s.

In 2004, he spent about $100 million to secure the return of a collection of imperial Fabergé eggs and created a museum to showcase them. Though Russia experts do not see Mr.

Vekselberg as personally close to Mr. Putin, the effort synced with the president's mission to bring Russian cultural artifacts back to Russia.

Later, with other oligarchs, he helped build a Jewish Museum and Tolerance Center in Moscow, saying it would help paint Russia in a different light.

"The average American has developed this stereotype. They have a very wary approach to Russia, with the story of the evil empire and so forth," he said at the time. "Americans who come here to work or visit, often for business, and come to this museum will assess what is going on in Russia in a different way."

Mr. McFaul, the former ambassador, said he views Mr. Vekselberg, whose family owns homes in New York and Connecticut, as one of the more Western-oriented oligarchs. "I do think he considers himself a bridge-builder between the U.S. and Russia," Mr. McFaul said.

But there have been rough spots.

Last year, agents for the special counsel Robert Mueller stopped Mr. Vekselberg at an airport, checked his electronic devices and sought to question him. Mr. Mueller's team was interested in Mr. Vekselberg's contact with Michael Cohen, President Trump's former lawyer. The two men had had a meeting at Trump Tower in January 2017, just before President Trump's inauguration. Mr. Vekselberg attended the inauguration with his cousin, Andrew Intrater, an American citizen and major donor to the event.

Prosecutors say Mr. Vekselberg is affiliated with Mr. Intrater's firm, Columbus Nova, and were intrigued by $500,000 in payments the company made to Mr. Cohen for what was described as consulting work.

Mr. Vekselberg has denied being involved in the payments, and said he is only a client of his cousin's firm. The investigators have not accused either man of wrongdoing.

Among the organizations that have received financial support from Mr. Vekselberg or his company are Lincoln Center, Carnegie Hall, the Museum of Modern Art and the Tate Modern in London.In a 2017 accounting, a Renova official said the company had spent $13.5 million on "arts and culture" in the nine years ending in 2016.

In many of these settings, the culture being promoted is Russian. Before Renova was hit with sanctions, for example, it helped fund a series of ballets and an opera in 2015 at the Brooklyn Academy of Music by the Mariinsky Theater, which the academy described as "the beating heart of Russian culture."

Mr. Vekselberg's company was not the venue's only Russian patron. A few years earlier, the Mikhail Prokhorov Fund, named after the billionaire who then owned the Brooklyn Nets, announced a gift of $1 million to help underwrite an exchange program with the arts

organization: "TransCultural Express: American and Russian Arts Today."

In announcing the gift, Mr. Prokhorov said he was happy to "share some of the contemporary culture of Russia, the place I am proud to call home."

*Catherine Cheney contributed reporting from California and Michael Kolomatsky from New York. Susan Beachy contributed research.*



**Atlantic Council**

# DEFENDING THE UNITED STATES
# AGAINST RUSSIAN DARK MONEY

A report by Anders Åslund and Julia Friedlander

change as long as the Russian elite can use Europe's infrastructure."[28] Navalny's statement is key to understanding why Russian abuse of Western financial jurisdiction is a foreign policy and national security concern.





I have the impression that this whole net of one-day firms is controlled by one group of people."

*Central Bank of Russia Chairman Sergei Ignatiev leaves after the International Monetary and Financial Committee (IMFC) meeting during the Spring Meeting of the IMF and World Bank in Washington, April 20, 2013. REUTERS/Yuri Gripas*

## Why are Russian offshore funds a risk for the United States?

Anonymous foreign funds are risky for many reasons.[29] They can be used for espionage, industrial espionage, terrorism, drug trade, human trafficking, illicit arms trade, sanctions evasion, bribery, disinformation, political interference, money laundering, or simply tax evasion. Usually, several crimes go together, but without a clear, demonstrable link between a financial asset and a criminal act, it is difficult for authorities to target them. Why *exactly* should we be worried about Russian money in the United States? Presumably, most of the Russian funds held offshore belong to rich Russian businessmen and the system of economic fealty described in this paper makes it hard to operate in Russia and remain truly independent. Sophisticated Russian money laundering practices then exploit weaknesses in the US AML regime. Members of Putin's inner circle, themselves often wealthy executives, have been directly implicated in disrupting the democratic process in the United States. Putting this logic chain together, a threat pattern emerges. Anonymous Russian money in the United States is substantial, fast-moving, and, in several well-annotated cases, directed toward political influence.

