# EXHIBIT J

```
                                                          Page 1
 1
 2              UNITED STATES DISTRICT COURT
                    DISTRICT OF COLUMBIA
 3
        -------------------------------
 4      MIKHAIL FRIDMAN, PETR AVEN AND
        GERMAN KHAN,
 5
                        Plaintiffs,
 6
                                        Index Number
 7           vs.                        1:17-cv-02041
                                         (RJL)
 8
        BEAN LLC (A/K/A FUSION GPS) AND
 9      GLENN SIMPSON,
10                      Defendants.
        -------------------------------
11
12
13                             September 24, 2020
                               10:09 a.m.
14
15         Videotaped remote video-teleconference
16      deposition of DAVID KRAMER, a Nonparty Witness,
17      taken by Plaintiffs, held at Miami, Florida,
18      pursuant to subpoena, before Elizabeth F. Tobin, a
19      Registered Professional Reporter and Notary Public
20      of the State of New York.
21
22
23
24
25
```

```
                                                      Page 2
 1
 2     A P P E A R A N C E S:
 3
 4     On behalf of the Plaintiffs:
 5          CARTER LEDYARD & MILBURN, LLP
 6          2 Wall Street
 7          New York, New York 10005
 8          212.732.3200
 9          BY:   ALAN S. LEWIS, ESQ.
10                alewis@clm.com
11                MELISSA J. ERWIN, ESQ.
12                merwin@clm.com
13                JOHN J. WALSH, ESQ.
14                jwalsh@clm.com
15                (via video-teleconference)
16     On behalf of the Defendants:
17          LEVY FIRESTONE MUSE, LLP
18          1401 K Street, Suite 600
19          Washington, D.C. 20005
20          202.845.3215
21          BY:   JOSHUA A. LEVY, ESQ.
22                jal@levyfirestone.com
23                RACHEL CLATTENBURG, ESQ.
24                rmc@levyfirestone.com
25                (via video-teleconference)
```

1
2      A P P E A R A N C E S: (Continued)
3
4      On behalf of the Nonparty Witness:
5            MARCOS D. JIMENEZ, P.A.
6            255 Alhambra Circle, Suite 800
7            Coral Gables, Florida 33134
8            305.570.3249
9            BY:   MARCOS D. JIMENEZ, ESQ.
10                 mdj@mdjlegal.com
11                 (via video-teleconference)
12
13
14
15     ALSO PRESENT:
16
17                 PHIL GLAUBERSON, VIDEOGRAPHER
18                 ANDREW SHARP
19
20
21
22
23
24
25

Page 156

1      D. Kramer
2      Q.   Later in time did you -- after you had
3  given these memos to Senator McCain, did you meet
4  with Ken Bensinger of BuzzFeed?
5      A.   About a month later.
6      Q.   Did Glenn Simpson or anyone else at
7  Fusion suggest or direct you to meet with
8  Mr. Bensinger?
9      A.   No.
10     Q.   Did anyone at Fusion ever suggest to you
11 that you share CIR 112 or any of the other memos
12 with anyone else other than Senator McCain when you
13 met with them on November 29th or 30th?
14     A.   Did they suggest that I share them with
15 anyone else?  Not that I recall.
16     Q.   Did Mr. Simpson or anyone else from
17 Fusion know that you were going to meet with
18 Mr. Bensinger or anyone from BuzzFeed before you had
19 your meeting with Mr. Bensinger?
20     A.   I don't believe so, no.
21     Q.   When you met with Mr. Bensinger, did you
22 hand him a copy of CIR 112?
23     A.   I handed him a copy of the whole dossier,
24 not just CI -- whatever it is, CIR 112.
25     Q.   For him to take with him?

|   |   |
|---|---|
|   | Page 157 |

1  D. Kramer
2  A. It is possible -- I have testified before
3  it is possible I gave him a copy at the end. The
4  reason I asked him not to take photos is because I
5  am technologically afraid of things that I feared
6  that could circulate more quickly even
7  inadvertently. I don't recall if I gave him a copy
8  or not but I did show him a copy that I had while he
9  was there.
10  Q. When you did that, did you give him any
11  warning that this is off the record, shouldn't be
12  published?
13  A. Explicitly. I said it was off the record
14  each time he and I spoke. I think there were only
15  two or three times we actually spoke. It was off
16  the record. And meeting with him I was crystal
17  clear in saying that I was not in a position to
18  vouch for the information in the dossier or in the
19  memos and that it absolutely could not be published
20  unless and until it had been vetted and verified.
21  It was the same caution I offered the
22  other journalists that I had mentioned and only
23  BuzzFeed was the one that didn't follow that
24  caution. As I mentioned -- sorry to go on. As I
25  mentioned, Peter Stone from McClatchy contacted me