# EXHIBIT K

↩ Reply   ⌄    🗑 Delete    ⊘ Junk    Block    ⋯

## FW: Your book

**Anders Aslund**
Fri 12/20/2019 2:41 PM
Julie Varghese ⌄

**From:** Petr O Aven <PAven@alfabank.ru>
**Sent:** Thursday, May 10, 2018 6:25 AM
**To:** Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
**Subject:** Re: Your book

Will do.
Best regards to Аня.

Отправлено с iPhone

> 10 мая 2018 г., в 13:22, Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG> написал(а):
>
> Dear Petr,
>
> We are very much looking forward to your and Mikhail's dinner at the Atlantic Council on Monday May 21. We shall have a good group of people.
>
> I have heard several people praising your interview book about Berezovsky's time. If you possibly could bring me or send me a copy I would be most grateful.
>
> All the best,
>
> Anders
>
> Sent from my iPhone

ASLUND-000010

From: Petr O Aven <PAven@alfabank.ru>
Sent: Thursday, May 24, 2018 9:52 AM
To: Anders Aslund <AAslund@ATLANTICCOUNCIL.ORG>
Subject: Михаил Фридман и Петр Авен раскритиковали кремлевский режим на закрытой дискуссии в Атлантическом совете в Вашингтоне — Новости — Эхо Москвы, 24.05.2018

https://echo.msk.ru/news/2208222-echo.html



Михаил Фридман и Петр Авен раскритиковали кремлевский режим на закрытой дискуссии в Атлантическом совете в Вашингтоне — Новости — Эхо Москвы, 24.05.201

Это мероприятие проходило с участием российских олигархов, фигурантов Кремлевского списка Администрации ...
echo.msk.ru

Отправлено с iPad