# EXHIBIT L



Petr Aven, Mikhail Fridman and German Khan v Orbis Business Intelligence Limited

Day 1

March 16, 2020

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900

Email: transcripts@opus2.com

Website: https://www.opus2.com

1 MR JUSTICE WARBY: -- revisit it tomorrow lunchtime.
2 MR TOMLINSON: -- to see how far we have got, because by
3     that time it will be -- I think Mr Millar at the moment
4     has just over a day and a half for the claimants so he
5     may not -- if he doesn't need that time, we could
6     possibly have the argument tomorrow afternoon.
7 MR JUSTICE WARBY: Yes.
8 MR MILLAR: Yes.
9 MR JUSTICE WARBY: Right, then let's see how we get on.
10 MR TOMLINSON: My Lord, I am most grateful for those
11     indications.
12         My Lord, in those circumstances I'll call my first
13     witness, Mr Fridman.
14 MR JUSTICE WARBY: Mr Fridman, yes.
15 MR TOMLINSON: My Lord, I should have said, Mr Millar and
16     I agreed the order of the claimants' witnesses.
17     I apologise.
18 MR JUSTICE WARBY: No, fine.
19 MR TOMLINSON: My Lord, I say at the outset, I think
20     your Lordship knows this, but just to make it clear,
21     Mr Fridman speaks very good English and will endeavour
22     to give his evidence in English, but an interpreter is
23     available in case any issues arise as to linguistic
24     subtlety.
25 MR JUSTICE WARBY: Do we have the same interpreter for all

97

1     the claimants?
2 MR TOMLINSON: Yes.
3 MR JUSTICE WARBY: So we'll swear the interpreter. Thank
4     you.
5                 (Interpreter sworn)
6             MR MIKHAIL FRIDMAN (affirmed)
7 MR JUSTICE WARBY: If you want to sit down, you will
8     probably be more comfortable that way, as long as you
9     can see over the screen.
10 MR TOMLINSON: I don't know, maybe it is a good idea to move
11     the screen so that -- can you see the judge from there?
12     I can't tell.
13 MR JUSTICE WARBY: I can see Mr Fridman fine. It is the
14     laptop screen that I was wondering about. So long as
15     you can see each other over that?
16 MR TOMLINSON: No, I can see.
17 MR JUSTICE WARBY: Good.
18             Examination-in-chief by MR TOMLINSON
19 MR TOMLINSON: Could you give the court your full name and
20     business address, please.
21 A. My name is Mikhail Fridman. I'm living in London, in
22     St John's Wood, Cavendish Close, 25.
23 Q. Could you -- there should be a bundle of papers there in
24     the --
25 A. Yes.

98

1 Q. If you could open that and -- open that and I think at
2     number 1 --
3 A. Yeah.
4 Q. -- there should be a document which is entitled,
5     "Witness statement of Mikhail Fridman". Is that right?
6     {C/1/1}
7 A. Yes, correct.
8 Q. And if you then turn to page 65, the last page of that
9     document.
10 A. Mm hmm.
11 Q. It's internal -- because it has two page numbers on
12     mine -- 11. {C/1/11}
13 A. Yes, exactly.
14 Q. Is that your signature?
15 A. Correct, that is my signature.
16 Q. Is there anything in that witness statement that you
17     would like to correct or clarify, Mr Fridman?
18 A. As far as I know, no.
19 Q. Are the contents of that witness statement true?
20 A. Yes.
21 Q. So that's your evidence in this court?
22 A. Correct.
23 MR TOMLINSON: Thank you. If you could wait there, there
24     will be some questions from Mr Millar.
25 A. Thank you very much.

99

1             Cross-examination by MR MILLAR
2 MR MILLAR: Mr Fridman, in your witness statement, at
3     paragraphs 4 and 5 {C/1/2}, you deal with the
4     establishment of Alfa Group?
5 A. Okay. Yes.
6 Q. In 1989, and Alfa Bank in 1990?
7 A. Correct.
8 Q. At paragraph 14, so a little further on {C/1/4} --
9 A. Mm hmm.
10 Q. -- you deal with the acquisition of Alfa's interest in
11     TNK in 1997?
12 A. Yes.
13 Q. You don't say much more in the witness statement about
14     Alfa in the 1990s and I just wanted to ask you a little
15     more about this. Do you understand?
16 A. Yes.
17 Q. Yes. The group was focused on investment and
18     commodities trading and distribution in Russia, the CIS
19     and South-East Asia, is that correct, when it was set
20     up?
21 A. No. We haven't been active in South-East Asia.
22 Q. Okay. I'm putting that to you -- I don't want to take
23     time going to documents -- because on the Alfa website,
24     which we have as {D/147/1}, that's what it says:
25     trading and distribution, Russia and CIS and South-East

100

1   Asia.
2   A. Means we probably bought the goods from Southern Eastern
3      Asia, but we didn't have any other activity except
4      buying goods from there.
5   Q. At any rate, at that stage it was the east rather than
6      the west -- Eastern Europe, rather than Western Europe?
7   A. No, I disagree with this.
8   Q. One of the companies in the group established in 1989
9      was Alfa Eco; correct?
10  A. Yes.
11  Q. That was a commodities trading company?
12  A. Correct.
13  Q. Trading, amongst other things, oil and foodstuffs; is
14     that right?
15  A. That's all right; that's right.
16  Q. In 1994 we know Alfa Bank recruited Mr Aven, who had
17     been an economist and a minister in the Yeltsin
18     government?
19  A. That's correct.
20  Q. Recruited as president of the bank?
21  A. Yes.
22  Q. Was that your decision?
23  A. That was decision of me and my partner.
24  Q. You and?
25  A. My partner.

101

1   Q. Being then?
2   A. Mr Khan, Mr Kuzmichev, the partner of who own the Alfa
3      group.
4   Q. Oh, partners, plural?
5   A. Yes.
6   Q. Those two gentlemen?
7   A. Yes.
8   Q. He, that is Mr Aven, had resigned with others in a group
9      of young economists in the Gaidar government during
10     Yeltsin's presidency in around December 1993; is that
11     correct?
12  A. No. He resigned from the government in December 1992,
13     as far as I could recall.
14  Q. In his witness statement in this case -- I'll ask him
15     about that; it's something he deals with in his witness
16     statement -- he tells us that he was minister for
17     foreign economic relations in the Yeltsin government, in
18     fact from November 1991 to the end of 1993?
19  A. You will ask him.
20  Q. Yes. But the status, you knew the status: minister for
21     foreign economic relations, yes, in the government, when
22     you appointed him as president? You knew that's what he
23     had been?
24  A. He was ex-minister. He was not anymore the minister
25     when we met first time.

102

1   Q. But that was the ministry?
2   A. Yes.
3   Q. And would you agree that those were the early formative
4      years of the new economy in Russia?
5   A. Yes.
6   Q. Characterised by market freedom and privatisation of
7      state assets?
8   A. That's correct.
9   Q. And that title meant he was effectively the trade
10     minister?
11  A. He was foreign trade minister.
12  Q. And he must therefore have had close ties with the
13     Yeltsin government when you appointed him?
14  A. Yeah, he had definitely some connection with the people
15     who used to work in the government.
16  Q. And with people who still did work in the government?
17  A. Yes.
18  Q. In his witness statement Mr Aven accepts that he met and
19     knew Vladimir Putin in 1991, in that capacity, in his
20     capacity as the trade minister. Did you know that when
21     you recruited him?
22  A. No, I don't.
23  Q. Did you know that in the early 1990s Vladimir Putin
24     chaired the committee for external relations in the
25     administration of the St Petersburg Mayor?

103

1   A. No, I didn't know the name of Mr Putin at that time.
2   Q. You didn't even know his name?
3   A. Mr Putin was not very well-known in Russia in that time,
4      in 1993.
5   Q. Did you know that the Mayor -- I think his name was
6      Anatoly Sobchak, first elected Mayor of St Petersburg?
7   A. I don't know -- I didn't know him personally. I just
8      know that's his name and I've seen him by TV.
9   Q. -- oversaw foreign trading in and out of St Petersburg,
10     his office; did you know that?
11  A. Sorry, say it again?
12  Q. Oversaw foreign trading in and out of St Petersburg --
13  A. I didn't know about that.
14  Q. -- from the Mayor's office?
15  A. I didn't know about that.
16  Q. Could we look at {D/52/1}, please.
17  A. 52?
18  Q. Yes.
19  A. Yes.
20  Q. You were interviewed -- page 13, please, in D/52.
21     {D/52/13} You were interviewed for the FT over lunch --
22  A. Yes.
23  Q. -- in the spring of 2016?
24  A. Mm hmm. What is the page?
25  Q. 13. Sorry, I may have got that number wrong. It may be

104

1    3 {D/52/3}.  (Pause)
2       Why don't we come back to that.
3  A.  Okay.
4  Q.  Could you go to {D/5/3}, please.  This is an article in
5    the  New York Times in October 2000 for which you were
6    interviewed.  Do you remember this?
7  A.  Yes.
8  Q.  You said, about two-thirds of the way down, that
9    Alfa Group took off after the recruitment of Mr Aven.
10    Do you remember that?
11  A.  Yeah.
12  Q.  "Fridman, a Ukrainian Jew and very much an outsider, saw
13    his Alfa Group take off when he recruited Aven ..."
14  A.  Yeah.
15  Q.  Is that something you said to the journalist?
16  A.  I think so.  I don't remember because it's too -- a lot
17    of time since then, but I think that's right
18    description.
19  Q.  So if we could go back to {D/52/1}, please, page 3
20    {D/52/3}.
21  A.  Okay.
22  Q.  This time about a third of the way down the page.
23  A.  Mm hmm.
24  Q.  You spoke over lunch with the FT of Mr Aven and your
25    partnership with him; do you remember that?

1  A.  Yes.
2  Q.  You said:
3      "We needed a channel for communication with the
4    government."
5      That's why you appointed him.
6  A.  Mm hmm.  That's correct.
7  MR JUSTICE WARBY: Sorry, which page are we on here?
8  MR MILLAR: {D/52/3}, the third page.
9  MR JUSTICE WARBY: Yes.
10  MR MILLAR: Beginning:
11      "That said  ..."
12  A.  Yeah.  Okay, yes.
13  MR JUSTICE WARBY: Thank you.
14  MR MILLAR: Just read that paragraph.
15  A.  Yeah.
16  Q.  Have you read that?
17  A.  Correct.
18  Q.  Did he become that, a channel of communication with the
19    government?
20  A.  Yeah, that was one of his, let's say, duty.
21  Q.  One of his?
22  A.  One of his duty.
23  Q.  Duties?
24  A.  Yes.
25  Q.  What sort of channel of communication was he?

1  A.  You know what, to work, to try to build a big business,
2    you need to have kind of normal relationship with the
3    government.  That's crucially important in a country
4    like Russia.  You know, it's a bit different from, let's
5    say, practice here in the UK.  Here, if you wish just to
6    have just a normal functioning business, effectively you
7    should not have too much, you know, co-operation with
8    the government.  In Russia, with control of the
9    government over day-to-day business activity, it's much
10    tighter.  So to have a just normal co-operation, to just
11    to have a normal regime of doing business, you should
12    have certain channel for providing your view.  That was
13    one of the duties of Mr Aven.
14  Q.  Right.  In that last answer, are you talking about now
15    or the period that I'm asking you about in the
16    mid-1990s?
17  A.  I would say it's more or less the same, still.
18  Q.  If you just go on to page 4 in that article {D/52/4},
19    have a look at the end of the article.
20  A.  Mm hmm.  Yes.
21  Q.  Leave that.  Forget that last question.  I'll move on.
22  A.  Okay.
23  Q.  In 1996 Mr Yeltsin was facing re-election; correct?
24  A.  Yes.
25  Q.  In difficult times.  The polls had the Communists ahead?

1  A.  Yes.
2  Q.  He had been in power for, what, by then, about
3    six years?
4  A.  No.  Probably four years.
5  Q.  Four years?  It has been widely reported, has it not,
6    that you and Mr Aven were amongst a group of seven
7    oligarchs who agreed to support him in his re-election
8    bid.  Do you agree with that?
9  A.  Yeah.
10  Q.  They became known -- you became known as the seven
11    bankers, colloquially; correct?
12  A.  That's correct.
13  Q.  And was there such a group?
14  A.  It was not a formal group.  It was just a kind of, you
15    know, certain group of businessmen who really believed
16    it would be not a good future for Russia if the
17    Communists will win election.
18  Q.  And you were in that group?
19  A.  That was, like -- yes, I was in this group, yes.
20  Q.  It has also been widely reported that the support of
21    that group of oligarchs was given to Mr Yeltsin at that
22    time, the election, on terms, hasn't it?
23  A.  No, that's not.
24  Q.  It's been reported that that's the case?
25  A.  But it's kind of -- a lot of fantasy around Russian

1      politics  generally , but I haven't met Mr Yeltsin at that
2      time.
3  Q.  But you accept  it has been widely reported that there
4      was a deal?
5  A.  Probably, yes, but that's not the  fact .
6  Q.  So if  we can go back to the  New York Times article ,
7      which is {D/5/1}.
8  A.  Okay.
9  Q.  {D/5/3}. That reported that  there was such a deal and
10      that you were a party to  it .  Do you recall  that?
11  A.  So where is that?
12  MR TOMLINSON: Could you refer him to the relevant
13      paragraph?
14  MR MILLAR: Page 3.
15  A.  Okay.
16  Q.  Just after the paragraph I put to you a moment ago about
17      Mr Aven.
18  A.  Yeah.
19  Q.  Read that paragraph beginning, "The apogee of oligarchic
20      influence  ..."
21  A.  Correct.  I read this  paragraph.
22  Q.  The New York Times is reporting that  there was a:
23          "...  collective  decision to underwrite Yeltsin 's
24      re- election  campaign in return for huge slices  of state
25      property at extraordinary low prices  -- the so-called

109

1      'loans for shares' deal."
2  A.  Yeah, but we did not participate  in loan-for-shares
3      deal.
4  Q.  I don't think  it  is being suggested that  it was a formal
5      deal, like a written contract.  I think  it  is being
6      suggested that  there was an understanding that  in return
7      for the support for him, he would favour you,  his
8      government would favour you?
9  A.  That's not right .  That was a very formal deal known as
10      a loan-for-shares  auctions .
11  Q.  But there was or wasn't such deal?
12  A.  It  was, a loan-for-shares auctions which took place in
13      1995, and we were not part of that deal at  all .
14  Q.  Could you go to {D/22/1}, please.  {D/22/8}. You
15      brought a libel  action in the early 2000s in
16      Washington DC --
17  A.  Mm hmm.
18  Q.  -- concerning an article  that had been written in 2000
19      and published by the Centre for Public Integrity  in
20      Washington, didn't  you?
21  A.  That's correct .
22  Q.  You and Mr Aven?
23  A.  Correct.
24  Q.  Judgment was given in September 2005 by Judge Bates and
25      this  is  the memorandum of opinion, which is the

110

1      judgment.  Are you familiar with this  document?
2  A.  Yes.
3  Q.  If you go to  page 8 {D/22/8} --
4  A.  Okay.
5  Q.  -- there is a passage beginning, "Several years
6      later  ..."  which runs over on to  page 9 and ends up four
7      lines  down on page 9 {D/22/9}. I wonder if you could
8      read that:
9          "Several years later , with privatisation deeply
10      unpopular ..."
11          Just  read that down to the bottom of the page.
12  (Pause)
13  A.  Sorry,  it  is page 8?
14  Q.  Yes, three lines  down.
15  A.  Three lines  down:
16          "Several years later , with privatisation deeply
17      unpopular and Yeltsin  --"
18  Q.  You don't need to read it  out.
19  A.  Okay.
20  Q.  Just read to either yourself .  We can all  read it .
21  A.  Okay.
22  Q.  Read over to the top of  page 9 {D/22/9}, the next
23      paragraph:
24          "In short,  Aven and Fridman have assumed an
25      unforeseen level  of prominence and influence  ..."

111

1  A.  Okay.
2  Q.  Over the page {D/22/10}:
3          "The Financial Times in 1996 named Aven and Fridman
4      as among the 'group of seven businessmen and bankers
5      that ,  according to one of  their  number, is now running
6      Russia ':"
7          So, did you and Mr Aven become a sort of economic
8      advisory council after the re- election of the president
9      in 1996?
10  A.  Not at  all .  I haven't met Mr Yeltsin on one-on-one
11      occasion in my life .  I  just met him once or twice, was
12      in the group of people.  So I  definitely  was not an
13      economical advisor to  Mr Yeltsin .
14  Q.  Do you agree that  thereafter  you and Mr Aven assumed, as
15      the judge suggested,  prominence and influence in the
16      economic and political  affairs  of Russia?
17  A.  No, I don't agree with this  assessment.  I think we've
18      been pretty sizeable  business person but --
19  Q.  I'm sorry?
20  A.  We've been visible  business person, but nothing more
21      than that.
22  Q.  In 2003, as we'll  see in a moment, TNK, which you
23      started to acquire in 1997, an oil  company, went into
24      a joint venture with BP, didn't  it?
25  A.  Correct.

112

1  Q.  Which lasted for ten years?
2  A.  True.
3  Q.  Could you have a look, please -- we can get it up -- at
4       {D/32/1} -- I am sorry, {D/32.1/1}.  Thank you.
5  A.  Yeah.
6  Q.  Did you read Lord Browne's memoir, "Beyond Business"?
7  A.  You know, part of that memoir I've read.
8  Q.  Did you read the bits in it about you?
9  A.  It seems to me, yes.
10  Q.  That's what I always do with a book if I'm in it, I read
11      the bits that have me in it -- though there aren't many
12      of them.
13          In his book he looked back at his dealings with you
14      in that period, if you go on to page 17 {D/32.1/17}.
15          17?  It's slightly difficult because the way it is
16      reproduced on screen is both the left-hand page and the
17      right-hand page {D/32.1/11}.
18  A.  It is very small, could you increase it, please?
19  Q.  I'm so sorry, could you go back to {D/32.1/7} and then
20      if you can enlarge it.  Can you enlarge it?  Thank you
21      very much.
22          You see on the left-hand page?
23  A.  Uh-huh.
24  Q.  The bottom paragraph, the penultimate paragraph is about
25      Yukos?

113

1  A.  Correct.
2  Q.  Which was then Mikhail Khodorkovsky's oil company,
3       wasn't it?
4  A.  Yes.
5  Q.  Just read the last paragraph, down to the bottom of the
6       page.
7  A.  Okay.
8  Q.  He says that, like Khodorkovsky and Potanin, you
9       "acquired major assets from the state through the
10      loans-for-shares scheme"?
11  A.  No, that's a mistake.
12  Q.  Lord Browne made a mistake there, did he?
13  A.  Yes.
14  Q.  Because what he's suggesting there is that the state
15      favoured you, isn't he; that's what he's suggesting?
16  A.  No.  No, we didn't buy oil assets from loan-for-shares
17      scheme.
18  Q.  What he's suggesting is that the state favoured you
19      because of the support that you had given Mr Yeltsin in
20      his presidential campaign.
21  A.  That's probably a wrong assumption of Mr Browne because
22      that's the fact.  We didn't buy it in loan-for-shares
23      auction.
24  Q.  So you're saying you didn't acquire any major assets
25      from the state --

114

1  A.  No, that's not what I'm saying.  I'm saying that we
2       didn't buy in the loan-for-shares auction.  We bought it
3       on investment tender just for cash.  That was a separate
4       privatisation process which was -- which took place
5       later, rather than loan-for-shares auction.
6  Q.  Look at paragraph 13 in your witness statement, please.
7       I think you still have the witness statement open in
8       front of you? {C/1/4}
9  A.  Yeah.
10  Q.  Here you mention a different formal arrangement between
11      senior business figures and the Yeltsin government
12      during the period of his presidency, don't you?
13  A.  No, during the -- no, I exactly am the same as before.
14      Mr Yeltsin met with a representative of RSPP on
15      a regular basis.  I was not a member of RSPP during
16      Mr Yeltsin's time.
17  Q.  But this is a different, formal outward-looking
18      arrangement, isn't it, from the Yeltsin era, with
19      representatives of the Russian Union of Industrialists
20      and Entrepreneurs meeting with Yeltsin and his
21      government.  That's what you're talking about at 13,
22      isn't it?
23  A.  Correct.
24  Q.  But that's not where the power and the influence of the
25      oligarchs was in the last years of the Yeltsin

115

1       government, was it?
2  A.  No, that was not a kind of, it seems to me, source of
3       influence for the people, these meetings.
4  Q.  Power and influence was exercised by the oligarchs
5       behind the scenes, wasn't it?
6  A.  Probably, yes.  Probably, yes.
7  Q.  Including by you?
8  A.  No.  No.
9  Q.  By all the others, except for you?
10  A.  Not all the others.  It was always different type of
11      business people in Russia.  Certain people who actually
12      tried to make their fortune due to their relationship
13      with the state, and certain people who, as myself and my
14      partners, tried to build a business based on market
15      economy in a competitive environment.
16  Q.  But I thought you said you had close connections with
17      the government and that was the point of recruiting
18      Mr Aven in the latter half of the 1990s?
19  A.  No, the point was I didn't have any connection with the
20      government and just to avoid any obstacle to doing
21      normal business, just to have a chance to build
22      a market-orientated company, it was important to have
23      a so prominent person as Mr Aven as economist and the
24      person who personally knew a lot of people in the
25      government and was respectful by the government to just

116

1     do what we have done, to build an independent business
2     in the country.
3  Q. I want to ask you next about your initial acquisition of
4     an interest stake in the company TNK.
5  A. Okay.
6  Q. If we look on to that -- in your statement,
7     Mr Fridman --
8  A. Yes.
9  Q. -- the next paragraph, that paragraph I mentioned
10    before, paragraph 14.
11 A. Yes.
12 Q. You state that in 1997 Alfa acquired Tyumen Oil Company,
13    TNK for short; correct?
14       Yes?
15 A. Yes.
16 Q. And regarding the three entities that you refer to
17    there, we know Alfa. This was a joint venture with
18    Access Industries and Renova Group; yes?
19 A. That's correct.
20 Q. Known together -- I think they became known together as
21    Novy Holdings?
22 A. Yes, that's probably name of the holding company.
23 Q. The holding company. Or sometimes 2 and 3,
24    Access Industries and Renova Group, second and third
25    entities, were known as Access-Renova, is how they

117

1     appear in the newspaper articles?
2  A. I don't remember this name, but anyway ...
3  Q. What actually happened in 1997 was that that group of
4     three entities acquired a 40% share of this Siberian oil
5     company in a government tender; correct?
6  A. That's correct.
7        Just, may I make a clarification? We bought in
8     1997. The loan-for-shares auction took place in 1995.
9     So we did it two years later. And we bought it for
10    cash, not for any scheme.
11 Q. You don't mention here in your statement, at
12    paragraph 14 {C/1/4}, that it was a privatisation
13    exercise, that it was the government selling a 40%
14    share.
15 A. Yep.
16 Q. But perhaps you'll confirm that was the case? It was
17    a government sale, wasn't it?
18 A. Yes, that's correct.
19 Q. Why didn't you mention that at paragraph 14?
20 A. Because all oil company belong to the government at that
21    time. There was no other chance except to buy from the
22    government.
23 Q. If we go back to {D/22/1}, please, in the judgment of
24    Judge Bates in the Federal Court in Washington in the
25    libel action at page 5 {D/22/5}, the judgment deals with

118

1     this part of the Alfa story.
2        Before I come to that --
3  A. Okay.
4  Q. -- can I just ask you about the bit in the middle of the
5     page, because it is so colourful. Is it true that you
6     bought the Bolshevik Biscuit Factory?
7  A. Yep. One of our entity bought the -- sorry, you are
8     talking about ...?
9  Q. It says:
10       "Fridman was involved in the privatisation of the
11    Russian economy from the very beginning, when Alfa Bank
12    won the first auction for a state-owned company --"
13 A. Yes, correct.
14 Q. "-- acquiring the Bolshevik Biscuit Company."
15 A. Yes.
16 Q. Is that sentence correct?
17 A. Correct.
18 Q. Then read the next bit:
19       "On the heels of Yeltsin's re-election in 1996 ..."
20       Read down to the end of the page.
21 A. Yes.
22 Q. That's correct, isn't it --
23 A. No, that's not --
24 Q. -- you got the 40% at a fraction of the company's value,
25    relying on your allies at the highest levels of

119

1     Russian Government?
2  A. No, that's completely incorrect.
3  Q. Have a look at footnote 10.
4  A. Yeah.
5  Q. The judge refers to an article in the Moscow Times
6     in July 1997. In the second half of that footnote --
7  A. Yep.
8  Q. "The terms of this process have been encumbered with
9     ridiculous conditions which virtually guarantee that
10    Alpha Bank, a group with close ties to the Cabinet, will
11    win."
12       That was what was being reported at the time in
13    Russia, wasn't it?
14 A. I don't recollect this, but that's not true. We won on
15    a very fair auction. That was known as a most
16    transparent auction at that time. We paid huge amount
17    of money. As far as I could recall, it was like
18    $800 million at that time, together with our partner,
19    which was, you know, unbelievable price for
20    privatisation.
21 Q. According to your own website, the Alfa website, which
22    we can look at if you disagree with this, but let me
23    just put it to you, Novy then went on to acquire another
24    10.1% in TNK from private shareholders in 1998, the
25    following year, correct, giving it 50.1%?

