## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKHAIL FRIDMAN, PETR AVEN, and GERMAN KHAN,<br><br>          Plaintiffs,<br><br>v.<br><br>BEAN LLC a/k/a FUSION GPS, and GLENN SIMPSON,<br><br>          Defendants. | Civil Action No. 1:17-2041-RJL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Mikhail Fridman, Petr Aven, and German Khan and Defendants Bean LLC a/k/a Fusion GPS and Glenn Simpson hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: March 18, 2022

Respectfully submitted,

  */s/ Thomas A. Clare, P.C.*                            */s/ Joshua A. Levy*

| | |
|---|---|
| Thomas A. Clare, P.C. (D.C. Bar No. 461964) | Joshua A. Levy (D.C. Bar No. 475108) |
| Elizabeth M. Locke, P.C. (D.C. Bar No. 976552) | Rachel M. Clattenburg (D.C. Bar No. 1018164) |
| Joseph R. Oliveri (D.C. Bar No. 994029) | Edward A. Sharp (D.C. Bar No. 1719505) |
| Andrew C. Phillips (D.C. Bar No. 998353) | Kevin P. Crenny (D.C. Bar No. 1765044) |
| CLARE LOCKE LLP | LEVY FIRESTONE MUSE LLP |
| 10 Prince Street | 900 17th Street, NW, Suite 1200 |
| Alexandria, VA 22314 | Washington, DC  20006 |
| (202) 628-7400 | (202) 845-3215 |
| tom@clarelocke.com | jal@levyfirestone.com |
| libby@clarelocke.com | rmc@levyfirestone.com |
| joe@clarelocke.com | eas@levyfirestone.com |
| andy@clarelocke.com | kcrenny@levyfirestone.com |
| | |
| *Counsel for Plaintiffs Mikhail Fridman, Petr Aven, and German Khan* | *Counsel for Defendants Bean LLC a/k/a Fusion GPS and Glenn Simpson* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of Court on March 18, 2022, using the CM/ECF system, which will send notification of such filing to all counsel of record.

  */s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.