However, the great concern is the Kremlin forcing big Russian private businessmen to work for it. On the one hand, these businessmen have a large share of their assets in the West, notably in the United States. On the other hand, they still have substantial assets in Russia. The Kremlin can beat them both in Russia by confiscating their Russian assets and in the West through Western sanctions. Therefore, Russian oligarchs are becoming ever more dependent on the Kremlin the richer they get, because the Kremlin controls their assets both in the West (indirectly) and in Russia (directly) and they have more to lose.

The Mueller report offers ample evidence of Kremlin pressure on private businessmen. "Petr Aven, a Russian national who heads Alfa-Bank, Russia's largest [private] commercial bank... told the Office that he is one of approximately 50 wealthy Russian businessmen who regularly meet

with Putin in the Kremlin; these 50 men are often referred to as 'oligarchs.' Aven told the Office that he met on a quarterly basis with Putin... Aven said that he took these meetings seriously and understood that any suggestions or critiques that Putin made during these meetings were implicit directives, and that there would be consequences for Aven if he did not follow through."[30] Currently, *Forbes* assesses Aven's wealth at $5 billion.[31]

The Mueller report continues: "According to Aven, at his Q4 2016 one-on-one meeting with Putin, Putin raised the prospect that the United States would impose additional sanctions on Russian interests, including sanctions against Aven and/or Alfa-Bank. Putin suggested that Aven needed to take steps to protect himself and Alfa-Bank."[32] Thus, Putin threatened Aven and the Alfa Group, the biggest Russian private business group with total assets of about $50 billion, both with sanctions from the Russian state and from the United States. The Russian president's own threat was implicit but he also implied that he could make the US government sanction Alfa Group and Aven if they did not obey him. Aven knows Putin very well and has met with him regularly since 1991.

Another Russian oligarch, Oleg Deripaska, maintained even closer links with the Kremlin and Paul Manafort, who was then-Republican presidential candidate Donald J. Trump's campaign manager for a few months in 2016. Manafort began working for Deripaska in 2005 and Manafort's longtime deputy, Rick Gates, explained to the FBI: "Deripaska used Manafort to install friendly political officials in countries where Deripaska had business interests. Manafort's company earned tens of millions of dollars from its work for Deripaska and was loaned millions of dollars by Deripaska as well."[33] Deripaska has been close to the Kremlin for over two decades. He has also been the Kremlin's main "businessman" in Montenegro, Armenia, and Kyrgyzstan.

A third prominent Russian businessman, to whom the Mueller report devotes twelve pages, is Kirill Dmitriev, the CEO of the state-owned Russian Direct Investment Fund, a sovereign wealth fund. Dmitriev has an outstanding professional resume and US background (Stanford, BA; Harvard, MBA; McKinsey; and Goldman Sachs), and he is Putin's point man to the US elite. His efforts to promote Putin's contacts with the new Trump administration included meetings with Lebanese American businessman and convicted sex offender George Nader and Blackwater founder Erik Prince.[34] The Russian Direct Investment Fund is perceived as one of Putin's slush funds. Its particular purpose is to develop relations with top US businessmen.

A fourth Russian businessman whom the Kremlin sent to seek contacts with the Trump administration was Sergey Gorkov, CEO of VEB, a Russian state-owned funding institution. VEB is another less sophisticated, but much bigger, Putin slush fund. Gorkov met with Trump's son-in-law, Jared Kushner, in New York in December 2016 after the elections. The Mueller investigation did not identify any evidence of anything substantive to have transpired during the Gorkov-Kushner meeting.[35] Soon afterward, in May 2018, Gorkov was sacked, which might indicate that he had failed in his endeavor.