120

1   A.  Probably, yes, as far as I can recall.  Yes.
2   Q.  Do you want to look at the website?
3   A.  No, no, I rely on your information.
4   Q.  {D/9/1}, please.  This is a 2002 report on a business
5       information database, the IPR database, Info Prod
6       Research.  Have you ever seen this before?  It's about
7       you.
8   A.  No, I haven't seen it.
9   Q.  About two-thirds of the way down --
10  A.  Okay.
11  Q.  -- there's a sentence beginning, "In 1999 ..."  Maybe
12      just below halfway:
13          "In 1999, the government decided to get rid of its
14      50 percent stake in TNK. And while it had paid
15      $810 million for 40 percent of TNK, Alfa was able to
16      acquire the state's 50 percent stake for a mere
17      $270 million."
18  A.  Yeah.
19  Q.  Sorry?
20  A.  Correct.  I read it.
21  Q.  "The Russian ... treasury, however, did not receive
22      $1.08 billion for the combined 90 percent stake it had
23      sold in the oil company. Fridman's Alfa paid
24      $170 million of the $810 million price tag on the
25      initial 40 percent stake, and $90 million of the

                            121

1       $270 million sale price on the 50 percent stake."
2           Did you know that had been reported, that was the
3       way the deals were done?
4   A.  No, that's completely untrue.
5   Q.  Did you know it was the way it had been reported?
6   A.  No.
7   Q.  Novy got this slice -- you, Novy, got this further
8       slice, completing your ownership of the company, again,
9       in a government tender?
10  A.  Yes.
11  Q.  You managed to win the tender twice, for the 40% and the
12      50%?
13  A.  Correct.
14  Q.  So these documents, these two public documents, the
15      Judge Bates judgment in Washington and the business
16      report, I'm going to put to you, make this look like
17      a gigantic sweetheart deal put into your lap by the
18      Kremlin, don't they?
19  A.  No.
20  Q.  It's the acquisition of TNK.
21  A.  No, that's not the case.
22  Q.  That's what they make it appear, do you agree?  That's
23      what's been written?
24  A.  That's what's been written in this article but it's not
25      true.

                            122

1   Q.  I'm going to put to you that's what it was.
2   A.  So --
3   Q.  That your acquisition of TNK was a pay-back for
4       supporting Yeltsin.
5   A.  No, that's not absolutely the truth at all.  We never,
6       ever paid any pay-back.
7   Q.  {D/17/1}, please.  So this is the Financial Times
8       article in 2003, partly about you.  Do you remember this
9       article?
10  A.  No, I don't remember, but it doesn't matter.
11  Q.  There's a quote from you in it, which I wanted to put to
12      you.  It's five paragraphs down.
13  A.  Mm hmm.
14  Q.  Beginning:
15          "Mr Fridman makes no bones about the way he and his
16      counterparts made their money ..."
17          Just read that paragraph, please.
18  A.  Yes.
19  Q.  It's referring to events in Russia over the last
20      ten years.  Did you say that?
21  A.  Probably, yes, if it was quoted as mine.
22  Q.  I think you're quite careful about your quotes in the
23      mainstream media, aren't you?  Don't you like to see
24      them before they go in?
25  A.  Yeah, actually it seems to me probably it was my quote.

                            123

1   Q.  And you have PR people who help you with this sort of
2       thing?
3   A.  No, I primarily rely on myself.
4   Q.  And dealing with that previous ten years, you said:
5           "Of course we understand the distribution of state
6       property was not very objective."
7           What did you mean by "not very objective",
8   Mr Fridman?
9   A.  First of all, I mean this loan-for-shares auction you
10      mention, because that was actually a very widely
11      spreaded belief that it was not transparent and fair
12      distribution of property, of huge amount of property.
13      And, generally, it was a lot of -- example: when their
14      ordinary people, they have got so-called vouchers for
15      privatisation and they didn't know how to use it.
16      Effectively they sold it for nothing, almost. And
17      because of lack of knowledge and because of lack of
18      experience for many of ordinary Russian, that was of
19      course a quite unfair distribution of property.
20  Q.  What did you mean by "we benefited from events in the
21      country"?  What were you referring to there?
22  A.  Just because we been, let's say, more well educated,
23      more well prepared, rather than many other ex-Soviet
24      people, for the whole -- this new era of capitalism.  We
25      been just young and it was much easy for us to

                            124

1  accommodate to privatisation as a process, and the new
2  rule of the game. From that standpoint, of course, we
3  been in much more favourable situation rather than
4  millions of ordinary Russians.
5  Q.  All right.  So what you were saying was that you were
6  sufficiently clever, sufficiently able, skilful, to
7  benefit from the privatisations?
8  A.  I think so.
9  Q.  That's what you were saying?
10  A.  Correct.
11  Q.  What about "not very objective"; what did that mean?
12  A.  No, because effectively the property of Russian state
13  were dealt by millions of people.  I'm objectively
14  saying is probably require more proportional
15  distribution of that property.  So the fact that certain
16  relatively small group of people who have benefit
17  heavily from that privatisation probably was not an
18  objective.
19  Q.  Why would the government do that? Why would the Yeltsin
20  government do that?
21  A.  First thought, you probably should ask from them.  But
22  I think that was lack of experience of people, those who
23  were in government, have to do that.  It may just have
24  been also very inexperienced people and actually,
25  historical, it was probably unique situation when the

125

1  property of the huge country, huge country, effectively
2  the way it distributed was in very short period of time.
3      So without having knowledge and experience and
4  probably because of certain mistake, you know,
5  consciously or unconsciously, that was really quite bad
6  managed, the whole this process of privatisation.
7  Q.  So they gave major state assets to a handful of people,
8  and that was a mistake that they made?
9  A.  Yeah, and actually I think the mistake was that not just
10  they only made a rich -- certain group of rich people,
11  but they did not convince ordinary Russian that
12  privatisation was transparent and created equal chances
13  for everybody.  That was mistake as well.
14  MR MILLAR: Perhaps we can agree --
15      Shall we have a break?  We are making good progress.
16  MR JUSTICE WARBY: Yes, I think there a suggestion there
17  should be a break at some stage for the shorthand
18  writers.  Is this a convenient moment?
19  MR MILLAR: Yes, absolutely.
20  MR JUSTICE WARBY: Right. We'll take a break.
21  (3.20 pm)
22              (Short Break)
23  (3.30 pm)
24  MR JUSTICE WARBY: Before we start, I had better just warn:
25      Mr Fridman, it is possible that some people in fancy

126

1  dress -- even fancier dress than these two have on at
2  the moment -- will come in during the course of the next
3  session because the new QCs have been appointed today
4  and there's a strange custom where they come into court
5  and there's a bit of bowing.  So if that happens to
6  interrupt your evidence, please don't be put off.  It's
7  just one of our traditions.
8  A.  No problem.
9  MR JUSTICE WARBY: Yes.
10  MR MILLAR: Mr Fridman, can we agree that TNK became a very
11  profitable company?
12  A.  Yes.
13  Q.  In particular, as crude oil prices increased in the late
14  1990s and early 2000s and thereafter, it became the
15  biggest cash earner in the group, didn't it?
16  A.  Probably, yes.
17  Q.  Bigger than Alfa Bank?
18  A.  Yeah, at that time, yes.
19  Q.  That led to BP buying a 50% stake in the company
20  in 2003, didn't it?
21  A.  Yes.
22  Q.  In your witness statement, at paragraph 16, you say that
23  that remains -- or you think that remains the largest
24  example of major foreign investment in Russia? {C/1/4}
25  A.  Yes.

127

1  Q.  I have read figures of around $7 billion or $8 billion
2  being paid for the 50% stake they bought in 2003.  What
3  was the figure?
4  A.  Something around. I don't remember exactly, but
5  probably -- it was not one deal but there was a few
6  deal.  Altogether it probably was like $7-8 billion.
7  Q.  Total value, $7-8 billion?
8  A.  Yeah.
9  Q.  So if we go back to paragraph 7 in your witness
10  statement {C/1/2}, you say:
11      "... I have never sought political favours or
12  developed close ties with the Russian government or
13  sought to involve myself in political
14  decision-making ..."
15      Is that supposed to cover your entire business
16  career in Russia since the 1980s and through the 1990s?
17  A.  That's correct.
18  Q.  Are you sure that that's correct in relation to the
19  1990s?
20  A.  Yeah, I did not participate -- yes, that's correct.
21  Q.  At paragraph 29 in your statement {C/1/7} you give some
22  evidence about krysha.  Do you want to have a look at
23  that?
24  A.  Yes.
25  Q.  I think it means literally a roof, but colloquially it

128

1     is "protection", isn't it?
2  A.  Right.
3  Q.  Is that right?
4  A.  Yes -- krysha?
5  Q.  The word krysha?
6  A.  Krysha, yeah, it means protection, yes, roof.
7  Q.  As colloquially understood, it could be physical krysha,
8     couldn't it, security and protection by organised crime
9     groups?
10 A.  That's correct.
11 Q.  That's what you seem to be dealing with, is this right,
12    at paragraph 29 in your witness statement? {C/1/7} You
13    say you're aware other businessmen in Russia obtained
14    krysha, but deny that you ever engaged in that?
15 A.  Yes.
16 Q.  You're referring there to physical krysha, that form of
17    protection?
18 A.  Correct.
19 Q.  But this can also be political krysha, can't it, this
20    phenomenon, having someone who can use connections in
21    government to help you in business?
22 A.  Normally for that purpose Russian don't use word krysha.
23    We normally using word krysha primarily for criminal
24    protection.
25 Q.  I'm going to suggest to you that political krysha takes

129

1     three forms, see if you agree or disagree -- or did in
2     the 1990s at any rate.  First of all, to procure
3     favourable treatment in the formulation of government
4     policy or legislation.  Do you agree or disagree that's
5     a form of krysha?
6  A.  No, that's a form of just protection, from government,
7     let's say.
8  Q.  So that sort of thing did go on, did it?
9  A.  For certain business people, yes.
10 Q.  Secondly, to procure the provision of discretionary
11    favours from government. Do you agree or disagree?
12 A.  Yeah, agree.
13 Q.  And, thirdly, to protect yourself against arbitrary
14    action by state authorities, for example, in Russia, the
15    huge and unanticipated tax bill being served on you,
16    that sort of thing; agree or disagree?
17 A.  Probably, yes.
18 Q.  As I understand your public position in interviews with
19    journalists, speeches and your evidence to this court,
20    you have never had either form of krysha in the 1990s?
21 A.  You're right.
22 Q.  That's your public position?
23 A.  Correct.
24 Q.  But I also have to put it to you that it simply wasn't
25    possible in Russia in the 1990s to build up

130

1     a substantial business of the size that you built up,
2     which was huge, without both political and physical
3     krysha.  It just wasn't possible.
4  A.  That was completely possible and that's completely not
5     true, that it's impossible without having krysha to
6     build a big business in Russia.
7  Q.  Paragraph 34 in your witness statement, please {C/1/8}.
8     Do read paragraph 34.  We can all read it.  In the
9     middle of the paragraph you deal with allegations made
10    in what you call Russia's gutter press, on and off since
11    around the mid-1990s.
12 A.  Yeah.
13 Q.  Could we have {D/22/14}.  This is Judge Bates'
14    memorandum of opinion in the libel case in
15    Washington DC.  There are, it is true to say, references
16    in this judgment to articles in Russian media outlets
17    that I suppose you would say were gutter press.  Can we
18    have a look at a couple of them, please.
19 A.  Yeah.
20 Q.  First of all, at the bottom of the page --
21 A.  Yep.
22 Q.  -- I'll probably pronounce it badly: Versiya?
23 A.  Versiya, yes.
24 Q.  That I think was a small circulation newspaper known for
25    reporting about -- purporting to report on organised

131

1     crime; correct?
2  A.  Yes.
3  Q.  And it alleged, in the article that's referred to there,
4     association with drug dealing and crime syndicates.  It
5     says, three lines up from the bottom, it is quoted from
6     the article that:
7         "Fridman had a hand in organising 'drug trafficking
8     from South East Asia to Europe via Russia', and that
9     [you] maintained 'numerous contacts' with the 'most
10    aggressive' criminal syndicate in Moscow."
11        Is that an example of the Russian gutter press?
12 A.  Exactly.  That's a very good example of, you know,
13    gutter press.
14 Q.  And then over the page at 15 {D/22/15}, about five lines
15    down, another article in the same publication,
16    suggesting an association with the crime syndicate?
17 A.  Yeah.
18 Q.  Again, "the most … organised crime group in Moscow's
19    criminal world"?
20 A.  Correct.
21 Q.  But there have also been western mainstream media
22     articles about you and TNK Alfa suggesting impropriety,
23    haven't there?
24 A.  Yeah.
25 Q.  Yes?

132

1   A.  Okay, probably, yes.

2   Q.  You don't mention those?

3   A.  You mean --

4   Q.  In this paragraph?

5   A.  No, not mentioned there, it seems to me.

6   Q.  So, go back to pages 13 and 14. {D/22/13} {D/22/14}

7   A.  Mm hmm.

8   Q.  The judge referred to, pages 13 to 14, a report

9       in January 2000 in the Washington Post called,

10      "The Strange Case of Russia, Big Oil and the CIA".

11      You'll see in the second paragraph down he says:

12          "The report described how the [export/import] bank

13      had been nearing decision for some time on

14      a $500 million loan guarantee to the

15      Tyumen Oil Company."

16          You can read down the page.

17  A.  Yeah.

18  Q.  You will have read this judgment in the past, I'm sure,

19      but do read down the page to refresh your memory.

20  A.  Yes.

21  Q.  Then at the bottom, he says:

22          "As the bank neared a decision on the loan, the

23      article said the National Security Council asked the

24      [CIA] to examine Tyumen and make information on the

25      company available to the Ex-Im bank's directors. The

133

1       CIA provided 'several analytical reports and some raw

2       intelligence', including a 29-page investigative report

3       on Tyumen labelled 'Secret'. The article quoted a CIA

4       spokesman as stating that a CIA cover letter

5       accompanying the report explained that it had been

6       'commissioned by an international oil company ...'."

7           Then, at the beginning of the next paragraph:

8           "The ... article advised that two and a half pages

9       of the CIA report were labelled 'criminal situation',

10      and included 'some detailed allegations about Tyumen

11      management'."

12  A.  Mm hmm.

13  Q.  So there's been a lot of damaging -- there has been

14      damaging publicity about you in the mainstream American

15      press, hasn't there?

16  A.  Not actually. That was just kind of reference to what

17      happened with this Ex-Im bank loan.

18  Q.  If you could get up {D/4/1}, please. The actual article

19      that you sued on --

20  A.  Sorry, was not mentioned that Ex-Im bank finally

21      approved the loan. They got the loan from Ex-Im bank.

22  Q.  Yes, I know.

23          {D/4/1}, please. This is the article that you sued

24      on:

25          "Cheney [that's Dick Cheney] led Halliburton to

134

1       feast at federal trough."

2           It's about the approval of that $500 million loan,

3       isn't it?

4   A.  Yes. Probably, yes.

5   Q.  In this article, if you turn on to page 3 {D/4/3},

6       bottom half of the page:

7           "Some allegations of organised crime and drug

8       activities involving Tyumen's parent company, the

9       Alfa Group, had been made public in Russia last year.

10          "The allegations were contained in a report

11      delivered in 1997 by anonymous officials from the FSB

12      (the Russian equivalent of the FBI) to the national

13      security committee of the Duma, or lower house of

14      parliament."

15          Then just read down there, over to the top of the

16      next page, please, to the first paragraph of the next

17      page {D/4/4}. (Pause)

18  A.  Okay.

19  Q.  So this article reported on allegations that Alfa Bank

20      and Alfa Eco had been deeply involved in the early 1990s

21      in laundering of Russian and Colombian drug money and

22      trafficking drugs from the Far East to Europe.

23  A.  Okay.

24  Q.  You didn't mention this sort of publicity in your

25      witness statement, just the Russian gutter press?

135

1   A.  As far as I understand, actually they reprinted from the

2       Russian gutter press the whole of these things.

3   Q.  {D/5/1}, please. This is the New York Times Magazine,

4       an article called, "The Autumn of the Oligarchs",

5       in 2000. If you look at the bottom of page 2, {D/5/2},

6       the author, Mr Lloyd --

7   MR JUSTICE WARBY: If you just complete this question.

8   MR MILLAR: The author Mr Lloyd says he saw a dossier last

9       year in Moscow:

10          "It purported to be the product of the Duma's

11      security committee under the chairmanship of the

12      Communist deputy, Viktor Ilyukhin."

13          The next paragraph:

14          "It said that Fridman had used criminals to further

15      his business activities, that Aven had dealt in drugs,

16      that Fridman corrupted senior police officials in

17      Kazhakstan and that Aven was fired from his job ..."

18          And so on.

19          Are you familiar with this article, "The Autumn of

20      the Oligarchs"?

21  A.  No. Not really.

22  Q.  In the New York Times Magazine?

23  A.  Yeah.

24  Q.  Did you read it at the time?

25  A.  Yeah, but -- in that time, I don't remember frankly

136

1    speaking.
2  Q.  And that paragraph concludes:
3       "The accusation - that the Alfa Group's leaders had
4    organized drug shipments from Central Asia to Europe -
5    was based on a United States intelligence source, based
6    in turn on an interview with an unnamed former KGB
7    agent."
8       You were asked about this by the journalist and you
9    shrugged and said:
10      "That stuff's always around."
11      Do you remember that?
12 A.  Frankly I don't remember that, but probably that's
13   a fair point.
14 Q.  Anyway, what I'm putting to you is it's not just the
15   Russian gutter press that has made these sort of
16   allegations, is it, and reproduced them?
17 A.  No, unfortunately, you know, western press, reprinting.
18      (Pause for new Queen's Counsel ceremony)
19 MR MILLAR: I bet you don't have anything like that in
20   Russia, do you?
21 A.  I don't know. I haven't participated in a court hearing
22   in Russia so far.
23 Q.  No, exactly.
24      So I want to ask you about Vladimir Putin.  We
25   touched on this earlier.  You refer in paragraph 9 of

                           137

1    your witness statement to --
2  A.  9?
3  Q.  9.
4  A.  Mm hmm (C/1/3].
5  Q.  -- to Mr Putin being Deputy Mayor of St Petersburg.  In
6    Mr Aven's witness statement, at 13, (C/2/3] -- I think
7    we touched on this earlier -- Mr Aven describes him as
8    the head of the committee for external relations in the
9    Mayor's office in 1991.  You didn't know about that at
10   the time, you said?
11 A.  No.
12 Q.  Have you discussed that since with Mr Aven?
13 A.  No.
14 Q.  His early connections with Mr Putin?
15 A.  As I said to you, I didn't know the name of Mr Putin
16   until probably '97 or '98.
17 Q.  No, I understand, but you have been a partner,
18   a business partner of Mr Aven since the mid-1990s. Did
19   you ever discuss with him his relationship with Mr Putin
20   dating back to 1991?
21 A.  No, because I didn't know that he had any contact
22   before.
23 Q.  You didn't know that?
24 A.  No.
25 Q.  And he's never mentioned that to you?

                           138

1  A.  No.
2  Q.  So this case -- when I'm putting it to you now, that's
3    the first you have heard of it in this case, is it?
4  A.  No, the first -- the first time I heard about name of
5    Mr Putin was probably '97, when Mr Putin already been in
6    Moscow.
7  Q.  No, I understand that, but the first -- are you saying
8    the first time you heard --
9  A.  His name.
10 Q.  -- Mr Aven had this relationship with Mr Putin --
11 A.  Okay.
12 Q.  -- going back to 1991, when Mr Aven was a minister --
13 A.  Yes.
14 Q.  -- and he was in the Mayor's office --
15 A.  Correct.
16 Q.  -- the first time you heard about that was in this case,
17   was it?
18 A.  In 1997, probably.  When we met Mr Putin first time,
19   Mr Aven mentioned to me that he previously was familiar
20   with Mr Putin.
21 Q.  Right.  So tell me about that first meeting with
22   Mr Putin in 1997 that you just mentioned.
23 A.  I don't remember exactly the kind of circumstances of
24   that because he used to work for the president
25   administration in that time and my -- I met with him on

                           139

1    some occasion, you know, in president administration
2    office building.
3  Q.  Who introduced you to him?
4  A.  It was not introduction, it was kind of meeting where he
5    participated as a member of president administration.
6  Q.  As an official in the Yeltsin administration?
7  A.  Correct.  That was a few business people so far as
8    I could recall it and, you know, if you represent for
9    president administration, including Mr Putin.
10 Q.  Was Mr Aven there when you first met him?
11 A.  No.
12 Q.  The public -- or the general understanding in published
13   material is that Mr Putin had retired from the KGB in
14   1990 and gone to work in the Mayor's administration in
15   St Petersburg.  Is that your understanding?
16 A.  That's what I read in newspapers.
17 Q.  In newspapers.  Because he had known Mr Sobchak of old.
18   He had known him for some years?
19 A.  Mr Putin even?
20 Q.  Yes, he had known the Mayor?
21 A.  Of course, he was his deputy.
22 Q.  No, but he knew him -- he knew him before that when they
23   were younger men?
24 A.  Sorry, say that again, who knew whom?
25 Q.  Putin knew Sobchak --

                           140

March 16, 2020          Petr Aven, Mikhail Fridman and [...] Business Intelligence Limited          Day 1

---

1   A. Of course, oh, yes.
2   Q. -- in St Petersburg --
3   A. As far as --
4   Q. -- when they were younger men.
5   A. Okay.
6   Q. He went into the KGB and came out and worked for him?
7   A. Yeah, yeah. As far as I understand, you know, they knew
8      each other since he was a student.
9   Q. Yes, exactly. In 2014 the US political scientist,
10     Professor Karen Dawisha, then at the university of
11     Miami, I think, wrote a book "Putin's Kleptocracy: Who
12     Owns Russia?" Do you know of that book?
13  A. No.
14  Q. You have never heard of it?
15  A. Never.
16  Q. Are you sure about that?
17  A. 100%.
18  Q. So it follows you have never read it, or any part of it?
19  A. No, I haven't read it.
20  Q. You have never heard it discussed?
21  A. No. As far as I could recall it, not.
22  Q. You have never heard it said that an America academic
23     alleged that Putin had created a massive kleptocracy in
24     Russia?
25  A. No, I have heard a lot of accusation against Mr Putin,

141

1      kleptocracy, not necessarily from that book. There was
2      a lot of publicising -- publishing about that.
3   Q. So, chapter 3 is at {D/40/1} in the bundle and deals
4      with Putin's time in government in St Petersburg in
5      1990. One of the things it alleges against Putin is
6      that he was involved in something that was notorious as
7      the food scandal in St Petersburg in the early 1990s.
8      Have you ever heard of the food scandal?
9   A. I've read about that in the newspapers.
10  Q. Right. Not in Dawisha's book, but you have read about
11     it in other publications?
12  A. Yes, that was probably a reprinting of that -- of
13     certain of that information in other newspapers.
14  Q. Right. What's your understanding of the food scandal?
15  A. I don't really know. I don't have any --
16  Q. Did you know --
17  A. I don't have any judgment about it.
18  Q. Did you know anything about it at the time?
19  A. No, at all. I haven't lived in St Petersburg at that
20     time, so I could not know.
21  Q. Have you ever discussed the food scandal with Mr Aven?
22  A. Never.
23  Q. Have you ever discussed any aspect of Mr Aven's
24     relationship with Mr Putin when he was in St Petersburg
25     with him, with Mr Aven?

142

---

1   A. No, of course he told me the story of he became familiar
2      with Mr Putin when he was Deputy Mayor, and they used to
3      work together because Mr Aven at that time was the
4      minister and Mr Putin was in charge for foreign economic
5      trade in Mayor office of St Petersburg. So therefore
6      they had a working relationship in that time.
7   Q. Did he ever tell you that Mr Putin in that capacity had
8      taken to signing off in his own name export licences for
9      goods that were supposed to be signed off in Moscow by
10     his ministry, Mr Aven's ministry?
11  A. I never --
12  Q. Did he ever tell you that?
13  A. We never discuss it.
14  Q. And on page 2, which is in {D/40/2} -- sorry, could you
15     go back to 1, please {D/40/1} because, to be fair to
16     you, you need to see the full list.
17     She lists six scandals that Mr Putin was involved in
18     in St Petersburg in the 1990s.
19  MR TOMLINSON: Is this page 105?
20  MR MILLAR: 105 on the right-hand side at the bottom.
21     Number 1 --
22  A. Yeah.
23  Q. -- is the food scandal that I've just put to you. So
24     I don't want to go through that.
25  A. Uh-huh.

143

1   Q. Go to the next page {D/40/2}. She lists 2, 3, 4, 5 and
2      6.
3   A. Yeah.
4   Q. Six other illicit activities of Mr Putin when he was
5      a public official in St Petersburg that she deals with
6      in the chapters. Just have a look at 2 to 6 and tell me
7      if you know anything about any of those.
8   A. I don't know anything about that.
9   Q. You didn't know anything about any of those at the time?
10  A. At all.
11  Q. And you have never heard anything about them since?
12  A. I've heard about a lot of allegation against Mr Putin
13     during his position as a Deputy Mayor of St Petersburg,
14     but --
15  Q. Do they include those five, any of those five, the ones
16     you have heard about?
17  A. I don't remember exactly. I never was really interested
18     in what kind of allegation was made.
19  Q. So, just so we can get clear about this, paragraph 9 in
20     your witness statement. {C/1/3}
21  A. Okay.
22  Q. You did not know Mr Putin when he was Deputy Mayor of
23     St Petersburg. And that means you had never met him.
24     Is that what you mean there?
25  A. Absolutely.

144

---

1  Q.  And you didn't know of him at the time?

2  A.  I didn't know this name.

3  Q.  You didn't even know the name?

4  A.  No.

5  Q.  So in your witness statement you don't deal with

6      the period from 1996 to 2000 in relation to Mr Putin.

7      You do say some things about Mr Putin in that section of

8      your witness statement, but at paragraph 10, just have

9      a look at 9 and 10, you jump from that period we have

10     been looking at in St Petersburg --

11 A.  Yeah.

12 Q.  -- up to 1996.  You jump from there to his election as

13     president in 2000.

14 A.  Correct.

15 Q.  You don't say anything about the four years in between?

16 A.  No, because I probably met him once or twice during this

17     whole period when he used to work in the president

18     administration.

19 Q.  Yes, you mentioned that.

20 A.  Then that's it.

21 Q.  The published accounts of his rise to the top indicate

22     that, as you say, in 1996 he moved to Moscow to join

23     Yeltsin's administration.

24 A.  That's correct.

25 Q.  He also served for a period as director of the FSB,

145

1      until 1998, for about a year, did you know that?

2  A.  Yes, I know about that.

3  Q.  Did you know at the time he was the director of the FSB?

4  A.  I don't remember exactly the date, but I remember he

5      used to work as the director of FSB.

6  Q.  Yes.  He had a period in the administration after 1996,

7      had a period at the FSB and then went back to the

8      administration.  That's what the published accounts

9      suggest.  Was that your understanding?

10 A.  It seems to me you're right.

11 Q.  Then in August 1999 he was appointed Prime Minister?

12 A.  That's correct.

13 Q.  So your knowledge of him during that period, you have

14     mentioned meeting him in about 1997.  Did you have other

15     meetings with him?

16 A.  I don't remember -- it probably was two meetings within

17     the whole of this four-year period of time and both in

18     his capacity as a member of president administration

19     staff.  Again, that was in a group of people.  That was

20     a kind of big meetings with a certain member of the

21     president administration staff, including Mr Putin.

22     It's a group of business people, including myself.

23 Q.  Why do you remember him out of that group?

24 A.  That was just a few kind of, you know, top level

25     representative of president administration and he was

146

1      already -- at that time he was known as a member of

2      president administration.

3  Q.  Right.  But by 1999 he had been appointed as

4      Prime Minister by Yeltsin?

5  A.  Correct.

6  Q.  So, to put it mildly, he was on a fast route to the top

7      at that time, wasn't he?  Would that be fair?

8  A.  Probably, yes.

9  Q.  Was that your understanding?

10 A.  I think so.

11 Q.  Was that the basis on which you dealt with him at that

12     time, that he was a rising star?

13 A.  No, I didn't have any deal with him.

14 Q.  In your witness statement you describe in some detail

15     the period after 2000.

16 A.  Okay.

17 Q.  When he became, first of all, acting president at the

18     end of 1999 and then was elected to succeed Mr Yeltsin

19     in the spring of 2000.

20 A.  Mm hmm.

21 Q.  So at paragraphs 10 to 12 {C/1/3-4} you deal with what

22     you say are regular, formal, choreographed meetings with

23     businessmen and entrepreneurs that you have attended

24     where Putin was apparent?

25 A.  True.

147

1  Q.  And at 15 to 16 {C/1/4-5} you deal with your meetings

2      with him during and in connection with the TNK-BP joint

3      venture, which I'm going to ask you about in a moment,

4      between 2003 and 2013.

5  A.  Yes.

6  Q.  Presumably you know, and knew at the time, that your

7      colleague, Mr Aven, has had regular meetings with

8      Mr Putin over the years on a one-to-one basis?

9  A.  Yes.

10 Q.  Three to four times a year?

11 A.  Maybe, but maybe less.

12 Q.  Okay.  I'm not going to put to you what he says.  Just

13     tell me what your understanding is?

14 A.  A few times per year, couple of times per year, yeah.

15 Q.  Does that go back through the whole of the period of

16     Yeltsin's presidency?  I know there was a period where

17     he was Prime Minister for constitutional reasons, but

18     does it go all the way back to 2000?  Was he meeting

19     with him regularly as a business colleague of yours

20     through that whole time?

21 A.  I don't remember what happened during his position as

22     Prime Minister during Yeltsin's time, but since he

23     became a president, to my best recollection, yes, that's

24     true.

25 Q.  Well, it was 2008 to 2012, he couldn't stand for a third

148

1    consecutive term under the constitution, could he?
2  A.  Oh, yeah, correct.  He was Prime Minister, right.
3  Q.  In name?
4  A.  No, he was the Prime Minister of Russian Federation.
5  Q.  Mr Medvedev became president?
6  A.  That's correct.
7  Q.  So they switched round, but it is commonly understood
8      that Mr Putin retained the power?
9  A.  I would not like to comment, you know, specific of
10     Russian politics.
11 Q.  And he tells us in his witness statement that at those
12     meetings they discussed banking and the economy and
13     Alfa, the Alfa Group.  Is that your understanding, that
14     he discusses those things with Mr Putin?
15 A.  You should ask Mr Aven probably, but I think so.
16 Q.  Well, you see, we have been through this.  You recruited
17     him because you needed connections with the government
18     during the Yeltsin period and he has remained your
19     business partner and he's telling us that in his witness
20     statement, so it's something I want to ask you about.
21     Did you know he had that relationship with Mr Putin?
22 A.  Sorry, did he know?
23 Q.  Did you know he had that relationship with Mr Putin?
24 A.  At the moment we hired him, we invited him, we did not
25     know at all because we did not know this name and

149

1      Mr Putin at that time was tiny, low level bureaucrat in
2      St Petersburg.
3  Q.  You hired him because you needed a connection with the
4      Yeltsin government and the evidence suggests his
5      connection has carried on at the highest level through
6      the Putin years as well?
7  A.  We hired him because he was a prominent economist and
8      financier.  He was a liberal politician who introduced
9      free exchange of currency to Russia and he was a good
10     partner of us and one of his duty was also to establish
11     working relationship with the government.
12 Q.  When he has those meetings with Mr Putin, you say maybe
13     two or three times a year, does he report back to you
14     about those meetings?
15 A.  No, of course he didn't report me.  He just share with
16     me certain key point of this meeting of discussion with
17     Mr Putin.
18 Q.  Right.  What's the difference?
19 A.  The difference is actually from my understanding of
20     English, "report" means he obliged to do that.
21 Q.  Oh, I see.
22 A.  "Share" means he just as a partner --
23 Q.  No, I think it's my problem.
24 A.  Sorry for my English.  Maybe I'm wrong.
25 Q.  I don't mean report in the -- I mean report back in the

150

1      sense that he comes back and tells you about what's gone
2      on at the meeting.
3  A.  Okay.
4  Q.  I'm sorry.
5  A.  No problem.
6  Q.  So does that happen?
7  A.  Yeah, he share with me, you know, kind of the key topic
8      for discussion.
9  Q.  In paragraph 18 in your witness statement {C/1/5} --
10 A.  Yeah.
11 Q.  -- you say you have never met Putin on a one-to-one.
12     What do you mean by -- in a one-to-one situation.  What
13     do you mean by that?
14 A.  I mean meeting one-on-one, if just two of you in the
15     meeting room.
16 Q.  Oh, right, just the two of you in a room?
17 A.  Yeah.
18 Q.  Right.  And you say you don't have private meetings with
19     Putin.  Does that mean the same thing?
20 A.  Yes, exactly.
21 Q.  Right.  Why do you emphasise that?
22 A.  Because actually one of allegation which contained
23     Mr Steele's report was that I'm providing informal
24     advice to Mr Putin on politics, on foreign policy,
25     whatever.  Without having meeting one-on-one, it is

151

1      probably impossible to provide informal advice.
2  Q.  Really?
3  A.  Yeah, probably because normally I participate in the
4      kind of big group of people, with like 20 people there.
5      It's very formal meeting, which normally media presence
6      there.  So I'm not have ability to make any informal
7      advice.
8  Q.  Right.  But a private one-to-one meeting with the
9      president is one thing.  I can see you saying you don't
10     have those.
11 A.  Yeah.
12 Q.  These big set piece, choreographed meetings with Russian
13     businessmen, where the cameras are there, is another
14     thing, but there are lots of possibilities in between,
15     aren't there, to meet somebody?
16 A.  I don't know any other possibility to provide informal
17     advice on foreign policy without having quite informal
18     meetings.
19 Q.  Your evidence is that the only meetings -- the only time
20     you have ever met the man is in those big groups, those
21     choreographed groups, the only time you have ever met
22     him, other than 1997?
23 A.  Yes, and also with Lord Browne and other people from BP
24     when we met, couple of times, in smaller group, but
25     still group of people.

152

1  Q. And you say you have a relationship with him. You seem
2     to be accepting -- at 18, you say {C/1/5}:
3         "Our relationship is not a close or personal one."
4         But you have a relationship with him, is that right?
5  A. Yes, I have relationship with President of
6     Russian Federation.
7  Q. It's not close or personal. What do you mean by "close
8     or personal"?
9  A. I have a relationship as a kind of pretty big
10    businessman in Russia and the president of the country.
11 Q. Right. So big businessman/president relationship,
12    rather than a personal relationship?
13 A. Right. No personal relationship.
14 Q. At {D/22/1}, please, at page 7 {D/22/7}, the judge in
15    the Washington case found that, when he was giving the
16    judgment in 2005, you and Mr Aven had maintained a close
17    relationship to the highest reaches of
18    Russian Government. Would you disagree with that?
19 A. I disagree with the definition "close relationship".
20 Q. At any event, it would be fair to say that you and Alfa
21    prospered after 2000 under the Putin regime, wouldn't
22    it?
23 A. Say again, please?
24 Q. It would be fair to say that you and Alfa Group
25    prospered after 2000 under the Putin regime?

1  A. Yes, we prospered, but -- okay, prospered.
2  Q. This wasn't true of other oligarchs, was it, in the
3     Yeltsin group of seven but who became vocal opponents of
4     the regime?
5  A. Yes.
6  Q. I think in this country of Mr Berezovsky, who was
7     threatened with prosecution for fraud and embezzlement
8     in Russia and didn't return in 2000?
9  A. That's correct.
10 Q. Lived in this country. We think of
11    Mikhail Khodorkovsky, who remained in Russia but was
12    prosecuted for fraud in 2003?
13 A. That's right.
14 Q. Convicted and imprisoned until released by pardon from
15    Putin in December 2013.
16 A. Yeah.
17 Q. You avoided those sorts of consequences?
18 A. So far, yes.
19 Q. And, to the contrary, were very successful under Putin?
20 A. True.
21 Q. I want to ask you about the 2003 merger with TNK. This
22    was a merger between TNK, the company we discussed
23    earlier, and BP's Russian operations?
24 A. Correct.
25 Q. And you mentioned this in passing at the end of

1     paragraph 14 in your witness statement {C/1/4}.
2  A. Yeah.
3  Q. The final sentence.
4  A. Right.
5  Q. We have dealt with what happened. Money-wise, you said
6     about 7 to 8 billion BP paid in 2003 and they bought or
7     they ended up with in effect 50% of the new venture, an
8     even split; yes?
9  A. Yes.
10 Q. And it was the largest corporate deal in Russian
11    history?
12 A. Probably, yes, in that time.
13 Q. You say, at paragraph 15 {C/1/4}, that whilst on a state
14    visit to London --
15 A. Correct.
16 Q. -- Mr Putin attended a ceremony with Tony Blair for
17    signing off the deal?
18 A. That's correct.
19 Q. It has been reported that the deal had to be and was
20    approved by the government. Is that correct?
21 A. Yes, of course we have anti-monopoly permission always
22    regulatory approval to make this deal happen.
23 Q. Anti-monopoly rules?
24 A. Correct.
25 Q. And that would mean Mr Putin approving it?

1  A. As far as I know, Mr Putin was approached by
2     Mr Tony Blair with the request to get a blessing to this
3     deal and he effectively give it.
4  Q. Just by Mr Blair or anyone else?
5  A. As far as I know, initially that was request of
6     Mr Blair.
7  Q. Can we have {D/29/1}, please. {D/29/9}. This is
8     a business forecasting report dealing with Alfa Group.
9     It is suggested that you made a personal appeal to
10    Mr Putin to help arrange this deal.
11 A. No, that's completely untrue.
12 Q. Just right in the middle of the page --
13 A. Yeah, I've seen it.
14 Q. --:
15        "... Alfa Group regularly seeks explicit government
16    assistance for its operations ... The ultimate example
17    of this is Fridman's personal appeal to Putin to help
18    arrange the marriage of TNK and ... BP in 2003."
19        Were you aware that it's been reported that you were
20    personally involved in getting Putin's approval?
21 A. Frankly, I don't know. I haven't read this report.
22 Q. It is certainly true to say that the first five years of
23    the BP link-up were a success story, is that right?
24 A. No.
25 Q. No?

1  A.  No.

2  Q.  The New York Times reported that was the case

3      in July 2008, but you say that's wrong?

4  A.  That's wrong.  The whole story of TNK-BP was very big

5      success story for both sides, for BP as well.

6  Q.  Well, I'm just asking you about the first five years at

7      the moment.

8  A.  Oh, yes, first five years definitely was success story.

9  Q.  Technological improvements -- we don't need to look at

10     it.  This is what the article says.  Just tell me if you

11     agree.  Technological improvements, increased

12     efficiency, large net profits, is that fair?

13 A.  Yeah, fair point.

14 Q.  If we look at {D/32.1/1} again, please, Lord Browne's

15     take on it, at 9 {D/32.1/9}.  You have to expand it

16     again, I think.  On the left-hand page, right in the

17     middle, it says:

18         "It was the fastest-growing oil business in Russia.

19     It deployed advanced technology.  The dividends were

20     huge."

21         Is that right?

22 A.  Where's that, sorry?

23 Q.  In the middle of the page, on the left-hand side.  I'm

24     sorry, 148 internal.

25 A.  Yeah, "... dividends were huge".  Right, yeah.

157

1  Q.  Helped nudge BP ahead of Shell to the number 2 player in

2      the world behind Exxon Mobil.  Is that right?

3  A.  Yes.

4  Q.  For the first five years I think it's right that your

5      side, the Russian side, and BP were locked into the

6      deal, is that right?

7  A.  Yeah.

8  Q.  Under the agreement?

9  A.  Yeah.

10 Q.  Neither side could sell out?

11 A.  Yeah.

12 Q.  So you had to make a go of it, didn't you, during those

13     five years?

14 A.  Say again, please?

15 Q.  You had to make a go of it together, there was no way

16     out?

17 A.  Yeah, yeah.

18 Q.  But in 2008, as soon as it was possible for stakes to be

19     sold, things began to unravel very publicly, didn't

20     they?

21 A.  That was not connected with lock-up period, as you

22     mention.  That was just kind of evolvement of

23     relationship and partnership.

24 Q.  Between 2008 and 2013 there was a long, slow, falling

25     out between the Russian side and BP, wasn't there?

158

1  A.  No.  That was ups and downs in relationship, but as was

2      very efficient and constructive joint venture.

3  Q.  No, there was a bitter power struggle between the

4      Russian side and BP, wasn't there?

5  A.  No, that was not a power struggle.  That was the

6      struggle for more efficiency and transparency of the

7      company.

8  Q.  Those events happened in the full glare of the western

9      mainstream media -- business media, didn't they?

10 A.  That's correct.

11 Q.  And were reported upon?

12 A.  Yeah.

13 Q.  Yes?

14 A.  Yeah.

15 Q.  And, in the process, the media reported on both your and

16     Mr Khan's role in the breakdown of that relationship,

17     didn't they, in some detail?

18 A.  Yeah.

19 Q.  So if we look at {D/30/1}, please.  This is a New York

20     Times article, July 2008, "Fate of TNK-BP joint venture

21     lies in a Russian tussle".  If you look at the top of

22     page 2 {D/30/2}, it describes pressure being put on the

23     company, on the joint venture company, by the

24     administration, by tax authorities, allegations of

25     labour violations, involvement of security services.

159

1      This is the New York Times reporting this.  Do you

2      remember this?

3  A.  Yeah, I don't remember this article, but it's --

4      I remember the whole this story.

5  Q.  Do you remember these things being reported at that

6      time?

7  A.  Yeah, yeah.

8  Q.  And in the middle of the page it refers to Mr Khan

9      encouraging the official pressure from the

10     administration on BP.  Read that whole paragraph.

11 A.  Yes.

12 Q.  "People close to TNK say there is strong evidence that

13     German Khan ... encouraged the official pressure as part

14     of a campaign to weaken BP's control of the company."

15         Writing to immigration authorities to ask them to

16     cut the number of work permits for BP's side employees.

17     Do you know anything about that?

18 A.  Yeah, but that's not true at all.

19 Q.  Not true.  You see, what is being alleged here is that

20     he was in effect colluding with the Putin administration

21     against the BP side of the joint venture.

22 A.  It's not possible to kind of direct Putin's

23     administration.

24 Q.  Look at the two paragraphs that follow that middle

25     paragraph.  You declined to be interviewed for this

160

1     article in 2008?
2  A.  No, that Mr Khan declined.
3  Q.  I'm sorry, Mr Khan declined to be interviewed.   You're
4     quoted.
5  A.  Yes.
6  Q.  Read those two paragraphs.
7  A.  Yes.
8  Q.  During this period in 2008, and thereafter, you didn't
9     stand up for the joint venture or BP's role in it, did
10    you?
11 A.  No, we protected the interest of joint venture strongly.
12 Q.  You took the side of the government?
13 A.  No.  I took side of the company, not the side of BP, but
14    side of TNK-BP.
15 Q.  You wanted the outcome -- you and Mr Khan wanted the
16    outcome the government wanted?
17 A.  No, we just wanted to improve efficiency of the company
18    as much as possible.
19 Q.  In the end, Bob Dudley, TNK-BP's chief executive who had
20    been appointed by BP, left Russia complaining of
21    harassment, didn't he?
22 A.  Yes, he left the company.
23 Q.  Complaining of harassment?
24 A.  That's I don't know.
25 Q.  You don't know?

161

1  A.  No, he didn't complain me, you know, but publicly
2     I don't know whether he complain about harassment or no.
3  Q.  He left the country, not just the company, complaining
4     of harassment, didn't he?
5  A.  We have always quite normal personal relationship with
6     Mr Dudley so ...
7  Q.  Can we look at {D/122/1}, please.  This is an article in
8     The Economist magazine. You know The Economist
9     magazine.  It is a very important western publication,
10    isn't it, in the business world?
11 A.  Sure.
12 Q.  And look at page 2 at the top {D/122/2}, the second
13    paragraph in:
14        "The venture proved lucrative, but rancorous."
15        Read that paragraph.
16 A.  Yeah.  Probably, yes, I seen it, "... complained of
17    'sustained harassment'".
18 Q.  The Economist is reporting on allegations that your side
19    enlisted the FSB, the Security Service, in this
20    corporate contest.   Do you remember that being alleged?
21 A.  Yes, but it's not anyhow connected with our activity.
22 Q.  You say:
23        "Yet 'especially in a country like Russia ... where
24    the rules of the game are not always very clear', in
25    general you 'should be prepared for a fight'."

162

1        What did you mean by that?
2  A.  I mean, first of all, legal fight.  I mean that we
3     sometimes -- we sue BP, if you could recall it, here in
4     London by the way, and won the court case against them.
5  Q.  The head of the FSB reports to the president, I think,
6     doesn't he?
7  A.  Sorry?
8  Q.  The head of the FSB reports into the president,
9     Mr Putin?
10 A.  Yes, yes.
11 Q.  The president is aware of what the FSB is doing?
12 A.  Probably, yes.
13 Q.  Anyway, I hear your evidence and it is on the record in
14    answer to my questions, but a public view had emerged,
15    hadn't it, in the western media, that your side was
16    working with the Putin government to push BP out?
17 A.  Effectively BP was not pushed out at all.  BP was
18    a partner in this joint venture and benefited a lot from
19    this joint venture and public opinion always building
20    conspiracy theory, especially in country like Russia.
21 Q.  {D/66/1}, please.  This is an article in the Ukrainian
22    website -- news website.  If you go to page 2 {D/66/2},
23    there's a gentleman called Zaslavskiy who holds himself
24    out as persecuted and a whistleblower in relation to
25    this episode.  Do you know of him?

163

1  A.  No.
2  Q.  He was a TNK-BP employee who was accused of industrial
3     espionage by the Russian authorities.  Do you know
4     anything about that?
5  A.  I heard about that, but I don't know this person.
6  Q.  You heard about it but you don't --
7  A.  I heard about it certain case regarding the certain
8     employee of TNK-BP who was accused of espionage.
9  Q.  Yes.  Well, he claimed the FSB had trumped up
10    allegations of industrial espionage against him and that
11    they had been put up to it by the Alfa-Access-Renova
12    side, AAR, didn't he?  Did you know about that?
13 A.  No.  I don't know who is that person.
14 Q.  In the end of this period, the long, slow, fallout
15    between 2008 and 2013, Rosneft, the state oil company,
16    stepped in and bought the whole entity for £55 billion,
17    didn't it?
18 A.  That's correct.  54.
19 Q.  Alfa got how much, 14 billion?
20 A.  Something around that.
21 Q.  And Putin personally approved that transaction, the
22    Rosneft transaction, didn't he?
23 A.  Probably, yes.  I don't know.
24 Q.  Well, there's no probably about it, is there,
25    Mr Fridman? The Russian state doesn't spend £55 billion

164

March 16, 2020          Petr Aven, Mikhail Fridman and [...] Business Intelligence Limited          Day 1

| | |
|---|---|
| 1 | under Mr Putin's leadership without him approving it? |
| 2 | A.  Yeah, that's why I'm saying probably because I haven't |
| 3 | seen any documents like that. |
| 4 | MR MILLAR: My Lord, we're making very good progress. |
| 5 | I don't know how late you're proposing to sit tonight? |
| 6 | MR JUSTICE WARBY: Well, if we're making good progress |
| 7 | there's no particular reason to sit beyond 4.30. |
| 8 | MR MILLAR: I think I say this with a degree of |
| 9 | confidence: I think we'll finish cross-examine by |
| 10 | lunchtime of all three witnesses, because this is the |
| 11 | main witness. |
| 12 | MR JUSTICE WARBY: Well, that's good.  No need to sit before |
| 13 | 10.30 tomorrow in order to get things done so we will |
| 14 | sit again at 10.30. |
| 15 | Mr Fridman, I have to give you this warning.  When |
| 16 | a witness is still giving evidence when the court day |
| 17 | ends, as is just happening now, I have to tell you that |
| 18 | you mustn't talk to anyone about the case or about your |
| 19 | evidence until your evidence is over.  That's obviously |
| 20 | so that you can't be influenced.  It's also because it's |
| 21 | a good thing that you can be seen not to be influenced |
| 22 | by anyone outside who might want to have a chat to you |
| 23 | about it. |
| 24 | A.  Okay. |
| 25 | MR MILLAR: Mr Fridman, it is only fair to say we have very |

165

INDEX

| | |
|---|---|
| 1 | |
| 2 | Housekeeping ...........................................1 |
| 3 | Opening submissions by MR TOMLINSON ...................8 |
| 4 | Opening submissions by MR MILLAR .................46 |
| 5 | MR MIKHAIL FRIDMAN (affirmed) .......................98 |
| 6 | Examination-in-chief by MR TOMLINSON ............98 |
| 7 | Cross-examination by MR MILLAR ...............100 |

167

| | |
|---|---|
| 1 | nearly finished your cross-examination.  There will be |
| 2 | a little more in the morning, but we've very nearly |
| 3 | finished. |
| 4 | A.  Thank you very much. |
| 5 | MR JUSTICE WARBY: 10.30 tomorrow. |
| 6 | (4.30 pm) |
| 7 | (The court adjourned until 10.30 am |
| 8 | on Tuesday, 17 March 2020) |

168

166



Petr Aven, Mikhail Fridman and German Khan v Orbis Business Intelligence Limited

Day 2

March 17, 2020

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900

Email: transcripts@opus2.com

Website: https://www.opus2.com

1                                     Tuesday, 17 March 2020
2    (10.30 am)
3    MR JUSTICE WARBY: I understand we need to swear a new
4        interpreter today so that's the first thing we'll do.
5                    (Interpreter sworn)
6    MR JUSTICE WARBY: Could I just have your name?
7    THE INTERPRETER: Elena Khorishko.
8    MR JUSTICE WARBY: Thank you.
9            Yes.
10                  MR MIKHAIL FRIDMAN (continued)
11            Cross-examination by MR MILLAR (continued)
12   MR MILLAR: Mr Fridman, I had been asking you yesterday
13       about the period of 2008 to 2013 and what went on with
14       BP during that time.  I have finished that.
15           During that period, 2010, there is something I want
16       to ask you about.  Do you know a company called
17       Chaucer Holding that manages two syndicates at Lloyds?
18   A.  No.  I don't remember this name.
19   Q.  Speciality insurers and reinsurers at Lloyds of London?
20   A.  I understand.  Yeah, I know what you mean.
21   Q.  In 2010 Alfa Bank wanted to buy or extend its stake in
22       Chaucer Holdings through a vehicle called
23       Pamplona Capital Management.  Do you remember that?
24   A.  Yeah, I remember, but that was not our vehicle.  That
25       was private equity firm, Pamplona.

                                1

1    Q.  Right.  But you agree that you wanted to extend your
2        stake in Chaucer?
3    A.  No.  It's Pamplona wanting to extend their stake.  And
4        we been just investor to Pamplona as a private equity
5        firm.
6    Q.  Right.  So your fund -- your funds were being invested
7        through Pamplona?
8    A.  Yeah, that's correct.
9    Q.  And were you trying to take over Chaucer Holding, the
10       two syndicates?
11   A.  No.  That's Pamplona, it's a separate company, managed
12       by different people.
13   Q.  Sorry, I don't mean -- okay.  Was Pamplona trying to
14       take over Chaucer?
15   A.  That's correct.
16   Q.  Yes.  And that needed FSA approval?
17   A.  As far as I could recall it, yes.
18   Q.  And that was refused?
19   A.  Correct.
20   Q.  The Russian ambassador, then Yuri Fedotov, tried to
21       intervene with the FSA on Alfa's behalf, didn't he?
22   A.  I don't remember that, but maybe he tried to support,
23       yes.
24   Q.  Right.  You don't know anything about that?
25   A.  No.

                                2

1    Q.  So we can see from your witness statement at
2        paragraph 6, just moving on, {C/1/2} that you founded
3        your current investment business, LetterOne --
4    A.  Right.
5    Q.  -- I think from the cash -- using some of the cash you
6        got from the Rosneft sale -- purchase?
7    A.  TNK-BP sale.  TNK-BP sale to Rosneft.
8    Q.  Yes.  To Rosneft?
9    A.  That's correct.
10   Q.  Now, in your witness statement at paragraph 25 {C/1/6},
11       do you have that or can you see it?
12   A.  Yeah.
13   Q.  You say at the end of that paragraph:
14           "I have no expertise in foreign policy."
15           Do you see that?
16   A.  Correct.
17   Q.  When you say no expertise, what do you mean?
18   A.  I mean I'm not a professional as a politician.  I'm
19       a businessman.
20   Q.  Right.
21   A.  So foreign policy, I mean, first of all, political
22       relationship between country; right?
23   Q.  Right.
24   A.  So I'm not a professional in that type of relationship.
25   Q.  You're not a politician and you're not a diplomat?

                                3

1    A.  Exactly.
2    Q.  Right.  Is that what you mean by that, "I have no
3        expertise in foreign policy"?  Just that?
4    A.  That's -- yes.
5    Q.  Right.  Because you do involve yourself in US-Russian
6        relations, don't you?
7    A.  Economical relations.
8    Q.  Could we have a look at {D/121/1}, please, page 10
9        {D/121/10}.  This is an article in the New Yorker
10       magazine in 2018.  You know the New Yorker?
11   A.  Yeah.
12   Q.  Just read the second paragraph, please.  (Pause)
13   A.  Correct.
14   Q.  There is a journalist quoting a senior official in the
15       Obama administration, saying you got meetings -- you and
16       Mr Aven:
17           "... got meetings at State [Department] and on the
18       Hill [Congress] and at the White House.  And they were
19       understood to be operating with the consent and guidance of
20       Vladimir Putin."
21           Is that paragraph correct?
22   A.  No.  That's not -- completely incorrect.  It's
23       completely incorrect.  We did it according our own
24       agenda.
25   Q.  The last part -- you are saying the last part is

                                4

1    incorrect?
2  A.  That's correct.
3  Q.  That you were there with the consent and guidance of
4    Putin?
5  A.  Exactly.
6  Q.  Right.  But the rest of it, correct?
7  A.  Yeah.
8  Q.  So that might suggest at least a degree of experience in
9    foreign policy; would you agree?
10  A.  No.  We primarily met with the people who are
11    responsible in economical relationship between US and
12    Russia investment, WTO, that's purely economical
13    agreement as far as I understand
14    World Trade Organisation.
15  Q.  What do you take to be foreign policy?  What do you
16    understand to be foreign policy in bilateral relations
17    between the Americans and the Russians?  What does it
18    include?
19  A.  That from my standpoint include, you know, proliferation
20    of the weapons of mass destruction; problem like Syria,
21    problem like relationship with EU; Brexit; election;
22    things like that.  That from my standpoint is foreign
23    policy.
24  Q.  But nothing to do -- only to do with economics and
25    business is all you're interested in?

5

1  A.  Exactly.  That's my focus and that's my sphere of
2    interest.
3  Q.  So who are you meeting here?  You are meeting
4    politicians and State Department officials and
5    presidential officials?
6  A.  No, we met different people there, for instance
7    I remember we met with Larry Summers, who was at that
8    time economical advisor to President Obama. We met with
9    some other guys, senators and congressman, who
10    interested of the investment climate in Russia.
11  Q.  Yes.  You discussed the economy in Russia?
12  A.  Yes, of course, primarily.
13  Q.  Why do you think they were interested in that?
14  A.  Sorry?
15  Q.  Why do you think they were interested in that?
16  A.  I mean, it's responsibility of any politician, from my
17    standpoint, to be kind of -- to protect the interest of
18    their voters and, you know, those who elected them, and
19    I think we represent certain business circles who
20    considering invest in Russia or otherwise who
21    considering probably some investment from Russia to the
22    US.  That's why that was probably interest to them.
23  Q.  That's the government -- American Government considering
24    the interests of American and Russia?
25  A.  Yes, as well.  And, you know, not necessarily

6

1    government, but also Parliamentary people.
2  Q.  {D/108/1}, please.  At page 5 {D/108/5}, this is an
3    article in a news -- online news outlet in this country
4    called Byline in 2017.  If you look at the paragraph
5    towards the bottom --
6  A.  Yeah.
7  Q.  Second from the bottom, read that.
8  A.  Yes, correct.
9  Q.  The journalist had researched publicly available
10    lobbying records in Washington in relation to a lobbying
11    company called BGR, which he says you spent -- Alfa Bank
12    spent $6 million on between 2004 and 2014 for lobbying
13    efforts.
14    So did you pay money to that lobbying firm to lobby
15    in America?
16  A.  Yeah.
17  Q.  The records he refers to suggest it was lobbying related
18    to US-Russian bilateral relations.  Do you see that?
19  A.  Correct.
20  Q.  That's what the lobbying was about, wasn't it?
21  A.  No.  That was about primarily Alfa interest in the
22    United States.
23  Q.  Well, he's quoting Lobbying Disclosure Act papers.
24  A.  Okay.
25  Q.  Which are publicly available under US law.

7

1  A.  That's right.
2  Q.  That's an incorrect description of what was going on, is
3    it?
4  A.  Exactly.  BGR are working primarily for us as an
5    investor.
6  Q.  So it might be suggested that sounds like having an
7    interest in foreign policy?
8  A.  No --
9  Q.  Do you want to comment?
10  A.  -- I don't think so.  We have an interest to invest in
11    the US market.
12  Q.  You know Richard Burt, I think?
13  A.  Correct.
14  Q.  He's a former US diplomat, isn't he?
15  A.  True.
16  Q.  And he's been on the Alfa Bank senior advisory board?
17  A.  Yes.
18  Q.  And is now a LetterOne co-director of yours?
19  A.  Correct.
20  Q.  A close associate of yours?
21  A.  Sorry?
22  Q.  A close associate of yours?
23  A.  Yeah, I think so.  I hope so.
24  Q.  He operates as a lobbyist in Washington, doesn't he?
25  A.  Yeah.  Used to work for a lobbying firm.

8

1  Q.  Still operates as a lobbyist?
2  A.  Probably, yes.
3  Q.  So if you go in this document to {D/108/8}, the third
4      paragraph down.
5  A.  Mm hmm.
6  Q.  In his search of publicly available records in America,
7      the journalist also looked at -- well, just read that
8      paragraph to see what he looked at.
9  A.  Yeah.
10 Q.  A record of meetings at the White House -- the logged
11     record of meetings at the White House; yes?
12 A.  Yeah.
13 Q.  He suggests that he found that you and Mr Burt visited
14     the White House in May 2010 and May 2011 with the stated
15     aim of strengthening ties between the US and Russia.
16 A.  Correct.
17 Q.  Is that another misdescription, or is that an accurate
18     description of what was going on?
19 A.  No, but as far as I understand, that's in the context of
20     discussion regarding WTO, and I already told you that we
21     discussed many times potential entrance of Russia to
22     WTO.
23 Q.  Well, lobbying for American support for that, was it?
24 A.  No, discussing what's the obstacle, because we firmly
25     believe that it would be good for Russian business if

9

1      Russia would join WTO.
2  Q.  Right.
3  A.  And subsequently it would be good for us.
4  Q.  Why were you lobbying the White House about that? Why
5      were you speaking to the White House about that?
6  A.  No, we're speaking with different people there because
7      we understood that's the kind of public opinion
8      necessary to support that idea and they express our view
9      regarding that as a kind of quite visible representative
10     of Russian business community.
11 Q.  You were trying to get American presidential support,
12     administration support, for Russian entry into the WTO;
13     is that right?
14 A.  We trying to protect our own interest as a business --
15     a member of the business community because we definitely
16     will benefit and we have been benefited from the fact
17     that Russia joined WTO.
18 Q.  So it might be said that sounds like an exercise in
19     foreign policy. Do you want to comment on that?
20 A.  I don't agree with this. That of course it's foreign
21     economical policy, that's correct, but not a politic --
22     policy in, you know, kind of pure meaning of that word.
23 Q.  You don't think the question of whether America could or
24     should support Russia's membership of the WTO engages
25     any political questions in America?

10

1  A.  I'm sure that engaged, but we didn't discuss it. We
2      discussed it from perspective of us, as investors.
3  Q.  {D/143/1}, please. So this is from the website of the
4      Council on Foreign Relations.
5  A.  Right.
6  Q.  You're recorded, if you look down the left-hand column,
7      as a member --
8  A.  Yes.
9  Q.  -- of the International Advisory Board of the Council on
10     Foreign Relations.
11 A.  True.
12 Q.  The Council on Foreign Relations is a high-powered
13     international affairs think tank in America, isn't it;
14     yes?
15 A.  I think so.
16 Q.  Read the last -- do you see the introductory paragraph
17     there at the top of the left-hand column? Read the last
18     part of that on why these people, including yourselves,
19     are on this international advisory board:
20       "They also provide invaluable international insights
21     into US foreign policy in discussions on a variety of
22     issues ..."
23 A.  Correct.
24 Q.  So you wouldn't be in that position on that board unless
25     you had some expertise and interest in foreign policy,

11

1      would you?
2  A.  No. I was there because I am chairman of the largest --
3      I was the chairman at that time and then kind of member
4      of the supervisory board of the largest privately owned
5      financial industrial group in the country.
6  Q.  That's not an answer to the question I asked you. I can
7      understand that's your status.
8  A.  Right.
9  Q.  That's helped you get on to the international advisory
10     board.
11 A.  Right.
12 Q.  But your involvement in that process, described there in
13     that paragraph, suggests you have an interest in and
14     experience in foreign policy.
15 A.  No, that's not about foreign policy. That's about
16     primarily being an expert about economical situation in
17     Russia, market kind of reforms, things like that. That
18     was my input to this organisation.
19 Q.  So just some final points -- I know you have been in the
20     witness box for quite a long time. I'm grateful for
21     that. Just so you understand, there is material in your
22     witness statement about the sentences in the memorandum
23     about which you complain. I won't cross-examine you
24     about that because they are a matter of argument and you
25     have heard the argument about that. And, similarly,

12

1  whether Mr Steele was responsible for the document
2  entering the public domain. That's not something you
3  can give direct evidence on.
4       But at 37 in your witness statement {C/1/9}, you
5  suggest that the problem with the memorandum is that it
6  got the attention of the media in the West; yes?
7  A.  Yeah.
8  Q.  Where you're trying to carry on business more now than
9  you were ten years ago?
10  A.  Probably, yes.
11  Q.  And it contains, you say, specific allegations about you
12  specifically ?
13  A.  That's correct.
14  Q.  But now, at the conclusion of this cross-examination,
15  you would agree with me, would you not, that there has
16  been, and had been before this memorandum was released
17  by BuzzFeed, a very large amount of publicity about you
18  in the mainstream media in the West over the years; yes?
19  A.  True.
20  Q.  And some of that contains very serious allegations
21  against you and Alfa and about how you made your money,
22  doesn't it ?
23  A.  Unfortunately, you're right .
24  Q.  And some of it accuses you of making large amounts of
25  money, huge amounts of money improperly, with the

13

1  knowing assistance of successive Russian governments.
2  That's one of the charges that has been levelled against
3  you.
4  A.  Probably, yes.
5  Q.  {D/85/1}, please.  This is one of your documents that
6  you have disclosed in this case.  It's an email just
7  after the -- at the time of the BuzzFeed publication
8  from somebody called Stuart Bruseth, who is director of
9  communications at LetterOne; yes?
10  A.  Yeah.
11  Q.  No reason why you should remember the document. You
12  remember the period after the BuzzFeed publication?
13  A.  Yeah.
14  Q.  So just have a look at the email he's sending you.
15  A.  Yeah.
16  Q.  It is right, isn't it , that he was able to advise you
17  and assist you to respond to the BuzzFeed publication in
18  the media and to rebut the suggestions in the
19  memorandum? Yes?
20  A.  Correct.
21  Q.  And you had considerable resources to enable you to do
22  that, including professional expertise of the sort
23  that's being offered here; yes?
24  A.  Yeah.
25  Q.  And he's telling you in this email what the line is to

14

1  be in response and rebuttal in the media if you're asked
2  about this ; yes?
3  A.  Yeah.
4  Q.  And there are other documents in your disclosure, both
5  before and after the BuzzFeed publication.
6  A.  Correct.
7  Q.  In the three claimants' disclosure .
8  A.  Correct.
9  Q.  I don't want to go through it all , which show that this
10  is a familiar path for you to tread, using
11  communications experts, to deal with the media, to
12  respond and rebut, if appropriate, through your own
13  comments with the benefit of professional advice?
14  A.  Right.
15  Q.  Yes?
16  A.  Correct.
17  Q.  Something you take a lot of care about?
18  A.  Yeah.
19  Q.  In your witness statement at paragraph 40 {C/1/9} you
20  say -- I don't question the underlying facts -- that
21  in March 2017, the US Committee on Foreign Investment
22  became concerned about an oil and gas investment in
23  Texas, about your involvement in that, and you're trying
24  to suggest that the reason for that was BuzzFeed's
25  publication of the memorandum. Is that right?

15

1  A.  Yeah, I think the circumstances -- I don't know exactly,
2  but it seems to me the circumstances, that's the fact .
3  Q.  Rather than any other material the Committee on Foreign
4  Investment had about you --
5  A.  Yeah.
6  Q.  -- that they might have thought was relevant to their
7  decision-making?
8  A.  I suggest, yes.
9  Q.  Do you have any evidence of that, that that was what
10  determined that decision, rather than other
11  considerations?
12  A.  Yeah, I have certain set of facts which actually I made
13  the suggestion very kind of realistic , because we got
14  permission from American authority to invest in the US,
15  literally couple of months before, for our other
16  investment, and after this publication, we been rejected
17  in investment in Texas. So it was in a few months from
18  the same agency they have got different answer.
19  Q.  In different cases?
20  A.  Different cases, but -- it's different businesses, but
21  it was the same owner, the same investor. So we didn't
22  care about us as investor, didn't worry about us few
23  months ago, and suddenly we started to be quite cautious
24  regarding us as investor.
25  Q.  But do you know what else they looked at --

16

 1   A.  No.
 2   Q.  -- in relation to you and Alfa when they took that
 3       decision?
 4   A.  No, I don't have any access to what they are doing.
 5   Q.  No.
 6   A.  No, I don't --
 7   Q.  It's not transparent to you?
 8   A.  Sure.
 9   Q.  They didn't give you reasons or documents?
10   A.  No, no.
11   Q.  Finally, at paragraph 43 {C/1/10}, as I understand it,
12       this is about a US jazz musician declining to be a judge
13       at one of your youth jazz festivals in Lviv?
14   A.  Yes.
15   Q.  And here you suggest I think that the Mueller report was
16       a reason for that.  Is that right?
17   A.  No.  We didn't know exactly.
18   Q.  You are saying, five lines up from the bottom:
19           "Following the Memorandum and the Special Counsel's
20       investigation (run by Robert Mueller) ..."
21   A.  Yes.
22   Q.  They decided to withdraw.
23   A.  Yes.
24   Q.  Or the Mueller investigation.
25   A.  Yes.  But, as far as I understand, memorandum to certain

                                17

 1       extent triggered this investigation.
 2   Q.  That's your understanding, is it?
 3   A.  Yeah.
 4   Q.  Have you read the Mueller report?
 5   A.  Not the whole report, no.
 6   MR MILLAR: Yes, thank you.  That's all I wanted to ask.
 7   MR TOMLINSON: I have no re-examination.  Does your Lordship
 8       have any questions for this witness?
 9   MR JUSTICE WARBY: No, I don't.  Thank you very much,
10       Mr Fridman.  That's your evidence.
11   A.  Thank you so much.
12   MR TOMLINSON: My Lord, the -- I never quite understand
13       whether witnesses need to be released or not, but if he
14       does need to be released, may he be?
15   MR JUSTICE WARBY: I'm not sure he does, but he can.
16   MR TOMLINSON: Yes.  My Lord, your Lordship will understand
17       that bearing in mind the current rather extraordinary
18       situation in the world of business, Mr Fridman has a lot
19       of matters to attend to and no discourtesy is intended
20       if he leaves court.
21   MR JUSTICE WARBY: Yes, well, I quite understand.
22   MR TOMLINSON: So, Mr Fridman, you are free to go.
23   MR JUSTICE WARBY: You are free to go.
24   A.  Thank you very much.
25   MR JUSTICE WARBY: Thank you very much.

                                18

 1               (The witness withdrew)
 2   MR JUSTICE WARBY: While you mention that, perhaps Mr Millar
 3       could just update us on Mr Steele, because I have made
 4       enquiries -- I think I see Mr Steele sitting at the
 5       back, so that much I can see.
 6   MR MILLAR: I was just checking that he hadn't departed with
 7       an emerging symptom.
 8   MR JUSTICE WARBY: Yes.  But is there any information?
 9       Presumably he has contacted 111 and got some advice and
10       been given the all-clear?
11   MR MILLAR: Yes.
12   MR JUSTICE WARBY: Because we can move this whole caravan to
13       court 38 if there's any good reason to do so but
14       I certainly don't want to do so if there's no good
15       reason.  And it was only Mr Steele whose position was in
16       question, wasn't it?
17   MR MILLAR: No, absolutely not.
18   MR JUSTICE WARBY: Right.  When we have the break, I will
19       stand down court 38 and we'll carry on here.
20   MR MILLAR: Thank you.
21   MR JUSTICE WARBY: I am glad to hear it.
22   MR TOMLINSON: My Lord, I'll call Mr Aven.
23   MR JUSTICE WARBY: Yes.
24               MR PETR AVEN (affirmed)
25           Examination-in-chief by MR TOMLINSON

                                19

 1   MR JUSTICE WARBY: Thank you, Mr Aven.  Just step into the
 2       witness box.  Do take a seat.
 3   MR TOMLINSON: Can you give the court your full name and
 4       your business address, please.
 5   A.  My name is Petr Aven and my current address here is
 6       2nd Floor, Devonshire House, One Mayfair Place.
 7   Q.  Thank you.  There should be a file of papers in front of
 8       you.  I think there is.  I think it's at the moment open
 9       at tab 1.  Could you go to tab 2, please.  I think
10       it's -- perhaps it's page 66 {C/2/1}.
11   A.  Tab 2, page 66.
12   Q.  The first page of tab 2.  Does that say, "Witness
13       statement of Petr Aven"?
14   A.  Yes.
15   Q.  If you turn to the end of that section of the bundle
16       {C/2/10}, in mine it is 75 but in yours it could be
17       anything.
18   A.  75?  I can't see that numeration here, but anyway.  What
19       section?
20   Q.  The last page.
21   A.  Of that section?
22   Q.  Of that section.
23   A.  With my signature?
24   Q.  Yes.
25   A.  Okay.  That's mine.

                                20

1  Q.  Is that your signature?
2  A.  It's mine.
3  Q.  Is there anything in that witness statement that you
4      would like to correct or clarify?
5  A.  I would like to make -- I have read it recently and
6      I would like to make small clarification. It said here
7      that I met Mr Putin when I was a minister for foreign
8      economic relations. In fact I once met him two weeks
9      before I was appointed on a -- briefly in a meeting at
10     St Petersburg for the business litigation.
11 Q.  Thank you. With that clarification, is that witness
12     statement to the best of your knowledge true?
13 A.  Absolutely.
14 Q.  And that's your evidence in this court?
15 A.  Yes.
16 MR TOMLINSON: Thank you, Mr Aven. If you wait there, there
17     will be some questions.
18          Cross-examination by MR MILLAR
19 MR MILLAR: Mr Aven, I want to ask you, first of all, about
20     the 1990s. So we will approach it chronologically, as
21     we did with Mr Fridman.
22          In your witness statement, at paragraphs 5 to 7
23     {C/2/2}, you explain how, when Yeltsin was elected
24     president, Mr Yeltsin was elected president in 1991, he
25     approached your group of young Russian economists, led

21

1      by Mr Gaidar, to advise him?
2  A.  Yes.
3  Q.  That was on the move away from the old Soviet economic
4      model to a free market model?
5  A.  Yes.
6  Q.  I think in December 1991 the Soviet Republic was
7      formally dissolved and the republics formerly in the
8      USSR, including Russia, became independent states; is
9      that right?
10 A.  Yes.
11 Q.  You got ministerial responsibility for foreign trade as
12     minister for foreign economic relations?
13 A.  Foreign trade was part of my responsibilities.
14 Q.  Was part of it, foreign trade?
15 A.  Yes.
16 Q.  And that was for Russia?
17 A.  That was for Russia.
18 Q.  The witness statement at paragraph 8 {C/2/2} explains
19     that you left office as minister in December 1992, when
20     Mr Gaidar left office, was fired?
21 A.  Yes.
22 Q.  One of the problems -- I'm going to put this to you --
23     that arose as the Soviet state collapsed was
24     embezzlement, expatriation of capital by officials;
25     correct?

22

1  A.  On a certain extent but maybe that was not a major
2      problem.
3  Q.  In simple terms, stealing state assets and money and
4      moving them abroad?
5  A.  This was marginal problem.
6  Q.  I asked Mr Fridman about Karen Dawisha's book which we
7      have at {D/40/1}, please. "Putin's Kleptocracy: Who
8      Owns Russia?", published by Simon & Schuster in America
9      in 2014. Do you know of that book?
10 A.  No idea. I do not. Schuster book I have never heard
11     of.
12 Q.  Never heard of it until this case?
13 A.  No. Schuster book I have never seen.
14 Q.  Or heard of?
15 A.  Even heard of. Dawisha book I have heard of. Schuster
16     I have never heard of.
17 Q.  Sorry, they're the publishers, Schuster.
18 A.  Ah, Dawisha book. I have heard of. I have heard of.
19     I have never read this book but I have heard of it,
20     yeah.
21 Q.  Did you hear of it at the time it came out?
22 A.  I don't remember, but it was mentioned in Russian media
23     so I know something about this book. I have heard
24     something about that book.
25 Q.  Have you read any of it?

23

1  A.  I haven't read the book.
2  Q.  Have you read any of it?
3  A.  Of what?
4  Q.  The book, any of it?
5  A.  No. This book?
6  Q.  Yes.
7  A.  No, I have not read this book.
8  Q.  I am not asking you whether you read the whole book.
9      Have you read any of it? Have you read the bits in it
10     about you?
11 A.  I saw one mention about Kroll reports somewhere, and it
12     took my attention because I knew the story, and
13     basically that's one small piece which I have read
14     somewhere from this book.
15 MR JUSTICE WARBY: Sorry, you saw a reference to the --
16 A.  One part, I saw some reference for this book. It was
17     called so-called Kroll report, there's a search for
18     Russian money abroad, and I saw some mention in this
19     book about that.
20 MR MILLAR: My Lord, we'll come to that.
21 MR JUSTICE WARBY: Yes.
22 MR MILLAR: Kroll report.
23          Could you go on to internal -- to {D/40/30}, please.
24     Just read this passage, please, internal page 19 in the
25     book.

24

1          (Pause)
2    A.   Yeah.
3    Q.   Just finish it, over the page, next page, top of the
4         next page {D/40/31}. Go back to the previous page
5         {D/40/30}.
6    A.   Uh-huh.
7    Q.   This discusses a report of a special commission set up
8         by the Gaidar-Yeltsin government to investigate
9         corruption and abuse of power, doesn't it?
10   A.   No. It was specifically -- report, it was done
11        specifically search for Communist Party money abroad.
12        Kroll was hired -- (inaudible) contact was Kroll, it was
13        hired specifically in search for Communist Party money
14        abroad.
15   Q.   I am putting to you what is reported in the book; do you
16        understand?
17   A.   It's completely untrue.
18   Q.   We'll come to that in a moment. Take it stage-by-stage.
19        What is reported in the book:
20             "... that a special commission be established by the
21        procurator general to investigate corruption, abuse of
22        power, and economic offences."
23             And that there was a report presented to the Supreme
24        Soviet in September 1993. That is what is being
25        reported here. Do you accept that there was

25

1         a commission set up that reported --
2    A.   This be -- this were Kroll or some commission by
3         Supreme, maybe there was a commission, maybe.
4    Q.   Yes.
5    A.   Yes.
6    Q.   And the background was investigation by Kroll, wasn't
7         it?
8    A.   I don't know.
9    Q.   It says Mr Yeltsin was receiving monthly updates from
10        Kroll.
11   A.   He did not.
12   Q.   At the bottom of page 19, in the last five lines, you're
13        criticised, aren't you? {D/40/30}
14   A.   I am. I see it.
15   Q.   By implication; by Dawisha referring to you being
16        criticised by the commission in its report?
17   A.   Uh-huh. Yes, I see it.
18   Q.   "... the document recounted widespread instances of
19        'bribery of officials, blackmail, and the illegal
20        transfer of currency resources to foreign banks '..."
21   A.   It's said in the book.
22   Q.   But you don't agree with any of that?
23   A.   I'm the only one who has in my hands Kroll report.
24        I have it. I have Kroll report. I have Kroll report.
25        I have Kroll report. It gets nothing to do with what's

26

1         said in this book. It has nothing to do with me. It
2         was completely false. Here it's completely untrue.
3         I have it in English and in Russian.
4    Q.   I think what this is referring to is the special
5         commission's report?
6    A.   But you say this is based on Kroll report. I have Kroll
7         report in my hands. The commission didn't see the
8         report.
9    Q.   I want to ask you about Mr Putin's time in
10        St Petersburg. The public or general understanding is
11        that Mr Putin had retired from the KGB in around 1990
12        and through acquaintanceship with Mr Sobchak, then the
13        Mayor of St Petersburg, went to work in his
14        administration. Is that correct?
15   A.   I know this only from newspapers. I don't know how they
16        met and when they met. That, I don't know this story.
17   Q.   You never discussed that with Mr Putin?
18   A.   Never. Never.
19   Q.   At your paragraph 13 you say you first met him {C/2/3},
20        subject to the clarification that you have just given
21        us, in 1991 when he was head of the committee for
22        external relations in Mr Sobchak's office?
23   A.   Yes.
24   Q.   But you have recalled now that you met him shortly
25        before that?

27

1    A.   Yes. Yes, I met him two weeks before I was appointed.
2    Q.   One of the other problems at that time is identified in
3         the Dawisha book at {D/40/2}. Could we get that up,
4         please. Can you read -- we need to expand it. It's the
5         bottom of the left-hand page, 106. Can you read that?
6    A.   106?
7    Q.   The left-hand page.
8    A.   Mm hmm.
9    Q.   About 13 lines up from the bottom.
10   A.   Mm hmm.
11   Q.   Read down to the bottom. It describes food shortages,
12        but also shortages of cash used to pay for food imports,
13        so that barter arrangements were used. Do you agree?
14   A.   It was some sort of barter agree -- yeah, that was -- at
15        that time barter was common in Russia. That was
16        a barter arrangement, that's right.
17   Q.   And then if we go to the next page {D/40/3}. On the
18        left-hand side, about six lines down, after the
19        description of the Salye commission --
20   A.   Mm hmm.
21   Q.   -- beginning:
22             "Before that, the legal authority ..."
23   A.   Mm hmm.
24   Q.   Just read down to the middle of the page.
25   A.   Yeah, I read it.

28

March 17, 2020          Petr Aven, Mikhail Fridman and [...] Business Intelligence Limited          Day 2

1  Q.  One of the things that Dawisha gives an account of in
2      her book is Mr Putin signing export licences in his
3      capacity as the head of the St Petersburg committee for
4      external relations; correct?
5  A.  Well, from certain time he had this right.  Maybe he did
6      it before he received formal rights, maybe. I don't
7      remember.
8  Q.  Yes.  What she says is that at that time the legal
9      authority to do that, to sign those export licences for
10     the Russian goods going out, the raw materials
11     principally, was with your office and your ministry?
12 A.  It was representative of my ministry in St Petersburg.
13 Q.  Somebody answerable to you?
14 A.  To the ministry.  At the end of the day, to the
15     minister.
16 Q.  What she suggests is that Putin was signing them before
17     the Gaidar government gave him authority to do that.  Do
18     you agree with that?
19 A.  Maybe. I didn't know that.  That was not my -- if
20     that's illegal, that's not my -- that's a question for
21     police or whatever, but it's not my -- it was not my
22     responsibility at that time.
23 Q.  So you say you didn't know that.  What do you mean, you
24     didn't know --
25 A.  Yes, I didn't --

                          29

1  Q.  -- that when he was signing those documents?
2  A.  No, that he did it before he received formal --
3      I remember that he received formal right to do it.  That
4      I remember. That he signed anything beforehand, I don't
5      remember.
6  Q.  But did you come to discover that he had been doing it
7      at some stage?
8  A.  No.  I don't remember that.
9  Q.  Let's have a look at this.  On the facing page,
10     page 109, {D/40/3} the allegations made by Dawisha about
11     this period are various, but essentially she describes
12     what colloquially she refers to as the food scandal
13     emerging in St Petersburg.  Have you heard that phrase?
14 A.  If you give me a moment to explain the whole story,
15     I remember the story basically.  It was the office of --
16     it had nothing to do with Putin at all.  It was all
17     about Sobchak and his relations and his status.  So that
18     was not the usual situation.
19        So, the Sobchak is a Mayor who was responsible for
20     food supply to the city on everyday basis, and my
21     ministry in the same time was responsible to sell and
22     buy something. So it was a proven struggle between the
23     federal ministry and the Mayor.
24        Sobchak has very strong status, so she came to
25     Prime Minister, said: look, give me this right, please.

                          30

1      It's very natural that we would, as a city, would export
2      and buy and buy and sell, and basically it was very
3      natural.
4        So we created a joint office, so we merged office of
5      the Mayor under Putin and office of administry in one,
6      and we gave the responsibility to Mr Sobchak.
7        I did know Putin. Putin was not involved in that at
8      all.  That's why ever -- never responsible for this.  It
9      was discussion between Sobchak and Gaidar, who is
10     responsible for the city.
11        It was very natural to give this right to Sobchak
12     and to Putin.  That's basically that's all.  That's the
13     whole story.
14 Q.  Sorry, in the "that" in that sentence, "Putin was not
15     involved in 'that'", what are you referring to?
16 A.  Decision was done because of Sobchak.  It had --
17     decision to give the right to sell and buy to the
18     city --
19 Q.  Right.  I wasn't asking you about that.
20 A.  -- it was only about Sobchak.  It was not about Putin.
21     And both sides, the ministry people accused Mayor office
22     of stealing something from the one hand; on the other
23     hand, they accused -- that's a usual story: who is
24     responsible for what.
25        But for me as a minister it was very natural -- and

                          31

1      for Gaidar as Prime Minister it was very natural to give
2      this right to the city.  So that's -- basically that's
3      all.
4  Q.  So on that facing page at page 109, she makes
5      a number -- the question I asked you was about the food
6      scandal and you said you had heard of the food scandal.
7      She makes a number of specific charges by repeating what
8      the Salye commission said, what the council complained
9      of in the report; yes?
10 A.  Yeah.
11 Q.  Do you know about the Salye commission report?
12 A.  Absolutely.
13 Q.  The first one, have a look at the second paragraph on
14     page 109, beginning at the end of the line where it says
15     "First  ..."  This is the first charge.  Have a read of
16     that.
17 A.  Yeah, I see there are some propositions.  Delivery,
18     a range of 1% -- I can read it.  I see.
19 Q.  Essentially she's saying if the raw material taken out
20     of the country under those export licences didn't arrive
21     at their destination and there was no food in return,
22     there was no penalty to the exporting company. Do you
23     know anything about that?
24 A.  I have no idea.  That was not my responsibility to check
25     deliveries and supply of the city.  I was responsible

                          32

1   for economic policy and basically for major roles. So
2   I knew this accusation but it was not my place to go
3   into it. I know this from newspapers, just, all this
4   accusation permanently. That's all.
5   Q. That bit of the scandal is that then the raw materials
6      could just be sold on the open market in the West, and
7      the people who got the export licences could put the
8      money in banks in the West?
9   A. We have so many scandals, accusations in the country so
10     that's -- all this kompromat, I didn't pay attention to
11     that.
12  Q. She also alleges that the KBS, the committee, was
13     charging large fees to sign off the licences. Do you
14     know anything about that?
15  A. This I do remember. This story, more details I don't
16     remember.
17  Q. {D/40/8}, please, which is internal page 118 in the
18     book.
19  A. I have it in here?
20  Q. It will come up. If you look on the left-hand page,
21     Putin was censured for this by a report of the Salye
22     commission of the St Petersburg Parliament, wasn't he?
23     He was criticised?
24  A. Maybe. I do not remember that.
25  Q. Well, you said you know the report. Did you read the

33

1   report?
2   A. I read the report, I said, when I resigned. At that
3      time I even didn't pay attention to that. It was not
4      important.
5   Q. It was not important?
6   A. Well, there were scandals all over the place, there were
7      accusations to everyone and that's basically to have
8      a look at every exact case, I didn't pay enough
9      attention for that definitely.
10  Q. Right. So at the bottom of the page, 118, you're
11     mentioned. Then at the end of the paragraph on the
12     right-hand page, the top paragraph, your name is
13     mentioned by reference to the commission's report. She
14     criticises you and Yeltsin by reference to the
15     Salye commission report for allowing him to continue
16     issuing licences.
17  A. Yeah.
18  Q. And doing nothing about this scandal.
19  A. Because I was not the prosecutor's office. I was
20     Minister of Foreign Trade. It was not my
21     responsibility.
22        It was too many complaints for every commissions,
23     every city there's something going wrong, some people
24     are stealing something here and there. That was not
25     my -- again, that's for investigators. That's for

34

1   police. It was not my responsibility.
2        We have just to make a systemic decision: who is
3   responsible, the city or somebody else? For me it was
4   very natural: the city and Sobchak. It was nothing to
5   do with Putin, with anybody else. It was just systemic
6   decision, that was my responsibility. Not to go into
7   the scandals/accusation, that's all.
8   Q. It was Sobchak who was to blame, was it?
9   A. Well, it was Sobchak major responsibility, the supply of
10     the city, so that's basically that was his. And my --
11     our decision was to give this rights to him, to the
12     city, that's all. And not to give into details but
13     every day supply that was out of my control.
14  Q. But you knew that Putin was involved as the chair of the
15     committee in signing those licences by the time the
16     commission report was published?
17  A. I was dealing with Sobchak, not with Putin.
18  Q. Could you answer the question? Did you know when the
19     commission --
20  A. I knew the name and I saw some reports.
21  Q. At any rate, you were certainly at that time closely
22     involved in politics, weren't you, political activity?
23  A. No, I guess Mr Fridman explained very clearly that's
24     economic policy, that's not politics. That's pure
25     economic issues and foreign trade. It was not about

35

1    political policy, political things in general. It was
2    Foreign Ministry.
3   Q. So being a minister in the government isn't political
4    activity?
5   A. In our case it was much more technocratic government, it
6      was technocratic position. That is the common
7      definition.
8   Q. Coming back to your statement at paragraph 13, you say,
9      having told us that you first met Mr Putin in 1991 --
10     and I have heard what you just said about that. You
11     say: {C/2/3}
12        "We had a reasonably good relationship ..."
13        Do you see that?
14  A. We had normal working relations.
15  Q. Are you there describing the period we have just been
16     discussing, 1991 to 1992?
17  A. Yes.
18  Q. What do you mean by "good relationship"? What did it
19     involve, your relationship with him at that time?
20  A. Just we understood each other, and when they came -- he
21     came only with Sobchak. I don't think that ever he came
22     alone and this was basically questions of licence, of
23     level of licence, and when we discuss at meeting
24     basically we always found solutions, with Sobchak and
25     himself.

36

1    I don't remember -- in 1991/92 I don't remember
2    a single meeting with Putin without Sobchak. They
3    always came together.
4  Q. They came to Moscow?
5  A. Of course. They came to Moscow for licences.
6  Q. Yes. To see you?
7  A. To see me. Sobchak was very high-level important
8    political figure and I met Sobchak regularly.
9  Q. For sure. It's the second city in Russia,
10   St Petersburg?
11 A. Yeah.
12 Q. When you say, describing that relationship, him coming
13   with Sobchak to visit you in Moscow as the minister,
14   when you say "good", what do you mean, "good"? In what
15   sense, "good relationship"?
16 A. Normal. Basically we always found solutions. They
17   definitely wanted -- when it was quotas and licences,
18   they needed more, we have some limits so we could find
19   a solution. He was reasonable, smart man so we could
20   find that's the way and we always could initiate
21   something and find a solution. That's what I mean by
22   good relations.
23 Q. What about the period after this until he moved to
24   Moscow in 1996; did you have any relationship with him
25   during that period?

37

1  A. Yes, I saw him maybe two or three times when I went to
2    St Petersburg, maybe. I saw him at some business
3    meetings two or three times before that. Maybe several
4    times. Not many.
5  Q. Because in the period between 1992 and 1996, in the
6    middle of that period, you join Alfa Bank as president?
7  A. Yes.
8  Q. So you were continuing to have a relationship of some
9    sort with Mr Putin during that period?
10 A. We had plans in St Petersburg and definitely, as I would
11   expect, I don't remember that we met during these years
12   at all, but maybe I saw him couple of times when I came
13   there because we have clients, I came for clients'
14   meetings, and definitely as Deputy Mayor he knew
15   everybody in the city, all enterprise CEOs and all those
16   sort of things. So I guess he attended one or two
17   meetings which I had with the clients, meetings where
18   maybe somebody is there. Basically that's all.
19 Q. Okay, well, I don't want you to guess. I don't know if
20   you are using that phrase colloquially or whether you
21   are actually guessing --
22 A. I don't remember.
23 Q. -- but only tell us what you remember.
24 A. I don't remember any private meetings with Putin from
25   1991 -- '90s, when he was in St Petersburg, until he

38

1    resigned from the office.
2  Q. You said "private meeting". What do you mean by private
3    meeting?
4  A. Well, maybe it's all in business meetings with other
5    people. It's basically about clients, about business,
6    anything outside that. I don't know -- we never went to
7    restaurant, we never had lunch, dinner, whatever. It
8    was just business meetings in the office or in some
9    business gathering.
10 Q. Right. So Mr Fridman said in his evidence that you were
11   a channel for communication with the Yeltsin government
12   when you joined Alfa. Do you agree with that?
13 A. I do.
14 Q. And in what way were you a channel for communication
15   with the government after 1994?
16 A. Well, first of all, it's about -- mainly it was
17   a question of regulation and we tried to influence, for
18   example, regulation, rules, banking relation first of
19   all. Then the question of equal treatment. That was --
20   when I joined Alfa it was a lot of special debentures
21   given, for example, to state organisations, state
22   ownerships, state banks. My role was to explain that
23   basically we deserve the same attitude; that's one
24   example. Something like that. There's a lot of things
25   which government, the regime and government decisions

39

1    can be made and we wanted to influence that.
2  Q. Is that lobbying?
3  A. It's on government of Alfa, but of all banks I would
4    say, nothing specific to Alfa. It's about the sector.
5    Lobbying for sector. I would say, yes, for insurance,
6    for banking sector, that if you represent that as
7    a sector, it is lobbying.
8  Q. So that would require you to be a channel to high levels
9    of government; is that right?
10 A. Yes.
11 Q. Yes?
12 A. Yes.
13 Q. Including Mr Yeltsin? Did you see Mr Yeltsin during
14   that period?
15 A. No. I didn't see Mr Yeltsin one-by-one, never after
16   I resign, no. Never.
17 Q. One-by-one?
18 A. One-by-one. One-by-one meeting. I saw Mr Yeltsin with
19   also some other people around.
20 Q. Oh, right, so you did have meetings with him, but they
21   weren't what you described as private meetings?
22 A. I had maybe once or twice saw Mr Yeltsin together with
23   other businessmen during these years.
24 Q. Then we know that Mr Yeltsin was re-elected in 1996,
25   carrying on through to the end of the decade, and

40

1    I don't want to go over things I covered in
2    cross-examination with Mr Fridman, because it is not
3    efficient to do that. I'll take it shortly.
4        You have been consistently and widely identified in
5    published material as one of the seven oligarchs or
6    seven bankers who helped Yeltsin retain power in 1996;
7    do you agree or disagree?
8  A.  Yeah, you can read about that until now.
9  Q.  There was a deal done by which the oligarchs bankrolled
10    his election campaign and supported him publicly and in
11    the media through their media outlets, and in return
12    acquired major state assets cheaply. Do you agree or
13    disagree?
14  A.  Not in our case. Some people did. Not in our case. We
15    did not.
16  Q.  Was that the case with all of the others?
17  A.  Some people gained a lot from this election, definitely.
18    There's a lot of share schemes as an example.
19  Q.  And how did it come about that they benefited in that
20    way under a deal like that, and you didn't?
21  A.  Well, this --
22  Q.  What did they do that was different?
23  A.  Well, we didn't take part in the loans-for-shares
24    scheme, but there was a main distribution of assets
25    after election. We didn't take part in that. That's

1    all.
2  Q.  The Alfa-Access-Renova purchase of the initial 40% in
3    TNK, in 1997, was however identified in the US libel
4    case that you brought as one such transaction where you
5    were favoured by government. Do you agree?
6  A.  It was -- maybe some people wrote about that, yes.
7  Q.  That's how the judge identified it?
8  A.  I guess I don't remember that he did.
9  Q.  {D/22/1}, please, page 5 {D/22/5}. Read the last
10    sentence. This is Judge Bates' decision dismissing the
11    libel claim. Have you read this judgment?
12  A.  I don't remember that. Frankly, I don't remember that.
13  Q.  Right. That's what he is saying there, isn't he, in
14    reliance on contemporaneous articles in the
15    Moscow Times.
16  A.  That's Moscow Times.
17  Q.  That you were favoured? Yes; that's what he is saying?
18  A.  That's what's said.
19  Q.  Similarly in that US libel case, the acquisition of the
20    second large chunk, the 50% chunk, held by the
21    government in 1999, in another government tender, that
22    was also identified by the judge as pay-back for
23    supporting Yeltsin?
24  A.  Well, I don't remember. I know this accusation but
25    I don't remember judge decision. That I don't remember.

1  Q.  Have you seen that reported?
2  A.  For me, that's -- again, I don't remember that. I see
3    this publication but the judge, exactly formal, I don't
4    remember.
5  Q.  {D/9/1}, please. This is a business information
6    database, a piece about Mr Fridman in 2002. Are you
7    familiar with this?
8  A.  Mm hmm.
9  Q.  Have you read this before?
10  A.  No. I don't remember.
11  Q.  Just below the middle point, it gives an account of the
12    two stages in the TNK acquisition.
13  A.  Uh-huh, I see it. Uh-huh.
14  Q.  Suggesting you were favoured by the Russian government?
15  A.  Yeah, it says here.
16  Q.  You accept that that is an allegation that's been put in
17    the public domain?
18  A.  Not at all. Not at all.
19  Q.  That's been put in the public domain?
20  A.  Well, it's public domain but we completely disagree.
21  Q.  In this period, in relation to this period, there's been
22    adverse publicity about you personally, that is naming
23    you, in relation to your activities in Russia during
24    this period in the mainstream media in the West, hasn't
25    there?

1  A.  Sometimes, unfortunately.
2  Q.  I can take you to this. We have looked at it. I can
3    take you to this article if you want. Please say if you
4    do want to. But there was a New York Times article
5    in October 2000, reporting a Duma security committee
6    report alleging you had dealt in drugs and were fired as
7    minister after an investigation showed, amongst other
8    things, embezzlement?
9  A.  I saw this.
10  Q.  That was in the New York Times.
11  A.  It's just publication of report of Russian Duma
12    commission. For whom? I, as a member of Gaidar
13    government, was one of the main enemies.
14  Q.  And that article also referred to the article that you
15    sued on, the August 2000 Centre for Public Integrity
16    article, tried to sue on, concerning US intelligence
17    sources informing the journalists about Alfa Bank and
18    Alfa Eco being involved in drug trafficking. Do you
19    remember that?
20  A.  Well, that's accusation which already I have heard of,
21    and maybe I saw somebody in the newspaper with these
22    publications unfortunately.
23  Q.  I want to deal with the period 1996 to 2000. Like
24    Mr Fridman, you don't really deal with this period in
25    Mr Putin's rise to the top in Russia at all. Your

1   paragraph 13 deals with 1991 and that early period in
2   St Petersburg {C/2/3}; then moves on to when he is
3   President, which happened in 2000. So can we agree that
4   in 1996 Mr Putin moved from St Petersburg to Moscow to
5   work in the Yeltsin government?
6   A.  I think so, but -- yes.  Yes.
7   Q.  You say, "I think so".  Were you aware of that at the
8       time?
9   A.  I think that he moved later on.  So I think -- so
10      I don't know whether it was 1996 or '97, but he moved
11      one of these years, yeah.
12  Q.  Right.  Well, give me your understanding of it, because
13      by 1999 he's his anointed successor, isn't he?  He has
14      been appointed Prime Minister and then he becomes acting
15      President?
16  A.  Well, the whole story of Putin you want me to tell from
17      '96 til 2000?
18  Q.  No.  In your role at Alfa Bank in those years, 1996
19      through to 2000, were you aware of, or were you
20      conscious of, Putin's rise to the top in Moscow? Did
21      you follow that in real time?
22  A.  Yes, we saw him when he joined administration of the
23      President.  He was responsible for foreign ownership.
24      We saw him on some meetings, once or twice.  Then he
25      moved to the administration of the President and again

45

1   we were dealing with -- I was dealing with the
2   administration, so I saw him -- somehow I saw him in
3   business meetings.  And we knew him, he had started to
4   make big career when he became first deputy -- chief of
5   staff of Yeltsin.  Then he became well-known. It was,
6   I guess, '98.
7   Q.  I think at the beginning of that answer you were
8       referring to meetings and you said "we" met him?
9   A.  I met him with the other businessmen. It was meetings
10      on -- I remember one meeting, for example, with his
11      boss, when we discussed potentially Russian ownership
12      outside, and basically if the bank can play any role,
13      because they were seeing how to sell it or what to do
14      with that.  There was some sort of -- some meeting and
15      he was present.
16  Q.  One of the assistants or associates that he took with
17      him from St Petersburg Mayor's office to the Yeltsin
18      administration in Moscow was a man called Igor Sechin;
19      correct?
20  A.  Yes.
21  Q.  Did you know that at the time, that Sechin had gone to
22      Moscow as well to work in the administration?
23  A.  I met Sechin in Moscow at the end of 90s.
24  Q.  And he was an old friend and colleague of Mr Putin?
25  A.  Yes.

46

1   Q.  From St Petersburg days?
2   A.  Yes.
3   Q.  Indeed, Leningrad days?
4   A.  Yes.
5   Q.  And the KGB?
6   A.  I don't know.  I don't know.
7   Q.  Did you know Mr Sechin from that period in 1991/92 when
8       you first got to know Putin?
9   A.  No, I do not.
10  Q.  {D/29/1}, please, page 11 {D/29/11}.  This is a business
11      forecasting report by Stratfor, strategic forecasting.
12      Have a look at the penultimate paragraph, please, which
13      is about you.
14  A.  Mm hmm.
15  Q.  "Aven also is a close associate of presidential aide and
16      advisor Igor Sechin."
17          This is in 2007.
18  A.  Where is that?
19  Q.  At the bottom of the page.
20  A.  No, that's not, that's another page.  That's not about
21      Sechin here -- ah, Igor Sechin, yeah, "close associate
22      of presidential aide and advisor Igor Sechin."
23          Uh-huh.
24  Q.  Is that right as of 2007?
25  A.  It's completely untrue.

47

1   Q.  Completely untrue?
2   A.  Completely untrue.  I'm not close associate and friend
3       of advisor, whatever, to Mr Sechin.  Completely untrue.
4   Q.  In 2007?
5   A.  In any time.
6   Q.  Even now?
7   A.  Even now.  Even now I don't see him at all.
8   Q.  You don't see him at all?
9   A.  Absolutely.
10  Q.  So I think Mr Sechin became the deputy chief of
11      Mr Putin's first presidential administration?
12  A.  I don't remember. Maybe, yes.
13  Q.  First administration was two four-year terms
14      between 2000 and 2008?
15  A.  And he became deputy chief, maybe, I think so, yes.
16  Q.  Referring to Mr Putin, he had various roles given to him
17      by the Yeltsin administration, didn't he?
18  A.  Mr Putin?
19  Q.  Putin.
20  A.  Yes.
21  Q.  Including initially managing Russian state property
22      portfolio overseas?
23  A.  Exactly.
24  Q.  Foreign government portfolio.  Did you maintain your
25      relationship with him during that period?

48

1   A.  That's exactly the point.  I guess we met him when he
2       was responsible for this portfolio.
3   Q.  You did?
4   A.  Yeah, in the -- and that's what I mentioned, yeah.
5   Q.  He then had a period as a director of the FSB between
6       apparently summer 1998 and summer 1999. Did you know
7       that?
8   A.  Yeah.
9   Q.  Did you maintain your relationship with him during that
10      period?
11  A.  I guess I met him also once when he was in the KGB.
12      Maybe.  That's not my area of responsibility,
13      definitely.
14  Q.  Right.
15  A.  I guess --
16  Q.  So what was that, was that a social meeting or just --
17  A.  It was, I guess, also business meeting with some people,
18      I guess, some business, whatever.
19  Q.  And he happened to be there?
20  A.  Yeah, that was some -- some business, some sort of
21      stuff.
22  Q.  As the director of the FSB he happened to be there?
23  A.  Yeah.
24  Q.  Then he moved into the Yeltsin administration in its
25      last year, as Yeltsin's political authority began to

                                49

1       drain away; as I said, rapidly went from being appointed
2       Prime Minister by Yeltsin in August 1999 to acting
3       President, and then elected President the following
4       year.  Quite a rise, wasn't it?
5   A.  Yes.
6   Q.  Did you maintain your relationship with him during that
7       period?
8   A.  We had relations when he was in administration.  We --
9       again, we had some relations when he was in
10      administration of the President, and then when he was
11      Prime Minister we had some relation.  Certain relations
12      we had.
13  Q.  Yes.  You're an Alfa channel to the government. This
14      man is going through the stages to the very top rapidly
15      at that stage, isn't he?  He's somebody you would want
16      to be close to and have good communications with?
17  A.  No.  No, we didn't want to be very close to anyone.  We
18      want to have good formal relations.  That was our goal.
19  Q.  {D/40/1}, please, page 31 {D/40/31}.  It should be
20      internal page 126.  Can you go down to the end of that
21      exhibit, please, that tab.
22          Is that the very end?  {D/40/32}. Thank you.
23          This is chapter 4 of the Dawisha book, "Putin in
24      Moscow". The internal page is 196.  I'm sorry, it's not
25      very clear from the extract -- do you want to have

                                50

1       a look at it?  The paragraph beginning about a third of
2       the way down, "That summer ..."
3   A.  Yes.
4   Q.  That is a reference to -- and I apologise, it's not very
5       clear from the extract because we only have one page in
6       the bundle.  We can put more in if you want the context.
7   A.  I remember the story.
8   Q.  The summer of 1999 is the summer that is being referred
9       to, and she reports that Putin is being promoted by
10      supporters in the Kremlin as the candidate who could
11      defeat the grouping, Fatherland and Russia, the
12      anti-Yeltsin grouping, in a presidential election.  Do
13      you remember that period?
14  A.  Yes.
15  Q.  She says you hosted a dinner to introduce Putin to the
16      liberal elites.  Did that happen?
17  A.  No, there was no elite.  There was one single person,
18      Igor Malashenko. There was one single person,
19      Igor Malashenko.
20  Q.  Right.  But you had a dinner with Putin there at your
21      house?
22  A.  Yes.
23  Q.  Is she right in saying that Mr Malashenko had been
24      a founder of the NTV television channel?
25  A.  Yes.

                                51

1   Q.  And that had been -- he had been Yeltsin's campaign
2       manager during that campaign in 1996?
3   A.  Yes.
4   Q.  So you had a personal relationship with Putin to that
5       extent, that you could invite him to dinner at your
6       house to meet other people?
7   A.  Yes and no.  It was his request to meet Mr Malashenko.
8       He wanted -- I guess he started -- I was not aware, he
9       had started to think about his own campaign and he asked
10      me to introduce him to Mr Malashenko, who was my friend.
11      I guess that's the first time that Putin ever entered my
12      house.
13  Q.  He approached you to set this up?
14  A.  Putin approached me to meet with Malashenko.
15  Q.  Right.  So there was a two-way channel of communication:
16      you to Putin and Putin to you?
17  A.  Malashenko was my friend and Putin knew that I knew him.
18  Q.  So at your paragraph 14 you say:
19          "I have one-on-one meetings with President Putin
20      three or four times a year."
21          The first sentence of paragraph 14 in your witness
22      statement {C/2/4}.
23  A.  Yeah.
24  Q.  So, can we just be clear about this.  This is
25      a presidency than ran from 2000 to 2008, two four-year

                                52

1     terms.   Then the period when he relinquished the
2     presidency and became Prime Minister.  And then
3     from 2012 to date, he's President again.
4  A.  We had the same meetings when he was Prime Minister in
5     between.
6  Q.  So you're ahead of me, but, thank you.  So is that
7     sentence at the beginning of 14 describing the whole
8     period from 2000 through to now?
9  A.  Yes.
10  Q.  Regular meetings of that sort?
11  A.  Yes.
12  Q.  You say he asks you about Alfa at those meetings?
13  A.  Yes.
14  Q.  You mean Alfa Group?
15  A.  Yes.
16  Q.  You say he asks you about that, given its importance to
17     the economy as the largest private group in Russia?
18  A.  Yes.
19  Q.  You say the meetings are not secret, in the sense that
20     they're not known about -- they are known about -- but
21     they're not public?
22  A.  No, it's public.  Sometimes, at least once a year, they
23     used to show it on national TV.  They were very public.
24  Q.  Is there a publicly available record of what you discuss
25     at those meetings?

53

1  A.  I guess you need -- sometimes, yes.   Basically from TV
2     I guess all the records will be somewhere you can find.
3  Q.  Publicly available?
4  A.  Yeah.
5  Q.  So, you know, sometimes in this country, where senior
6     politicians, the Prime Minister, meet somebody, maybe
7     somebody from the business community, a civil servant
8     will make a note of what's going on at the meeting and
9     what's discussed at the meeting.  Does that sort of
10     thing happen?
11  A.  We didn't make any notes, but you have to supply to his
12     office an agenda.
13  Q.  Right.   There's no equivalent of the sort of request
14     that might be made here, from the public or
15     a journalist, to see the records of those meetings?
16  A.  No.
17  Q.  Whether such a request would succeed here is another
18     matter, but it does happen.
19     I want to ask you about TNK-BP, the deal in 2003.
20     Presumably a deal of that sort, the link-up with BP,
21     required Putin's blessing; do you agree with that?
22  A.  Yes.
23  Q.  Did you discuss it with him?
24  A.  Yes.
25  Q.  I don't want to go over the period from 2008 to --

54

1  A.  I discuss it with him, I'm sorry to say, but after he
2     spoke with Tony Blair.  I discuss it with him after
3     Tony Blair.
4  Q.  Right.  So you're saying that the initial connection
5     between BP and him and you was made, and then Tony Blair
6     made the first approach to Putin?
7  A.  No, first of all, approach was done by Tony Blair.   If
8     I have second, I can tell you the whole story, if I have
9     time, but in nutshell I phoned Putin about that after
10     Tony Blair already did it.
11  Q.  Right.
12  A.  I can tell you the whole story.
13  Q.  Let me just see if you can answer my questions and then
14     you can be re-examined, if you want.
15     The deal is done in 2003?
16  A.  Yes.
17  Q.  Yes?  That's on the record, publicly on the record?
18  A.  Yeah.
19  Q.  Clearly there are discussions before that, is this
20     right, between the consortium AAR and BP about the
21     link-up?
22  A.  Yes.
23  Q.  You are involved in those?
24  A.  No.
25  Q.  No?  During that period, when those discussions are

55

1     going on, are you having meetings with Putin, your
2     regular meetings?
3  A.  I had, but I never inform him about the discussions.
4  Q.  Because?
5  A.  Because there was nothing to discuss.   There was no
6     agreement.  There was just preliminary, so nothing.  You
7     cannot tell the president something which is not quite
8     guaranteed, so I never told him.  Before -- this is --
9     I told him -- I was prepared to tell him only after it
10     was very clear there would be a deal.
11  Q.  Right.  But the deal was, I think, the biggest foreign
12     direct investment in Russia when it was concluded?
13  A.  After sale of Alaska.  After sale of Alaska it was the
14     biggest Russian deal.
15  Q.  Right.  But you didn't discuss with Putin in your
16     regular meetings the possibility that that deal might be
17     done?
18  A.  I did not.
19  Q.  But Mr Blair did, at some stage --
20  A.  After.
21  Q.  -- before it was concluded.
22  A.  After all negotiation finished, finalised and it was
23     clear that both sides wants a deal, then it was time to
24     inform President Putin, and I wanted to do it but
25     Mr Blair did it first, before I was able to do it.

56

1  Q.  Ah, well, that's Tony Blair for you.
2  A.  What do you -- eh?
3  Q.  That's Tony Blair for you.
4  A.  Tony Blair, yeah, well --
5  Q.  It may tell you more about Tony Blair than --
6  A.  Yeah.  So when I want -- came to see Putin and he had
7      said, "What's the subject?", I said, "It's TNK", he
8      said, "All done?", I agreed and I said yes to Mr Blair.
9      That's all.
10 Q.  Anyway. So you took a conscious decision not to discuss
11     it with Mr Putin until that stage, but you discussed it
12     after that?
13 A.  Yes.
14 Q.  The fallout that happened in 2008-2013, as I put to
15     Mr Fridman, was discussed widely in the Western business
16     media?
17 A.  Which?
18 Q.  The disintegration in the relationship between AAR and
19     BP.
20 A.  Uh-huh.
21 Q.  That was widely discussed, wasn't it?
22 A.  I think so.
23 Q.  It happen in the full glare of the Western business
24     media?
25 A.  Yes.

57

1  Q.  Because it was such a high profile link-up?
2  A.  Yes, yes.
3  Q.  Presumably you discussed these matters with Mr Putin as
4      they were unfolding, given the importance of the link-up
5      to the Russian economy?
6  A.  Never.  I never discussed TNK-BP issues with Mr Putin.
7  Q.  Right.  So you're having regular meetings with him.
8      He's also asking about Alfa, according to the last
9      sentence of your statement at paragraph 14 {C/2/4},
10     given its importance to the economy as the largest
11     private group in Russia.
12         Alfa is involved as a part partner in this huge oil
13     consortium and he doesn't ask you about that when it's
14     all going wrong over five years?  Nothing at all?
15 A.  No, I don't remember that we discussed any sort of
16     problems of TNK-BP ever. No.  We discuss usually
17     macroeconomics, banking, insurance, but oil is a very
18     specific thing and it's not my area.  So once a major
19     deal was prepared I could discuss with that, but
20     situation within TNK-BP we never discussed.
21 Q.  In the end, Rosneft, the Russian state oil company,
22     stepped in and bought the whole entity for 55,
23     54 billion in cash?
24 A.  Yes.
25 Q.  Yes?  That's what Mr Fridman told me.

58

1  A.  Yeah.
2  Q.  Is that right?
3  A.  Yeah.
4  Q.  Or cash and some shares to BP.  I think they got some
5      shares.
6  A.  I guess it's cash.  For us it was cash.
7  Q.  For you it was cash; for them it was cash and shares.
8  A.  Yeah.
9  Q.  A huge deal.
10 A.  Huge.
11 Q.  Huge.  So in 2007, Igor Sechin had become the chairman
12     of Rosneft, hadn't he?
13 A.  Yes.
14 Q.  Was that a Putin appointment?
15 A.  I think so.
16 Q.  Would it be right to say he was Putin's placeman in the
17     oil industry, Mr Sechin?
18 A.  I don't want to comment. I don't know.  But he was head
19     of Rosneft.  That's basically that's all.
20 Q.  But also an old associate and colleague of Mr Putin?
21 A.  Yeah, that's right.  Yes.
22 Q.  Have a look at {D/29/1}, please, page 11 {D/29/11}.
23     This is the Stratfor business forecasting report that
24     I think I put to you -- may have put to you a moment
25     ago.  I certainly put it to Mr Fridman. Yes, I did.

59

1      It's that penultimate paragraph.
2          So, just to return to that, it says you personally
3      advised state oil firm Rosneft via Sechin regarding
4      Rosneft's business strategies.  That's one of the
5      reasons that Rosneft is so successful.
6  A.  Untrue, completely.  Never did.  Never in my life.  I am
7      not an expert in oil at all.  I have no idea about
8      Rosneft strategy.  At all.  Never discussed strategic
9      issues with Mr Sechin ever in my life.  Never.
10 MR MILLAR: Okay. I think we have that denial.
11         Presumably -- no, I'll leave that there.
12         Shall we take a break there?  This is a convenient
13     point.
14 MR JUSTICE WARBY: Yes, this is a good moment for a break.
15     We'll take ten minutes.
16         We'll just take a break, Mr Aven, and start again
17     at -- well, my watch doesn't agree with that, but in
18     ten minutes, just before midday.
19 (11.48 am)
20              (Short Break)
21 (12.00 pm)
22 MR JUSTICE WARBY: Mr Aven, can I just ask if you slow down
23     your answers a bit --
24 A.  I will, thank you, I am so terribly sorry.
25 MR JUSTICE WARBY: -- because the transcribers are having

60

1    a little bit of a struggle getting everything down.
2  MR TOMLINSON: When your Lordship was outside court, we had
3    a discussion with Mr Aven to try and --
4  MR JUSTICE WARBY: I think I am -- well, I know I am getting
5    an adequate note of the substance of what it is.
6  MR TOMLINSON: The transcribers are doing exceptionally well
7    but, nevertheless, difficult to keep up.
8  MR JUSTICE WARBY: Yes.
9  MR MILLAR: So, Mr Aven, we had got to the end of that
10    section in your witness statement ending in 17 and you
11    then come to a section {C/2/4}, headed,
12    "Mueller Report". So just keep -- maybe keep the
13    witness statement open at that point.
14       So there's this section in your witness statement,
15    from paragraphs 18 to 28, dealing with an aspect of your
16    relationship with President Putin that Robert Mueller's
17    investigation asked you about and reported on. Are you
18    familiar with this section?
19  A. Yes.
20  Q. From the Mueller Report? If we could get it up, it's
21    {D/124/1}. I think we want to go to {D/124/154}. It's
22    a very long document. Thank you.
23       I just want to see -- I just want to ask you a few
24    questions about this episode that's discussed in the
25    Mueller Report to see if I can clarify the evidence that

61

1    you give in that section in your witness statement.
2       I think it's right that you were interviewed in the
3    Mueller investigation?
4  A. Yes.
5  Q. On 8 February 2018?
6  A. I don't remember the date, but I was.
7  Q. There are a number of footnotes on this page. Sorry, it
8    may be 2 August -- it may be American dating.
9    2 August 2018. It was in 2018?
10  A. Yes.
11  Q. Thank you. He reports, if you look at the middle
12    paragraph, that you told him that in relation to your
13    meetings with Putin, any suggestions or critiques Putin
14    made during the meetings were implicit directives and
15    there would be consequences for you if you didn't follow
16    through. Did you say that to Mueller?
17  A. No, not exactly the same wording.
18  Q. Because it's footnoted at 979 as something you said on
19    the transcript of your interview in 2018. It gives
20    a reference to your interview for that?
21  A. I said that Putin advice was taken very seriously.
22    I never mentioned implicit order. Serious advice,
23    serious attitude of us to Putin's advice, that's right.
24  Q. So you didn't say implicit directives?
25  A. No.

62

1  Q. Did you say you thought there would be consequences for
2    you if you didn't follow through?
3  A. No, that's -- I never said. But we take seriously
4    advice of the president. This we take seriously, but
5    I don't take this was about all this we never discussed
6    with Mueller commission.
7  Q. So that sentence is wrong in the Mueller Report?
8  A. Implicit order and our readiness to follow orders are
9    wrong.
10  Q. At the top of the next paragraph he reports that you
11    told him that at a meeting which he describes as
12    a one-to-one meeting -- or rather he told you something
13    at a one-to-one meeting. Do you remember telling him
14    you had had a one-to-one meeting with Putin?
15  A. Yes. Yes.
16  Q. Just after the election?
17  A. It was December 2016, yeah.
18  Q. And he says Putin expressed concern to you that the US
19    would impose sanctions on Russian interests; do you
20    remember that?
21  A. Yes.
22  Q. You told him that?
23  A. Yes.
24  Q. That Putin said that to you?
25  A. Yes.

63

1  Q. And was this because of all the publicity during the
2    elections about Russian interference in the presidential
3    elections? Is that why he was concerned there were
4    going to be sanctions against Russians?
5  A. He didn't explain. I know -- I did know the reasons why
6    he was concerned, but he didn't give any reasons why he
7    believed it would be sanctions. He never mentioned
8    elections or intervention into elections.
9  Q. Why did you think he was concerned in December 2016 that
10    this might be about to happen, sanctions against Russia?
11  A. I don't know, but it was a lot of publicity, it was
12    a lot of talks. There was a general concern, not only
13    from him. Why he was specifically concerned I don't
14    know.
15  Q. At the top of the next page {D/124/155} he reports that
16    you said you would try and contact the incoming
17    administration -- that's the Trump administration -- to
18    speak/advocate against possible sanctions and that you
19    understood Putin wanted you to address the wider
20    concerns that he had. Is that right?
21  A. There was concern about Alfa and our interest in
22    sanctions against us. That's what I understood, and he
23    was very concerned about that.
24  Q. So he was, on your behalf, expressing concern about Alfa
25    and saying you should go to the incoming Trump

64

1    administration and lobby for Alfa against sanctions?
2  A. Yes.
3  Q. Against sanctions on Alfa?
4  A. Yes.
5  Q. Nobody else, just Alfa?
6  A. Yes.
7  Q. That was very kind of him, wasn't it, to think of you
8     rather than everybody?
9  A. We are the major Russian bank. If the sanctions on us,
10    then all payments -- a lot of payments from country/into
11    country will be stopped. That's important for national
12    economy. That's not about Alfa. It's about Russia and
13    Russian economy. That's why he was concerned and he
14    explained the same concern to many other businessmen, as
15    far as I know.
16 Q. Did he ask other businessmen to make contact with the
17    Trump administration?
18 A. He did, publicly, on the meeting with businessmen, with
19    about 50 people around.
20 Q. Privately, in one-to-one meetings?
21 A. I don't know. One-to-one, I have no idea.
22 Q. Would you characterise those concerns of President Putin
23    that he was expressing to you at this time as political
24    concerns?
25 A. Not at all. Not at all. It was all about business

65

1     situation and story and about economic situation inside
2     the country. It's not a political story.
3  Q. What, if the American Congress passed legislation
4     imposing sanctions on selected Russians or Russian
5     businessmen, other Russians, at that time, that wasn't
6     political?
7  A. It would be political decision but his talks and his
8     concerns about us had only economic dimension. That's
9     all this -- life has many dimensions. With me, he was
10    concerned only one dimension was within his attention.
11    That was economic dimension. So sanctions as a whole is
12    a larger topic, sure.
13 Q. So it says:
14         "... Aven understood that Putin expected him to try
15    to respond to the concerns he had raised."
16         So did you say that to Mueller?
17 A. I said that he definitely wanted us to do and I took it
18    seriously and I definitely wanted to -- because we were
19    very concerned ourselves. We had our own information so
20    definitely I wanted to -- and I wanted to do what he
21    advised and to speak with the new American
22    administration, as we were doing for many years with old
23    administration before.
24 Q. You said we had our own information. What did you mean
25    by that?

66

1  A. All publications around, all people in US, all talks,
2     all businessmen, discussion, informally, about
3     sanctions. It was on the agenda. It was everywhere, in
4     the air.
5  Q. Sanctions for what reason?
6  A. For nothing. We don't know. Not expectation that we
7     had no clear idea and, as I say, we had no idea, but
8     sanctions on something, on oil, I don't know, but
9     reasons were not clear and still are not clear.
10 Q. Did you discuss the request that President Putin was
11    making to you with the second claimant or the third
12    claimant?
13 A. I made public. I don't -- I didn't make secret from
14    them that there was a warning because there was public
15    warning, not just one-to-one. He repeated the same --
16    president repeated the same warning when he was meeting
17    with major other businessmen around him. There was
18    about 50 people. So there was not a secret talk at all.
19    I definitely told my friends about that.
20 Q. The answer to my question is: yes, you did, after that
21    meeting with Putin, discuss with the other two claimants
22    what he had asked you to do?
23 A. Yeah, yeah, yeah.
24 Q. And what did they say?
25 A. That it's important. They even understood the

67

1     importance. That's all.
2  Q. And that you should try and do it?
3  A. I tried to do it.
4  Q. No, they said you should try and do that?
5  A. Yes.
6  Q. You should try and contact the incoming Trump
7     administration?
8  A. Yes.
9  Q. I couldn't find any record of you or Mr Fridman speaking
10    publicly about this meeting and suggestion by
11    President Putin at the time. Did you discuss it
12    publicly, that the President of Russia had asked you, in
13    your capacity as a prominent businessman in Russia, to
14    make contact with the Trump administration?
15 A. No, I did not.
16 Q. Why not?
17 A. Nobody was interested. I didn't have these questions.
18    Why should I discuss that? That's basically it.
19    I don't know.
20 Q. Well, I mean, if there was a lot of concern and a lot of
21    publicity about possible sanctions against Russians,
22    a lot of people might have been interested in the
23    president asking you to go and contact the Trump
24    administration?
25 A. Nobody asked me.

68

1  Q.  Go to 124/171, please {D/124/171}. You used that
2      Washington lobbyist that I was asking Mr Fridman about,
3      Richard Burt, co-director of LetterOne, to try and make
4      contact with the Trump Transition Team, didn't you?
5  A.  Yes.
6  Q.  He tried to do so through a man called Dimitri Simes of
7      CNI, which is a Washington think tank with expertise in
8      and connections to the Russian Government; correct?
9  A.  I didn't know that and I still don't know. I never
10     discussed it with Mr Burt so I just see that from the
11     report.
12  Q.  Could you go to page 103 {D/124/103} in Mueller.
13  MR TOMLINSON: Is that internal 103 or bundle 103?
14  MR MILLAR: It's bundle 103.
15  MR TOMLINSON: That's page 95.
16  MR MILLAR: It's 111, I think, in the exhibit {D/124/111}.
17     Do you see that?
18  A.  Yes.
19  Q.  There's a section earlier on in the report describing
20     CNI and Dimitri Simes. It says:
21        "CNI is a Washington-based non-profit organisation
22     that grew out of a centre founded by former
23     President Richard Nixon."
24        At the bottom of the page:
25        "Simes was born in the former Soviet Union ..."

69

1        And describes his work.
2        Over the page, at the top of 112 {D/124/112}:
3        "Simes personally has many contacts with current and
4     former Russian government officials , as does CNI
5     collectively ."
6        So did you know Mr Simes at this time?
7  A.  I met him couple of times at some conferences.
8  Q.  Where?
9  A.  In Moscow.
10  Q.  But you said the approach that was made by Mr Burto to
11     Mr Simes, if we go back to page 171, please {D/124/171},
12     you didn't know about that at the time?
13  A.  Not at all .
14  Q.  So what did you say to Burt then when you approached him
15     as the intermediary to contact the incoming Trump
16     administration?
17  A.  I said we have with Mr Burt about 30 seconds or maybe
18     60 seconds discussion.  I told him that I saw Mr Putin,
19     he's concerned about potential sanctions on Alfa and
20     basically we heard numerous sort of rumours about
21     sanctions and for Alfa, for the bank, for the group, we
22     need contacts with the new administration; that's all ,
23     because of potential sanctions.
24  Q.  A 30-second conversation, did you say?
25  A.  Maybe one minute.

70

1  Q.  Maybe one minute.
2        At page 172 {D/124/172} it explains that Mr Simes
3     had established contact with Jared Kushner before the
4     election and was lobbying for Mr Burt to be the US
5     ambassador for Russia under the incoming administration.
6     Did you know about that?
7  A.  From newspapers.
8  Q.  Mm?
9  A.  I read about that from newspapers.
10  Q.  From newspapers. At the time?  You read about it at the
11     time?
12  A.  I don't remember when, but it was -- that was probably
13     about new year, at the same time, I guess, when we met.
14  Q.  Right.   And you're saying Burt has approached a man like
15     that, in that position, and not come back and told you
16     that this how he's going to make the approach on behalf
17     of Alfa?
18  A.  Absolutely.   He never mentioned Simes' name to me,
19     never.  Basically there was no -- if I can -- there was
20     no more communication with Mr Burt. He just send me
21     a message that currently nobody wants to speak with
22     Russians and that's all .  There was no continuation
23     whatsoever. Nothing.
24  Q.  Didn't you want to know how he was going to go about
25     making this contact that the president had asked you to

71

1     make?
2  A.  No, no, no.
3  Q.  You didn't want to know?
4  A.  He didn't say.  I didn't ask.
5  Q.  At page 173 in the exhibit {D/124/173}, towards the top,
6     there is reference to Burt recounting for you, in an
7     email of 22 December -- you can pick up this at the
8     bottom of the preceding page --
9  A.  Which page?
10  Q.  Go back to 172 {D/124/172}.
11  A.  We have here 164.
12  Q.  Beginning in an email, dated 22 December; yes?
13  A.  Here the page is 164.
14  MR JUSTICE WARBY: You are using different numbers. Counsel
15     is using the number in the bottom right.
16  A.  Ah.
17  MR MILLAR: So indented there's an email that Burt sent you
18     on 22 December. Do you remember that email?
19  A.  Yes.
20  Q.  Because Mueller is reproducing it here in his report?
21  A.  Yes.
22  Q.  And he called it Project A --
23  A.  Yes.
24  Q.  -- this approach. Did he discuss with you that he was
25     calling it Project A?

72

1  A.  No, never.  Never.  And when I saw A, I was not sure
2      what's all about, whether it's Alfa or what.  Basically
3      unclear.  Never.
4  Q.  Do you know why he called it Project A?
5  A.  No, I do not.  I do not.
6  Q.  Might it have been because it was a secretive project
7      and couldn't be given its true description?
8  A.  Well, I had another idea because we had some rival --
9      I had some idea, but nothing to do with this story, but
10     basically not clear at least up 'til now, but it was
11     definitely not about secrets.
12 Q.  Anyway, if you look at the bottom of the page, in the
13     email, what he's telling you in the email is that Simes
14     thought Project A was too explosive to discuss at that
15     time.  Do you remember him saying that to you?
16 A.  No, he never said anything.  That was the only
17     communication we receive.  That's only one thing and
18     I thought it was about different topic and also.
19 Q.  You thought this email was about something else?
20 A.  We discussed two topics.  I approached to Trump
21     administration and some other project where I had
22     nothing to do with that at all and I thought this A is
23     about different thing.  That's all.
24 Q.  Right.  So there's another project in which he's reached
25     out to a very influential person --

73

1  A.  Not at all, no.
2  Q.  -- who has got back to him and said, "There's so much
3      interest in Congress and the media over the question of
4      cyber-hacking and who ordered what, the project is too
5      explosive to discuss".  On the face of it, that has all
6      the characteristics, when you are reading that email, of
7      the project put to you by President Putin, doesn't it?
8  A.  Absolutely not.
9  Q.  So it was just a coincidence there was another project
10     which also had all those characteristics?
11 A.  We discussed some investigation, some set person in
12     Russia.  This is nothing to do with politics, with
13     economics.  There's some people who didn't pay back our
14     money to the bank so that was, I think, what he was
15     mentioning.  It was nothing to do with it at all --
16     nothing to do with Putin at all.  In my sense there was
17     nothing secretive, nothing special.
18 Q.  Why would the level of interest in the Congress and the
19     media about the question of Russian cyber-hacking and
20     who ordered what, why would that have anything to do
21     with the other project?
22 A.  Well, cyber attack and this was a big -- a lot of
23     publicity.  So basically it's all about Russian events
24     and elections, about secret communication with Trump.
25     I guess it was very special they pay so much attention.

74

1      Fortunately it was completely rubbish.
2  Q.  Right.  So coming back to your statement at 23 {C/2/5},
3      paragraph 23 -- sorry, I've lost the reference, but you
4      deal with this in your statement, that you thought he
5      was asking him about an approach -- that Mr Burt
6      believed you were asking him about an approach on behalf
7      of the Russian Government.  I think it may be 26
8      {C/2/5}.
9  MR TOMLINSON: 28.
10 MR MILLAR: 28, the first sentence of 28 {C/2/6}:
11         "I have since learned that Mr Burt misunderstood our
12     conversation and believed that I was asking him about an
13     approach on behalf of the Russian government.  That is
14     not correct."
15         Is that your evidence to this court?
16 A.  Yes.
17 Q.  172, please, in the bundle {D/124/172}.  If you look in
18     the middle of that page, footnoted as 1177, by reference
19     to evidence that both Burt and Simes gave to Mueller, is
20     this sentence:
21         "Burt contacted Simes by telephone and asked if he
22     could arrange a meeting with Kushner to discuss setting
23     up a high-level communications channel between Putin and
24     the incoming Administration."
25         So is that what you're referring to at paragraph 28

75

1      in your statement:
2          "I have since learned that Mr Burt misunderstood our
3      conversation ..."
4  A.  I'm not sure.  Maybe, yes, but I don't know with whom
5      else Mr Burt spoke in Russia.  I have no idea.
6  Q.  No, but is it what you read in Mueller because Simes and
7      Burt told Mueller that's what they thought Project A was
8      about, setting up a high level communications channel
9      between Putin and the incoming administration?  That's
10     what they told Mueller they thought was going on here.
11 A.  Well, that was what Burt said.  As I said, it's
12     completely incorrect.
13 Q.  I mean, it's an odd mistake to make, isn't it, Mr Aven?
14 A.  No, it was 30 seconds discussion and it's difficult and
15     you see that I'm very slow -- very fast here that the
16     interpreters cannot understand.  I have the same problem
17     maybe with Mr Burt here.  Maybe there was just
18     misunderstanding; that's all.
19 Q.  Well, you say --
20 A.  And we never continued.  It was -- if there was anything
21     serious, he would definitely continue it.  There was
22     never a continuation of any discussions at all.
23 Q.  Let's just go back to what you said to him.  You said to
24     Burt, in this 30 second conversation, "We, Alfa, want to
25     set up -- make contact with the incoming

76

1    administration", is that right?
2  A.  Yes.
3  Q.  "To discuss the risk that Alfa gets sanctions imposed on
4      it"?
5  A.  Yes.
6  Q.  Or, "We, as leaders of Alfa, get sanctions imposed"?
7  A.  Yes.
8  Q.  Yes?
9  A.  Yes.
10 Q.  And, "We want you to do that".   You asked him to do it?
11 A.  Yes, because he did it for many years for us.
12 Q.  Right.   So he was being told he would speak to the Trump
13     team on behalf of Alfa to lobby against Alfa getting
14     sanctions imposed on them?
15 A.  Not to lobby against but to introduce us and to give us
16     a chance to express our -- who we are and our own views
17     on that.   Basically that's not lobbying.   We wanted
18     introduction.   That was a very clear request from my
19     side.
20 Q.  This man, who is a former US diplomat and Washington
21     lobbyist, leaves have conversation with the
22     understanding that what he has been asked to do is set
23     up a high level communications channel between Putin and
24     the incoming administration.   They are completely
25     different things, aren't they?

                          77

1  A.  Well, maybe he had his own agenda.   I don't know.   That
2      you have to ask Mr Burt.
3  Q.  Well, have you asked Mr Burt?
4  A.  No, we never discussed it with Mr Burt.   Never.
5  Q.  Even since was this written in the Mueller report, you
6      haven't discussed it --
7  A.  We never discussed that.   I didn't want to discuss that
8      because it was definitely mistake from my side.   I don't
9      think he would feel comfortable because it was
10     a mistake, definitely, so I didn't want him to feel
11     unpleasant.   I never discuss it with him.
12 Q.  But he didn't think it was a mistake when he was giving
13     that evidence to Mueller.
14 A.  I guess he does think it -- I hope he does understand it
15     now.
16 Q.  Well, how, if you haven't spoken to him, would he now
17     think it was a mistake?
18 A.  I guess he saw my evidence as well.
19 Q.  If we look at {D/124/173}, where there's that email at
20     the bottom of 172, over on to 173, is this your
21     evidence -- look at the middle of 173.   Mueller says:
22         "Aven replied to Burt's email on the same day,
23     saying, 'Thank you.   All clear'.   According to Aven,
24     this statement indicated that he did not want the
25     outreach to continue."

                          78

1      So are you telling Mueller at that point, when you
2      say, "Thank you.   All clear" to Burt in response to his
3      email, you're referring to this other channel of
4      communication that you haven't described to us but you
5      had in mind?
6  A.  No, I understood that basically I approached him and he
7      cannot build any communication with us with Trump.   It
8      seems that's clear so what to continue?   If you cannot,
9      you cannot.   That's all what I say.
10 Q.  But you thought he was referring to the other matter?
11 A.  No, I think that he was -- in his mind I don't know what
12     he was referring to, but we discussed two topics and he
13     didn't want to do it.   So basically I don't know
14     exactly, but for this specific case definitely we
15     understood that there were no communication.
16 Q.  But I thought you said that when he said in his email to
17     you "can't establish such a channel", you were thinking
18     about a channel of communication about something
19     completely different?
20 A.  No, no, channel of communication was only one thing.
21     That's only one story.
22 Q.  Something completely different?
23 A.  But --
24 Q.  Nothing to do with sanctions or Putin?
25 A.  Communication or sanctions, nothing to do, but we have

                          79

1      some -- we have many things discuss with Mr Burt.   That
2      I understood, but channel of communication is all over.
3      That's period.   That I took as referring to channel of
4      communication that he cannot do it.
5  Q.  All right.   So you give some evidence -- I'm going to
6      move on from the Mueller report now -- in your witness
7      statement at paragraph 36 about Mr Govorun.   How do you
8      pronounce that in Russian?
9  A.  Govorun.
10 Q.  Govorun?
11 A.  Mm.
12 Q.  Mr Govorun {C/2/7}.   In your second sentence, you say:
13         "It appears that he worked at Alfa for only 3 years
14     in the late 1990s ..."
15         So you're speaking then of when Govorun was an Alfa
16     employee in the 1990s?
17 A.  Yeah.
18 Q.  At the end of that paragraph -- I'm sorry, is that the
19     extent of your knowledge of Govorun's career in Russia?
20     Do you know Govorun since then?
21 A.  I don't know Govorun even now. I wouldn't recognise him
22     if I meet him.   I don't know how he looks like.   If
23     I meet Govorun on the street, I wouldn't know that he's
24     Govorun.   I never met him.   I never spoke with him.
25     I don't know him.

                          80

1  Q.  Do you know that he's had a series of jobs in the
2      presidential administration?
3  A.  I heard about that.  He was a minister or somebody else,
4      but I never was dealing with him.  I never met him.
5      I never knew him at all and I never met him definitely
6      when he was in Alfa.  I never -- I even didn't know his
7      name.
8  Q.  So after he finished with Alfa, he went into the Putin
9      presidential administration?
10  A.  Yes.
11  Q.  Now, you describe your present status in the witness
12      statement, at paragraph 12 {C/2/3}, in this way, right
13      in the middle of that paragraph:
14          "... I am still considered an 'outsider' to the
15      political elite."
16      Is that your evidence to this court?
17  A.  Absolutely true.
18  Q.  That you're an outsider to the political elite?
19  A.  Absolutely.
20  Q.  Even though you have quarterly meetings with Mr Putin?
21  A.  Absolutely.
22  Q.  And even though he can approach you and ask you, as he
23      did in December 2016, to contact the incoming US
24      presidential administration?
25  A.  If I mean elite, if I'm sorry to say, I mean elite, he

1      would never appoint me a minister or prime minister in
2      the country so that's limited availability.  Elite means
3      that you basically have no limit for your career or
4      whatever, but I mean outsider that you have very clear
5      limits from you can achieve.  From this viewpoint I'm
6      definitely an outsider.
7  Q.  Putin is at the head of the political elite in Russia?
8  A.  Absolutely.
9  Q.  So you're not an outsider to him, are you?
10  A.  Outsider to elite, I'd say.  I don't know what you mean
11      by outsider to Putin, but outsider for elite,
12      definitely, yes.
13  Q.  Could we have {D/140/1}, please.  So this is from the
14      website of something called the Russian International
15      Affairs Council.  As of February 2020 you were the
16      chairman of the presidium of the council, weren't you?
17  A.  Yeah.
18  Q.  It gives some of your fellow members there. Mr Ivanov
19      is well-known as a former foreign minister, isn't he?
20  A.  Yes.
21  Q.  Mr Morgulov, deputy foreign minister?
22  A.  I think so.  Yeah, I don't know him, but I see that.  So
23      that's true, I think so.
24  Q.  Well, you must know him if you're chairing the presidium
25      and he's on it?

1  A.  Well, I'm basically very formal role, to be frank,
2      but ...
3  Q.  Mr Peskov, deputy head of the presidential
4      administration?
5  A.  Yes.
6  Q.  He's Putin's press secretary, isn't he?
7  A.  Yes.
8  Q.  It doesn't look from that as though you are exactly an
9      outsider to the political elite, does it, Mr Aven?
10  A.  I gave my definition.  Outsider is somebody who is
11      definitely limited in his possible achievements, career
12      positions and so on and so forth.  This is formal
13      organisation you can join, but I will never join
14      National Security Council, for example.
15  MR MILLAR:  Right.  I think I understand that.  Thank you.
16  MR TOMLINSON:  My Lord, I have no re-examination.  Does
17      your Lordship have any questions?
18  MR JUSTICE WARBY:  No, thank you very much.  Thank you,
19      Mr Aven.  That's your evidence.
20  A.  Thank you.
21  MR JUSTICE WARBY:  And you're free to go.
22      (The witness withdrew)
23  MR TOMLINSON:  Maybe the fascination of staying is even
24      stronger than the need to go.
25      My Lord, I'll call Mr Khan.

1  MR JUSTICE WARBY:  Yes.
2      MR GERMAN KHAN (affirmed)
3      Examination-in-chief by MR TOMLINSON
4  MR JUSTICE WARBY:  Thank you, Mr khan.  Take a seat in the
5      witness box there.  We have the interpreter from
6      yesterday who is still under oath.  Thank you.
7  MR TOMLINSON:  Could you give the court your full name and
8      your business address.
9  A.  German Khan, Eaton Square, 86.
10  Q.  Could you take the file of papers in front of you there.
11      There should be, I hope, at the third tab, a document
12      headed, "Witness statement of German Khan" {C/3/1}.  Is
13      that there?
14  A.  Yeah.
15  Q.  Is that the right document?
16  A.  Yeah, I think so.
17  Q.  If you turn to the end of that document, so page 6 --
18      mine has two page numbers, 6 and 61 at the end {C/3/6}.
19      Is that your signature?
20  A.  Unfortunately I don't see my signature.  Maybe I'm
21      wrong.  (Pause)
22      Yeah, that's my signature.
23  Q.  And are the contents of that witness statement true?
24  A.  Yeah, absolutely.
25  Q.  So that's your evidence in this court?

March 17, 2020          Petr Aven, Mikhail Fridman and [...] Business Intelligence Limited          Day 2

1  A.  Absolutely.
2  MR TOMLINSON: If you wait there, there  will  be some
3      questions.
4          Cross-examination by MR MILLAR
5  MR MILLAR: Mr Khan, you say, at  paragraph 12 of your
6      witness statement {C/3/3}, that during your time
7      managing TNK, following its  purchase by AAR in the  late
8      '90s,  it  developed a reputation  for  transparency and
9      good corporate governance.  Do you see that?
10  A.  Yeah.
11  Q.  But there were some very serious allegations  of
12      impropriety raised  publicly  against  TNK during that
13      period,  weren't there?
14  A.  No, not  really .
15  Q.  There were some very serious allegations  of impropriety
16      raised publicly against  it  during that period, weren't
17      there,  the way it  conducted its  business?
18  A.  Yeah.
19  Q.  Notably in 2001, when you orchestrated a takeover of the
20      Canadian-owned oil  firm,  Norex Petroleum.  Do you
21      remember that episode?
22  A.  Yeah.
23  Q.  Which owned and developed Yugraneft, which operated an
24      oil  field  in Siberia .   Do you recall  the allegations
25      that  were made about you and TNK in that dispute?

85

1  A.  Not  really .
2  Q.  TNK was a minority shareholder at the  time,  wasn't it ,
3      in Norex?
4  A.  Yeah, yeah.
5  Q.  Norex alleged  that  you put in  your own managers, backed
6      by security  guards, to take over the  company. Do you
7      remember that?
8  A.  No.
9  Q.  You don't  remember those allegations being made?
10  A.  No, I remember this allegation , but,  according to my
11      memory, finally we -- they lost  all  their  allegations  in
12      American court.
13  Q.  And the Canadian Government accused TNK of illegal
14      confiscation  of assets .   Do you remember the
15      Canadian Government becoming concerned about this?
16  A.  No, never.
17  Q.  It  was a Canadian company, wasn't it?
18  A.  No, Canadian company, I remember this allegation  in this
19      case,  but it  wasn't the allegation  from the
20      Canadian Government.
21  Q.  It  was Alex Rotzang, the chief  executive  of Norex, who
22      made some very serious complaints?
23  A.  Yeah.
24  Q.  Do you remember those?
25  A.  Yeah, I remember.

86

1  Q.  He suggested that you had installed  hundreds of armed
2      security  guards in  and around Yugraneft's headquarters
3      in  the Siberian  city  of Nizhnevartovsk.  Do you remember
4      that?
5  A.  No, it  wasn't true.
6  Q.  Do you remember it being said?
7  A.  Maybe, but it  wasn't the truth.   It  was absolutely  legal
8      case and finally ,  our company, we won this case.  That's
9      all .
10  Q.  {D/29/1}, please,  at page 12 {D/29/12}.  Look at the
11      third paragraph down. This is  a business  forecasting
12      report from Stratfor ,  which I put to the other
13      witnesses.  One of the things that Rotzang alleged was
14      that  you were instrumental in  the takeover and
15      explicitly  threatened and offered  bribes to him.  Do you
16      remember Mr Rotzang making that allegation against you?
17  A.  No.
18  Q.  {D/17/1}, please.  This is  a Financial Times profile  of
19      Mr Fridman in 2003.  Do you recall  this?  Do you recall
20      reading this?
21  A.  All  of this  article ?
22  Q.  Yes.  It  is  an article  in  the Financial Times about
23      Mr Fridman.
24  A.  Yeah, I don't  remember, but it  should be.
25  Q.  You don't  remember seeing an article  in  the

87

1      Financial  Times about Mr Fridman?
2  A.  Yeah, I don't  remember it.
3  Q.  This is  at the time of the  link-up with BP, 2003?
4  A.  No, I don't  remember it.
5  Q.  And you're described in this  article ,  just  below
6      halfway, it  says:
7          "The deal,  approved this week by the Russian
8      anti-monopoly ministry ..."
9          Just read that paragraph.
10  A.  Which one?
11  Q.  Beginning, "The deal  ...",  just  below halfway through:
12          "The deal,  approved this  week by the Russian
13      anti-monopoly ministry ..."
14      (Pause)
15          The second sentence:
16          "Behind the affable  public  face of Mr Fridman,
17      observers talk  of associates ,  including  German Khan ...
18      described by many as one of the country's most ruthless
19      businessmen."
20          Do you remember that being reported about you in the
21      FT?
22  A.  No, I don't  remember it.
23  Q.  Do you read the Financial Times?
24  A.  Time to time,  but not  regular .
25  Q.  I just  want to ask you about paragraph 13 in your

88

1   witness statement, where you deal with that link-up with
2   BP in 2003 {C/3/3}.
3   A.  Which number?
4   Q.  13.
5   A.  Okay.
6   Q.  So there's a period from 1997 to 2003 when you're
7       a senior manager in TNK. Then it links up with
8       British Petroleum.
9   A.  Yeah.
10  Q.  And I think you remain involved with the oil business
11      after that?
12  A.  Yeah.
13  Q.  During the link-up with BP, is that right?
14  A.  Yeah.
15  Q.  And your responsibility is to advance the interests of
16      the AAR side of the business, isn't it, the Russian
17      side?
18  A.  Not really. I was the member of the -- member of the
19      board of TNK-BP and, according to that, I had my own
20      responsibility as a manager.
21  Q.  You were an executive director, I think, of TNK-BP?
22  A.  Yeah, yeah, executive director.
23  Q.  From around 2008 there were public allegations made
24      against you in that role of quite serious impropriety,
25      weren't there?

                              89

1   A.  What do you mean?
2   Q.  {D/30/1}, please, page 2 {D/30/2}. This is an article
3       in the New York Times in July 2008. Do you remember
4       being asked to be interviewed for this and declining?
5   A.  Not really, but it could be because it was many years
6       ago.
7   Q.  Right. I am putting to you the New York Times asked you
8       to be interviewed for an article and you declined. You
9       don't remember that?
10  A.  I don't remember, yes, because ...
11  Q.  And it contains serious allegations that state pressure,
12      Russian state pressure, was put on the BP side. Look at
13      the top of the page. There are allegations that the tax
14      authorities in Russia began investigating TNK-BP, with
15      allegations of labour code violations were made,
16      security service sweeps and court cases:
17          "... many assumed that the Kremlin was trying to
18      pressure the TNK-BP to accept a state partner."
19          You don't remember this article. Do you remember
20      those allegations being made at the time?
21  A.  Yeah, I remember the allegation from the tax
22      authorities. Yeah, it was.
23  Q.  What about trying to use immigration laws against BP
24      employees in Russia?
25  A.  Never. Never.

                              90

1   Q.  Do you remember those allegations being made?
2   A.  No.
3   Q.  You don't remember them?
4   A.  No, it wasn't any allegations.
5   Q.  Mm?
6   A.  It wasn't any allegations.
7   Q.  No allegations were made about that?
8   A.  No allegations.
9   Q.  So do you know what the allegations of labour code
10      violations referred to in this article were?
11  A.  Yeah, I remember it.
12  Q.  What were they?
13  A.  It was some allegations from the group of Russian
14      employees against Mr Bob Dudley, according to their --
15      their not comparative -- competitive contracts.
16  Q.  Discrimination?
17  A.  Discrimination, yeah.
18  Q.  Why would the company discriminate against the Russian
19      employees?
20  A.  I don't know, because it wasn't the case against me.
21  Q.  How would BP, as a 50% partner, be able to orchestrate
22      discrimination against Russian employees?
23  A.  Yeah, the Russian employees -- the group of that Russian
24      employees, they weren't happy with their contracts
25      because the foreign employees in the same position, they

                              91

1   have paid much more money for the same job.
2   Q.  But they're all employees of the same organisation,
3       aren't they?
4   A.  Yeah, but it wasn't -- they weren't the direct
5       employees. They weren't -- they were, like, BP's
6       employees, but they worked for the TNK-BP,
7       like secondees.
8   Q.  If you look at the middle paragraph in that article, it
9       says:
10          "People close to TNK-BP say there is strong evidence
11      that German Khan, one of the billionaire co-owners and
12      an executive director ... encouraged the official
13      pressure as part of a campaign to weaken BP's control of
14      the company."
15          Do you remember that being alleged against you?
16  A.  No. It's completely untrue.
17  Q.  Do you remember it being alleged against you in the
18      New York Times that you were doing that?
19  A.  No, no, no.
20  Q.  You don't remember it?
21  A.  I don't remember it.
22  Q.  Do you ever read the New York Times?
23  A.  Time to time, but you asked me about some events which
24      was, like, ten years ago.
25  Q.  It goes on:

                              92

1     "They pointed to signals including an unauthorised
2  letter from Khan in April to the Russian immigration
3  authorities asking that the number of permits for
4  foreigners at the company be cut drastically ."
5     Which contradicted instructions from Bob Dudley, the
6  chief executive.  Do you remember those allegations
7  being made against you?
8  A.  It wasn't the allegation because, according to my
9     responsibility , the unit which was responsible for all
10    the legal things signed the contract -- signed the
11    letter to the Russian immigration just to cure -- just
12    to accuse the court of the foreign employees. That's
13    all .
14 Q.  The foreign?
15 A.  Foreign employees. For the foreign employees.
16 Q.  Right.  But what's being put against you here is that
17    you were responsible on the TNK side --
18 A.  No, no.
19 Q.  -- for orchestrating a campaign against BP during these
20    years, with the assistance and collusion of the Russian
21    state .  Do you understand?
22 A.  I understand, but I don't really understand what's your
23    point of view because it was the formal -- the formal
24    letter from the TNK-BP. That's all .  Formal request.
25 Q.  {D/66/1}, please.  We have looked at this with some

93

1  other witnesses before.  Could you go to page 2
2  {D/66/2}. This is an article in 2016 on an Ukrainian
3  news website in which it is suggested that you started
4  a war with the British side on behalf of the Russian
5  side in the joint venture.  Do you know Mr Zaslavskiy?
6  A.  No.
7  Q.  He said a false allegation of industrial espionage was
8     made against him by the FSB.  Do you remember that?
9  A.  I heard about it .
10 Q.  You heard about it?
11 A.  Yeah.
12 Q.  What did you hear about it?
13 A.  I heard that it was, like , a criminal investigation
14    about him on that time.  That's all .
15 Q.  He's quoted as saying he was accused initially  of state
16    treason and the FSB downplayed the accusation to a very
17    rare criminal article on industrial espionage.  It says:
18       "Ilya himself is confident that Russia's FSB was
19    acting on behalf of Russian oligarchs to drive the
20    British partners out of the business."
21       Did you see this article ?
22 A.  Yeah, yeah.  I can see it now, yeah.
23 Q.  Did you see it at the time?
24 A.  I don't remember. Maybe.
25 Q.  Do you remember those allegations continuing against you

94

1  into August 2016 --
2  A.  No.
3  Q.  -- that you orchestrated a campaign against the BP side ,
4     bringing on board the Russian Government?
5  A.  No, it 's not true, completely, and our joint venture, it
6     was one of the most -- the most, they say, productive
7     and most well-operated joint venture and we -- of course
8     we had some dispute and debates about some technical
9     things and strategy , but it was one quite profitable and
10    successful joint venture.
11 Q.  Mr Dudley resigned in the end and left Russia
12    altogether, complaining of harassment in his capacity as
13    chief executive.  Do you remember that?
14 A.  Yeah, I remember that. I remember when he left TNK-BP,
15    but it was his own decision.
16 Q.  But the relationship between AAR and BP had completely
17    broken down by that stage, hadn't it?
18 A.  No, it 's not true, because after that we still had
19    a very productive time before selling the company.
20 MR MILLAR: Yes, thank you.  That's all I wanted to ask.
21 MR TOMLINSON: I have no questions for this witness.  Does
22    your Lordship have any?
23 MR JUSTICE WARBY: No.  Thank you, Mr Khan.
24 A.  Thank you.
25 MR TOMLINSON: Thank you.

95

1  MR JUSTICE WARBY: You may go, if you wish to.  You're free
2     to go.
3  A.  Thank you.
4        (The witness withdrew)
5  MR TOMLINSON: My Lord, that's the case for the claimants.
6  MR JUSTICE WARBY: That's your case.
7  MR TOMLINSON: Yes.
8  MR JUSTICE WARBY: Well, I haven't had or, if I have,
9     I haven't taken the time to read witness statement that
10    I now have. The provisional plan -- this is Mr Steele 's
11    statement of yesterday -- was that we were going to
12    resolve that issue before Mr Steele gave evidence.
13 MR MILLAR: Yes.
14 MR JUSTICE WARBY: And that will come next.  Is there
15    anything else that I should read before we embark on
16    that argument?
17 MR TOMLINSON: My Lord, I don't think so.
18 MR JUSTICE WARBY: No.
19 MR TOMLINSON: It's --
20 MR JUSTICE WARBY: I'll take the -- there's a supplemental
21    bundle of authorities I was given.  I 'll have a look at
22    those.
23 MR MILLAR: The one that might bear a bit of reading in
24    advance -- I'm not going to -- a lot of them are very
25    familiar authorities to my Lord, but the one that might

96